# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Joshua Glasscock ; | Sig Sauer, Inc. ; |
| 1 Citizen of This State; | 5 Incorporated and Principal Place of Business in Another State; New Hampshire |
| **County of Residence:** Polk County | **County of Residence:** Outside This District |

**County Where Claim For Relief Arose:** Polk County

**Plaintiff's Attorney(s):**

Matthew L. Dameron (Joshua Glasscock)
Williams Dirks Dameron LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
**Phone:** 816-945-7110
**Fax:** 816-945-7118
**Email:** matt@williamsdirks.com

Todd C. Werts (Joshua Glasscock)
Lear Werts LLP
103 Ripley Street
Columbua, Missouri 65201
**Phone:** 573-875-1991
**Fax:** 573-279-0024
**Email:** werts@learwerts.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 1 Citizen of This State

    **Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 370 Fraud Actions
**Cause of Action:** MMPA MoRevStat §407.010 et seq
**Requested in Complaint**

**Class Action:** Class Action Under FRCP23

**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** RELATED to case number 4:18-cv-00267, assigned to Judge Stephen R. Bough

---

**Signature:** Matthew L. Dameron

**Date:** 4/18/2022

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.