# Exhibit 2

Page 1

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF MISSOURI
2

3

JOSHUA GLASSCOCK, on      )
4  behalf of himself and    )
   all others similarly     )
5  situated,                )
                            )
6           Plaintiff,      )   Case No.
                            )   22-CV-3095-SRB
7      vs.                   )
                            )
8  SIG SAUER, INC.,          )
                            )
9           Defendant.      )

10

11           VIDEOTAPED 30(b)(6) DEPOSITION OF SIG

12     SAUER, INC., VIA MATTHEW TAYLOR, taken

13     pursuant to notice before Beth Gaige, RPR, and

14     licensed court reporter in the State of New

15     Hampshire at the offices of AC Hotels

16     Marriott, 299 Vaughan Street, Portsmouth, New

17     Hampshire, on September 10, 2024, commencing

18     at 9:03 a.m.

19

20

21

22

23

24

25

Page 2

```
 1              A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF and THE PROPOSED CLASS,

 4

         TODD C. WERTS, ESQ.
 5       Lear Werts, LLP
         103 Ripley Street
 6       Columbia, Missouri 65201
         Phone:  573.875.1991
 7       E-mail:  Werts@learwerts.com

 8

         MICHAEL A. WILLIAMS, ESQ.
 9       CLINTON J. MANN, ESQ.
         Williams Kirks Dameron, LLC
10       1100 Main Street, Suite 2600
         Kansas City, Missouri 64105
11       Phone:  (816) 945-7100
         E-mail:  Mwilliams@williamsdirks.com
12                Cmann@williamsdirks.com

13   FOR THE DEFENDANT,

14

         ROBERT L. JOYCE, ESQ.
15       Littleton Joyce Ughetta & Kelly LLP
         The Centre at Purchase
16       4 Manhattanville Road, Suite 202
         Purchase, New York 10577
17       Phone:  (914) 417-3412
         Robert.joyce@littletonjoyce.com

18

19

20   Also present,

21

22   Eric Finkelman, Esq.

23

24

25
```

Page 3

```
 1                           INDEX

 2

     WITNESS:  MATTHEW TAYLOR
 3
        Examination by Mr. Werts                          6
 4

 5

 6

 7

 8
```

E X H I B I T S

```
 9
     Exhibit No.      Exhibit Description               Page
10
     1               Interrogatories                     9
11
     2               Notice of 30(b)6 Deposition         11
12
     3               Glossary of acronyms, terms         26
13
     4               Sig Sauer - Striker Fired Pistol    69
14                   document

15   5               P320 grip modules                   81

16   6               P320 grip modules                   81

17   7               P320 grip modules                   81

18   8               P350 Overview document             127

19   9               P320 Modular Handgun printout with 146
                     SIG v. Competition, etc.
20
     10              P320 One For All document          148
21
     11              P320 marketing brochure            149
22
     12              SIG-GLASSCOCK 000001 (shown on     158
23                   monitor)

24   13              SIG-GLASSCOCK 1772 (shown on       162
                     monitor)
25
```

888-893-3767   Offices and affiliates in all 50 states and licensed where required by law   Florida Registration #160
www.lexitaslegal.com                                                          California Firm Registration #179
LEXITAS

Page 4

| 14 | SIG-ARMY 414 (shown on monitor) | 163 |
| 15 | Purchase description modular handgun | 203 |
| 16 | Engineering Change Proposal | 206 |
| 17 | P320 Owners Manual:  Handling & Safety Instructions | 209 |
| 18 | SIG 0320 Pistols Operator's Manual:  Handling & Safety Instructions | 213 |
| 19 | E-mail exchange with Tom Taylor and others.  Subject:  Re: Read this | 216 |
| 20 | United States Patent | 238 |

(Exhibit Nos. 12, 13 and 14 were digital

exhibits and not included in transcript.)

888-983-3787    Lexitas is available in all 50 states and is licensed where required.  CA California Registration #116F
www.lexitaslegal.com                    California Firm Registration #179

Page 5

1            STIPULATION

2        (It is hereby agreed by and between the

3    parties that signature is not waived.)

4            - - - - - - - - - -

5        THE VIDEOGRAPHER:  Good morning.  We are

6    going on the record at 9:03 a.m.  The

7    following deposition of Matthew Taylor, 30(b)6

8    corporate representative of Sig Sauer, Inc.,

9    is being taken on September 10th, 2024, at 299

10   Vaughn Street, Portsmouth, New Hampshire,

11   03801, in the matter of Joshua Glasscock on

12   behalf of himself and others similarly

13   situated, versus Sig Sauer, Inc., pending in

14   the United States District Court for the

15   Western District of Missouri, case number

16   22-CV-3095-SRB.

17       My name is Gil Whitney; I'm the

18   videographer; and the court reporter is Beth

19   Gaige with -- we are here on behalf of Lexitas

20   Legal.

21       Would counsel please introduce their

22   appearance for the record.

23       MR. WERTS:  Todd Werts on behalf of the

24   plaintiff.

25       MR. MANN:  Clint Mann on behalf of

Page 6

1       plaintiff.

2              MR. WILLIAMS:  Michael Williams on behalf

3       of the plaintiff.

4              MR. JOYCE:  Rob Joyce on behalf of Sig

5       Sauer.

6              MR. FINKELMAN:  Eric Finkelman on behalf

7       of Sig Sauer.

8              THE VIDEOGRAPHER:  Thank you.  The

9       reporter may swear the witness.

10             (The Witness was administered the oath.)

11      MATTHEW TAYLOR, having been duly sworn by the

12      Notary Public, was examined and testified as

13      follows:

14                        EXAMINATION

15      BY MR. WERTS:

16   Q.  Good morning.

17   **A.  Morning.**

18   Q.  Have you ever given a deposition before?

19   **A.  Once.**

20   Q.  Okay.  Then just a couple of reminders on the

21      process before we even get into the basic

22      stuff like your name.

23             I'll be asking a series of questions.

24      You'll be providing the answers under oath.

25             Is that your understanding?

1   A.  Yes.

2   Q.  All right.  As we go along, undoubtedly my

3       inner hillbilly will come out and I'll say

4       something that doesn't make any sense at all.

5       Please tell me.  I'll try to ask a better

6       question.

7          Is that fair?

8   A.  Understood.

9   Q.  All right.  If you want to take a break,

10      likewise tell me.  Unless we're just in the

11      middle of something and we just need to finish

12      the topic, take a break at basically anytime.

13      It's not an endurance competition.

14         We're going to look at some documents

15      today.  By way of preview, I've got a couple

16      things we're going to put up on the screen.

17      It's basically some CAD drawings that it's

18      easier to read if you can zoom in on them --

19   A.  Okay.

20   Q.  -- as opposed to printing them off eight and a

21      half by 11, as well as a couple of

22      spreadsheets, but for the most part we'll be

23      looking at documents.

24         Any questions about the process before we

25      get started?

888-893-3767
www.lexitaslegal.com    Lexitas - All States in all 50 states and is licensed where required by law    Registration #167
California Firm Registration #179

LEXITAS

1  **A.  No.**

2  Q.  All right.  Tell us your name, please.

3  **A.  Matthew Taylor.**

4  Q.  You're currently employed at Sig Sauer as an

5      engineering team leader, correct?

6  **A.  Actually, I am currently employed as the**

7      **director of R and D.**

8  Q.  How long have you been in that role?

9  **A.  Since February of 2023.**

10 Q.  What role did you have at Sig Sauer prior to

11     that?

12 **A.  An engineering team lead.**

13 Q.  And you had the engineering team lead position

14     from February of 2013?

15 **A.  I don't recall if it was exactly titled**

16     **engineering team lead, but it was essentially**

17     **that function.**

18 Q.  Tell us what the functions were as an

19     engineering team lead or the essential

20     functions as you described it.

21 **A.  To lead a team of design engineers and test**

22     **technician in the development of new products.**

23 Q.  How big was that team?

24 **A.  It's varied over the years but anywhere from**

25     **four or five to six or seven.**

Lexitas Legal services available in all 50 states and licensed where required by law. Registration #179
www.lexitaslegal.com
California Firm Registration #179
LEXITAS

Page 9

1   Q.  And were you the engineering -- try to get the

2       words right here -- engineering team leader

3       for the Sig Sauer P320 project when that came

4       out?

5   **A.  Development of the P320 under other project**

6       **names started before I joined Sig Sauer.**

7       **However, when I joined, I did pick up**

8       **development as one of my responsibilities.**

9   Q.  What were the other names?

10  **A.  P260 and P350, I believe.**

11  Q.  And those are the same basic project just the

12      name evolved with time?

13  **A.  Correct.**

14  Q.  And so you were the lead designer for the P320

15      when that project -- when that pistol was

16      released, true?

17  **A.  That is correct.**

18          MR. WERTS:  Let's mark this as Exhibit 1,

19      please.

20          (Deposition Exhibit No. 1 was marked for

21      identification.)

22          (Off-the-record colloquy.)

23          MR. JOYCE:  This is Exhibit 1?

24          MR. WERTS:  It is.

25          MR. JOYCE:  How are we going to do the

Page 10

1    exhibits?  Are you just going to do them by

2    witness or just run it consecutively for all

3    the 30(b)6s or --

4         MR. WERTS:  I tend to do it by witness.

5         MR. JOYCE:  Okay.

6         MR. WERTS:  So just start over with the

7    number one each time.

8         MR. JOYCE:  Okay.

9         MR. WERTS:  It's probably lazy, but

10   that's the easiest way to do it.

11        MR. JOYCE:  That's -- as long as we do it

12   one way, it doesn't matter.

13   BY MR. WERTS:

14   Q.  All right.  I've handed you what has been

15   marked as Deposition Exhibit 1.

16        If you can turn to the answer to

17   Interrogatory No. 2 on page three for me,

18   please.

19   **A.  (Witness complying).**

20   Q.  And ask -- the question asked to identify each

21   individual with design and development

22   responsibilities pertaining to the P320, M17

23   or M18.

24        Do you see that?

25   **A.  I'm sorry.  Are you looking at interrogatory**

888-893-3767    Deposition Services in all 50 states and 31 licensed Nevada Registration 116F
www.lexitaslegal.com    California Firm Registration #179
LEXITAS

Page 11

1    No. 1 or 2?

2    Q.  No. 2, please.

3    A.  **Okay.  Identify each individual with design**

4    **and development responsibilities pertaining to**

5    **the P320, M17 or m18.**

6    Q.  Correct.

7        And then there is kind of a short

8    substantive answer and an objection.  For our

9    purposes, we'll just focus on the short

10   substantive answer for today.

11       This indicates that SIG states that Sean

12   Tonor was the lead design engineer for the

13   P320 model pistol.

14       Do you see that?

15   A.  **I do see that.**

16   Q.  That's not what you just told me though, is

17   it?

18   A.  **I was the team lead, so I ultimately had lead**

19   **design responsibilities.  He was the lead**

20   **designer reporting to me.**

21       MR. WERTS:  That one as 2.

22       (Deposition Exhibit No. 2 was marked for

23   identification.)

24   BY MR. WERTS:

25   Q.  I've handed you now what has been marked as

888-893-3767    Updates in all 50 states and licensed where required Nevada Registration #16F
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

Page 12

1       Deposition Exhibit No. 2.

2            Have you ever seen this document before?

3   A.  I have.

4   Q.  All right.  My understanding is that you have

5       been designated on behalf Sig Sauer to give

6       testimony on a number of topics.

7            Is that your understanding?

8   A.  It is.

9   Q.  And specifically I have you down for topics 7,

10      8, 11, 12, as it relates to engineering

11      issues, 13, 16, and 20.

12           Is that your understanding as well?

13  A.  I don't recall exactly which numbers I was

14      designated for.

15  Q.  Okay.  Well, then let's kind of take --

16           MR. JOYCE:  I can really do this by

17      counsel.  It might be faster.

18           MR. WERTS:  Sure.

19           MR. JOYCE:  So we have Matt Taylor

20      designated for -- hold on.  I should have my

21      glasses on.  Seven.

22           MR. FINKELMAN:  Borrow these?

23           MR. JOYCE:  No, I -- can I borrow those

24      for a second?

25           MR. FINKELMAN:  Sure.

888-893-3767    Lexitas operates in all 50 states and is licensed where required by law. Nevada Registration #16F
www.lexitaslegal.com                    California Firm Registration #179

Page 13

1        MR. JOYCE:  Okay.  We got him for --

2    sorry.  We got him for seven.  We've got him

3    for eight and for ten.  I apologize.  11, 12,

4    as it relates to engineering.  18.  No, that

5    is wrong; that is Tom Taylor.  20.

6        MR. WERTS:  Also it's 13 and 16, correct?

7        MR. JOYCE:  Hold on.  13, as it relates

8    to engineering.  And 16 -- yes, also 16.

9        MR. WERTS:  All right.

10       MR. JOYCE:  Sorry.

11       MR. WERTS:  No, that is all right.

12       MR. JOYCE:  Fish my glasses out so I

13   won't have to borrow them again.

14   BY MR. WERTS:

15   Q.  And you understand that for today's purposes

16       you are speaking as the voice of Sig Sauer on

17       these designated topics, correct?

18   A.  I do.

19   Q.  And so when I use the word you in this

20       context, I am both speaking as to you, Matt

21       Taylor, and you, Sig Sauer.

22           Is that fair?

23   A.  Understood.

24   Q.  If we get to a point where we need to split

25       that hair, tell me and we can split it up, but

888-893-3767
www.lexitaslegal.com
Lexitas has offices in all 50 states and is licensed where required Nevada Registration #116F
California Firm Registration #179

LEXITAS

Page 14

1        for the most part you are Mr. Sig Sauer today.

2   A.   Okay.  Understood.

3   Q.   So what has Sig Sauer done to gather all of

4        its knowledge, known or reasonably available

5        to it, with respect to the matters that you

6        have been designated today?

7   A.   In terms of what I did to prepare for this

8        deposition, I can say that I reviewed

9        timelines of when events occurred.  I

10       familiarized myself with the nature of the

11       voluntary upgrade program.  I read through

12       owners manuals.  I perused sections of our

13       website.  I looked up skews to establish

14       timelines of when they were created and -- and

15       when various models were manufactured

16       initially.  Things of that nature.

17  Q.   What else?

18  A.   I had several discussions with counsel.

19  Q.   We'll come back to that one.

20            What else?

21  A.   That's the essence of what I did.

22            My involvement in P320 development did

23       begin when I started working at Sig Sauer in

24       2013.  However, I did transition into other

25       project developments and was not directly

Page 15

```
1        involved in all of the P320 and M17 activities
2        personally.  So it worked to become familiar
3        with things that happened when I was not
4        directly involved.
5   Q.   And when did you stop becoming directly
6        involved?
7   A.   It was February or March of 2017.
8   Q.   So shortly after it was announced that SIG won
9        the army contract.
10  A.   Correct.  That was announced in January of
11       2017.  Our start of work meeting with -- for
12       that program was in February of 2017, and it
13       was in that time frame.
14  Q.   Okay.  And the voluntary upgrade program was
15       August of 2017?
16  A.   That's when it was launched, yes.
17  Q.   So you got out of Dodge right when it was
18       getting complicated.
19            MR. JOYCE:  Objection.
20  A.   I would not say that.  I transitioned into
21       different project development and other people
22       assumed responsibility of P320 efforts.
23       BY MR. WERTS:
24  Q.   What project did you transition to?
25  A.   The development of the P365.
```

888-893-3767
www.lexitaslegal.com    Lexitas Operates in all 50 states and is licensed where required Nevada Registration #116F
California Firm Registration #179

LEXITAS

Page 16

1    Q.  And so you talked about some of the documents

2        you reviewed and that sort of thing.

3            Were there any other facts that were

4        provided to you to prepare for today's

5        deposition that we have not already

6        identified?

7            MR. JOYCE:  Well, that's -- I'm going to

8        object as that is an extremely broad question.

9            You can do the best you can with it.

10   A.  **In that it's a broad -- not that I remember**

11       **specifically.**

12       BY MR. DAMERON:

13   Q.  Other than counsel, who else -- whom else was

14       made available to you to talk to about your

15       topics?

16   A.  **I spoke with Sean Toner and to a limited**

17       **degree Adrian Thomele.**

18   Q.  Can you spell Mr. Thomele's name?

19   A.  **A-d-r-i-a-n  T-h-o-m-e-l-e.**

20   Q.  What is Sean Toner's current role at Sig

21       Sauer?

22   A.  **He is an engineering team lead.**

23   Q.  Specifically the engineering team lead for the

24       P320 project?

25   A.  **Teams' responsibilities are not divided solely**

888-893-3767                Lexitas Dallas rates in all 50 states and is licensed where required. Nevada Registration #116F
www.lexitaslegal.com        California Firm Registration #179                                          LEXITAS

Page 17

1          by product any longer; although he does still

2          work on the P320, among other projects.

3     Q.   And you indicated earlier that Mr. Toner was

4          one of the lead designers of the P320 when it

5          was developed when you first started with the

6          company.

7     A.   That is correct.

8     Q.   And Mr. Thomele, what's his currently role

9          with Sig Sauer?

10    A.   He's the senior VP of engineering.

11    Q.   What role, if any, did he have with the

12         development of the P320?

13    A.   I don't recall him being heavily involved

14         early on.  I believe he was working overseas

15         at that time.  He was working on the

16         development of the P365 prior to when I

17         transitioned over to take that over.  He

18         became director or vice-president of

19         engineering at that time, and -- and that

20         change in organization is the reason I moved

21         over to P365 development, to take over what he

22         had been working on.  So at that time he

23         became involved in a lot of what was going on,

24         including voluntary upgrade and MHS

25         development.

888-893-3767          Lexitas operates in all 50 states and is licensed where required. Nevada Registration #16F
www.lexitaslegal.com                    California Firm Registration #179
LEXITAS

Page 18

1   Q.   In your discussions with Mr. Toner in advance

2        of today's deposition, what did you learn from

3        him?

4   **A.   Timelines of when things happened.  A lot of**

5   **     it is refreshing my memory.  Also details**

6   **     related to the voluntary upgrade program and**

7   **     MHS shipments.  Things of that nature.**

8   Q.   And this will be a running thing throughout.

9        I know that acronyms are always popular with

10       every company, but lawyers hate them.  And so

11       we always have to define as we go along.

12            When you refer to an MHS, what is that?

13  **A.   Modular Handgun System.**

14  Q.   What does that mean?

15  **A.   That was the opportunity with the army which**

16  **     resulted in our being awarded the contract for**

17  **     the M17 and M18.**

18  Q.   And so when we refer to the MHS or the Modular

19       Handgun System, that is referring to the

20       specific weapon and design specifications that

21       ultimately became the military's adopted

22       pistol, correct?

23  **A.   There was a product requirements document that**

24  **     we developed the products to, yes.**

25  Q.   Okay.  And if I've done my job correctly,

Page 19

1       we'll get to that about halfway through this

2       stack, so --

3   A.  Okay.

4   Q.  We'll double check and see then.

5           Anything else that you learned from Mr.

6       Toner?

7   A.  Not that I specifically recall.  It was -- it

8       was a general refresh of my memory on things

9       that had happened.

10  Q.  Mr. Toner has had the opportunity to testify

11      about the Sig Sauer P320 on a number of

12      occasions, has he not?

13  A.  He has.

14  Q.  Did you review any of the transcripts of any

15      of his prior testimony?

16  A.  I did not.

17  Q.  Did you discuss any of his prior testimony

18      with him?

19  A.  I did not.

20  Q.  What did you learn from Mr. Thomele?

21  A.  Mr. Thomele and I had conversations about the

22      general nature of this case and background.

23      He did not provide me any information or facts

24      relevant to my preparation.  Mr. Thomele is my

25      immediate supervisor, so the discussions were

888-893-3767    Legal Associates in all 50 states and licensed where required    Nevada Registration 016F
www.lexitaslegal.com                        California Firm Registration #179

LEXITAS

1    natural in that sense.

2    Q.  Anything else from Mr. Thomele about this?

3    A.  No.

4    Q.  Anyone else that you spoke to prepare for your

5        deposition today besides counsel, Mr. Toner,

6        or Mr. Thomele?

7    A.  No.

8            I will retract that.  I did ask Jim Lano

9        a question about dates relevant to MHS

10       shipment, but that was the only thing that he

11       and I talked about.

12   Q.  And what did you ask him about on the dates?

13   A.  Just the dates of when the initial shipment of

14       guns was accepted by DCMA and on behalf of the

15       army and then when the second shipment was

16       made.

17   Q.  Another acronym, DCMA, what's that mean?

18   A.  I am not recalling off the top of my head, but

19       it's a -- it's the agency that works on behalf

20       of the army to assess our fulfillment of the

21       contract.

22   Q.  Okay.  And what were the dates that Mr.

23       Thomele gave you?  Or, I am sorry, Mr. Lano.

24   A.  The initial shipment of product to the army

25       was, I believe, October 2017, or at least when

888-893-3767    Operates in all 50 states and is licensed where required Nevada Registration #116F
www.lexitaslegal.com                    California Firm Registration #179                    LEXITAS

Page 21

1      they accepted the pistols.  And then it was in

2      early 20 -- early-to-mid 2018 when the second

3      shipment was made.

4   Q.  What's the difference between SIG shipping

5      them and the army accepting them in that

6      context?  You corrected yourself there.

7   A.  I don't know what date they left the door.  It

8      was the -- DCMA accepting them on behalf of

9      the army was the green light for shipment.

10  Q.  But just so that I am understanding you

11      correctly, what I have in my mind then is that

12      that's just them telling you to ship them; you

13      ship them; and they pick it up like any other

14      package.  It's not that there's another step

15      in procurement process and testing that occurs

16      when they get them in that October date.  Is

17      that true?

18  A.  That's correct.  Once they accepted those

19      products, then they were shipped some

20      relatively short time later.

21  Q.  Got it.

22          Anyone else that you spoke to?

23  A.  Not that I recall.

24  Q.  Do you recall what documents were made

25      available for your review in advance of today?

888-893-3767    US & Dates in all 50 states and is licensed where required Nevada Registration #116F
www.lexitaslegal.com                    California Firm Registration #179
LEXITAS

Page 22

```
1   A.   I don't believe I accessed any documents other
2        than documents that would readily be available
3        to me via the website or internal networking
4        drives.
5   Q.   When you say the website, are you talking
6        about the pubic-facing sigsauer.com?
7   A.   I definitely did review items on the
8        public-facing sigsauer.com.  Through our
9        internal SIG central I accessed other PLM
10       systems, Product Lifecycle Management systems,
11       where I can review skews, bills and materials,
12       change dates, when jobs were manufactured,
13       things like that.
14  Q.   Okay.  And you said SIG central?
15  A.   SIG central is what we call our internal
16       intranet site.
17  Q.   How long has Sig central been in operation?
18  A.   I do not know the answer to that question.
19  Q.   Has it been there the whole time you have?
20  A.   I do not think so, but I am not positive.  I
21       don't recall what internal intranet site we
22       might have had when I started.
23  Q.   And you use another acronym but I missed it,
24       PLM.
25            Did I --
```

1   A.   That's Product Lifecycle Management.

2   Q.   Tell us what that is, please.

3   A.   Typically a software-based application that

4        companies use to manage their products in

5        terms of part numbers, part numbers that are

6        in development, part numbers that become

7        active in terms of production ready, and then

8        transition into lifecycle exit statuses where

9        they're no longer being used.  It -- it's a

10       repository of all the information, including

11       drawing revisions and change orders, things of

12       that nature.

13            And then we also have a system that we

14       call Agile EBS, which couples with -- I'm

15       sorry.  It's Oracle EBS, and it couples with

16       the Agile PLM system, and it actually tracks

17       inventory and jobs in terms of when skews

18       would actually be produced or assembled,

19       things of that nature.  It contains purchase

20       order information, things like that.

21   Q.  So the PLM or Product Lifecycle Management

22       system, is called Agile?

23   A.   That's the front end to it, and it's coupled

24       with the Oracle EBS that is accessed through a

25       different portal, if you will, but contains

888-893-2767          Lexitas operates in all 50 states and is licensed where required by law                LEXITAS
www.lexitaslegal.com                              California Firm Registration #179

Page 24

1       associated information.

2   Q.  How long has the Oracle EBS system been used

3       at Sig Sauer?

4   A.  **Oracle EBS I believe was in place when I**

5       **started at Sig Sauer.  The Agile front end was**

6       **not.**

7   Q.  Do you recall when the Agile front end came

8       along?

9   A.  **I don't remember specifically.**

10  Q.  What's your best estimate?

11  A.  **I started in 2013.  2015 maybe, roughly.  I**

12      **don't really remember exactly.  That's --**

13  Q.  Maybe using a benchmark, do you think it was

14      before or after you rolled off the 320 team to

15      the 365 team?

16  A.  **I can't say specifically, definitively.**

17  Q.  When you first started with Sig Sauer, how big

18      was your design team at that point?

19          You said it varied over time, but at the

20      beginning what was it?

21  A.  **I believe four people reported to me directly**

22      **at that time.**

23  Q.  And Sean Toner was one of them?

24  A.  **Correct.**

25  Q.  Who were the others, please?

888-893-3767     Legal Video Rates in all 50 states and is licensed where required Nevada Registration 25 6F
www.lexitaslegal.com                                             California Firm Registration #179

LEXITAS

Page 25

1　A.　Robert Sheets, Scott Hagan and Brian McDonald.

2　Q.　Who was the leader of that team before you

3　　　joined Sig Sauer?

4　A.　My understanding is that there was a period of

5　　　time before I joined where those people were

6　　　reporting to the VP of engineering.

7　Q.　Had there previously been a team lead on

8　　　those -- on the 260, 350 project?

9　A.　There it was a gentleman whose name was Steve

10　　　Perniciaro, who I am not sure if he was a team

11　　　lead but he was leading engineering

12　　　development efforts.

13　Q.　Where did he go?

14　A.　I do not know.

15　Q.　Is he still with Sig Sauer?

16　A.　He is not.

17　Q.　Can you spell his last name?

18　A.　I can try.

19　Q.　Please.

20　A.　P-e-r-n-i-c-i-a-r-o.  That may not be

21　　　100 percent correct, but it's very close.

22　Q.　Fair enough.

23　A.　He left Sig Sauer before I started there.

24　Q.　Do you know why he left Sig Sauer?

25　A.　I do not.

LEXITAS

1   Q.  All right.

2           (Deposition Exhibit No. 3 was marked for

3       identification.)

4   Q.  All right.  So I recently sat through a trial

5       involving the P320, and it was surprising to

6       me how many technical terms there are with

7       firearms and how much disagreement there were

8       about terms.

9           And so I started working on a glossary,

10      and then I found that there is a glossary on

11      Sig Sauer's website.

12          Do you see at the bottom there's URL for

13      that?

14  A.  I do see that.

15  Q.  Okay.  And at the top you see this was printed

16      9/9 at 10:30 in the morning or at least its

17      PDF?

18  A.  I see that date.

19  Q.  And so rather than get into a situation of

20      asking you -- conducting a memory quiz of all

21      these technical terms, I want to look at this.

22      There's a few terms we're going to use

23      throughout the day.  I want to make sure that

24      you agree with them on behalf of this is what

25      SIG is putting out to the public, but I want

888-893-3767                    Lexitas Dallas, Texas                    Lexitas
www.lexitaslegal.com    Lexitas is in all 50 states and is licensed where required.    Nevada Registration #116F
California Firm Registration #179

Page 27

1       to make sure that you agree with these from an

2       engineering and give you a chance to correct

3       anything.  Is that fair?

4   A.  **Understood.**

5   Q.  Okay.  So the first place I want to start is

6       on the first page Action Type, which the term

7       action type describes how a firearm loads,

8       fires and ejects a projectile.

9            Do you see that?

10  A.  **I do see that.**

11  Q.  Do you think that's an accurate definition?

12  A.  **I think that's a very broad generic**

13      **definition.**

14  Q.  Okay.  Would you use a better one?

15  A.  **When I personally think about action type, I**

16      **think about single action, double action and**

17      **SA, slash, DASDA, which would be single**

18      **action, double action, and striker fired**

19      **action.**

20  Q.  And I'll preview those -- most, if not all of

21      those terms, are defined later as we get --

22      get into this, and we are going to

23      specifically be looking at -- at those.

24  A.  **Okay.**

25  Q.  And so -- and I understand that other than

Case 3:22-cv-03030-MDS/ Tristates in all 50 states and is licensed Whee required Nevada Registration #16F Page 28 of 251
888-893-3376          www.lexitaslegal.com          California Firm Registration #179

LEXITAS

Page 28

1      kind of thinking of it in more specific action

2      terms, but you don't think that is an

3      inaccurate broad definition for action type,

4      do you?

5   A.  No.

6   Q.  And so do you think it's important for a

7      consumer to know what type of action a pistol

8      has?

9          MR. JOYCE:  Objection to form.

10  A.  **I don't think it's personally necessary**

11     **information.  That would depend upon the**

12     **individual procuring the pistol and what**

13     **information they wanted to know.**

14     BY MR. WERTS:

15  Q.  Okay.  There was a couple things there.  I

16     just want to break that down and make sure I

17     understand your answer.

18          And so as a general proposition, you

19     would not agree with me that it's important

20     for a consumer to know what type of action a

21     pistol has?

22  A.  **I think it would be prudent for an individual**

23     **to know generally how a firearm functioned.**

24     **Whether they knew the name of what people**

25     **called that action doesn't seem particularly**

Page 29

1          important to me.

2    Q.   Okay.  That's an -- let's get into that.

3               And so as I understand it, whether they

4         know the correct technical name or not, you

5         don't think that that really matters to a

6         consumer.

7               Did I understand that correctly?

8    A.   **It may matter to some consumers, but it likely**

9         **does not matter to others.**

10   Q.   But understanding the mechanics and how the

11        pistol functions, that is something you think

12        that a consumer would want to know.  True?

13              MR. JOYCE:  Objection to form.

14   A.   **In terms of how the operator or user would**

15        **interface and properly handle that firearm, I**

16        **would say yes.**

17        BY MR. WERTS:

18   Q.   Okay.  Because the type -- action type a

19        pistol has might impact the way in which a

20        user would interface with that pistol.  True?

21   A.   **Not necessarily.**

22   Q.   Why not?

23   A.   **The way the user is going to interface with**

24        **the pistol is going to depend upon the**

25        **features that that particular pistol has,**

888-893-3767    Updates in all 50 states and DC licensed where required Nevada Registration #116F
www.lexitaslegal.com                          California Firm Registration #179

LEXITAS

Page 30

1        **coupled with generic broad-based safe handling**

2        **firearm practices.**

3    Q.   And at the end you are referring to the ten

4        basic rules of firearm safety.

5            Is that what you are referring to?

6    **A.   Many people call it ten basic rules.  There**

7        **are probably more than ten.**

8    Q.   But every Sig Sauer manual published has the

9        same ten basic firearm safety rules, right?

10   **A.   Yes.**

11   Q.   It's published all over their website.  True?

12   **A.   Yes.**

13   Q.   And those are just kind of, from Sig Sauer's

14       perspective, just a given.  If you are going

15       to operate one of our guns, there's these ten

16       basic safety rules, right?

17   **A.   That's included in all of our owners manuals**

18       **and definitely safety and safe handling**

19       **practices that we support.**

20   Q.   Okay.

21   **A.   And promote.**

22   Q.   And so does Sig Sauer think that guns of

23       differing action types require different

24       things for safe handling?

25           MR. JOYCE:  Objection to form.

888.893.3767 | Operates in all 50 states and is licensed where required | Nevada Registration #116F
www.lexitaslegal.com                                          California Firm Registration #179                                    LEXITAS

Page 31

```
1         You can answer.
2   A.    Again, I will come back to the way the -- a
3         user should interface with a particular
4         firearm is going to be dependent upon what
5         features are on that firearm.
6         BY MR. WERTS:
7   Q.    And the action type is one of those features.
8         True?
9   A.    The action type is a descriptor of how the gun
10        generally functions, not necessarily how the
11        user interfaces with a gun or what features a
12        gun would have.
13  Q.    We'll circle back to that as we kind of go
14        through our list here.
15            All right.  I'm not going to go in
16        alphabetical order because I think it makes
17        more sense to, kind of as you did, to talk
18        about these action types.
19            So if you will turn to page seven of nine
20        for me, please.
21  A.    (Witness complying.)
22  Q.    And mine has kind of got a staple that's going
23        through it, but the first definition is Single
24        Action Only or SAO.
25            Do you see that?
```

888-893-3767   US & Dates in all 50 states and 31 licensed countries requiring Nevada Registration #116F
www.lexitaslegal.com                California Firm Registration #179

LEXITAS

1    A.   I do.

2    Q.   Can you read that definition and tell me what

3         you think of it?

