# Exhibit 3

# Glossary

<u>A</u> <u>B</u> <u>C</u> <u>D</u> <u>E</u> <u>F</u> <u>G</u> <u>H</u> <u>I</u> <u>J</u> <u>K</u> <u>L</u> <u>M</u> <u>N</u> <u>O</u> <u>P</u> <u>Q</u> <u>R</u> <u>S</u> <u>T</u> <u>U</u> <u>V</u> <u>W</u> X Y <u>Z</u> <u>1</u>



## 1

**1911** - The term "1911" refers to a specific type of handgun based largely on the original Colt pistol designed by John Moses Browning.

## A

**Accessory Rail** - Most modern semi-automatic firearms are designed to allow users to attach items to the rifle or pistol that are tailored to specific uses.

**Action Type** - The term "action type" describes how a firearm loads, fires and ejects a projectile.

**Airgun** - An airgun is a device that uses compressed gas to propel a projectile through the barrel.

**Airsoft** - Airsoft guns use a spring or compressed gas to propel a round plastic projectile at low velocities.

**Ambidextrous Controls** - With modern manufacturing techniques, gun makers have been increasingly building firearms either with controls on both sides of the gun or ones that can be easily swapped between right and left.

**Ammo** - The term ammo is a colloquial word used to describe the cartridges loaded into and fired from a firearm.

**Apparent Field of View** - The Apparent Field of View, determined by the optic's eyepiece diameter and eye relief, measures the immersive quality of the viewer's experience.

**AR Pistol** - An AR pistol is a firearm that combines the basic design, function, and ergonomics of an AR-15 pattern rifle with a barrel that is shorter than the legally-required length of a rifle and does not have an attached stock.

**AR-10:** - The AR-10 was originally designed by Eugene Stoner of the Armalite company in the late 1950s to replace the U.S. Military's M1 Garand standard-issued rifle.

**AR-15** - The AR-15 shares the some of the design with the military M-16 and M-4 rifle, but operates as a semi-automatic only firearm legal for civilian use.

**Armorer** - An armorer is a person who knows how to fully assemble, disassemble, repair, and maintain all parts of a firearm.

**AXG** - The acronym AXG stands for "Alloy X Grip" and refers to SIG SAUER's alloy grip module for P320 handguns.

## B

**Backstrap** - A backstrap is an area on a pistol grip that makes contact with the shooter's palm (between the thumb and index finger) when gripped.

**Baffle** - A baffle is typically a thin metal, cone-shaped part that is inserted into a cylindrical tube that forms the suppressor's outer shell.

**Barrel** - The barrel is the part of a firearm through which a bullet is expelled.

**Barrel Hood** - A barrel hood is the piece of material that sits above and just behind the chamber of a pistol barrel.

**Base Pad** - Similar to a base plate, a base pad secures the internal components of a pistol magazine.

**Base Plate** - A base plate is a removable piece of metal or plastic positioned at the bottom of a rifle or pistol magazine that holds in the internal spring and follower components of the magazine.

**BB Gun** - A BB gun is an air-powered rifle or pistol that fires .177 caliber spherical projectiles typically called BBs.

**BDX** - Ballistic Data Exchange is the technology that includes the capability to pass information between devices to enhance the shooter's experience.

**Bipod** - A bipod is a two-legged support that typically attaches to the bottom of a rifle forend to provide enhanced stability while shooting.

**Bolt** - The part of the rifle that pushes a cartridge into the chamber to be fired and extracts the empty shell casing afterward is called a bolt

**Bolt Action** - The term bolt action refers to a firearm with a user-operated bolt handle to cycle a new round into the firearm and eject a spent casing.

**Bolt Catch** - The bolt catch is a component on an AR-style firearm that is used to lock the bolt to the rear of the firearm exposing the chamber.

**Bore** - The bore is the internal area of a firearm barrel that the bullet passes through upon discharging the firearm.

**Brace** - The term brace generally refers to an item that is generally located in a similar area of the buttstock and attaches to the rear of a pistol so that a firearm may be shot one-handed.