4    A.   There is overtyped verbiage at the top. Hammer

5         to -- I'm sorry.  There is -- the definition

6         has overtyped words.  So I can't clearly read

7         the last couple of words.

8    Q.   I will tell you it says -- that it's hammer to

9         fire a projectile.

10   A.   Okay.

11   Q.   So based on that, do you agree or disagree

12        with that definition?

13   A.   I would agree with that definition.

14   Q.   Okay.  The next definition is Single Action or

15        SA.

16             Do you agree or disagree with that

17        definition?

18   A.   I would agree in some senses.  In the case

19        of -- what we would call a DA, slash, SA, you

20        know, pistol that has a double action and

21        single action mode, the single action mode

22        could be initiated through manually cocking

23        the hammer as is described here, or it could

24        be a function of a second follow-up shot where

25        the slide has caught the hammer and put it

Case 1:24-cv-03035-MDA    Document 37-2    Filed 03/24    Page 33 of 251    LEXITAS

1        into single action mode.

2   Q.   Okay.  Let's break that down a little bit

3        for -- for maybe the non-gun enthusiasts that

4        may have to watch this later.

5             So a single action gun, that somehow

6        the -- the hammer or the mechanism is manually

7        put into a firing position, correct?

8             MR. JOYCE:  Objection to form.

9   A.   **The hammer is put into a single action mode**

10       **where the hammer is cocked.**

11       BY MR. WERTS:

12  Q.   Okay.  And that may be by manual activity of

13       the user, would be one way that it's done in

14       some pistols?

15  A.   **The user -- the user on a pistol that has an**

16       **exposed hammer spur could manually cock the**

17       **hammer and put it in single action mode.**

18  Q.   And then it may also be by virtue of a double

19       action trigger pull that we are going to talk

20       about that pushes the slide back, and the

21       mechanism of the gun puts the hammer into a

22       fire position.

23  A.   **Firing in double action mode would cause the**

24       **slide to reciprocate on semiautomatic pistols,**

25       **and the slide reciprocation in those pistols**

888-893-3767                Lexitas - Dates in all 50 states and is licensed where required Nevada Registration #16F
www.lexitaslegal.com                                    California Firm Registration #179

LEXITAS

Page 34

1       so designed would leave the hammer in a single

2       action mode where the hammer is cocked.

3   Q.  And we find something similar in revolvers as

4       well, correct?

5   A.  Dependent upon the design.

6   Q.  Right.  So in early revolver design, they were

7       all single action pistols, correct?

8   A.  I do not know the history of revolver design

9       well enough to answer that definitively.

10  Q.  You ever watch a cowboy movie?

11  A.  I have watched a cowboy movie.

12  Q.  Okay.  And you see them where they take their

13      hand on the back of it, pull the hammer back

14      and it locks into place before it's fired.

15          Have you seen examples of that?

16  A.  I have.

17  Q.  That would be a single action being done

18      manually, correct?

19  A.  Correct.

20  Q.  Then they pull the trigger.  The hammer only

21      moves in a single direction moving forward.

22      True?

23  A.  With such firearms, correct.

24  Q.  In that -- the cowboy revolver example, but if

25      we get into something more modern where it's a

Page 35

1       hammer fired pistol that Sig Sauer produces --

2       because Sig Sauer produces some hammer fired

3       pistols, correct?

4    A.   That is correct.

5    Q.   And if it is in a single action mode, then

6       when the trigger is pulled the action of the

7       pistol moves in one direction, in a single

8       direction forward to strike the primer,

9       correct?

10   A.   In the single action mode, the trigger pull

11      releases the cocked hammer to hit the firing

12      pin and fire the weapon.

13   Q.   Meaning that the hammer moves in a single

14      direction.

15   A.   Correct, albeit rotational.

16   Q.   Sure.  But whereas a striker fired pistol is

17      more of a straight line.

18   A.   And the difference between a striker fired

19      pistol and a hammer fired pistol is in a

20      hammer fired pistol the -- the spring energy

21      is directed to the hammer, and then the hammer

22      impacts a firing pin.

23          In a striker fired pistol, the spring is

24      acting directly on the striker, which is

25      equivalent to a firing pin.

Page 36

1   Q.  And we're probably going to get into

2       excruciating detail on that distinction later.

3   A.  **Understood.**

4           THE VIDEOGRAPHER:  Can we go off the

5       record for a second?

6           MR. WERTS:  Sure.

7           THE VIDEOGRAPHER:  Off the record at

8       9:43.

9               (Brief recess taken.)

10          THE VIDEOGRAPHER:  We're back on the

11      record at 9:46.  Media No. 2.  Please proceed.

12      BY MR. WERTS:

13  Q.  Now let's go back to double action.  We've

14      kind of been talking around it, but let's look

15      at the definition that SIG has provided.  That

16      is so page two of nine.

17          So this describes that a double action

18      refers to the action of a trigger that both

19      cocks a firearm's hammer and releases it with

20      one press of the trigger.

21          Do you agree with that definition?

22  A.  **I do.**

23  Q.  Anything that you would add or change to that

24      definition?

25  A.  **No.**

1    Q.   And so as one way to think of a double action

2         is that it's two movements of the firing

3         mechanism both back and forward off of the

4         single trigger pull.

5    **A.   In a hammer fired pistol, the hammer would be**

6         **rotated one direction as it's cocked and then**

7         **the other direction as it's released.**

8    Q.   Okay.  And for a striker fired pistol?

9    **A.   Similarly in a linear fashion the striker**

10        **would be moved in one direction to cock it and**

11        **then released, and it would move in other**

12        **direction to discharge the weapon.**

13   Q.   And so if we look up on the same page, it has

14        the definition for the word cocked, which is

15        the rearward position of a firearm's hammer

16        rendering it ready to fire.

17             Do you see that?

18   **A.   I do see that.**

19   Q.   Do you agree with that definition?

20   **A.   As it relates to a hammer fired firearm, yes.**

21   Q.   But it doesn't describe the mechanism for a

22        striker fired, does it?

23   **A.   This definition does not include striker fired**

24        **terminology.**

25   Q.   But it is similar in that the cocking

Case 8:23-cv-03039-MDB    Document 28-1    Filed 03/06/24    Page 38 of 251

Page 38

1     mechanism is what pulls back the striker, put

2     enough energy into the machine so that it can

3     move forward and strike the primer.  True?

4  **A.  That is -- that is correct.  A cocked striker**

5     **would have the energy stored to fire the**

6     **weapon.**

7  Q.  And that would be the same with a hammer fired

8     pistol as well, wouldn't it?  That the cock --

9     mechanism of cocking it is what puts

10    sufficient energy into that machine so that it

11    can fire a projectile.

12  **A.  Correct.**

13  Q.  And if a pistol is uncocked, it does not have

14    sufficient energy to fire a projectile through

15    normal use.

16  **A.  Yes.  I mean, typically uncocked would not**

17    **have any energy stored.**

18  Q.  And you have to have some energy to fire the

19    projectile; is that true?

20  **A.  That's correct.**

21  Q.  All right.  Going back down to the bottom of

22    page nine, it has something called a double

23    action Kellerman?

24       I'm sorry.  Page two of nine.  I

25    misdirected you.  Apology.

888-893-3767   Operates in all 50 states and is licensed where required - Nevada Registration #16F<br>www.lexitaslegal.com   California Firm Registration #179   **LEXITAS**

```
 1              Where it says it's fired by pressing the
 2       trigger to the rear which causes the hammer to
 3       cock and release.
 4              Do you see that?
 5    A.   I do see that.
 6    Q.   What is the difference between a double acton
 7       and a double action Kellerman?
 8    A.   I am not intimately familiar with the details
 9       of the double action Kellerman design, but it
10       does act similar to a double action.  The
11       trigger pull cocks the hammer and then
12       releases it.
13    Q.   And if you'll turn the page for me?
14    A.   Page three?
15    Q.   Please.
16              The first definition on this age is for
17       Double Action Only or DAO, which is, in other
18       words, the trigger pulls back the hammer and
19       releases it with every shot.
20              Do you see that?
21    A.   I do see that.
22    Q.   And does that -- does that also apply for
23       striker fired pistols or is that just for
24       hammer fired only?
25    A.   I don't see a reason why it couldn't apply to
```

888-893-3767   Lexitas operates in all 50 states and is licensed where required. Nevada Registration #16F
www.lexitaslegal.com   California Firm Registration #179   LEXITAS

1       striker fired pistols.

2   Q.  Then our next definition is a double action,

3       slash, single action or DA, slash, SA, which

4       just tells us that the DA/SA firearms, the

5       first shot is initiated with the double-action

6       function of the trigger where the hammer is

7       cocked back and released with a press of the

8       trigger.

9           Do you agree or disagree with that

10      definition?

11  A.  That definition is accurate if the state of

12      the firearm prior to the first shot is with

13      the hammer not cocked in a double action mode.

14      On -- on many DA/SA guns, the hammer could be

15      put into a single action mode whereby the

16      first shot would be a single action shot.

17  Q.  And just the action of the way the gun

18      reciprocates after the trigger is pulled puts

19      the -- the gun back into a cocked position

20      each time.  Is that true?

21  A.  Dependent of which state the first shot was

22      taken in.  The reciprocation of the slide

23      would leave the hammer cocked in a single

24      action mode after the first shot on a DA/SA

25      firearm.

888-893-3767
www.lexitaslegal.com    Lexitas operates in all 50 states and is licensed where required.  Nevada Registration #116F
California Firm Registration #179

LEXITAS

Page 41

1    Q.   Let's turn to page five of nine, please.

2              And then kind of, oh, just down the

3         first -- one definition I want to talk about

4         is manual safety.  And it tells us a manual

5         safety is a device that is designed to

6         prohibit the trigger function of a firearm.

7              Do you agree or disagree with that

8         definition?

9    A.   **In a broad sense I would agree.  I would say a**

10        **manual safety is a device that is designed to**

11        **prevent the trigger mechanism from firing when**

12        **the trigger is depressed.**

13   Q.   And do you agree with me that safety

14        mechanisms are used to help prevent the

15        accidental firing or discharge of a firearm

16        which can help ensure safer handling?

17             MR. JOYCE:  Objection to form.

18   A.   **I think we have to define what an accidental**

19        **discharge is.**

20        BY MR. WERTS:

21   Q.   Go for it.

22   A.   **Well, if we -- if we talk about a drop**

23        **scenario or abusive handling case, for**

24        **example, then -- then, yes, there is**

25        **definitely safety mechanisms in the design of**

888-893-3767   Associates in all 50 states and licensed where required Nevada Registration #116F
www.lexitaslegal.com                 California Firm Registration #179

LEXITAS

1        pistols which are intended to prevent

2        discharge under set standard testing.

3   Q.   What about outside of drop fire or abusive

4        handling situations?

5   A.   Certainly a manual safety, for example, could

6        be used to augment the safe handling practices

7        of any person carrying or using a firearm

8        should employ.

9   Q.   And do you agree that that would help to

10       prevent the accidental firing or discharge of

11       that firearm?

12  A.   It may if used appropriately under certain

13       circumstances.

14  Q.   What are the circumstances?

15  A.   For example, if the manual safety is in the

16       safe mode and the trigger is depressed, then

17       it would perform as intended and block the

18       trigger mechanism from releasing the hammer or

19       sear.

20  Q.   And do you agree or disagree that a manual

21       safety mechanism can help ensure safer

22       handling?

23  A.   I personally believe that safe gun handling is

24       a function of safe handling practices,

25       familiar -- familiarity with the firearm

888-893-3767    Associates in all 50 states and licensed where required Nevada Registration #16F
www.lexitaslegal.com              California Firm Registration #179
LEXITAS

Page 43

```
 1        and -- and accepting those responsibilities of

 2        knowing how to use or carry it safely.

 3   Q.   But as to the question of manual safety, do

 4        you think it can help ensure safer handling?

 5   A.   It could augment safer handling.

 6   Q.   And do you think that augmentation could

 7        ensure safer handling?

 8   A.   Not necessarily.  Again it comes down to how

 9        the user interfaces with the firearm.

10   Q.   Do you agree it is advantageous to have a

11        safety mechanism designed that provides two

12        distinct positions, safe and fire?

13   A.   Could you repeat the question, please?

14   Q.   Of course.

15            Do you agree that it is advantageous to

16        have a safety mechanism designed that provides

17        two distinct positions, safe and fire?

18            MR. JOYCE:  Objection to form.

19            You can answer.

20   A.   I think that some users and some law

21        enforcement agencies and other parties view it

22        as advantageous, and there are others which do

23        not view it as advantageous to have as a

24        feature set on a firearm.

25        BY MR. WERTS:
```

1  Q.  And this is one of those you're Sig Sauer.

2       Do you think it's advantageous?

3  A.  I think it can be advantageous when it is what

4       the customer wishes to have.

5            There are potential downsides in a life

6       or death situation of a manual safety in the

7       time to actually, the safety, to disengage it

8       may add to the time required to fire a shot,

9       if needed.

10 Q.  Is Sig Sauer aware of any instance where a

11      user's inability to take the pistol off of a

12      manual safety impacted their ability to use a

13      Sig Sauer pistol to defend themselves?

14 A.  I do not know the answer to that question.

15 Q.  What steps has Sig Sauer ever undertaken to

16      determine whether there is any validity to the

17      position that the time to take a pistol off

18      manual safety would have any impact in a

19      self-defense situation?

20 A.  I am not aware of specific steps Sig Sauer has

21      taken, but I am aware of the fact that there

22      are Sig Sauer customers who do not want manual

23      safeties on their firearms and have included

24      such in product requirement specifications.

25 Q.  So you've got the customer -- we'll come back

Case 3:24-cv-03099-MDR    Lexitas Operates in all 50 states and is licensed where required Nevada Registration #16F    Page 45 of 251
888-893-3767                                                                   California Firm Registration #179
www.lexitaslegal.com

1       to the customer specifications.

2          Other than receiving customer

3       specifications, what step has Sig Sauer taken

4       to determine whether or not that it's actually

5       a valid concern?

6  **A.  As I said earlier, I am not aware of steps Sig**

7       **Sauer has taken to try to evaluate that in any**

8       **testing or such manner.**

9  Q.  And is Sig Sauer aware of any instances where

10      a manual safety or the inclusion of a manual

11      safety delayed usage of a gun in a self

12      defense or other combat situation?

13         MR. JOYCE:  Asked and answered.

14         You can answer it again.

15  **A.  As I said earlier, I do know not know the**

16       **answer to that question.**

17  BY MR. WERTS:

18  Q.  Sig Sauer sells some pistols that are certain

19      model pistols where every one of them comes

20      with a manual safety.  True?

21  **A.  That is correct.**

22  Q.  And those pistols that come with a manual

23      safety on every version of that model, those

24      are sold to consumers for use in self defense

25      applications.  True?

888-893-3767
www.lexitaslegal.com   Lexitas operates in all 50 states and is licensed where required Nevada Registration #16F
California Firm Registration #179   LEXITAS

1   A.   I don't believe Sig Sauer sells product

2        specifically for one application or another.

3        The intention of our customer's use is not

4        something we necessarily know.

5   Q.   And so Sig Sauer's pistols are designed to be

6        functional in a variety of use cases.  True?

7   A.   That is true.

8   Q.   One of those use cases is self defense.

9   A.   Correct.

10  Q.   And that's true for every pistol Sig Sauer

11       makes.

12  A.   I would not say that we market all of our

13       pistols as primarily being for self defense,

14       but we also wouldn't tell a customer that they

15       couldn't use a pistol for self defense.

16  Q.   But there is not any -- scratch that.  I think

17       you may have already answered that.

18            What is a Sig Sauer model that has a

19       manual safety on every one of them?

20  A.   P938.

21  Q.   Any others?

22  A.   P322.

23  Q.   Any others?

24  A.   238.

25  Q.   Others?

LEXITAS

Page 47

1    A.    **There are many variants of 226, 229 that have**
2          **manual safeties.**

3    Q.    And just so that we are clear, I'm not talking
4          about manual safety optional.  I'm looking for
5          Sig Sauer model pistols where every one of
6          them come standard with a manual safety.

7    A.    **So if we look at the P226, P229, 220, then**
8          **there are variants with and variants without**
9          **manual safeties.**

10   Q.    But every P -- did you say it was the 238 or
11         the 338 or both?

12   A.    **238 and the 938.**

13   Q.    938.

14         The 238 and the 938, those are both
15         striker fired pistols, true?

16   A.    **No, those are hammer fired pistols.**

17   Q.    The P322 is also a hammer fired pistol, true?

18   A.    **The P322 is an internal hammer fired pistol.**

19   Q.    What about the 26 and the 29?

20   A.    **P226 and P229 are hammer fired.**

21   Q.    Internal or external?

22   A.    **External.**

23   Q.    Other than the P322, does Sig Sauer
24         manufacture any other internal hammer fired
25         pistols?

888-893-3767                                                                    LEXITAS
www.lexitaslegal.com

1    A.   Not currently.

2    Q.   Have they in the past?

3    A.   I don't know the answer to that definitively.

4    Q.   Was the P250 an internal or external hammer?

5    A.   The P250 hammer was visible.  However, it did

6         not have a hammer spur that you could easily

7         actuate by hand.

8    Q.   Would you agree with me that a manual safety

9         is critical in preventing unintended firing of

10        a weapon?

11             MR. JOYCE:  Objection to form.

12   A.   No.

13        BY MR. WERTS:

14   Q.   What is a grip -- or I guess we got our

15        definitions.  I said I wasn't going to do that

16        to you.

17             If you go back to page four, please?

18   A.   (Witness complying.)

19   Q.   So grip safety it defines as primarily a

20        feature of 1911-style handguns.  Grip safety

21        is a mechanical device build into the rear

22        portion of a grip that prevents the pistol

23        from firing unless it is firmly grasped.

24             Do you see that?

25   A.   I do see that.

Operates in all 50 states and is licensed where required Nevada Registration #16F
California Firm Registration #179

Page 49

1    Q.  Do you agree with that definition?

2    A.  **In a general sense, yes.**

3    Q.  Sig Sauer manufactures a 1911-style pistol,

4        true?

5    A.  **Correct.**

6    Q.  That Sig Sauer 1911-style pistol has a grip

7        safety.

8    A.  **It does.**

9    Q.  Other manufactures put a grip safety on their

10       striker fired semiautomatic pistols, do they

11       not?  Not all but some.

12   A.  **I believe that is correct.  But there have**

13       **been some striker fired pistol models that**

14       **have a grip safety, although I do not believe**

15       **it was the majority of stricter fired pistol**

16       **offerings.**

17   Q.  Turn to page five for me, please.

18   A.  **(Witness complying.)**

19   Q.  We got a definition for mil spec, which is a

20       colloquialism that describes items built to

21       certain dimensions, materials, and tolerances

22       specified by the United States military.

23           Do you see that?

24   A.  **I do see that.**

25   Q.  Do you agree with that definition?

888-893-3767    Serving All Dates in all 50 states and 2 licensed Where required Nevada Registration #11F
www.lexitaslegal.com              California Firm Registration #179
LEXITAS

1   A.   Generally, yes.

2   Q.   And then the next one is mil standard, which

3        it says is similar to mil spec but is

4        shortened version of the term military

5        standard.

6             Do you see that?

7   A.   I do see that.

8   Q.   From an engineering perspective is there a

9        distinction between those two things?

10  A.   I do not know the answer to that.

11  Q.   Is the consumer version of the P320 engineered

12       to military standards?

13  A.   Not specifically.

14  Q.   What does that mean?

15  A.   In the development of the P320, we were not

16       targeting mil standards as a whole for

17       component design.

18  Q.   Did that change after the military contract

19       was awarded in 2017?

20  A.   No.  The components of the M17 and M18 for the

21       army are virtually identical to components

22       that were used in the commercial products.

23  Q.   Now for completeness, if you'll turn to page

24       seven for me.

25  A.   (Witness complying.)

888-893-3767    Operates in all 50 states and is licensed where required Nevada Registration #116F
www.lexitaslegal.com                                                                            California Firm Registration #179

LEXITAS

Page 51

1  Q.  There is two definitions here.  Striker, which

2      is a part of a semiautomatic that impacts the

3      primer on a cartridge to fire the projectile.

4          Do you see that?

5  A.  **I do see that.**

6  Q.  Do you agree with that definition?

7  A.  **Generally I would say a striker or striker pin**

8      **is the component in a striker fired**

9      **semiautomatic pistol that impacts the primer**

10     **on the cartridge to fire the projectile.**

11 Q.  You were kind of shaking your head.  Was there

12     part of that -- the definition that's written

13     here you don't agree with?  Or maybe I'm just

14     misreading your facial expression.

15 A.  **I think you're misreading expression.**

16     **The -- the terminology here doesn't say**

17     **specifically that it would be in a striker**

18     **fired firearm.**

19 Q.  I see.

20         And the next one is striker fired.  It's

21     a semiautomatic handgun that uses a striker

22     rather than a hammer to impact the cartridge.

23         Do you see that?

24 A.  **I do see that.**

25 Q.  Do you agree with that definition?

888-893-3767   Operates in all 50 states and is licensed where required Nevada Registration #116F
www.lexitaslegal.com                        California Firm Registration #179

LEXITAS

Page 52

1    A.   In a very specific way, no.  In a striker

2         fired semiautomatic handgun, the striker does

3         impact the cartridge primer.  However, in a

4         hammer fired firearm it's actually the firing

5         pin that would hit the primer after it was

6         impacted by the hammer.

7    Q.   So we talked a little bit about the different

8         action types, and Sig Sauer has some pistols

9         that have a single action phase or, for lack

10        of a better term, in their cycle.  Is that

11        correct?

12   A.   Yes.

13   Q.   Are there any Sig Sauer pistols that have a

14        single action phase that do not come with

15        manual safeties?

16   A.   DAS models do not have manual safeties.

17   Q.   What is a DAS model?

18   A.   I am sorry.  DA/SA, as we referred to the

19        definition earlier, double action, single

20        action.

21   Q.   So if it's a DA/SA, it does not always have a

22        manual safety.  True?

23   A.   That is correct.

24   Q.   But if it is a single action or single action

25        only pistol manufactured by Sig Sauer, it does

888-893-3767            Offices in all 50 states and 31 licensed Where required Nevada Registration #11F
www.lexitaslegal.com                                                California Firm Registration #179

LEXITAS

Page 53

1      have a manual safety?

2   A.  **I would not say that the incorporation of a**

3       **manual safety into a model is necessarily**

4       **dictated by whether it's a single action or a**

5       **double action or DA/SA.  However, I do believe**

6       **all of our SAO models do have a manual safety.**

7   Q.  And I wasn't trying to trick you in some

8       causation type argument.  I was just looking

9       for correlation on this one.

10          And so if we pull out the catalog, all

11      the single action only pistols that Sig offers

12      have a manual safety on them for -- correct?

13  A.  **I believe that is correct.**

14  Q.  Now, there are a few terms that I've heard

15      that I didn't find in our glossary.

16          One was trigger weight.  Are you familiar

17      with that term?

18  A.  **I am.**

19  Q.  Tell us what that means, please.

20  A.  **The term trigger weight is usually referred to**

21      **as -- or also known as trigger pull weight,**

22      **and it would be the maximum trigger force**

23      **applied directly in line to the trigger in**

24      **order to cause release of the hammer or sear.**

25  Q.  And then we talked about different parts.

Page 54

1        We've not talked about a sear yet.

2            Tell us what that is.

3   A.   **A sear is a component that would either hold**

4        **the hammer cocked in a hammer fired pistol or**

5        **hold the striker cocked in a striker fired**

6        **pistol.**

7   Q.   Okay.  Double action pistols typically have a

8        heavier trigger weight because they have to

9        pull the firing mechanism back to cock it,

10       correct?

11  A.   **That's generally true.**

12  Q.   And that heavier weight is where the energy

13       comes from in order to put the gun into a

14       cocked position.  True?

15  A.   **Some of the trigger pull weight, and in double**

16       **action models, much of the trigger pull weight**

17       **does account for the cocking of the striker or**

18       **hammer.**

19  Q.   Another term that I have seen is trigger pull

20       distance or trigger pull link.

21           Are you familiar with -- which one of

22       those do you prefer?

23  A.   **I don't have a preference.**

24  Q.   What are they then?

25  A.   **Well, a trigger pull distance is measuring**

Page 55

1      some distance of trigger travel typically

2      measured at the point where a user's finger

3      would interface with the trigger.

4   Q. And so in the Sig Sauer P320 is -- does it

5      have something sometimes referred to as

6      pre-travel?

7   A. **There is a phase of the trigger pull which we**

8      **often refer to as pre-travel.**

9   Q. Tell us what that is, please?

10  A. **It would be the travel of the distance of the**

11     **trigger from the point where the trigger is at**

12     **rest with no contact made to the point where**

13     **the trigger motion moves the trigger bar**

14     **sufficiently to contact the sear.**

15  Q. And does that pre-travel typically have a much

16     lighter trigger weight then once the sear is

17     contacted?

18  A. **It does have a lighter weight, yes.**

19  Q. Roughly what is the weight to move the P320

20     trigger through the pre-trial phase?

21  A. **I don't specifically know the answer to that.**

22     **It's less than the trigger pull weight to fire**

23     **the weapon.**

24  Q. And it's a lot less, isn't it?

25  A. **It's not nearly the same.  I don't know in**

888-893-3767
www.lexitaslegal.com      Lexitas Upstate/Mid-States is in all 50 states and is licensed where required Nevada Registration #114F
California Firm Registration #179    LEXITAS

Page 56

1        terms of proportion or percentage what it is

2        out of my head.

3   Q.   By your definition, it is not nearly the same

4        weight, meaning that it is less.  True?

5   A.   The force required to pull a P320 trigger

6        through the pre-travel distance is less than

7        the force required to fully release the sear

8        and discharge the weapon.

9   Q.   And it is, I think you said, not nearly the

10       weight that it actually takes to -- to pull

11       through the sear?

12  A.   I don't know the percentage of the full

13       trigger pull weight.  It also is not linear.

14       Well, I am sorry.  It is not a constant.  As

15       the trigger is pulled through pre-travel,

16       other things happen that do cause the trigger

17       pull weight to change through that pre-travel.

18  Q.   What are those things?

19  A.   The safety lever is rotated which causes the

20       striker safety lock to move up, and that is

21       spring loaded, so as the trigger is being

22       pulled that force is changing.

23  Q.   So the striker safety level is moved out of

24       place before or during the process of

25       pre-travel?

Page 57

1    A.    Pre-travel does partially -- it does move the

2          safety lever and partially initiates that

3          action.

4                In addition, the trigger bar spring which

5          returns the trigger or resets the trigger is

6          also being -- it's a torsion spring, but it's

7          being wound up, and its resistance to trigger

8          pull motion through pre-travel is also

9          increasing.

10   Q.    What is a tabbed trigger?

11   A.    A tabbed trigger is generally referred to as a

12         mechanism where the trigger has some sort of

13         locking feature that can prevent motion unless

14         a tab or some other component is also moved,

15         meaning that pulling the trigger would induce

16         multiple motions.

17               Some incarnations you could think of as a

18         kickstand where depressing the tab on a

19         trigger and then -- moves a kickstand out of

20         the way and then allows the rest of the

21         trigger mechanism to be rotated.  It's a

22         design that's very often used to improve drop

23         safety circumstances of some firearms.

24   Q.    Can a tabbed trigger also help prevent

25         unintended discharges?

888-893-3767
www.lexitaslegal.com
Lexitas Dallas operates in all 50 states and is licensed where required. Nevada Registration #081F
California Firm Registration #179
LEXITAS

Page 58

1    A.   I don't know that to be the case.  I am not

2         aware of any standardized testing that would

3         show that, or I am not aware of any tests that

4         have been done that would necessarily lead me

5         to believe that.

6    Q.   What tests has Sig Sauer undertaken to

7         investigate that proposition?

8    A.   As I stated before, there are no standardized

9         tests for this.  In -- in establishing a

10        scientific test to try to evaluate that, it

11        seems that the number of potential scenarios

12        one would try to have to evaluate could be

13        limitless, and to have a valid scientific test

14        the test would have to be designed such that

15        it's very repeatable with consistent results

16        each time; and no such test, to my knowledge,

17        has been developed.

18   Q.   And so the short -- I understand the

19        scientific method, and we'll talk about that.

20             The -- but the short answer is Sig Sauer

21        has undertaken no tests to evaluate whether a

22        tabbed trigger would improve unintentional

23        discharge safety.  True?

24   A.   I can -- I don't know that we've done any,

25        what I would call, scientific tests to try to

888-893-3767          LEXITAS States in all 50 states and is licensed where required by law
www.lexitaslegal.com                    California Firm Registration #179

Page 59

```
 1        assess that because, to my knowledge, no

 2        scientific tests have been developed to do so.

 3             I can say that I question the

 4        effectiveness of tabbed triggers as being able

 5        to prevent inadvertent trigger motion in a lot

 6        of scenarios.  Whether there is some scenario

 7        that it could prevent unintended trigger

 8        motion, that's plausible; but as I would see

 9        it, the effectiveness at doing so is not

10        obvious.

11   Q.   Okay.  Two things in that answer, I want to

12        break them down separately.

13             And just so that I understand this, you

14        agree with me that, for all the reasons you've

15        already stated, but it is true that Sig Sauer

16        has undertaken no testing to evaluate the

17        effectiveness of a tabbed trigger as it

18        relates to unintendable discharge safety.

19        True?

20             MR. JOYCE:  Objection.  Asked and

21        answered multiple times.

22             You can answer one more time, and I am

23        going to ask counsel to move on.

24             MR. WERTS:  It hasn't been answered yet.

25             But go ahead.
```

888-893-3767    Lexitas Operates in all 50 states and is licensed where required Nevada Registration 091F
www.lexitaslegal.com                                California Firm Registration #179

Page 60

1      MR. JOYCE:  I -- I disagree.

2  A.  I am not -- I am not aware of any scientific

3      tests or exhaustive -- exhaustive tests that

4      have been performed to try to evaluate the

5      efficacy of a tabbed trigger design in terms

6      of its preventing unintentional motion of the

7      trigger.

8          I am -- I'm aware of the fact that there

9      are a wide variety of tabbed trigger designs

10     on the market.  Many of them don't seem that

11     they would prevent unintended motion of the

12     trigger due to the trigger being depressed in

13     any meaningful way.

14 BY MR. WERTS:

15 Q.  Has Sig Sauer undertaken any sort of

16     comparative analysis between those different

17     types of tabbed triggers to determine which

18     are more or less effective in preventing

19     unintended discharges?

20 A.  We have not done testing on a variety or

21     multitude of competitor tabbed trigger designs

22     to try to assess that.

23 Q.  Has Sig Sauer tested any of its own tabbed

24     trigger designs?

25 A.  To my knowledge, we have not tested tabbed

888-893-3767    Staff Associates in all 50 states and is licensed where required by Nevada Registration #116F
www.lexitaslegal.com                    California Firm Registration #179

Page 61

1    trigger designs to try to assess whether or

2    not intended or depressing the trigger was

3    harder or easier with a tabbed trigger.

4         We are aware of instances where we have

5    heard of tabbed trigger designs not

6    functioning or not allowing the trigger to be

7    pulled when it was desired for the trigger to

8    be pulled, but we have not done any testing to

9    ascertain specifics of that.

10   Q.   Okay.  Has Sig Sauer undertaken any testing of

11        a tabbed trigger of its own design?