**Brass** - It is the shell casing into which other components such as the bullet, powder, and primer are loaded.

**Brass Deflector** - A Brass deflector redirects spent casings as they are ejected from the firearm away from the shooter's face.

**Buffer Tube** - The buffer tube contains the buffer and buffer spring. That helps slow the speed of the bolt as it travels rearward and then returns the bolt forward to chamber the next round.

## C

**Caliber** - The term caliber generally refers to the diameter of a bullet.

**Cant/Canted** - In firearms terminology, cant may refer to the angle at which a holster secures a pistol. It also can describe an optic mount or sight.

**Capacity** - Capacity refers to the maximum number of cartridges that can be loaded into a firearm magazine.

**Carbine** - A carbine is technically a rifle that has a shorter barrel than a standard-manufactured one.

**Carry** - Carry generally refers to transporting a firearm in such a way that it can be used at a moment's notice—typically in self-defense situations.

**Cartridge** - The cartridge is made up of a bullet, case, powder, rim, and primer.

**Casing** - A casing is the device that holds the bullet, powder, rim, and primer in a cartridge.

**Cerakote** - The term Cerakote refers to a ceramic-polymer coating that can be applied to a variety of materials, including firearm frames, parts, and accessories.

**Charging Handle** - A charging handle is a firearm part typically found on an automatic or semi-automatic rifle or machine gun that allows the user to move the bolt back.

**Checkering (Checkered)** - The term checkering refers to a crosshatch pattern of texture applied to firearm grips.

**Chrome-Lined** - Many modern sporting rifles and some pistols are built with chrome-lined barrels to increase durability and extend a barrel's life.

**Classic Line** - SIG SAUER Classic Line pistols are modern hammer-fired handguns that incorporate the latest technical advances in firearm design for military, law enforcement, and sporting use.

**Clip** - A clip is a piece of material to which firearm ammunition is attached to for transportation and convenient loading into a firearm receiver, revolver cylinder, or a firearm magazine.

**Closed-Bolt** - Most modern civilian firearms fire from a closed-bolt position, where the round is fully seated into the barrel and the weapon's bolt is forward and locked into the action.

**Co-Witness** - The term co-witness refers to the alignment of an accessory optic and the embedded sights of a firearm or non-electronic backup sights.

**Cocked** - The term cocked refers to the rearward position of a firearm's hammer, rendering it ready to fire.

**Cocking Serrations** - Most modern semi-automatic handguns are manufactured with cocking serrations that are built into the pistol's slide.

**Cold Hammer Forged** - Cold hammer-forged barrels are constructed by impacting a barrel blank thousands of times with industrial hammers at room temperature to lengthen it into the proper shape for a firearm.

**Combat sights** - Generally used on handguns, combat sights or "combat sight picture" usually refers to high-contrast dots placed on the rear notch and front sight post of a firearm.

**Compact** - The term compact most often refers to the size of a semi-automatic handgun.

**Compensator** - A compensator is a device attached to the end of a firearm's barrel that vents the expended gas from a fired round so that the firearm is more stable.

**Concealed Carry** - The term concealed carry refers to transporting a firearm—usually a handgun—for self-defense in such a way that it is not visible to anyone else.

**Contrast Sights** - Contrast sights are accessories for handguns that feature bright dots embossed to the rear notch and front sight post of the firearm.

**Custom Works** - The SIG SAUER Custom Works division manufactures and builds bespoke handguns for customers interested in a variety of parts, accessories, and personalization's tailored specifically for the shooter.

## D

**Decibel (dB)** - A decibel is a unit of measure that usually refers to levels of sound.

**Decocking Lever** - On a double-action/single-action semi-automatic pistol, a decocking lever allows the cocked hammer to be lowered safely until the sear engages a safety intercept notch that prevents the gun from firing.

**Diamond-Like Carbon (DLC)** - Diamond-like-carbon, or "DLC," is an extremely strong coating that can be applied to firearms parts to increase durability.