12   A.   Yes.

13   Q.   In what context?

14   A.   We have looked at tabbed triggers in the

15        context of drop scenarios.

16   Q.   Anything else?

17   A.   Not to my knowledge.

18   Q.   Okay.  A few answers ago you indicated a

19        statement where you said that -- and I am not

20        trying to put words in your mouth.  I'm not

21        going to get this right because it was enough

22        questions ago -- where you said that -- you

23        said, I don't think a tabbed trigger would

24        help with unintended discharges or something

25        to that effect.

Page 62

1        Do you recall that answer?

2   A.   Generally.

3   Q.   Okay.  What is your basis for that belief?

4   A.   A general understanding of the nature of how a

5        foreign object, for example, could come in

6        contact with a trigger and cause trigger

7        actuation independent of whether the tabbed

8        design was there or not.

9   Q.   And in that context -- just this is one where

10       we kind of need to split -- are you saying I

11       in the terms of I, Matt Taylor, don't think

12       that or I, Sig Sauer, don't think that?

13  A.   I, Matt Taylor, don't think that, and there

14       are many other people at Sig Sauer that don't

15       think that either.

16  Q.   Who are those people?

17  A.   Adrian Thomele.

18  Q.   Anyone else?

19  A.   I can't say specifically.

20  Q.   You also indicated that you are aware of

21       instances where a tabbed trigger allegedly

22       interfered with the operation of a pistol when

23       someone was intending to pull the trigger.

24        Do you recall indicating that?

25  A.   I have read such comments online.

888-893-3767    Lexitas operates in all 50 states and is licensed where required by law.    Nevada Registration 81F
www.lexitaslegal.com                                        California Firm Registration #179

1  Q.  Okay.  Where?

2  A.  I don't recall which forum or websites I was

3      looking at.

4  Q.  Was this research that you were doing in your

5      context of -- as just personal research or as

6      your role with Sig Sauer or something in

7      between?

8  A.  It would not have been personal research.  It

9      was probably information I came across in

10     preparing for this deposition.

11 Q.  How long have you been aware of these reported

12     instances of a tabbed trigger potentially

13     causing interference with using a firearm?

14 A.  I have been aware of the potential for that

15     since I first became aware of tabbed trigger

16     designs.  That's frankly one of the reasons

17     that I personally am not someone who would

18     want a tabbed trigger on my firearm because

19     it's -- provided that the firearm does not

20     require the tabbed safety or tabbed trigger

21     for drop safety purposes, view it as

22     additional components that could create a

23     problem.  And there's a general engineering

24     principle that we would want to minimize the

25     number of components to those that are

LEXITAS

Page 64

1          necessary for the proper function of the

2          firearm.

3               Any mechanical mechanism can fail, be

4          affected by contamination.  Contamination

5          particulate that gets behind a tabbed trigger,

6          even if the tabbed trigger is otherwise free,

7          could limit motion of the trigger and result

8          in the trigger not being able to be pulled.

9          And if that is in a life or death situation

10         where somebody is reliant on the firearm,

11         that's not what I want to have happen.

12    Q.   And so your recollection, as I understand it,

13         is you saw some online forum, someone

14         reporting a problem when they tried to pull a

15         trigger on a pistol; is that right?

16    A.   Correct.

17    Q.   Was there any other detail of this incident?

18    A.   I don't recall the specifics, but I think

19         there were multi -- it was reported that

20         multiple people had cited that as an issue,

21         and I believe alternate versions of the tabbed

22         trigger design were released at a later date

23         that may or may not have been tied to

24         improving that issue.

25    Q.   Was this issue with a particular

Page 65

1　　　　manufacturer's gun?

2　A.　It was.

3　Q.　Who was the manufacturer?

4　A.　I don't recall specifically.

5　Q.　Okay.  But it was just one manufacturer that

6　　　　was being discussed on the one forum you are

7　　　　thinking of?

8　A.　In that instance, yes.  It's not something I

9　　　　spent a lot of time searching for online.

10　　　　Just something I was browsing the internet and

11　　　　came across.

12　Q.　And the people that were reporting this, did

13　　　　you have any information on their background

14　　　　or training with firearms?

15　A.　I believe I read about it in a -- like a

16　　　　product review type forum of comments.  I

17　　　　don't remember which website it was.

18　Q.　And so whenever you're doing online

19　　　　research -- you've clicked through a lot of

20　　　　websites.  It's not uncommon that you might

21　　　　not remember the exact website you saw.  True?

22　A.　Correct.

23　Q.　But as you sit here today, you are left with a

24　　　　strong impression of this memory of the

25　　　　information that you received even if you

Page 66

1      can't articulate the exact details.

2   A.   **I certainly recollect reading that there were**

3       **issues with the tabbed trigger not being able**

4       **to be depressed when it was intended to.**

5   Q.   And reading that has impacted your engineering

6       opinion of -- about tabbed triggers.  Is that

7       true?

8   A.   **I would say it supports my -- my belief that a**

9       **tabbed trigger could impede intended trigger**

10      **actuation under some circumstances.**

11  Q.   Okay.

12          MR. WERTS:  Let go off the record and

13      take a short break.  We've been going about an

14      hour.

15          THE VIDEOGRAPHER:  Off the record 10:31.

16              (Brief recess taken.)

17          THE VIDEOGRAPHER:  We're back on the

18      record at 10:25.  Media No. 3.  Please

19      proceed.

20      BY MR. WERTS:

21  Q.   I want to go back and just do a little bit of

22      housekeeping stuff.

23          You indicated you had testified at a

24      deposition one other time before; is that

25      right?

888-893-3376    Lexitas/DJ - rates in all 50 states and is licensed where required Nevada Registration #116F
www.lexitaslegal.com                                      California Firm Registration #179

LEXITAS

Page 67

1    A.  That's correct.

2    Q.  Was that related to your work with Sig Sauer?

3    A.  It was.

4    Q.  When was that?

5    A.  June of this year.

6    Q.  What was the general matter of your discussion

7        during that deposition?

8    A.  It was the Cole case, that we touched on many

9        of the things we have talked about.

10   Q.  And that was -- you said it was Cole, C-o-l-e?

11   A.  Correct.

12   Q.  Do you know what court that was pending in?

13   A.  I do not.

14   Q.  Was that related to the Sig Sauer P320?

15   A.  It was.

16   Q.  Was that an unintended discharge case?

17   A.  I don't recall if there was unintended

18       discharge specific to the case.

19   Q.  What did the case have to do with P320 then?

20   A.  I was asked questions about single action,

21       double action.  Many of the same questions

22       you've asked about.

23   Q.  Okay.  Where did that deposition occur?

24   A.  It was done remodely.  I was in my office in

25       Exeter, New Hampshire.

888-893-3767     US States in all 50 states and is licensed Where required Nevada Registration #116F
www.lexitaslegal.com                                California Firm Registration #179

LEXITAS

Page 68

1    Q.   Have you ever testified either by deposition

2         or live in any proceeding under oath other

3         than that single deposition?

4    A.   No.

5    Q.   You received your bachelor's degree in

6         mechanical engineering from the University of

7         New Hampshire in 1991, correct?

8    A.   That is correct.

9    Q.   Do you have any graduate work?

10   A.   I never enrolled in any graduate programs.  I

11        did take a couple of graduate level courses in

12        controls engineering after I received my BSME,

13        but I never officially pursued any higher

14        degree.

15   Q.   And your first job out of college was the

16        research and development manager at Goss

17        International; is that right?

18   A.   I did not start as a manager, but it was with

19        Goss International and prior names of that

20        same company.  The company went through

21        several mergers and there was name changes.

22   Q.   But it was Goss at the end?

23   A.   Yes.

24   Q.   What was it when you started?

25   A.   Heidelberg Harris, Heidelberg Web Press were

888-893-3767                 Legal Updates in all 50 states and is licensed where required Nevada Registration 91F
www.lexitaslegal.com                              California Firm Registration #179

LEXITAS

Page 69

1        early names.

2    Q.   And they made printing presses, right?

3    A.   **That is correct.  Printing -- printing presses**

4         **and related equipment.**

5    Q.   As we're going today is there any reason,

6         whether medical, emotional or otherwise, that

7         you could you not give truthful testimony

8         under oath today?

9    A.   **No.**

10   Q.   Have you ever been convicted of a felony or

11        misdemeanor?

12   A.   **No.**

13   Q.   Have you ever personally filed bankruptcy?

14   A.   **No.**

15   Q.   Have you ever served in the military?

16   A.   **No.**

17             (Deposition Exhibit No. 4 was marked for

18        identification.)

19   Q.   Our court reporter has handed you what has

20        been marked as Deposition Exhibit No. 4.

21             Have you ever seen this before?

22   A.   **I have.**

23   Q.   Tell us what this is, please.

24   A.   **This is an overview of characteristics for a**

25        **striker fired pistol.  Based loosely on the**

888-893-3767   Certified in all 50 states and 131 licensed Filed required Nevada Registration 71-16F
www.lexitaslegal.com                  California Firm Registration #179              LEXITAS

1    **P250 grip modules as cited in the overview.**

2    Q.   So this has a date of March 20 of 2012, so

3         it's a little bit before you got to Sig Sauer,

4         correct?

5    A.   **That's correct.**

6    Q.   Is it your understanding that this was kind of

7         the request or overview of what the design

8         team was asked to put together?

9    A.   **One of them.  I have seen several versions of**

10        **this that were -- or at least one other**

11        **version of this that was prior to my joining**

12        **SIG.**

13   Q.   Have you seen other versions other than the

14        one you are thinking of that was prior to your

15        joining SIG?

16   A.   **Not that I recall.**

17   Q.   Okay.  The other version, was it of a similar

18        format as this?

19   A.   **I know that one other version I recall was**

20        **more of a table format rather than something**

21        **that appears to be a Word-type document.**

22   Q.   And it has the name T. Butler at the top.

23             Do you see that?

24   A.   **I do.**

25   Q.   There do you recognize that name?

888-893-3767
www.lexitaslegal.com
Serving Litigants in all 50 states and is licensed where required by law. Nevada Registration #116F
California Firm Registration #179

LEXITAS

Page 71

1    A.    I do.  His first name was Tim, and he was in

2          product management at Sig Sauer.

3    Q.    What is product management?

4    A.    Product management is a group that helps

5          define what products we should develop as a

6          company and what feature sets, and they should

7          have, in some cases, what requirements they

8          should meet.

9    Q.    Was that part of the marketing department?

10   A.    Is it independent from marketing, but in some

11         ways is a similar function.

12   Q.    But it is not part of Mr. Thomele's

13         engineering department, is it?

14   A.    Product management does not report to Mr.

15         Thomele.

16   Q.    Or Thomele, I'm sorry.

17               Who does product management report?

18   A.    Currently the head of that group would be

19         Robbie Johnson.

20   Q.    What is Mr. Johnson's title?

21   A.    I cannot recall that specifically because it

22         is very lengthy.  But he is in charge of

23         product management, but he also oversees

24         functions at the SIG Experience Center.  He

25         has a host of responsibilities.

888-893-3767    Serving all 50 states and licensed where required Nevada Registration #179
www.lexitaslegal.com                     California Firm Registration #179

LEXITAS

Page 72

1    Q.   And you are not the person for org charts, so

2         I am not going to, like, go into this in

3         detail.

4              But is it like a vice-president level,

5         executive vice-president, director?  Do you

6         remember kind of how it starts even if it's

7         kind of a long title?

8    A.   **He -- he would be up at that level.  He**

9         **reports to our CEO, but I don't -- I can't**

10        **spit out his title.**

11   Q.   Okay.  Because you're at the director level,

12        right?

13   A.   **I am at the director level.**

14   Q.   And the person that we are speaking of is

15        higher on the org chart than you are.

16   A.   **That is correct.**

17   Q.   How many levels higher?

18   A.   **I would say two.**

19   Q.   Okay.  All right.  So we talked briefly about

20        the p250.

21             And that is a discontinued pistol at this

22        point.  True?

23   A.   **Virtually.  If we produce any, it's very few.**

24        **It's not something we are marketing.**

25   Q.   And the -- that was a double action, single

888-893-3767    Litigates in all 50 states and is licensed where required Nevada Registration #16F
www.lexitaslegal.com                     California Firm Registration #179

1          action, hammer fired pistol, correct?

2     A.   No, it was a double action only.

3     Q.   Okay.  And as a double action only pistol,

4          the -- when the pistol was at rest, there was

5          no energy in the firing mechanism, correct?

6     A.   Essentially, yes.  If there was any, it was

7          very little.

8     Q.   Certainly insufficient energy to strike a

9          primer and fire a projectile under normal use,

10         correct?

11    A.   Correct.

12    Q.   And so all the energy came from pulling the

13         trigger, and then all that energy was released

14         on every shot.  True?

15    A.   If the trigger was fully depressed, yes.

16    Q.   The P320 uses the same grip modules as the

17         P250 did.  True?

18    A.   They were compatible when we launched the grip

19         module selection.  P320s have expanded since

20         then.

21    Q.   Meaning that there are additional size grip

22         modules that exist now that didn't exist then?

23    A.   And different ergonomics, yes.

24    Q.   And then we're -- as you might imagine, we're

25         going to kind of go through those in some

888-893-3767    Updates in all 50 states and is licensed where required by Nevada Registration #116F
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

Page 74

1        detail.

2              But at launch the P320 was based on grip

3        modules that Sig Sauer already had from its

4        manufacturer of the 250 line, correct?

5    A.  **That is definitely where we started, yes.**

6    Q.  But the decision was made to use some of the

7        P250 parts but then develop a striker fired

8        pistol around those parts?

9    A.  **That was -- was that the initial goal, yes.**

10   Q.  And that's what happened, right?

11   A.  **Some parts were common.**

12   Q.  What was common?

13   A.  **Obviously the grip module.  Very initially the**

14       **desire was to use the exact same serialized**

15       **frame.  That did not happen.  Although the**

16       **general shape and profile of the frame or**

17       **receiver was the same.**

18            **As I recall, barrels were common.  The**

19       **slide catch lever itself I believe was common.**

20       **So there were -- there were a few parts that**

21       **were common.**

22   Q.  Anything else?

23   A.  **I can't say definitively.**

24   Q.  Okay.  Now, under the characteristics on our

25       Exhibit 4 of what the team was being called to

888-893-3767          Legal Associates in all 50 states and 13 licensed Nevada court reporters          Nevada Registration #119
www.lexitaslegal.com                                                                                    California Firm Registration #179

1    develop, it lists a few calibers of  9

2    millimeter, 40 caliber, 357SIG and 45ACP.

3         Do you see that?

4    A.  I do.

5    Q.  Did the P250 come in those four calibers as

6    well?

7    A.  I don't recall if it came in all of them, but

8    it definitely came in more than one.

9    Q.  Which ones do you remember it came with --

10   A.  And I think --

11   Q.  Oh, I'm sorry.  I didn't mean to interrupt

12   you.

13   A.  That's okay.

14        I think -- I think there were P250

15   variants that we made in all four of those.  I

16   don't recall if we were in active production

17   with those designs for all of the calibers.

18   Q.  A couple terms in there I want to break down.

19        When you say variant, what does that

20   mean?

21   A.  Different caliber.

22   Q.  Okay.  But the rest of the gun is designed and

23   works the same way?

24   A.  Generally the 45ACP is a bigger round, so

25   there were differences between it and the

888-893-3376     Litigates in all 50 states and is licensed under Nevada Registration #161
www.lexitaslegal.com     Filed 06/03/24 Nevada Registration #161
California Firm Registration #179

LEXITAS

1    other three calibers, and even between 9

2    millimeter and the 40 and 357SIG.  Those were

3    different magazines, for example.  So there

4    were slight variations between them, but the

5    general function of the firearm was the same.

6  Q.  Uses the same fire control unit?

7  A.  There were slight differences in the fire

8    control unit for the 45ACP.

9  Q.  But the fire control unit or FCU was the same

10    for the 9 millimeter, the 40, and the 357?

11 A.  As I recall, yes.

12 Q.  And that's carried through to -- or a version

13    of that is carried through to the P320 because

14    all the P320s have the same fire control unit

15    for the 9 millimeter, 357 and 40, correct?

16 A.  The fire control unit was the same for those

17    three calibers.

18 Q.  And then it's a slightly different fire

19    control unit for the 45ACP?

20 A.  That is correct.

21 Q.  Works the same way.  It just has a little bit

22    heavier parts in a couple of spots?

23 A.  Not necessarily heavier but generally

24    functions in the same manner, and most of the

25    differences are tied to the different magazine

888-893-3767  Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F
www.lexitaslegal.com                    California Firm Registration #179

1      size.

2   Q.  And that's just a function of a 45-caliber

3       round has a large diameter than a 9 millimeter

4       round, right?

5   A.  Correct.

6   Q.  So you have to have a slightly different

7       shaped passageway to load the round into the

8       chamber.

9   A.  **The physical dimensions of the magazine are**

10      **different.**

11  Q.  But the way the trigger bar actuates the sear

12      that actuates the striker, all of that is the

13      same.

14  A.  Correct.

15  Q.  And that is true for all four of those

16      calibers.  True?

17  A.  Correct.

18  Q.  P320?

19  A.  Yes.

20  Q.  And it was also true for the P250.

21  A.  Yes.

22  Q.  Now, in our characteristics it says the 380

23      auto and the 22 long rifle or 22 lr, which

24      stands for long rifle, correct?

25  A.  Correct.

888-893-3767      Operates in all 50 states and is licensed where required Nevada Registration #181F
www.lexitaslegal.com                California Firm Registration #179                      LEXITAS

Page 78

1   Q.  That those were preferred.

2        Were those ever developed for the P320?

3   A.  **There was never a full complete firearm**

4       **developed or put into production for the P320**

5       **in those calibers.**

6        **There was some development work for a 22**

7       **long rifle Cal-x kit, meaning slide assembly,**

8       **that could be an option; although I don't**

9       **recall if it ever went to production.**

10  Q.  Okay.  And Cal-x kit, one of the things with

11      the Sig Sauer P320 is that you can change the

12      caliber of your pistol by changing a limited

13      number of parts.  True?

14  A.  **Correct.**

15  Q.  And is that what you are referring to with

16      Cal-x?

17  A.  **So the Cal-x kit would be the parts required**

18      **to -- to convert over to a different caliber.**

19  Q.  And for our court reporter's sanity, how does

20      one spell Cal-x?

21  A.  **I believe it was C-a-l, hyphen, x or C-a-l-x.**

22      **Something along those lines.**

23  Q.  Do you know why development of a 380 auto or

24      22 long rifle version of the P320 was never

25      completed?

888-893-3767                    United States in all 50 states and is licensed where required Nevada Registration #16F                    Page 79 of 251
www.lexitaslegal.com                    California Firm Registration #179
LEXITAS

Page 79

1   A.   I don't know specific reasons.

2   Q.   Do you know any reasons?

3   A.   Working with our product management

4        department, it was not prioritized as

5        something that we were going to develop.  I

6        don't know the reasons behind that.

7   Q.   Okay.  But that was a decision that came from

8        product development.

9             What -- I guess what I'm getting at, just

10        to be very transparent here, there wasn't some

11        engineering problem that couldn't be overcome

12        with those calibers, or was there?

13   A.   Not that I am aware of.

14   Q.   And you would -- you would know the answer

15        because you were the team lead at that time,

16        right?

17   A.   I believe so.

18   Q.   All right.  We have sizes of full size,

19        compact and subcompact.

20             Do you see that?

21   A.   I do.

22   Q.   And then after each of those sizes it says

23        large, medium and small or for subcompact

24        medium, medium railed and small.

25             Do you see that?

888-893-3767
www.lexitaslegal.com
Lexitas -- Dates in all 50 states and is licensed where required Nevada Registration #116F
California Firm Registration #179

Page 80

1    A.   I do.

2    Q.   By my math, there is nine different iterations

3         if we do all the combinations on that.

4              Can you tell us what all that is

5         describing in that sizes session?

6    A.   So the full size, compact and subcompact would

7         have to do with barrel and slide length, and

8         also magazine capacity and grip level height.

9              The large, medium, small refer to the

10        general size of the grip module as it

11        interfaces with the user, such things as

12        circumference of the grip, how it fits in the

13        hand.

14             And the medium railed would be a medium

15        sized grip in terms of the hand fit with a

16        rail for mounting things on the cover of a

17        gun.

18   Q.   And those different sizes, those don't have

19        any impact on the functionality of the fire

20        control unit or the sear striker, do they?

21   A.   They do not.  They would all be

22        interchangeable with the same fire control

23        units.

24   Q.   And so the sizes changes what it looks like

25        from the outside, but the inside and how it

888-893-3767   www.lexitaslegal.com   Lexitas operates in all 50 states and is licensed where required by law. Nevada Registration #116F   California Firm Registration #179   LEXITAS

Page 81

1      works is the same regardless of what size it

2      is.

3   **A.    Yes.  In terms of full size, compact,**

4   **subcompact, obviously there is some different**

5   **components because of the length differences,**

6   **and things like recoil springs were designed**

7   **differently because of the length differences,**

8   **but the function of the gun was similar.**

9   Q.   But it had all of the same design

10      characteristics and safety characteristics

11      regardless of the size.  Is that true?

12   **A.    Yes.**

13   Q.   Just so that we kind of have an understanding

14      of what these things are, I am going to hand

15      you --

16          MR. WERTS:  Can I have three stickers,

17      please.

18              (Off-the-record colloquy.)

19          (Deposition Exhibit No. 5 was marked for

20      identification.)

21          (Deposition Exhibit No. 6 was marked for

22      identification.)

23          (Deposition Exhibit No. 7 was marked for

24      identification.)

25   Q.   All right.  I am going to hand you what I've

Case 3:22-cv-03095-MDH   Document 59-24   Filed 05/05/25   Page 82 of 251   LEXITAS

Page 82

1     marked as Deposition Exhibits 5, 6 and 7.  And

2     since bringing live firearms is kind of

3     complicated, I'm going to use these for the

4     show and tell portion of our show.

5          Can you tell me what those are?

6  A.  These are P320 grip modules.

7  Q.  Are they different sizes?

8  A.  One appears to be a full size; one appears to

9     be a compact; one appears to be a carry based

10    upon these product descriptions.

11 Q.  Now, are -- Exhibit 4 describes it as full

12    size, compact and subcompact, and you used

13    kind of a different term there with full,

14    carry and compact.

15         Does that line up in any way?

16 A.  So the shape and styling of grips has changed

17    through the years.  This was a product to

18    requirement type document from 2012.  There

19    was no vision for a carry version noted on

20    this 2012 document.  But yes, that's -- they

21    are similar in terms of talking about

22    different grip sizes, both -- both in length

23    and height.

24         And these appear to all be small grip

25    modules, so the ergonomics of how the grip

888-893-3767     Paralegal Dates in all 50 states and is licensed where required Nevada Registration #106F
www.lexitaslegal.com     California Firm Registration #179     LEXITAS

Page 83

```
1        fits into the hand would be similar between

2        these three.

3   Q.   Okay.  Let's -- let's start with Exhibit 5.

4             And you can tell the difference between

5        these grip modules without them being in a

6        labeled box, correct?

7   A.   I should be able to.

8   Q.   We'll try to keep it straight, but just in

9        case that doesn't happen.  All right.

10            So I am going to hand you the full size

11       model.  All right, and so you described

12       several characteristics with a grip frame for

13       us, and so what I would like you to do is just

14       kind of point out a couple of the things that

15       you talked about.

16            One of the things that you talked about

17       was grip circumference.

18            What are referring to in that?

19  A.   The area around the -- the section of the grip

20       that the user would have in their hand, in

21       their dominant shooting hand.

22  Q.   And the P320 comes in a variety of different

23       ergonomic sized grip circumferences, correct?

24  A.   It does.  So there's a marking on the back

25       here.  It's an S.
```

888-893-3767  Lexitas  Operates in all 50 states and is licensed where required; Nevada Registration #116F
www.lexitaslegal.com  California Firm Registration #179
LEXITAS

1    Q.   Okay.

2    A.   **Which refers to the small size.  So this is**

3         **the -- this would be a smaller circumference**

4         **around.  The medium would be slightly bigger,**

5         **and a large would be bigger yet.**

6    Q.   All right.  And the -- regardless of which

7         size grip circumference, it still gets the

8         same striker, the same fire control unit.

9    A.   **Correct.**

10   Q.   Okay.  And those fire control units are

11        interchangeable?

12   A.   **The -- a fire control unit could go into any**

13        **one of these grips, modules.**

14   Q.   And it would be the exact same -- like you

15        said, if we had three different fire control

16        units, we could swap them right on back and

17        forth, and it would function correctly.  Is

18        that true?

19   A.   **Yes.**

20   Q.   You also said something about frame length or

21        slide length.

22             Do you recall that?

23   A.   **I do.**

24   Q.   Can you point out on our exemplar what you are

25        referring to with that?

Page 85

1   A.  So it's really the length of this section of

2       the grip module.  Different -- a compact slide

3       and barrel would be shorter than a full size

4       slide and barrel, for example.  So the length

5       of this, what we call the dust cover area,

6       could be longer or shorter in a grip module.

7   Q.  Okay.  And so just kind of comparing and

8       contrasting, I am going to hand you the

9       Exhibit 6 version.

10          Can you tell me -- and so can you kind of

11      hold that up and show that to the camera so

12      that you can see the difference?

13  A.  So if we roughly align the grips, the

14      take-down lever on the module, you can see

15      that the dust cover area on this top grip is

16      shorter than the bottom grip.

17  Q.  Okay.  And because you kind of made a point of

18      indicating that the difference was at the

19      front of the gun or front portion of the gun,

20      but everything internally is the same on the

21      back half of the gun, correct?

22  A.  Well, certain grips can be shorter or taller

23      in this -- in this section, as well, where

24      magazines could be taller or shorter to

25      accompany that.

888-893-3767   Leixtas/Dispartes in all 50 states and is licensed where required by Nevada Registration #116F
www.lexitaslegal.com                    California Firm Registration #179        LEXITAS

1   Q.   And I was referring to internally in my

2        question.  That was a bad question.

3   **A.   So in the fire control unit area, yes, they**

4        **should be interchangeable.**

5   Q.   Okay.  And that is going to be the same for

6        all the different sizes, correct?

7   **A.   That is the same for all the different sizes.**

8        **One exception in grips would be manual safety**

9        **versions would have a notch that is clearance**

10       **for the manual safety shaft to come through**

11       **for access to the thumb levers.**

12  Q.   And these grip modules that I purchased you

13       could not add a manual safety to.  Is that

14       true?

15  **A.   Not without modification, simply because there**

16       **is no slot for the manual safety to come**

17       **through.  You can actually see a witness mark**

18       **that's a little bit of a darker u-shaped area**

19       **in this grip where the notch for a manual**

20       **safety would be.**

21  Q.   But that would have to be cut out by someone

22       qualified to be making adjustments and cuts to

23       a --

24  **A.   Or a user could buy a manual safety version of**

25       **a grip.**

888-893-3767   Operates in all 50 states and is licensed where required   Nevada Registration #116F
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

1    Q.  Okay.

2    **A.  Which is molded with the cutout in it.**

3    Q.  And that would be the better way to do it,

4        right?  So it came from the factory --

5    **A.  Certainly it's easier, yes.**

6    Q.  Now I've also -- and we're going to look at

7        some material that shows us briefly of a

8        P320X.

9            Are you familiar with that designation?

10   **A.  So we have a P320 XFive; we have a P320X**

11       **carry, so there are multiple X versions, yes.**

12   Q.  And so are the fire control units between a

13       regular P320 and P320X interchangeable as

14       well?

15   **A.  Yes.**

16   Q.  And just like we looked at -- I am going to

17       use one of these and kind of demonstrate.  You

18       said that everything internal from here back

19       is the same as that P320.  It is also the same

20       from here back on a -- one of the P320X

21       models.  True?

22   **A.  For the fire control unit portion, yes.**

23   Q.  Okay.  And the difference in the X model is it

24       has a different shaped handle.  True?

25   **A.  Correct.**

888-893-3767     Updates in all 50 states and is licensed where required - Nevada Registration #116F     LEXITAS
www.lexitaslegal.com                    California Firm Registration #179

Page 88

1    Q.   This thing is called beaver tail, right?

2    **A.   That's correct.**

3    Q.   An X has a different beaver tail, right?

4    **A.   That is part of the ergonomic difference of X**

5        **grips.**

6    Q.   It's got a little bit of cutout here for the

7        finger holds, right?

8    **A.   There are -- yes, there are ergonomic**

9        **differences that change the appearance as**

10       **well.**

11   Q.   Okay.  None of those ergonomic have any impact

12       on how the gun mechanically works though, do

13       they?

14   **A.   That's correct.**

15   Q.   None of those ergonomic differences have any

16       impact on the safety features present or not

17       present in the gun.  True?

18   **A.   Correct.**

19   Q.   I am going to hand you Exhibit 7, which is the

20       compact version, correct?

21   **A.   Yes.**

22   Q.   And that is again just a shorter front end on

23       the gun, right?  And a shorter handle?

24   **A.   And a shorter handle, so if we put them this**

25       **way you can see --**

888-893-3767
www.lexitaslegal.com
Lexitas.  Dates in all 50 states and is licensed where required by law.
California Firm Registration #179        Nevada Registration #10F
LEXITAS

1          MR. WILLIAMS:  Hold that up, please.

2   **A.  Roughly align them, you can see that the rear**

3   **one has a longer mag well and would accept a**

4   **taller magazine.**

5   BY MR. WERTS:

6   Q.  Okay.

7   **A.  Whereas the compact is shorter, and the**

8   **compact also exhibits the shorter dust cover**

9   **that we talked about before.**

10  Q.  And the different magazines, the only impact

11      that has on the user experience is that it

12      holds less rounds, correct?

13  **A.  Or more rounds.**

14  Q.  I guess that is true, or more.

15          And so depending on what magazine you

16      hire or -- or you purchased, it may have more

17      or less rounds?

18  **A.  Correct.**

19  Q.  The number of rounds in a magazine has zero

20      impact on how the gun mechanically works

21      though, correct?

22  **A.  Not in terms of basic function.**

23  Q.  The only difference is how many times you can

24      pull the trigger before it locks open.

25  **A.  Correct.**

888-893-3767   Lexitas/Dates in all 50 states and is licensed where required: Nevada Registration #116F
www.lexitaslegal.com                    California Firm Registration #179                    LEXITAS

1    Q.   And maybe how heavy it is in your hand.

2    A.   **And how heavy it is in your hand.**

3         **Performance -- so the different magazines**

4         **obviously have differences other than just the**

5         **length of the magazine and how many rounds it**

6         **holds because the room for spring and the**

7         **spring lengths, for the magazine spring and**

8         **such, also change.**

9              **But, yes, in terms of basic function they**

10        **all do the same thing as they interface with**

11        **the fire control unit.**

12   Q.   And the differences in the magazine you just

13        identified, those are just technical

14        differences of what is necessary for -- like,

15        the spring that's needed to push 17 rounds

16        through is different than the spring that's

17        needed for it to push ten rounds through.

18   A.   **That's a good summary.**

19   Q.   Okay.  But that doesn't have anything to do

20        with how the gun works or mechanically works

21        as a firing unit.

22   A.   **The interface between the magazine and the**

23        **fire control unit is the same.**

24   Q.   Okay.  All right.  Let's put our toys away.

25              All right.  Let's look back at Exhibit 4,

Case 3:23-cv-03030-MDJ Statas/Dates in all 50 states and is licensed where required Nevada Registration #116F 251
www.lexitaslegal.com                  California Firm Registration #179

LEXITAS

Page 91

1      if we may.

2           So on the weight characteristic it says

3      that it's not to exceed the P250 by more than

4      three percent without marketing approval.

5           Do you see that?

6  A.  I do see that.

7  Q.  Why does marketing get a vote on engineering

8      decisions like weight?

9  A.  I would not view weight of a project as solely

10     an engineering decision.  Product management

11     may have reasons for intended customer base

12     that have some weight characteristics or

13     limitations; for example, if it's a product

14     intended to be used in a competitive match

15     that has weight limits, for one example.  If

16     the weight of a product is important to

17     potential customers for some other reason,

18     they would weigh in on those desires.