**Direct Impingement** - Direct impingement semi-automatic rifles like the AR-15 or AR-10 channel a small amount of gas from a fired round through a gas block near the end of the barrel and redirect it back to the bolt and carrier through a thin tube.

**Direct View Optic (DVO)** - The Direct View Optic is the name given by the U.S. Military to a program intended to deliver a new riflescope.

**Discharge** - The term discharge describes the moment a firearm expels a round through the barrel.

**Disconnector** - The disconnector is typically integrated into the trigger bar and serves two main functions.

**Double Action (DA)** - Double action refers to the action of a trigger that both cocks a firearm's hammer and then releases it with one press of the trigger.

**Double Action Kellerman (DAK)** - These are fired by pressing the trigger to the rear which causes the hammer to cock and release.

**Double Action Only (DAO)** - In other words, the trigger pulls back the hammer and releases it with every shot.

**Double Action/Single Action (DA/SA)** - DA/SA firearms, the first shot is initiated with the double-action function of the trigger where the hammer is cocked back and released with a press of the trigger.

**Double Stack** - The term double stack refers to handgun ammunition magazines that accommodate two rows of cartridges loaded into them.

**Draw Preference** - When shooters are searching for some firearm accessories such as holsters, they're asked about their draw preference.

**Dual-Stage** - Dual-stage (or "two-stage") triggers allow the operator to take up the trigger's slack before it manipulates the firing mechanism to discharge a round.

**Dust Cover** - A dust cover is a rifle part that attaches to the upper receiver of a semi-automatic rifle that prevents debris from entering through the ejection port into the bolt and chamber when being transported.

## E

**Ejection Port** - The ejection port is a cutout section of a semi-automatic firearm, usually on a handgun slide or the upper receiver of a rifle.

**Ejector** - The ejector is the part of a firearm that pushes a spent casing away from the firearm after a shot is fired.

**Elevation** - In shooting ballistics, elevation refers to the vertical distance up or down from the horizontal when referenced from the gun's barrel.

**Everyday Carry (EDC)** - The term everyday carry, also colloquially called "EDC," refers to the defensive tools a person has in their possession regularly.

**Extended Magazine** - Extended magazines are usually longer than so-called "standard" magazines.

**Eye Relief** - The space between a shooter's eye and the lens of a scope or binoculars is called eye relief.

## F

**Feed Lips** - The term feed lips typically refers to the inward curving portion on the top of a rifle or pistol magazine that both keep unfired cartridges inside a magazine under spring tension and properly positions a cartridge for feeding into the firearm's barrel.

**Feed Ramp** - A feed ramp is a precision-machined notch built into the barrel extension of a rifle or forward-most portion of the chamber of a handgun.

**Field of View** - The term field of view refers to the area that can be seen through a firearm optic.

**Field Strip** - Field strip, or "field stripping," refers to the disassembly of a firearm into its component parts without the use of (armorer) tools.

**Fire Control Unit (FCU)** - The FCU is the component (frame) that houses a majority of the key functional parts of some handguns; including parts such as the trigger, sear, and slide catch lever; and is the serialized part of the firearm.

**Flash Hider** - A flash hider is a device attached to the end of a rifle barrel that's designed to disperse the flame emitted from the barrel when a shot is fired.

**Flat Trigger** - Increasingly, high-performance firearms are being constructed with flat triggers (sometimes called "flat-faced triggers") featuring a flat profile where the user's finger interacts with the face of the trigger.

**Flip-up Sights** - Typically used as a backup aiming system for cases when an electronic optic or scope malfunctions, flip-up sights lie flush to the receiver and rifle handguard when not in use and can be quickly moved to a vertical position for aiming.

**Focal Plane** - In the context of shooting sports, the focal plane typically refers to how a rifle scope's reticle appears to the shooter when the optic is zoomed in or out.

**Folding Stock** - A folding stock is typically a lightweight metal or polymer rifle stock that is attached to the firearm with a hinged mechanism that allows it to be stored against the rifle.