19 Q.  And like the P320 was successfully done later,

20     Sig Sauer tried to market the P250 to certain

21     U.S. government agencies, did it not?

22 A.  I am not aware of specific U.S. government

23     agencies where we may or may not have pushed

24     P320 sales.

25          MR. JOYCE:  I think he -- I think he said

888.893.3767  Updates in all 50 states and 31 licensed  Where required Nevada Registration #116F251
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

Page 92

```
 1      250, not the P320.

 2           THE WITNESS:  I'm sorry.  I misspoke.

 3   A.  I am not aware --

 4           MR. JOYCE:  Did I get that wrong?  I

 5      think you asked --

 6           MR. WERTS:  Yeah, thank you.

 7   A.  And I misspoke in my response.  I am not aware

 8      of Sig Sauer pushing any P250 toward specific

 9      opportunities as you suggested.

10   BY MR. WERTS:

11   Q.  Okay.

12   A.  I am not aware of those details.

13   Q.  Okay.  So you don't know whether or not the

14      P250 was ever actually contracted with the

15      federal air marshal service but that contract

16      was later cancelled?

17   A.  I do not know those specifics.

18   Q.  Do you know any of the generalities of that?

19   A.  I do not.

20   Q.  Did you know that the P250 was considered by

21      the ATF but eliminated for competition for

22      unreliability?

23           MR. JOYCE:  Objection.  Beyond the scope.

24      Are you asking him as an individual?

25           MR. WERTS:  I'm -- actually, no.  I am
```

888.893.3767 | Operates in all 50 states and is licensed where required | Nevada Registration #116F
www.lexitaslegal.com                    California Firm Registration #179

Page 93

1    asking him both because the P250 is the basis

2    of the design for the P320.

3    BY MR. WERTS:

4    Q.  Go ahead.

5    A.  **I don't recall that knowledge.**

6    Q.  Never heard that?

7    A.  **I don't recall hearing that.**

8    Q.  Can you turn to page two of our design

9    specification, please, Exhibit 4?

10   A.  **(Witness complying).**

11   Q.  At the top it provides four different trigger

12   weights.

13        Do you see that?

14   A.  **I do see that.**

15   Q.  And there is a range for three of them and

16   then just a flat number for the fourth.

17        In a specification like this where there

18   is a primary and then three other priorities,

19   what does that mean, like, from an engineering

20   team's perspective?

21   A.  **I wasn't at Sig when this was produced.**

22   **However, from my perspective, I would view**

23   **primary priority two, priority three, priority**

24   **four as either in order of design development**

25   **or order of desire from product management to**

Page 94

1   have.

2 Q. Okay.  And at the time the P320 was developed

3   had Sig Sauer ever released a pistol with a

4   5.5 pound trigger pull or less?

5 **A.** **Yes.**

6 Q. And what was that?

7 **A.** **The classic line series in a single action**

8   **mode were, as I recall, in the range of 4.4,**

9   **4.5 pounds.**

10 Q. And so that was -- let's break that down

11   because we talked about definitions earlier.

12    In single action mode, a pistol would

13   either be a single action only or a double

14   action/single action to get to single action

15   mode.  Is that true?

16 **A.** **Yes, a design could be single action only or**

17   **DA/SA.**

18 Q. And we established that all single action only

19   pistols manufactured by Sig Sauer have a

20   manual safety.  True?

21 **A.** **All single action only pistols manufactured by**

22   **Sig, to my knowledge, have manual safeties.**

23 Q. And for double action/single action pistols,

24   the single action phase is only after a

25   heavier double action phase; is that correct?

888-893-3767 Operates in all 50 states and is licensed where required Nevada Registration #116F
www.lexitaslegal.com California Firm Registration #179

LEXITAS

1    A.   That is not correct.   That is the user's

2         choice whether to put the firearm or pistol in

3         the single action mode or leave it in decocked

4         double action mode.

5    Q.   And if the user wants to put it in single

6         action mode, the user has to manually and

7         intentionally take a step to do that, correct?

8    A.   That is correct, if the starting point of the

9         pistol is with it in double action mode.   If

10        the pistol had been fired previously, it would

11        be in single action mode after the last shot.

12   Q.   But if it had not previously been fired and

13        was uncocked entirely -- meaning there's no

14        energy in the pistol, right?

15   A.   I am sorry.   What was the question?

16   Q.   An intermediate question.   If you have an

17        uncocked pistol that has not been previously

18        fired, there is no energy in that pistol.

19        True?

20   A.   Correct.

21   Q.   In that instance, the trigger can only be

22        pulled in double action mode or the user has

23        to manually move the hammer into single action

24        mode and then depress the trigger; is that

25        true?

888-893-3767   Offices/Affiliates in all 50 states and 21 licensed Where required Nevada Registration #116F
www.lexitaslegal.com                    California Firm Registration #179
LEXITAS

1    A.   **That is correct, if the pistol starts in a**

2         **double action uncocked mode.**

3    Q.   Right.  And that was the premise to my line of

4         questioning.

5              And so in the light trigger pull scenario

6         that you described, a user either has to take

7         the manual safety -- and it has to be in a

8         fire position, if it's a single action only

9         pistol.  True?

10   A.   **I am sorry.  Could you repeat that?**

11   Q.   It was a terrible question, so I apologize.

12             Let's go with the single action only

13        pistol first.  If the pistol is -- they all

14        have manual safety, and the manual safety is

15        in the safe position.  Then the user has to

16        first push the manual safety from safe to fire

17        as one action, and then take the second action

18        of pulling the trigger in order to launch the

19        projectile.

20             Have I described that correctly?

21   A.   **That is correct, for a single action only with**

22        **a manual safety.**

23   Q.   Now, if it's a double action/single action

24        pistol that is in a fully decocked state, the

25        user has a choice at this point, correct?  He

Page 97

1       can either pull the trigger in double action

2       mode, which has a higher trigger pull weight.

3       True?

4   A.  **It has a higher trigger pull weight compared**

5       **to the single action trigger pull weight.**

6   Q.  And that would be higher for -- than 5.5

7       pounds for every pistol Sig Sauer makes that's

8       a double action/single action.  True?

9   A.  **Yes.**

10  Q.  In fact, it would be closer to 8.5, 9.5 pound

11      range at least.  True?

12  A.  **Yes.  Could be higher than that.**

13  Q.  Okay.  Some of them would be in that 11 to

14      12.5 pound range, correct?

15  A.  **We have produced DA/SAs with the double action**

16      **trigger pull weight in that range.**

17  Q.  Or if our user who starts with an uncocked

18      pistol wants to fire the trigger, he or she

19      must first cock the pistol with one movement

20      of his or her hand, correct?

21  A.  **Correct, the user would have to do that, but**

22      **it could be done at any time prior to**

23      **depressing the trigger.**

24          **There is no reason the pistol couldn't be**

25      **in the single action mode, but, yes, that step**

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required. Nevada Registration #081F
California Firm Registration #179
LEXITAS

Page 98

1       has to be taken to manually cock the hammer if

2       it starts in an uncocked state, but it could

3       be done at any time.

4    Q.  But it has to be done before the trigger is

5       pulled to pull it in a single action with a

6       light trigger pull.  True?

7    A.  **Correct.**

8    Q.  Whereas the P320, anytime a chamber -- a round

9       is chambered, there is sufficient energy in

10      the pistol for the striker to ignite a primer.

11      True?

12   A.  **When a round is chambered in a P320 and the**

13      **striker is cocked, it's partially cocked but**

14      **close -- you know, mostly cocked, so the act**

15      **of depressing the trigger does cock the**

16      **striker a little bit further, and then it's**

17      **released.**

18   Q.  And that little bit, the striker is -- let's

19      break that down a little bit.

20          You said that the -- in a P320 from the

21      cocked position to the fire position, how far

22      does the striker have to travel?

23   A.  **I don't know the distance.**

24   Q.  What would you need to look at to know the

25      distance?

888-893-3767 - Operates in all 50 states and is licensed where required - Nevada Registration #116F
www.lexitaslegal.com
California Firm Registration #179

LEXITAS

1    A.   The CAD assemblies to -- CAD, Computer Aided

2         Design, assemblies of the components to assess

3         that.

4    Q.   Okay.  And that distance would be the same for

5         every P320 regardless of the size, whether

6         it's an X or any other adjective, right?

7    A.   There would be a tolerance associated with

8         that number based upon the tolerances of the

9         parts, and so to know the bounds of that

10        variation in that distance we would have to do

11        a tolerance analysis study to determine that.

12             But, yes, in a nominal sense it would be

13        the same gun to gun.

14   Q.   They're all designed to be the same, right?

15   A.   Correct.

16   Q.   And you said that when a P320 trigger is

17        pulled the striker actually moves backward

18        slightly to move it off the sear, correct?

19   A.   The rotation of the sear due to its interface

20        with the striker causes the striker to be

21        cocked a little bit further.

22   Q.   Okay.  And so as the sear is rotating, that

23        happens to push the striker back a little bit

24        more, right?

25   A.   That's correct.

888-893-3767
www.lexitaslegal.com

LEXITAS

Page 100

1   Q.  And of its entire travel, if we -- we think --

2       what I'm envisioning is a distance line from

3       the furthest the striker ever goes back to the

4       furthest forward it is when it's in a fired

5       state, okay?  That is our distance.

6           You have a degree in engineering, right?

7   A.  I do.

8   Q.  So you've taken a bunch of math classes.

9   A.  I have.

10  Q.  Okay, good.  So -- me too.  I want to talk

11      about the -- that distance at the back that it

12      moves forward.

13          What is the coefficient of the entire

14      distance length that goes forward.  Does it

15      move back .01, .05?

16  A.  When you say coefficient, do you really mean

17      percentage?

18  Q.  Yes.

19  A.  It's a small percentage.  I think the -- it's

20      on the order of 97 percent cocked at rest.

21  Q.  Okay.  And so if it's 97 percent cocked at

22      rest, meaning the P320, anytime a round is

23      chambered is 97 percent cocked, is there

24      sufficient energy in a 97 percent cocked P320

25      striker to propel it forward to ignite a

LEXITAS

Page 101

1   primer?

2 A. **I don't know in terms of firing reliability,**

3   **but certainly in some cases it could detonate**

4   **a round.**

5 Q. In most cases, right?

6 A. **I wouldn't say that.**

7 Q. In almost all cases, right?

8 A. **I don't know that.**

9 Q. Have you ever studied it?

10 A. **I have not studied -- I have not studied**

11   **exactly what percentage that would be from a**

12   **at-rest position because that is not how a**

13   **P320 functions.  We would ensure that we fire**

14   **reliably at the point where a striker is**

15   **released.**

16 Q. Now, sometimes through -- whether through

17   mishandling or otherwise -- let me back up a

18   step.

19     There is a part to the striker that

20   interfaces with the sear, correct?

21 A. **Correct.**

22 Q. What is it called?

23 A. **Striker hook would be one term.**

24 Q. Okay.  I have never found a good -- like, for

25   the thing that touches the sear, and that's

888-893-3767 Exhibits Duplicates in all 50 states and 21 licensed cities require Nevada Registration 072101. LEXITAS
www.lexitaslegal.com  California Firm Registration #179

Page 102

1          not a very good description.

2               And so sometimes the striker hook,

3          whether through mishandling or otherwise, can

4          come off the sear.  True?

5               MR. JOYCE:  Objection to form.

6  A.  **The -- the striker hook could disengage from**

7       **the sear.  However, it could not disengage**

8       **from the sear without moving rearward.**

9       BY MR. WERTS:

10  Q.  Okay.  But there is at least some risk of that

11       happening under certain circumstances,

12       correct?

13               MR. JOYCE:  Objection, form.

14  A.  **In an abusive situation like a drop scenario**

15       **from a very high height, all kinds of things**

16       **could move; and, yes, the sear could move**

17       **rearward from its rest position.**

18       BY MR. WERTS:

19  Q.  As part of the voluntary upgrade program the

20       sear was redesigned to add a second shot, was

21       it not?

22  A.  **That was a design change that was incorporated**

23       **in the voluntary upgrade, yes.**

24  Q.  What is the purpose of that design change?

25  A.  **The purpose of that is to -- in the unlikely**

Page 103

```
1        event that the sear does separate from the

2        striker, that the sear could catch the striker

3        in that secondary notch.  It is similar in

4        concept to a hammer fired pistol where the

5        hammer has the safety heaters that launch.

6   Q.   But it's at least sufficient enough of a risk

7        of the striker hook coming off the sear

8        unintended that the sear has been redesigned

9        to catch it when it does happen.

10            MR. JOYCE:  Objection to form.

11            You can answer.

12   A.   The sear was redesigned to incorporate that

13       feature to make every effort that we could do

14       to stop the striker in the event that it was

15       unintentionally disengaged from the sear.

16   BY MR. WERTS:

17   Q.   But there is a design feature in the sear to

18       catch it if it -- if the striker comes off the

19       sear.

20   A.   As you mentioned earlier, yes, we incorporated

21       a second notch in the sear to catch it in that

22       event.

23   Q.   And that has been the same for every P320

24       manufactured since the voluntary upgrade

25       program, correct?
```

888-893-3767    Lexitas Dberates in all 50 states and is licensed where required.    Nevada Registration 074F    LEXITAS
www.lexitaslegal.com                    California Firm Registration #179

Page 104

1   A.   To my knowledge, yes.

2   Q.   And if somebody's a pre-upgrade P320 owner,

3        sent their pistol in to participate in the

4        voluntary upgrade program, that was one of the

5        parts that was changed, was it not?

6   A.   That is correct.

7   Q.   Okay.  If we'll look back at our Exhibit 4 for

8        me, please.

9             Trigger style, we again have three

10       options.

11            Do you see that?

12  A.   I do see that.

13  Q.   There is the standard P250 style trigger, was

14       option one, correct?

15  A.   That is what it says here, yes.

16  Q.   And that's the option that ultimately went

17       into production.  True?

18  A.   Correct.

19  Q.   The other options were a center blade style

20       trigger safety, with option three being a shoe

21       style trigger safety.

22            Do you see that?

23  A.   I do see that.

24  Q.   Describe for us what the differences are

25       between those two different types of safety.

1    A.   I wasn't again at SIG when this was written

2         and don't recall reviewing it.  So I can't say

3         specifically, but a center blade style trigger

4         safety would be similar to a Glock design or

5         the center blade tabbed trigger design that

6         was shown at the shop show in 2014.

7              It gets a little fuzzier with the shoe

8         style trigger safety in what specifically that

9         means.  It could be a shroud, if you will,

10        that goes around a trigger component, and the

11        user would engage their finger solely with

12        that shroud and then the motion of that shroud

13        would then cause an interaction with another

14        trigger component similar to the way the

15        center blade tab trigger sort of works, or it

16        could have as -- as in some competitor models

17        have, a different section of the trigger

18        mechanism that rotates on a different pivot

19        point than the primary trigger pivot point.

20   Q.   And so the second style you described, like an

21        articulating trigger, is that sometimes

22        referred to as?

23   A.   Sure, that is a good terminology to describe

24        where a portion of the trigger articulates

25        relative to the rest.

888-893-3767                                                        LEXITAS
www.lexitaslegal.com

Page 106

1   Q.  And that's what Smith & Wesson put on their

2       M&P model for a period of time?

3   A.  As an example.

4   Q.  Walther uses something similar on theirs?

5   A.  There's many incarnations of that.

6   Q.  Who uses the shroud that you were describing

7       as the -- the other one?

8   A.  I am not aware of a particular pistol model or

9       manufacturer that incorporates that.

10          I recall a long time ago seeing some

11      incarnation, but I don't know if it was on a

12      competitor product or it was some prototype.

13  Q.  And then further down it says manual safety is

14      optional during the design specification.

15          And that's still the way Sig Sauer makes

16      the P320, correct?

17  A.  Correct.  There are -- there are definitely

18      manual safety versions of many of the products

19      but it's not on all.

20  Q.  And the manual safety is available on the full

21      size versions of the grip modules, correct?

22  A.  I don't recall exactly which models it's on,

23      but it's on several, including the M17, M18,

24      where those would be essentially a full size

25      or a compact.

888-893-3767    Suite D plates Court of 50 states and D.C. licensed Where required    Nevada Registration 071F
www.lexitaslegal.com    California Firm Registration #179    LEXITAS

Page 107

1   Q.  And -- but the carry model is not capable of

2       getting a manual safety, is it?

3   A.  **I don't know that I would say it's not capable**

4       **of getting a manual safety.  I don't know that**

5       **we presently offer it with a manual safety,**

6       **but I don't know that -- I would say it's not**

7       **something we couldn't produce.**

8   Q.  But Sig Sauer has never sold the carry model

9       with the manual safety, has it?

10  A.  **I don't know the answer to that question.**

11  Q.  If Sean Toner testified that the carry model

12      has not been offered with an manual safety,

13      would you have reason to doubt that?

14  A.  **No.**

15  Q.  What about on the subcompact frame size, has

16      that ever been offered with a manual safety?

17  A.  **I don't recall specifically.**

18  Q.  So the manual safety is optional on some P320s

19      but not all.

20          Is that a fair statement?

21  A.  **As we've produced models, correct.**

22  Q.  If you want to get some sort of custom work

23      done, either through SIG or a private armorer,

24      maybe you can do something like that, but I am

25      talking about what comes off the production

Page 108

1      line.

2   A.   For models that we have produced currently,

3        yes.  If we had direct customer interest in

4        another size with a manual safety, that would

5        not be a difficult task.

6   Q.   So it's not hard to do; you just haven't done

7        it.

8   A.   I would -- I mean, definitely is relative, but

9        it's -- it's not something that would require

10       a large engineering effort.

11  Q.   Magazine safety, what is that?

12  A.   Magazine safety is generally referred to a

13       mechanism by which a pistol cannot be fired

14       unless the magazine is present in the magazine

15       well and in -- inserted at least the majority

16       of the way to being ideally latched, but at

17       least when latched it would allow the firearm

18       to fire, but if the magazine is removed it

19       would prevent firing the weapon.

20  Q.   And whether a pistol has a magazine release or

21       does not have a magazine release, the fire

22       control unit and the striker are still

23       interchangeable from one gun to another,

24       correct?

25  A.   So in this question you jumped to magazine

Page 109

1       release instead of magazine safety.

2   Q.  Oh, I am sorry.  I wanted to stay with safety.

3       So let's stick with safety.  I misspoke.

4       Thank you.

5   A.  So whether or not a manual safety device was

6       present on the P320 -- let me back up.

7           We didn't offer a magazine safety or it's

8       sometimes referred to as a magazine disconnect

9       on the P320 for production until we offered a

10      California compliant variance.  So there have

11      been many P320 models produced that did not

12      have magazine safeties or were not directly

13      ready to accept them.  A fire control unit

14      with a magazine safety would still fit into

15      the same grips.

16  Q.  And would a fire control unit without a

17      magazine safety fit into the grips of a gun

18      that used to have the California compliant

19      magazine safety?

20  A.  Could you repeat that question, please?

21  Q.  I'll try.

22          So we've got -- I've got two pistols.

23      I've got my California compliant with a

24      magazine safety, and I've got one of the every

25      other P320 that sold.

Page 110

1           Can I swap the fire control units between

2     those two pistols?

3  A.  **If we're talking about P320s, yes.**

4  Q.  What is the -- there is an exception based on

5     your tone there that I am not picking up on.

6  A.  **Magazine safety or disconnect designs for**

7     **other models are different than the way it**

8     **functions in a P320.**

9  Q.  Okay.  Now I understand.  And so, yes, if the

10    two guns in my hand are both P320s, one's a

11    California compliant P320, one's every other

12    or any other P320 that is out there, I could

13    swap the fire control unit and strikers in

14    those two pistols and they would -- they'd all

15    work all the same, right?

16 A.  **Yes.**

17 Q.  Because the magazine safety doesn't have any

18    impact on how the rest of the fire control

19    unit, the striker assembly and all that

20    mechanism that we've already talked about

21    works, other than it prevents the fire control

22    unit from working in the absence of a

23    magazine.

24 A.  **Yes.  In a P320, the magazine safety is a**

25    **component that blocks trigger bar motion.**

Page 111

1  Q.  A little bit further down it talks about a

2      loaded chamber indicator.

3          Do you see that?

4  A.  I do see that.

5  Q.  Tell us what that is, please.

6  A.  A loaded chamber indicator is a mechanism by

7      which the user can determine whether there is

8      a case in the chamber.

9  Q.  You just used a different word that confused

10     me a little bit.

11         What's the difference between a round and

12     case being in a chamber?

13 A.  So typically when we refer to a round, we

14     refer to an unfired cartridge.

15         A case would be the brass component of a

16     cartridge that is extracted and injected

17     typically when a round is fired.  If for some

18     reason that case was not extracted and

19     injected but still in a chamber, a loaded

20     chamber indicator would indicate that there's

21     a case in the chamber.

22 Q.  Okay.  That's where I got confused.

23         Because the case is supposed to be

24     ejected, right?

25 A.  Correct.

Page 112

1  Q.  But things happen and it doesn't always,

2      right?

3  A.  **There is that possibility.  The loaded chamber**

4      **indicator designs I am aware of would not be**

5      **able to ascertain whether it was an unfired**

6      **cartridge or an empty spent case.**

7  Q.  Okay.  And then on the magazine, the

8      specifications called for the P320 to be

9      designed to use the magazines that Sig Sauer

10     already had for its P250.  Is that true?

11 A.  **That was the desire.**

12 Q.  Did that work out?

13 A.  **Essentially, as I recall, there were some**

14     **changes to magazines made to improve**

15     **performance and reliability.**

16 Q.  But you could use a P250 magazine and it would

17     be operable in a P320.

18 A.  **A P250 magazine, assuming it was for the**

19     **correct grip, would have been able to be**

20     **inserted and used with a P320, although there**

21     **may have not have been the reliability at the**

22     **same level that we would like, but basic**

23     **function would have been the same.**

24 Q.  And the only exception is if it just was low

25     enough or not, right?

888-893-3767      Suite Depositions in all 50 states and 19 licensed Tiered reque05 Nevada Registration #316R
www.lexitaslegal.com                            California Firm Registration #179

LEXITAS

Page 113

1    A.   Right.  Obviously the -- as we've talked

2         about, the grip modules are designed for

3         certain sized magazines.  A short magazine is

4         not going to function in a grip where it's too

5         short to actually present the rounds for

6         feeding the chamber.

7    Q.   But a magazine for a long will fit into a

8         compact pistol.

9    A.   Yes.  A longer magazine will fit into a

10        shorter grip module.

11   Q.   It just kind of sticks out of the bottom,

12        right?

13   A.   It sticks out of the bottom.

14   Q.   Can you turn the page for me?

15   A.   (Witness complying).

16   Q.   So under function it talks about reliability

17        and durability and gives a couple of

18        statistics.

19             Under reliability it is 2,000 MRBS.

20             Do you see that?

21   A.   I do see that.

22   Q.   What does that tell us?

23   A.   So what that's intending is 2,000 mean rounds

24        between stoppages, so effectively one stoppage

25        or malfunction in 2,000 rounds.

888-893-3767                 Visit us online at Duplicates in all 50 states and is Licensed where required by Nevada Registration #410F.                 LEXITAS
www.lexitaslegal.com                 California Firm Registration #179

1   Q.  And then a service life of 20,000 rounds.

2          What does that tell us?

3   A.  **Generally service life is tending to be the**

4      **life at which you could expect components to**

5      **continue operating, and it would mean that the**

6      **components that meet a service life of 20,000**

7      **rounds should not fail before 20,000 rounds.**

8   Q.  Was that -- those the reliability and

9      durability metrics that were met with the P320

10     design?

11  A.  **Reading through this line further it's**

12     **establishing -- using established service and**

13     **cleaning intervals, but it's relevant to the**

14     **slide, barrel frame and grip module.  And,**

15     **yes, we achieve the 20,000 round service life**

16     **of those primary components.**

17  Q.  Did you beat it or was it just exactly 20,000?

18  A.  **We -- we have certainly tested those**

19     **components to higher round counts than 20,000**

20     **rounds.**

21  Q.  Okay.  How high have you tested?

22  A.  **In terms of an upper limit in all of the**

23     **testing that have been done on the P320**

24     **products, I don't know the upper limit.**

25  Q.  What's the highest one that you are aware of?

Page 115

1  A.  I know as part of the MHS program we took

2      frames over 35,000 rounds, but I don't know

3      upper limits.  That would have also taken

4      slides and barrels.

5  Q.  The -- has SIG ever undertaken any study to

6      translate however many thousands of rounds

7      that is of an expected -- or I guess life

8      expectancy for the pistol for the consumer

9      market in years?

10 A.  Could you repeat or rephrase your question?

11 Q.  I will try.  That was one of those bad ones.

12         Ultimately what I'm trying to get to is

13     how many years does a P320 last.  That --

14     that's what I'm trying to get at, but I'm

15     trying to ask it, what has SIG done to test or

16     determine what that might be?

17 A.  We don't typically test to try to ascertain

18     life in terms of years.  We evaluate product

19     and component durability by testing often,

20     starting with an ammo compatibility and an

21     array of ammo and then continuing into

22     endurance shooting with one or two select

23     ammunition types and shooting a lot of rounds.

24 Q.  Okay.  But SIG has never undertaken to

25     determine what a 20,000 round life span would

888-893-3767
www.lexitaslegal.com    Exhibit D Dictates Dual 50 states and LS Licensed Where required(RS) Nevada Registration #161F
California Firm Registration #179    LEXITAS

Page 116

1    translate for how long between consumer

2    replacing their P320 would be?

3            MR. JOYCE:  Objection to form.

4            You can answer.

5    A.   The relationship between 20,000 rounds and

6         years is dependent on how much the firearm is

7         shot, and I can't think of a way I would

8         determine that in any meaningful way.

9    BY MR. WERTS:

10   Q.   Okay.  Under accuracy it says FAMS standards.

11           Do you see that?

12   A.   I do see that.

13   Q.   What is that, please?

14   A.   FAMS was the federal air marshal.  I am not

15        sure what S stood for in the acronym, and I do

16        not recall what the standard was.

17   Q.   Okay.  Under the next bullet it talks about

18        accuracy.  The same as P250.

19           When we're talking about an accuracy

20        standard, what does that mean?

21   A.   Typically when we are referring to accuracy,

22        we are referring to a dispersion of some

23        number of rounds shot at the same point of

24        aim.

25           And dispersion is measured in multiple

Page 117

1       ways.  It could be an extreme spread, meaning

2       when fired it was two shots apart, or it could

3       be an average mean radius.  There's different

4       ways to measure dispersion or accuracy.

5   Q.  The next one says POA, hyphen, POI.

6           What is that?

7   A.  That's referring to the difference between

8       point of aim and average point of impact of a

9       group of shots, and it's -- the initial P320

10      designs and the P250 designs had sights where

11      they were adjustable for windage but not

12      elevation without changing the sight.  So that

13      was the reference to which we were measuring

14      that.

15  Q.  And if you'll turn to our last page of our

16      Exhibit 4?

17  A.  (Witness complying).

18  Q.  It talks about drop testing.  It gives a

19      couple of acronyms.

20          Do you see those?

21  A.  In the last two bullets?

22  Q.  Yes.

23  A.  Yes.

24  Q.  What are those?

25  A.  SAAMI is an organization.  SAAMI refers to

888-893-3767
www.lexitaslegal.com                Exhibit D plates 1 of 50 states and US licensed where required, Nevada Registration #31OF
                                           California Firm Registration #179

Page 118

1　　　Small ArmS Ammunition Manufacturers Institute,

2　　　and the second bullet is the California

3　　　Department of Justice.

4　Q.　And those are two different sets of drop

5　　　safety testing that was performed on the P320?

6　**A.　Both of those tests were performed on the**

7　　　**P320.**

8　Q.　In developing the P320, was any testing done

9　　　with regard to the trigger safety?

10　　　　MR. JOYCE:　Objection to form.

11　　　　You can answer.

12　**A.　In what manner?**

13　　　BY MR. WERTS:

14　Q.　Was any testing done to determine whether one

15　　　trigger was safer than another as it relates

16　　　to unintended discharges from a user?

17　**A.　I don't recall specific tests that evaluated**

18　　　**the performance of one trigger's drop safety**

19　　　**characteristics against another in terms of**

20　　　**trigger design.　We focussed on developing**

21　　　**product design that passed the U.S. safety**

22　　　**standards.**

23　Q.　And those standards are SAAMI and the

24　　　California Department of Justice?

25　**A.　Yes.**

LEXITAS

Page 119

```
 1   Q.  Are there any others?
 2   A.  There are other -- such as, I believe, the
 3       National Institute of Justice.  The drop
 4       safety test parameters are extremely similar
 5       between them.
 6   Q.  Okay.  And I want to set aside the concept of
 7       drop safety because the P320 was tested for
 8       drop safety a number of different ways,
 9       correct?
10   A.  Yes.
11   Q.  Setting aside drop safety, was any other
12       testing done to -- with regard to trigger
13       safety on the P320?
14            MR. JOYCE:  Objection to form.
15            You can answer.
16   A.  There are not other trigger safety tests that
17       I am aware of other than for manual safety
18       guns.
19            There is a section in SAAMI that involves
20       ensuring that the trigger safety prevents the
21       trigger from being actuated under a certain
22       poundage load.
23       BY MR. WERTS:
24   Q.  Did Sig Sauer perform any hazard and risk
25       analysis on the Sig Sauer P320 during its
```

LEXITAS

Page 120

1          development?

2                    MR. JOYCE:  Objection to form.

3                    You can answer.

4     A.   **We certainly discussed design in terms of risk**

5          **factors and evaluated our design with that in**

6          **mind.**

7          BY MR. WERTS:

8     Q.   When I say a hazard and risk analysis, is that

9          a concept you are familiar with?

10    A.   **I'm aware of that terminology.  There's many**

11         **terminologies for that type of thing.  Failure**

12         **means and analysis is another.**

13    Q.   And would you agree with me that in the field

14         of mechanical engineering a hazard and risk

15         analysis is a formal way of categorizing and

16         analyzing the hazards and risks associated

17         with a given product?

18    A.   **Yes.**

19    Q.   Did Sig Sauer undertake such a formal review

20         of the P320 during its development?

21    A.   **We did do FMECA analyses.  The definition of**

22         **formal is somewhat vague.**

23    Q.   Did you write it down?

24    A.   **There was FMECA documents written, yes.**

25    Q.   What did they look like?

Page 121

1    A.   They were tables that assess certain risks and

2         assess the vulnerability to them and

3         mitigating factors.

4    Q.   Okay.  When -- so you've seen these documents,

5         right?

6    A.   I have, not recently, but yes.

7    Q.   Okay.  How many are we talking about?  Like a

8         small binder, a big binder, library?

9    A.   I believe it was digital.

10   Q.   How many pages do you think?

11   A.   I don't recall.

12   Q.   How many such analyses were done, or was it

13        just one big analysis or were there several

14        smaller ones?

15   A.   I recall one analysis document.

16   Q.   Has that -- to your -- Sig Sauer ever updated

17        its hazard and risk analysis with relation to

18        the P320 since its initial development?

19   A.   I don't know the answer to that.

20   Q.   When you were preparing to testify today, did

21        you review any hazard and risk analysis

22        documents?

23   A.   I did not.

24   Q.   Did you discuss any hazard and risk analysis

25        with any of the people you spoke to in

Page 122

1          preparation for today's deposition?

2     A.   I did not.

3     Q.   Do you know where to find the hazard and risk

4          analysis documents?

5     A.   Not off the top of my head but I am confident

6          that I could locate them.

7     Q.   Okay.  How long do you think it would take?

8     A.   Less than an hour.

9     Q.   Okay.  Other than drop safety, was there any

10         analysis ever done by Sig Sauer with regard to

11         the causation of -- terrible question.  Let me

12         start over entirely.

13              You talked about having seen a hazard and

14         risk analysis.

15              Was that done during the development

16         phase of the P320?

17    A.   I believe we did assess hazards during

18         development, and we also created the FMECA

19         document that I was referring to some -- at

20         some point after initial launch.