**Forend** - The term forend is most commonly used when referring to the handguard that covers the barrel of an AR-style rifle.

**Forward Assist** - The forward assist is a device on an MSR-style rifle's upper receiver behind the ejection port that, in the event of a round not fully chambering, helps shooters force the bolt forward and seat a round into the chamber.

**Fouling** - The term fouling typically refers to any situation where an object or outside elements have impeded the function of a firearm.

**Frame** - The frame of a firearm—sometimes also called a "receiver"—is the serialized structural component to which the fire control components are attached, such as the trigger, sear, and hammer.

**Free-Floating Barrel (free-floated)** - A free-floating barrel has no attachment points to the firearm other than being directly embedded into the receiver.

**Front Strap** - The front strap of a handgun is the forward portion of the grip, located just under the trigger guard.

**Full Auto** - A firearm is said to be full auto, or "full-auto capable," when it can fire rounds continuously with a single press of the trigger.

**Full Metal Jacket (FMJ)** - Full metal jacket bullets are typically constructed with a soft metal core covered in a harder metal alloy.

**Full Size** - The term full size typically refers to handguns with barrel lengths of 4.5 inches to 5.5 inches.

## G

**Gas Pedal® (Thumb Rest)** - A gas pedal is a handgun accessory created by GoGuns® that helps promote a better grip.

Case 6:22-cv-03095-MDH    Document 121-3    Filed 11/05/24    Page 4 of 10

**Gas Piston** - A gas piston operating system uses redirected gas from a fired round to drive a metal rod, or "piston," rearward, impacting the bolt and carrier, which extracts the spent casing.

**Grip** - The grip is the portion of the firearm where the shooter's primary firing hand holds the gun securely.

**Grip Module** - A grip module is a polymer or alloy component of a handgun that houses the primary firing components, including the trigger, sear, hammer, or striker.

**Grip Panel** - Primarily designed for metal-framed handguns, grip panels are removable components attached to the right and left side of the pistol's grip around which the shooter wraps their hand when holding a pistol.

**Grip Safety** - Primarily a feature of 1911-style handguns, a grip safety is a mechanical device built into the rear portion of the grip that prevents the pistol from firing unless it is firmly grasped.

## H

**Hammer** - A hammer is the component of a firearm that initiates the combustion and firing of a chambered round by either impacting the primer of a cartridge or an internal firing pin that then impacts the primer.

**Handguard** - A handguard is the part of a semi-automatic or bolt-action rifle that covers most of the barrel.

**Headspace** - The term headspace refers to the distance between the bolt face and the portion of the barrel that restricts the cartridge from pushing further into the barrel.

**Headstamp** - A headstamp is written information embossed on the rim of a cartridge.

**High-Capacity Magazine** - A high-capacity magazine is generally one that holds more rounds than the one that comes standard with the firearm.

**Hollow Point** - The term hollow point refers to bullets that have an indentation or inward curving tip.

**Holster** - A holster is a device used to safely transport a firearm, generally on the body, that also allows a handgun to be rapidly deployed by the shooter.

## I

**Internal Safety** - The internal safety prevents the firearm from discharging a round when exposed to external shock or a drop.

**Iron Sights** - The term iron sights generally refers to non-electronic sights placed on a firearm by the manufacturer.

**IWB (Inside the Waistband)** - There are many different ways to carry a handgun concealed, but by far the most popular is inside the waistband, or "IWB," carry.

## J

**Jacketed Hollow Point (JHP)** - Jacketed hollow point, or "JHP," bullets that feature an inner, concave-shaped, lead core with an outer shell of harder metal—usually copper or copper alloy.

## K

**Keymod** - The term Keymod refers to a standardized attachment system used to secure rifle accessories to a handguard.

## L

**Lasers** - Low-powered lasers are typically used as backup aiming devices for rifles and handguns.

**LEGION** - SIG SAUER created the Legion series of pistols to deliver a premium line of upscale firearms and a community experience for their owners.