21    Q.   And is that a process that Sig Sauer does on

22         all new gun projects?

23    A.   Through -- through the history of development

24         at Sig Sauer that I am aware of, I think there

25         have been varying levels of documented formal

888-893-3767
www.lexitaslegal.com    LEXITAS

Page 123

1          FMECA type analyses.

2     Q.   When you were doing the formal analysis, is

3          that something that happens in like one

4          sit-down meeting or does that happen over the

5          course of time?

6     A.   **I don't know that I can characterize that**

7          **generally.  I recall that the development of**

8          **this specific FMECA was done over more than**

9          **one working session.**

10    Q.   And I am talking specifically about the P320

11         on that --

12    A.   **Understood.**

13    Q.   Were there e-mails back and forth among your

14         team talking about that project?

15    A.   **I don't recall.**

16    Q.   Your team back then, did you use e-mails to

17         communicate with one another?

18    A.   **We did.**

19    Q.   Did you use Slack or any other sort of

20         messaging system?

21    A.   **No.**

22    Q.   Have you ever used such a computerized

23         messaging system at Sig Sauer?

24    A.   **We've never used Slack.  We do use Microsoft**

25         **Teams, as an example.**

888-893-3767    Suite Plates in all 50 states and Licensed where required Nevada Registration #181
www.lexitaslegal.com                California Firm Registration #179

LEXITAS

Page 124

1   Q.  The chat feature within Teams?

2   A.  **Yes.**

3   Q.  Have you used any other electronic messaging

4       system besides Teams during your time at Sig

5       Sauer internally?

6   A.  **Text messaging.**

7   Q.  Like over your cell phones?

8   A.  **Correct.**

9   Q.  Do you know what effort Sig Sauer undertook to

10      review its Teams org or its Teams messages

11      with regard to the document request in this

12      case related to engineering?

13  A.  **Is your request referring to Teams messaging**

14      **about the FMECA?**

15  Q.  About the P320 generally as it relates to

16      engineering, which you are the engineering

17      guy.

18  A.  **Let me start answering by saying the use of**

19      **Microsoft Teams at Sig Sauer has been a**

20      **relatively recent activity.  So if we are**

21      **discussing going back in time to development**

22      **of the P320 or even the modular handgun M17,**

23      **M18 development, we were not using Teams at**

24      **that time.**

25  Q.  Okay.  But you were using e-mail, right?

888-893-3767                    All duplicates are unlicensed unless required.   Nevada Registration 251F
www.lexitaslegal.com                              California Firm Registration #179

Page 125

1   A.   We were using e-mail.

2   Q.   And text messaging?

3   A.   We did text message to some degree.

4   Q.   At that time, did Sig Sauer issue telephones

5        to its staff or did everybody bring their own

6        device?

7   A.   Most people had a landline on their desk.  The

8        engineers working on the P320 development were

9        not supplied with cell phones by the company,

10       to my knowledge.

11  Q.   To your knowledge, had Sig Sauer ever

12       undertaken to gather or review any of the

13       engineering team's personal text messages with

14       regard to the P320?

15  A.   I do not know that.

16  Q.   And I mean that for -- for this case or for

17       any one of the other many P320 litigations

18       that exist.

19  A.   I do not know the answer to that question.

20  Q.   How would you find out?

21  A.   I would have to start asking people at Sig

22       Sauer if that was done.

23  Q.   When you say Microsoft Teams was adopted

24       relatively recently, can you put a little bit

25       more meat on that bone?  Are we talking last

888-893-3767
www.lexitaslegal.com    We make Depositions Out of state and is licensed where required Nevada Registration 051F
California Firm Registration #179    LEXITAS

Page 126

```
1         week, last year?

2   A.    Definitely more than last week and last year.

3         I really don't remember the exact time frame,

4         but I -- I would estimate that five years ago

5         we were not using it.

6   Q.    Okay.  Can you tell me -- not just regarding

7         development -- what effort Sig Sauer has

8         undertaken to gather any Microsoft Teams

9         messages relating to the P320 in this

10        litigation?

11  A.    I do not know the answer to that.

12  Q.    Can you tell me what effort Sig Sauer has

13        undertaken to gather Microsoft Teams messages

14        related to the Sig Sauer P320 for any other

15        litigation?

16  A.    I do not know the answer to that.

17            MR. JOYCE:  We've been going for awhile.

18        What are you -- what are your plans?

19            MR. WERTS:  Let's hop off for a second.

20            MR. JOYCE:  Okay.

21            THE VIDEOGRAPHER:  Off the record 12:06.

22                (Brief recess taken)

23            THE VIDEOGRAPHER:  Back on the record

24        12:25.  Media number four.  Please proceed.

25            MR. WERTS:  Do you want to mark that?
```

Page 127

1        (Deposition Exhibit No. 8 was marked for

2      identification.)

3      BY MR. WERTS:

4 Q.   All right. I've handed you what has been

5      marked as Deposition Exhibit 8.

6        Have you seen this before?

7 **A.   I have.**

8 Q.   All right. We've covered a fair amount of

9      this, so I don't want to belabor this thing.

10        Do you see that the pages are numbered in

11      the -- I guess they're in the lower left-hand

12      corner but they're running sideways?

13 **A.   Yes.**

14 Q.   If you turn to page 30?

15 **A.   (Witness complying).**

16        MR. JOYCE: This is Exhibit 5?

17        MR. WERTS: Eight actually.

18        MR. JOYCE: Eight?

19        MR. WERTS: Yeah, the guns got numbered

20      so -- or the gun grips.

21        MR. JOYCE: Okay.

22      BY MR. WERTS:

23 Q.   All right. So on page 30 of our Exhibit 8, we

24      have got a photo of the -- I guess this

25      prototype gun that's kind of exploded out.

888-893-3767   Suite Dependent on state standards Licensed Where required Nevada Registration #310F
www.lexitaslegal.com   California Firm Registration #179   LEXITAS

Page 128

1          Do you see that?

2    A.   I do.

3    Q.   Is that a fair representation of what a P320

4         looks like broken apart?

5             MR. JOYCE:  Did you say P320?

6             MR. WERTS:  Yes.

7    A.   There are similarities.

8         BY MR. WERTS:

9    Q.   Okay.  What are the differences?

10   A.   This is showing a -- what appears to be a

11        tabbed trigger.  The manual safety geometry

12        looks different.  It's not a great rendering,

13        so it's a little bit hard to tell.

14   Q.   Fair enough.  The -- we talked about some of

15        the parts that were common with the P250.

16            This indicates that the barrels were also

17        going to be common; is that right?

18   A.   That is correct.

19   Q.   And so Sig Sauer already had an inventory of

20        barrels on a shelf that it could use in the

21        P320 project?

22   A.   The -- they weren't new designs, so I presume.

23   Q.   Can you turn to page 32?

24   A.   (Witness complying).

25   Q.   It talks about five safety features.

Page 129

```
1            Do you see that?
2  A.  I see five bullet points.
3  Q.  Are those five different safety features?
4  A.  It could be considered safety features, yes.
5  Q.  And the striker pin safety, that's what we
6      talked about earlier, that is moved out of the
7      way during the pre-travel portion of a trigger
8      pull, correct?
9  A.  It's partially moved out of the way.  Motion
10     of the safety lever and the striker pin safety
11     is -- is not defined as before or after
12     pre-travel.
13 Q.  That's just part of the trigger pull --
14 A.  That's correct.
15 Q.  -- safety.
16          So just the gun working is what moves
17     that notch or --
18 A.  The trigger -- trigger being depressed moves
19     the trigger bar which causes this safety lever
20     to rotate up and that causes the striker
21     safety to be moved.
22 Q.  Then the bladed trigger would be a potential
23     safety device but that never was used on a
24     production model P320, correct?
25 A.  I believe we have never sold or produced
```

888-893-3767                    Suite D plates D-50 stanford 1-29 licensed in all required Nevada Registration 30106                    LEXITAS
www.lexitaslegal.com                    California Firm Registration #179

Page 130

1        production blade trigger.

2    Q.  Either to consumers, law enforcement or the

3        military.  True?

4    A.  Not to my knowledge.

5    Q.  Though there is a rendering in the lower

6        right-hand corner of page 32 that would show

7        what that would look like, right?

8    A.  It's showing one incarnation, yes.

9    Q.  And then the manual thumb safety levers, that

10       was originally an optional device.  It still

11       is, correct?

12   A.  Yes.  Manual thumb safety is still optional.

13       It looks in the production versions a little

14       different than what see in the bottom left

15       picture, but yes.

16   Q.  And that's an optional safety device for some

17       models of the P320 but not all, correct?

18   A.  We have not produced it as an option for all

19       models, yes.

20   Q.  And then the magazine safety, we talked about

21       that.

22           That's just for the California compliant

23       pistols, right?

24   A.  The California compliant pistols are the only

25       ones, to my knowledge, that we have produced

Page 131

1       that magazine safety in.

2   Q.  And loaded chamber indicator we talked about.

3       That's also just in the California

4       compliant models, right?

5   A.  That is not correct.  That has been on other

6       models.

7   Q.  Okay.

8   A.  There are different types of loaded chamber

9       indicators.  There can be visual where there's

10      a notch where you can see the case.  There can

11      be visual and tactile.  There have been cases

12      where for certain tender submissions we

13      utilize variants of the extractor to do that

14      because the extractor is displaced by the case

15      of a cartridge.

16          And in the case of M17, M18, some of --

17      there is a flag, if you will, that is lifted

18      by the presence of the case of a cartridge and

19      raises that flag above the top of the slide,

20      and so it's there by visual and tactile.

21  Q.  And the presence or absence of a loaded

22      chamber indicator doesn't have any impact on

23      how the fire control unit works, correct?

24  A.  That's correct.

25  Q.  Doesn't have any impact on how the striker

Page 132

1          works, correct?

2   A.   That's correct.

3   Q.   Doesn't have any impact on how the sear works.

4   A.   Correct.

5   Q.   Doesn't have any impact on any of the things

6          that make the gun go bang and work.  True?

7   A.   Yes.  There is very slight -- it takes a very

8          slightly higher force to -- to chamber the

9          round because you have lift the flag against

10         its spring to get the rim of the cartridge up

11         to be chambered, but outside of that it

12         doesn't impact function.

13  Q.   But the functionality has more than enough

14         force to -- or energy built in to be able to

15         accomplish that, right?

16  A.   It does.

17  Q.   Here's a term that we've kind of talked past,

18         which is tool-less disassembly.

19             What does that mean?

20  A.   I am sorry.  What page are you on?

21  Q.   Oh, I'm sorry.  Turn to page 33.

22  A.   (Witness complying).  So that's referring

23         to -- disassembly would be what we call field

24         stripping where the slide, barrel and recoil

25         spring is removed from the grip module and

1    fire control unit.  That's the disassembly

2    being referenced.

3        Tool-less means just that.  No tools are

4    required.

5        And when we say safe, part of what we

6    were intending was that no actuation of

7    trigger would be required by the user to

8    accomplish this, and it would be -- no extra

9    steps was our objective.  It's just as a

10   matter of the procedure for field stripping or

11   disassembling the slide and barrel that it was

12   safe and tool-less.

13 Q.  And the tool-less nature of the P320 extends

14   as far as we don't need tools to even swap out

15   fire control units from one pistol frame grip

16   to another, correct?

17 A.  It is correct that you do not need tools to

18   swap a fire control unit from one grip module

19   to another.  However, I don't believe that is

20   what is being referenced in this page.

21 Q.  That's true.  I distinctively asked that just

22   to take that off our list while we're taking

23   about tool-lessness.

24 A.  Mm-hmm.

25 Q.  But we're in violent agreement on that, right?

888-893-3767    Suite Plates [or] 50 states and D.C. licensed where required    Nevada Registration #116F
www.lexitaslegal.com                    California Firm Registration #179                    LEXITAS

Page 134

1        That you don't need tools to swap out an FCU.

2   A.   In almost every instance of P320 or M17, M18

3        design that is correct.

4             There was a design that was -- where the

5        takedown lever could not be removed without

6        using a tool, and that was designed, developed

7        to prevent certain people from being able to

8        do that, with the thinking that the army and

9        the modular handgun program would want that.

10       I don't believe it was ever produced in

11       production.

12  Q.   Could you turn to page 38 for me, please?

13  A.   (Witness complying.)

14  Q.   This is talking about the P250 and something

15       called the Action4.

16            What is that?

17  A.   Action4 was a type of ammunition.

18  Q.   I see.  Does that have anything to do with the

19       mechanical operation of the P320?

20  A.   No.

21  Q.   Can you turn to page 39 for me?

22  A.   (Witness complying.)

23  Q.   This is talking about a P290.

24            Do you see that?

25  A.   I do see that.

888-893-3767         Suite Duplicates in all 50 states and is licensed where required in Nevada Registration #351 of.
www.lexitaslegal.com                    California Firm Registration #179                    LEXITAS

1  Q.  Are you familiar with a P290?

2  A.  I know what it was.  I don't know a lot of the

3      details about it.  Never worked on its design.

4  Q.  Okay.

5  A.  But I'm aware of the product.

6  Q.  Just looking at this photo could a consumer

7      know whether that's a double action, single

8      action or striker fired pistol?

9  A.  I don't think a consumer would be able to

10     necessarily tell by looking at that photo.

11 Q.  Can you turn to page 41 for me?

12 A.  (Witness complying.)

13 Q.  Do you recognize the format of the screens

14     we're looking at here?

15 A.  I do recognize them.

16 Q.  What is this?

17 A.  I am sorry.  Could you repeat?

18 Q.  What is it?

19 A.  It's a specification for the P320 carry

20     version.  I don't exactly recall the software

21     this was generated in, but I do recognize it.

22 Q.  Okay.  This isn't the Agile or the Oracle

23     program we were talking about earlier?

24 A.  This is not Agile or Oracle.

25 Q.  And the front window in the upper right-hand

888-893-3767   Exhibits Duplicates the stand is licensed Either required Nevada Registration #3010T.
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

Page 136

1    corner, that is just Microsoft Excel, right?

2  A.  It appears that way.

3  Q.  Now, this is talking about something called a

4    P320 Carry Nitron in the upper left-hand

5    corner.

6        Do you see that?

7  A.  I do see that.

8  Q.  The Nitron, that just describes the finish on

9    the exterior of the frame, correct?

10 A.  The finish on the exterior of the slide.

11 Q.  Of the slide.

12        That finish doesn't have any impact on

13    how the gun works though, right?

14 A.  Not any significant factor.  The gun functions

15    the same way.

16 Q.  Okay.  And here it's described as the action

17    type in the system, a striker fired DAO,

18    double action only.

19        Do you see that?

20 A.  I do see that.

21 Q.  Is that a correct description of how the

22    action of the P320 works?

23 A.  The P320 is a striker fired action.

24 Q.  Is it a striker fired double action only?

25 A.  The combination of those terms is -- I have

Page 137

1        seen it other places, but it's not by the

2        definitions we reviewed earlier.  They are

3        sort of different things.

4              If a double action only is no -- the

5        striker or hammer is not cocked at all, in the

6        case of the P320 it's a striker fired action,

7        and there is some amount of cocking that

8        happens when you pull the trigger, albeit it

9        small, but -- but it's in between, so it's not

10       zero cocked and it's not 100 percent cocked.

11       It's a striker fired action.

12   Q.  It's 97 percent cocked, right?

13   A.  Thereabouts.

14   Q.  Can you turn to page 50 for me?

15   A.  (Witness complying.)

16   Q.  Can you tell us what this is?

17   A.  This is a cross-sectional view of a tab

18       trigger with a P320 and was essentially the

19       tab trigger that was shown at shop show in

20       2014.

21   Q.  Okay.  What is the shop show in 2014?

22   A.  The shop show is an industry trade show.  The

23       shooting, hunting, outdoor trades maybe is the

24       acronym, but it's a large industry trade show.

25   Q.  Where is it held?

1  A.  Typically Las Vegas.

2  Q.  Is it an annual event?

3  A.  I believe so.  It's -- I can't swear it's

4      happened every single year, but, yes,

5      generally it's annual.

6  Q.  Sure.  COVID made that question impossible to

7      answer, so I apologize for that.

8          Is it open to the public?

9  A.  I am not absolutely certain on that.  I know

10     it's not free access, but I don't know the

11     conditions for entry.

12  Q.  Okay.  Have you been?

13  A.  I have been.

14  Q.  How many times?

15  A.  I don't recall but multiple.

16  Q.  And so is that where various manufacturers of

17     different products showcase their

18     newly-existing product lines?

19  A.  Yes.  Multiple manufacturers in not just the

20     firearms industry but as I said, shooting,

21     outhunting, outdoor -- a whole array of

22     different products are displayed by vendors.

23  Q.  And when Sig Sauer unveiled its P320, it had a

24     tab trigger on its prototype, correct?

25  A.  We had prototypes with the tab trigger and

Page 139

```
1        without.

2   Q.   And none of those tab triggers ever made it to

3        production.

4   A.   We did not produce tab triggers in the our

5        production assembly.

6   Q.   And that's not been some -- a tab trigger was

7        not an option that a consumer could ever

8        purchase, correct?

9   A.   It was in our marketing literature, and if

10       there was interest in procuring tab triggered

11       versions, we would have done so.

12            We had the -- the parts that we designed

13       were what we call tooled; meaning like we had

14       paid vendors to manufacture tooling to mold

15       those parts.  We had purchased first articles

16       and done inspections on those, and we had a

17       small -- did order a small inventory of parts.

18  Q.   Did you ever use them?

19  A.   We did use them, but, for example, when we

20       built the shop show guns that were shown, then

21       we could have easily created skews and built

22       production using those versions.

23  Q.   But you never put a skew on a tab trigger

24       option, correct?

25  A.   To my knowledge, a skew was not created for a
```

Page 140

1        tab trigger version because we never had

2        interest from anybody purchasing to do so.

3   Q.  But it's kind of a chicken and an egg thing,

4        right?  You've got to have a skew to sell it,

5        right?

6            MR. JOYCE:  Objection to form.

7            You can answer.

8   A.  So we would have to have a skew in place in

9        order to produce and ship it, yes.  We would

10       not have to have a skew in order to have a

11       customer tell us that that's what they wanted,

12       or a distributor being one of our customers,

13       tell us that's what they wanted and us

14       producing it.

15       BY MR. WERTS:

16   Q.  When the P320 was being designed when you

17       first started at SIG, you had never worked on

18       designing a striker fired pistol before

19       yourself, had you?

20   A.  I had not.

21   Q.  Sean Toner had never worked on designing a

22       striker fired pistol prior to the P320, had

23       he?

24   A.  To my knowledge he had not.  Obviously he

25       worked on the project when it had other

888-893-3767
www.lexitaslegal.com              Exhibit D relates to out of state standards licensed where required, Nevada Registration #110F
                                  California Firm Registration #179          LEXITAS

Page 141

1        project names, but combining those into one

2        project, to my knowledge that was the first

3        striker fired pistol design he worked on.

4    Q.  Anyone on your design team have any experience

5        designing a striker fired pistol?

6    A.  Not to my knowledge.

7    Q.  So we talked about that there are certain

8        models of the P320 that are not in production

9        for having a manual safety.

10       Do you recall that?

11   A.  There are certain models of the P320 in

12       production that do not have manual safeties.

13   Q.  Correct.

14       Specifically we talked about the carry,

15       as an example.  You can't get a manual safety

16       on a carry currently.

17   A.  Okay.

18   Q.  Is that true?

19   A.  I don't recall.

20   Q.  Was it the design engineering's team decision

21       of which variants of the P320 were going to be

22       available with the manual safety and which

23       were not?

24   A.  It was not.

25   Q.  Whose was it?

LEXITAS

Page 142

1 **A. I would say that would have come to product**

2   **management probably with input from marketing.**

3 Q. We talked about those hazard risk assessments

4   earlier.

5     Do you recall that?

6 **A. I do.**

7 Q. Was the marketing department or the product

8   management department involved in those

9   discussions?

10 **A. I don't recall.**

11 Q. In your time at Sig Sauer, has anyone from

12   product management or marketing ever been

13   involved in a hazard risk assessment for any

14   product?

15 **A. I don't recall specifics.  In terms of general**

16   **conversations, I am sure there have been**

17   **discussions with product management about**

18   **safety-related features, but I don't recall**

19   **anything specific.**

20 Q. Prior to the P320 every pistol that Sig Sauer

21   ever made had a manual safety on it, correct?

22     MR. JOYCE:  Can you repeat that question?

23     MR. WERTS:  Sure.

24   BY MR. WERTS:

25 Q. Prior to the P320 every pistol that Sig Sauer

Page 143

1    ever made came with a manual safety on it,

2    correct?

3  A.  **That is not correct.**

4        MR. JOYCE:  Objection to form.

5    BY MR. WERTS:

6  Q.  How is my statement incorrect?

7  A.  **Not all pistols that Sig Sauer produced prior**

8      **to the P320 had manual safeties.**

9  Q.  All of them had it as an option, correct?

10  A.  **I do not believe that is correct.**

11  Q.  What is an example of one where --

12  A.  **The P250.**

13  Q.  The design Sig Sauer P320 was based on?

14  A.  **Correct.**

15  Q.  When you were designing the P320, did Sig

16     Sauer know it was going to be the first

17     manufacturer to sell pre-cocked striker fired

18     pistols without any external safety?

19        MR. JOYCE:  Objection to form.

20        You can answer.

21  A.  **I don't know that we really thought about it**

22      **in terms of external safeties.  The -- the**

23      **drop safety characteristics of the P320 did**

24      **not require a tab safety; whereas other models**

25      **available do rely on the tab safety for drop.**

888-893-3767
www.lexitaslegal.com              Exhibit D operates in all 50 states and is licensed where required. Nevada Registration #114F
                                  California Firm Registration #179              LEXITAS

Page 144

1          Certainly there are other striker fired

2     pistols of similar nature to the 320 that

3     don't have manual safeties.  And the tab

4     trigger viewed as a safety is really largely

5     about drop safety.  That's not the best place

6     to try to incorporate a manual safety

7     characteristic of some trigger block.

8     BY MR. WERTS:

9  Q.  When the P320 was developed, were you aware

10     that the Sig Sauer P320 was going to be the

11     first striker fired pistol that was pre-cocked

12     that did not have any sort of manual safety on

13     it?

14          MR. JOYCE:  Asked and answered.

15          You can answer again.

16  A.  I -- there were other partially cocked striker

17     fired pistols on the market without manual

18     safeties when we developed the P320.

19     BY MR. WERTS:

20  Q.  None of those pistols were 97 percent or more

21     pre-cocked though, were they?

22  A.  I don't know the answer to that.

23  Q.  What steps did Sig Sauer take to investigate

24     that question?

25  A.  I don't know that we tried to answer what

1    features every competitor had or how they

2    functioned.  We had a -- we had a sampling of

3    competitor guns.  We were aware of some, but

4    we certainly didn't necessarily try to make a

5    comparison of every product available on the

6    market.

7    Q.  What comparison guns did you look at?

8    A.  I recall we had an M&P; we had Glocks; we had

9        Springfield XD, as examples.

10   Q.  Anything else?

11   A.  I am sure there were others, but what we had

12       at that time frame I don't recall

13       specifically.

14   Q.  None of those three pistols are pre-cocked to

15       97 percent or more, are they?

16   A.  I don't know the level of pre-cock in

17       percentage of those pistols.

18   Q.  What steps did Sig Sauer ever take to evaluate

19       the level of pre-cocking in competitor

20       designs?

21   A.  I don't recall.

22   Q.  Has Sig Sauer ever undertaken since the

23       initial development to evaluate competitor

24       designs and what degree of pre-cocked those

25       pistols are?

888-893-3767    Suite Debitates D all 50 states and is Licensed Where required    Nevada Registration #610F    LEXITAS
www.lexitaslegal.com    California Firm Registration #179

Page 146

1    A.   I don't know those details.

2              (Deposition Exhibit No. 9 was marked for

3         identification.)

4    Q.   All right.  I have handed you what we marked

5         as Deposition Exhibit 9.  I apologize this was

6         printed a little small, and so we're not going

7         to read -- we are not going to read -- we're

8         not going to -- we're going to use the big

9         words here and not get too into it because we

10        covered most of it already.

11             And so SIG versus Competition, this

12        table.  It has the Glock, Smith & Wesson,

13        Springfield Armory XD.

14             Those are the three pistols that you were

15        comparing to during the design phase.  Is that

16        true?

17   A.   I did mention those three specifically, yes.

18   Q.   And those are the only three?

19   A.   I did not say that.  I don't recall what other

20        pistols we were -- we had possession of at the

21        time.

22   Q.   That's the nature of my question.

23             Were there others?

24   A.   I am sure there were other pistols.  How

25        comparable they were I don't recall.

888-893-3767   Suite permits out of state and DC licensed where required; Nevada Registration #710F
www.lexitaslegal.com                          California Firm Registration #179                          LEXITAS

Page 147

1   Q.  And at the left, again only -- I'm only going

2       to ask you to read the biggest letters.  We've

3       got a one, two and three.

4           Those are legible, right?

5   **A.  I do see the one, two and three on the left.**

6   Q.  And it's a little bit lighter, but the first

7       one is change caliber; the second is change

8       size; and the third is change grip fit, right?

9   **A.  I do see that.**

10  Q.  And those are the characteristics that we've

11      kind of already talked through; that you can

12      change any of those options, but the internal

13      mechanism, functionality and safety features

14      of the P320 is the same regardless of what

15      configuration it's in.

16  **A.  Correct.**

17  Q.  And that's true for P320 that's been

18      manufactured since the voluntary upgrade

19      program.

20  **A.  Yes, with the exception of, that we've already**

21      **discussed, that some grip modules had the**

22      **notch cut for a manual safety and some do not.**

23  Q.  Right.  But other than the inclusion or

24      exclusion of the manual safety, all of those

25      guns work the same way, right?

888-893-3767                95 State Plates Due to states and D.C. Licensed When required; Nevada Registration #310F
www.lexislegal.com                      California Firm Registration #179          LEXITAS

Page 148

1    A.   Yes.

2              MR. WERTS:  Sticker please.

3              (Deposition Exhibit No. 10 was marked for

4         identification.)

5    Q.   I hand you now what has been marked as

6         Deposition Exhibit No. 10.

7              Can you turn to the second page, which is

8         80 -- I am sorry -- 6806.  And we've talked

9         about the fact that the full size, the carry,

10        the compact, the subcompact, the X series, all

11        of those have interchangeable fire control

12        units and strikers and work mechanically the

13        same way, right?

14   A.   Yes.

15   Q.   We've got a new one here called an RX.

16             What's that?

17   A.   The RX models were mounted with a red dot

18        optic.

19   Q.   And that's a...

20   A.   It's a sighting feature.

21   Q.   Okay.  And that sighting feature doesn't have

22        any impact on the mechanism of the pistol,

23        correct?

24   A.   That's correct.

25   Q.   Can you turn to page 6807?

LEXITAS

Page 149

1   A.   (Witness complying.)

2   Q.   On the left-hand side, there is a picture of a

3        part of the gun, correct?

4   A.   That's correct.

5   Q.   What is that?

6   A.   That's what we refer to as the fire -- fire

7        control unit.

8   Q.   Is that a pre-upgrade or post-upgrade FCU?

9   A.   That looks to be a pre-upgrade.

10  Q.   Can you turn to the last page of our exhibit,

11       which is 6808?

12  A.   (Witness complying).

13  Q.   This picture on the left-hand side kind of has

14       the parts broken apart.

15            What do you -- how would you describe

16       that?

17  A.   Some sort of exploded view representation,

18       partially exploded.

19  Q.   Is that a fair representation of the P320 in

20       an exploded view?

21  A.   Certainly it could be exploded further into

22       breaking out the fire control unit components,

23       but generally yes.

24            (Deposition Exhibit No. 11 was marked for

25       identification.)

Page 150

1   Q.  I am going to hand you what we've marked as

2       Deposition Exhibit 11?

3           Do you recognize what this is?

4   A.  It appears to be some sort of marketing

5       brochure.

6   Q.  Okay.  I am going to ask you an intentionally

7       broad question.  I could probably be accused

8       of being overbroad, but I'm going to try to

9       make this faster.

10          Is there any P320 pictured in Exhibit 11

11      that mechanically works any differently or has

12      any different safety features than any other

13      P320 on Exhibit 11, not counting the inclusion

14      or exclusion of a manual safety?

15  A.  You'll have to give me a minute.

16  Q.  Of course.

17  A.  There are a lot of pages here.

18  Q.  There are.

19  A.  (Pause).  Some of the depictions are

20      pre-upgrade.  The modular handgun systems are

21      showing a loaded chamber indicator, which is

22      in all the pictures.

23  Q.  Which page are you looking at?

24  A.  1742, for example.  It's rather difficult to

25      see.  These are very small images and not the

888-893-3767                Suite plates in all 50 states and is licensed where required; Nevada Registration #110F
www.lexitaslegal.com                     California Firm Registration #179                LEXITAS

Page 151

```
 1          greatest clarity.

 2               On the top of the slide between the top

 3          of the barrel hood and the sight plate cover

 4          is a black section in the middle which is the

 5          loaded chamber indicator.

 6   Q.   And on the 1742, the picture there, is that

 7          the modular handgun system that was delivered

 8          to the United States Army or the consumer

 9          version of the M17 that is offered to the

10          public, or are they the same thing?

11   A.   I am not sure which is being depicted.  The

12          loaded chamber indicators were the same

13          between them.

14   Q.   Are the the guns the same thing?

15   A.   Not entirely.  The differences are fairly

16          subtle.

17               One of the differences is in the -- the

18          barrel to slide assembly the military version

19          has what we call pretension and the -- the way

20          the barrel loads against the slide is slightly

21          different than the commercial version.  And

22          it's very subtle.  It has to do with the

23          extreme accuracy requirements that were

24          dictated by the modular handgun program, and

25          it's a means by which we achieved higher
```

Page 152

1     accuracy at the expense of more difficult

2     manufacturing and production.  So that is one

3     difference that is very subtle between the two

4     versions.

5         Other -- the other big difference is

6     really in how some of the slides are cut for

7     the sight mounting.  There is different --

8     different footprints, if you will, for

9     different red dot optics and different sight

10    mounting configurations that change the top of

11    that slide cut slightly and the way sights are

12    mounted.

13  Q.  Any other differences?

14  A.  Those are the two big ones that come to mind.

15  Q.  And I'm just trying to understand on this.

16        Do you allow that there are other

17    differences, or you are certain that's really

18    all there is?

19  A.  If there are other differences, they are not

20    coming to mind.

21        Certainly there were differences

22    pre-voluntary upgrade program models to the

23    first shipment of firearms to the army to

24    subsequent shipments of firearms to the army,

25    and then post all that is where we get into

888-893-3767
www.lexitaslegal.com
Suite Plates Duly of 50 states and DC Licensed where required. Nevada Registration #131F.
California Firm Registration #179

LEXITAS

Page 153

1      the multitude of sight mounting changes.

2           Depending on which shipment to the

3      military, there were differences in finishes

4      of the component.  The first shipments were a

5      coyote color with an anodize, and subsequently

6      they were changed to black controls, which is

7      what the -- the civilian versions have.  So

8      really subtle, something subtle with that.

9  Q.  Okay.  All right.  So you were kind of making

10     your way through the document.  I'll let you

11     continue to see if -- if my overbroad question

12     is capable of being answered fairly.  And if

13     not, we'll pick it apart.

14 A.  And your overbroad question was whether there

15     are any safety features, other than manual

16     safety, that are different between different

17     pictures.

18 Q.  Two things, do they mechanically function the

19     same and are there any different safety

20     characteristics.

21 A.  Page 1744 has an entirely different product

22     shown.

23 Q.  The SP2022?

24 A.  Correct.

25 Q.  That has nothing to do with the P320?

888-893-3767                Positive Duplicates in all 50 states and is licensed where required (NV, Nevada Registration #410F)                Page 153
www.lexitaslegal.com                California Firm Registration #179                LEXITAS

Page 154

1   A.   Correct.

2   Q.   Okay.

3   A.   Page 1745 has a host of accessories that are

4        not necessarily related to P320s.