**Length of Pull (LOP)** - The term length of pull refers to the distance between the face of the trigger and the base of the stock against the shooter's shoulder.

**Levelplex** - For long-range precision shooters and hunters, having a perfect sight picture and a rifle that's lined up optimally on target is paramount.

**Lightening Cuts** - Lightening cuts describe materials removed from a handgun slide to decrease its weight.

**Loaded Chamber Indicator (LCI)** - An LCI, or "loaded chamber indicator," is a device on some handguns that shows the firearm has a round in the chamber and is, therefore, in a condition to be fired.

**Low Power Variable Optic (LPVO)** - One of the most popular and versatile styles of scope on the market today, low-powered variable optics are tubular scopes that allow shooters to engage targets at close range with a 1x magnification (no magnification) and zoom in the optic to more distant targets when needed.

## M

**M-LOK** - A low-profile attachment method for optics and accessories on rifle handguards, M-LOK has recently become the standard for most modern sporting rifles and bolt guns.

**M1913** - The M1913 rail is a military-standard attachment system for optics and accessories on AR-style rifles and most modern semi-automatic pistols and some revolvers.

**M4** - The M4 carbine is essentially a modernized, compact variant of the Vietnam-era M16.

**Mag Catch** - The mag catch is the part of a firearm that secures the magazine into the magwell.

**Mag Funnel** - A mag funnel is an accessory that attaches to the bottom portion of a semi-automatic firearm's magazine well.

**Magazine** - A magazine is an ammunition feeding device for firearms.

**Magazine Extension** - A magazine extension is a device that attaches to the base of a standard-capacity handgun magazine that allows it to hold typically between two-to-five extra rounds.

**Magnifier** - A magnifier is an accessory optic that is usually attached via a swivel mount behind the red dot sight.

**Magwell** - The magwell is the part of a semi-automatic firearm that houses a removable ammunition magazine. On handguns, the magwell is usually inside the pistol's grip.

**Manual Safety** - A manual safety is a device that is designed to prohibit the trigger function of a firearm.

**Match Grade** - The term match grade refers to the quality and technical specifications of a firearm or firearm component and generally means those components are built with high tolerances with an eye on repeatable precision.

**Micro Compact** - The term micro-compact refers to the size and design of a handgun.

**Mil-Spec** - The term Mil-Spec is a colloquialism that describes items built to certain dimensions, materials, and tolerances specified by the U.S. Military.

**Mil-Std** - Similar to Mil-Spec, Mil-Std is a shortened version of the term Military Standard.

**Minute of Angle (MOA)** - Minute of angle is a term used to describe the measured distance between the point of aim and where a shot has or would impact a target.

**Modular** - The term modular describes the ability of a firearm to be changed and adapted to different shooting styles, scenarios or needs.

**Monocular** - A monocular is a compact optic that uses refracting lenses to magnify an object through a single viewport.

**MSR (Modern sporting rifle)** - The term modern sporting rifle is used to define rifles with similar design aspects as the AR-15.

**Muzzle** - The muzzle is the end-most part of a firearm barrel where the bullet exits.

**Muzzle Brake** - A muzzle brake is a device that can be attached to the threaded muzzle to help reduce barrel movement during shooting.

**Muzzle Device** - Most modern sporting rifles and their equivalents feature a muzzle device attached to the end of the barrel.

**Muzzle Energy** - Essentially, muzzle energy is the amount of force a bullet exerts at the point it has exited the barrel.

**Muzzle Flash** - Muzzle flash is the light emitted from the end of a firearm barrel when a round is fired.

**Muzzle Velocity** - The term refers to the speed the bullet is traveling at the point it exits the muzzle and is usually measured in feet per second or meters per second.

## N

**NGSW (Next Generation Squad Weapon)** - The Next Generation Squad Weapon program was the U.S. Military's effort to find a replacement for the decades-old 5.56mm cartridge and the primary firearms chambered for it in military inventories.