5   Q.   Okay.

6   A.   Page 1746 has depictions of pistols that are

7        not P320s.

8             This is rather difficult given the small

9        size and difficulty in...

10  Q.   Well, let's stop at page 1746 then.

11            And so you reviewed from our first page

12       1727 -- it's cut off, but if you go to the

13       third page you can work backwards to it.

14  A.   I did a cursory review of those pages, yes.

15  Q.   From 1727 through 17, oh, 44, was where you

16       found that SP2022.

17  A.   That's correct.

18  Q.   And there's a whole host of different P320

19       configurations pictured on all these

20       documents, correct?

21  A.   That's what I saw.  If I -- again in a cursory

22       review if I missed something that was

23       different, I didn't pick up on it.

24  Q.   Okay.  But mechanically they -- all the P320s

25       that you looked at here use the same fire

LEXITAS

Page 155

1      control unit, correct?

2  A.  Again, not differentiating between

3      pre-voluntary upgrade and post, yes.

4  Q.  And all of them function in the same way,

5      correct?

6  A.  Again discounting differences between

7      pre-upgrade and post-upgrade, yes.

8  Q.  And any descriptions that Sig Sauer made of

9      the post-upgrade P320s would apply to every

10     one of those pistols if it was a post-upgrade

11     pistol, right?

12 A.  I don't know that I can answer that because I

13     don't know every statement Sig Sauer made

14     about pistols.

15 Q.  And so if Sig Sauer made a -- some statement

16     about the safety characteristics of a Sig

17     Sauer P320 that was post-upgrade, is there any

18     reason that statement would not apply to every

19     P320 if it was post-upgrade?

20     MR. JOYCE:  Objection to form.

21     You can answer.  Beyond the scope of this

22     witness, as well, but you can answer.

23 A.  That's I think impossible for me to answer

24     honestly because I don't know every statement

25     we made.  Like, I would have to know the

Page 156

1    statements being made.  Like, that's an

2    incredibly broad summation of everything SIG

3    stated.

4    BY MR. WERTS:

5  Q.  Well, if -- all the P320s work the same,

6    right?

7  A.  In general principle, yes.

8  Q.  Okay.  And all of the post-upgrade P320s have

9    the same safety characteristics, subject to

10   whether it does or does not have a manual

11   safety, correct?

12  A.  Yes, they all function the same.

13  Q.  So if there is a statement describing the

14   function of the P320, is there any reason it

15   would not apply to every P320?

16  A.  Provided it was accurate and presume that is

17   true, but again I don't -- I can't pretend to

18   know every statement that has been made, so

19   would need to answer that individually to be

20   fair.

21  Q.  And I understand that, and, you know, part of

22   it -- so that we're not here for eight days

23   and me showing you every statement Sig Sauer

24   has ever made about the P320, just as a matter

25   of logic, right, all the P320s work the same,

Page 157

```
 1        correct?
 2    A.  Yes.  To -- to shorten this, I am not aware of
 3        any statements that would be in conflict with
 4        each other or that.
 5    Q.  Okay.  And, for instance, like there's
 6        statements that are in the Sig Sauer P320
 7        manual, right?
 8    A.  There are a lot of statements in the P320
 9        manual, yes.
10    Q.  Right.  And the manual does change over time,
11        right?
12    A.  It has changed over time, yes.
13    Q.  There's been some revisions.
14            But the statements in that manual apply
15        to -- if they were -- or let's go back to
16        manuals after lunch.
17            MR. WERTS:  I was going to try to short
18        circuit this before we eat, but your food is
19        getting cold so we should let you guys eat.
20            MR. JOYCE:  Okay.
21            THE VIDEOGRAPHER:  Off the record at
22        1:11.
23            (Lunch recess taken).
24            THE VIDEOGRAPHER:  We are back on the
25        record 1:56.  Media No. Five.  Please proceed.
```

888-893-3767
www.lexitaslegal.com
Suit Diplomates Dell 50 states and is licensed where required. Nevada Registration #081F.
California Firm Registration #179
LEXITAS

Page 158

1    BY MR. WERTS:

2    Q.  All right.  I have put a monitor in front of

3        you, and we'll to look at a couple of

4        spreadsheets together, with us.

5            The first one I want to look at is

6        SIG-GLASSCOCK 1.

7            And let me make -- tell me when -- I feel

8        like an optician.  Tell me when it's big

9        enough that you can read it.

10   **A.  I can generally make it out.**

11   Q.  Okay.

12           MR. JOYCE:  We're marking this exhibit

13       what, 12?

14           MR. WERTS:  Yeah, I guess we can --

15           MR. JOYCE:  Yes.

16           MR. WERTS:  I guess it would be

17       Exhibit 12.  I really don't have anything

18       tangible to make.

19           MR. JOYCE:  We can at least describe it.

20           (Deposition Exhibit No. 12 for

21       identification.)

22       BY MR. WERTS:

23   Q.  And so -- all right.  So can you see at the

24       top the file name, at the very top?

25   **A.  SIG-GLASSCOCK 000001?**

Page 159

1    Q.   Yes.  I want to start on the second tab, which

2         is the explanation page at the bottom.

3              Do you see that?

4    A.   I do.

5    Q.   All right.  And so this has -- have you seen

6         report explanations like this before out of

7         Sig Sauer systems?

8    A.   **This does not look familiar to me.**

9    Q.   And so I just want to get a concept of some of

10        these headings without going too deep.

11             The first is shipped to cust category

12        code.

13             Do you know what that means?

14   A.   **I do not.**

15   Q.   Okay.  This may be another witness, but just

16        to the extent that we are -- there's a couple

17        things I want to ask you about this.

18             Column L is something called an item

19        number.

20             Do you see that?

21   A.   **I do.**

22   Q.   What is an item number in the Sig Sauer

23        parlance?

24   A.   **I do not know that but can say those generally**

25        **look like skews.**

Page 160

1   Q.  Okay.

2   **A.  From the lines I can see.**

3   Q.  And so as we are -- as we look at this, there

4       are lots of skews.  And if we kind of expand

5       out the filters thing, it gives us a list of

6       all the different skews that exist, right?

7   **A.  At least all the different skews that are in**

8       **this document.**

9   Q.  Correct, good point.  Or all the skews that

10      are showing up within this document.

11        Is there any reason to think that any of

12      the skews that are in this document

13      mechanically function any differently than any

14      of the other pistols that have a skew in this

15      document?

16   **A.  Can you scroll through the list again?  There**

17       **is an awful lot in that list.**

18        MR. JOYCE:  I mean, are they all 320?

19      Are you representing that they are all 320s?

20        MR. WERTS:  I think they are all 320s,

21      yes.  I think they all contain -- they --

22      let's just run a text filter.

23      BY MR. WERTS:

24   Q.  Do you see that I'm hitting the contains?

25   **A.  I do.**

Page 161

```
 1    Q.   Actually a better choice would be does not
 2         contain.
 3              And after setting it to does not contain,
 4         there is nothing on the list, right?
 5    A.   Correct.  It filtered everything out.
 6    Q.   And so from that we can conclude that
 7         everything on there is a 320, true?
 8    A.   Everything in there contains 320s in the item
 9         number entries.  They all appear to be P320s.
10    Q.   And all P320s post upgrade work mechanically
11         the same, correct?
12    A.   Yes.
13    Q.   And all P320s post upgrade had the same safety
14         characteristics absent whether or not it has a
15         manual safety.
16    A.   And if you consider a loaded chamber indicator
17         any sort of safety related -- it's feedback to
18         an operator.
19    Q.   Okay.  But those are the only two possible
20         differences?
21    A.   Those are the only two that come to mind, yes.
22    Q.   The second spreadsheet I want to look at,
23         which is similar, was more newly produced --
24         let me see if I can -- do you see at the top
25         that this is SIG-GLASSCOCK 1772?
```

888-893-3767                www.lexitaslegal.com                With Dilplates in all 50 states and DC-Licensed where required, Nevada Registration #210 F. California Firm Registration #179                LEXITAS

Page 162

1    A.  Yes, or a copy of.

2            MR. MANN:  What do you want to make this

3        exhibit?

4            MR. WERTS:  And we'll call this one

5        Exhibit 13 as -- thank you -- SIG-GLASSCOCK

6        1772.

7            (Deposition Exhibit No. 13 for

8        identification.)

9        BY MR. WERTS:

10   Q.  And if we look at item number and we run the

11       same logic of text filtering out does that

12       contain 320 -- do you see that I have typed

13       that in?

14   A.  I do.

15   Q.  That one didn't seem to work because the first

16       line that pops up says 320C.

17            Do you see that?

18   A.  Yes.  It still contains 3-2-0, so I don't know

19       why the filter didn't filter that out.

20   Q.  Try this again.

21            All right.  Do you see that I'm applying

22       the filter to the entire dataset?

23   A.  I do.

24   Q.  I am not sure why that is not working.  I'm

25       going to set that one aside then.  Let's look

888-893-3767   Suite Plates Document 124 licensed required in Nevada Registration G310ff.
www.lexitaslegal.com                    California Firm Registration #179                    LEXITAS

Page 163

1      at something more interesting.

2          MR. WERTS:  Let's mark this as Exhibit

3      14.

4          (Deposition Exhibit No. 14 for

5      identification.)

6   Q.  Which at the top you see it is SIG-ARMY 414?

7   **A.  I see that.**

8   Q.  This was just produced to us over the lunch

9      break.  And I probably didn't have this

10      before, but we'll kind of go through it.

11          Do you recognize this?

12  **A.  I do.**

13  Q.  Can you tell me what this is?

14  **A.  This is the documentation of the FMECA**

15  **analysis that was done for the MHS pistols.**

16  Q.  And so this analysis was done for the MHS

17      pistol, which was SIG'S nominee for the

18      competitive bidding process to become the

19      military's handgun; is that correct?

20  **A.  Yes.  The MHS stands for the modular handgun**

21  **system that we talked about earlier.**

22  Q.  Okay.  Did Sig Sauer perform an analysis like

23      this for the P320 prior to its being submitted

24      to the military for its consideration?

25  **A.  To my knowledge, not one that was documented.**

Page 164

1    Q.   Okay.  What does that mean?

2    A.   It means I don't believe the FMECA causes or

3         failures or risk assessments or severities

4         were written down or put in a format such as

5         this.

6    Q.   Were they written down or put in any format?

7    A.   Not that I am aware of.

8    Q.   Are you aware of any efforts to gather

9         together a list of all of the potential

10        failures that the P320 might have had during

11        its design development?

12   A.   I am not aware of any documentation in written

13        or digital form of such.

14   Q.   Okay.  Are you aware of any effort being made

15        that wasn't documented?

16   A.   I know there were discussions about safety

17        characteristics and the -- as they pertained

18        to the design of the P320.

19   Q.   How many such discussions were there?

20   A.   I don't know a number.

21   Q.   Who participated in those discussions?

22   A.   It would have been people such as myself, Sean

23        Toner, Dave Johnson, other engineers working

24        on it, such as Ethan Lessard would likely have

25        been involved.  And who all was involved in

Page 165

1　　　the discussions I can't say exactly, other

2　　　than those people would have likely been

3　　　participating.

4　Q.　Do you know whether there was any e-mail

5　　　correspondence about the safety

6　　　characteristics of the P320 during its design

7　　　development?

8　A.　I don't recall that one way or the other.

9　Q.　Have you looked?

10　A.　No.

11　Q.　Whether for this case or any other litigation

12　　　that's been going the last several years, have

13　　　you ever been asked to look for those

14　　　documents?

15　A.　No, not that I recall.

16　Q.　As part of the voluntary upgrade program, was

17　　　any effort to perform any sort of hazard and

18　　　risk assessment or analysis in developing what

19　　　was to become the voluntary upgrade program?

20　A.　The voluntary upgrade program design changes

21　　　were intended to improve the safety

22　　　characteristics of the P320.  I am not

23　　　knowledgeable about specific discussions that

24　　　were had pertaining to different aspects of

25　　　safety characteristics or the level...

888-893-3767　We Dominate in all 50 states and D.C. licensed where required.  Nevada Registration C610F.
www.lexitaslegal.com　　　　　　　　　　　　　California Firm Registration #179

LEXITAS

Page 166

1   Q.   And so as I understand your answer, the

2        voluntary upgrade was designed to improve the

3        safety characteristics, right?

4   **A.   Correct.**

5   Q.   Wouldn't an analysis have to have been made to

6        determine what safety characteristics were

7        going to be addressed in order to accomplish

8        that?

9   **A.   That seems logical.  As I was not directly**

10       **involved in the development of the voluntary**

11       **upgrade I don't have personal knowledge of**

12       **what meetings happened pertinent to that.**

13  Q.   With you, Mr. Sig Sauer, right?

14  **A.   I am Mr. Sig Sauer.**

15  Q.   And you are not able to tell me anything that

16       was done to analyze what safety

17       characteristics needed to be addressed in the

18       voluntary upgrade program as we sit here

19       today.  Is that true?

20  **A.   I am aware of the vulnerability in the drop**

21       **safety that the army identified during the**

22       **start of work meeting in February of 2017 and**

23       **know that was -- that was one of the main**

24       **focal points of the voluntary upgrade**

25       **activities.**

Page 167

```
1   Q.  But the voluntary upgrade activities did not

2       begin until August of 2017, correct?

3   A.  That is not correct.  August 2017 is when the

4       launch of the -- the voluntary upgrade program

5       and the production of pistols with those

6       designs in them started, but the -- the

7       content and the testing that was behind the

8       voluntary upgrade changes started much earlier

9       than that.

10  Q.  But nothing had gone into production until

11      after Omaha Outdoors published its piece

12      regarding the P320, correct?

13          MR. JOYCE:  Objection to form.

14          You can answer.

15  A.  I don't recall the date that that Omaha video

16      was published.  I don't have that in my head

17      in the timeline for where that was.

18  BY MR. WERTS:

19  Q.  The Omaha Outdoors publication was in August

20      of 2017.

21          Do you have any reason to dispute that?

22  A.  In that I don't recall when it was, no, I

23      don't have reason to dispute that.

24          August of 2017 was also when we launched

25      the voluntary upgrade program and started
```

888-893-3767
www.lexitaslegal.com                    Suite Plates in all 50 states and is licensed where required.   Nevada Registration #081F
                                        California Firm Registration #179                    LEXITAS

Page 168

1    performing upgrades and producing P320s with

2    that design incorporated.

3  Q.  All of those changes were made within a week

4    or two of the Omaha Outdoors public video,

5    correct?

6        MR. JOYCE:  Objection to form.  Asked and

7    answered.  He testified with respect to the

8    process.

9        But you can answer it again.

10  A.  I don't know how many weeks or what the time

11    span between was, but I know that within the

12    month of August 2017 the launch of the

13    voluntary upgrade program happened and

14    production of pistols with those components

15    started.

16  BY MR. WERTS:

17  Q.  All right.  Let's take a look at this FMECA.

18        Are you able to read that or do I need to

19    bump it up a little bit?

20  A.  I think I can make it out.

21  Q.  Okay.  So orient us to this document.  We're

22    on the first tab, which is FMECA.

23        What does -- how does one read this?

24  A.  So in the left-hand column obviously is

25    potential modes of failure as the header

Page 169

1    indicates.  And then the column B is the -- a

2    potential cause of that failure mode, so the

3    failure mode could have multiple potential

4    causes.  And then I think the following

5    columns are identifying a probability of

6    occurrence in severity, and those combined

7    determine a risk assessment level.

8         And then as we move farther right, there

9    are columns for recommended actions and

10   responsibilities.  And kind of past the screen

11   is some more information specific to the P320.

12   Q.  So the first one our failure mode is pistol

13       accidentally, unintentional discharges.

14            Do you see that?

15   A.  I see that in, yes, row three and subsequent

16       rows.

17   Q.  Right.  But the first one, two, three, four,

18       five of the risks that are identified are all

19       pistol accidentally or unintentionally

20       discharges, correct?

21   A.  Yes.

22   Q.  And then in column b it provides five

23       different scenarios that could lead to that:

24       Accidental trigger pull by the operator, by a

25       foreign object, improper cleaning, impact or

Page 170

1        the slide ignites the primer.

2            Do you see all those?

3    A.  I do.

4    Q.  And it says that the occurrences of C, if we

5        go to the second tab it has a definition of

6        probability occurrences.

7            Do you see that?

8    A.  I do.

9    Q.  And a C tells us it's likely to occur sometime

10       in the life of an item, correct?

11   A.  I see that, yes.

12   Q.  And it will occur several times, right?

13   A.  Mm-hmm.

14   Q.  Is that yes?  I am sorry.

15   A.  Yes.

16   Q.  You have been doing great the rest of the day.

17       It's the first time I have had to do that.

18           And the hazard is that that could kill a

19       person unintentionally, right?

20   A.  That's what's listed here, yes.

21   Q.  And do you agree with that assessment?

22   A.  Sure.  A pistol accidentally or

23       unintentionally discharging could kill a

24       person unintentionally.  It's a possible

25       outcome.

888-893-3767                  90% of Debates Deal 50 states and is licensed where required Nevada Registration #110F
www.lexitaslegal.com                                    California Firm Registration #179

LEXITAS

Page 171

1　Q.　And then under recommended actions, number one

2　　　it says to see P320 actions and to train in

3　　　accordance with operator's manual and

4　　　FM3-23.35.

5　　　　　Do you see that?

6　A.　I do see that.

7　Q.　Do you recognize what that alphanumeric code

8　　　is?

9　A.　For the FM3-23.35?

10　Q.　Yes.

11　A.　I do not.

12　　　　　MR. JOYCE:  Yeah.  By counsel that's an

13　　　army training document.

14　　　　　MR. WERTS:  Okay.

15　　　　　MR. JOYCE:  It was -- I'd asked for a

16　　　copy of that one.  It was superseded by

17　　　another document TC3-23.35, which is another

18　　　army training document.  I have that one,

19　　　which I can send you.  It's not Bates stamped

20　　　yet, but I don't -- we haven't come up with

21　　　the old superseded version yet, but that's

22　　　what it is.  It's an army -- it's an army

23　　　training document.

24　　　　　MR. WERTS:  Okay.

25　　　BY MR. WERTS:

Page 172

1   Q.  And what actions did Sig Sauer take to train

2       consumers in accordance with FM3-23.35?

3           MR. JOYCE:  Objection to form.

4   A.  **In that I am not familiar with the FM3-23.35,**

5       **I can't answer that.**

6       BY MR. WERTS:

7   Q.  Okay.  Do you know what warnings were added to

8       the operators manual as a result of the

9       reference to that army training manual?

10  A.  **I do not.**

11  Q.  Do you know whether or not any warnings were

12      added to the training manual as a result of

13      that army training manual?

14  A.  **I do not know if additional warnings were**

15      **added or if the warnings in the prior owners**

16      **manual already contained them.  I don't know.**

17  Q.  Do you know whether Sig Sauer took any action

18      with regard to consumers related to the

19      FM3-23.35 manual?

20  A.  **I do not.**

21  Q.  And then under the action results, the last

22      sentence says:  There is also a manual safety

23      to further reduce probability of occurrence.

24          Do you see that?

25  A.  **I do.**

888-893-3767
www.lexitaslegal.com
*Suite 0 Plates in all 50 states and is licensed where required.  Nevada Registration #31F
California Firm Registration #179

LEXITAS

Page 173

1   Q.  And that would apply to the modular handgun

2       system pistols because every military handgun

3       comes with manual safety.  True?

4   A.  **Per the requirements and specifications**

5       **documents of that program, yes.**

6   Q.  And that's generally true, that the United

7       States Department of Defense requires a manual

8       safety selector on every firearm.  True?

9   A.  **I am not certain of whether all of the**

10      **Department of Defense does.  There are other**

11      **government agencies, such as Department of**

12      **Homeland Security, which do not.**

13  Q.  But I'm asking about the Department of Defense

14      because it was the MHS pistol.

15          MR. JOYCE:  Yeah, I'm just gonna say

16      beyond the scope.  That's what Lano is here to

17      answer questions about.

18          But you can answer to the extent you

19      know.

20  A.  **I do not know the specifications of all**

21      **jurisdictions under DOD.**

22      BY MR. WERTS:

23  Q.  But as to the consumer P320, it's only a

24      subset of the pistols that have a manual

25      safety on them, correct?

Page 174

1   A.   There is only the subset of the P320s that

2        have been produced with the manual safety,

3        correct.

4   Q.   And looking back at the first bullet, it says:

5        The P320 minimum trigger pull is set to

6        maximize trigger control without adversely

7        affecting accuracy.

8             Do you see that?

9   A.   I'm sorry.  Where are you reading?

10  Q.   Sure.  I am cell J3.

11  A.   Okay.

12  Q.   Under the number one.

13  A.   I see where it says that.

14  Q.   Was the P320 trigger pull changed as a result

15       of this FMECA analysis?

16  A.   Not to my knowledge.

17  Q.   Was the F -- or I'm sorry -- the P320's

18       trigger pull weight changed as part of the

19       submission to the modular handgun system?

20  A.   The -- there were P320s with trigger pull

21       weights that exceeded the modular handgun

22       requirements, so there were efforts to ensure

23       that the pistols produced were within the

24       specified range for this MHS project.

25  Q.   What were those efforts?

Page 175

1    A.   I believe we attempted to minimize friction

2         between components, and I don't recall the

3         specifics.

4    Q.   And then the second action was taken, was

5         adherence to range safety rules will preclude

6         injury in the event of an accidental

7         discharge.

8              Do you see that?

9    A.   I do see that.

10   Q.   What action did Sig Sauer take to promote

11        adherence to range safety rules?

12             MR. JOYCE:  Objection.  Beyond the scope.

13             You can answer to the extent you know.

14   A.   There is warning tags on every pistol

15        produced, reference reading the owners manual,

16        becoming familiar with it.  And we supply the

17        owners manual that have precautionary

18        information and safe handling rules.

19        BY MR. WERTS:

20   Q.   If you scroll down to starting on line 10 of

21        our analysis, 10 through 15 is another five

22        risks of pistol accidentally, unintentional

23        discharges.

24             Do you see that?

25   A.   I do.

Page 176

1   Q.  And here there is an accidental trigger pull

2       while holstering or unholstering based on

3       operator error.

4           Do you see that?

5   A.  I do see that.

6   Q.  Now -- and this is only classified as injury

7       as opposed to unintentionally killing.

8           Do you see that?

9   A.  I see that it's listed that way in cell D10.

10  Q.  How did Sig Sauer come to the inclusion that

11      an accidental trigger pull while holstering or

12      unholstering was less risky than the

13      accidental trigger pulls we looked at above?

14  A.  I do not know the answer to that.

15  Q.  We also have all of these occurrence rates.

16          What studies did Sig Sauer perform to

17      determine the occurrence rates of these

18      various different types of accidental,

19      unintentional discharges?

20  A.  I don't know the answer to that.

21  Q.  Do you recall performing any studies during

22      the design development of the P320 as to

23      accidental or unintentional discharge rates?

24  A.  Outside of drop testing, no.

25  Q.  After the initial design development phase,

Page 177

1    has Sig Sauer ever gone back and performed any

2    other testing as to the occurrence rates of

3    accidental or unintentional discharges?

4  A.  I do not know.

5  Q.  As you sit here, do you know whether Sig Sauer

6    had any basis for the occurrence rates that it

7    put in the FMECA?

8  A.  I do not know what the basis for these entries

9    was.

10 Q.  I guess I should ask this.  Did your design

11    engineering team produce this analysis?

12 A.  We did not.  I believe it was a compilation of

13    efforts largely led by the VP of engineering

14    at the time and the head of quality.

15 Q.  Who are those people, please?

16 A.  David Johnson and Ed Murphy.

17 Q.  And then earlier we talked about who was on

18    the FMECA team, and those names didn't come

19    up.

20       So what's the distinction?

21 A.  This is pertinent to MHS and the form of

22    documentation.

23 Q.  Okay.  So this is -- the document we have from

24    your perspective is a formal documentation in

25    support of the military contract, not in

Page 178

1        support of the design of the pistol?

2   A.   **It could be viewed in design of support of a**

3        **pistol in that they are extremely similar**

4        **designs.  This particular document was -- the**

5        **document was created for the MHS program.**

6   Q.   Was a separate analysis done for the MHS

7        program than what was done for the P320

8        program in order to develop the datum that

9        populate this analysis?

10  A.   **I don't know the answer to that.**

11  Q.   As you sit here, do you know whether any data

12       analysis work was done in order to populate

13       the datum on this FMECA report?

14  A.   **I -- I do not know what was behind the entries**

15       **made here, so I do not.**

16  Q.   And that line of questioning was asking about

17       the occurrence rates.

18            If I were to ask you the same questions

19       about the potential effects of failure rates

20       or severity, do you have any more information

21       about what analyses would have gone in to set

22       those failure or effects of failure or

23       severity rates in this analysis?

24  A.   **I do not.**

25  Q.   Do you know -- are you able to identify any

888-893-3767
www.lexitaslegal.com      Lexitas Dba Lexitas Inc. is licensed where required. Nevada Registration #091F.
California Firm Registration #179      LEXITAS

Page 179

1      studies or any testing that Sig Sauer did in

2      order to populate this FMECA analysis?

3  A.  **I cannot cite specific tests that were done to**

4      **support this.**

5  Q.  And then I have flipped over to the severity

6      tab.

7          Do you see that?

8  A.  **I do.**

9  Q.  And this is -- at the top it says severity

10     level, mil standard 882E.

11         Do you see that?

12 A.  **I do.**

13 Q.  So SIG didn't come up with this rubric for the

14     different levels, the military did, right?

15 A.  **That is my understanding.**

16 Q.  And then SIG decided however, whomever did,

17     which of these severity levels apply to each

18     of the different risks?

19 A.  **That is my understanding.**

20 Q.  But you don't have any information you can

21     share with me today about how that process was

22     done.

23 A.  **I do not.**

24 Q.  If we look at risk assessment matrix, do you

25     see that?

LEXITAS

1   A.   I do.

2   Q.   We have -- did SIG come up with this, did the

3        military, or is this just a standard rubric or

4        something else?

5   A.   I don't know the answer to that in this

6        specific specification, but this type of risk

7        assessment matrix is not unique to this

8        occurrence or instance where -- where probably

9        and severity are matrixed together.

10  Q.   In your time at Sig Sauer, have you ever used

11       this sort of risk assessment matrix in any of

12       your work?

13  A.   I have used similar type matrices for some

14       things in my work.

15  Q.   What is that?

16  A.   We -- in part of creating the technical

17       documentation packages for this program, we

18       created drawings that had quality assurance

19       provision markings on drawings, and we have

20       used a matrix similar to this to help identify

21       which dimensions or characteristics on

22       drawings might apply or have higher

23       sensitivities in a risk assessment matrix so

24       that they could be flagged for -- as quality

25       assurance provisions.

888-893-3767    Suite Duplates in all 50 states and DC. Licensed where required. NV Registration #110F.
www.lexitaslegal.com    California Firm Registration #179

LEXITAS

Page 181

1    Q.  And then I flipped back to the probability

2        occurrence tab on this, brought that up, and

3        again these are defined by the mil standard

4        882E, correct?

5    A.  **That is my understanding.**

6    Q.  But somebody at SIG had to utilize this

7        military defined standard to populate the

8        form, right?

9    A.  **It would seem that way, yes.**

10   Q.  I am going to take my screen away from you.

11          You mentioned the Department of Homeland

12       Security a couple times today.

13          At some point did Sig Sauer provide

14       handguns to the Department of Homeland

15       Security?

16   A.  **Yes.**

17   Q.  And after those handguns were delivered, did

18       the Department of Homeland Security perform

19       some of its own safety testing on those

20       pistols?

21   A.  **I believe that is correct.**

22   Q.  What testing did they perform?

23   A.  **I do not recall.**

24   Q.  What were the results of the Department of

25       Homeland Security's safety testing?

888-893-3767
www.lexitaslegal.com      Suite updates to all 50 states and is licensed where required - Nevada Registration #210F.      LEXITAS
California Firm Registration #179

Page 182

1    A.   My recollection is that we passed their

2         testing without issue.

3    Q.   Did Sig Sauer have to issue new springs of

4         some sort to the Department of Homeland

5         Security that had to be exchanged by DHS

6         armorers on every single pistol?

7    A.   I don't recall.

8    Q.   Do you have any information one way or another

9         about that?

10   A.   Not in current recollection.

11              MR. JOYCE:   That's, you know, beyond the

12        scope of this witness's designation.

13   BY MR. WERTS:

14   Q.   With regard to testing, which is within your

15        scope, it's your recollection that Sig Sauer

16        passed the DHS testing and the DHS didn't have

17        any issues with their guns?

18   A.   I do not recall otherwise, but my recollection

19        on the detail of DHS activities is limited.

20   Q.   As you were preparing for today's deposition,

21        were you provided any facts or information or

22        documents about DHS's testing on the P320?

23   A.   No.

24   Q.   Were you provided any facts, documents or

25        information about any other outside entities'

Page 183

1       testing of the P320?

2   A.  No.

3   Q.  As you sit here, are you able to tell me one

4       way or another whether any outside entity has

5       ever performed any safety testing on the P320?

6   A.  Yes.

7   Q.  Who is that?

8   A.  I don't know that I can list all, but, for

9       example, attempts to have TR certification by

10      ULM, U-L-M, involved significant testing.

11  Q.  What is U-L-M?

12  A.  It's a proof house in Germany that does more

13      than proofing.  Obviously does extensive

14      testing for certification of firearms to be

15      sold in that market.

16  Q.  And was the P320 certified to be sold in the

17      German market?

18  A.  It was eventually.

19  Q.  Did it require the inclusion of a manual

20      safety?

21  A.  I don't recall if a manual safety was on that

22      model or not.

23  Q.  Did it require any changes to the 320 design?

24  A.  Yes, very significant changes due to the

25      requirements of the product by the TR

LEXITAS

Page 184

1    specifications.  It was not like production

2    320s.

3  Q.  What were the differences in the German model

4      and the production U.S. P320s?

5  A.  Significant.  The trigger -- the required

6      trigger pull weight was much higher.  The

7      required trigger travel was higher.  There

8      were requirements of muzzle velocity.  It was

9      a large number of differences.

10 Q.  Have modifications to other

11     internationally-sold P320s been required for

12     other international markets?

13 A.  I don't recall specifics.

14 Q.  And is that fairly common for other countries

15     to have requirements for the importation of

16     firearms into their markets?

17 A.  I don't know that it's per importation

18     requirements, but it's not uncommon for

19     militaries and foreign militaries to have

20     specific product requirements.

21 Q.  Are you aware that the United States has

22     certain importation requirements for firearms?

23        MR. JOYCE:  Objection.  Beyond the scope.

24     BY MR. WERTS:

25 Q.  Go ahead.

Page 185

1  A.  I am aware there are requirements.  I am not

2      intimately familiar with what they are.

3  Q.  Would you be surprised to learn that the ATF

4      requires a manual safety on every pistol

5      imported in the United States?

6          MR. JOYCE:  Objection to form.

7  A.  That was not something I knew.

8      BY MR. WERTS:

9  Q.  And given your prior answer -- this may be

10     obvious but just so the record is complete --

11     it's true, to your knowledge, that Sig Sauer

12     made no changes to its consumer P320s as a

13     result of any testing results it received from

14     DHS, correct?

15         MR. JOYCE:  Beyond the scope.

16         But you can answer.

17 A.  I don't have that knowledge.

18     BY MR. WERTS:

19 Q.  Were any changes made to any of the warnings

20     given to consumers as a result of the DHS test

21     results that were shared with Sig Sauer?

22 A.  I do not know the answer to that.

23         MR. JOYCE:  Same objection.

24     BY MR. WERTS:

25 Q.  We talked a little bit about design philosophy

Page 186

1    and that sort of thing as it relates to

2    firearms.

3         When you were designing the P320, did you

4    know the product was being designed for sale

5    in part to the general public?

6    A.  Yes.

7    Q.  And it was Sig Sauer's expectation that

8    consumers would purchase their pistols that

9    you were designing, specifically the P320, for

10   their personal use?