**Night Sights** - The term night sights generally refers to fixed sights for handguns that are optimized for viewing in low-light conditions.

**Nitron** - The term Nitron refers to a metallic protective coating applied to some models of SIG SAUER firearms.

**Noise Reduction Rating (NRR)** - A noise reduction rating is a unit of measurement to determine the ability of hearing protection like earplugs or earmuffs to mitigate the impact on a user's hearing.

## O

**Offset** - Offset refers to the distance between a firearm's sights and the bore of the barrel.

**Open Tip Match** - The term open tip match typically refers to ammunition that is precision manufactured for extreme accuracy.

**Operating system** - The term operating system generally refers to the method by which a firearm loads a cartridge into a breach and ejects the round after the shot is fired.

**Optic** - An optic is a sighting device typically used on a rifle or handgun.

**Optic Ready** - The term optic-ready usually refers to handguns that have been manufactured with the capability to accept an optic like a red dot reflex sight.

**Outside the Waistband (OWB)** - There are several methods to carry a handgun for self-defense. One popular way is so-called "outside the waistband" carry.

## P

**Pellet Gun** - Similar to a BB gun, a pellet gun is a device designed to shoot a non-spherical ballistic object known as a "pellet."

**Personal Defense Weapon (PDW)** - The term "personal defense weapon" typically refers to firearms designed specifically for close-quarters protection.

**Phosphate Coated** - An item that is phosphate-coated has undergone a chemical treatment that attaches a very thin layer of metal alloy, like manganese phosphate, to improve corrosion resistance.

**Picatinny Rail/M1913/1913** - A Picatinny or M1913 rail is a military-standard attachment system for optics and accessories on AR-style rifles and most modern semi-automatic pistols and some revolvers.

**Pinned and Welded** - The term pinned and welded typically refers to the attachment method of a rifle muzzle device.

**Pistol** - A pistol is defined as a weapon designed to fire a projectile from one or more barrels when held in one hand.

**Pistol Caliber Carbine (PCC)** - A pistol caliber carbine is a class of firearms that typically refers to rifle-length firearms that are chambered for common pistol cartridges.

**Plinking** - The term plinking generally refers to recreational shooting where there are no set standards on target types, scores, or rules surrounding equipment and marksmanship standards.

**Point of Aim** - The point of aim is the area on a target where an optic or sight is aligned.

**Point of Impact** - The point of impact is the place on a target where a projectile hits.

**Pro-Cut** - A SIG SAUER Pro-Cut slide is a premium upgrade to many SIG SAUER handgun models.

**Push-Button QD** - A push-button QD, or "quick detach," is a mounting system typically used for sling swivel mounts or rings.

**PVD** - The term PVD is an acronym that stands for "physical vapor deposition" and is used to describe a method for transferring protective coatings to firearms parts.

## Q

**QD Cup** - A QD cup is the socket into which a push button QD is inserted to attach an accessory—typically a sling—to the firearm.

**Quad Rail** - The term "quad-rail" typically refers to AR-style rifle handguards that have Picatinny rail sections built into them.

## R

**Rail** - A rail is a section of a firearm where accessories can be attached.

**Rangefinder** - A rangefinder is an optical device that allows a shooter to quickly determine the distance to a target.

**Rate of Fire** - The term rate of fire is used when measuring the frequency at which a firearm can expel a projectile.

**Receiver** - A receiver is the part of a firearm that houses internal action components such as the trigger mechanism, hammer, sear and bolt.

**Recoil** - A firearm's recoil is the rearward force of a firearm that's the direct result of firing a round.

**Recoil Spring** - Modern semi-automatic handguns use a recoil spring to absorb the rearward impulse of a fired round and return the slide to the forward position.

**Red Dot Sight (RDS)** - A red dot sight is typically an electronic, fixed-magnification optic that attaches to a firearm.

**Reflex Sights** - A reflex sight is typically a small, red dot-style optic with a wide aperture and a thin housing.

**Report** - The term report generally refers to the sound of a shot fired from a firearm as heard by someone who is not the one firing.