11   A.  Yes, that was understood.

12   Q.  And you knew that consumers were going to have

13   to pay a price for the Sig Sauer P320 when

14   they purchased it, right?

15   A.  Yes.  I am not sure of it being given away for

16   free.

17   Q.  Sometimes they are easy questions.

18        Is it ever permissible for the

19   manufacturer of pistols to sell that pistol to

20   consumers if there's reason to believe the

21   pistol is defective?

22        MR. JOYCE:  Objection to form.

23        You can answer.

24   A.  It does not seem like that would be a good

25   business practice to sell a design to -- that

Page 187

1       was known to be defective.

2       BY MR. WERTS:

3   Q.   But do you think it's ever permissible even if

4        it's not a good business practice?

5            MR. JOYCE:  Same objection.  Asked and

6        answered.

7            I don't know if you're asking a legal

8        question.  What does -- what does permissible

9        mean?  Objecting to the question on multiple

10       grounds.

11           You can do the best you can with it.

12  A.   I don't know that I can answer that for Sig

13       overall.  I don't believe I am qualified to

14       answer that.

15       BY MR. WERTS:

16  Q.   Well, we're talking about design.

17           And so from a design philosophy, is it

18       ever okay for SIG to manufacture a pistol to

19       sell -- and sell that pistol to consumers if

20       it has reason to believe it's defective?

21           MR. JOYCE:  You've asked that question

22       and he's answered that exact question.  I

23       would ask to move on to a different question.

24       BY MR. WERTS:

25  Q.   Go ahead and answer if you would, please.

Page 188

1          MR. JOYCE:  Last time.

2   A.   I -- I think it's the responsibility of the

3        design team to design away from any known

4        defects.

5        BY MR. WERTS:

6   Q.   Would you agree with me that a manufacturer of

7        a pistol should take all reasonable steps to

8        ensure that the pistol is not defective before

9        selling?

10         MR. JOYCE:  Objection to form.

11         You can answer.

12  A.   It does seem reasonable or prudent to take all

13       reasonable steps to ensure design is not

14       defective.

15       BY MR. WERTS:

16  Q.   If there's a reasonable safety feature that is

17       feasible to be added to a pistol, should the

18       manufacturer add that feature?

19         MR. JOYCE:  Objection to form.

20         You can answer.

21  A.   That depends upon an assessment of the

22       advantages or disadvantage is of adding a

23       feature.  Rarely is there an instance where

24       addition of features is solely advantageous.

25       BY MR. WERTS:

Page 189

1   Q.   And is there a process at Sig Sauer for

2        evaluating that sort of analysis as you just

3        described?

4   A.   I don't know that a formalized process exists.

5        I think there are discussions with subject

6        matter experts that are used to weigh the pros

7        and cons, and in many cases such feature sets

8        are left to the choice of the customer to

9        answer differing opinions from our customer

10       base on whether the feature set advantages

11       outweigh the disadvantages or not.  An example

12       being manual safeties on a P320.

13  Q.   And has Sig Sauer ever evaluated the pros and

14       cons of requiring a manual safety on all

15       P320s?

16  A.   I don't -- I am not aware of a -- of a formal

17       evaluation process, and I think the fact that

18       even from very early product requirement or

19       specification or objective documents, show it

20       was intended to be an option from the very

21       beginning.

22  Q.   You made some reference to certain law

23       enforcement customers that did not want a

24       manual safety.

25            Do you recall that?

888-893-3767
www.lexitaslegal.com    Exhibit D relates to all 50 states and is licensed where required by Nevada Registration #019F
                         California Firm Registration #179    LEXITAS

Page 190

1   A.   Not specifically but it -- I am -- if I said

2        that, that is fine.

3   Q.   Okay.  Is it true?

4   A.   There are law enforcement agencies that do not

5        want manual safeties, yes.

6   Q.   Has Sig Sauer ever undertaken any studies to

7        determine consumer customer preference as to

8        whether or not a manual safety is included on

9        the pistol?

10  A.   I am not aware of studies that try to get an

11       averaged answer or a majority answer on that

12       question.  That's why it's left as an option.

13  Q.   But you are not aware of any testing or

14       studies that SIG has done as to understand

15       that consumer desire?

16  A.   I am not aware of any statistical compilation

17       of responses or input like that.

18  Q.   When you were doing the design on the P320,

19       were you provided any information about

20       customer preferences?

21  A.   I am sure there were verbal discussions about

22       general customer preferences as product

23       management and marketing people were aware of

24       them, as well as sales people within SIG.

25  Q.   Were you provided any of the bases for those

Page 191

1        statements that were just coming from

2        marketing and product management departments?

3    A.  I don't recall any written or documented

4        information to that nature.

5    Q.  Do you agree that a pistol manufacturer should

6        disclose to the consuming public any defects

7        in its pistols?

8            MR. JOYCE:  Objection to form.

9            You can answer.

10   A.  I think if there are true defects, and I think

11       the definition of defect becomes important,

12       that that definitely needs to be a

13       consideration in the discussion point.  If

14       it's -- if it's truly a defect, if there's a

15       part quality issue with a particular part that

16       would warrant a recall, for example, then,

17       yes, that should be made public.

18           There are -- the examples of a defect I

19       think become pertinent to that answer.

20   BY MR. WERTS:

21   Q.  Would you agree with me that Sig Sauer knows

22       more about its pistol than reasonable

23       consumers do?

24           MR. JOYCE:  Objection to form.

25           You can answer.

Page 192

1   A.   In general, yes.

2       BY MR. WERTS:

3   Q.   Would you agree that Sig Sauer knows more

4       about any risks in its products than the

5       reasonable consumers would?

6          MR. JOYCE:  Objection to form.

7          You can answer.

8   A.   I think it depends what consumer it is, but on

9       average that is probably true.

10      BY MR. WERTS:

11   Q.   And Sig Sauer understands that reasonable

12      consumers would want to know about the risks

13      in the products they buy, right?

14         MR. JOYCE:  Objection to form.

15   A.   I think the desired information a consumer

16      wants varies but could certainly include

17      any -- any information that is specific to

18      that product or uniqueness to that product.

19         We are talking about very broad

20      statements, so it's hard to answer

21      specifically.

22      BY MR. WERTS:

23   Q.   And would you agree that a manufacturer is

24      required to disclose any risks or hazards a

25      product has that are not apparent to a

888-893-3767   Exhibit Duplicates D of 50 states and is licensed where required, Nevada Registration #310ff.
www.lexitaslegal.com   California Firm Registration #179

LEXITAS

Page 193

```
1        reasonable consumer?
2             MR. JOYCE:  Objection to form.  Asks for
3        a legal opinion.
4             You can answer over objection.  Beyond
5        the scope.
6   A.   Could you repeat the question, please?
7        BY MR. WERTS:
8   Q.   Sure.
9             Would you agree that a manufacturer is
10       require to disclose any risks or hazards a
11       product has that are not apparent to a
12       reasonable consumer, subject to the same
13       objections?
14  A.   What is apparent to a reasonable consumer or
15       not is not something I can define.  Specific
16       to purchase of firearms and its consumer base,
17       I think there is a certain responsibility of
18       somebody purchasing a firearm to be aware of
19       the safety hazards in general with firearms,
20       and it's their responsibility to know what
21       they are buying.
22  Q.   Can we agree a manufacturer is never permitted
23       to -- can we agree a manufacturer is never
24       permitted to affirmatively misrepresent the
25       safety of a product?
```

Page 194

1        MR. JOYCE:  Objection to form.  Asks for

2     a legal opinion.  Beyond the scope.

3        You can answer.

4  A.  It doesn't seem that that's something

5     companies would want to do, but I don't know

6     what permission you are saying.

7     BY MR. WERTS:

8  Q.  We've talked about a variety of tests, about

9     the development or design development with the

10    P320.

11       Have we talked about all of the tests

12    that you ran on the P320 during its design and

13    development?

14 A.  We have not talked about all types of testing

15    performed, no.

16 Q.  Okay.  What are we missing?

17 A.  It's just development of pistols often

18    involves rebut -- excuse me -- reliability and

19    durability testing, which we did mention.  It

20    also typically includes safety testing

21    involving board obstructions.

22       It involves environmental testing such as

23    hot environments, cold environments, rain,

24    mud, sand and dust, loose cargo over the

25    beach.  There is a fairly lengthy array of

888-893-3767
www.lexitaslegal.com
Lexitas Duplicates Does not maintain its licensed where required Nevada Registration #151F
California Firm Registration #179
LEXITAS

Page 195

1    different types of environmental testing.

2  Q.  What else?

3  A.  Outside of environmental testing, there is

4      sometimes user evaluation testing done to

5      procure feedback on ergonomics, design

6      features, sets, just user feedback on how they

7      like different features.  Things of that

8      nature.

9  Q.  And were you provided any of that user

10     feedback information as part of your design

11     development?

12 A.  Specific to the P320?

13 Q.  Correct.

14 A.  Specific to the P320 we did do some testing

15     with different shooters to assess the effect

16     of shooter style and recoil management on

17     reliability.  And I was involved in that.

18 Q.  Okay.

19 A.  I don't recall large scale tests with a very

20     large number of different shooters in the P320

21     development to gather all of that type of

22     feedback.

23 Q.  Okay.  Other than recoil management, were

24     there other consumer feedback studies that

25     were done as part of the design?

LEXITAS

Page 196

1   A.   Specific to the P320?

2   Q.   Correct.

3   A.   Not that I recall.

4   Q.   We saw earlier on that PowerPoint kind of the

5        five different safety features, four of which

6        were occupational.

7             Do you recall that, when we were looking

8        at the -- I think it's Exhibit 3?

9   A.   I think it listed out a tab trigger, a manual

10       safety.

11            It would probably be helpful if we look

12       at the exhibit again?

13  Q.   Please.

14  A.   It was Exhibit 3?

15  Q.   I believe so.

16            Actually Exhibit 5.  I apologize.  That's

17       the one.  And -- that one.

18  A.   Okay.

19  Q.   Can you tell us what page you are looking at?

20  A.   32.

21  Q.   Okay.  So the safety features listed here are

22       striker pin safety, blade trigger optional,

23       manual thumb safety levers optional, magazine

24       safety optional, loaded chamber indicator

25       optional.

Page 197

1    Q.   Okay.  Was any testing performed to evaluate

2         the safety of the P320 with or without any of

3         those individual safety systems?

4    A.   We -- excuse me.  I believe we did do some

5         drop testing without the striker pin safety.

6    Q.   Anything else?

7    A.   We certainly did drop testing without the

8         optional features, as well.

9    Q.   Did your design team include a human factors

10        expert?

11   A.   Our -- we currently have an industrial

12        designer in the R and D staff.  He was not on

13        staff at the time of initial P320 development.

14   Q.   Who is that?

15   A.   Scott Shinkle.

16   Q.   Did your design team do any focus group

17        testing to see how reasonable consumers might

18        respond to different warnings about the P320?

19   A.   Not that I recall.

20   Q.   What testing was done to test the efficacy of

21        warnings that were included with the P320?

22   A.   I don't know the answer to that.

23   Q.   Do you know whether anyone evaluated or

24        considered the effectiveness of the warnings

25        that were included regarding the P320?

888-893-3767
www.lexitaslegal.com
Exhibit D relates to all 50 states and is licensed where required.  Nevada Registration 098F.
California Firm Registration #179

LEXITAS

Page 198

1    A.   I don't know the answer to that.

2    Q.   Had Sig Sauer ever done any testing to

3         determine how effective its warnings in its

4         manual are?

5    A.   I don't know the answer to that.

6    Q.   There have been several iterations of the P320

7         manual over the years, right?

8    A.   I don't know how many, but I know there have

9         been revisions made.

10   Q.   Is the design engineering team consulted in

11        writing those warnings?

12   A.   We -- the engineering design team is consulted

13        in terms of reviewing the owners manual, but

14        we are not engaged in the formulation of the

15        verbiage.

16   Q.   Who is?

17   A.   Our technical writing team obviously

18        formulates the manuals, and I believe our

19        legal department is involved in some of that

20        verbiage; but as I have not been involved I

21        can't say specifically for others.

22   Q.   We talked about the FMECA and some of the

23        informal hazard risk assessments that you

24        recall over the years regarding the P320.

25             Do you recall that?

888-893-3767
www.lexitaslegal.com                    Exhibit B relates to all 50 states and is licensed where required. Nevada Registration 091F.
California Firm Registration #179                    LEXITAS

Page 199

1    A.   Yes, we spoke of that.

2    Q.   When the manual is being updated, have any of

3         those people involved in the manual update

4         writing been involved in any of those hazard

5         risk assessment discussions?

6    A.   I don't know the answer to that.

7    Q.   You indicated that you didn't think that the

8         hazard risk assessment discussions had been

9         documented.

10             Are you aware of any way in which the

11        information contained in the informal hazard

12        risk assessments was conveyed to the people

13        actually writing the manuals?

14   A.   I am not aware of...

15   Q.   Do you know even whether or not that

16        information was conveyed to those folks?

17   A.   I do not.

18   Q.   Has Sig Sauer ever done any testing to see how

19        effective the warning on its website is?

20             MR. JOYCE:  Objection.  Overbroad.

21             You can answer over objection.

22   A.   I do not know.

23        BY MR. WERTS:

24   Q.   Just looking at Sig Sauer P320 from the

25        outside, just holding one in your hand, do you

888-893-3767
www.lexitaslegal.com                    Exhibit D relates to all 50 states and is licensed where required. Nevada Registration 070F.
California Firm Registration #179                    LEXITAS

Page 200

1     believe a reasonable consumer would -- could

2     tell by looking at it what action type it had?

3  A.  **Simply by holding it or looking at it?**

4  Q.  Correct.

5  A.  **Probably not.**

6  Q.  If they racked the -- the slide, do you think

7     they would be able to tell?

8  A.  **Probably not.**

9  Q.  Is it written anywhere on the exterior of the

10    gun what type of action it has?

11 A.  **It is not.**

12 Q.  You are familiar with the Sig Sauer P322,

13    right?

14 A.  **I am.**

15 Q.  We've talked about it a couple times.

16        And we agreed that's a single action only

17    pistol, right?

18 A.  **Yes.**

19 Q.  Do you think a reasonable consumer could look

20    at the P322 and tell that it was a single

21    action only pistol?

22 A.  **Not simply by looking at the external**

23    **assembled pistol.**

24 Q.  With the rack slide would they be able to

25    tell?

Page 201

1   A.   Not likely.

2   Q.   Even if they fired the gun, would they be able

3        to tell?

4   A.   I -- I don't know the answer to that.

5   Q.   What about the Sig Sauer P320, do you think a

6        reasonable consumer would able to tell what

7        type of action it had even if they fired it?

8   A.   Not necessarily.

9   Q.   Were you aware that in other litigation Sean

10       Toner has testified that the P320 was a double

11       action pistol?

12  A.   I was aware that he had been questioned on

13       that topic, but I never read the transcript of

14       any of his depositions or court testimony.

15  Q.   Did you ever talk to him about it?

16  A.   We have talked about the fact that that was in

17       marketing literature in the past.

18  Q.   Were you aware that Mr. Toner has also

19       testified in other cases that the P320 is a

20       single action pistol?

21  A.   I don't recall if I was aware or not.

22  Q.   Do you have reason to dispute that?

23            MR. JOYCE:   To dispute what?

24       BY MR. WERTS:

25  Q.   That Mr. Toner had testified under oath that

888-893-3767                                                                        LEXITAS
www.lexitaslegal.com
95 item Depositions Duly licensed Where required Nevada Registration #072 BP
California Firm Registration #179

Page 202

1       the P320 is a single action pistol.

2   A.  I don't have reason to dispute what has been

3       recorded as to what he's testified.

4   Q.  And were you aware that after he had gone from

5       double action to single action in this

6       testimony he had a third deposition; he went

7       back and said it was a double action?

8   A.  Again, having never read any of his

9       transcripts, I don't know that.

10  Q.  The action type of the P320 has never changed

11      since it entered production, has it?

12  A.  We know the functional characteristics of the

13      P320 has not changed in terms of the amount

14      of -- the striker that is cocked, so it's been

15      a striker fired action since its inception.

16  Q.  And that's true both before and after the

17      voluntary upgrade, correct?

18  A.  That is correct.

19          MR. JOYCE:  Can we take five minutes?

20          MR. WERTS:  Of course.

21          THE WITNESS:  I was just going to say I

22      should have taken my glasses off.

23          THE VIDEOGRAPHER:  Off the record at

24      3:01.

25              (Brief recess taken.)

Page 203

1        THE VIDEOGRAPHER:  We're back on the

2    record 3:14.  Media No. 6.  Please proceed.

3        MR. WERTS:  Will you mark that, please?

4        MR. JOYCE:  What are we up to, 14?

5        MR. WERTS:  15 because we had the three

6    online.

7        MR. JOYCE:  Right.

8        (Deposition Exhibit No. 15 was marked for

9    identification.)

10   BY MR. WERTS:

11   Q.  I'm going to hand you what has been marked as

12       Deposition Exhibit 15.

13           Do you recognize what this is?

14   **A.  I do.**

15   Q.  Can you tell us what this is?

16   **A.  It's the purchase description for the modular**

17   **handgun solicitation.  It outlines**

18   **requirements and specifications of the**

19   **program.**

20   Q.  Okay.  If you look at pages -- at the bottom

21       of page two, it starts listing a number of

22       standards.

23           Do you see that?

24   **A.  I do.**

25   Q.  And then that kind of goes on for a couple of

Page 204

1    pages, right?

2  A.  Yes.

3  Q.  And these are all the standards that the

4      modular handgun system had to meet in order to

5      be acceptable to the military.

6          Is that your understanding from a design

7      perspective?

8  A.  **And more.  Like there's some specifications**

9      **related to the -- the whole program and the**

10     **cartridge as well as the pistol, but, yes, in**

11     **general.**

12 Q.  Yeah, there may be even more requirements but

13     the modular handgun system had to meet all of

14     these standards, right?

15 A.  **These -- yes, these standards per 2.2.1 cites**

16     **the following specifications, standards, and**

17     **handbooks form a part of this document to the**

18     **extent herein specified.  Unless otherwise**

19     **specified, the issues of these documents are**

20     **those cited in the solicitation or contract.**

21 Q.  Okay.  And ultimately the -- Sig Sauer's

22     modular handgun system was accepted by the

23     army or the military, correct?

24 A.  **Yes.**

25 Q.  And so from that we can infer that the Sig

888-893-3767   Exhibit M Dictates Duel-50 states and D.C. licensed where required, Nevada Registration 070F-181-1.   LEXITAS
www.lexitaslegal.com                    California Firm Registration #179

1      Sauer modular handgun system meets all these

2      standards.  Is that true?

3  A.  I -- I believe we could say that the M17, M18

4      submission sufficiently met these standards to

5      meet the army's acceptance level.

6  Q.  Does the consumer P320 post upgrade meet all

7      these standards?

8  A.  To -- to the extent the M17, M18 meet these

9      standards.  I don't believe these standards on

10     the first couple pages include requirements,

11     such as dispersion size, which would be

12     detailed later in this document.

13 Q.  Sure.  There may be a whole bunch of other

14     standards.  I'm just talking about what is on

15     the list here.

16 A.  But in -- in this section of standards, yes,

17     the M17, M18 and the commercial M -- P320

18     should -- should have similar results.

19 Q.  If you turn to page 12 for me, please.

20 A.  (Witness complying).

21 Q.  Prior to the break you were talking about all

22     the different environmental tests.

23         Do you remember that?

24 A.  I do.

25 Q.  And does part -- Section 3.6, does this list

Page 206

1      out all the different environmental tests that

2      you had to do for the military?

3  A.  Yes.

4  Q.  And all of those tests were done for the

5      consumer P320, as well, right?

6  A.  I am not certain that the consumer P320 went

7      through all of these tests.  They certainly

8      went through many of them.

9          The commercial P320 has been evaluated

10     against a whole host of testing standards for

11     all of the various agencies, military, law

12     enforcement, that it's been submitted to and

13     got accepted.

14          MR. WERTS:  Mark that for me, please.

15          MR. JOYCE:  Are we done with this one?

16          MR. WERTS:  Yes, we are.

17          (Deposition Exhibit No. 16 was marked for

18     identification.)

19     BY MR. WERTS:

20  Q.  You have been handed now what has been marked

21     as Exhibit 16.

22          Can you tell me what this is?

23  A.  This is an engineering change proposal.

24  Q.  What does that mean?

25  A.  It's an engineering change proposal.  It is a

Page 207

1     proposal to make some sort of design change to

2     the M17 or M18.

3  Q.  And was this the engineering change proposal

4     made by the military to address some of its

5     drop safety concerns on the M17 and M18?

6  A.  Yes.  This -- this engineering change proposal

7     pertained to the initial shipment that the

8     DCMA accepted on the army's behalf in August

9     of 2017.  So these -- these changes were

10    similar to parts of the voluntary upgrade.

11        The pistols that were shipped subsequent

12    to that August 2017th approval were later

13    replaced with pistols that had the full

14    upgrade similar to the voluntary upgrade in

15    the commercial sector.

16 Q.  Is there any differences between the internal

17    parts on the post-upgrade P320 and the

18    post-ECP M17, M18 pistol?

19 A.  We are --

20        MR. JOYCE:  Are you talking about on the

21    FCU or any -- any part of the firearm?

22        MR. WERTS:  Any part of the internal

23    workings of the gun.

24 A.  So post this ECP, the guns produced for the

25    army were different than the guns produced for

1    the army later.  So these ECP changes were

2    different than what is in the commercial

3    voluntary upgrade and what is in subsequent

4    M17, M18 shipments to the army.

5    BY MR. WERTS:

6  Q.  Is there another ECP besides this one?

7  A.  **There are many more ECPs besides this one.**

8  Q.  Okay.  How many more?

9  A.  **I don't know the answer to that.  Engineering**

10     **change proposals are submitted not just for**

11     **fairly extensive component changes like this**

12     **but for even relatively minor changes to the**

13     **tolerance on a drawing, for example.**

14 Q.  And do you know where all of those other ECPs

15     are stored?

16 A.  **Jim Lano would be better suited to answer that**

17     **question.  I believe I can find them, but I**

18     **can't tell you the network location where**

19     **they're saved out of my head.**

20 Q.  And would engineering change proposals like

21     this, would those be -- do those go to the

22     design engineering team or do those go with

23     the folks that interface with the military or

24     both?

25 A.  **It's both.  The design team is definitely**

Page 209

1       involved because they are involving design

2       changes.  But the people that interface with

3       the army, such as Jim Lano, are certainly part

4       of the process and part of the submission of

5       this type of paperwork to the army for

6       approval.

7    Q.  Did you review any other ECPs besides this one

8       in advance of today's deposition?

9    A.  **I did not review specific ECPs, and I also did**

10      **not review this one.**

11   Q.  Can you turn to the second page for me?

12   A.  **(Witness complying).**

13   Q.  It has a series of numbers, and I am assuming

14      these numbers related to the drawings that

15      follow; is that right?

16   A.  **Are you referring to Box 12?**

17   Q.  I am.

18   A.  **Yes, those would be part numbers that would**

19      **have drawings associated with them.**

20   Q.  Okay.

21          (Deposition Exhibit No. 17 was marked for

22      identification.)

23   Q.  All right.  I am handing you what has been

24      marked as Deposition Exhibit 17.

25          Do you recognize this?

888-893-3767
www.lexitaslegal.com

We strive for accuracy and to correct all typos; however, a certified final transcript is only available in a licensed software format. Where required, we are licensed in the Nevada Registration #116F. California Firm Registration #179

LEXITAS

Page 210

1    A.   I do.

2    Q.   Can you tell me what this is?

3    A.   It's an owners manual for the P320.

4    Q.   And if you turn to the very last page, there

5         is a part number and a revision number.

6              Do you see that?

7    A.   I do see that.

8    Q.   And this says Rev 00.

9              What does that tell us?

10   A.   The seems that it's the first released

11        revision.

12   Q.   And so people get the owners manual whenever

13        they -- their -- they get their plastic case

14        that the pistol comes in, correct?

15   A.   Yes, that's been the case.  Owner manuals are

16        also now available on the website.

17   Q.   And it used to be that people got paper

18        copies, but now they get like a link that they

19        can go to to find the website version, right?

20   A.   Correct.

21   Q.   Can you turn to page 12, which is the third

22        page of the document?

23   A.   (Witness complying).

24   Q.   The very last line says:  The P320 pistol is a

25        double action only design.

Page 211

1           Do you see that?

2    A.   I do see that.

3    Q.   Is that a correct statement?

4    A.   **From an engineering perspective I would**

5         **characterize the P320 as a striker fired**

6         **action.**

7    Q.   So you said that's not a correct statement

8         then?

9    A.   **The P320 has elements of a double action, and**

10        **it has elements of a single action.  The**

11        **percentage cocked is closer to single action,**

12        **but it's in between.  Hence I would better**

13        **classify it as a striker fired action.**

14   Q.   But it's 97 percent cocked every time it's

15        loaded, right?

16   A.   **Thereabouts.**

17   Q.   And so when Sig comes out with a manual, a

18        version of the manual, the same manual goes in

19        every one of the guns, right, that's coming

20        out of the factory?

21   A.   **For a particular model and that until a**

22        **revision is made, as you pointed out.**

23   Q.   The revision gets made and then it's a change

24        across the board.  Every gun that goes out of

25        the factory gets the new -- new manual, right?

888-893-3767    Subtitle Operates in all 50 states and is licensed where required by Nevada Registration #108F
www.lexitaslegal.com                    California Firm Registration #179

Page 212

1   A.   That is my understanding based upon whether

2        the effectivity of the change is made.

3   Q.   Now, I will tell you that in production we

4        were provided a number of -- excuse me --

5        manuals for the P320 and then another set of

6        manuals for the P320X.

7             Were you aware that those were two

8        different lines of manuals?

9   A.   I believe I was aware that there were -- there

10       was more than one owners manual depending on

11       the model.

12  Q.   Okay.  Is there any substantive difference

13       from what is going to be in the X version

14       versus just the regular P320 on what warnings

15       are going to be given at any given time?

16  A.   I would have to review the manuals side by

17       side to ascertain what differences there are

18       between the two.

19  Q.   From a design and warnings philosophy is there

20       any reason there should be a difference at any

21       one time?

22  A.   Not in a broad sense that I can think of at

23       the moment.

24  Q.   Because we've talked kind of ad nauseam that

25       there's no difference in the mechanical

Page 213

1       function of an X series P320 and a regular

2       P320 from a mechanical or safety perspective,

3       correct?

4   A.  Yes.

5   Q.  And in that discussion we established there is

6       no difference, right?

7   A.  They're substantively the same.

8   Q.  And so from your perspective Sig Sauer would

9       intend to give substantively the same warnings

10      about those guns, correct?

11  A.  I'm sorry.  Can you repeat the word you used

12      in the question?

13  Q.  Sure.

14          From your perspective, Sig Sauer would

15      intend to give the same substantive warning

16      about the guns at any given time, whether it's

17      an X series or not?

18  A.  I would think so, yes.

19          (Deposition Exhibit No. 18 was marked for

20      identification.)

21  Q.  I hand you what has been marked as Exhibit 18.

22          And as you go to the back, this is

23      revision 12 or the 2024 version.

24          Do you see that?

25  A.  I see that it is revision 12 of a different

Page 214

1      part number.

2  Q.  The cover says it's the SIG P320 Operator's

3      Manual though, right?

4  A.  It does.

5  Q.  Okay.  Can you turn to page three of the

6      document?

7  A.  (Witness complying).

8  Q.  There is a warning that I will represent to

9      you appears for the first time in this

10      reversion 12 of this manual.

11          Are you familiar with this manual safety

12      warning that appears on page three?

13  A.  I have read through it.

14  Q.  Have you read it before today?

15  A.  I have read very similar warning statements.

16      I don't know if it was this exact verbiage.

17      Similar.

18  Q.  Was the design engineering team consulted in

19      writing this warning?

20  A.  I do not know the answer to that.

21  Q.  Do you know who wrote this warning?

22  A.  I do not know the answer to that.

23  Q.  Do you know what information was relied upon

24      by Sig Sauer in writing this warning?

25  A.  A general understanding of how the mechanisms

1   function certainly went into that, the

2   knowledge that the pistol was designed to

3   discharge when a trigger is depressed, when

4   the manual safety is not engaged certainly.

5   Q.  Anything else?

6   A.  Not that I am aware of specifically.

7   Q.  We looked at a couple of the manuals.

8          Other than the operator's manual, are

9   there any other ways that Sig Sauer conveys

10  warnings to consumers about the Sig Sauer

11  P320?

12  A.  Well, there is -- there are product safety

13  feature videos on the website, for example.

14  We apply a warning tag to every product

15  shipped.  We promote safe handling and offer a

16  wide variety of training opportunities that

17  all reenforce firearm safety and safe

18  handling.

19  Q.  You said there is a safety tag applied when

20  every firearm ships.

21          What are you referring to?

22  A.  There is a tag that's attached around the

23  trigger guard to every -- every P320 shipped.

24  Help that refers to the owners manual and to

25  be familiar with function and operation of the

Page 216

1    **product and to read through and understand the**

2    **owners manual prior to use.**

3    Q.   Is that tag unique to the P320 within the Sig

4         Sauer line, or do all Sig Sauer pistols have

5         such a tag around the trigger guard?

6    **A.   All pistols have a similar tag.  Whether the**

7    **exact verbiage is identical I am not certain.**

8    Q.   And has the SIG P320 shipped with that tag

9         around the trigger guard since it was first

10        launched?

11   **A.   I believe so.**

12        (Deposition Exhibit No. 19 was marked for

13        identification.)

14   Q.   I hand you now what has been marked as

15        Exhibit 19, which is an e-mail from Tom

16        Taylor.

17        If you turn to the third page for me?

18   **A.   (Witness complying).**

19   Q.   Back to that one.

20        The bottom paragraph -- and you talked

21        and you were kind of listing some of the

22        standards earlier that these P320s has been

23        tested to.  And I saw -- found this as a kind

24        of focused list.

25        If you'll read the first full sentence to

Page 217

1       yourself and let me know when you are ready

2       for a couple questions.

3  A.   (Witness complying).

4  Q.   And I will represent to you that I don't think

5       this is Sig Sauer talking in this sentence.  I

6       think this is an independent -- if you look at

7       the second page, I think it's an independent

8       writer, or at the very bottom of the first

9       page.  I think it's an independent writer

10      writing about the Sig Sauer P320.  So I don't

11      want you to think that I am putting words in

12      Sig Sauer's mouth.

13          But my question is whether or not you, as

14      Sig Sauer, whether you agree with that

15      sentence or not?

16 A.   We have tested the P320 to SAAMI NIJ, FBI,

17      DOJ, TOP standards.  As I said earlier, many

18      of those standards are very similar to one

19      another.  SAAMI and NIJ are nearly identical.

20      TOP is a little bit higher height onto a

21      different surface, so there are differences

22      between the tests.

23          I don't recall the details of

24      Massachusetts and California DOJ testing as

25      they're -- as to how they are different from

Page 218

1    the other tests.

2  Q.  So a couple questions then, as you were

3      talking about some drop testing specific

4      things and this just talks about being tested.

5          Is the -- the P320, including the

6      consumer P320, generally tested to all the

7      safety tests that are published by all of

8      those organizations that we are looking at in

9      our Exhibit 19?

10 A.  We -- we thoroughly test them all, but we

11     don't necessarily test to each standard

12     individually.  We take the most abusive tests

13     and make sure that we are testing thoroughly

14     against those scenarios and including all of

15     the orientations, et cetera.

16 Q.  But you are talking about drop testing there,

17     correct?

18 A.  I am talking about drop testing.

19 Q.  Other than drop testing, does Sig Sauer run

20     safety tests as published by those

21     organizations?

22 A.  Outside of drop testing, I am not familiar out

23     of my head with what the details of the other

24     safety testing in each of these standards is.

25     I can say that certain testing, such as board

Page 219

1     obstructions, we do carry out per some of

2     these standards, and actually more abusive or

3     safety intensive testing.  As an example,

4     obstructing the barrel with projectiles and

5     then firing into them.