**Reticle** - A reticle is the visible pattern (e.g., crosshairs) of very thin lines used in optics to not only precisely aim at a specific point, but also to help determine differences between the point of aim and point of impact.

**Rifling** - The term rifling refers to spiraled cuts machined into the bore of a firearm's barrel.

**Round** - The term "round" is a common-use term used to describe a cartridge or piece of ammunition.

**RX Ready** - The term RX-Ready is used by SIG SAUER to describe firearms that can be fitted with an optic by an end-user.

**RXP** - The term RXP describes SIG SAUER handguns and slide assemblies that come factory-equipped with SIG SAUER pistol reflex sights.

## S

**Safety** - A safety is generally a mechanical system that prevents the gun from releasing the hammer or striker to activate the primer of a cartridge, thus expelling a projectile without a deliberate pull of the trigger.

**Scope** - A scope is an optical device that uses lenses housed in a tubular frame to assist with aiming a firearm.

**Select Fire** - The term select-fire is used to describe firearms that have the capability to fire in both semi-automatic and automatic modes.

**Semi-Automatic** - The term semi-automatic refers to a firearm operating method where a projectile is fired and reloaded from a magazine into the chamber with each pull of the trigger.

**SIG Anti Snag (SAS)** - SIG Anti Snag, or "SAS," describes specific design features of certain SIG SAUER handgun models that optimize them for concealed carry.

**SIG Pro** - The SIG Pro series of handguns is our company's first polymer-framed, semi-automatic handguns.

**SIG-LOC (Leveraged Optimized Connection)** - SIG-LOC (Leveraged Optimized Connection) features a new proprietary bottom-mount technology that has multiple interface features between the pistol slide and the optic that provides for an extremely strong and robust lock-up

**Sights** - The term sights refers to the aiming device on a firearm.

**Single Action Only (SAO)** - This means that the firearm—typically a handgun—has a trigger that executes only the function of dropping the hammer to fire a projectile.

**Single Acton (SA)** - Single action describes a firing mode where the hammer is cocked manually and then released with the pull of the trigger.

**Single Stack** - The term single stack refers to a type of handgun magazine and, in some cases, the type of firearm that can accept a single stack magazine.

**Single Stage** - The term single stage refers to a type of firearm trigger function.

**SLH** - SLH suppressors is specifically designed to achieve a balance between maximum sound reduction and reducing the amount of gas flowing out of the ejection port and charging handle area of an AR-style rifle.

**Slide** - The slide is the part of a semi-automatic handgun that typically contains the barrel, guide rod, and recoil spring of the firearm.

**Slide Catch Lever** - The slide catch lever is a part of a semi-automatic handgun that locks the slide to the rear when the firearm has expended its last round.

**Slide Lock** - The term slide lock describes the condition of a semi-automatic handgun when the last round in the magazine has been fired and the slide has been locked rearward by the slide catch lever.

**Sling-Swivel** - A sling swivel is an accessory part that attaches to a firearm and allows a rifle sling to be threaded through it.

**SLX** - The SIG SAUER line of SLX suppressors are specially designed to reduce the amount of toxic gas blowback into a rifle chamber and ejection port during operation.

**Spotting Scope** - A spotting scope is a standalone magnified optic used to help identify a target and assist with precision shooting accuracy.

**Stock** - A stock is a part of a rifle that's used to brace the firearm against the user's shoulder to aid stability and thus make it easier to perform accurate shots.

**Striker** - A striker is the part of a semi-automatic that impacts the primer on a cartridge to fire the projectile.

**Striker Fired** - The term "striker-fired" refers to semi-automatic handguns that use a striker rather than a hammer to impact a cartridge primer to expel a projectile.

**Sub Gun** - The term "sub-gun" (or "submachine gun") refers to a type of firearm that falls between a carbine and a pistol in size but is generally chambered in a pistol caliber.