6  Q.  This writer also talks about various others.

7         Are you aware of any other testing or any

8     other organizations that have published

9     testing standards other than those listed

10     here?

11 A.  We talked about the ULM testing in Germany to

12     the TR requirements, so those exist.

13         Certainly many law enforcement agencies

14     have their own standards.

15         The army program had the specific set of

16     standards we looked at briefly in one of your

17     exhibits that was incredibly rigorous, and,

18     you know, we passed those tests and had -- had

19     accepted results; and it resulted in sale and

20     shipment to agencies across the country and

21     across the world.

22 Q.  Set that aside.

23         We talked a little bit about the Sig

24     Sauer P320 being 97 precent pre-cocked anytime

25     a chamber is loaded.

888-893-3767                 Exhibits in all 50 states and is licensed where required by law.
www.lexitaslegal.com                                    California Firm Registration #179                    Nevada Registration #081F
LEXITAS

Page 220

1          Do you recall that?

2    A.   97 percent or thereabouts, yes.

3    Q.   Are you aware of any medium where Sig Sauer

4         warns customers that the P320 is 97 -- or

5         roughly 97 percent energized anytime a chamber

6         is loaded?

7    A.   I would view that as a functional design

8         characteristic of the product.  I don't view

9         that as something that needs to be warned

10        against.

11   Q.   Maybe not using the term warning as a loaded

12        term then.

13             Are you aware of any way in which Sig

14        Sauer informs customers that the P320 is

15        97 percent, roughly, energized any time a

16        round is chambered?

17   A.   I don't believe that level of how the P320

18        operates is something that is put in an owners

19        manual or widely distributed outside of an

20        armorer's class where people are taught to

21        assemble or disassembly and perform those

22        types of functions.  You know, we're -- we

23        just don't get into that depth of the

24        subtleties of the design, I think, in what are

25        frequent conversations with customers.

Page 221

```
 1   Q.   Does Sig Sauer undertake to inform customers
 2        through any means that the Sig Sauer P320 has
 3        sufficient energy to discharge a projectile
 4        anytime a round is loaded in the chamber?
 5             MR. JOYCE:  Objection to form.
 6        Incomplete hypothetical.
 7             You can answer over objection.
 8   A.   In a similar nature, it comes down to the --
 9        how the P320 functions.
10             Could you repeat the verbiage of your
11        question, please, to make sure I answer it
12        correctly?
13        BY MR. WERTS:
14   Q.   Sure.  I'll try to ask it verbatim, but I
15        don't have this one written down, so I have to
16        do it from memory myself.
17             And is there any medium whereby Sig Sauer
18        informs customers that the Sig Sauer P320 has
19        sufficient energy to discharge a projectile
20        anytime a round is chambered?
21   A.   I don't think we try to go to that level of
22        functional detail with the P320 or any SAO or
23        any DA/SA or any of our pistols.
24   Q.   Okay.
25   A.   It's -- I think it comes down to the customer
```

888-893-3767
www.lexitaslegal.com
Exhibit M Plates D.U. 50 states and 21 licensed where required Nevada Registration 021B.F.
California Firm Registration #179

LEXITAS

Page 222

```
1        has a user interface with the firearm.  The
2        customer often dry fire a pistol before
3        purchasing.  They feel what the trigger
4        characteristics are.
5              You know, hopefully the sales people are
6        doing their job and interfacing with customers
7        and talking through the features of -- of the
8        product, as well as reenforcing safe handling.
9    Q.  We talked a couple of examples earlier about
10       whether or not you thought a reasonable
11       consumer would understand what action type a
12       P320 had by looking at it or articulating the
13       slide.  You gave another example there with
14       dry fire.
15             Do you think that a reasonable consumer
16       dry firing a P320 would be able to gain an
17       understanding of the action type in that
18       pistol?
19   A.  I don't think most consumers care what action
20       a pistol is.  I think they care what the
21       trigger feels like and the -- the
22       characteristics of that trigger pull as it
23       pertains to firing the weapon.
24   Q.  What do you base that on?
25   A.  A general perception of people in the industry
```

Page 223

1       and discussions I've had with all sorts of

2       people about what they care about in pistols,

3       and it comes down to the trigger feel and

4       the -- those type characteristics.  And while

5       there are people who I am sure do care, I

6       don't know that the type action was

7       necessarily as important to many customers as

8       the -- how -- how the gun feels and functions

9       when they're going to use it in practice or --

10      or self defense or competition or whatever

11      type use they intend.

12  Q.  Does Sig Sauer believe the heavier trigger

13      pull in a double action style semiautomatic

14      pistol is itself a safety feature?

15          MR. JOYCE:  Objection to form.

16      Overbroad.

17          You can answer.

18  A.  So the -- a double action trigger almost

19      always has either a higher trigger pull weight

20      or -- and/or longer trigger travel distance.

21      So it is certainly a more intentional effort

22      to fire the product.

23          There are certain customers who specify

24      higher trigger pull weights for that reason.

25      Police departments, for example, where they

1  know their officers are likely to be in a

2  stressful situation want a higher trigger pull

3  weight.  That's not a universal mentality.

4  That's some departments want that.  Other

5  departments feel that the ability to shoot

6  more accurately because there is a -- not as

7  high a trigger pull weight or as long a travel

8  is actually preferable.

9  So it -- I think there is an array of

10  perspectives from different customers.

11  BY MR. WERTS:

12  Q.  Those were both law enforcement examples you

13  gave.

14  Has SIG undertaken to evaluate the safety

15  or whether even a higher trigger weight is

16  more safe from a consumer perspective?

17  A.  I think a higher trigger weight from an

18  accuracy perspective could easily render that

19  gun potentially less safe.  People pulling the

20  trigger should be focused on what they're

21  aiming at and -- and obviously know what's

22  down range and be shooting at something with

23  the intention of discharging the weapon.  And

24  if the higher accuracy that that can be done

25  with, the more likely it is that the intended

Case 3:23-cv-03300 Multi-State Duplicates D 1 of 50 standard 21 licensed Where required Nevada Registration #510F

888-893-3767
www.lexitaslegal.com

California Firm Registration #179

LEXITAS

Page 225 of 251

Page 225

1    target will be hit and not something else.

2  Q.  What do you base that on?

3  A.  Experience shooting guns with heavy trigger

4      pulls and shooting guns with lighter trigger

5      pulls.

6  Q.  And we talked a little bit earlier about Sig

7      Sauer understanding that it was going to be

8      selling the P320 for -- for -- to the general

9      public for personal use.

10         Do you recall that -- those questions we

11     had earlier?

12 A.  I do.  It was intended for commercial public

13     use, but it was also designed with the intent

14     that it would be used by law enforcement and

15     potentially military.

16 Q.  And within those design use cases Sig Sauer

17     intended it, it being the P320, to be an

18     everyday carry gun for consumers, correct?

19 A.  I -- certainly intended for personal

20     protection as well as duty carry.  Certainly

21     it can include everyday carry.

22 Q.  And it was also intended for storage as a home

23     defense weapon, as well, correct?

24 A.  Sure.

25 Q.  Since the voluntary upgrade program Sig Sauer

888-893-3767    Exhibit D plates in all 50 states and D.C. Licensed where required. Nevada Registration 2016F.
www.lexitaslegal.com                    California Firm Registration #179                    LEXITAS

Page 226

1    has received reports of certain unintended

2    discharges with the P320, correct?

3  **A.  Yes.**

4  Q.  And there have been some videos that made the

5    rounds online of different unintended

6    discharges.

7       Have you seen those videos?

8  **A.  I have seen videos of that nature.**

9  Q.  A police officer is getting out of a car and

10   their -- seemingly their lawyer pistol goes

11   off.

12      You seen videos like that?

13 **A.  Yes.**

14 Q.  You seen the video where the police officer is

15   reaching down to grab a suspect's ankle and

16   the pistol goes off on the side?

17 **A.  I don't know if I saw that one specifically.**

18   **I did see a video of a police officer**

19   **interacting with somebody that had been**

20   **apprehended or was simulating being**

21   **apprehended, I don't recall, and there was a**

22   **discharge.**

23 Q.  And kind of like the cops lobbies the --

24 **A.  Right.**

25 Q.  Okay.  After some of these videos -- Sig Sauer

Page 227

```
 1        became aware of these videos and these

 2        reports, what additional safety testing did

 3        Sig Sauer perform on the P320?

 4   A.   We start by evaluating the videos very

 5        carefully and studying what likely could have

 6        happened in those scenarios, whether firearms

 7        were properly holstered when situations like

 8        that occurred and ascertain in what nature

 9        improper handling or firearm safety protocols

10        contributed to the situation.

11   Q.   And so Sig Sauer's approach has been to look

12        at each of those on an individual basis and

13        try to figure -- dissect what happened in

14        exactly that instance.  Is that fair?

15   A.   I am certainly aware of that happening in some

16        cases.  I'm not -- I am not in a position to

17        speak to certainly all of the cases Sig Sauer

18        was aware of or evaluated.

19   Q.   And that is not your topic.  That is -- and

20        the individual responses like that, that is

21        someone else's problem.

22             My question for you is, has there been

23        any broad-based study of the Sig Sauer P320's

24        safety characteristics as a result of these

25        reports of unintended discharges that have
```

1      been coming in in the last several years?

2  A.  There have been attempts made to replicate

3      things that were perceived to have happened,

4      and almost universally, to no avail, in terms

5      of being able to replicate, the P320 does not

6      discharge by itself.  I have yet to see any

7      evidence or find any way to see that that

8      could possibly happen, despite attempts over

9      long periods of time to try to initiate that

10     or replicate things that have happened.

11        Factors such as pistols not being fully

12     holstered or zippers or seatbelts contacting

13     the firearm during entry or exit of a vehicle

14     or people putting on or taking off garments,

15     things like that, come to scenarios where the

16     pistol was not properly protected from the

17     sense of guarding the trigger.

18  Q.  From a design perspective, expected misuse is

19     something that you build into your product

20     designs, is it not?

21  A.  Certainly to the degree that -- that we can we

22     do and weighing, as we talked about earlier,

23     advantages and disadvantages of design

24     characteristics that could be incorporated.

25  Q.  Because Sig Sauer knows that these guns are

888-893-3767
www.lexitaslegal.com    Exhibit D relates to all 50 states and DC licensed where required. Nevada Registration 191F. California Firm Registration #179

LEXITAS

Page 229

1    ultimately being carried and used by people,

2    right?

3  A.  Yes.

4  Q.  And people mess up.  That's a -- that's a

5    known fact, right?

6  A.  That is exactly why we try to reenforce and

7    promote the safety characteristics and safe

8    handling practices at all our opportunities,

9    and we promote training and encourage that.

10 Q.  Has Sig Sauer made any design modifications to

11   the P320 to address any of these reports of

12   unintended discharges it's been receiving over

13   the last several years?

14 A.  In the reports we have been receiving that I

15   am -- I am familiar with, the trigger was

16   depressed, and -- and these firearms are

17   designed to discharge when the trigger is

18   depressed.  That is the ultimate design

19   function at a base level that we are looking

20   for.

21       So doing things like, in the initial

22   design, making sure that the width of the grip

23   module trigger guard area is wider than the

24   trigger to help prevent something actuating or

25   moving the trigger during holstering or some

Page 230

1    other event is -- is one design consideration

2    we incorporated.

3  Q.  And that was incorporated in the original

4    design, correct?

5  A.  Yes.

6  Q.  And my question was, just to be clear, have

7    any changes been made to the design of the Sig

8    Sauer P320 in the last several years as a

9    result of these reports of unintended

10   discharges?

11 A.  We have not made any design changes that

12   pertain to inadvertent displacement of the

13   trigger in these cases, other than to continue

14   trying to promote safe handling

15   characteristics and proper firearm maintenance

16   and -- and ownership, if you will.

17 Q.  Has Sig Sauer made a changes in the warnings

18   it provides to consumers as a result of any of

19   these unintended discharge reports that Sig

20   Sauer has received over the last several

21   years?

22 A.  I don't know the answer to that.

23 Q.  Has Sig Sauer made any design changes to the

24   P320 since the voluntary upgrade program in

25   general?

888-893-3767      We Make Depositions Out of 50 states and D.C. Licensed Where required    Nevada Registration 311 of
www.lexitaslegal.com                                    California Firm Registration #179                              LEXITAS

Page 231

1    A.    I don't know -- I don't know the answer to

2          that in any specific change that is

3          substantive to the function of the product.

4    Q.    And so from August 17th until now all of the

5          P320s from a functional perspective are the

6          same, right?

7    A.    In the way they function, yes.

8    Q.    And in this instance, when we say the way they

9          function, meaning the way the internal parts

10         work together, right?

11   A.    Correct.

12   Q.    And whether the gun discharges or doesn't

13         discharge, the factors that lead into that --

14         those outcomes has been the same for every

15         pistol manufacturer by Sig Sauer from

16         September of 2017 to the present, correct?

17   A.    Could you repeat that question?

18   Q.    Sure.  Trying not to get into quantum

19         mechanics here.

20              A pistol either fires or it doesn't fire,

21         right?  All the factors that lead to one

22         outcome or the other have been exactly the

23         same for every Sig Sauer P320 manufactured

24         since August of 2017 to the present.

25   A.    I think one exception to that is the magazine

Page 232

1          safety that has been incorporated into

2          California compliant models --

3     Q.   Anything else?

4     A.   -- is a distinctive feature that is not the

5          same as all of the prior.

6               The loaded chamber indicator would be a

7          similar feedback to the operator of whether a

8          round is in the chamber, and -- and to that

9          point, a personal owner's decision to carry

10         the firearm with a round in the chamber or not

11         is another decision that each owner is going

12         to make about how they personally carry the

13         product and ultimately affects the likelihood

14         of unintentional discharge, as well.

15    Q.   And Sig Sauer knows that some consumers make

16         that choice to carry a round in chamber,

17         correct?

18    A.   We do.

19    Q.   In fact, Sig Sauer knows that's probably the

20         more common usage case, correct?

21    A.   I don't know those percentages.  Personally

22         when I carry, I don't have a round in the

23         chamber.

24    Q.   I don't either, but...

25               Sig Sauer also comes or has the option of

Page 233

1        three different trigger shapes, right?

2   A.   There are different trigger shapes, yes.

3        There is the general curved trigger.  There is

4        a flat trigger.  There -- there have been

5        several different trigger variants for

6        different law enforcement agencies or

7        divisions that they all function similarly.

8   Q.   And the shape of the trigger does not

9        materially impact how the fire control unit

10       works, correct?

11  A.   The shape of the -- the trigger shoe or the

12       area where the shooter's finger would depress

13       the trigger does not affect how the firearm

14       functions beyond that trigger pull.  It's

15       primarily a different feel on the pad of the

16       shooter's finger.

17  Q.   We talked a little bit about the TOP

18       standards.

19            Do you recall that?

20  A.   Yes.

21  Q.   Which are the military's various safety

22       standards; is that right?

23  A.   Correct.

24  Q.   Does Sig Sauer consider the military an

25       authoritative source for gun safety

888-893-3767
www.lexitaslegal.com

*Suite O plates D plot 50 state stand 21 Linensed Tyhead requires Nevada Registration 341 0ff.
California Firm Registration #179

LEXITAS

Page 234

```
 1        information?

 2             MR. JOYCE:  Objection.  Overbroad.

 3             You can answer.

 4   A.   I mean it's certainly one of the

 5        specifications that we have met when selling

 6        product to the military.

 7        BY MR. WERTS:

 8   Q.   Okay.  And does Sig consider the military's

 9        description of safety systems to be accurate?

10             MR. JOYCE:  Objection.  Overbroad.

11   A.   That is too broad for me to answer.

12        BY MR. WERTS:

13   Q.   Why?

14   A.   We would have to review what all of those

15        statements are and then assess each

16        individually.

17   Q.   And so you leave open the possibility that Sig

18        Sauer may disagree with the army on firearm

19        safety?

20   A.   Well, for example, the army required the

21        manual safety on the M17 and M18, and we

22        certainly recognize that not all users and/or

23        consumers have that belief and not all of them

24        want manual safety, as an example.  So, no I

25        don't think I would agree that those
```

888-893-3767　www.lexitaslegal.com　Exhibits or plates D and D1 licensed where required. Nevada Registration 035-067. California Firm Registration #179　LEXITAS

Page 235

1          descriptions of -- of army safety standards

2          are universal.

3     Q.   Okay.  So earlier I asked you the question of

4          whether or not you would agree with me that

5          manual safeties are critical in preventing

6          unintended discharges.

7               Do you recall that?

8     A.   **I recall you asking me that question.**

9     Q.   Would you be surprised to learn that the army

10         and its TOP's 03-2-504A, which is one of the

11         standards we talked about earlier that you

12         said all the P320s meet, that the -- in

13         talking about safety selectors, that these

14         devices are critical in preventing unintended

15         firing of a weapon?

16    A.   **It may say that, but I believe when we talked**

17         **about the P320 as it applied to those**

18         **standards I said we met the testing that the**

19         **government did against their requirements.**

20         **That statement also doesn't have any testing**

21         **associated with it.**

22    Q.   As you sit here, do you know one way or the

23         other whether or not the military has

24         undergone any testing to evaluate that

25         statement?

Page 236

1   A.   I do not know what the extent of government

2        testing on that matter has been or what

3        documentation they have behind those

4        statements, but clearly it is supported by the

5        fact that the inclusion of a manual safety on

6        the M17 and M18 for MHS submissions was there.

7   Q.   And we know from our prior discussion that Sig

8        Sauer has not done any testing to determine

9        whether or not a manual safety is critical to

10       prevent unintended firing of a weapon.  True?

11  A.   A manual safety can certainly augment safe

12       handling of a firearm, but manual safeties and

13       other safety devices are -- are simply that,

14       augmentation to safe handling practices.

15  Q.   And what testing has Sig Sauer undertaken to

16       evaluate and form a basis for that statement?

17  A.   There has been all kinds of testing done by

18       other -- other customers besides the army with

19       P320s that don't have manual safeties.

20  Q.   And that's testing by customers.  I am asking

21       about what testing Sig Sauer did for itself.

22  A.   We -- we have testified P320s without manual

23       safeties.  I couldn't even hazard a guess to

24       how many different P320s, and to my knowledge

25       we've never had an unintentional discharge on

888-893-3767
www.lexitaslegal.com                   Exhibit D plates D of 50 states and DC licensed where required, Nevada Registration 071f
                                       California Firm Registration #179                              LEXITAS

Page 237

1    any model without a manual safety or with a

2    manual safety.

3  Q.  And that's testing being done inhouse by Sig

4    Sauer's employees?

5  A.  That's typically where the majority of our

6    testing is done, but I -- yeah, that's the

7    majority of our testing in terms of Sig Sauer

8    testing.  When we have the capability to

9    perform it inhouse, we typically do.

10 Q.  Is there any industry standard for trigger

11    pull weight in a pistol?

12 A.  I believe SAAMI references a minimum trigger

13    pull weight of three pounds unless it's a

14    competition, slash, target gun.  I don't

15    recall the exact verbiage.

16 Q.  And when you say SAAMI references a

17    three-pound trigger weight, it's not setting a

18    standard for trigger weights.  It's describing

19    the distinction between a match trigger and a

20    sporting trigger, correct?

21 A.  My recollection of the verbiage is that it's a

22    guideline that trigger pull weights not be

23    below three pounds unless it's -- and this, I

24    think, is an asterisk footnote type

25    addition -- that unless it's a competition,

Page 238

1          slash, target intended product.

2               (Deposition Exhibit No. 20 was marked for

3          identification.)

4     Q.   Handing you what has been marked as Deposition

5          Exhibit 20.

6               Do you recognize this document?

7     A.   It's a U.S. patent.

8     Q.   And specifically it's a patent for a firearm

9          manual safety.

10              Do you see that?

11    A.   I see that it's pertaining to a firearm manual

12         safety, including a lever with a detent

13         spring.

14    Q.   And this is the safety that's on the P320,

15         right?

16    A.   No.

17    Q.   It is not?

18    A.   The P320 does not employ a detent spring like

19         this at all.  This is a different mechanism

20         that's similar to what is on a P226 SAO or a

21         P229 SAO.

22    Q.   All right.  We can set that aside.  I have no

23         more questions for you on that document.

24              MR. WERTS:  All right.  Let's take a very

25         short break and may be close to wrapping up.

Page 239

```
1          MR. JOYCE:  Okay.  Thanks.

2          THE VIDEOGRAPHER:  Off the record at

3     4:14.

4               (Brief recess taken.)

5          THE VIDEOGRAPHER:  We're back on the

6     record at 4:26.  Media No. 7.  Please proceed.

7          MR. WERTS:  One second.  Let me pull up

8     the...

9     BY MR. WERTS:

10 Q.  All right.  There was a parts list that was

11     produced to us with the CAD drawings that I

12     put on here as a part number -- let me try to

13     scroll in on this so you can actually see it.

14          All right.  Do you see where it's

15     highlighted part 1302031?

16 A.  I do see that.

17 Q.  It says Disco Trigger Bar Gen2.

18          Do you see that?

19 A.  I do see that.

20 Q.  What is a disco trigger bar?

21 A.  The disco is short for disconnector.  This was

22     part of the voluntary upgrade changes.  Even

23     pre-upgrade through, the trigger pull after

24     the sear released the striker, the trigger bar

25     would disconnect from the sear allowing the
```

888-893-3767
www.lexitaslegal.com
Visit Deponet for states and licensed where required (NV Nevada Registration 40106;
California Firm Registration #179

```
1      sear to rotate back up to catch the striker as
2      the slide comes forward for the next shot.
3           This disconnector that is being
4      referenced is a slide-actuated disconnector,
5      meaning that when the slide moved rearward it
6      disconnects the trigger bar from the sear.
7      Prior to this part on the voluntary upgrade,
8      the trigger bar followed a cam path which
9      defined when the trigger bar would disconnect
10     from the sear, and it was independent of slide
11     function.
12  Q.  And so in this instance, Gen2 just means
13     post-upgrade.  Is that fair?
14  A.  I am not sure what Gen2 means in this
15     description.
16  Q.  Are you -- does Sig Sauer use the terminology
17     Gen1, Gen2 for -- for parts commonly or is
18     this an unusual thing?
19  A.  I would -- I would say that it's been done
20     before, but I don't know that I would say it's
21     common.
22                    (Pause)
23          MR. WERTS:  Sorry.  It takes just a
24     moment to process with each search.
25                    (Pause)
```

Page 241

1   Q.  I'll just ask this more generally,.

2          Are you familiar with the terms music

3       wire and rocket wire?

4   A.  I am.

5   Q.  What are the -- what's the difference?

6   A.  They are both wire braze TM A228.  The

7       difference between a music wire and rocket

8       wire is the tensile strength rating of the

9       material.

10         Rocket wire is also sometimes known as

11      missile wire, and it's, to my knowledge,

12      produced by two manufacturers of the wire

13      material in the United States.  And so one

14      manufacturer, I believe, refers to it as

15      rocket wire, the other missile wire, but the

16      ultimate tensile strength of the material is

17      higher than the minimum tensile strength for

18      standard music wire.

19         So that the -- the advantage of that

20      higher minimum tensile strength is that a

21      spring under a certain loading would be less

22      highly stressed when compared to a percentage

23      of minimum tensile strength.

24  Q.  So does that mean the spring -- the spring

25      is -- has more spring to it or less or --

Page 242

1    A.   It doesn't have anything to do with more

2         spring or less spring in terms of spring

3         force.  It in very general sense means that

4         when loaded a spring is less likely to lose

5         its force characteristics over time.

6    Q.   Got it.  All right.  The next page I want to

7         look at is page 11 of this, this PDF.  It's

8         got highlighted -- there's a certain part

9         number that says no finish, light oil per Sig

10        Sauer specification D000163.

11             Do you see that?

12   A.   I do see that.

13   Q.   And we've got a number of specifications.

14        This one, however, is during production.

15             Do you happen to know what specification

16        D000163 is?

17   A.   It specifies the light oil for a

18        corrosion-resistant protective coating.  The

19        tabulations that we are looking at, it's the

20        1300737-00 tabulation.  That's a part we might

21        buy unfinished from the vendor that molds it

22        and then use a second supplier to do the final

23        finish processing and basically make one of

24        the other tabulations from it.

25   Q.   So I've pulled up on our screen a drawing for

Page 243

1        a striker spring.

2            Do you see that?

3   A.   I do see it.

4   Q.   Has the P320 used the same striker spring

5        since the voluntary upgrade program?

6   A.   I'm not aware of a change to the striker

7        spring since the voluntary upgrade program.

8   Q.   And then I just want to use this as an

9        example.

10           You recognize this as a CAD drawing for

11       some of the engineering specifications for a

12       part, right?

13  A.   Yes.

14  Q.   So as we're looking at this, in the upper

15       right-hand corner it says revision history.

16           Do you see that?

17  A.   I do.

18  Q.   Kind of reading across the headings, what does

19       this tell us?  It starts with Rev and then

20       there's a number under that?

21  A.   So the revision level is -- of this particular

22       drawing is 00, which indicates the first

23       production release of this drawing.  The

24       description supports that by saying initial

25       release.

Page 244

1          The date of December 21st of '17

2    indicates when this drawing was revised, not

3    necessarily when the revision was processed

4    through our appeal op system.

5          The ECO refers to engineering change

6    order.

7          RC03472 is the engineering change order

8    number.  The prefix RC indicates that it's a

9    revision change, meaning that the drawing

10   changed in a way that -- the subsequent

11   drawing revision for this drawing, for

12   example, would be 01 and that would be another

13   revision change.

14        A non-revision change order would not

15   impact the drawing.  It might be something

16   such as changing the part life status from an

17   earlier preliminary or prototype state to --

18   or tool state to active, but it wouldn't

19   affect the technical specifications of a part.

20        And, lastly, the drawn by would be the

21   person that did the drafting work for this

22   revision.

23  Q.  And you recognize the initials M-A-T?

24  A.  I do.

25  Q.  Those are you?

888-893-3767   Suit Mediates Dependent of California licensed/here required/Nevada Registration 45105
www.lexitaslegal.com   California Firm Registration #179
LEXITAS

Page 245

1   A.   They are mine.

2   Q.   Okay.  So these engineering change orders,

3        I've never seen one those.

4             What do those look like?

5   A.   The format of engineering change orders has

6        changed through the years.  Today it's done

7        within the Agile PLM system, so it's basically

8        a table of part numbers being effective --

9        being affected.

10            It should describe some detail of what is

11       being changed.  It would include dispositions

12       from what to do with the existing inventory or

13       work in progress.  It contains things like

14       effectivity dates for when changes should be

15       made.  That sort of information.

16  Q.   Okay.  And prior to it being put in the Agile

17       system, how were they done?

18  A.   There was a form that was sometimes -- it was

19       out of the PLM system.  In early days, it

20       included handwritten information of the same

21       nature, and then evolved to a digital format

22       that was just not embedded in the PLM system.

23  Q.   And do you still have all those in the

24       engineering department?

25  A.   There are at least digital copies of those

888-893-3767                CSR Stipulates that all CSR is licensed where required                LEXITAS
www.lexitaslegal.com                California Firm Registration #179

Page 246

1      change orders prior to Agile, and the change

2      orders that were done in Agile are still

3      available in Agile.

4   Q. And would you be able to pull all the

5      engineering change orders related to the P320

6      if you were asked to do so?

7   A. That could be done.  That would be a very

8      large task, only because prior to Agile it

9      would be more difficult to sort through which

10     ones pertained to P320s versus other products.

11  Q. Because it would be a paper review?  Or I

12     guess a -- it's an electronic paper review?

13  A. That's a good way to describe it.

14  Q. Okay.

15  A. And they're compiled by ranges of engineering

16     change order numbers, not by product or part

17     number.

18  Q. But those could be loaded and searched somehow

19     if they needed to be, right?

20  A. At a minimum they could be manually searched.

21     If -- if information relative to a specific

22     part was of desire, that would be easier to

23     find.

24  Q. Okay.  So we are looking at the lower

25     right-hand corner, and I've zoomed in on the

Page 247

1　　　　　drawing, which is a SIG drawing 247.

2　　　　　　　Do you see that?

3　A.　Yes.　That's the label of this exhibit, yes.

4　Q.　And so it has -- one of the things it says,

5　　　　used on.　I've kind of got my hand cursor

6　　　　circling around it.

7　　　　　　　Do you see that?

8　A.　I do.

9　Q.　And this says it's used on P365.　Is that

10　　　　right?

11　A.　That what it says here, yes.

12　Q.　Are there certain parts that are

13　　　　interchangeable between the P365 and the 320?

14　A.　Yes.　The only part that I recall being

15　　　　identical between the two products is the

16　　　　striker spring cup, which used to be two

17　　　　pieces -- two -- a quantity two of the same

18　　　　piece, and then was subsequently changed to be

19　　　　one piece that functioned as the other two

20　　　　pieces used to.

21　　　　　　The title block information for used by

22　　　　does not necessarily represent all usage cases

23　　　　of where a part might be --

24　Q.　Okay.

25　A.　-- incorporated.

Page 248

1   Q.   And then date change and drawn by and

2        engineer, those are all self-explanatory, the

3        date that it was drawn and who did it?

4   A.   Correct.  The date drawn would be a date

5        entered representative of the timeframe when

6        at least a version of the drawing was -- was

7        created.

8             Drawn by an engineer are often not the

9        same people.  In this case, they were both me.

10  Q.   And to the right it's got a title, which is

11       self-explanatory.

12            It says size B.  What does that tell us?

13  A.   That refers to the physical size of the

14       drawing should you print it.  It goes back to

15       back when we had paper or mylar drawings of

16       different-sized sheets of paper.

17  Q.   And then there's an alphanumeric cage code.

18            What is that now?

19  A.   That's a number used for government holdings,

20       referring to -- I can't answer the specific

21       meaning because I don't know it, but refers to

22       the buildings in which we produce and store

23       products particularly for the government.

24            We did not put cage code drawings -- I am

25       sorry -- cage code identifiers on our drawings

888-893-3767
www.lexitaslegal.com

Lexitas Dictates us in 50 states and is licensed where required Nevada Registration #191F
California Firm Registration #179

LEXITAS

Page 249

1         prior to MHS.

2    Q.   The drawing number, that is just a unique

3         number for this part, right?

4    A.   That's correct.  Although we looked at an

5         example earlier that was tabulated with the

6         base number dash 00 dash 01.  In those cases,

7         those are the part numbers and the base number

8         would be the drawing number.

9    Q.   Okay.

10   A.   In this case they're the same.

11   Q.   Okay.

12        MR. WERTS:  Well, thank you very much for

13        your time and patience today.  Those are the

14        questions I have for you.

15        MR. JOYCE:  I have no questions.

16        THE VIDEOGRAPHER:  All right.  This

17        concludes the deposition of Matthew Taylor.

18        Off the record at 4:43.

19             *  *  *  *  *

20

21

22

23

24

25

888-893-3767
www.lexitaslegal.com
LEXITAS
Suite M operates in all 50 states and is licensed where required (NV Nevada Registration #070-0707,
California Firm Registration #179

Page 250

```
1              STATE OF NEW HAMPSHIRE

2         I, Beth Gaige, RPR, and licensed court

3   reporter in the State of New Hampshire, do hereby

4   certify that the within-named deponent was sworn

5   to testify the truth, the whole truth, and nothing

6   but the truth in the aforementioned cause of

7   action.

8         I further certify that this deposition was

9   stenographically reported by me and later reduced

10  to print through computer-aided transcription, and

11  the foregoing is a full and true record of the

12  testimony given by the deponent.

13        I further certify that I am a disinterested

14  person in the event or outcome of the above-named

15  cause of action.

16     IN WITNESS WHEREOF, I have hereunto set my

17  hand this   16th day of  September, 2024.

18

19

20  _____

21       Beth Gaige, LCR/RPR
         New Hampshire Lic. No: 00153
22

23

24

25
```

888-893-3767 Certified in all 50 states and Licensed where required; Nevada Registration #110F. LEXITAS
www.lexitaslegal.com California Firm Registration #179