**Subcompact** - The term subcompact refers to the size of a handgun.

**Suppressor** - A suppressor is a firearms accessory that reduces the sound of a fired shot in most cases to hearing-safe levels.

**Suppressor Height Sights** - The term suppressor height sights refers to primarily handgun iron sights that are tall enough for a shooter to obtain a proper sight picture by clearing the circumference of a suppressor attached to the end of the barrel.

# T

**Takedown Lever** - The takedown lever is the part of a semi-automatic handgun that unlocks the slide from the frame or grip module.

**Taper Lok** - The term Taper Lok refers to a proprietary suppressor attachment method developed by SIG SAUER.

**Target Sight** - Target sights in context to SIG SAUER typically refer to pistols sights that are meant for competition or target shooting.

**Telescoping Stock** - A telescoping stock is a rifle buttstock that can adjust its length forward and rearward to allow for both a better fit for the shooter and a more compact firearm when needed.

**Thermal** - In the firearms industry, the term "thermal" generally refers to the technology that an optical device uses to detect targets by imaging heat signatures.

**Thread Per Inch (TPI)** - The term thread per inch, or "TPI," typically refers to the size of the attachment surface on the muzzle of a barrel.

**Thread Pitch** - The term "thread pitch" specifically refers to the distance between corresponding points on adjacent threads.

**Threaded Barrel** - A threaded barrel has a screw-like attachment point at the muzzle end.

**Threads** - Threads are the screw-like spiral grooves machined into firearm parts to allow for the attachment of accessories.

**Traditional Slide** - A traditional slide is rounded and follows the same basic dimensions as traditional 1911 pistols.

**Trigger Action** - The term trigger action generally refers to the method by which a handgun trigger manipulates the firing mechanism.

**Trigger Guard** - The trigger guard is the part of a firearm that's usually built into the receiver or grip module that protects the trigger from unwanted contact.

**Tritium** - Tritium is a low-yield radioactive isotope that's commonly used in illuminated watch dials. It is also used extensively in the manufacture of low-light firearm sights.

**Twilight Factor** - The Twilight Factor is a key metric for assessing an optic's effectiveness in low-light conditions, quantifying its capability to gather and utilize light to enhance visibility when light is scarce.

**Twist Rate** - The term "twist rate" refers to the rate of spin in a rifle or pistol barrel.

**TXG** - The term TXG refers to SIG SAUER's proprietary P320 grip module design that uses a special material composed of tungsten-infused polymer.

# U

**Upper** - The term upper is a colloquialism used to describe a rifle's upper receiver.

**Virtus** - The SIG SAUER MCX Virtus is a unique rifle design with some similarities to an AR-15 but with a host of benefits that make it more durable, adaptable, and reliable than any other rifle in its class.

## W

**Windage** - The term windage is used in firearms ballistics to describe the horizontal deviation of a projectile from the point of aim.

**Witness Holes** - The term "witness holes" generally refers to the small openings on the back or side-face of a handgun magazine allowing operators to visually confirm how many cartridges are loaded.

## Z

**Zero** - The term "zero" refers to the direct correlation between the sights on a firearm and their relationship to the point of impact of the bullet.

**Zero Stop** - A zero stop is a feature of precision rifle scopes allowing shooters to return to the original distance they zeroed their rifle.

**SHOP**

**TRAINING**

**MILITARY & POLICE**

**COMPANY**

**SUPPORT**

## SIGN UP FOR NEWS AND UPDATES

## GET UPDATES

Instagram   Facebook   YouTube   Twitter   LinkedIn   SIG SAUER Social

Sezzle: Flexible payments with no

ALSO OF INTEREST

SIG SAUER Academy

Firearms

AIR PISTOLS

My Account   Privacy Statement   Do Not Sell My Info (CA)   Returns Policy   Shipping Policy   Terms Of Sale   Terms Of Use Policy   User Guidelines

Membership Terms of Sale   e-Gift Card Policy   Company   Support   Search   Sign In   Menu

© SIG SAUER 2024. All Rights Reserved.