# Exhibit 15

AR-PD-177
CAGE Code: 19200
17 December 2015

PURCHASE DESCRIPTION

MODULAR HANDGUN

U.S. Army Armament Research, Development and Engineering Center (ARDEC)
Picatinny, NJ 07806-5000

Prepared by
ARDEC Quality Engineering and Systems Assurance (QESA)
Small & Medium Caliber Weapons – RDAR-EIQ-WC

This purchase description is confirmed to be a performance-based product description in accordance with the criteria of MIL-STD-961E and applicable Army guidance by the ARDEC Standardization Branch Manager. Copies of the signatures of authorizing authorities are on file and available upon request from the Preparing Activity.

AMSC N/A                                                                                    FSC 1005

<u>DISTRIBUTION STATEMENT D</u>

Distribution authorized to the Department of Defense and U.S. DoD contractors only to safeguard critical technology as determined on 20 March 2014. Other requests for this document shall be referred to the Office of the Project Manager for Soldier Weapons, ATTN: SFAE-SDR-SW, Picatinny, NJ 07806-5000.

<u>WARNING</u> - This document contains technical data whose export is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec 2751, et seq.) or the Export Administration Act of 1979, as amended, Title 50, U.S.C., App. 2401 et seq. Violations of these export laws are subject to severe criminal penalties. Disseminate in accordance with provisions of DoD Directive 5230.25.

<u>DESTRUCTION NOTICE</u>: For classified documents, follow the procedures in DoD 5220.22-M, Industrial Security Manual, Section 11-19 or DoD 5200.1-R, Information Security Program Regulation, Chapter IX. For unclassified, limited documents, destroy by any method that will prevent disclosure of contents or reconstruction of the document.

This page must be part of the solicitation copy.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 2 of 126    SIG-ARMY000001

1   SCOPE

1.1   Scope. This purchase description defines the technical and performance requirements, and the associated quality assurance provisions and verification procedures for the Modular Handgun, hereafter referred to as the MH.

1.2   Requirement levels. This purchase description lists two levels for certain performance parameters. The threshold level (T) is the minimum acceptable level, and the objective level (O) is the desired level for which the performance of the MH results in operationally significant increase in capabilities. All requirements with levels not identified are threshold requirements.

1.3   Test configuration. Unless otherwise specified, all tests specified herein shall be conducted with an MH using full-size magazines and without a suppressor. The MH shall be zeroed for 27.34 yards (25 meters).

1.4   Test ammunition. Unless otherwise specified, all tests specified herein shall be conducted with ball and special purpose ammunition for the standard MH configuration and special purpose ammunition for the compact MH configuration.

2   APPLICABLE DOCUMENTS

2.1   General. The documents listed in this section are specified in sections 3 or 4 of this purchase description. This section does not include documents cited in other sections of this purchase description or recommended for additional information or as examples. While every effort has been made to ensure the completeness of this list, document users are cautioned that they must meet all specified requirements of documents cited in sections 3 and 4 of this purchase description, whether or not they are listed.

2.2   Government documents.

2.2.1   Specifications, standards, and handbooks. The following specifications, standards, and handbooks form a part of this document to the extent specified herein. Unless otherwise specified, the issues of these documents are those cited in the solicitation or contract.

FEDERAL STANDARDS

FED-STD-595                Colors Used In Government Procurement

DEPARTMENT OF DEFENSE SPECIFICATIONS

MIL-DTL-3498              Cartridge, Dummy (For Small Arms)
MIL-DTL-43976            Gloves and Glove Set, Chemical Protective
MIL-PRF-14107            Lubricating Oil, Weapons, Low Temperature
MIL-PRF-63460            Lubricant, Cleaner and Preservative for Weapons and
                                    Weapon Systems

|                | MIL-W-13855 | Weapons: Small Arms and Aircraft Armament Subsystems, General Specification for |
|---|---|---|
|                | MIL-W-63150 | Weapons and Support Material, Standard Quality Assurance Provisions for |

DEPARTMENT OF DEFENSE STANDARDS

|                | MIL-STD-130 | Identification Marking of U.S. Military Property |
|---|---|---|
|                | MIL-STD-461 | Requirements for the Control of Electromagnetic Interference Characteristics of Subsystems and Equipment |
|                | MIL-STD-464 | Electromagnetic Environmental Effects Requirements for Systems |
|                | MIL-STD-810G | Environmental Engineering Considerations and Laboratory Tests |
|                | MIL-STD-882 | Standard Practice for System Safety |
|                | MIL-STD-1472 | Human Engineering |
|                | MIL-STD-1474 | Noise Limits |
|                | MIL-STD-1913 | Dimensioning of Accessory Mounting Rail for Small Arms Weapons |
|                | MIL-STD-1916 | DOD Preferred Methods for Acceptance of Product |

(Copies of these documents are available online at http://assist.daps.dla.mil/quicksearch/or from the Standardization Document Order Desk, 700 Robbins Avenue, Building 4D, Philadelphia, PA 19111-5094.)

    2.2.2   <u>Other Government documents, drawings, and publications</u>. The following other Government documents, drawings and publications form a part of this document to the extent specified herein. Unless otherwise specified, the issues of these documents are those cited in the solicitation or contract.

ARMY FIELD MANUALS

|                | FM 3-23.35 | Combat Training with Pistols, M9 and M11 |
|---|---|---|

(Army Field Manuals may be viewed and printed at  http://armypubs.army.mil/)

ARMY REGULATIONS

|                | AR 40-10 | Health Hazard Assessment Program in Support of the Army Acquisition Process |
|---|---|---|
|                | AR 70-38 | Research, Development, Test and Evaluation of Materiel for Extreme Climatic Conditions |

(Army Regulations may be viewed and printed at http://www.apd.army.mil/)

3

DEPARTMENT OF THE ARMY PAMPHLET (DA PAM)

| | |
|---|---|
| 40–501 | Hearing Conservation Program |

(Army Pamphlets may be viewed and printed at http://www.apd.army.mil/)

U.S. ARMY ARMAMENT RESEARCH, DEVELOPMENT AND ENGINEERING CENTER (ARDEC) PRODUCT/PURCHASE DESCRIPTIONS

| | |
|---|---|
| AR-PD-179 | Cartridge, Caliber; Modular Pistol, Special Purpose, XM1153 |
| AR-PD-180 | Cartridge, Caliber; Modular Pistol, Ball - XM1152 |
| AR-PD-183 | Cartridge, Caliber: Modular Pistol, Blank, XM1157 |
| AR-PD-184 | Cartridge, Caliber: Modular Pistol, Dummy, XM1156 |

(These documents may be requested from the U.S. Army, Army Contracting Command (ACC) Joint Munitions & Lethality (JM&L) Contracting Center, CCJM-MA, Bldg 10, Picatinny Arsenal, NJ 07806-5000.)

US ARMY DEVELOPMENTAL TEST COMMAND

| | |
|---|---|
| TOP 1-2-511 | Electromagnetic Compatibility Requirements, Systems Testing |
| TOP 2-2-614 | Toxic Hazards Tests for Vehicles and Other Equipment |
| TOP 3-2-045 | Automatic Weapons, Machine Guns, and Hand and Shoulder Weapons |
| TOP 3-2-504 | Safety Evaluation of Hand and Shoulder Weapons |
| TOP 3-2-609 | Chemical Compatibility of Nonmetallic Materials Used In Small Arms Systems |

(Copies of these documents may be ordered from the US Army Developmental Test Command, ATTN: Publications, 314 Longs Corner Road, Aberdeen Proving Ground, MD 21005-5005 or online at http://www.dtc.army.mil/publications/topsindex.aspx)

2.3  Non-Government publications. The following documents form a part of this document to the extent specified herein. Unless otherwise specified, the issues of these documents are those cited in the solicitation or contract.

ASTM INTERNATIONAL

| | |
|---|---|
| ASTM E 1417 | Standard Practice for Liquid Penetrant Testing |
| ASTM E 1444 | Standard Practice for Magnetic Particle Testing |
| SAAMI Z299.9-1993 | Voluntary Industry Performance Standards for Pressure and Velocity of Centerfire Pistol and Revolver Ammunition for the Use of Commercial Manufacturers |

4

(Copies of ASTM standards are available online from http://www.astm.org/ or from the ASTM International, 100 Barr Harbor Drive, West Conshohocken, PA 19428-2959)

2.4  Order of precedence. Unless otherwise noted herein or in the contract, in the event of a conflict between the text of this document and the references cited herein, the text of this document takes precedence. Nothing in this document, however, supersedes applicable laws and regulations unless a specific exemption has been obtained.

3  REQUIREMENTS

3.1  Design verification. When specified (see 6.2), a sample of MH handguns shall be subjected to design verification in accordance with Table III and 4.2.

3.2  First article inspection. Unless otherwise specified (see 6.2), a sample of MH handguns shall be subjected to first article inspection in accordance with Table III and 4.3.

3.3  Conformance inspection. Unless otherwise specified (see 6.2), a sample of MH handguns shall be subjected to quality conformance inspection in accordance with Table III and 4.4.

3.4  System requirements.

3.4.1  Accuracy and dispersion.

3.4.1.1  Isolated. The MH shall have the following accuracy and dispersion characteristics when fired at targets located at a range of 35 meters (T), 50 meters (O):
a.  The mean point of impact of a 10-round group shall be no more than 4 inches from the point of aim.
b.  90% (T), 95% (O) of all 10-round groupings shall be able to be covered by a 4-inch diameter disk as determined by the average horizontal and vertical standard deviations of a 10-round group being no more than 0.84 inches (T), 0.78 inches (O).

3.4.1.2  Shooter-in-the-loop. Using handgun qualified representatives of the User population, the system shall allow the shooter to:

a.  Meet minimum MH qualification standards in the MHS Joint Qualification Course (JQC) (T).
b.  Allow the shooter to exceed qualification standards by attaining a 100% score on all required courses for user missions (O).

3.4.2  Terminal ballistics. The MH, firing the family of ammunition, shall meet the terminal ballistic requirements specified in both purchase description documents (AR-PD-179 and AR-PD-180).

3.4.3  Action.

a.  The MH shall not be single action-only (T).

SIG-ARMY 000005

b.  If the MH has an exposed hammer that stays in the cocked position, the weapon shall have a de-cocking mechanism that safely lowers the hammer and automatically returns the handgun to a double action type mode (T).

c.  The MH shall have a modular action mechanism that allows reconfiguration, (double/single-action and double-action only types (including striker fired) and may also include proprietary or company specific terms for action types) within 20 minutes, including function check, at the unit level by Combat Arms personnel (small arms repairmen) using common tools described in section 6.7. This shall require no modification to the weapon's major assemblies (O).

3.4.4   <u>Safety mechanisms</u>.

a.  The MH shall have an internal safety mechanism that prevents the loaded cartridge from firing when the handgun is dropped in accordance with TOP 3-2-045.

b.  The MH shall have an internal safety mechanism that mechanically prevents the firing pin/striker from contacting the cartridge primer unless the trigger is purposely pulled.

c.  The MH shall have an external, manually operated safety control (switch/button/lever) which can be operated with the firing hand (T).

d.  Exterior safeties/de-cocking levers shall be removable and not located on the slide (O).

e.  The external, manual safety shall be capable of being located on either side of the frame for operation with either hand (T). The external, manual safety shall be ambidextrous or capable of being configured to be ambidextrous (O).

f.  The safety mechanism(s) shall prevent the firing of a chambered cartridge when (i) the external manual safety is activated and the trigger is pulled and (ii) the de-cocking lever is activated on a cocked handgun (T).

g.  The MH shall have a visual and tactile indication that there is or is not a cartridge present in the chamber (T).

3.4.5   <u>Sights</u>.

a.  The MH shall facilitate rapid and accurate sight picture.

b.  The MH shall have removable low light self-illuminating sights (T). The Low light self-illuminating sights must provide a day and night capability that allows the shooter to identify the proper sight alignment in lighting conditions representative of a moonless, overcast night sky without night vision enablers to full daylight with direct sunlight (T).

c.  The sights shall be optimized for snag-resistant rapid deployment.

d.  The sights shall be sufficiently rugged to handle battlefield use and maintain zero within 16 MOA (T) and 8 MOA (O).

e.  The sights shall be drift-adjustable for windage.

f.  The MH shall have sights which are adjustable without modification to the handgun.

g.  Sights shall be removable and replaceable with common tools at the organizational level in accordance with applicable maintenance manuals.

h.  ***Deleted***

i.  The sight shall not require batteries (T).

j.   The self-illuminating capability shall have a service life of no less than 7 years (T) and 12 years (O) during normal standard in training commission (STRAC) firing. The service life of the sight shall not impact the service life of the Modular Handgun.

k.   The sighting capability shall be highly visible during lighted conditions (O). The sighting capability shall allow the shooter to discern between the front and rear sights during the above lighting conditions (O).

3.4.6   <u>Slide lock</u>. The MH shall incorporate a slide lock with the following characteristics:

a.   The slide lock shall automatically lock the slide in the rearward position after the last round in the magazine is fired.

b.   The slide lock shall be capable of manual operation to lock the slide in the rearward position.

c.   The operator shall be capable of unlocking/releasing the slide with the firing hand by applying downward pressure on slide lock/release.

d.   The slide lock/release shall be capable of being located on either side of the frame for operation with either hand (T).

e.   The slide lock/release shall be ambidextrous or capable of being configured to be ambidextrous (O).

3.4.7   <u>Magazine capacity</u>. The magazine of the MH shall have the following capacity characteristics:

a.   Full-size magazines shall have a capacity of no less than 10 rounds (T), no less than 12 rounds (O).

b.   If applicable, compact magazines shall have a capacity of no less than 7 rounds (T), 10 rounds (O).

c.   Extended magazines shall increase capacity by a minimum of 2 rounds (T), a minimum of 4 rounds (O).

d.   Full-size and extended magazines shall fit into lower capacity models, if applicable.

3.4.8   <u>Magazine release</u>. The MH shall have the following characteristics:

a.   If the magazine release is not ambidextrous as naturally configured, then it shall be side changeable by the operator without special tools (T). The magazine release shall be ambidextrous (O).

b.   The MH magazine, empty or with any number of rounds, shall drop free from the magazine well when held at angles up to 45 degrees from vertical (normal firing attitude) when the magazine release is activated (T) in all operational conditions and environments (O).

c.   The operator shall be capable of operating the magazine release using only the firing hand and without shifting the user's grip from the firing position (O).

3.4.9   <u>Manual extraction</u>. The magazine shall be capable of manual extraction when held at any angle, under all testing conditions. If the magazine fails to drop free due to fouling, the operator shall be able to manually extract the magazine within two (2) seconds.

SIG-ARMY-000007

3.4.10 <u>Magazine well opening</u>. The magazine well opening shall facilitate magazine insertion and extraction speeds which are equal to (T) or better than (O) that of the M9.

3.4.11 <u>Firing capability without magazine</u>. The MH shall be capable of firing when a round is chambered and the magazine is removed from the magazine well.

3.4.12 <u>Magazine projection</u>. The standard magazine floor plate for both the full-size and compact MH variants shall not extend more than 0.25 inches below the magazine well opening when the standard magazine is installed in the respective weapon variant.

3.4.13 <u>Physical dimensions</u>. With an empty standard capacity magazine fully inserted, the MH shall have the following dimensions (T) or smaller without degrading performance (O):

3.4.13.1 <u>Full-size</u>

a. The full-size MH shall be less than or equal to 8.7 inches in length
b. The full-size MH shall be less than or equal to 5.8 inches in height (including sights)
c. The full-size MH shall be less than or equal to 1.6 inches in width

3.4.13.2 <u>Compact</u>

a. The compact MH shall be less than or equal to 7.5 inches in length
b. The compact MH shall be less than or equal to 5.8 inches in height (including sights)
c. The compact MH shall be less than or equal to 1.6 inches in width

3.4.14 <u>Weight</u>. With an empty magazine inserted, the full-size MH shall weigh less than or equal to 36 ounces. The compact MH shall weigh less than or equal to 34.5 ounces. The weight and tolerance shall be established during design verification and shall become the production acceptance standard.

3.4.15 <u>Exterior surfaces</u>.

a. The color range of the major MH components, including the slide and frame, shall be Coyote 498 but not lighter than Coyote 481, in accordance with FED-STD-595 #20150 but not lighter than #20220: flat dull finish (T).
b. The MH shall have advanced signature management capabilities to reduce detection by sight and IR/EM sensor systems (O).

3.4.16 <u>Ergonomics</u>.

c. The MH shall accommodate 5th -95th percentile (see 6.7) of users (T), 1st-99th percentile (see 6.7) of users (O) by means of grip inserts, grip panels, front or back straps, different triggers, or other means which allow users to properly grip the handgun as described in FM 3.23-35 regardless of action type.
a. The MH shall have accessibility to all controls with one hand for 5th -95th percentile of users (T), 1st-99th percentile of users (O).

SIG-ARMY_000008

b.  The MH shall be ambidextrous capable (T), ambidextrous (O)

3.4.17  <u>Trigger</u>.

a.  The MH shall have a linear trigger travel from the forward most position rearward to the point of sear release shall not exceed 40 degrees (with trigger pin center/pivot point as origin) or .75 inches at the tip (T).

b.  The MH shall incorporate a trigger (sear) with a reset that is discernible by tactile and audible confirmation (T).  Trigger reset action shall be audible or have a minimum sound peak pressure of 40 dB (T).

c.  All MH shall have a trigger pull weight no less than 4.5 pounds and no more than 7 pounds. (T).

d.  Each individual MH shall be consistent from pull to pull (within ±0.5 pounds) (T).

e.  Trigger reach shall be adjusted by operators exchanging simple parts (O).

3.4.18  <u>Grip surfaces</u>. The MH shall incorporate cut or molded stippling, checkering, or grooved designs on at least 50% of the surface area for each grip surface, including front and rear straps and grip panels (T). All grip surfaces shall be of non-slip design (O).

3.5  <u>Interface and interoperability requirements</u>.

3.5.1  <u>Sound and flash suppression</u>. The MH shall operate for a basic load (1 standard and 2 extended magazines) with a suppressor kit (with suppressor) in place without incurring a Class I, II, or III Essential Function Failure. The suppressor kit, including alternate sights if applicable, shall be able to be installed at the operator level without the use of special tools (T). The MH shall have advanced signature management capabilities to reduce detection by sight, sound, and IR/EM sensor systems (O).

3.5.2  <u>Mounting interface</u>.

a.  The MH shall have an integrated rail that is compatible with MIL-STD-1913 Rail Interface System mounted accessories/enablers (T).

b.  The integrated rail shall maintain rigidity within 16 Minutes of Angle (MOA) (T), 8 MOA (O).

c.  The MH shall have enabling capabilities integrated into the handgun to include visible and Infrared lasers at a minimum without utilizing or conflicting with the integrated rail capability (O).

3.5.3  <u>Lanyard attachment points</u>.

a.  The MH shall be equipped with a rigid attachment point for a lanyard.

b.  The MH lanyard attachment point shall be located to not interfere with the MH control features or magazine unloading and reloading, and shall minimize snag hazard.

3.5.4  <u>Close combat mission capability kit (CCMCK) conversion</u>.

9

a. The MH shall be compatible with a CCMCK conversion kit.

b. The CCMCK conversion kit shall be able to be installed and removed at the operator/user level without any tools and maintained by the operator.

c. The CCMCK conversion kit shall be incapable of firing any live service ammunition.

d. The CCMCK conversion kit shall be compatible with the M1041 ammunition listed in Table I.

e. The CCMCK shall temporarily convert the MH to fire low-velocity marking ammunition.

f. The CCMCK shall have distinct identifiable markings (tactile and visual) to enable the operator to identify the conversion kit under both normal and less than normal visibility conditions. (The standard designation for non-combat is blue.)

g. No boresighting or weapon zero shall be required for the weapon once converted.

h. The CCMCK converted weapon utilizing low velocity marking ammunition shall be capable of firing 3 magazines of marking rounds to demonstrate that the kit does not disable any functional firing and functional reliability characteristics of the weapon. The weapon shall be re-converted back to its original state and it shall fire 150 XM1152 ball ammunition rounds.

i. The use of the CCMCK shall in no way degrade the weapon's current performance (when the weapon is reconfigured for combat/service ammunition) or degrade the useful life of these weapons.

TABLE I. M1041 Ammunition

| Paint Color | DODIC | NSN | Drawing Number |
|---|---|---|---|
| Blue | AB13 | 1305-01-536-7721 | 13008817-1 |
| Red | AB14 | 1305-01-536-7722 | 13008817-2 |
| Yellow | AB12 | 1305-01-536-7720 | 13008817-3 |

3.5.5 AN/PEQ-14, Integrated Laser White Light Pointer (ILWLP). The handgun shall be compatible with the PEQ-14.

3.5.6 Glove compatibility. The MH shall operate safely and effectively when used with the following gloves:

a. Tactical - http://www.peosoldier.army.mil/docs/FRCombatGlove.pdf

b. Cold weather (insert only) - Mitten Insert, Cold Weather, NSN 8415-00-160-0769.

c. Chemical protective - See Table II.

TABLE II. Chemical Protective Gloves

| Gloves, 0.025" (25-mil) | |
|---|---|
| NSN | 8415-01-144-1862 (X-Small) |
| | 8415-01-033-3517 (Small) |
| | 8415-01-033-3518 (Medium) |
| | 8415-01-033-3519 (Large) |
| | 8415-01-033-3520 (X-Large) |

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 11 of 126    SRQ-ARMY-000010

3.5.7    Mission Oriented Protective Posture (MOPP) IV compatibility. The MH shall be able to be operated and fired while wearing MOPP IV ensemble (gloves and mask only).

3.5.8    Ammunition compatibility.

a.    The MH cartridges shall be in accordance with Small Arms and Ammunition Manufactures Institute (SAAMI) dimensional standards but may exceed SAAMI allowable pressures. The MH shall function safely with both military and SAAMI specification ammunition (T).
b.    Munitions shall include but are not limited to: special purpose, ball, dummy, and CCMCK cartridges (T), blank (O).

3.5.9    High pressure resistance. Each MH shall be capable of withstanding the firing of one high pressure test cartridge conforming to SAAMI-Z299.3 specifications. After firing, each MH shall be subjected to visual inspections and non-destructive testing to determine that high stress components are free from cracks, seams and/or other defects.

3.5.10    Headspace. The headspace dimension and tolerance shall be established during design verification and shall become the production acceptance standard.

3.5.11    Firing pin indent.  The depth of the firing pin indent and tolerance shall be established during design verification and shall become the production acceptance standard.

3.5.12    Blank conversion kit.

a.    The MH shall be compatible with a blank conversion  kit.
b.    The blank conversion kit shall be able to be installed and removed at the operator/user level without any tools and maintained by the operator.
c.    The use of the blank conversion kit shall in no way degrade the weapon's current performance (when the weapon is reconfigured for combat/service ammunition) or degrade the useful life of these weapons.
d.    There shall be no MH external components to the blank conversion kit that alters the overall dimensions and profile of the weapon.
e.    The MH, with the blank conversion kit installed, shall function semi-automatically.
f.    The blank conversion kit shall temporarily convert the MH to safely fire only XM1157 blank ammunition (T).  Firing XM1157 blank ammunition in the blank conversion kit shall not pose any hazards at the muzzle and beyond (O).  The blank conversion kit converted weapon shall be capable of firing 3 magazines of XM1157 rounds to demonstrate that the kit does not disable any functional firing and functional reliability characteristics of the weapon (T). After firing the XM1157 rounds, the weapon shall be re-converted back to its original state and it shall fire 150 XM1152 ball ammunition rounds (T).
g.    The blank conversion kit shall temporarily convert the MH to safely fire only XM1157 and M1041 ammunition (O).  Firing XM1157 and M1041 ammunition shall not pose any hazards at the muzzle and beyond (O).  The blank conversion kit converted weapon shall be capable of firing 3 magazines of  M1041 rounds to demonstrate that the kit does not disable any functional firing and functional reliability characteristics of the weapon (O).  After firing the

M1041 rounds, the weapon shall be re-converted back to its original state and it shall fire 150 XM1152 ball ammunition rounds (O).

h.   The blank conversion kit shall have distinct identifiable markings (tactile and visual) to enable the operator to identify the conversion kit under both normal and less than normal visibility conditions.  (The standard designation for non-combat is blue.)

3.6    Environmental requirements.

3.6.1    Salt fog. The exposed MH shall be capable of firing 3 fully loaded magazines (T), 4 fully loaded magazines (O) without a failure of any kind after standard salt fog test exposure, 48 hours of total exposure and 48 hours of total drying time per TOP 3-2-045.

3.6.2    Rain. The MH shall be capable of firing 3 fully loaded magazines (T), 4 fully loaded magazines (O) without a failure of any kind during exposure to rain falling at $3.9 \pm 0.4$ inches per hour from a height great enough to direct the spray over the entire weapon.

3.6.3    Humidity. The MH shall be exposed to a humidity environment for 240 hours. The MH shall be capable of firing 3 fully loaded magazines (T), 4 fully loaded magazines (O) without a failure of any kind after each the third, fifth, eighth and tenth day of exposure.

3.6.4    Submersion.

a.   The MH shall fire/function after full submersion at 66 feet, and removal from, seawater or equivalent depth of fresh water (T).
b.   The MH shall require no more than two (2) seconds drain time to safely fire after full submersion in one (1) foot of fresh water (T). The MH shall require no de-watering or special manipulation to fire after full submersion at one foot, and removal from, freshwater (O).

3.6.5    Icing. The MH shall be capable of firing one (1) fully loaded magazine without a failure of any kind after being covered with 0.125 to 0.25 inches of ice (O).

3.6.6    Dust. The MH shall be capable of firing one (1) fully loaded magazine without a failure of any kind after 30 minutes exposure for 5 cycles to dust environment per TOP 3-2-045.

3.6.7    Wet mud. The MH shall function when exposed to mud conditions in accordance with TOP 3-2-045.

3.6.8    Dried mud. The MH shall function when exposed to mud conditions in accordance with TOP 3-2-045.

3.6.9    Chemical resistance. The MH shall demonstrate no adverse effects per TOP 3-2-045 after exposure to petroleum, oil and lubricant products, insect repellents and other common battlefield compounds, listed in Table I "Conditioning Chemicals" of TOP 3-2-609 and Table 504.1-II "General test fluids used for Procedure II" of MIL-STD-810G.

3.6.10    Operating temperature.

3.6.10.1 <u>Low temperature</u>.

a. The MH shall demonstrate a Mean Rounds Between Stoppage (MRBS) rating of 1,600 rounds (T), 2,000 rounds (O) for Class I and Class II stoppages when operating at a temperature of -40°F.

b. The MH shall demonstrate a Mean Rounds Between Failure (MRBF) rating of 4,000 rounds (T), 8,000 rounds (O) for Class III failures when operating at a temperature of -40°F.

3.6.10.2 <u>High temperature</u>.

a. The MH shall demonstrate a MRBS rating of 1,600 rounds (T), 2,000 rounds (O) for Class I and Class II stoppages when operating at a temperature of 130°F.

b. The MH shall demonstrate a MRBF rating of 4,000 rounds (T), 8,000 rounds (O) for Class III failures when operating at a temperature of 130°F.

3.6.11 <u>Fungus resistance</u>. There shall be no detrimental effects, as specified in MIL-STD-810G, Method 508.6 "FUNGUS", on components of the MH due to fungal growth.

3.6.12 <u>Surf zone</u>. The MH shall be capable of firing 3 fully loaded magazines (T), 4 fully loaded magazines (O) without a failure of any kind after being submerged in the surf zone (0 to 3 feet depth in surf/beach area).

3.6.13 <u>Unlubricated test</u>. An unlubricated MH shall be capable of firing 3 fully loaded magazines (T), 4 fully loaded magazines (O) without a failure of any kind.

3.6.14 <u>Drop test</u>. The MH with a loaded magazine, the safety in the safe position and an empty, primed cartridge in the chamber, shall withstand a five (5) foot drop onto concrete.

a. The primed cartridge shall not discharge.
b. There shall be no functional damage to the MH.

3.6.15 <u>Loose Cargo</u>. The MH with a loaded magazine, the safety in the safe position and an empty, primed cartridge in the chamber, shall withstand tactical transportation.

a. The primed cartridge shall not discharge.
b. There shall be no functional damage to the MH.

3.7 <u>Support and ownership</u>.

3.7.1 <u>Materiel reliability</u>. The MH shall meet the following reliability requirements when operating at ambient temperature.

a. The MH shall demonstrate a MRBS rating of 2,000 rounds (T), 2,500 rounds (O) for Class I and Class II stoppages.

b. The MH shall demonstrate a MRBF rating of 5,000 rounds (T), 10,000 rounds (O) for Class III failures.

c. The MH shall have a minimum service life of 25,000 rounds (T) 35,000 rounds (O).

3.7.2   <u>Maintenance</u>. All repairs shall be able to be performed at the field maintenance level or below. No special tools will be required for operator maintenance and operating control changes.  Reference section 6.7 for definition of special tools.

3.7.3   <u>Maintainability</u>. The MH shall create no new lubrication requirements over existing systems (T). The system requires no application of grease or lubricants (O).

3.7.4   <u>Maximum time to repair weapon stoppages</u>. The maximum time for the operator to inspect/correct/final inspect stoppages of the MH shall be less than or equal to 10 minutes for 95 percent of all operator clearable stoppages that occur (T), 5 minutes (O).

3.7.5   <u>Maximum time to repair weapon malfunctions</u>. The maximum time for dedicated Field level maintenance personnel to clear/correct malfunctions of the MH shall be less or equal to 9 minutes for 95 percent of all malfunctions that occur.

3.7.6   <u>Weapon maintenance ratio</u>.  The MH shall require no field level maintenance manpower support from dedicated TO&E maintenance personnel (e.g., the Small Arms/Artillery Repairer, MOS 91F) in excess of the maintenance ratio defined as 0.00026 maintenance man-hours (MMHs) expended per MH round fired (T).

3.7.7   <u>Field stripping</u>. The MH shall be capable of field stripping and reassembly without the use of outside tools (see 6.7) for normal care and cleaning in the field with a successful functions check following reassembly.

3.7.8   <u>Parts interchangeability</u>. All operator/intermediate support replaceable parts shall be interchangeable between weapons without hand or machine fitting.

3.7.9   <u>Cleaning equipment</u>. The MH shall include a bore brush to perform operator level cleaning/maintenance activities.  The equipment/material shall be established during design verification and shall become the production acceptance standard.

3.7.10  <u>System safety/health hazards</u>. All safety and health hazards associated with the operation, maintenance, and disposal of the MH shall be identified and accepted at the appropriate level in accordance with MIL-STD-882.

3.7.11  <u>Noise</u>.  The MH, when firing, shall have impulse noise levels less than or equal to the 165 dB limit cited in DA PAM 40–501 (T).  The MH, when firing, shall have impulse noise levels less than or equal to the 140dB limit cited in DA PAM 40–501 (O).

3.7.12  <u>Toxic fumes</u>. The MH shall be tested for toxic fumes emissions to meet current guidelines published by Occupational Safety and Health Administration (OSHA) Permissible Exposure Limits (PELs), American Conference of Governmental Industrial Hygienists (ACGIH) Threshold Limit Values (TLV), or military unique criteria outlined in MIL-STD-1472.

3.7.13  <u>Marking</u>. Each MH and each major component/assembly shall be clearly marked in accordance with MIL-STD-130.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 15 of 126    SIG-ARMY-000014

3.7.13.1  <u>Unique Identification (UID)</u>.

    a.  Each MH shall have a UID marking firmly affixed to the serialized component.

    b.  The UID label shall not negatively affect the protective finish and shall withstand all requirements of this document.

    c.  The UID label shall be visible without disassembly of the MH.

    3.7.14  <u>Workmanship</u>. Workmanship and finish shall be in accordance with the workmanship requirements of MIL-W-13855 and MIL-W-63150. Finished items and parts shall exhibit no poor material and processing such as seams, laps, laminations, cracks, visible steps or irregularities, sharp edges, nicks, scratches, burrs, tool scores and gouges, deformations, unblended radii, surface defects, chips, and other defects which may affect serviceability, functioning, operation, appearance, performance, interchangeability or safety. Fins or other extraneous metal shall be removed from cast or forged parts. The parts shall be clean and free of dirt, grease, oil (except where specifically required), rust, foreign matter that could render the system unsuitable for its intended purpose. The fabrication shall be processed in such a manner as to be uniform in quality

# 4   VERIFICATION

TABLE III. Requirement/verification cross-reference matrix

| | Section 3 Requirements | Inspection sample size and criteria | | | Verification Methods | Section 4 Verification Procedures |
|---|---|---|---|---|---|---|
| | | Design Verification | First Article | Conformance Inspection (One lot) | | |
| Design verification | 3.1 | X | | | | 4.2 |
| First article inspection | 3.2 | | X | | | 4.3 |
| Conformance inspection | 3.3 | | | X | | 4.4 |
| Accuracy and dispersion | 3.4.1 | - | - | - | - | 4.5.1 |
| Isolated | 3.4.1.1 | 5-0-1 1/ | 3-0-1 | - | Test | 4.5.1.1a |
| | | - | - | 100% | Test | 4.5.1.1b |
| Shooter-in-the-loop | 3.4.1.2 | 5-0-1 | - | - | Test & Analysis | 4.5.1.2 |
| Terminal ballistics | 3.4.2 | See 4.5.2 | - | - | Test & Analysis | 4.5.2 |
| Action | 3.4.3 | 100% | 100% | 100% | Examination & Test | 4.5.3 |
| Safety mechanisms | 3.4.4 | 100% | 100% | 100% | Examination & Demonstration | 4.5.4 |
| Sights | 3.4.5 | 1-0-1 | 1-0-1 | - | Examination & Demonstration | 4.5.5 |
| Slide lock | 3.4.6 | 3-0-1 | 3-0-1 | - | Demonstration | 4.5.6 |
| Magazine capacity | 3.4.7 | 3-0-1 | 3-0-1 | - | Test & Examination | 4.5.7 |
| Magazine release | 3.4.8 | 3-0-1 | 3-0-1 | - | Test & Demonstration | 4.5.8 |
| Manual extraction | 3.4.9 | 3-0-1 | 3-0-1 | - | Test & Demonstration | 4.5.9 |
| Magazine well opening | 3.4.10 | 1-0-1 | 1-0-1 | - | Test & Demonstration | 4.5.10 |
| Firing capability without magazine | 3.4.11 | 3-0-1 | 3-0-1 | - | Test & Demonstration | 4.5.11 |
| Magazine projection | 3.4.12 | 5-0-1 | 5-0-1 | - | Examination | 4.5.12 |
| Physical dimensions | 3.4.13 | 100% | - | - | Examination | 4.5.13 |
| Weight | 3.4.14 | 100% | 100% | 100% | Examination | 4.5.14 |
| Exterior surfaces | 3.4.15 | 100% | - | - | Examination | 4.5.15 |
| Ergonomics | 3.4.16 | 5-0-1 | - | - | Examination & Demonstration | 4.5.16 |
| Trigger | 3.4.17 | 100% | 100% | 100% | Examination | 4.5.17 |
| Grip surfaces | 3.4.18 | 100% | 3-0-1 | - | Examination | 4.5.18 |
| Sound and flash suppression | 3.5.1 | 1-0-1 | 1-0-1 | - | Test & Demonstration | 4.6.1 |

Case 6:22-cv-03095-MDH     Document 121-15     Filed 11/05/24     Page 17 of 126     SIG-ARMY000016

| | Section 3 Requirements | Inspection sample size and criteria | | | Verification Methods | Section 4 Verification Procedures |
|---|---|---|---|---|---|---|
| | | Design Verification | First Article | Conformance Inspection (One lot) | | |
| Mounting interface | 3.5.2 | 3-0-1 | 3-0-1 | 1-0-1 3/ | Test & Demonstration | 4.6.2 |
| Lanyard attachment points | 3.5.3 | 1-0-1 | - | - | Examination & Demonstration | 4.6.3 |
| Close combat mission capability kit (CCMCK) conversion | 3.5.4 | 1-0-1 | - | - | Examination, Demonstration & Test | 4.6.4 |
| AN/PEQ-14, ILWLP | 3.5.5 | 1-0-1 | - | - | Examination & Demonstration | 4.6.5 |
| Glove compatibility | 3.5.6 | 1-0-1 | - | - | Test & Demonstration | 4.6.6 |
| MOPP IV compatibility | 3.5.7 | 1-0-1 | - | - | Test & Demonstration | 4.6.7 |
| Ammunition compatibility | 3.5.8 | See 4.6.8 | - | - | Examination, Demonstration & Test | 4.6.8 |
| High pressure resistance | 3.5.9 | 100% | 100% | 100% | Test & Examination | 4.6.9 |
| Headspace | 3.5.10 | 100% | 100% | 100% | Examination | 4.6.10 |
| Firing pin indent | 3.5.11 | 100% | 100% | 100% | Examination | 4.6.11 |
| Blank conversion kit | 3.5.12 | 1-0-1 | - | - | Examination, Demonstration & Test | 4.6.12 |
| Salt fog | 3.6.1 | 1-0-1 | - | - | Test | 4.7.1 |
| Rain | 3.6.2 | 3-0-1 | - | - | Test | 4.7.2 |
| Humidity | 3.6.3 | 3-0-1 | - | - | Test | 4.7.3 |
| Submersion | 3.6.4 | 1-0-1 | - | - | Test | 4.7.4 |
| Icing | 3.6.5 | 3-0-1 | - | - | Test | 4.7.5 |
| Dust | 3.6.6 | 3-0-1 | - | - | Test | 4.7.6 |
| Wet mud | 3.6.7 | 3-0-1 | - | - | Test | 4.7.7 |
| Dried mud | 3.6.8 | 3-0-1 | - | - | Test | 4.7.8 |
| Chemical resistance | 3.6.9 | 1-0-1 | - | - | Test | 4.7.9 |
| Low temperature | 3.6.10.1 | 3-0-1 | - | - | Test | 4.7.10.1 |
| High temperature | 3.6.10.2 | 3-0-1 | - | - | Test | 4.7.10.2 |
| Fungus resistance | 3.6.11 | 1-0-1 | - | - | Test | 4.7.11 |
| Surf zone | 3.6.12 | 3-0-1 | - | - | Test | 4.7.12 |
| Unlubricated test | 3.6.13 | 3-0-1 | - | - | Test | 4.7.13 |
| Drop test | 3.6.14 | 3-0-1 | - | - | Test | 4.7.14 |
| Loose Cargo | 3.6.15 | 3-0-1 | - | - | Test | 4.7.15 |
| Materiel reliability | 3.7.1 | See 4.8.1 | See 4.8.1.6 | See 4.8.1.7 | Test | 4.8.1 |

| | Section 3 Requirements | Inspection sample size and criteria | | | Verification Methods | Section 4 Verification Procedures |
|---|---|---|---|---|---|---|
| | | Design Verification | First Article | Conformance Inspection (One lot) | | |
| Maintenance | 3.7.2 | 1-0-1 | - | - | Demonstration | 4.8.2 |
| Maintainability | 3.7.3 | 1-0-1 | - | - | Demonstration | 4.8.3 |
| Maximum time to repair weapon stoppages | 3.7.4 | See 4.8.4 | - | - | Demonstration and Analysis | 4.8.4 |
| Maximum time to repair weapon malfunctions | 3.7.5 | See 4.8.5 | - | - | Demonstration and Analysis | 4.8.5 |
| Weapon maintenance ratio | 3.7.6 | See 4.8.6 | - | - | Analysis | 4.8.6 |
| Field stripping | 3.7.7 | 3-0-1 | - | - | Demonstration | 4.8.7 |
| Parts interchangeability 4/ | 3.7.8 | 10-0-1 | 10-0-1 | 10-0-1 | Test | 4.8.8 |
| Cleaning equipment | 3.7.9 | 1-0-1 2/ | 1-0-1 2/ | VL II 5/ | Examination and Demonstration | 4.8.9 |
| System safety/health hazards | 3.7.10 | See 4.8.10 | - | - | Analysis | 4.8.10 |
| Noise | 3.7.11 | 1-0-1 | - | - | Test | 4.8.11 |
| Toxic fumes | 3.7.12 | 1-0-1 | - | - | Test | 4.8.12 |
| Marking | 3.7.13 | 100% | 100% | 100% | Examination | 4.8.13 |
| UID | 3.7.13.1 | 100% | 100% | 100% | Examination | 4.8.13.1 |
| Workmanship | 3.7.14 | 100% | 100% | 100% | Examination | 4.8.14 |

**NOTES:**

1/ X-Y-Z, Test (X) weapons - Accept with (Y) failures - Reject with (Z) failure
2/ Use the Accuracy and dispersion weapons to demonstrate the cleaning equipment's ability to clean the weapons.
3/ Testing to occur during Material Reliability, see section 4.8.1
4/ Weapons shall be subjected to Action (4.5.3), Safety (4.5.4), Headspace (4.6.10), Firing pin (4.6.11), and Trigger (4.5.17) verifications, as applicable.
5/ Verify that the established cleaning equipment/material are present.

    4.1   <u>Classification of inspections</u>. The inspection requirements specified herein are classified as follows:

        a.  Design verification (see 4.2).
        b.  First article inspection (see 4.3).
        c.  Conformance inspection (see 4.4).

    4.2   <u>Design verification</u>. When specified (see 6.2), a sample of the system shall be subjected to design verification in accordance with Table III. The specified design verifications are performed to assure that the system has the required features and performance capabilities designed into it.

Case 6:22-cv-03095-MDH   Document 121-15   Filed 11/05/24   Page 19 of 126   SIG-ARMY0000018

4.2.1 <u>Design verification test rejection</u>. If any sample system fails to comply with any design verification requirements, the design shall be rejected.

4.3 <u>First article inspection</u>. When specified (see 6.2), a sample of the system shall be subjected to first article inspection in accordance with Table III.

4.3.1 <u>First article rejection</u>. If any system fails to comply with any of the applicable requirements, the first article sample shall be rejected.

4.4 <u>Conformance inspection</u>. When specified (see 6.2), a sample of the system shall be subjected to conformance inspection in accordance with Table III. Sampling Verification Levels (VL), when specified, pertain to sampling inspection plans in accordance with MIL-STD-1916.

4.4.1 <u>Inspection lot formation</u>. Unless otherwise specified, lot formation shall be in accordance with MIL-STD-1916.

4.4.2 <u>Lot size</u>. Unless otherwise specified, a lot shall consist of not more than 1000 systems or the number produced in one month, whichever is smaller.

4.4.3 <u>Lot identification</u>. Each inspection lot shall be identified with a lot number.

4.4.4 <u>Conformance inspection rejection</u>. Failure to meet any of the requirements shall be cause for rejection of the lot. (See 6.2).

4.5 <u>System verifications</u>. Prior to all performance testing, the Parts Interchangeability procedure will be performed (see 4.8.8)

4.5.1 <u>Accuracy and dispersion</u>.

4.5.1.1 <u>Isolated DVT and FAT</u>. This test shall be conducted using a Ransom Rest with grip inserts provided by the handgun manufacturer. Each MH shall fire five rounds to settle the handgun in the rest and to allow optimization of sight alignment.

a. For Design Verification and First Article Testing, each MH shall fire five (5) 10-round groups at a target located at 35 meters to determine compliance with the threshold (T) requirement. Each MH shall fire five (5) 10-round groups at a target located at 50 meters to determine compliance with the objective (O) requirement. If necessary, aiming adjustment can be done to the MH after every round is fired. The X and Y impact locations of each shot shall be recorded and used to determine conformance to the requirement.

b. For Conformance Inspection, each MH shall fire one (1) 10-round group at a target located at the range that was established during Design Verification testing. If necessary, aiming adjustment can be done to the MH after every round is fired. The X and Y impact locations of each shot shall be recorded and used to determine conformance to the requirement.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 20 of 126    SIG-ARMY000019

4.5.1.2   Shooter-in-the-loop. This test shall be conducted with Users representing the vested services. Users shall span the range of skill (Rank, MOS) levels of Users expected to be fielded the MH in each service as well as the range of anthropometric profiles that may use the MH in each service. Each User shall perform a standardized course of fire to verify handgun proficiency prior to entering the record test. Upon successfully qualifying with each system, Users shall conduct record fire using the MH Joint Qualification Course. Collected data shall include probability of hit and quality of hit.

4.5.2   Terminal ballistics. The MH shall be tested in accordance with AR-PD-180 and AR-PD-179 to determine conformance to the requirement.

4.5.3   Action.

a.   The MH shall be visually/manually examined to determine that it is not single action-only.
b.   If the MH has an exposed hammer that stays in the cocked position, the weapon shall be cocked and the hammer shall then be lowered using the de-cocking mechanism. The weapon shall not fire. Any evidence of the weapon firing shall be cause for failure.
c.   If the MH has a modular action mechanism, it shall be reconfigured to an alternate action to demonstrate conformance to the requirement.

4.5.4   Safety mechanisms.

a.   The internal safety mechanism shall be evaluated during 4.7.14 Drop test.
b.   It shall be demonstrated that the external, manual safety control can be operated using only the firing hand.
c.   It shall be demonstrated that the exterior safety/de-cocking lever is removable and not located on the slide.
d.   It shall be demonstrated that the external, manual safety can be located on either side of the frame or is ambidextrous or capable of being configured to be ambidextrous.
e.   It shall be demonstrated that:  (i) a chambered cartridge will not be fired, while the external manual safety is engaged, when the trigger is pulled; pulling the trigger cannot deactivate all external manual safety(s),  (ii) De-cocking a cocked handgun will not fire a chambered cartridge.  Any evidence of the weapon firing during safety mechanisms testing shall be cause for failure.
f.   The MH shall be visually/manually examined to determine if there is a visual and tactile indication which conforms to the requirement.

4.5.5   Sights.

a.   It shall be demonstrated that the handgun sights facilitate rapid and accurate sight picture during user events.
b.   It shall be demonstrated that the handgun has removable low-light, self-illuminating sights on the front and rear of the weapon. The sights shall be clearly visible, and proper sight alignment shall be identified when viewed against a uniform light source with a tungsten filament operated at color temperature 2856K +/- 50K and a background luminance of .0001 +/-

2% candelas per square meter, and again at a background luminance of 17,100 =/-2% candelas per square meter.

    c.  It shall be demonstrated that the handgun sights are optimized for snag-resistant and rapid deployment during user events.

    d.  It shall be demonstrated that the handgun sights retain zero as stated in the requirement tolerances when subjected to the 4.7.15 Loose Cargo test.

    e.  It shall be demonstrated that the sights are drift-adjustable for windage.

    f.  It shall be demonstrated that the handgun can accept sights which are adjustable without modification to the handgun.

    g.  It shall be demonstrated that the handgun sights are replaceable using common tools.

    h.  ***Deleted***.

    i.  It shall be demonstrated that the handgun sights do not require batteries to illuminate.

    j.  The contractor shall submit evidence of the handgun sights' service life via a certified test report with analysis.

    k.  It shall be demonstrated that the sighting capability is highly visible during lighted conditions. The sighting capability shall allow the shooter to discern between the front and rear sights during the above lighted conditions.

    4.5.6   <u>Slide lock</u>.

    a.  The MH shall be fired to demonstrate that the slide locks to the rear automatically after firing the last round in the magazine.

    b.  It shall be demonstrated that the slide can be manually locked in the rearward position.

    c.  With the slide locked to the rear, it shall be demonstrated that the slide lock/release can be activated by the operator by applying downward pressure.

    d.  It shall be demonstrated that the slide lock/release can be configured to be on either side of the frame for operation with either hand.

    e.  It shall be demonstrated that the slide release is ambidextrous or capable of being configured to be ambidextrous.

    4.5.7   <u>Magazine capacity</u>.

    a.  A full-size magazine shall be loaded with ammunition to its maximum capacity and fully inserted into the full-size and compact MH models if applicable.

    b.  A compact magazine shall be loaded with ammunition to its maximum capacity and fully inserted into the applicable MH model.

    c.  An extended magazine shall be loaded with ammunition to its maximum capacity and fully inserted into the full-size, compact MH models if applicable.

    d.  If a fully loaded magazine contains less than the applicable number of rounds specified in 3.4.7 or cannot be properly inserted into the applicable MH models as specified, the sample shall be rejected.

    4.5.8   <u>Magazine release</u>.

Case 6:22-cv-03095-MDH   Document 121-15   Filed 11/05/24   Page 22 of 126   SIG-ARMY-000021

a.   The MH magazine release shall be reconfigured to the opposite side of the frame from its starting configuration without the use of special tools or, if applicable, it shall be demonstrated that the magazine release is ambidextrous as naturally configured.

b.   An empty magazine shall be fully inserted into the MH. The MH shall be oriented so that the magazine well is 45 degrees from vertical (normal firing attitude). The magazine release shall be activated to drop the magazine from the magazine well. If the magazine fails to drop free from the magazine well, the sample shall be rejected.

c.   A fully loaded magazine shall be fully inserted into the MH. The MH shall be oriented so that the magazine well is 45 degrees from vertical (normal firing attitude). The magazine release shall be activated to drop the magazine from the magazine well. If the magazine fails to drop free from the magazine well, the sample shall be rejected.

d.   It shall be demonstrated that the magazine release can be operated using only the firing hand and without shifting the grip from the firing position. If the magazine release cannot be accessed or operated using only the firing hand, the sample shall be rejected. If the firing grip must be shifted in order to access or operate the magazine release, the sample shall be rejected.

4.5.9   Manual extraction.

a.   The MH, loaded with an empty magazine, shall be oriented at 90 degrees above normal firing attitude. The magazine release shall be activated and it shall be demonstrated that the magazine can be manually extracted.

b.   The MH, loaded with a full magazine and a round in the chamber, shall be oriented at 90 degrees above normal firing attitude. The magazine release shall be activated and it shall be demonstrated that the magazine can be manually extracted.

c.   The MH, loaded with an empty magazine, shall be oriented upside down with barrel parallel to the ground so that the magazine well opening is facing upward. The magazine release shall be activated and it shall be demonstrated that the magazine can be manually extracted.

d.   The MH, loaded with a full magazine and a round in the chamber, shall be oriented upside down and parallel with the ground so that the magazine well opening is facing upward. The magazine release shall be activated and it shall be demonstrated that the magazine can be manually extracted.

e.   If the magazine binds or cannot be extracted due to the orientation of the MH, the sample shall be rejected.

f.   If the magazine fails to drop free due to fouling, the operator shall be allowed to manually extract the magazine. If manual extraction requires more than two seconds, the sample shall be rejected.

4.5.10   Magazine well opening. It shall be demonstrated that the magazine can be fully inserted and extracted at the same speed or better than that of the M9.

4.5.11   Firing capability without magazine. The MH shall have a loaded magazine inserted and shall be cocked, loading a round into the chamber. The magazine shall be removed from the magazine well. With the magazine removed, an attempt shall be made to fire the chambered round. If the round fails to fire, the sample shall be rejected.

Case 6:22-cv-03095-MDH     Document 121-15     Filed 11/05/24     Page 23 of 126     SIG-ARMY-000022

4.5.12  Magazine projection. The MH shall be measured using Standard Measurement and Test Equipment (SMTE) to determine conformance to the requirement.

4.5.13  Physical dimensions. The MH shall be measured using SMTE to determine conformance to the requirement.

4.5.14  Weight. Standard measuring test equipment shall be used to determine compliance with this requirement.  For First article and conformance, the sample shall be rejected if the measurement does not meet the weight value established during design verification.

4.5.15  Exterior surfaces.

a.   The exterior surfaces of the MH shall be visually examined to determine conformance to the threshold requirement.
b.   IR digital imaging of the weapon, on a sand, sod and rock background, will be done every hour for 24 hours to determine conformance to the objective requirement.

4.5.16  Ergonomics. The following verifications shall be performed with an MH with the trigger in the forward-most position:

a.   Left-handed and right-handed users shall attempt to properly grip the handgun as described in FM 3.23-35. If users are unable to properly grip the handgun, this shall be cause for rejection.
b.   Left-handed and right-handed users shall attempt to access all controls (including but not limited to safety and magazine release) with the firing hand while properly gripping the handgun with one hand as described above.

4.5.17  Trigger.

a.   Linear trigger travel shall be verified using visual/manual examination and SMTE.
b.   Tactile trigger reset shall be verified using manual testing. Audible trigger testing shall be conducted by dry firing three weapons five times.  Systems deemed not audible will receive further testing in an anechoic chamber to determine if they meet a minimum peak sound pressure of 40dB.
c.   Trigger pull force shall be verified using SMTE.
d.   It shall be demonstrated that the trigger reach can be adjusted by operators by exchanging simple parts.

4.5.18  Grip surfaces. Conformance to the requirement shall be verified using visual/manual examination and SMTE.

4.6  Interface and interoperability requirements.

4.6.1  Sound and flash suppression.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 24 of 126    SIG-ARMY-000023

a. With a suppressor kit (with suppressor) in place, the MH shall operate as intended when firing a basic load.

b. The suppressor kit, including alternate sights if applicable, shall be installed to demonstrate conformance to the requirement.

c. Advanced signature management capabilities to reduce detection by sight, sound, and IR/EM sensor systems shall be tested in accordance with TOP 3-2-045 as applicable.

4.6.2 <u>Mounting interface</u>.

a. Accessories shall be mounted to the integrated rail of the MH. Conformance to the requirement shall be verified using visual/manual examination and SMTE.

b. Rigidity of the integrated rail shall be evaluated during 4.8.1 Materiel reliability testing (see 4.8.1.1 b).

c. If the MH has enabling capabilities which are integrated into the handgun, it shall be demonstrated in order to determine conformance to the requirement.

4.6.3 <u>Lanyard attachment points</u>. The MH shall be visually/manually examined to determine conformance to the requirement.

4.6.4 <u>Close combat mission capability kit (CCMCK) conversion</u>.

a. MH compatibility with the CCMCK conversion kit shall be demonstrated to determine conformance to the requirement.

b. It shall be demonstrated that the CCMCK conversion kit can be installed and removed without using any tools. It shall be demonstrated that maintenance can be performed without the use of tools. To determine conformance to the requirement both of the aforementioned demonstrations shall be completed.

c. With the CCMCK conversion kit installed in the MH, ten (10) attempts shall be made to fire a live service round. Any evidence of the weapon firing shall be cause for failure.

d. With the CCMCK conversion kit installed in the MH, 10 rounds of each ammunition type listed in Table I shall be fired from the weapon.

e. The CCMCK conversion kit shall be installed into the MH and the weapon shall fire 3 magazines of marking rounds to demonstrate that the kit does not disable any functional firing and functional reliability characteristics of the weapon. The weapon shall be re-converted back to its original state and it shall fire 150 XM1152 ball ammunition rounds.

f. The CCMCK conversion kit shall be installed into the MH and be visually inspected for color and markings.

g. The CCMCK training kit shall demonstrate it does not require the bore sight or weapon zero to be adjusted after firing the weapon. This verification can be performed during 4.6.4.e.

h. Functional and function reliability of the converted weapon and original weapon shall be verified on section 4.6.4.e.

i. Weapon Performance using CCMCK training kit shall be verified on section 4.6.4.e.

4.6.5 <u>AN/PEQ-14, Integrated Laser White Light Pointer (ILWLP)</u>. The PEQ-14 shall be installed onto the handgun to demonstrate conformance to the requirement.

4.6.6   Glove compatibility. Users with hand dimensions at both ends of the hand size spectrum shall demonstrate the ability to properly grip the MH and access all controls while gripping the weapon with the firing hand while wearing tactical, cold weather insert and chemical protective gloves. If the user is unable to safely and effectively use the MH due to incompatibility with gloves, this shall be cause for failure.

4.6.7   MOPP IV compatibility. Users with hand dimensions at both ends of the hand size spectrum shall demonstrate the ability to properly grip the MH and access all controls while gripping the weapon with the firing hand while wearing specified pieces of the MOPP IV ensemble (gloves and mask). If the user is unable to safely and effectively use the MH due to incompatibility with MOPP IV equipment, this shall be cause for failure.

4.6.8   Ammunition compatibility.

a.   The ammunition compatibility test shall be conducted in accordance with TOP 3-2-045, paragraph 4.17. The MH and ammunition shall be temperature conditioned at 70±5 °F for a minimum of 8 hours.
b.   It shall be demonstrated that the MH is compatible with special purpose, ball, dummy, CCMCK, blank cartridges.
c.   The sample shall be rejected if any failures, malfunctions, or safety issues are experienced.

4.6.9   High pressure resistance. Each MH shall be tested in a Government fixture for high pressure resistance by firing a high pressure test cartridge conforming to SAAMI-Z299.3. Visual inspections and non-destructive testing shall be performed to ensure that no cracks, splits, or other defects are present.  Examination of the high pressure test cartridge case for bulges, splits, rings and other indications of defective barrels shall be performed immediately following the firing of each test cartridge. It shall be ascertained that no defects are present and the chamber and barrel remain within specified tolerances before the proof test acceptance mark is applied.

4.6.10   Headspace. Standard measuring test equipment or gage shall be used to determine compliance with this requirement.  For First article and conformance, the sample shall be rejected if the measurement does not meet the headspace value established during design verification.

4.6.11   Firing pin indent. Standard measuring test equipment or gage shall be used to determine compliance with this requirement.  For First article and conformance, the sample shall be rejected if the measurement does not meet the firing pin indent value established during design verification.

4.6.12   Blank conversion kit.

a.   MH compatibility with the blank conversion kit shall be demonstrated to determine conformance to the requirement.

Case 6:22-cv-03095-MDH     Document 121-15     Filed 11/05/24     Page 26 of 126     SIG-ARMY000025

b.  It shall be demonstrated that the blank conversion kit can be installed and removed without using any tools. It shall be demonstrated that maintenance can be performed without the use of tools.

c.  It shall be demonstrated that the blank conversion kit does not degrade the weapon's current performance (when the weapon is reconfigured for combat/service ammunition) or degrade the useful life of these weapons.

d.  It shall be demonstrated that the blank conversion kit has no MH external components that alters the overall dimensions and profile of the weapon.

e.  It will be demonstrated during 4.6.12.f and 4.6.12.g that the weapon fires semi-automatically.

f.  The blank conversion kit shall be installed into the MH.  The weapon shall fire 3 magazines of XM1157 rounds at a paper screen placed 1m in front of the muzzle of the gun. Any perforations 0.1 inch or greater in diameter in the paper shall demonstrate a potential hazard at the muzzle and beyond.  Successful firing of the 3 magazines shall demonstrate that the kit is compatible with the XM1157.  The weapon shall be re-converted back to its original state and demonstrate it does not require the bore sight or weapon zero to be adjusted.  It shall then fire 150 XM1152 ball rounds.  Successful firing of the 150 rounds of XM1152 shall demonstrate that the kit does not disable any functional firing and functional reliability characteristics of the weapon.  With the blank conversion kit installed in the MH, ten (10) attempts shall be made to fire a XM1152 ball round. Any evidence of the weapon firing shall be cause for failure.

g.  The blank conversion kit shall be installed into the MH.  The weapon shall fire 3 magazines of M1041 rounds at a paper screen placed 1m in front of the muzzle of the gun.  Any perforations 0.1 inch or greater in diameter in the paper shall demonstrate a potential hazard at the muzzle and beyond.  Successful firing of the 3 magazines shall demonstrate that the kit is compatible with the M1041.  The weapon shall be re-converted back to its original state and demonstrate it does not require the bore sight or weapon zero to be adjusted.  It shall then fire 150 XM1152 ball rounds.  Successful firing of the 150 rounds of XM1152 shall demonstrate that the kit does not disable any functional firing and functional reliability characteristics of the weapon.  With the blank conversion kit installed in the MH, ten (10) attempts shall be made to fire a XM1152 ball round. Any evidence of the weapon firing shall be cause for failure.

h.  The blank conversion kit shall be installed into the MH and be visually inspected for color and markings.

4.7   Environmental performance.

4.7.1   Salt fog. The MH and fully loaded magazines shall be Salt Fog conditioned in accordance with TOP-3-2-045 "Salt Fog". The MH and the magazines shall be exposed to alternating exposures of the salt fog environment and drying periods.  During salt fog test exposure, one (1) magazine shall be locked in the weapon with the chamber empty. The exposure shall consist of two 24-hour salt fog exposures and two 24-hour drying periods for a total of 48-hours of exposure to the salt-fog and 48-hours of drying.  At the completion of 96-hours the weapon shall fire three (3) magazines to determine compliance with the threshold (T) requirement. A fourth magazine shall be fired to determine compliance with the objective (O) requirement.  There shall be no evidence of any corrosion that prevents functioning.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 27 of 126    SIG-ARMY-000026

4.7.2  Rain. The MH and fully loaded magazines shall be subjected to a rain test in accordance with TOP 3-2-045, "Water Spray (rain) Test". Each weapon shall fire four (4) magazines to determine conformance to the requirement.

4.7.3  Humidity. The MH and fully loaded magazines shall be subjected to a 10 day humidity test performed in accordance with TOP 3-2-045, "Humidity Test". Each weapon shall fire four (4) magazines to determine conformance to the requirement.

4.7.4  Submersion.

a.  The MH, with one fully loaded magazine inserted/first round in the chamber, shall be submerged in fresh water, with conditions equivalent to a depth of 66 feet of seawater, for a period of 10 minutes. After being removed from the water the weapon shall be held at an angle of approximately 45 degrees below horizontal, drained, raised to the horizontal position, and fired. The firing will determine the functionally of the weapon and the leak integrity of the ammunition. If all cartridges and the weapon function, it shall demonstrate conformance to the requirement.

b.  The MH, with one fully loaded magazine inserted/first round in the chamber, shall be submerged in fresh water to a depth of one foot, for a period of 5 minutes. After being removed from the water, the weapon shall be held at an angle of approximately 45 degrees below horizontal. The drain time shall be recorded. If the drain time is less than or equal to 2 seconds it shall have demonstrated conformance to the threshold (T) requirement. The test is repeated with the exception that after removable from the water the weapon is positioned approximately horizontal and fired, without de-watering. If the weapon functions, safely, it shall have demonstrated conformance to the objective (O) requirement.

4.7.5  Icing. The MH weapons shall be used for this test. Each magazine shall be loaded to its capacity with ammunition. Each weapon with fully loaded magazines inserted shall be conditioned in a temperature chamber at 0°F ± 3°F for 8 hours. The temperature of the chamber shall then be raised to 20°F ± 3°F. A light spray of water shall be applied to the weapons until 0.125 to 0.25 inches (3 to 6 millimeters) of ice has accumulated. Without removing the ice, each of the weapons shall fire one (1) magazine to determine conformance to the requirement.

4.7.6  Dust. The MH weapons shall be subjected to testing in accordance with TOP 3-2-045, "Sand and Dust" "Static test procedure for dust exposure". Each weapon shall fire one (1) magazine to determine conformance to the requirement.

4.7.7  Wet mud. The MH and fully loaded magazines shall be tested in accordance with TOP 3-2-045, "Mud Test" "Stage No. 1 mud test". Each weapon shall fire one (1) magazine to determine conformance to the requirement.

4.7.8  Dried mud. The MH and fully loaded magazines shall be tested in accordance with TOP 3-2-045, "Mud Test" "Stage No. 2 mud test". Each weapon shall fire one (1) magazine to determine conformance to the requirement.

4.7.9  Chemical resistance. The MH shall be tested in accordance with TOP 3-2-609.

SIG-ARMY-000027

4.7.10  <u>Operating temperature</u>.

4.7.10.1  <u>Low temperature</u>. The MH shall be lubricated using cold weather lubricant for small arms weapons in accordance with MIL-PRF-14107. The MH, along with the ammunition, shall be conditioned in a cold temperature chamber at -40°F for no less than six hours, and shall be fired while still in the temperature chamber. The MH shall be subjected to a low temperature test in accordance with TOP 3-2-045 "Low Temperature Test".

4.7.10.2  <u>High temperature</u>. The MH shall be lubricated using lubricant for small arms weapons, in accordance with MIL-PRF-63460. The MH, along with the ammunition, shall be conditioned in a hot chamber at 130°F for no less than six hours, and shall be fired while still in the temperature chamber. The MH shall be subjected to a high temperature test in accordance with TOP 3-2-045 "High Temperature Test".

4.7.11  <u>Fungus resistance</u>. The MH shall be tested in accordance with MIL-STD-810G, Method 508.6 "FUNGUS". .

4.7.12  <u>Surf zone</u>. The MH (loaded, first round chambered, safety "On") and 5 magazines, each loaded with 10 rounds, shall be positioned to a depth of approximately 3 feet in a body of water at a wave generation facility. The MH shall be positioned horizontally, with the centerline of the bore approximately 11.81 inches (30 cm) off the bottom, on a wire rack. The MH shall be subjected to two (2) foot waves at a rate of approximately 15 per minute for two hours, letting the water and debris ebb and flow through the weapon. Once removed from the surf zone, the MH shall be drained and fire four (4) magazines to determine conformance to the requirement.

4.7.13  <u>Unlubricated test</u>. The MH used in this test shall be cleaned without performing lubrication procedures called out in the maintenance manual. Each weapon shall fire four (4) magazines to determine conformance to the requirement.

4.7.14  <u>Drop test</u>. The MH and a fully loaded magazine, shall be subjected to a drop test performed in accordance with TOP 3-2-045, "1.5 Meter (5 ft) Drop".

4.7.15  <u>Loose cargo</u>. The MH and a fully loaded magazine, shall be subjected to a loose cargo test performed in accordance with TOP 3-2-045, "Loose Cargo".

4.8  <u>Support and ownership</u>.

4.8.1  <u>Materiel reliability</u>.

4.8.1.1  <u>Firing schedule</u>. All firing shall be performed by firing five MH weapons a total of 35,000 rounds per weapon. All rounds fired from each weapon shall be counted towards the group total 175,000 round mark. The firing cycle shall be a series of 500 rounds using fully loaded magazines whenever possible with each magazine being fired once during the firing

Case 6:22-cv-03095-MDH     Document 121-15     Filed 11/05/24     Page 29 of 126
SIG-ARMY000028

cycle. The barrel shall be cooled after each 250 rounds. At the completion of every 500 round cycle the following shall take place:

    a.  Weapons shall be cleaned, inspected, and lubricated.
    b.  The rigidity of the integrated rail shall be assessed by checking the zero position of the rail mounted accessory. At the discretion of the Government, the handgun may also be subject to analysis using a Coordinate Measuring Machine (CMM) in addition to/in lieu of the above verification method.
    c.  Service life shall be verified in accordance to the unserviceable definition (see 6.7).

    4.8.1.2  <u>Component inspection</u>. The high stress components shall be examined by Non-Destructive Testing (See section 6) as applicable at 0, 5,000, 10,000, 15,000, 20,000, 25,000, 30,000 and 35,000 rounds.

    4.8.1.3  <u>Failure definition</u>. An Essential Function Failure (EFF) is defined as the failure to complete any of the essential functions listed below:

    (1) <u>Essential weapon functions</u>.

    a.  Provide functional interfaces for applicable weapon accessories mounts
    b.  The Safety mechanism must engage/disengage when initiated by the operator.
    c.  Feed and chamber each individual round without inducing a stoppage that requires immediate corrective action.
    d.  Fire rounds; properly strike the primer of each individual cartridge with sufficient impact to initiate firing.
    e.  Extract and eject rounds without inducing a stoppage that requires immediate corrective action. Permit operator to expediently load/reload and utilize ammunition magazines
    f.  Fail to present ammunition for feeding (magazine failure)
    g.  Any failure of weapon to function as intended such as releasing magazine, engage safety, or locking slide to the rear after the last round of a magazine is fired.

    (2) <u>Essential Suppressor Functions</u>.

    a.  Allow the operator to securely attach the suppressor to the weapon and remain attached until removed by the operator.
    b.  Suppress sound & flash.
    c.  Allow the operator to detach the suppressor from the weapon.

    (3) <u>Essential Ammunition Function</u>.

    a.  Feed.
    b.  Chamber.
    c.  Fire. The cartridge must fire and projectile leaves the host weapon intact (after the primer is struck with adequate force by a serviceable firing pin).
    d.  Travel downrange to the target area in an obviously non-erratic path of travel
    e.  Extract.

f. Eject.

4.8.1.4 <u>Acceptance criteria.</u> To demonstrate the requirements with 90% confidence the following acceptance criteria shall be applied to the group of test weapons:

At 35,000 rounds:

| | | |
|---|---|---|
| Threshold MRBS (Class I & II) | Accept - 75 stoppages | Reject - 76 or more stoppages |
| Threshold MRBF (Class III) | Accept - 27 failures | Reject - 28 or more failures |
| | | |
| Objective MRBS (Class I & II) | Accept - 58 stoppages | Reject - 59 or more stoppages |
| Objective MRBF (Class III) | Accept - 11 failures | Reject - 12 or more failures |

4.8.1.5 <u>Replacement of parts</u>. No parts shall be altered during the test. Broken parts that affect function and those parts that are worn to the extent they are unserviceable shall be replaced. Replacement parts sufficient to complete the test shall be provided by the manufacturer as part of the Test Support Package.

4.8.1.6 <u>First article</u>. Three MHs shall be fired for 12,000 rounds each for a total of 36,000 rounds. To be acceptable there shall be no more than three (3) Class III failures and no more than twelve (12) Class I & II stoppages cumulative for all three MHs. The number of rounds fired, Class I & II stoppages, and Class III failures shall be adjusted to meet MRBS and MRBF demonstrated during PVT. Maintenance schedule, component inspection, failure definition, and stoppage definition shall be as specified above.

4.8.1.7 <u>Conformance inspection</u>. Three MHs shall be fired for 12,000 rounds each for a total of 36,000 rounds. To be acceptable there shall be no more than three (3) Class III failures and no more than twelve (12) Class I & II stoppages cumulative for all three MHs. The number of rounds fired, Class I & II stoppages, and Class III failures shall be adjusted to meet MRBS and MRBF demonstrated during PVT. Maintenance schedule, component inspection, failure definition, and stoppage definition shall be as specified above.

4.8.2  <u>Maintenance</u>. A demonstration shall be conducted to determine conformance to the requirement. A demonstration of all necessary maintenance of the MH, using trained operators/maintainers, manuals, and tools provided with the system, shall be conducted.

4.8.3  <u>Maintainability</u>. It shall be demonstrated that the MH does not require the use of any new lubrication over existing systems or, if applicable, it shall be demonstrated that grease or lubricants are not required.

4.8.4  <u>Maximum time to repair weapon stoppages</u>. Maintenance time required to repair each stoppage will be demonstrated and occurrences during all of the testing shall be recorded. This repair time data shall be analyzed to determine the maximum time to repair for 95 percent of the failures. It does not include stoppages that have been cleared through immediate operator action.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 31 of 126
SIG-ARMY-000030

4.8.5 <u>Maximum time to repair weapon malfunctions</u>. Maintenance time required to repair each malfunction will be demonstrated and occurrences during all of the testing shall be recorded. This repair time data shall be analyzed to determine the maximum time to repair for 95 percent of the malfunctions.

4.8.6 <u>Weapon maintenance ratio</u>. All rounds fired and the amount of time spent on maintenance during all testing, shall be recorded. The weapon maintenance time shall then be calculated based on the ratio of time spent to maintain and rounds fired.

4.8.7 <u>Field stripping.</u> A demonstration of field stripping of the MH shall be conducted.

4.8.8 <u>Parts interchangeability</u>. The parts interchangeability test shall be conducted before all performance testing.

    a. Ten MH weapons shall be labeled 1 thru 10 and shall be used for this test.
    b. Ten bins shall be labeled 1 thru 10 and shall be used for this test.
    c. The first weapon shall be disassembled and distributed into the five bins, so that no parts with mating surfaces shall be in the same bin. The 10 groups of non-mating parts shall be based on the supplied parts list. Commercial parts such as screws, spring pins, etc., shall be placed in the same tray as their mating or associated part. Any commercial part rendered unserviceable by disassembly shall be replaced without penalty to the interchangeability test. The components in bin 1 shall now be identified as group 1; the components in bin 2 shall now be identified as group 2, and so on.
    d. The remaining weapons shall be field stripped and distributed in accordance with TABLE IV.

TABLE IV. <u>Interchangeability matrix</u>.

| Weapon | Bin 1 | Bin 2 | Bin 3 | Bin 4 | Bin 5 | Bin 6 | Bin 7 | Bin 8 | Bin 9 | Bin 10 |
|--------|-------|-------|-------|-------|-------|-------|-------|-------|-------|--------|
| 1 | Group 1 | Group 2 | Group 3 | Group 4 | Group 5 | Group 6 | Group 7 | Group 8 | Group 9 | Group 10 |
| 2 | Group 2 | Group 3 | Group 4 | Group 5 | Group 6 | Group 7 | Group 8 | Group 9 | Group 10 | Group 1 |
| 3 | Group 3 | Group 4 | Group 5 | Group 6 | Group 7 | Group 8 | Group 9 | Group 10 | Group 1 | Group 2 |
| 4 | Group 4 | Group 5 | Group 6 | Group 7 | Group 8 | Group 9 | Group 10 | Group 1 | Group 2 | Group 3 |
| 5 | Group 5 | Group 6 | Group 7 | Group 8 | Group 9 | Group 10 | Group 1 | Group 2 | Group 3 | Group 4 |
| 6 | Group 6 | Group 7 | Group 8 | Group 9 | Group 10 | Group 1 | Group 2 | Group 3 | Group 4 | Group 5 |
| 7 | Group 7 | Group 8 | Group 9 | Group 10 | Group 1 | Group 2 | Group 3 | Group 4 | Group 5 | Group 6 |
| 8 | Group 8 | Group 9 | Group 10 | Group 1 | Group 2 | Group 3 | Group 4 | Group 5 | Group 6 | Group 7 |
| 9 | Group 9 | Group 10 | Group 1 | Group 2 | Group 3 | Group 4 | Group 5 | Group 6 | Group 7 | Group 8 |
| 10 | Group 10 | Group 1 | Group 2 | Group 3 | Group 4 | Group 5 | Group 6 | Group 7 | Group 8 | Group 9 |

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 32 of 126    SIG-ARMY-000031

e. From each bin, a new MH shall be assembled.

f. Each weapon shall be subjected to Action (4.5.3), Safety (4.5.4), Headspace (4.6.10), Firing pin (4.6.11), and Trigger (4.5.17) verifications, as applicable.

g. Each of the ten MH weapons shall then be subjected to the accuracy and dispersion test.

h. Each weapon shall be subjected to Action (4.5.3), Safety (4.5.4), Headspace (4.6.10), Firing pin (4.6.11), and Trigger (4.5.17) verifications, as applicable.

i. The sample shall be rejected if any weapon fails to assemble or experiences failures, malfunctions, or safety issues.

4.8.9 <u>Cleaning equipment</u>. During normal cleaning/maintenance operations it shall be verified that all necessary equipment was provided with the MH.

4.8.10 <u>System safety/health hazards</u>. Objective evidence of all safety and health hazards identified shall be analyzed and evaluated.

4.8.11 <u>Noise</u>. A noise test shall be conducted outdoors using one MH. The weapon shall be dry fired 30 times. Five rounds of ammunition shall be fired. The peak sound pressure levels shall be measured in accordance with TOP 3-2-045, at the locations given below, with microphones and the horizontally oriented weapon at a height of 4.9 feet (1.5 meters) to determine conformance to the requirement.

Right handed shooter's left ear position.
16.4 feet (5 meters) in front of the muzzle, slightly left of the line-of-fire.
16.4 feet (5 meters) to the left of the muzzle of the weapon, at 270°.
16.4 feet (5 meters) to the left rear of the muzzle of the weapon, at 225°.
16.4 feet (5 meters) to the rear of the muzzle of the weapon, at 180°.
Place microphone near the ear of the shooter at 3.28 feet (1 meter) from behind the gun, at 180°.

4.8.12 <u>Toxic fumes</u>. The MH toxic fumes emissions shall be verified in accordance with current guidelines published by the Occupational Safety and Health Administration (OSHA) Permissible Exposure Limits (PELs), American Conference of Governmental Industrial Hygienists (ACGIH) Threshold Limit Values (TLV), or military unique criteria outlined in MIL-STD-1472G.

4.8.13 <u>Marking</u>. Each MH shall be visually/manually examined to verify marking.

4.8.13.1 <u>UID</u>. A UID label shall be firmly affixed to the receiver assembly. Each MH shall be identified by a serial number which shall appear on the receiver and on the UID label. The UID label shall not negatively affect the receiver's protective finish and must withstand all requirements of this specification. The UID label shall be visible without disassembly of the MH.

4.8.14 <u>Workmanship</u>. The MH shall be visually examined to verify workmanship.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 33 of 126    SIG-ARMY000032

# 5  PACKAGING

5.1  Packaging. For acquisition purposes, the packaging requirements shall be as specified in the contract or order (see 6.2). When packaging of materiel is to be performed by DoD or in-house contractor personnel, these personnel need to contact the responsible packaging activity to ascertain packaging requirements. Packaging requirements are maintained by the Inventory Control Point's packaging activity within the Military Service of Defense Agency, or within the military service's system commands. Packaging data retrieval is available from the managing Military Department's or Defense Agency's automated packaging files, CD-ROM products, or by contacting the responsible packaging activity.

# 6  NOTES

(This section contains information of a general or explanatory nature that may be helpful, but is not mandatory.)

6.1  Intended use. The MH will be a common personal sidearm throughout the spectrum of military operations and environmental conditions. The Warfighter will use the MH to engage threat combatants at ranges from 0-50 meters. There has been a marked shift toward urban warfare and CQB threats. CQB missions are as varied as fighting highly lethal mid-intensity battles, providing humanitarian assistance to displaced refugees and/or non-combatants, and conducting peacekeeping operations. Many missions may require a handgun for CQB engagements and/or personal defense.

6.2  Acquisition requirements. Acquisition documents should specify the following:

a.  Title, number and date of this purchase description and all referenced documents cited in section 2 and identified in section 6. Special note, the specific revision of MIL-STD-810G must be stipulated in the contract or solicitation.
b.  Requirements for Design verification (see 4.2).
c.  Requirements for First article (see 4.3).
d.  Requirements for Quality conformance inspection (see 4.4).
e.  Requirements for acceptance inspection equipment (AIE) designs.
f.  Requirements for demilitarization of excess magazines or components.
g.  Government Furnished Material or equipment.
h.  Packaging requirements.
i.  Applicable national stock number.
j.  Serialization requirements, if applicable.

6.3  Failure data. If the requirements cited herein are not met, acceptance of the MH will be deferred and, as appropriate, the following actions should be accomplished in a timely manner:

a.  Conduct a failure analysis study of the components that are suspected to have caused the failure or malfunction.

b. Evaluate and correct the applicable production processes and procedures to prevent recurrence of the same defect(s) in future production.

c. Examine all completed and in-process product, including components and subassemblies, to ensure that material containing the same defect is purged from the inventory and not presented for acceptance.

d. Submit the results of the failure analysis and the corrective actions taken to the PCO for approval prior to submitting any reconditioned material for retest.

6.4 <u>Army-type designator</u>. The appearance of type designators in contracts, invitation to bid, purchase descriptions, drawings, etc. does not in itself constitute official type designation assignment. Only those type designators approved and issued in full accordance with 4.2.4.3 of MIL-STD-1464 are considered officially assigned. Government direction for appropriate nomenclature will be provided following Design Verification.

6.5 <u>Repair</u>. The following are applicable to the "repair" maintenance function:

a. <u>Services</u>. Inspect, test, service, adjust, and/or calibrate.

b. <u>Fault location/troubleshooting</u>. The process of investigating and detecting the cause of equipment malfunctioning; the act of isolating a fault within a system or Unit Under Test (UTT).

c. <u>Disassembly/assembly</u>. The step-by-step breakdown (taking apart) of a spare/functional group coded item to the level of its component, that is assigned an SMR code for the level of maintenance under consideration (i.e., identified as maintenance significant).

d. <u>Removal/installation</u>. The action needed to replace components, assemblies, subassemblies, and/or parts.

e. <u>Actions</u>. Welding, grinding, riveting, straightening, facing, machining, and/or resurfacing.

6.6 <u>References</u>. The following documents may be helpful:

> NATICK/TR-89/044 *    1988 Anthropometric Survey of U.S. Army Personnel: Methods and Summary Statistics
> MHS JQC    Modular Handgun System Joint Qualification Course

* (This Technical Report may be viewed and printed at http://www.dtic.mil/docs/citations/ADA225094)

6.7 <u>Definitions</u>.

a. <u>Analysis</u>. An element of verification that uses established technical or mathematical models or simulations, algorithms, charts, graphs, circuit diagrams, or other scientific principles and procedures to provide evidence that stated requirements were met.

b. *Class I* EFF. An immediately clearable failure or stoppage which the operator can correct/overcome in less than or equal to 10 seconds (through the execution of immediate action procedures) and resume firing operations.

c. *Class II* EFF. An operator clearable failure or stoppage requiring more than 10 seconds to correct/overcome (through the execution of prescribed remedial action and operator

level troubleshooting procedures either with or without the use of available equipment (basic issue items and OEM tools)) in order to resume firing operations.

    d. *Class III* EFF. An EFF that the operator <u>cannot</u> correct through the execution of prescribed operator level troubleshooting and corrective action procedures, either with or without the use of available equipment (basic issue items). A Non-Operator Correctable EFF may render the system unable to enter service or even cause its removal from service but at a minimum it prevents the particular item from being fully mission capable. A severe failure or stoppage which the operator is unable to clear/correct (unable to overcome) through execution of the prescribed operator level troubleshooting and corrective action procedures in order to resume firing operations either because the malfunction requires higher level maintenance that is non-deferrable or the need for tools, equipment, or parts not available to the operator (i.e., items/equipment the operator is not authorized to carry on his person).

    e. <u>Demonstration</u>. An element of verification that involves the actual operation of an item to provide evidence that the required functions were accomplished under specific scenarios. The items may be instrumented and performance monitored.

    f. <u>Essential Function Failure (EFF)</u>. Essential functions of the MH are identified in the Failure Definition and Scoring Criteria for the MH, and can be found in 4.8.1.3.

    g. <u>Examination</u>. An element of verification that is generally nondestructive and typically includes the use of sight, hearing, smell, touch, and taste; simple physical manipulation; and mechanical and electrical gauging and measurement.

    h. <u>Functional damage</u>. Any damage that prevents proper safe operation of the weapon.

    i. <u>Common tools.</u> Common tools refers to Small Arms tool kit NSN: 5180-01-559-5981 and/or Multi-tool (NSN 5110-01-394-6252).

    j. <u>Special tool</u>. A unique and/or new tool/device needed by the Soldier for the weapon's field -level maintenance. Field level maintenance tools shall be common with the Multi-tool (NSN 5110-01-394-6252) and/or Small Arms Repairer Toolkit (NSN 5180-01-559-5981) for operator and unit level tasks. Field level direct support tasks include the use of the above mentioned toolkits and the Small Arms Shop Set (NSN 4933-00-754-0664).

    k. <u>Outside tools</u>. Outside tools means any tool outside of the Multi-tool (NSN 5110-01-394-6252) capability.

    l. <u>Test</u>. An element of verification in which scientific principles and procedures are applied to determine the properties or functional capabilities of items.

    m. <u>5th -95th percentile of users</u>. Users with a Wrist-to-Index Finger length within the ranges of 6.09 inches (5th  percentile female) to 7.73 inches (95th percentile male) and a Wrist-to-Center of Grip length within the ranges of 2.31 inches (5th  percentile female) to 3.08 inches (95th percentile male). See section 6.6.

    n. <u>1st -99th percentile of users</u>. Users with a Wrist-to-Index Finger length within the ranges of 5.86 inches (1st  percentile female) to 8.01 inches (99th percentile male) and a Wrist-to-Center of Grip length within the ranges of 2.19 inches (1st  percentile female) to 3.21 inches (99th percentile male). See section 6.6.

    o. <u>Non-Destructive Testing</u>. Use of analysis techniques to examine an object, material or system without causing damage.

    p. A weapon is unserviceable when:

        i. Any part fails to perform its intended function and the MH requires the replacement of the serialized component or;

ii. A component impairs the safety of the weapon and the MH requires the replacement of the serialized component or;

iii. A component is broken and the MH requires the replacement of the serialized component.

6.8   <u>Key word listing</u>.

Pistol
Small arms
Semi-automatic
Handgun

# XM17/XM18 Modular Handgun System (MHS)

**Executive Summary**

- The Army selected SIG SAUER's full-size (XM-17) and compact (XM-18) variant pistols for the Army Modular Handgun System (MHS), and awarded a production contract to SIG SAUER on January 19, 2017.
- The Army conducted operational and live fire testing for both variants in FY17. Analysis is ongoing for operational effectiveness, operational suitability, and lethality. DOT&E intends to submit a combined IOT&E/LFT&E report to Congress in 2QFY18.
- During drop testing in which an empty primed cartridge was inserted, the striker struck the primer causing a discharge. SIG SAUER implemented an Engineering Change Proposal (ECP) to correct this deficiency by implementing lightweight components in the trigger group mechanism. This fix may have contributed to the splintering of two triggers during the IOT&E.
- Both the XM17 and XM18 pistols experienced double-ejections where an unspent ball round was ejected along with a spent round. Due to the increased frequency of occurrence during Product Verification Test (PVT), the Army stood up a root cause analysis team to identify the cause of the double ejections in parallel with continued PVT. As of this report, this analysis is still ongoing.
- During the PVT testing, the MHS with ball ammunition demonstrated significantly more stoppages than with the special purpose munition.
- During IOT&E, the MHS with special purpose munition met its Mean Rounds Between Failure (MRBF) reliability requirement. It did not meet its Mean Rounds Between Stoppage (MRBS) reliability requirement. For the MHS, a stoppage is defined as any deficiency that prevents the pistol from operating as intended, but is corrected through immediate action. A failure is defined as a hardware deficiency that requires replacement or repair. Slide stoppages accounted for 50 percent of XM17 stoppages, and 75 percent of the XM18 stoppages observed during IOT&E. In these stoppages, the slide failed to lock after users fired the last round in the magazine.

**System**

- The MHS program is comprised of the XM17 full-size variant and XM18 compact variant 9 mm pistols. The majority of Army MHS users will use the XM17 variant. Individuals and units requiring a concealed weapon will use the XM18 variant.
- Both variants include modular features to allow for the future addition of different targeting enablers (e.g., infrared and visible laser pointers), pistol grips, and alternate magazine options.
  - Targeting enablers can be mounted on the weapon using a standard platform known as Picatinny rails.



1 - XM17, Full Size, with 21-round magazine
2 - XM18, Compact, with 17-round magazine
3 - XM1152 Ball round
4 - XM1153 Special Purpose (SP) round
5 - XM1156 Dummy round
6 - XM1157 Blank round
7 - Slide Catch Lever

  - Small, medium, and large polymer grip modules accommodate different hand sizes.
- The XM17 and XM18 pistols are mechanically locked, short-recoil operated weapons. Common features include an automatic striker pin safety lock reversible magazine catch to accommodate left- or right-handed shooters, ambidextrous manual safety, and external slide catch lever. Loading is automatic with each shot fired, until the magazine is empty. The slide is locked to the rear after the last shot is fired.
- The MHS incorporates a non-reflective, neutral color for detection avoidance. The Army intends for the MHS to be operable with a future suppressor.
- The Army required the weapon to use ball ammunition and special purpose ammunition. The XM1152 Ball cartridge uses a 115 grain truncated nose full metal jacket projectile and the

XM1153 Special Purpose cartridge uses a 147 grain jacketed hollow point projectile.
- The contractor provides two 21-round magazines and one 17-round magazine with each pistol as part of the MHS.
- The MHS is an Army program with joint interest. The Army, including Army Special Operations Command, intends to purchase 238,000 pistols (approximately 231,000 XM17 and 7,000 XM18). The Navy, Marine Corps, and Air Force may purchase 224,000 pistols under the same contract.

## Mission
- Military personnel conducting core mission combat operations use the MHS for personal self-defense and as their secondary weapon system. Core missions include anti-terrorism, direct action, force protection, anti-hijacking, evasion, special investigations, special operations, reconnaissance, protective service, law enforcement, resource protection, base security and terminal air control, and combat search and rescue. Civil affairs and peacekeeping operations are core missions in some Services.
- Military personnel conducting collateral activities use the MHS as their primary weapon system. Collateral activities include foreign and U.S. humanitarian assistance, counter-terrorism, and counter-narcotics, all of which may involve military operations in urban terrain/operations, close quarters battle, and other operations on the battlefield.

## Major Contractors
- Pistol: SIG SAUER Inc. – Newington, New Hampshire
- Ammunition: Olin-Winchester – East Alton, Illinois

## Activity
- The Army's Program Executive Office Soldier released the final solicitation for the MHS to industry on August 28, 2015.
- The Army conducted bid sample testing from February 16 through June 22, 2016. This testing included initial ballistic characterization of candidate ammunition.
  - The program's acquisition strategy, as reflected in its request for proposal (RFP), allowed the Army to set up to three vendors based on bid sample testing to continue into PVT.
  - Vendors submitted nine proposal submissions. The Army selected the 9 mm MHS submission from SIG SAUER, which is a variant of their P320, and awarded a production contract to SIG SAUER on January 19, 2017.
- Glock filed a protest with the Government Accountability Office (GAO) on February 24, 2017.
  - Glock challenged the Army's interpretation of the solicitation regarding the minimum number of contract awards required by the RFP.
  - The GAO denied the challenge, finding that the RFP allowed the Army to make one award in June 2017.
- The Army entered into PVT in April 2017 for both the XM17 full-size variant and XM18 compact variant MHS pistols. This testing consisted of developmental testing, LFT&E, a fixed stand accuracy assessment, and a shooter-in-the-loop accuracy assessment.
- During drop testing in which an empty primed cartridge was inserted, the striker struck the primer causing a discharge. The Army directed SIG SAUER to develop an ECP to correct this deficiency. SIG SAUER modified the trigger mechanism to eliminate this deficiency. Subsequent testing validated that this ECP corrected the deficiency and the pistol no longer fired when dropped. The MHS with this ECP modification was submitted as the production-representative pistol for PVT, LFT&E, and IOT&E.
- During PVT testing with the ball ammunition, both MHS variant pistols would occasionally experience double ejections in which it would eject unspent ammunition along with the spent ammunition. The frequency of this occurrence increased as more rounds were fired through the pistol. The program manager created a team to determine the root cause of this failure.
- Several reliability stoppages were observed with both the XM17 and XM18 when shooting ball ammunition. The ball ammunition was not included in the IOT&E because of the demonstrated reliability problems during PVT and the ongoing root cause analysis.
- The Army conducted IOT&E for the XM17 and XM18 with shooters for all Services firing special purpose munition from August 14 through September 22, 2017, at Fort Bragg, North Carolina, in accordance with the DOT&E-approved test plan.
- The Army received a Conditional Materiel Release for the XM17 and XM18 with both the special purpose munition and the ball ammunition in November 2017. The 101st Airborne Division is the first unit scheduled to receive the pistol.
- The Army completed live fire testing that consisted of firing the ball and special purpose rounds into ballistic gelatin and through realistic battlefield barriers of interest for ball cartridges. The Army will combine the results of this testing with the results of "shooter-in-the-loop" accuracy testing to model MHS lethality.
- The Army intends to have a Full-Rate Production decision in September 2018. DOT&E intends to submit a combined IOT&E and LFT&E report in 2QFY18.

## Assessment
- The MHS met its accuracy requirement that 10 shots at 35 meters can be covered by a 4-inch disk, with the center of the grouping being no more than 4 inches from the point of aim, 90 percent of the time. This was an entrance criterion for the IOT&E.
- During PVT, the XM17 and XM18 were tested for MRBF and MRBS with special purpose munition and with ball ammunition with testing out to the required service life of 25,000 rounds per pistol. The MRBF reliability requirement

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    SRG-ARMY0000638

is 5,000 MRBF for a 98 percent probability of completing a 96-hour mission without a failure. The MRBS reliability requirement is 2,000 MRBS for a 95 percent probability of completing a 96-hour mission without a stoppage.

- During PVT, the XM17 and XM18, with special purpose munition, met its requirement for both MRBF and MRBS:
  - The XM17 demonstrated 8,929 MRBF (99 percent probability)
  - The XM18 demonstrated 8,333 MRBF (99 percent probability)
  - The XM17 demonstrated 1,923 MRBS (95 percent probability)
  - The XM18 demonstrated 2,155 MRBS (96 percent probability)
- During PVT, the XM17 with ball ammunition met its requirement for MRBF but not its requirement for MRBS. The XM18 with ball ammunition did not meet its MRBF or MRBS requirement.
  - The XM17 demonstrated 6,944 MRBF (99 percent probability)
  - The XM18 demonstrated 3,906 MRBF (98 percent probability)
  - The XM17 demonstrated 343 MRBS (75 percent probability)
  - The XM18 demonstrated 197 MRBS (61 percent probability)
- The IOT&E was conducted only with the special purpose munition. The ball ammunition was not included due to the PVT reliability problems and the initiation of an engineering team to determine root cause analysis.
- During IOT&E, the Army observed 120 stoppages for XM17 and 85 stoppages for XM18. Operators were able to rapidly recover by performing immediate action drills without any additional maintenance or support. The stoppages had minimal operational impact on the operators' ability to fire and continue the mission. The assessment of operational suitability is ongoing.
- Preliminary data from the IOT&E indicate that the XM17 and XM18 met the MRBF reliability requirement of 5,000 MRBF and a 95 percent probability of completing a 96-hour mission without a failure. Neither weapon met the MRBS reliability requirement of 2,000 MRBS and a 95 percent probability of completing a 96-hour mission without a stoppage.
  - The XM17 demonstrated 38,247 MRBF (99 percent probability).
  - The XM18 demonstrated 9,501 MRBF (99 percent probability).
  - The XM17 demonstrated 336 MRBS (74 percent probability).

- The XM18 demonstrated 229 MRBS (65 percent probability).
- The predominant cause of stoppages was the failure of the slide to lock (FSLR) after the firing of the last round in the magazine (60 of 120 stoppages for the XM17 and 63 of 85 stoppages for the XM18). The purpose of the slide locking to the rear is to inform the operator that the last round has been expended, and that the operator needs to reload a magazine into the weapon. Operators who are trained in pistol qualification, as taught by the Army marksmanship unit, utilize what is known as a high pistol grip. This grip places the non-dominant hand along the pistol slide on top of the slide catch lever. Many operators stated that the placement of the slide catch lever caused them to engage it while firing the pistol, which resulted in the slide not locking to the rear when the last round was expended in a magazine. Sixty percent of all FSLR stoppages (75 of 123) were experienced by 8 shooters out of the 132 who participated in the IOT&E. The Army marksmanship unit experts stated that this is an insignificant problem that can be mitigated with training and experience with the weapon. The MRBS demonstrated during IOT&E is significantly increased if this stoppage is eliminated:
  - The XM17 demonstrated 708 MRBS (87 percent probability).
  - The XM18 demonstrated 950 MRBS (90 percent probability).
- There were two trigger splintering hardware deficiencies observed during the IOT&E. Preliminary analysis indicates that this may be correlated with the ECP developed by SIG SAUER to correct the deficiency of the pistol firing when dropped with the safety not engaged.
- The assessment of LFT&E results is ongoing.

**Recommendations**
- Status of Previous Recommendations. This is the first annual report for this program.
- FY17 Recommendations. The Army should:
  1. Upon identification of the root cause of the double ejections and ball ammunition reliability problems, confirm fixes to both the XM17 and XM18 in future testing.
  2. Work with the vendor to identify and eliminate cause of variability in the manufacture of the trigger group mechanism.
  3. Consider redesign of the slide catch lever or operator training changes to prevent engagement by operators while shooting the pistol.

Case 6:22-cv-03095-MDH     Document 121-15     Filed 11/05/24     Page 41 of 126     SRG-ARMY 000040

Downloaded from http://www.everyspec.com

| REPORT DOCUMENTATION PAGE | | Form Approved<br>OMB No. 0704-0188 |
|---|---|---|

The public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information on Operations and Reports (0704-0188), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302.  Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.
**PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS.**

| 1. REPORT DATE *(DD-MM-YYYY)*<br>17-09-2007 | 2. REPORT TYPE<br>Final | | 3. DATES COVERED *(From - To)* |
|---|---|---|---|
| 4. TITLE AND SUBTITLE<br>Test Operations Procedure (TOP)<br>3-2-045 Small Arms - Hand and Shoulder Weapons and Machineguns | | 5a. CONTRACT NUMBER | |
| | | 5b. GRANT NUMBER | |
| | | 5c. PROGRAM ELEMENT NUMBER | |
| 6. AUTHORS | | 5d. PROJECT NUMBER<br>2007-DT-ATC-TOPRO-D4265 | |
| | | 5e. TASK NUMBER | |
| | | 5f. WORK UNIT NUMBER | |
| 7. PERFORMING ORGANIZATION NAME(S) AND ADDRESS(ES)<br>Small Arms Systems Division (TEDT-AT-FP-S)<br>US Army Aberdeen Test Center<br>400 Colleran Road<br>Aberdeen Proving Ground, MD  21005-5059 | | 8. PERFORMING ORGANIZATION<br>REPORT NUMBER<br>TOP 3-2-045 | |
| 9. SPONSORING/MONITORING AGENCY NAME(S) AND ADDRESS(ES)<br>Test Business Management Division (TEDT-TMB)<br>US Army Developmental Test Command<br>314 Longs Corner Road<br>Aberdeen Proving Ground, MD  21005-5055 | | 10. SPONSOR/MONITOR'S<br>ACRONYM(S) | |
| | | 11. SPONSOR/MONITOR'S REPORT<br>NUMBER(S)<br>Same as item 8 | |
| 12. DISTRIBUTION/AVAILABILITY STATEMENT<br>Distribution Statement A.  Approved for public release; distribution unlimited. | | | |
| 13. SUPPLEMENTARY NOTES<br>Defense Technical Information Center (DTIC), AD No.: ADA481861<br>This TOP supersedes TOP 3-2-045, Automatic Weapons, Machineguns, Hand and Shoulder Weapons, 21 Dec 1983 | | | |

14. ABSTRACT
This TOP contains a compilation of procedures for testing hand and shoulder weapons and machineguns, including crew served weapons and light automatic cannons up to 50 millimeters in caliber.  The test procedures apply to the basic weapons only; see TOP 4-2-016[1] for test procedures for small arms ammunition. Also, see TOP 3-2-504[2] for safety evaluations of hand and shoulder weapons.  Grenade launchers are covered in TOP 3-2-030[3].  Many small arms are also used as subsystems in combat vehicles, aircraft, watercraft, etc.; in these cases, consult TOPs relevant to the specific platforms for possible additional test procedures.

| 15. SUBJECT TERMS | | | | | | |
|---|---|---|---|---|---|---|
| Small Arms<br>Machineguns<br>Rifle | | Handguns<br>Shoulder Weapons<br>Gun Tests | | | | |

| 16. SECURITY CLASSIFICATION OF: | | | 17. LIMITATION OF ABSTRACT | 18. NUMBER OF PAGES | 19a. NAME OF RESPONSIBLE PERSON | |
|---|---|---|---|---|---|---|
| a. REPORT<br>Unclassified | B. ABSTRACT<br>Unclassified | C. THIS PAGE<br>Unclassified | SAR | 85 | 19b. TELEPHONE NUMBER *(include area code)* | |

**Standard Form 298** (Rev. 8-98)
Prescribed by ANSI Std. Z39-18

Downloaded from http://www.everyspec.com

U.S. ARMY DEVELOPMENTAL TEST COMMAND
TEST OPERATIONS PROCEDURE

*Test Operations Procedure (TOP) 3-2-045
DTIC AD No.: ADA481861                                    17 September 2007

SMALL ARMS - HAND AND SHOULDER WEAPONS AND MACHINEGUNS

| Paragraph | | Page |
|---|---|---|
| 1. | SCOPE | 2 |
| 2. | FACILITIES AND INSTRUMENTATION | 2 |
| 2.1 | Facilities | 3 |
| 2.2 | Instrumentation | 4 |
| 3. | REQUIRED TEST CONDITIONS | 4 |
| 3.1 | Planning | 4 |
| 3.2 | Test Conduct | 6 |
| 3.3 | Test Sequence | 7 |
| 4. | TEST PROCEDURES | 8 |
| 4.1 | Initial Inspection | 8 |
| 4.2 | Cookoff Test | 12 |
| 4.3 | Reliability and Durability | 14 |
| 4.4 | Accuracy and Dispersion | 18 |
| 4.5 | Adverse Conditions | 22 |
| 4.6 | Chemical Contamination | 48 |
| 4.7 | Flash | 49 |
| 4.8 | Smoke | 50 |
| 4.9 | Noise | 52 |
| 4.10 | Rough Handling Test | 53 |
| 4.11 | Attitudes Test | 55 |
| 4.12 | Belt Pull Capacity | 57 |
| 4.13 | Blocked Barrel | 58 |
| 4.14 | Barrel Performance | 60 |
| 4.15 | Toxic Fumes | 62 |
| 4.16 | Recoil Energy and Kinematics | 64 |
| 4.17 | Ammunition Compatibility | 66 |
| 4.18 | Accessory Compatibility | 68 |
| 4.19 | Logistic Supportability | 69 |
| 4.20 | Post-Fire Inspection | 70 |
| 4.21 | Human Factors Evaluation | 72 |
| 4.22 | Supplemental Tests | 74 |

*This TOP supersedes TOP 3-2-045, Automatic Weapons, Machineguns, Hand and Shoulder Weapons,
21 Dec 1983

Distribution Statement A.  Approved for public release; distribution unlimited.

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

| 5. | DATA REQUIRED | 76 |
| 5.1 | General | 76 |
| 5.2 | Malfunction and Performance Code | 77 |
| 5.3 | Attribution Codes | 79 |
| 5.4 | Safety | 80 |
| 5.5 | Classification of the Significance of a Malfunction to the Operator | 80 |
| 5.6 | Round Counts | 80 |
| 5.7 | Miscellaneous Common Codes | 81 |
| 6. | PRESENTATION OF DATA | 81 |
| | Appendix A. REFERENCES | A-1 |

1. <u>SCOPE.</u> This TOP contains a compilation of procedures for testing hand and shoulder weapons and machineguns, including crew served weapons and light automatic cannons up to 50 millimeters in caliber. The test procedures apply to the basic weapons only; see TOP 4-2-016[1][**] for test procedures for small arms ammunition. Also, see TOP 3-2-504[2] for safety evaluations of hand and shoulder weapons. Grenade launchers are covered in TOP 3-2-030[3]. Many small arms are also used as subsystems in combat vehicles, aircraft, watercraft, etc.; in these cases, consult TOPs relevant to the specific platforms for possible additional test procedures.

The test procedures are meant to help standardize testing and to aid the development of Detailed Test Plans (DTPs), Test and Evaluation Master Plans (TEMPs), and similar planning documents. This TOP does not constitute a requirement to do any of the specific tests nor does it serve to set performance or safety criteria for Army materiel. Actual requirements and criteria must come from requirements documents, contractual obligations, Army Regulations (ARs), etc.

2. <u>FACILITIES AND INSTRUMENTATION.</u> The lists below show specialized items that are used in the test procedures. Additional information is contained in the individual test procedures since requirements for accuracy and precision of a given measurement may vary among the procedures. Standard equipment common to most technical organizations is not listed; however, the test officer must assure that the specific requirements of each procedure are met by whatever equipment or instrumentation is used.

---

[**] Superscript numbers/letters correspond to those in Appendix A, References.

2

Downloaded from http://www.everyspec.com

## 2.1  Facilities.

| ITEM | REQUIREMENT |
|---|---|
| Firing ranges | Ranges must safely accommodate firing to the required distances; range safety fans must consider the possibility of catastrophic failure of test weapons. |
| Test stands | Must safely restrain the weapon, allow remote firing, and assure reproducible results. |
| Ground mounts (bipods, tripods, gimbals, etc.) | Specific to the test weapon. |
| Control weapon | Similarity to the test weapon to permit checkout of test setups, instrumentation, etc. |
| Targets | Physical or electronic with the capability of recording the X and Y coordinates of each projectile passing through the plane of the target; where required the Z fuze burst distance from muzzle will be recorded; specific accuracy requirements will vary among the various tests, but in all cases the accuracy and precision must be sufficient to address the criteria for the particular test being done.  Other targets, such as gel blocks, silhouettes, plates etc as required. |
| Climatic chambers | Meet the requirements of MIL-STD-810F.  Chambers must be capable of providing temperatures between -54 C and 71C. |
| Salt Fog Chamber | Chamber shall be capable of  producing a salt fog of up to 3ml of solution per hour per 80cm**2 at temperatures up to 35C |
| Sand/dust chamber | To dispense mixture at rate of $100 \pm 25$ g/min/m$^2$. |
| Dust chamber | To dispense mixture at a rate of $50 \pm 10$ g/min/m$^2$ temperature control to $\pm 2$ $^o$C. |
| Mud bath | Viscosity of 4600 centipoises. |
| Salt-water solution | 5% sodium chloride and 95% water. |
| Ammunition guide tray | Low friction. |
| Antisurge spring | Long enough to permit gradual load application. |
| Rain test facility | To provide water spray of $10 \pm 1$ cm/hr ($3.9 \pm 0.4$ in/hr) ($3.9 \pm 0.4$ in/hr). |

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    SIG-ARMY-000044

Downloaded from http://www.everyspec.com

2.2  Instrumentation.

|  ITEM | MAXIMUM PERMISSIBLE ERROR OF MEASUREMENT* |
|---|---|
| Brookfield viscometer | $\pm$0.5% full-scale reading. |
| Cyclic rate recorder | $\pm$1% at rates up to 6000 spm and burst lengths of 100 rounds. |
| Stargage and airgage | $\pm$0.025 mm. |
| Thermograph/thermocouples | $\pm$0.6 $^{o}$C (1 $^{o}$F). |
| Velocimeter | 0.1% or 0.5 m/s (whichever is highest) for bursts to 6000 spm. |

*Values can be assumed to represent $\pm$2 standard deviations; thus, the stated tolerances should not be exceeded in more than 1 measurement of 20.

3.  REQUIRED TEST CONDITIONS.

3.1  Planning.

a.  Review the Safety Assessment Report and all instructional material issued with the test item by the developer and manufacturer, as well as reports of previous tests conducted on the same model or closely related item.

b.  Review the test item's capability documents (if any) such as the Initial Capability Document (ICD), Capability Development Document (CDD), or Capabilities Production Document (CPD).  For evaluated programs, the System Evaluation Plan (SEP) is the governing document.  The SEP will document the methodology and data requirements.  For non-acquisition projects, the customers test requirements will be followed to the extent possible, based on information in the Request for Test Services (RFTS) and direct communication with the customer.  See DTC Pam 73-1[4], Chapter 4, for additional information about test planning.

c.  Assemble information on the physical characteristics of the test item (TOP 3-2-500[5]), its method of operation, maintenance requirements, and expected modes and areas of deployment.

d.  Based on the above information, plan a comprehensive testing program to verify that the test item satisfies minimum design and construction requirements for safe field deployment.  Tests appropriate for forming a test program are described in paragraph 4.  For some test programs, these procedures will need to be expanded or special test considerations will be required, while in other cases, not all procedures contained in this TOP will be applicable.

4

Downloaded from http://www.everyspec.com

3.1.1  Sample Size.  The number of weapons and rounds to fire per weapon must be considered in determining sample size.  The number of weapons should adequately represent the population from which the sample has been drawn.  If the sample is too small to sufficiently detect small differences in the statistical parameter(s) of interest, a conclusion regarding acceptability cannot be made with confidence.  Although test economy must also be considered, the sample size must be sufficient to provide reasonable assurance that comparison of test results against requirements will be meaningful.  International Test Operations Procedure (ITOP) 3-1-005[6] provides guidance in selecting samples for desired levels of confidence in test results.  Documents such as the SEP or CDD should be reviewed for required sample sizes or for confidence intervals from which sample sizes can be derived.  Consideration must be given to the possibility of combining data from separate test procedures to effectively increase sample sizes and confidence in results.

a.  A subtest for a hand or shoulder weapon should rarely be considered with less than three weapons.  For complete engineering tests, 16 new weapons are considered satisfactory, with more than 4000 rounds normally being fired from each weapon.  To evaluate the weapon at or close to its expected serviceable life, 5500 to 6000 rounds (or as otherwise specified) should be fired from each of a sufficient number of weapons.

b.  Most subtests for machineguns and automatic weapons should consist of at least three weapons; at least 10 new weapons should be used for a complete engineering test.  Three of the weapons are fired a minimum of 25,000 rounds each; they may be fired to a much higher round count to evaluate the weapon at or close to expected serviceable life.  Additional testing for logistic supportability (maintenance evaluation), barrel performance, reliability, etc. may require additional weapons and spare barrels.

c.  Whenever a certain minimum number of weapons is specified in this TOP, the number is considered adequate to detect fundamental and consistent weapon deficiencies in a particular environment.  When marginal performance or randomly encountered problems are expected and are to be measured with some degree of confidence, more weapons must be used.

d.  External drive-type weapons, particularly those with multiple barrels, have much longer lives than self powered automatic weapons.  It may not be economically feasible to fire such weapons to their expected service life.  In such cases requirement documents and statistical decisions should be factors in determining the number of test rounds.

3.1.3  Gun Mount Compatibility.  Machineguns and automatic weapons must be compatible with the gun mount from which they are fired; this compatibility must be established prior to the conduct of actual testing.  This can be done by separate testing, by data from other Government sources, or by contractor-furnished evidence.  A suitable adapter and mount base can then be designed and constructed before testing begins.  Generally, a light or dual purpose machinegun should be capable of performing whether hand-held or mounted on aircraft or armored vehicles.  Any machinegun too heavy or having too much recoil to be fired hand-held should be capable of performing from a ground mount or aircraft and armored vehicle mounts.  Ground mounts

Case 6:22-cv-03095-MDH     Document 121-15     Filed 11/05/24     Page 47 of 126
SIG-ARMY000046

Downloaded from http://www.everyspec.com

(bipods, tripods, etc.) or adapters provided with the test weapon(s), but not previously tested, will be included in the full range of applicable subtests as the test weapon itself in addition to any test stand firings.

The term "mount base" as used herein is defined as all of the supporting structure of a test stand interposed between the gun and "ground", except the actual cradle or adapter used to secure the weapon to the mount base. The term "suitable" refers to the rigidity of the mount in N/cm (lb/in.) deflection, and lack of interference with the proper operation of the weapon.

3.2   Test Conduct.

3.2.1   Barrel Changes (machineguns).   During all subtests involving sustained fire (except barrel performance test), the barrels are changed before reaching the cookoff level established by separate firings.  The 200-round cycle mentioned in some subtests as the interval for complete cooling or change of barrels is an arbitrary figure and may have to be adjusted in accordance with the results of the cookoff tests.  Note:  For those guns that have spare barrels, and the operational concept prescribes barrel interchanges, those instructions should be followed.

3.2.2   Endurance Data versus Parts Replacement.   Replacement intervals prescribed in technical publications should be complied with unless otherwise indicated by requirement documents, the SEP, etc.  The arbitrary replacement of critical weapon parts with new parts before each subtest would permit a precise evaluation of the influence of the test environment on weapon functioning.  This practice; however, would negate the accumulation of data on long-term parts durability and weapon life.  Therefore, following completion of each subtest, the weapons are cleaned and inspected, and only unserviceable components are replaced before the weapons are used in another subtest.  Parts that are determined to be in a condition to adversely affect safety are replaced immediately whenever they are identified.  The life history of each part replaced is recorded and the part is retained for possible detailed examination.

3.2.3   Forced Air Cooling of Weapon Barrels.   The use of forced air to accelerate cooling of weapon barrels between firing trials is permitted.  A locally fabricated rack can be used for barrels that are detached from the weapon; the air should be directed from the chamber toward the muzzle.  When the barrel cannot be removed from the receiver, it can be cooled by forced air by inserting a curved tube (copper suggested) into the receiver from below, forcing air into the chamber toward the muzzle.  The supply of compressed air must be free of entrained matter such as water, oil, or particulates.

3.2.4   Weapon Maintenance.   Weapons will be maintained in accordance with technical manuals, if available.  Weapons will always be cleaned, inspected, and lubricated (CIL) at the end of each test procedure and before the start of another procedure (the CIL at the end of a test procedure may serve as the CIL for the start of a subsequent test procedure based on the judgment of the test officer).  At a minimum, the CIL will be conducted at the operator level (often referred to as "field strip and clean").  More detailed maintenance will be done as needed.  All maintenance actions will be recorded.

6

Downloaded from http://www.everyspec.com

3.2.5   Ammunition.  The operation of small arms is interrelated with ammunition.  Care must be taken during testing to assure that the distinction is made between inherent weapon functioning and ammunition induced problems.  If the test weapon uses standard ammunition, a single lot of ammunition should be used for the entire series of tests.  If a single lot cannot be obtained, every effort must be made to complete each separate test procedure with a single lot.  The ammunition used must be fully identified; record the full nomenclature, Department of Defense Identification Code (DODIC), condition code (CC) and lot number.  Only CC "A" and CC "B" should be used.  The use of lower CCs should not be done until after consultation with the evaluator, customer, and the U.S. Army Developmental Test Command (DTC) test manager.

Ammunition should be kept in its original shipping and storage containers until use.  A general visual examination of the ammunition should be made after it is removed from its packaging; record any discrepancies such as shipping damage, evidence of improper storage, etc.

3.3   Test Sequence.  To provide an early indication of weapon suitability, conduct safety tests and high-risk tests first.  Otherwise, when one weapon must be used in several subtests, plan the test sequence so that the most abusive test will be conducted last.  A predetermined sequence for the complete series of subtests cannot be established in advance due to the many variations of weapon designs and due to facility considerations such as the scheduling of ranges and laboratory support.  However, general recommendations for test sequences for hand and shoulder weapons and for machineguns are provided in Tables 1 and 2.  These recommended sequences must be tailored for each test project and may have to be revised during testing to accommodate emerging results, changes in scope, etc.

TABLE 1.  HAND AND SHOULDER WEAPONS

(WEAPON ASSIGNMENT BASED ON A 16 WEAPON SAMPLE)

| Weapon No. 1 | Weapons No. 2, 3, 4, 5, 6 | Weapons No. 7, 8, 9 | Weapons No. 10, 11, 12[a] | Weapons No. 13, 14, 15 | Weapon No. 16 |
|---|---|---|---|---|---|
| Toxic Fumes | Accuracy and Dispersion | Extreme Temperature | Ammunition Comp | Attitudes | Cookoff [b] |
| Flash | Reliability and Durability | Icing | Accessory Comp | Rough Handling | |
| Smoke | | Water Spray | Humidity | | |
| Noise | | Mud | Human Factors | | |
| Recoil Energy | | Sand and Dust | | | |
| Solar Radiation | | Salt Fog | | | |
| Blocked Barrel | | Salt Water | | | |

[a]Weapons No. 10, 11, and 12 may also be used for any supplemental tests that may be required.
[b]After the cookoff test, weapon No. 16 is available for operator training, demonstrations, and as a replacement for any weapon that fails prematurely in the other test sequences.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 49 of 126
SIG-ARMY0000048

Downloaded from http://www.everyspec.com

## TABLE 2. MACHINEGUNS

### (WEAPON ASSIGNMENT BASED ON A 10 WEAPON SAMPLE)

| Weapon No. 1 | Weapons No. 2, 3, 4 | Weapons No. 5, 6, 7 | Weapons No. 8, 9, 10[a] |
|---|---|---|---|
| Cookoff | Accuracy and Dispersion | Extreme Temperatures | Attitudes |
| Toxic Fumes | Reliability and Durability | Icing | Ammunition Comp |
| Flash | | Water Spray | Belt Pull |
| Smoke | | Humidity | Rough Handling |
| Noise | | Mud | Accessory Comp |
| Recoil Energy | | Sand and Dust | Human Factors |
| Solar Radiation | | Salt Fog | Barrel Performance |
| Blocked Barrel | | Salt Water | |

[a]Weapons No. 8, 9, and 10 may also be used for any supplemental tests that may be required.

4. <u>TEST PROCEDURES.</u>

4.1  <u>Initial Inspection.</u>

4.1.1  Background.

    a.  Weapons received for test must be inspected for their physical characteristics, safety, and identification.  These inspections also often serve as a baseline for subsequent inspections later in the sequence of tests.  The following paragraphs list typically required information; a specific test item may require more, fewer, or different inspections.  Project documents such as the TEMP, SEP, and DTPs should be reviewed for any required inspections.

    b.  Marking individual weapons with a simple identification is a good practice often done at the start of the initial inspections.  For example, rather than long serial numbers, weapons could be identified as T1, T2, etc. for test weapons and C1, C2, etc. for control weapons.

4.1.2  Method.

    a.  Disassemble the weapon, and visually examine all major components (e.g., safety and trigger mechanisms, locking arrangement) for conformance with specifications and design drawings.  Record any deviations from specifications.

    b.  Photograph the weapon with and without its accessories and in various stages of disassembly.

    c.  Conduct nondestructive testing (NDT), such as magnetic particle or dye penetrant inspection, of components subjected to stress during firing (e.g., bolt, locking lugs, barrel, muzzle device) as described in TOP 3-2-807[7].

Downloaded from http://www.everyspec.com

d. Record the following for the test weapon and its ancillary equipment, as applicable:

(1) Test item nomenclature, serial number(s), manufacturer's name, and the corresponding locally assigned identification.

(2) Type and adequacy of packaging and preservatives.

(3) Defective parts (ascertain with weapon disassembled, repair or replace, record).

(4) Number and names (establish, if necessary) for all parts.

(5) Completeness of logistic support.

(6) Free length or force-displacement curves for all springs, as appropriate, within the designed operating range (if specified in test plan).

(7) Weapon physical characteristics.

e. Record the weight of the following:

(1) Gun.

(2) Mount.

(3) Gun accessories.

(4) Complete system.

(5) Without accessories or magazine.

(6) With loaded magazine.

(7) With loaded magazine and accessories.

(8) Individual subassemblies.

f. Record the dimensions of:

(1) Gun. Test item length, width, and height, with and without accessories length from butt to trigger/butt to rear sight (if applicable).

(2) Mount.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 51 of 126
SIG-ARMY-000050

Downloaded from http://www.everyspec.com

(3)   Traverse and elevation limits, free and controlled.

g.   Record sight characteristics.

(1)   Zeroing and adjustment markings.

(2)   Maximum range setting.

(3)   Increment of adjustment, range, and windage (i.e., range change per "click").

(4)   Total adjustment, range, and windage.

(5)   Battle sight setting.

(6)   Front and rear sight type, dimensions, and means of adjustment.

(7)   Sight radius.

(8)   Height of sight line above bore line.

(9)   Distance of rear sight to line of rear face of stock.

h.   Record the following physical characteristics:

(1)   Firing pin protrusion.

(2)   Firing pin energy or indent (if specified in test plan).

(3)   Trigger pull (force and stroke required to manually operate the trigger).

(4)   Fire control selector, type and method of operation.

(5)   Headspace.

(6)   Barrel length.

(7)   Length of rifled bore.

(8)   Direction and twist of rifling.

(9)   Number of lands and grooves.

(10)   Diameter across lands and grooves.

10

Downloaded from http://www.everyspec.com

(11)  Chamber dimensions.

(12)  Charging force.

(13)  Receiver length.

i.   Time and tools necessary for the following.  Note: This test is conducted to determine the type and number of tools and time required to accomplish various stages of assembly and disassembly. The following measurements are taken three times by each of three test personnel:

(1)  Complete disassembly of weapon.

(2)  Assembly of weapon after complete disassembly.

(3)  Dismounting of the operating parts and magazine or feeder (field strip).

(4)  Assembly of operating parts and magazine or feeder.

(5)  Change of barrels (if designed for operator exchange of barrels).

j.   Record the following general characteristics:

(1)  Magazine or ammunition box capacity and weight with and without ammunition.

(2)  Method of barrel attachment.

(3)  Type of operation.

(4)  Gas adjustment (if any).

(5)  Type of fire (semiautomatic, automatic, etc.) and means of control.

(6)  Type of mechanism (open or closed bolt).

(7)  Type of feed extraction, ejection, cocking.

(8)  Flash hider.

(9)  Muzzle-compensation device.

(10)  Bayonet, grenade launcher, or other ancillary equipment.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 53 of 126    SIG-ARMY0000052

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

k.   Prepare a characteristics data sheet, suitable for the formal report and other purposes, consisting of a general view photograph of the weapon, along with a listing of all principal physical and performance characteristics, as described in TOP 3-2-500.

l.   Personnel.   Familiarize test personnel with technical and operational characteristics of the test item as described in applicable technical manuals, requirements documents, or manufacturer's literature.  Provide New Equipment Training (NET) to personnel directly involved with the operation and maintenance of the weapon.  Before conducting test firings, review the inspection results to determine if special warnings, new Standing Operating Procedures (SOPs), or test revisions are needed to assure safe operations.

4.1.3   Data Required.  The data from the inspections should be recorded in tabular or spreadsheet formats where possible; this will facilitate data comparisons in subsequent inspections throughout the overall test.  Photographs, X-rays, etc. should be preserved in a digital format to assist data handling and transmission.  If identification numbers are assigned to the weapons, a list will be maintained of the assigned number versus the weapon serial number (or other information that uniquely identifies the weapon).

4.2   Cookoff Test.

4.2.1   Background.  This test determines the maximum number of rounds that can be fired semiautomatically  or automatically from the weapon before the chamber becomes hot enough to cause the propellant to cookoff, i.e., ignite spontaneously, if a cartridge is resting in the chamber. This test should be done early in the test sequence since it determines safe firing limits for use in other test procedures.

**CAUTION:** The cookoff test described herein is designed to be conducted only with nonexplosive ammunition. If explosive ammunition is included in a hand or shoulder weapon system (and the weapon can also be fired rapidly enough to possibly induce cookoff), special test procedures must be instituted that fully control the hazards of such a test (see TOP 4-2-016). Safety precautions for any cookoff test must consider that this test increases the likelihood of a catastrophic weapon failure.  Note that cookoff may occur <u>after</u> the barrel temperature has peaked and is declining.

4.2.2   Method.

a.   Disassemble, clean, lubricate with prescribed lubricant, and reassemble one test weapon.

b.   Instrument the weapon for continuous temperature data by installing thermocouples at the following locations: on the exterior of the muzzle device or on the exterior of the barrel at the muzzle (if no muzzle devices present), on the exterior of the barrel immediately over the

12

SR_ARMY_000053

Downloaded from http://www.everyspec.com

chamber mouth, and on the exterior of the barrel proper at the point of the smallest outside diameter. Use dual thermocouples positioned $180^{\circ}$ apart at each location to ensure against loss of data due to breakage of any single thermocouple. Record the temperature data continuously from the initiation of firing until cookoff or expiration of the waiting period.

  c.  When the projectiles are inert or contain nothing more than tracers, the person firing may remain in position at the gun during firing, but must be adequately protected. Be sure that this person uses a face shield, protective vest/clothing, heavy gloves, and ear protection. A physical barrier should also be employed to shield the person firing from as much direct exposure to the test weapon as practical.

  d.  All cookoff tests are conducted at a fixed ambient temperature with a wind speed less than 8 km/hr (5 mph) with no sunlight on the barrel or receiver.

  e.  Conduct a firing exercise, using a predetermined number of rounds, based on experience with the test weapon or one similar. Subject the weapon to the most severe firing schedule anticipated for it in service. Fire the weapon, changing belts or magazines as quickly as possible to achieve the predetermined number of rounds. Closed bolt weapons will retain a round in the chamber if firing is stopped in the middle of a belt/magazine. However, when weapons of an open-bolt design are fired, the last round must have a cartridge specially prepared to permit bolt closure without firing. This can be accomplished by assembling a primer without an anvil, or by recessing (crushing) the primer 0.25 cm (0.10 in.).

  f.  After the final round is chambered and the bolt closed, a 30-minute waiting period is observed (local range SOPs must be followed if they require a different waiting period). NOTE:  Under no circumstances will personnel be exposed after any potential cookoff round has been chambered until either (1) the round has cooked off and there are no other rounds in the weapon, (2) the test is terminated by expiration of the 30-minute waiting period without cookoff occurring, or (3) the chambered round is fired (remotely by use of a lanyard) and not removed for inspection. The first round will usually cookoff within 60 seconds, but delays of many minutes have been observed. Automatic gun action may continue to load and fire subsequent rounds until the weapon temperature falls below the cookoff level. From the records on temperature, time, and rounds fired, fewer rounds can be selected in subsequent trials when the purpose is to bracket the cookoff level in terms of number of rounds fired.

  g.  Discontinue the test without determining cookoff point if 500 rounds can be fired without cookoff occurring, or if the weapon can no longer be fired in a normal manner because of heat. The barrel can be considered cool enough to start a new trial when temperature measurements taken on the barrel are within 2 $^{\circ}$C (4 $^{\circ}$F) of the ambient temperature.

  h.  Substantiate the point of cookoff by firing three trials during which cookoffs do not occur. The confirming firing (non-cookoff level) will consist of 15 rounds, or 5 percent, less (whichever is greater) than that producing a cookoff.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 55 of 126
SIG-ARMY-000054

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

4.2.2  Data Required.  Record the following information as obtained above:

    a.  Continuous time-temperature recording with maximum temperature read from recording.

    b.  Ambient temperature.

    c.  Number of belts/magazines and rounds.

    d.  Rate of fire when firing, and overall rate of firing, including time to change belts/ magazines.

    e.  Time to cookoff, from last round fired, if it occurs.

    f.  Malfunctions in accordance with paragraph 5.

4.3  <u>Reliability and Durability.</u>

4.3.1  Background.  Reliability and Durability testing is conducted to determine the functional life of the weapon and its component parts.  The data from this test helps establish logistical requirements for parts stockage and replacement schedules, aids "repair or discard" decisions, and supports cost benefit analysis.

It is not possible to specify exactly how many rounds must be fired for a Reliability and Durability test.  Service life expectations vary among weapons, for example, a sniper rifle may have quite different requirements than that of an assault rifle.  Some weapons have very long lives, particularly those that are externally powered or employ multi-barrels.  In general, handguns and shoulder weapons are fired at least 6,000 rounds and machineguns and automatic weapons at least 25,000 rounds unless otherwise specified in the test plan or requirements documents.

All instances of malfunctions and failures are recorded.  Parts are replaced only when they become unserviceable or present a safety hazard.  When a specific part is being studied, continue the test only long enough to determine its useful life.

The nature of this test requires firing an unusually large number of rounds per day. Personnel should be provided with suitable personal protective equipment (PPE) such as heavy gloves, shoulder pads for shoulder fired weapons, and attire for protection from hot gun barrels and expended cartridge cases.  The large number of rounds fired may also increase toxic fumes to levels above those more typically encountered.  Since weapon barrels are often fired to, or past, the limits of serviceability, personnel must consider the possibility of erratic bullet flight and deviations from the established line-of-fire.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 56 of 126
SIG-ARMY000055

Downloaded from http://www.everyspec.com

4.3.2   Method.

    a.  Hand and Shoulder Weapons.

       (1)  Disassemble, thoroughly clean, inspect (including NDT of critical parts), lubricate, and reassemble at least five test weapons.  Record headspace and barrel bore measurements for each weapon.

       (2)  Fire three each ten-round targets from each test weapon using the procedures given in paragraph 4.4 and record velocity and dispersion.  The range distances for targets are usually established in the requirements documents; when they are not specified, refer to test reports on similar items, or use 50 meters for handguns, 100 meters for shoulder weapons, and 300 meters for sniper weapons.  Velocities should be recorded as corrected to muzzle using any appropriate instrumentation; the same instrumentation should be used for the duration of the test.

       (3)  Fire each test weapon in accordance with the firing procedure (number of rounds, firing cycle, mode of fire, sequence of modes) as specified in the test plan or requirements document.  All firing is done with the weapon firmly hand-held or held in an appropriate mount. If a firing procedure is not specified, use the firing cycle shown below.  Note that the procedure is based on a typical 30-round magazine and may need to be adjusted to account for specific magazine sizes.

    The basic firing cycle is 120 rounds (the first cycle includes the rounds fired for velocity and dispersion).  Observe a minimum time of 10 minutes to cool the weapon after firing the 120 rounds.

    Every 240 rounds, the weapon must be cooled to the point that the barrel can be held in a bare hand indefinitely (these cycles may have to be modified if they approach or exceed the cookoff temperature, see para 4.2).

    Every 600 rounds (five 120-round cycles), wipe and lubricate the weapon without disassembly.

    Every 1200 rounds (ten 120-round cycles), disassemble the weapon and CIL.  Fire the 30-round dispersion and velocity as given in paragraph 4.4.2(e) (4).

    Every 2400 rounds add NDT to the CIL (NDT may not need to be done early in the progress of the test if the general weapon characteristics are known from experience with similar weapons).

    Continue the above process for a total of 7200 rounds, or as specified in the test plan or requirements documents.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 57 of 126
SIG-ARMY000056

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

(4)  For weapons capable of only single-shot or semiautomatic operation, fire at a regular cadence of approximately one shot per second for semiautomatic or one shot per five seconds for single-shot weapons.  Reloading and magazine changes should be done at a pace that can be comfortably maintained throughout the firings.

For weapons capable of both semiautomatic and full automatic fire, fire the first half of each 120-round cycle (if necessary, adjust round count to the nearest full magazine) in the semiautomatic mode at a rate of approximately one shot per second, and fire the second half in bursts of three to five shots at a rate of approximately 85 shots per minute.  Record the cyclic rates of the first and last burst in each 120-round cycle.

Weapons with only full automatic fire capability are fired in three to five round bursts at a rate of approximately 85 shots per minute (this will take about 1 min and 29 sec).  Record the cyclic rates of the first and last burst in each 120-round cycle.

b.  Machineguns and Automatic Weapons.  Fire these weapons 25,000 rounds each in accordance with the procedures below using firing schedules applicable to the weapon.  The procedure is as follows:

(1)  Disassemble, thoroughly clean, inspect (including NDT of critical parts), lubricate, and reassemble at least three test weapons.  Record headspace and barrel bore measurements for each barrel in its assigned receiver.

(2)  Use ammunition representative of the standard combat mix unless otherwise specified by the test plan or requirements documents.  A typical mix is four ball cartridges to one tracer cartridge.  If a mix is used, it is necessary to keep track of the order of the cartridges since the data for any stoppage or malfunction must include the specific type of cartridge involved.

(3)  The basic firing cycle is 200 rounds at a given condition, unless otherwise dictated by the test plan or requirements documents.  The first 200-round cycle is fired from a stable mount (test stand, sandbagged tripod, etc.).  The first 30 rounds are fired for accuracy and velocity measurements (three each ten-round burst targets).  If an ammunition mix is used, the order of the cartridge types should be the same for each target so that each X/Y coordinate can be associated with its individual type of cartridge.  The range distances for targets are usually established in the requirements documents; when they are not specified, refer to test reports on similar items, or use 100 meters.  Cyclic rates are recorded for each of the ten-round burst targets.  Velocities should be recorded as corrected to muzzle using any appropriate instrumentation; the same instrumentation should be used for the duration of the Reliability and Durability test.  The remaining 170 rounds of the first 200-round cycle are fired in bursts of five to seven shots at a rate of approximately 85 rounds per minute.

16

SIG-ARMY-000057

Downloaded from http://www.everyspec.com

(4)   Following the initial 200-round cycle, subsequent cycles are done by firing the first 100 rounds in bursts of five to seven shots at a rate of approximately 85 shots per minute (this will take about 1 min and 11 sec).  The remaining 100 rounds are fired in two bursts of 50 rounds with a 15 second period between bursts.

(5)   The 200-round cycles are continued until the end of the scheduled maintenance period.  This period may be determined in two ways:  1.  As specified in the test plan or requirements documents.  2.  Use a standard schedule of cleaning and relubrication, without disassembly (wipe and lubricate), at 2000 rounds followed by a complete disassembly, inspection, cleaning and lubrication and NDT at 4000 rounds (NDT may not need to be done early in the progress of the test if the general weapon characteristics are known from experience with similar weapons).

(6)   After the weapon is reassembled, record headspace and barrel bore measurements and repeat the 4000-round cycle including the target firing.  Continue this procedure until at least 25,000 rounds are fired unless otherwise specified in the test plan or requirements documents.  The final 200-round cycle should be fired as in paragraph 4.3.2(b) (2) to record the final weapon performance.  A detailed inspection, including a magnetic particle or dye penetrant inspection of components subjected to stress, is done after all firings are completed.

(7)   Many weapons have barrels that are designed to be changed by the operator (often called "quick change" barrels).  Usually the Soldier has access to one spare barrel in addition to the barrel in his weapon.  In this case, the two barrels are assigned to a specific weapon; the barrels are rotated equally in the firing sequence with each barrel being used to fire a complete 200-round cycle with complete cooling of the barrel between cycles.  The initial 200-round cycle must be modified so that each barrel is fired 30 rounds for accuracy and dispersion as detailed in paragraph 4.3.2(b)(2) above; subsequent 200-round cycles following maintenance intervals also require firing all barrels.

(8)   Consideration must be given to the way the test weapon is designed to be held or mounted in use.  Below are recommended firing conditions for various likely weapon characteristics:

If the weapon is equipped with an attached bipod, but is not designed to be otherwise mounted, all firing should be done using the bipod (it may be sandbagged or firmly emplaced to assure safe control of the weapon).

Many machineguns are intended to be fired from a variety of mounts such as a bipod, tripod, and pintle type mount.  It is preferable to distribute firings among representative mounts; for example, 2000 rounds from the bipod, 2000 rounds from a tripod, and 2000 rounds from a pintle repeated through the entire test.  The pintle mount should simulate its likely configuration on the platform (vehicle, watercraft, aircraft) for which it is designed to be used.

Downloaded from http://www.everyspec.com

(9) Weapon barrels are treated the same as other parts, that is, they are only replaced when they become unserviceable or unsafe. Barrel serviceability limits may be defined by the test plan or requirements documents. If no such information is available, replace barrels when needed by the following three conditions: 1. If replacement is indicated by a barrel wear gauge designed for the specific weapon/barrel being tested. 2. When the average bullet velocity of the three ten-round bursts falls more than 6 percent below that recorded initially. 3. If gross bullet instability is noted, such as yawing, extreme increases in dispersion, etc.

Note that small arms barrels typically demonstrate a very slow drop in velocity and increase in dispersion over a life of thousands of rounds (some barrels may actually gain velocity early in their life before the velocity starts decreasing). Near the end of the barrel life, however, degradation happens very rapidly, often only a few hundred rounds separate a worn but serviceable barrel from one that is grossly unserviceable or even hazardous. Therefore, test personnel must always be alert for indications of imminent barrel failure. These indications may include an increase in muzzle flash, erratic flight of bullets (easily observed if traced ammunition is being fired), an increase in the malfunction rate, and any other significant change in weapon performance.

4.3.3 Data Required.

    a. Muzzle velocity.

    b. Target accuracy and dispersion, and distance to the target.

    c. Cyclic rate of automatic fire.

    d. Ambient temperature.

    e. Malfunctions, breakages, and replacement parts in accordance with paragraph 5.

    f. Bore and headspace measurements.

    g. NDT results.

4.4 Accuracy and Dispersion.

4.4.1 Background.

    a. This test determines the inherent accuracy and dispersion characteristics of the test weapons throughout their tactical ranges when fired hand-held from a supported position or fired from a mechanical mount secured to a rigid base.

Downloaded from http://www.everyspec.com

b. Accuracy is a measure of the ability of weapon-ammunition system to center projectile impacts on the point of aim. Dispersion is the extent to which projectile impacts spread about the center of impact because of shot-to-shot variations. Methods of calculating measurements of accuracy and dispersion are given in ITOP 4-2-829[8]. In tests of weapons, a dispersion test requires that the effect of variations in ammunition be eliminated in so far as possible; therefore, the lot of ammunition used must be one that has a small and consistent dispersion.

c. Results of the Accuracy and Dispersion test are often used as a "baseline" for evaluation of subsequent test results. Ideally, accuracy and dispersion data will be generated by each of three separate procedures.

(1) Firing the ammunition from a special test barrel (referred to as a "Mann barrel").

(2) Firings from the weapon/ammunition combination from a test stand.

(3) Manned firing of the weapon/ammunition combination (man-in-the-loop). Conducting all three procedures will allow comparison of data across conditions and will greatly aid the development of an error budget.

4.4.2  Method.

a. Ammunition Selection.

(1) Ammunition can be selected through review of ammunition acceptance test results (available from the manufacturer). The results must be in the form of the actual recorded dispersion; ammunition lots that only marginally meet the acceptance criteria should not be used.

(2) Candidate ammunition lots can be fired to determine their inherent dispersion. This process requires special test barrels (Mann type barrels) and rigid test mounts. Refer to the acceptance test procedures given in the specification for each specific cartridge for details of the test procedure.

(3) The Accuracy and Dispersion test should be done with the type(s) of ammunition identified in the requirements documents or test plan. If no other information is available, fire one of each category of cartridge likely to be used in combat (for example, ball, trace, sabot, etc).

b. Targets. Electronic targets that do not physically interfere with the bullet trajectory are preferred. Electronic targets also expedite the test by allowing multiple targets along the line-of-fire so that each shot is recorded at multiple ranges. Care must be taken to establish a reproducible aim point. Physical targets, such as paper, cloth, or plywood may also be used; these require careful manual measurement of each bullet hole. Targets are positioned perpendicular to the line-of-fire.

19

Downloaded from http://www.everyspec.com

c.  Weapon Mounts.

(1)  Hand-held firing.  Weapons, particularly hand and shoulder weapons, may be fired manually from a supported position.  This can be accomplished by seating the person firing the weapon in a comfortable position with the weapon supported by sandbags or a height adjustable rest (this is often referred to as a "bench rest" position).  The weapon should be supported such that the firer needs only to adjust the final aim of the weapon.  Trained and experienced firers should be used.  Care must be taken to not fatigue the person firing the weapon.

(2)  Mechanical mounts.  The gun mount must be compatible with the specific weapon being tested.  Specific procedures must be designed for assembling the weapon to the mount and adjusting the aiming of the mount/weapon system.

d.  Meteorological Conditions.

(1)  Ensure that the velocity of the transverse wind is no greater than 16 km/hr (10 mph) or varies by more than 8 km/hr (5 mph); wind parallel to the line-of-fire should not exceed 24 km/hr (15 mph) or vary by more than 12 km/hr (7.5 mph).  These are the maximum wind velocity conditions permitted and are not necessarily acceptable for all small arms projectiles at all ranges.  Records of previous tests of the same or closely related weapon should be consulted before establishing the maximum permitted wind velocities for the test.

(2)  Firings should be done with the weapon and ammunition at standard ambient conditions ($25 \pm 10\ ^oC$ ($77 \pm 18\ ^oF$) and 20- to 80-percent relative humidity).  The ambient air temperature along the trajectory of the bullet may not be within the standard ambient conditions, in these cases consult with the program evaluator, customer, and test manager to determine if conditions are acceptable.

e.  Hand Guns and Shoulder Weapons.

(1)  Position targets at the ranges indicated by the requirement documents or test plan. Use the target distances below if no other guidance is provided:

(a)  Hand guns - 50 meters.

(b)  Submachine guns - 50 and 100 meters.

(c)  Shoulder weapons - 100, 300, and 500 meters.

(2)  Disassemble, clean, lubricate with prescribed lubricant, and reassemble at least five test weapons.

Downloaded from http://www.everyspec.com

(3)   Zero each weapon in accordance with the weapon or sight manual; zero the weapon for 100 meters if manuals are not available.  Fire any additional rounds needed to assure that the weapon is sighted on target.  If sighting rounds are not required, fire three rounds to condition the barrel (these shots are often referred to as "warmer rounds").

(4)   After the sighting rounds, fire at least three (preferably five) targets as follows:

Three experience shooters each fire ten rounds semiautomatically from the test weapon at each target from a bench rest or mechanical mount.  Ideally, specific shooters are assigned to each specific weapon throughout the accuracy test firings.  Sight alignment is checked before each shot is fired.  Use a boresight (optical or laser) as necessary to check alignment to the target aiming point if the weapon is not equipped with sights.

For weapons capable of automatic fire, also fire 30 rounds at each target automatically in bursts of three rounds.  Note that for hand-held firings it may not be possible to keep all three rounds on the longer-range targets.

(5)   The tests may need to be repeated to evaluate particular capabilities of the weapon design or to examine specific technical requirements. These include tests to determine the effect of muzzle attachments such as bayonets, sound suppressors, etc.

f.   Machineguns.

(1)   Position targets at the ranges indicated by the requirement documents or test plan. It is difficult to suggest target ranges due to the large variety of machinegun calibers and the many ways they are employed.  If no other guidance can be obtained, place targets at 100 and 300 meters for weapons of less than caliber 7.62 mm, and at 100, 300, and 500 meters for calibers of 7.62 mm and larger.  If possible, the target ranges should include the maximum desired effective point fire range.

(2)   Disassemble, clean, lubricate with prescribed lubricant, and reassemble at least three test weapons.

(3)   Assemble the weapon to the mechanical mount in accordance with the procedures for the specific combination.  Fire enough rounds to ensure that each test weapon is correctly sighted on target.  If sighting rounds are not required, fire three rounds to condition the barrel.

(4)   Fire a ten-round burst, fully automatic, from each weapon at each of three targets at each range.  Other burst lengths may be appropriate as indicated by the test plan, requirement documents, etc.  Sight alignment is checked before and after each burst is fired to assure that the weapon has not moved during the burst.  Use a boresight (optical or laser) as necessary to check alignment if the weapon is not equipped with sights.  If an ammunition mix is used, the order of

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 63 of 126
SR-ARMY-000062

Downloaded from http://www.everyspec.com

the cartridges must be known for each target so that each X and Y coordinate can be associated with its individual type of cartridge. For example, for a typical mix of four ball cartridges to one tracer cartridge, order the cartridges so that the fifth and tenth rounds are always the tracer cartridges.

(5)  The tests may need to be repeated to evaluate particular capabilities of the weapon design or to examine specific technical requirements.  For example, weapons with quick-change barrels may have a requirement that the center of impact of each barrel fall within specified limits.

4.4.3  Data Required.  Measure and record the following:

    a.  X and Y coordinates of each impact relative to the aim point.

    b.  Type of cartridge associated with each impact coordinate.

    c.  Target data reduced in accordance with ITOP 4-2-829.

    d.  Inherent ammunition dispersion (from lot acceptance or test firings).

    e.  Target ranges and nature of target.

    f.  Photographs of test mounts and bench rest firing facility.

    g.  Procedures used to mount and fire weapons.

    h.  Malfunctions, breakages, and replacement parts in accordance with paragraph 5.

    i.  Meteorological conditions.

4.5  <u>Adverse Conditions</u>.

    a.  Background.

(1)  By the very nature of their use, small arms are exposed to, and must reliably operate in, adverse conditions.  These adverse conditions consist of both natural environments (such as extreme temperature and rain) and in induced environments (such as sand and dust caused by vehicular traffic).  These adverse conditions vary by the climate of the geographic areas of intended use.  The climatic conditions, as well as performance standards for operations, storage, and transit for each system, are specified in applicable requirements documents.

SIG-ARMY-000063

Downloaded from http://www.everyspec.com

(2)   The basic documents describing military environmental extremes are AR 70-38[9] (Research, Development, Test and Evaluation of Materiel for Extreme Climatic Conditions) and MIL-HDBK-310[10], Global Climatic Data for Developing Military Products.  MIL-STD-810F[11] (Environmental Test Methods) establishes uniform environmental test methods for determining the resistance of equipment to the effects of natural and induced environments peculiar to military operations.  General DTC policy concerning climatic testing is given in DTC Memorandum 73-1[12], Testing Systems for Climatic Suitability and Effectiveness.  Some adverse conditions test procedures, such as for mud, have been developed within ATC since there is no known Army wide procedure.

b.  AR 70-38 requires that climatic tests be done, as a minimum, under the "basic" climate conditions as defined by the AR.  If requirement documents require worldwide operation, the system must be able to operate in all four climatic design types.  The climatic design types, extracted from AR 70-38 are shown in Table 3.  The "Induced Air Temperature" should be used as the high temperature for each climatic design type since small arms are subject to solar radiation in use as well as in storage.

TABLE 3.  AR 70-38, CLIMATIC DESIGN TYPES

| Climatic Design Type | Daily Cycle | Operational Conditions | | | | | | Storage and Transit Conditions | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Ambient Air Temperature | | | | Solar Radiation BTU/hr, W/m² | Ambient Relative Humidity (RH), % | Induced Air Temperature | | Induced RH, % |
| | | Daily Low | | Daily High | | | | | | |
| | | °C | °F | °C | °F | | | °C | °F | |
| Hot | Hot Dry (A-1) | 32 | 90 | 49 | 120 | 0 to 355 (0 to 1120) | 3 to 8 | 33 to 71 | 91 to 60 | 1 to 7 |
| | Hot Humid (B-3) | 31 | 88 | 41 | 105 | 0 to 343 (0 to 1080) | 59 to 88 | 33 to 71 | 91 to 160 | 14 to 80 |
| Basic | Constant High Humidity (B-1) | Nearly Constant 24 °C (75 °F) | | | | Negligible | 95 to 100 | Nearly Constant 27 °C (80 °F) | | 95 to 100 |
| | Variable High Humidity (B-2) | 26 | 78 | 35 | 95 | 0 to 307 (0 to 970) | 74 to 100 | 30 to 63 | 86 to 145 | 19 to 75 |
| | Basic Hot (A-2) | 30 | 86 | 43 | 110 | 0 to 355 (0 to 1120) | 14 to 44 | 30 to 63 | 86 to 145 | 5 to 44 |
| | Temperate (A-3) | 28 | 82 | 39 | 102 | 0 to 335 (0 to 1060) | 43 to 78 | 28 to 58 | 82 to 136 | See note below |
| | Basic Cold (C-1) | -32 | -25 | -21 | -5 | Negligible | Tending toward saturation | -25 to -33 | -13 to -28 | Tending toward saturation |
| Cold | Cold (C-2) | -46 | -50 | -37 | -35 | Negligible | Tending toward saturation | -37 to -46 | -35 to -50 | Tending toward saturation |
| Severe Cold | Severe Cold (C-3) | -51 °C (-60 °F) | | | | Negligible | Tending toward saturation | -51 | -60 | Tending toward saturation |

Note:  Humidities for the A-3 storage condition vary too widely between different situations to be represented by a single set of conditions.

23

SIG-ARMY-000064

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

c.  General Test Conditions.  During environmental functioning tests, it may be desirable to condition the weapons fully loaded (safety selector in the Safe position), including leaving a round in the weapon chamber for closed bolt firing designs; however, this is not normally done due to the safety hazards involved.  The decision must be based on a careful review of the conditions for each specific test.  For example, it may be acceptable to subject fully loaded weapons to the mud test and to the rain test since the weapon operator maintains a "hands on" control of the weapon at all times.  Conversely, weapons subjected to unattended conditions, such as temperature conditioning, are not conditioned loaded as there is no continuous hands on control.  Weapons firing from the open-bolt position are prepared by leaving the chamber empty and the bolt in the seared position, these weapons must be subjected to the same safety review as for the closed bolt weapons.  For some tests and because of safety precautions, it may be more realistic to condition the weapons "half loaded", i.e., with the bolt in the battery position and the chamber empty, so that a full stroke of the charging handle is required to completely load the weapon.

If test results indicate a high number of first round failures, it may be necessary to manually operate the firing mechanism several times to restore proper operation of the weapon. When this action is performed, it will be so noted.

When testing weapons with multiple cyclic rates of fire, rotate the firing cycles among the various rates of fire.

Specified lubricants to be used in each environmental test are determined by reference to appropriate manuals or other authority.  In addition to observations of general weapon performance, also report requirements for additional lubrication and cleaning.  Do not clean or relubricate test weapons unless required for completion of the test.

4.5.1  Extreme Temperatures.  Small arms are exposed to extreme temperatures during operation, transit, and storage.  Table 3 provided test temperature guidance based on AR 70-38.  If requirements documents or the test plan do not specify the number of weapons and rounds to be fired, use three weapons and the number of rounds per weapon as shown in Table 4.

Case 6:22-cv-03095-MDH     Document 121-15     Filed 11/05/24     SRG-ARMY-000065

Downloaded from http://www.everyspec.com

TABLE 4. RECOMMENDED AMMUNITION REQUIREMENTS
(MINIMUM)

| Type of Weapon | No. of Rounds per Weapon[a] | |
| --- | --- | --- |
| | Low Temperature | High Temperature |
| Hand and shoulder | 2880 | 960 |
| Machinegun | [b]8000 | [c]4000 |

[a]Unless otherwise specified.
[b]The number of rounds equal to two cleaning cycles.
[c]The number of rounds equal to one cleaning cycle.

a. High Temperature Test.

(1) Background. This subtest determines the effect of extreme high temperatures on the functioning performance of weapons. Personnel are required to load, fire, and service the weapon in the high temperature environment; local SOPs must be followed to prevent possible heat injuries. Consideration must be given to the possibility of a cookoff at fewer rounds than expected due to the higher starting temperatures of the weapon and ammunition.

(2) Method. Clean and lubricate three test weapons, use the lubricant specified for high temperatures. Condition the three test weapons, spare barrels (if applicable), and the ammunition in a climatic chamber for at least 6 hours at the temperature specified in the test plan. If there is no other guidance, use $71\,^{o}C$ ($160\,^{o}F$) in accordance with Table 3.

Test each hand and shoulder weapon within the chamber as follows:

Fire 960 rounds (in 240-round cycles divided into two 120-round groups) with 2-hour minimum reconditioning times between cycles using the firing cycles detailed in paragraph 4.3, Reliability and Durability, unless otherwise specified in the test plan, requirements documents, etc. Measure the cyclic rate-of-fire for each automatically fired burst or measure on a sampling schedule if specified in the test plan. Do not perform maintenance during the 960-round cycle unless otherwise specified.

After 960 rounds have been fired through each weapon, remove the weapons from the conditioning chamber, and disassemble, thoroughly inspect, clean, and lubricate each one. If maintenance is required before the end of the 960-round cycle (as indicated by increased malfunction rate, difficulty in loading or operating the weapon, etc.), remove the weapon from the chamber and perform maintenance as required.

Downloaded from http://www.everyspec.com

Test each machinegun within the chamber as follows:

Fire 4000 (minimum) rounds (in 200-round cycles) at the designed sustained rate-of-fire specified in applicable requirement documents.  If no designed sustained rate-of-fire is specified, fire the first 100 rounds of each cycle at a rate-of-fire of 85 shots per minute in bursts of five to seven rounds each.  Fire the remaining 100 rounds in two bursts of 50 rounds each.  Measure the cyclic rate of fire for each 50-round burst or measure on a sampling schedule if specified in the test plan.  Maintain a 1-hour minimum reconditioning time between firing cycles, unless otherwise specified in the test plan, requirements documents, etc.  If replacement barrels are used, they are also subject to the 6-hour conditioning requirement and a 1-hour minimum reconditioning between firings.  Do not perform maintenance during the 4000-round cycle unless otherwise specified.

Perform maintenance at intervals specified in applicable requirements documents.  If no scheduled maintenance intervals are specified, perform cleaning and lubrication, without disassembly, at 2000-round intervals.  Do not perform additional maintenance unless weapon operation is degraded as evidenced by loss of cyclic rate, increased frequency of malfunctions, etc.  All maintenance is performed after removing the weapons from the temperature chamber.  After the 4000 rounds have been fired through each weapon, remove the weapons from the conditioning chamber, and disassemble, thoroughly inspect (including NDT, if appropriate), clean, and lubricate each one.

If the weapon is fired remotely using a gun solenoid, the voltage selected for the test should be the maximum operating voltage specified.

    (3)  Data Required.  Record the following:

        (a)  Temperature and exposure times.

        (b)  Cyclic rate of automatic fire.

        (c)  Malfunctions in accordance with paragraph 5.

        (d)  Any damage noted during inspection.

        (e)  All maintenance actions performed.

        (f)  All difficulties in loading or operating the weapons.

SIG-ARMY-000067

Downloaded from http://www.everyspec.com

b.  Low Temperature Test.

(1)  Background.  This subtest determines the effect of extreme low temperatures on the functioning performance of weapons.  Personnel are required to load, fire, and service the weapon in the low temperature environment; therefore, local SOPs must be followed to prevent possible injuries due to the cold environment.  Particular attention must be given to avoid the contact of bare skin with the weapon, ammunition, or any cold surface.

(2)  Method.  Clean and lubricate three test weapons, use the lubricant specified for low temperatures.  Condition the three weapons, spare barrels (if applicable), accessories, and the ammunition in a climatic chamber for at least six hours at the applicable low temperature indicated in the test plan or requirement documents.  If no other guidance is available, use -51 $^{o}$C (-60 $^{o}$F) in accordance with Table 3.  The recommended minimum number of rounds to be fired through each weapon is shown in Table 4.

Test each hand and shoulder weapon as follows:

Fire 960 rounds (in 240-round cycles divided into two 120-round groups) with 2-hour minimum reconditioning times between cycles using the firing cycles detailed in paragraph 4.3, Reliability and Durability, unless otherwise specified in the test plan, requirements documents, etc.  Measure the cyclic rate-of-fire for each automatically fired burst or measure on a sampling schedule if specified in the test plan.  Do not perform maintenance during the 960-round cycle unless otherwise specified.

After 960 rounds have been fired through each weapon, remove the weapons from the conditioning chamber and disassemble, thoroughly inspect, clean, and lubricate each one.  Record any changes noted.

Repeat the test two more times for a total of 2880 rounds fired from each weapon.

Test each machinegun within the chamber as follows:

Fire 8000 rounds per weapon (minimum), or two cleaning cycles in 200-round cycles at the designed sustained rate-of-fire specified in applicable requirement documents.  If no designed sustained rate-of-fire is specified, fire the first 100 rounds of each cycle at a rate-of-fire of 85 shots per minute in bursts of five to seven rounds each.  Fire the remaining 100 rounds in two bursts of 50 rounds each.  Details of this firing cycle are given in paragraph 4.3, Reliability and Durability.  Measure the cyclic rate-of-fire for each 50-round burst or measure on a sampling schedule if specified in the test plan.  A 2-hour minimum reconditioning time between firing cycles is maintained, unless otherwise specified in the test plan, requirements documents, etc.  If replacement barrels are used, they are also subject to the 6-hour conditioning requirement and 2-hour minimum reconditioning between firings.  After 4000 rounds have been fired through each weapon, remove the weapons from the conditioning chamber, and disassemble, thoroughly inspect (including NDT, if appropriate), clean, and lubricate each one.

SIG-ARMY-000068

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

After the 8000 rounds have been fired through each weapon, remove the weapons from the conditioning chamber, and repeat the 4000-round maintenance.

Observe conditions peculiar to operation at low temperature such as increased charging forces, increased power requirements, and maintenance difficulties including minor adjustments and problems in field stripping when using cold weather gear.

If the weapon is fired remotely using a gun solenoid, the voltage selected for this test should be the minimum operating voltage specified. If unsatisfactory operation results, determine the increased voltage required for satisfactory operation.

(3) Data Required. Record the following:

(a) Temperature and exposure times.

(b) Cyclic rate of automatic fire.

(c) Malfunctions in accordance with paragraph 5.

(d) Any damage noted during inspection.

(e) Evidence of bullet instability.

(f) All maintenance actions performed.

(g) Any change in solenoid voltage.

(h) All difficulties in loading or operating the weapons.

4.5.2 Humidity Test.

a. Background. This subtest determines the effect of high humidity on the functioning performance of weapons. Effects can include surface reactions such as rust and corrosion, material reactions such as swelling and delaminating, and degradation of lubricants.

b. Method.

(1) The humid test environment is detailed in MIL-STD-810F, Method 507.4. The procedure is based on the 48-hour cycle shown in Figure 1. The standard test requires five cycles for a total duration of 10 days. Requirements documents or the test plan may require a longer duration. Subject the test weapons, spare barrels (if required), and ammunition to the 10-day test environment without cleaning or adding lubricant.

28

SIG-ARMY-000069

Downloaded from http://www.everyspec.com



Figure 1.  Humidity cycle, MIL-STD-810F, Method 507.4.

Note 1 = During temperature change, use a tolerance of not greater than 3 $^o$C (5 $^o$F).
Note 2 = Maintain the relative humidity at 95 $\pm$ 4 percent at all times except that during the
          descending temperature periods the relative humidity may drop as low as 85 percent.
Note 3 = Use a rate of temperature change between 30 and 60 $^o$C of not less than 8 $^o$C per hour.
Note 4 = Do not use a temperature increase in this portion of the curve that is less than 10 $^o$C
          per hour.

     (2)  Hand and shoulder weapons.  Expose at least three test weapons to the
temperatures and humidities indicated in Figure 1 for 10 days (five each 48-hour cycles).  The
960 rounds of ammunition required for this test are not exposed to the humidity cycle.

     Firings (done with the weapon removed from the chamber) will be scheduled to be done
during the test period between the 43 and 48 hours of the test exposure cycle.

     On the third, fifth, eighth, and tenth days of exposure, fire 240 rounds of ammunition in
two each 120-round groups.  Observe a time period between the two 120-round groups sufficient
to assure that the specific weapon stays below the cookoff temperature.

     For weapons capable of only single-shot or semiautomatic operation, fire at a regular
cadence of approximately one shot per second for semiautomatic or one shot per 5 seconds for
single-shot weapons.  Reloading and magazine changes should be done at a pace that can be
comfortably maintained throughout the firings.

29

Downloaded from http://www.everyspec.com

For weapons capable of both semiautomatic and full automatic fire, fire the first half of each 120-round magazine (adjust round count to the nearest full magazine) in the semiautomatic mode at a rate of approximately one shot per second, and fire the second half in bursts of three to five shots at a rate of approximately 85 shots per minute.

Weapons with only full automatic fire capability are fired in three to five round bursts at a rate of approximately 85 shots per minute.

If an unscheduled interruption occurs that causes the exposure conditions to fall below allowable limits, the test must be restarted from the end of the last successfully completed 48-hour cycle.

Weapons are not cleaned or maintained at the conclusion of the 240-round firing cycle; they are placed back into the test chamber and exposed to another 48-hour cycle.

After 960 rounds have been fired through each weapon, remove the weapons from the conditioning chamber and disassemble, thoroughly inspect, clean, and lubricate each one. Record any damage noted. If any weapon's operation was degraded at the end of the procedure, fire one 240-round cycle to determine if the maintenance actions have restored the weapon to proper operation.

      (3)  Machineguns. Machineguns are tested in the same manner as hand and shoulder weapons except that the firing cycle consists of 200 rounds (total 800 rounds). The first 100 rounds are fired in five- to seven-round bursts at a rate of approximately 85 shots per minute. The remaining 100 rounds are fired in two bursts of 50 rounds each. Cyclic rates will be recorded for the 50-round bursts.

  c.  Data Required. Record the following:

    (1)  Records to substantiate proper exposure chamber operation.

    (2)  Malfunctions in accordance with paragraph 5.

    (3)  Any damage noted during inspection.

    (4)  All maintenance actions performed.

    (5)  Cyclic rates for machinegun bursts.

4.5.3  Water Spray (rain) Test.

  a.  Background. This subtest determines the effects of a heavy rainfall on weapon performance. It is an appropriate test for all types of small arms that are used or transported in a rain environment. For weapons exposed to extreme wind driven rain, such as those mounted on the exterior of vehicles, watercraft, or aircraft, MIL-STD-810F, Test 506.4, Procedure 1, may be appropriate.

Case 6:22-cv-03095-MDH   Document 121-15   Filed 11/05/24   Page 72 of 126

SIG-ARMY000071

Downloaded from http://www.everyspec.com

The rainfall rate of 1.7 mm/min (10.2 cm/hr) is consistent with the highest 1-hour rates shown in MIL-HDBK-310, MIL-STD-810F, and North Atlantic Treaty Organization (NATO) Allied Environmental Conditions and Test Publication (AECPT) 300.  The 3-hour exposure (30 cm of rain) simulates the maximum total rainfall in a 12-hour period in monsoon conditions (as shown in MIL-HDBK-310).

**CAUTION:**  This test requires that personnel load, fire, and clear weapons while in a heavy rain environment.  Visibility will be reduced and surfaces may be slippery.  There is a risk of catastrophic weapon failure if the weapon is fired with a water-filled bore (see para 4.13, Blocked Barrel).  The shooter must be provided with the proper PPE for firing weapons while in a heavy rain environment.

   b.  Method.

      (1)  Disassemble, clean, lubricate, and reassemble three weapons.

      (2)  Adjust the water supply to provide a spray of water failing at a rate of about $10 \pm 1$ cm/hr ($3.9 \pm 0.4$ in./hr) from a height great enough to direct the spray over the entire weapon.

      (3)  Conduct the water spray test for handgun and shoulder weapons according to the basic sequence of operations listed in Table 5.  For machineguns and automatic weapons, conduct the test as shown in Table 6.  The round counts shown are advisory; they may be tailored to account for magazine sizes, typical Soldier combat loads, and capacity of load bearing equipment, etc.  Use the firing cycles established in paragraph 4.3, Reliability and Durability, except that there is no maintenance performed during this test.

      (4)  Ammunition should be removed from sealed containers and be exposed, along with the weapons, in its lowest packing configuration (i.e., bandoliers, clips, loaded magazines, etc.).

      (5)  The weapons are subjected to the water spray continuously throughout the test. They are not removed for firing.  The shooter should be provided with a test fixture, bench, or table to facilitate loading and firing the weapons.

      (6)  After completion of firing, disassemble, thoroughly inspect, clean, and lubricate each weapon.  Record any damage noted.  If any weapon's operation was degraded at the end of the procedure, fire one additional cycle to determine if the maintenance actions have restored the weapon to proper operation.

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

TABLE 5.  WATER SPRAY TEST FOR HANDGUNS
AND SHOULDER WEAPONS

| Test Condition | Exposure Time, min | Cumulative Time, Min | Rain, cm | |
|---|---|---|---|---|
| | | | Per Condition | Cumulative |
| Weapon Horizontal Bolt open | 12 | 12 | 2 | 2 |
| Loaded, but closed | 12 | 24 | 2 | 4 |
| 120 rounds[c] | 6 | 30 | 1 | 5 |
| Bolt open | 12 | 42 | 2 | 7 |
| Loaded, bolt closed | 12 | 54 | 2 | 9 |
| 120 rounds[c] | 6 | 60 | 1 | 10 |
| Weapon Muzzle Up[a] Bolt open | 12 | 72 | 2 | 12 |
| Loaded, bolt closed | 12 | 84 | 2 | 14 |
| 120 rounds[c] | 6 | 90 | 1 | 15 |
| Bolt open | 12 | 102 | 2 | 17 |
| Loaded, bolt closed | 12 | 114 | 2 | 19 |
| 120 rounds[c] | 6 | 120 | 1 | 20 |
| Weapon Muzzle Down Bolt open | 12 | 132 | 2 | 22 |
| Loaded, bolt closed | 12 | 144 | 2 | 24 |
| 120 rounds[c] | 6 | 150 | 1 | 25 |
| Bolt open | [b]12 | 162 | [b]2 | 27 |
| Loaded, bolt closed | [b]12 | 174 | [b]2 | 29 |
| 10 rounds[c] | [b]6 | 180 | [b]1 | 30 |

[a]Before attempting to fire, hold the weapon with muzzle down; unlock the bolt slightly, and drain any water accumulated in the bore.
[b]As required to finish the program with 30 cm cumulative rain total.
[c]For weapons with the capability of both semiautomatic and full automatic fire, fire the first 50 rounds semiautomatically and the second 50 rounds in bursts of three to five rounds.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 74 of 126    SRG-ARMY-000073

Downloaded from http://www.everyspec.com

TABLE 6.  WATER SPRAY TEST FOR MACHINEGUNS

| Test Condition | Exposure Time, min | Cumulative Time, Min | Rain, cm | |
|---|---|---|---|---|
| | | | Per Condition | Cumulative |
| Weapon Horizontal Bolt closed, half loaded | 12 | 12 | 2 | 2 |
| Bolt open, fully loaded | 12 | 24 | 2 | 4 |
| 200 rounds[a] | 6 | 30 | 1 | 5 |
| Bolt closed, half loaded | 12 | 42 | 2 | 7 |
| Bolt open, fully loaded | 12 | 54 | 2 | 9 |
| 200 rounds[a] | 6 | 60 | 1 | 10 |
| Weapon Muzzle Up[b] Bolt closed, half loaded. | 12 | 72 | 2 | 12 |
| Bolt open, fully loaded | 12 | 84 | 2 | 14 |
| 200 rounds[a] | 6 | 90 | 1 | 15 |
| Bolt closed, fully loaded | 12 | 102 | 2 | 17 |
| Bolt open, fully loaded | 12 | 114 | 2 | 19 |
| 200 rounds[a] | 6 | 120 | 1 | 20 |
| Weapon Muzzle Down Bolt closed, half loaded. | 12 | 132 | 2 | 22 |
| Bolt open, fully loaded | 12 | 144 | 2 | 24 |
| 200 rounds[a] | 6 | 150 | 1 | 25 |
| Bolt closed, fully loaded | [c]12 | 162 | [c]2 | 27 |
| Bolt open, fully loaded | [c]12 | 174 | [c]2 | 29 |
| 200 rounds[a] | [c]6 | 180 | [c]1 | 30 |

[a]The first 100 rounds are fired in five to seven round bursts at a rate of approximately 85 shots per minute.  The second 100 rounds are fired in two bursts of 50 rounds; record cyclic rates for the  50-round bursts.
[b]Before attempting to fire, unlock the bolt to allow water accumulated in bore to drain (closed bolt weapons).
[c]As required to finish the program with 30 cm cumulative rain total.


    c.  Data Required.  Record the following:

      (1)  Rate of rainfall.

      (2)  Water and ambient air temperatures.

      (3)  Any evidence of water retained in bore.

Downloaded from http://www.everyspec.com

(4)   Malfunctions in accordance with paragraph 5.

(5)   Cyclic rate of automatic fire.

(6)   Results of the post-firing inspections.

(7)   All maintenance actions performed.

4.5.4   Sand and Dust.

a.   Background.

(1)   Sand and dust are part of the natural environment in which small arms must operate.  The adverse effects of sand and dust include physical interference with moving parts, packing of recesses necessary for function, and wear and abrasion.

(2)   Naturally occurring sand and dust has a great variability of particle size and chemical composition.  The variability depends on geographic area, climatic conditions, and mechanical disturbances such as vehicular traffic.

(3)   The sand and dust compounds identified in this TOP have been chosen to comply with the information in AR 70-38 and MIL-HDBK-310.  There are two related compounds, one to simulate blowing dust and one to simulate a combination of blowing sand and dust.

(4)   These test procedures must often be tailored to correspond to requirement documents, operational requirements, and the availability of test and support items.  Tailoring considerations may include the following items:

(a)   Exposure times and number of cycles.

(b)   Degree of protection afforded the test weapon.

(c)   Degree of protection afforded ammunition during exposure.

(d)   Position and orientation of the test weapon.

(e)   Use of ancillary items such as weapon racks, ammunition pouches, etc.

(f)   Number of rounds fired.

(g)   Firing cycles.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 76 of 126    SIG-ARMY-000075

Downloaded from http://www.everyspec.com

    (h)   Control of ambient temperature.

    (i)   Maintenance and lubrication procedures.

**CAUTION:** The sand and dust compounds used in these procedures are largely composed of silica; this material is considered hazardous under Occupational Safety and Health Administration standards. Local safety specialists should be consulted to determine proper procedures. Obtain the manufacture's Material Safety Data Sheet for additional information.

  b.  Methods.

    (1)  Sand and dust compounds:

The compound for the blowing dust test is SIL-CO-SIL 125; this compound is 99.5-percent silicon dioxide with the particle size distribution show in the following table.

| Size, Microns | Less than 45 | 45 to 53 | 53 to 75 | 75 to 106 | 106 to 150 |
|---|---|---|---|---|---|
| Percent, by weight | 79 | 6 | 9 | 4.4 | 1.4 |

The compound for the blowing sand and dust test is a mixture, by weight, of the following three products: 50-percent SIL-CO-SIL 125, 42-percent No. 1 Dry Unground Silica, and 8-percent No. 3 Q-ROK Unground Silica. The resulting mixture is approximately 99.5-percent silicon dioxide and will have the particle distribution as shown in the following table.

| Size, Microns | Less than 45 | 45 | 53 | 75 | 106 | 150 | 212 | 300 | 425 | 600 | 850 | 1180 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent, by weight | 28.0 | 10.5 | 7.5 | 3.4 | 2.7 | 5.5 | 15.1 | 17.6 | 2.1 | 1.2 | 6.1 | 0.3 |

Supply sources are available from the manufacturer, U.S. Silica, P.O. Box 187, Berkeley Springs, WV 25411-0187, or www.u-s-silica.com.

    (2)  Test chambers. There are two types of test chambers, one for dynamic sand and dust testing and one for static tests.

The dynamic chamber is used for testing small weapons. It is designed to allow free access for an operator to fire the test weapon in a blowing dust, or sand and dust, environment. One possible design is a box 0.9 meter (3 ft) wide, 1.2 meters (4 ft) high, and 1.8 meters (6 ft) long, with transparent sides and an interior gun cradle. A volumetric dry feeder and electric blower are attached to the back end of the chamber. The feeder must deliver a constant but adjustable flow of dust mixture to the air delivery duct of the blower. A 7.6 cm (3-in.) vent hole is provided in the front (firing direction) of the box and is aligned with the blower duct in the other end. A pair of flexible gauntlet gloves for the shooter is attached over openings on each side of the box. The gloves provide dust-sealed access to the weapon and permit full control for installing magazines and firing the weapon.

35

Downloaded from http://www.everyspec.com

The static chamber is used for larger weapons or when it is not convenient to use the dynamic chamber. The chamber is a box of any size that allows free circulation of the sand and dust laden air around the test weapon. The chamber is provided with the same dust feeder and electric blower as for the dynamic chamber. Vents are provided to relieve any buildup of air pressure and aid air circulation. It may be bottomless so that it can be lowered over the weapon and mount. Access doors, windows, and cable ports are provided as needed but must fit tightly enough to contain the circulating atmosphere. The chamber does not need to accommodate firings, but should be located as closely as possible to a firing position.

(3)   Dynamic test procedure:

(a)   This subtest is conducted to determine the effects of blowing sand and dust on weapon performance using  the sand and dust mixture identified in paragraph 4.5.4.b(1). It simulates the conditions found near ground vehicles operating on unpaved terrain and the conditions caused by helicopter rotor downwash.

(b)   Use the dynamic chamber and adjust volumetric feeder and electric blower of the facility to dispense the mixture at a rate of $100 \pm 25$ g/m$^2$/min over the area of concern (this can be done by placing a flat collection plate of known size in the position to be occupied by the weapon, operating the chamber for one minute, and then weighing the mixture that has been deposited on the plate).

(c)   Clean and lubricate three test weapons. Place one weapon and one complement of ammunition into the chamber. The weapon should be in the orientation in which it would normally be fired; multiple tests may be necessary if there are other likely weapon exposure orientations. The ammunition complement will be four magazines for magazine-fed weapons, or 200 rounds for belt-fed infantry weapons; or one full complement of ammunition for weapons using special ammunition containers or feed mechanisms (such as armored vehicles, antiaircraft systems, aircraft weapons, etc.).

(d)   Turn on the dust dispenser and, operate for one minute, and then initiate weapon firing. Continue to dispense the dust mixture until firing is complete. The firing schedule for magazine-fed weapons is one magazine every 30 seconds, with the first two magazines fired semiautomatic and the last two fired in short bursts (if the weapon is capable of automatic fire). For belt-fed weapons, fire the 200 rounds in short bursts of five to seven rounds each with a pause of about two seconds between bursts (total time of about two min). Firing schedules may also be based on combat scenarios, weapon specifications, or other available information.

36

Downloaded from http://www.everyspec.com

(e)  It may be necessary to adopt a stepwise approach due to the restricted visibility and difficulty in loading the weapon.  Use the following steps:

<u>1</u>  Load the weapon and operate the dispenser for one minute.

<u>2</u>  Fire the weapon's magazine or belt.

<u>3</u>  Turn off the dispenser and wait for the dust atmosphere to clear.

<u>4</u>  Reload the weapon.

<u>5</u>  Operate the dispenser for one minute and fire.

<u>6</u>  Continue until the test is complete.

(f)  If weapon performance is unsatisfactory, clean congested parts as much as possible by blowing sharply or by jarring the weapon.  If performance is still unsatisfactory, replace the exposed ammunition with clean ammunition and try to complete the firings.

(g)  Record cyclic rates for all automatic bursts.  Record a complete time line of the test; this should include the time of each magazine change, malfunction encountered, time to clear the malfunction, and total time that the weapon is exposed to the blowing mixture.

(h)  Repeat the test with the other two weapons.

(4)  Static test procedure for sand and dust exposure:

(a)  This test also determines the effects of blowing sand and dust on weapon performance using the sand and dust mixture as identified in paragraph 4.5.4.b(1).  Adjust the volumetric feeder and electric blower of the static test chamber to dispense the mixture at a rate of $100 \pm 25$ g/m$^2$/min over the area of concern.

(b)  Clean and lubricate three test weapons.  Place all three weapons and one complement of ammunition for each weapon in the static test chamber.  For weapons fired from a closed bolt, chamber a round.  Weapons fired from an open bolt will have the bolt open on the empty chamber.  Close the dust cover and set the safety on Safe.  Assemble a fully loaded magazine in the weapon; for belt fed weapons engage the belt and charge the weapon, leaving the bolt open on an empty chamber if the weapon fires from an open bolt.  Use the same ammunition complements and exposure conditions as for the dynamic test.  Position the weapons in the chamber in a normal firing position; multiple tests may be necessary if there are other likely weapon exposure orientations.

37

SRG-ARMY-000678

Downloaded from http://www.everyspec.com

(c)   Turn on the dust dispenser and operate it for five minutes.  Turn off the dispenser and allow the dust to settle before entering the chamber (observe local safety regulations for procedures, use of PPE, etc.).  Move the weapons and ammunition to the firing position while disturbing any sand and dust deposits as little as possible.

(d)   Fire the weapons using the same schedule as for the dynamic test.  If weapon performance is unsatisfactory, clean congested parts as much as possible by blowing sharply or by jarring the weapon.  If performance is still unsatisfactory, replace the exposed ammunition with clean ammunition and try to complete the firings.

(e)   If repeated malfunctions make it impossible to fire all of the ammunition, field strip and clean the weapon in accordance with the applicable operator's manual.  Then attempt to fire the remaining ammunition.  If repeated malfunctions make it impractical to fire the remaining ammunition, completely disassemble the weapon in accordance with applicable technical manuals.  Attempt to determine the exact source of dust-induced malfunctions. Reassemble the weapon and fire to verify serviceability.

(f)   Repeat the test with the remaining weapons.

(5)   Static test procedure for dust exposure:

(a)   This test simulates exposure to airborne dust during operations in dusty areas.  Use SIL-CO-SIL 125 as the dust simulant and adjust the feeder of the static test chamber to deposit the compound at the rate of $50 \pm 10 \text{g/m}^2/\text{min}$ over the area of concern.  To replicate the hot desert environment the temperature chamber shall be maintained at $105 \text{ F} \pm 5\text{F}$.

(b)   Clean and lubricate three test weapons.  Place all three weapons and one complement of ammunition for each weapon in the facility.  For weapons fired from a closed bolt, chamber a round. Weapons fired from an open bolt will have the bolt open on the empty chamber.  Close the dust cover and set the safety on Safe.  Assemble a fully loaded magazine in the weapon; for belt fed weapons engage the belt and charge the weapon, leaving the bolt open on an empty chamber if the weapon fires from an open bolt.  Use the same ammunition complements and exposure conditions as for the dynamic test.  Position the weapons in the chamber in a normal firing position; multiple tests may be necessary if there are other likely weapon exposure orientations.

(c)   Turn on the dust dispenser and operate it for 30 minutes.  Turn off the dispenser and allow the dust to settle before entering the chamber (observe local safety regulations for procedures, use of PPE, etc.).  Move the weapon to the firing position while disturbing any dust deposits as little as possible.  Fire the weapons using the same procedures as for the static sand and dust test.

38

Downloaded from http://www.everyspec.com

(d)   Return the weapons to the test chamber; do not perform any cleaning or maintenance operations.  Place one complement of ammunition in the chamber.  Repeat the 30-minute exposure and firing four times (total of five exposures and firings).

c.  Data Required.  Record the following:

The complete time line of the test; including the time of each magazine change, malfunction encountered, time to clear the malfunction, and total time that the weapon is exposed.

(1)   Actual sand and dust dispensing rate.

(2)   Number of rounds fired.

(3)   Cyclic rate of automatic fire.

(4)   Malfunctions in accordance with paragraph 5.

(5)   Maintenance actions performed.

(6)   Chamber dimensions.

(7)   Position of the weapons while in the chamber.

(8)   Difficulties encountered in the operation of safety switches, charging the weapon, magazine insertion and removal, etc.

4.5.5   Mud Test.

a.  Background.  This subtest determines the effects of mud on weapon performance.  The test is done in two stages.  Stage one is an immersion of the weapon in liquid mud followed immediately with weapon firing; stage two is identical except that the mud is allowed to dry before firing the weapon.

b.  Method.  Prepare a mud bath as follows:

(1)   Make a mixture of 4.5 kg (10 lb) of montmorillonite clay, 1 kg (2.2 lb) of SIL-CO-SIL 125 as used in the Sand and Dust test (para 4.5.4), and about 45.51 (48 qt) of water. The amount of water to be added to the sand and clay mixture will vary with the moisture content of these components.  The water content will be limited to the quantity producing a mud viscosity of $4600 \pm 200$ centipoises as determined with a Brookfield viscometer.  The measurement conditions are as shown in the following table.

39

Downloaded from http://www.everyspec.com

| Room temperature of 23 ± 1.7 °C (73 ± 3 °F) |
| Spindle No. 3 used at 10 rpm |
| Container diameter greater than 7 cm (2-3/4 in.) |
| 1-minute test duration |

(2)   Stage No. 1 test for hand guns and shoulder weapons.

(a)   Clean and lubricate three test weapons and close the muzzles with tape.  Load three magazines for each weapon, place the safety switch in the Safe position, insert one of the loaded magazines and charge the weapon.  Since the weapon is ready to fire, **extreme caution must be taken to assure that the safety switch is not accidentally disengaged and that the weapon is always pointed in a safe direction.**

(b)   Fully immerse the first weapon, in a horizontal orientation, in the mud bath for a period of 1 minute.  Remove the weapon from the mud bath, wipe it with bare hands to remove excess mud, remove the tape from the muzzle, disengage the safety switch, and fire the rounds in the magazine (fire in the semiautomatic mode, or if possible, fire in short bursts of three to five rounds).  Note:  The predominant malfunction encountered in this test is that the bolt cannot be retracted or closed by hand or by gun action without considerable effort.  In most instances, it will be necessary to strike the bolt-retracting lever a sharp blow with the hand to open the action. If firing is unsatisfactory with the magazine assembled in the weapon, replace the magazine with the second, clean, magazine and continue firing.

(c)   If firing with the clean magazine is unsatisfactory, open the weapon's bolt, dust cover, etc. and attempt to wash out the mud by poring 1 L (approximately 1 qt) of clean water over and into the receiver.  Assure that any water has been drained from the weapon bore and attempt to fire the third, clean, magazine.

(d)   If firing continues to be unsatisfactory, perform a field stripping operation, with parts hand-wiped with a cloth, to determine whether the weapon can be returned to a serviceable condition in the field.

(e)   Repeat the above procedure for the remaining two weapons.

(3)   Stage No. 1 test for machineguns and automatic weapons.

(a)   Clean and lubricate three test weapons.  Tape the muzzle of one weapon shut, fully load the weapon, and place the safety in the On position.  If the weapon uses linked ammunition, prepare a 50-round belt and assemble it to the weapon in the same configuration as for combat (in the magazine, bandolier, etc. attached to the weapon in accordance with applicable documents).  If the weapon utilizes magazines of less than 50-round capacity, use a sufficient number of magazines to total 50 rounds.  Since the weapon is ready to fire, **extreme caution must be taken to assure that the safety switch is not accidentally disengaged and**

Downloaded from http://www.everyspec.com

**that the weapon is always pointed in a safe direction**. Completely immerse the weapon (and 50-round belt of ammunition or loaded magazine and mount if applicable) in the mud bath in a horizontal position for one minute.

   (b)   After removing the gun from the mud, remove the tape from the muzzle. Without opening the weapon cover or breech, attempt to clean the weapon and ammunition by wiping with bare hands, blowing on congested areas, and jarring the weapon and ammunition.

   (c)   Attempt to fire 50 rounds in a continuous burst. If the weapon fails to function satisfactorily, open the cover and perform additional cleaning, by wiping with bare hands, blowing on congested areas, and jarring the weapon and ammunition.  If the weapon still fails to function, attempt to fire using a clean belt of ammunition (or magazine when applicable).

   (d)   If firing with clean ammunition is unsatisfactory, open the weapon's feed cover, dust cover, etc., retract the bolt, and attempt to wash out the mud by poring 1 L (approximately 1 qt) of clean water over and into the receiver.  Assure that any water has been drained from the weapon bore and again attempt to fire 50 rounds of clean ammunition.

   (e)   If firing continues to be unsatisfactory, perform a field stripping operation, with parts hand-wiped with a cloth, to determine whether the weapon can be returned to a serviceable condition in the field.

   (f)   Repeat the above procedure for the remaining two weapons.

   (4)   Stage No. 2 mud test.

   Conduct this test in a manner identical to that of the stage No. 1 mud test, except that the weapons and ammunition are permitted to dry, without any wiping or cleaning, for at least 4 hours after being removed from the mud bath.

   c.   Data Required.  Record the following:

   (1)   Number of rounds fired.

   (2)   Malfunctions in accordance with paragraph 5.

   (3)   Number of attempts to overcome each malfunction.

   (4)   Maintenance actions performed.

41

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

     (5)  Difficulties encountered in the operation of safety switches, charging the weapon, magazine insertion and removal, etc.

4.5.6  Salt Water Immersion Test.

    a.  Background.  This test determines the effects of salt-water immersion on weapon performance.  Small arms are exposed to salt-water immersion both for deliberate operations (such as fording) and incidental occasions such as transportation in watercraft.  The test consists of a single immersion followed by firings over a period of 10 days; the number of immersions and test duration may be tailored to correspond to requirements documents, test plans, etc.

    b.  Method.

     (1)  Prepare a salt-water solution of 5-percent sodium chloride and 95-percent water by weight.  The sodium chloride must not contain more than 0.1-percent sodium iodide and 0.2 percent other impurities.  See MIL-STD-810F, Method 509.4, for detailed instructions on the preparation of the solution.

     (2)  Clean and lubricate three test weapons in accordance with the maintenance manuals.  The weapons will <u>not</u> be over lubricated to discourage corrosive buildup.  Weapons with adjustable gas systems will be initially set on minimum but will be adjusted to maximum if necessary to sustain weapon functioning.

     (3)  Hand and shoulder weapons.  Temperature condition the three test weapons and the salt-water solution to within 10 $^o$C of each other.  Immerse the weapon in the salt-water solution for 1 minute.  The solution must cover the test items completely.

    Remove the test item, and drain all salt water from the bore by depressing the weapon muzzle and slightly retracting the bolt to allow the salt water to drain from it (salt water is similarly drained from the bore of a weapon that fires from the open-bolt position but without disturbing the bolt).  Immediately store the weapons in a high humidity chamber (at least 90-percent RH) for a period of 10 days.

    On days 3, 5, 8, and 10, fire 240 rounds per weapon using the firing cycles established in paragraph 4.3, Reliability and Durability, except that there is no maintenance performed during this test.  Reloading and magazine changes should be done at a pace that can be comfortably maintained throughout the firings.

    Weapons are not cleaned or maintained at the end of the 240-round firing cycle; they are placed back into the high humidity chamber until the next scheduled firing.  No cleaning, wiping or maintenance of the weapons is permitted until after the test has been completed or until such time as they are rendered inoperable.  Should this occur before l0 days, perform the minimum

42

Downloaded from http://www.everyspec.com

restorative maintenance necessary to return each weapon to operating condition, and continue testing to its normal conclusion. Store the weapons and ammunition in a high humidity environment (at least 90-percent RH) between firings.

Record all malfunctions in accordance with paragraph 5. Also, record any difficulties in operating the weapon such as difficult magazine insertion/removal, excessive force required to charge the weapon, inability to operate firing selectors, etc.

(4) Machineguns. Machineguns are tested in the same manner as hand and shoulder weapons using their firing cycles as established in paragraph 4.3, Reliability and Durability, except that there is no maintenance performed during this test. Fire a 200-round cycle from each weapon on days 3, 5, 8 and 10. Cyclic rate will be recorded for each 50-round burst.

(5) Final inspection. The test weapons will be disassembled and thoroughly inspected after the final firing (or when they become inoperable). All exterior and interior parts must be inspected for indications of corrosion or deterioration. Record any difficulties encountered in disassembly and any unusual cleaning requirements.

c. Data Required. Record the following:

(1) Records to substantiate proper exposure.

(2) Malfunctions in accordance with paragraph 5.

(3) Any damage noted during inspection.

(4) All maintenance actions performed.

(5) Difficulties encountered in operating the weapons.

(6) Cyclic rates for machinegun bursts.

(7) Photographs of corrosion, damage, etc.

4.5.7  Salt Fog.

a. Background. This test determines the effects of a salt fog on weapon performance. Small arms are exposed to high levels of salt in the atmosphere during costal operations, marine transport, and operations near salt lakes and salt deserts. The test consists of 24-hour exposures to the salt fog environment alternated with 24-hour drying periods. The standard procedure uses two 24-hour exposures and two 24-hour drying periods for a total of 48 hours of exposure to the salt-fog and 48 hours of drying; this test duration may be tailored to correspond to requirements documents, test plans, etc. The number of rounds fired may also be tailored for the specific type of weapon under test, or to comply with requirements documents.

Downloaded from http://www.everyspec.com

b. Method.

(1) Prepare test chamber and salt-water solution in accordance with MIL-STD-810F, Method 509.4

(2) Clean and lubricate three test weapons in accordance with the maintenance manuals. The weapons will <u>not</u> be over lubricated to discourage corrosive buildup. Weapons with adjustable gas systems will be initially set on minimum but will be adjusted to maximum if necessary to sustain weapon functioning.

(3) Hand and shoulder weapons. Temperature condition three test weapons at 35 °C (95 °F) for at least 2 hours. Reserve a minimum of 720 rounds of ammunition (240 rounds per weapon).

(a) Charge the weapons so that the bolt is closed on an empty chamber and place their safeties On. Install an empty magazine and close all dust covers. Then place the weapons into the salt fog test chamber.

(b) Operate the chamber for 24-hours as detailed in MIL-STD-810F, Method 509.4.

(c) After the 24-hour exposure, remove the test items, and drain any accumulated liquid from the bores by depressing the weapon muzzle and slightly retracting the bolt to allow the liquid to drain from it (liquid is similarly drained from the bore of a weapon that fires from the open-bolt position but without disturbing the bolt.

(d) Store the weapons and any exposed ammunition for 24 hours at standard ambient conditions (25 $\pm$ 10 °C (77 $\pm$ 18 °F) and 20- to 80-percent RH). Disturb the items as little as possible and do not make any adjustments during the drying period.

(e) Repeat the 24-hour salt fog exposure and 24-hour drying period.

(f) After the last drying period, fire each weapon using the 240-round cycle established in paragraph 4.3, Reliability and Durability. Cleaning, wiping or maintenance of the weapons is not permitted until after the test has been completed or until they are rendered inoperable. Should this occur before completion, perform the minimum restorative maintenance necessary to return each weapon to operating condition, and continue testing to its normal conclusion.

(g) Record all malfunctions in accordance with paragraph 5. Also record any difficulties in operating the weapon such as difficult magazine insertion/removal, excessive force required to charge the weapon, inability to operate firing selectors, etc.

SIG-ARMY-000085

Downloaded from http://www.everyspec.com

(4)  Machineguns.  Machineguns are tested in the same manner as hand and shoulder weapons except that each weapon fires 200 rounds (total 600 rounds) using the  firing cycle established in paragraph 4.3, Reliability and Durability.  Cyclic rates will be recorded for the 50 round bursts.

(5)  Final inspection.  The test weapons will be disassembled and thoroughly inspected after the final firing (or when they become inoperable).  All exterior and interior parts must be inspected for indications of corrosion or deterioration.  Record any difficulties encountered in disassembly and any unusual cleaning requirements.

c.  Data Required.  Record the following:

(1)  Records to substantiate proper exposure.

(2)  Malfunctions in accordance with paragraph 5.

(3)  Any damage noted during inspection.

(4)  All maintenance actions performed.

(5)  Difficulties encountered in operating the weapons.

(6)  Cyclic rates for machinegun bursts.

(7)  Photographs of corrosion, damage, etc.

4.5.8  Icing Test.

a.  Background.   This subtest determines the operability of a weapon after exposure to icing produced by freezing rain or freezing drizzle.  The test also provides for evaluating the effectiveness of expedient de-icing procedures by the weapon operator. The procedure generates icing for general conditions (see MIL-STD-810F, Method 521.2); it does not reproduce the heavy loading found in marine operations or from long-term exposure to extreme environments.

**CAUTION:** The conduct of this test requires personnel to work on slippery surfaces in close proximity to loaded weapons, test mounts, and various obstructions; therefore, care must be taken to prevent slips and falls.  A small amount of sand sprinkled on slippery floor surfaces has been found to be very useful for the prevention of such accidents.

b.  Method.

(1)  Disassemble, clean, lubricate, weapons, and reassemble at least three test weapons, and tape the muzzles closed.  Outside surfaces of the weapons must be clean of any lubricant, dust, etc. not present during normal operation.

Downloaded from http://www.everyspec.com

(2)   Hand and shoulder weapons will be loaded with one full magazine with the safety in the On position and the bolt closed on an empty chamber.  Belt fed weapons will be loaded with a 50-round belt, the safety in the "On position (if so equipped), with the belt engaged but with the chamber empty and the bolt closed, requiring charging to complete weapon loading. When belt fed weapons are provided with a belt container attached to the weapon, the container will be used.

(3)   The weapons (and ammunition) are placed in the test chamber and conditioned to a temperature of -18 $\pm$ 2 $^o$C (0 $\pm$ 5 $^o$F) for 6 hours.

(4)   Raise the chamber temperature to -7 $\pm$ 2 $^o$C (20 $\pm$ 5 $^o$F) and subject the test items to a light spray of water until 3 to 6 mm (1/8 to 1/4 in.) of ice accumulates on the top surface of hand and shoulder weapons, including shoulder-fired machineguns, and 6 to 13 mm (1/4 to 1/2 in.) on other machineguns.  If possible, use water precooled to near freezing, this will greatly reduce the time need to produce the ice buildup.  A mist attachment for a hand-held garden hose is suitable for producing the ice accumulation.

(5)   Remove the tape from the muzzles following exposure to icing.  Do not immediately attempt to remove ice from the weapon or ammunition.  Attempt to charge and fire the weapon with the exposed ammunition.  If functioning is unsatisfactory, attempt to clear the ice from the weapon and ammunition by striking with a gloved hand.  If this does not restore operation, attempt to remove the ice with items likely to be readily available to a Soldier in an operational status (weapon cleaning equipment, bayonet, ammunition can lid, etc.).  Attempt to fire the weapon with clean ammunition if icing of the ammunition appears to be preventing proper weapon operation.

(6)   If the weapon cannot be charged to initiate firing, due to the ice accumulation on the weapon, repeat the test by fully loading each weapon before exposing to icing.  Guns firing from a closed bolt are readied for icing by closing the bolt on a chambered round; guns firing from the open-bolt position are readied by leaving the chamber empty and the bolt in the seared position.

c.  Data Required.  Record the following:

(1)   Test temperatures and times.

(2)   Glaze accumulation.

(3)   Number of rounds fired.

(4)   Malfunctions in accordance with paragraph 5.

(5)   Cleaning and maintenance performed to attain proper weapon performance.

46

Downloaded from http://www.everyspec.com

(6)  Photographs of ice accumulations, ice removing procedures, and tools used.

4.5.9  Solar Radiation.

a.  Background:  Small arms weapons are exposed to solar radiation through all phases of their use.  Adverse effects result from both thermal effects and actinic effects.  Thermal effects can include differential expansion resulting in binding, or loosening, of moving parts and changes in strength and elasticity.  Actinic effects can include deterioration of composites, paints, and surface compounds, and also changes in the characteristics of lubricants.  The following test method subjects the weapon to thermal heating effects only.

b.  Method.

(1)  The test environment is detailed in MIL-STD-810F, Method 505.4, Procedure 1, Cycle A1.  The procedure requires three diurnal cycles (three 24-hour cycles) with a peak chamber air temperature of 49 $^{o}$C (120 $^{o}$F).  Requirements documents or the test plan may require a different duration.  Subject the test weapons, spare barrels (if required), to the test environment without cleaning or adding lubricant.

(2)  Place a single test weapon into the chamber (ammunition is not needed).  The weapon should have temperature-recording sensors at locations likely to cause skin contact, such as the fore stock, carrying handle, buttstock, etc.  Also, instrument any other part of the weapon that may be sensitive to the solar heating.  The weapon should be oriented in a stable position, usually lying on its side.  Multiple weapons can be used if it is desirable to do exposures in more than one orientation.

(3)  Operate the chamber as required by the specified procedure.  Maintain a record of chamber conditions and test item temperatures.

(4)  At the end of the solar radiation exposure, remove the weapons from the conditioning chamber and thoroughly inspect each one.  Record any changes or damage to the test weapon.  Do not perform any cleaning, relubrication, or maintenance.  Fire a single firing cycle (as for the Reliability and Durability test, Para 4.3).  If proper weapon performance is not evident, determine what maintenance actions are needed to restore the weapon to proper operation.

c.  Data Required.  Record the following:

(1)  Records to substantiate proper exposure chamber operation.

(2)  Malfunctions in accordance with paragraph 5.

(3)  Any damage noted during inspection.

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

  (4) All maintenance actions performed.

  (5) Cyclic rates for machinegun bursts.

4.6 Chemical Contamination.

4.6.1 Background. Small arms weapons are exposed to a variety of chemical compounds during storage, cleaning and use. Some exposures are deliberate (such as decontamination efforts) and some are inadvertent (such as contact with insect repellent used by Soldiers).

4.6.2 Method.

  a. The test procedure is conducted in accordance with TOP 3-2-609[13], Chemical Compatibility of Nonmetallic Materials Used in Small Arms Systems.

  b. Test samples do not need to be complete weapons. Specimens can be cut from a single component; for example, a polymer buttstock can be cut into many samples. Components can also be salvaged from spare parts, damaged weapons, etc. TOP 3-2-609 gives detailed procedures for the selection and preparation of the test specimens.

  c. Table 7, extracted from the TOP 3-2-609, lists the chemicals used for this test. Requirement documents, test plans, etc. should be reviewed for additional requirements.

### TABLE 7. CONDITIONING CHEMICALS

| | | |
|---|---|---|
| 1. | Cleaning compound, solvent | MIL-L-372B Bore cleaner |
| 2. | Dry cleaning solvent | P-D-680, type I or equivalent (naphtha solvent) |
| 3. | Engine oil | MIL-L-2104 |
| 4. | Lubricant, semi-fluid, automatic weapons | MIL-L-46000B (LSA) |
| 5. | Lubricating oil, general purpose | VV-L-800 (PL-S) |
| 6. | Lubricant, cleaner, and preservative | MIL-L-63460A (CLP) |
| 7. | Gasoline, commercial, or combat | ASTM D 910 |
| 8. | Turbine fuel (JP-8) | MIL-T-83133 |
| 9. | Fuel oil diesel (DL-2) | ASTM D 975 Grade Low Sulfur No. 2 |
| 10. | Insect repellent | 0-I-503E |
| 11. | Dexron III | Transmission fluid |
| 12. | Antifreeze, ethylene glycol | MIL-A-46153 |
| 13. | Carbon-removing compound | P-C-111B, type II |
| 14. | Water | Water (distilled) |
| 15. | Simulated sea water or 5% Sodium chloride | ASTM D1141 |
| 16. | Decontaminating agent DS2 | MIL-D-50030 |
| 17. | Decontaminating agent STB | MIL-D-12468 |
| 18. | Lubricating oil, weapons | MIL-L-14107 (LAW) |
| 19. | Hydraulic fluid, petroleum base | MIL-H-5606 |
| 20. | Hydraulic fluid, fire-resistant | MIL-H-46170 |

48

Downloaded from http://www.everyspec.com

4.7.3  Data Required.  Record the following for each sample tested:

    a.  Type of material tested.

    b.  Identification of the conditioning chemical.

    c.  Source of the material (weapon part nomenclature, weapon serial number, etc.).

    d.  Number of samples tested.

    e.  Conditioning time.

    f.  Air temperature and RH.

    g.  Weight and tensile strength changes, as appropriate.

    h.  Evidence of loss of gloss, developed texture, decomposition, discoloration, swelling clouding, tackiness, rubberiness, bubbling, cracking, delaminating, solubility, etc.

4.7  Flash.

4.7.1  Background.  Flash is created by firing small arms weapons.  The flash at the muzzle is usually the primary concern, but some weapons also emit a visible flash from the breech or from under the feed cover.  Flash is undesirable because it can reveal a firing position to the enemy, interfere with the use of night vision devices, and cause the loss of night vision adaptation.  The flash test is used to determine the flash characteristics of the weapon.

4.7.2  Method.

    a.  Small arms flash tests are usually done as comparison-type tests in a dark environment. A test weapon is fired in alternate trials with a known standard weapon.  The results will determine if the test weapon provides an increase or decrease in flash as compared to the standard weapon.

    b.  Disassemble, clean, lubricate with prescribed substance, and reassemble two test weapons.  One weapon should be new and the other used, the latter being a weapon previously fired to approximate its service life.  For machineguns with operator replaceable barrels, use a single weapon with two barrels, one new and one near the end of its serviceable life.

    c.  Fabricate a reference flash scale and mount the scale parallel to the barrel at the muzzle of the test weapon.  The scale can be of any design, such as alternating black and white squares painted on plywood, that will allow the measurement of muzzle flash when illuminated by the flash produced by firing the weapon.

Downloaded from http://www.everyspec.com

d.  Mount a video camera perpendicular to the muzzle of the test weapon at a distance that will photograph all of the flash and the reference scale.  Position a second video camera behind the weapon in line with the weapon sights so as to photograph the flash as would be seen by the firer.

e.  Fire three rounds to condition the barrel, then photograph the weapon flash under completely darkened conditions.  For hand and shoulder weapons, photograph both a single shot and a ten-round series fired as rapidly as possible.  For machineguns, fire a three-round burst and a 20-round burst.  Some experimentation may be necessary to determine camera settings, camera positions, and rounds fired needed to produce a useable video image.

f.  Replace the test weapon with the standard weapon and repeat the firings exactly as was done for the test weapon.

g.  Repeat the firings with different types of ammunition, if required.

4.7.3  Data Required.  Record the following:

a.  Description of test set up.

b.  Identification of the type of cameras, settings, etc.

c.  Identification of the test and standard weapons.

d.  Type of ammunition fired.

e.  Photographs of the flash produced by the test and standard weapon.

4.8  Smoke.

4.8.1  Background.  The smoke cloud accumulated during weapon firing can obscure the target from the shooter.  The cloud is also a signature effect that can reveal a firing position.  The smoke produced by firing a weapon is highly dependent on the ammunition used and the prevailing meteorological conditions, particularly the RH and wind speed and direction.

4.8.2  Method.

a.  Small arms smoke tests are done as comparison-type tests in windless environment.  A test weapon is fired in alternate trials with a known standard weapon.  The smoke cloud accumulated at the weapon during firing is evaluated from the standpoints of target obscuration when viewed from directly behind the weapon and visibility (or signature) of the cloud from a distance beyond the muzzle.  The results will determine if the test weapon provides an increase or decrease in smoke as compared to the standard weapon.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 92 of 126    SIG-ARMY0000091

Downloaded from http://www.everyspec.com

b.  Disassemble, clean, lubricate with prescribed substance, and reassemble one test and one standard weapon.

c.  To judge the size and density of the smoke cloud and the degree of target obscuration, use a checkerboard target approximately 2.4 $m^2$ with 0.3-meter black and white squares placed in line with the weapon at a range of 100 meters.  Elevate the weapon to fire slightly above the target.  Position a video camera behind the weapon in line with the weapon sights so as to photograph the as would be seen by the firer.  Place a second video camera perpendicular to the muzzle of the test weapon at a distance that will record the expected smoke cloud; the background for this camera should be of a contrasting color and contain features to show the relative size of the smoke cloud (an open field or the side of a building may be appropriate).

d.  Firings must be done in wind conditions as low as possible and at a RH less than 75 percent.

e.  Fire three rounds to condition the barrel.  For hand and shoulder weapons, photograph both a single-shot and a ten-round series fired as rapidly as possible.  For machineguns, fire a three-round burst and a 20-round burst.  Some experimentation may be necessary to determine camera settings, camera positions, and rounds fired needed to produce a useable video image.

f.  Replace the test weapon with the standard weapon and repeat the firings exactly as was done for the test weapon.

g.  Repeat the firings with different types of ammunition, if required.

4.8.3  Data Required.  Record the following:

a.  Description of test set up.

b.  Identification of the type of cameras, settings, etc.

c.  Identification of the test and standard weapons.

d.  Type of ammunition fired.

e.  Metrological conditions, particularly wind and RH.

f.  Photographs of the smoke produced by the test and standard weapon.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 93 of 126
SIG-ARMY000092

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

4.9   Noise.

4.9.1   Background.  Small arms typically produce a high noise level when fired.  The noise level may be hazardous to the shooter and to nearby personnel.  The noise is also a factor in position disclosure and communications.

4.9.2   Method.

a.   This test is conducted in general accordance with TOP 1-2-608[14].  Additional information for instrumentation specifications and calibration is given in MIL-STD-1474D[15], Department of Defense Design Criteria Standard, Noise Limits; this document also details the analysis procedures and noise limit standards for Army materiel.  Collected data should be coordinated with the U.S. Army Center for Health Promotion and Preventive Medicine as part of an overall Health Hazard Assessment.

b.   Mount one test weapon so that the weapon muzzle is 1.6 meter (5 ft 3 in.) above ground level. The test stand should hold the weapon so that all parts of the stand are behind the weapon and no part of the stand is interposed between the muzzle and the microphone positions noted below.

c.   The test stand must be in a level open area with no sound reflecting surfaces within 15 meter (49 ft) of the weapon.

d.   Place instrumentation microphones at a height of 1.6 meter at the locations specified by the test plan or requirements documents.  At a minimum, use four microphones, one at each of the following positions:

| |
|---|
| Shooter's left ear position (assuming a right-handed shooter). |
| 5 m (16.4 ft) directly to the rear of the weapon. |
| 5 m to the left and parallel to the weapon muzzle. |
| 5 m to the left rear at 45° from the line-of-fire. |

e.   Additional microphones may be needed at specific locations such as crewmember locations.

f.   Fire five single shots and record the sound pressure levels versus time at each of the microphone.

4.9.3   Data Required.  Record the following:

a.   Identification of the specific weapon and ammunition.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 94 of 126
SIG-ARMY000093

Downloaded from http://www.everyspec.com

b.  Meteorological data (temperature, humidity barometric pressure, wind direction and speed).

c.  Peak pressure levels.

d.  A-Duration (pressure wave duration).

e.  B-Duration (pressure envelope duration).

4.10  Rough Handling Test.

4.10.1 Background.  This test is designed to simulate the rough handling experienced by small arms in use by an individual Soldier.  Tactical transportation is represented by a loose cargo test to simulate carrying an unpackaged or unsecured weapon in a vehicle.  The test includes a 1.5-meter (5 ft) drop to represent accidentally dropping the weapon during combat or during mounting/dismounting operations.  Rough handling of materiel used to mount or support the weapon during operations (attached bipods, tripods, etc.) is simulated by a series of drops.

These tests are likely to damage the test items; therefore, they should be done near the end of the overall test sequence.

**CAUTION:**  These tests are conducted with a primed but otherwise empty cartridge case.  Eye protection must be provided for protection from the possible firing of the primer.

4.10.2  Method.

a.  Loose Cargo.

(1)  Use three serviceable weapons for this test.  Load each weapon with a primed but otherwise empty cartridge case to assess the possibility of accidental firing.  Place the safety switch in the "Safe" position.

(2)  Conduct the loose cargo test in accordance with ITOP 4-2-602[16], Rough Handling Tests.  Operate the test machine for 20 minutes at a 25 mm peak circular motion at a frequency of 5 Hz.  Divide the 20 minutes of exposure equally among the stable positions of the specific weapon under test; typically, this is 10 minutes left hand side down and 10 minutes right hand side down.

(3)  Inspect the weapons after the loose cargo test.  Ascertain the position of the safety switch and check to see if the primed cartridge case has fired.  Record all damages and all maintenance required.  Conduct a firing test if the serviceability of the weapons is questionable.

53

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

b.  1.5 Meter (5 Ft) Drop.

(1)  Use three serviceable weapons for this test.  Load each weapon with a primed but otherwise empty cartridge case to assess the possibility of accidental firing.  Place the safety switch in the Safe position.

(2)  Drop each weapon one time in each of the following orientations:

| 1 | Major axis horizontal (normal firing orientation). |
|---|---|
| 2 | Major axis vertical, butt down. |
| 3 | Major axis vertical, muzzle down. |
| 4 | Major axis 45° from vertical, butt down. |
| 5 | Major axis 45° from vertical, muzzle down. |

(3)  Drop the weapons onto a clean, level, concrete surface.  They may be dropped by a mechanical means or by manually releasing them in the required orientation.  Verify the proper impact orientation by video recording (preferred), or by careful visual observation, or photographic records.

(4)  Inspect the weapons after each drop.  Ascertain the position of the safety switch and check to see if the primed cartridge case has fired.  Record all damages and all maintenance required.  Conduct a firing test if the serviceability of the weapons is questionable.

c.  Mount Test.

(1)  Use three serviceable weapons for this test.  Load each weapon with a primed but otherwise empty cartridge case to assess the possibility of accidental firing.  Place the safety switch in the Safe position. Set and lock all legs on each mount in the open position; attach the weapon to the mount in the same manner as if it were to be immediately employed.

(2)  Drop each mount, with the weapon attached, straight down from a 0.9-meter (3-ft) height to land on firm sod.  Do the drops so that the mount impacts equally on all ground-seating points.  Repeat the procedure for a total of three drops on each of three test items.

(3)  Inspect the weapons and mounts after each drop.  Ascertain the position of the safety switch and check to see if the primed cartridge case has fired.  Record all damages and all maintenance required.  Conduct a firing test if the serviceability of the weapons or mounts is questionable.

54

SIG-ARMY000095

Downloaded from http://www.everyspec.com

4.10.3   Data Required.  Record the following:

a.  Records of the position of the safety switch and the condition of the primed cartridge case.

b.  Records and photographs of damages.

c.  Maintenance records.

d.  Results of firing tests, if any.

4.11   Attitudes Test.

4.11.1   Background.  Operational conditions often require that small arms weapons be fired in various orientations. In particular, operations in urban terrain may require that a Soldier fire his weapon at extreme elevations and unusual positions.  This test is designed to determine the basic functioning and reliability performance of small arms when fired in various likely orientations and attitudes.

CAUTION:  The firing site should be equipped to prevent ricochets while firing in depression. A physical barrier must be employed between the shooter and weapon if hand and shoulder weapons are fired in depression while being hand-held.  Range safety fans and air space requirements may need to be modified due to the extreme firing elevations.

4.11.2   Method.

a.  Clean and lubricate three test weapons.

b.  Weapons should be mounted to a mechanical mount that will allow them to be fired in the six orientations shown in Table 8.  Hand and shoulder weapons may be fired hand-held, but precautions must be taken to assure the safety of the shooter, particularly for firing in depression. If firing is done hand-held, the shooter must be provided with the means to assure achievement of the proper weapon elevations and orientations.  The shooter must consider body posture and grip to maintain weapon control and allow adequate resistance to recoil and to accommodate proper weapon function.  A simple platform or brace may be needed to allow better weight management and recoil control.

55

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

TABLE 8.  TEST SEQUENCES FOR
ATTITUDE TESTS

| Weapon Elevation | Weapon Orientation |
|---|---|
| 0$^o$ | Normal |
| 0$^o$ | Upside down |
| 0$^o$ | Right side up |
| 0$^o$ | Left side up |
| Maximum depression[a] | Normal |
| Maximum elevation[b] | Normal |

[a]Maximum depression is -80 to -85$^o$.
[b]Maximum elevation is 80 to 85$^o$.

    c.  Hand and shoulder weapons.

      (1)  Fire 120 rounds at each of the six orientations.

      (2)  For weapons capable of only single-shot or semiautomatic operation, fire at a regular cadence of approximately one shot per second for semiautomatic or one shot per 5 seconds for single-shot weapons.

      (3)  For weapons capable of both semiautomatic and full automatic fire, fire the first half of each 120-round cycle (adjust round count to the nearest full magazine) in the semiautomatic mode at a rate of approximately one shot per second, and fire the second half in bursts of 3 to 5 shots at a rate of approximately 85 shots per minute.

      (4)  Weapons with only full automatic fire capability are fired in three- to five-round bursts at a rate of approximately 85 shots per minute.

    d.  Machineguns.  Machineguns are tested in the same manner as hand and shoulder weapons except that the firing cycle consists of 200 rounds.  The first 100 rounds are fired in five- to seven-round bursts at a rate of approximately 85 shots per minute.  The remaining 100 rounds are fired in two bursts of 50 rounds each.  Cyclic rates will be recorded for the 50-round bursts.

4.11.3  Data Required.  Record the following:

    a.  Number of rounds fired.

    b.  Weapon orientation and elevation.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 98 of 126
SIG-ARMY000097

Downloaded from http://www.everyspec.com

c. Malfunctions in accordance with paragraph 5.

d. Cyclic rates of fire.

e. Photographs of the test set up and firing procedures.

## 4.12 <u>Belt Pull Capacity</u>.

4.12.1   Background.  Belt fed weapons must be able to pull the ammunition with enough force to overcome the weight of the belt and any drag associated with a particular mounting geometry and hardware.  This test should be done early in the test sequence to assure that proposed test mounts, or proposed operational mounts, will be compatible with the weapon.

**CAUTION:**  The nature of this test may cause the weapon to stall part way through the loading cycle.  A release of tension from the ammunition belt or antisurge spring may cause the weapon to fire unexpectedly.

4.12.2   Method.

a.  Clean and lubricate one weapon and mount it to an unyielding test mount.  Determine the maximum belt pull for left- and right-hand feeding of machineguns and automatic weapons (if alternate feed is provided) by using a 10-round belt of ammunition and three dummy rounds. Attach a cable to the third dummy round and use an antisurge spring between the other end of the cable and a transducer (load cell) which is fixed to a rigid mounting point.

b.  Base the selection of the antisurge spring(s) on historical characteristics of weapons similar to the test weapon.  The spring must be long enough to permit gradual load application leading ultimately to stalling of the weapon due to excessive belt load.  The rate of the spring(s) before being deflected is less than the belt pull capacity of the weapon, and when stressed, is greater than the capacity of the weapon without exceeding the elastic limit of the spring(s). Some experimentation may be necessary to determine suitable antisurge springs and transducers.

c.  Use a low-friction ammunition guide tray to support the ammunition.  The tray (or feed chute if required) is open at the top so that the rounds are not restricted in upward motion.  The sides of the tray or feed chuting should fit the rounds closely enough to limit the motion of the rounds along their longitudinal axis.

d.  Fire the weapon in a continuous burst until it stops. Record the load cell output continuously and convert the raw data to force.

e.  An alternate procedure, required in some weapon specifications, utilizes a weight on the end of the belt that the weapon must be capable of lifting.  The details of what weight to use, distance to be lifted, number of rounds in the belt, etc., must be determined from the specific weapon specification.

SIG-ARMY0000098

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

    f.  Repeat the procedure three times (more trials may be necessary if results are erratic).

    g.  Repeat the test using the alternate feed direction for weapons so designed.

4.12.3  Data Required.  Record the following:

    a.  Continuous time versus force on the transducer and maximum force attained.

    b.  Photographs of the test set up.

    c.  Identification of the ammunition.

    d.  Records of unusual requirements needed to clear the weapon after it has stalled.

    e.  Records of all maintenance actions performed.

4.13  <u>Blocked Barrel.</u>

4.13.1  Background.  This test is done to determine the danger to personnel and the damage to a weapon resulting from firing the weapon with an obstructed bore.  The three types of obstruction detailed below are considered to be the most likely to be encountered by Soldiers in combat; other possibilities may apply to specific weapons or unusual operational conditions.

**CAUTION:** These tests may result in the catastrophic destruction of the weapon.  Failure modes may include burst barrels or failure of the locking mechanisms.  Debris and fragmentation may be projected in any direction.  Firings must be done remotely with suitable safety barricades to protect personnel and property.

4.13.2  Method.

    a.  Test Set Up.

        (1)  The test weapon must be fired remotely due to the possibility of catastrophic weapon failure.

        (2)  Witness screens must be placed around the weapon to determine if any debris is projected toward the shooters position or toward nearby personnel.  The witness screens may be of any convenient material; chipboard and corrugated cardboard are acceptable.  The screens are arraigned to box in the area behind the muzzle at a distance of 1 meter from any point of the weapon.  The screens should be 2 meters high, centered on the plane of the weapon.

        (3)  Each test requires a single round of ammunition.  Use the type of cartridge most likely to be employed in combat.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 100 of 126    SIG_ARMY_000099

Downloaded from http://www.everyspec.com

(4)   The weapon must be thoroughly inspected after each shot.  The weapon must be inspected by NDT before its use in any subsequent firings.

b.  Muzzle Obstruction.

(1)   This test simulates the blockage of a barrel resulting from inadvertently thrusting the muzzle into mud, slush, etc.

(2)   Pack heavy grease (such as MIL-G-23827A, Grease, Aircraft and Instrument) into the muzzle of the weapon to a depth of 50 mm (2 in.).  Check the depth by inserting a marked probe or cleaning rod into the breech of the barrel and adjust accordingly. It may be necessary to remove and replace the flash suppressor to facilitate the procedure.

(3)   Place the weapon in the mount, load a single round of ammunition, and fire the weapon remotely.

(4)   Inspect the weapon for external and internal damage, this may require complete disassembly.

(5)   Inspect the witness screens and record the location and size of any fragment impacts or holes.

(6)   Inspect the fired cartridge case for evidence of overpressure, blown primer, rupture, etc.

c.  Water Filled Bore.

(1)   Do this test in the same manner as the muzzle obstruction test except that the bore is filled with water and the mount must hold the weapon at a slight elevation to prevent the water from draining from the bore.

(2)   Some experimentation may be required to find a safe and effective way to fill the bore with water.  One method is to completely submerge the weapon in water with the bolt open and the muzzle slightly elevated.  Once the bore fills with water, keep the weapon submerged and load and lock one round in the chamber.  Keep the loaded weapon slightly elevated while moving it to the mount and fire it as quickly as is safely possible.  An alternate method is to seal the muzzle with tape or a plastic cap, fill the bore from the breech, load one round while keeping the weapon in depression, and fire as quickly as safely possible.

d.  Bullet Obstruction.

(1)   Do this test in the same manner as the muzzle obstruction test except that the obstruction is a bullet just forward of the chamber.

Downloaded from http://www.everyspec.com

(2)   Place a bullet, of the same type as used by the cartridge being fired, into the weapon chamber.  Force the bullet forward so that its base will just touch the tip of the bullet of a live cartridge after the breech has been locked.  Load the live round and fire the weapon.

4.13.3   Data Required.  Record the following:

a.   Photographs of the test set up.

b.   Records and photographs of damage sustained by the weapons.

c.   Measurements and photographs of impacts on the witness screens.

d.   Results of weapon inspections, including NDT.

e.   Maintenance requirements to return the weapons to serviceability, if possible.

4.14   Barrel Performance.

4.14.1   Background.

a.   Barrel performance of machineguns and automatic weapons is of a concern from both a logistical and operational viewpoint.  The receiver life of most automatic weapons is multiples of the barrel life.  The user needs barrel performance information to determine operational requirements such as the need to carry spare barrels or how many to have readily available.  The logistician needs the information to plan for stockage levels and manufacturing capabilities.

b.   Barrel performance data testing can often be combined with the Reliability and Durability test, paragraph 4.3.  However, a separate barrel performance test may be required for specific firing schedules such as for overhead fire applications or training scenarios.  Testing of barrel performance may also be required to evaluate changes in the design of the barrels.  Data from barrel performance testing is also used to develop barrel wear gauges.

c.   The nature of this test requires firing an unusually large number of rounds per day.  Personnel should be provided with suitable PPE such as heavy gloves and attire for protection from hot gun barrels and expended cartridge cases.  The large number of rounds fired may also increase toxic fumes to levels above those more typically encountered.  Since weapon barrels are fired to, or past, the limits of serviceability, personnel must consider the possibility of erratic bullet flight and deviations from the established line-of-fire.

Downloaded from http://www.everyspec.com

4.14.2  Method.

a.  Thoroughly inspect the test barrel(s).  Record the bore dimensions at 25 mm (1 in.) intervals for the entire length of the barrel.  Inspect the bore with a borescope; photograph or make video recordings of any defects, discontinuities, or areas of concern.  Determine the chamber dimensions by chamber casts.  If possible, check the inspection results for compliance with barrel drawings and specifications.

b.  Determine the specific firing schedule to be used for the test.  The firing schedule may be specified in the requirements documents or may be determined by the user, usually based on a tactical situation.  Use the firing cycles detailed in the Reliability and Durability test, paragraph 4.3, if no other information is available.  All planned test schedules should be conducted with one lot of ammunition.  If additional ammunition lots are required, they should be of the same DODIC and CC as the first lot.

c.  Initiate the test by firing three targets (one ten-round burst per target).  Muzzle velocities and cyclic rates are recorded for each burst.  The targets should be set at 100 meters from the weapon, unless otherwise specified.  Targets must be capable of recording the X and Y coordinates of the bullet impacts and must facilitate inspection of the impacts to determine bullet yaw.  A common technique is to determine X and Y coordinates with an electronic target and to determine bullet yaw with a paper target placed in the line-of-fire at 25 meters.

d.  Fire the barrels using the predetermined firing schedule.  Repeat the barrel inspections and target firings at 2000-round intervals unless otherwise specified.

e.  Terminate the test when the barrels become unserviceable or when a predetermined round count is reached.  Use the following criteria to determine unserviceability if no other information is available:

(1)  A barrel wear gauge designed for the specific barrel under test indicates that the barrel is unserviceable.

(2)  Twenty percent or more of rounds fired at the targets, or 20 percent of any group of  rounds or more, exhibit yaw of $15^o$ or more.

(3)  The mean velocity of any 30 consecutive rounds drops 6 percent or more below the mean velocity of the first 30 rounds fired.

(4)  The average dispersion of three consecutive 10-round targets is double that of the initial three targets.

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

f. Degradation happens very rapidly near the end of the barrel life; therefore, the 2000-round inspection interval should be reduced if it is evident that the barrel is near the end of its life. Test personnel must always be alert for indications of imminent barrel failure. These indications may include an increase in muzzle flash, erratic flight of bullets, an increase in the malfunction rate, or any other significant change in weapon performance.

g. Firing schedule interruptions during barrel performance tests must be avoided in order to produce the best quality data. Therefore, weapons must be maintained to a high standard. Inspect the ammunition prior to starting each firing cycle to assure its proper condition. Also, periodically inspect weapon mounts and instrumentation.

4.14.3 Data Required. Record the following:

a. Barrel bore measurements.

b. Chamber dimensions.

c. Details of the firing cycle.

d. Identification of the ammunition.

e. Velocities and cyclic rates from the target firings.

f. Target dispersion statistics.

g. Target yaw measurements.

h. Weapon maintenance actions.

i. Weapon stoppages and malfunctions in accordance with paragraph 5.

j. Observations of any adverse weapon effects due to the firing schedule.

4.15 Toxic Fumes.

4.15.1 Background.

a. Small arms weapons emit toxic fumes when they are fired. These fumes can degrade human performance, adversely affect short-term and long-term health, and can be lethal.

b. Common small arms may produce ammonia ($NH_3$), carbon dioxide ($CO_2$), carbon monoxide (CO), hydrogen cyanide (HCN), nitric oxide (NO), nitrogen dioxide ($NO_2$), and sulfur dioxide ($SO_2$). Primer compounds and loss of exposed bullet lead generate lead fumes and lead residue.

62

Downloaded from http://www.everyspec.com

4.15.2   Method.

a.   TOP 2-2-614[17], Toxic Hazards Test for Vehicles and Other Equipment, contains detailed instructions for the selection of instrumentation, sampling procedures, and interpretation of results.

b.   Open air toxic fumes testing of small arms is not normally done due to the rapid dissipation of the gasses and the significant effects of even very light wind.

c.   If the small arms under test are designed to be used in armored combat vehicles (ACV), they should be tested in accordance with TOP 2-2-614, paragraph 4.2.  Coordinate specific firing schedules with the organization responsible for testing the ACV.

d.   Small arms toxic fumes tests are usually done as comparison-type tests in an enclosed chamber.  A test weapon is fired in alternate trials with a known standard weapon.  The results will determine if the test weapon provides an increase or decrease in toxic emissions as compared to the standard weapon.

e.   The enclosed chamber must be sized to contain the weapon, the weapon mount, a homogenizing fan, and the sampling probes.  The weapon muzzle protrudes through the wall of the chamber so that gasses from the muzzle do not enter the chamber.  The chamber may be bottomless so that it can be lowered over the test set up, in which case the bottom of the chambered must be sealed against the ground.

f.   The sampling probes are connected to suitable instrumentation.  Typically, this is a Fourier Transform Infrared (FTIR) Spectrometer used to continuously measure concentrations of the gases emitted from the each weapon.  Gases measured include $NH_3$, $CO_2$, CO, HCN, NO, $NO_2$, and $SO_2$.

g.   Air samples are collected for lead (Pb) particulates during the firing scenarios.  Air sample collection and analysis is conducted in general accordance with the National Institute for Occupational Safety and Health (NIOSH) Method 7082, which includes cellulose ester filter collection, acid digestion, and analysis by inductively coupled plasma (ICP) spectroscopy.  The results are listed as total milligrams per cubic meter ($mg/m^3$) sampled.

h.   Due to the possibility of lead contamination in range areas, the area under the chamber and the surrounding area must be wet down to prevent air born dust from invalidating the test.  Alternatively, cover the area with an impenetrable barrier such as a large plastic sheet.

Downloaded from http://www.everyspec.com

i.   Remotely fire the standard weapon to determine its toxic fumes characteristics.  The usual scenario is to record fumes produced by a single shot, by a short burst of five rounds, and a long burst of 20 rounds.  Adjust the round counts as needed by for the specific type of weapon and the instrumentation sensitivities and limits.  Record the concentrations of toxic gasses for 10 minutes to permit complete mixing of the gasses in the chamber.

j.   Fire the test weapon using the same procedure as for the standard weapon.  Fire the standard weapon and the test weapon for three trials each.  Carefully purge the chamber between trials and rewet the ground if necessary.  Clean the interior surfaces of the chamber by vacuuming or lightly damp mopping to remove any dust or firing residue.  Remove expended cartridge cases, ammunition containers, etc. after each firing.

4.15.3   Data Required.  Record the following:

a.   Zero time, peak, and stabilized concentrations, and times for each effluent gas measured.

b.   Lead concentration levels.

c.   Chamber dimensions.

d.   Description and photographs of the weapon mounting.

e.   Positions of sampling probes and the homogenizing fan.

f.   Chamber temperature and RH.

g.   Number of rounds fired in each trial.

h.   Identification of the weapons and ammunition.

i.   Time duration of each trial and time of day when it was fired.

4.16   Recoil Energy and Kinematics.

4.16.1   Background.

a.   Firing a small arms weapon produces a rearward force that must be absorbed by the shooter or by the weapon mount.  Excessive recoil can degrade training, injure the shooter, and damage weapon mounts.

64

Downloaded from http://www.everyspec.com

b.  A weapon kinematics study is often done in conjunction with recoil measurements. The kinematics study relates the acceleration and speed of a weapon's moving parts to the weapons receiver.  Such a study can clearly identify the effect of weapon modifications; for example, the effect upon bolt carrier displacement and velocity caused by changing the muzzle brake or adding a sound suppressor.  A kinematics study is also a diagnostic tool to investigate weapon problems such as poor functioning with certain types of ammunition or high parts breakage rates.

4.16.2   Method.

a.  The recoil energy of a weapon may be measured by firing from an appropriate test fixture and calculating the results.  TOP 3-2-826[18], Kinematics Tests of Small Arms, gives detailed procedures for measuring recoil using five-wire and three-wire suspended pendulums. The TOP also provides the calculation methods to determine the recoil in terms of momentum and kinetic energy.  Other facilities, such as a weapon cradle mounted on linear bearings, may also be used to measure recoil.

b.  The test weapon should be in the lightest configuration in which it is likely to be employed.  Magazine fed weapons should be tested with an empty magazine (other than the single round to be fired).  Test the weapon both with and without muzzle devices, such as flash suppressors and muzzle compensators, if the items are designed to be operator removable.  Use the ammunition that will give the greatest recoil; if there is any doubt repeat the test with other possible cartridge types.

c.  Fire three trials with each weapon configuration.  Calculate the recoil values in accordance with TOP 3-2-826.  Results should indicate recoil energy in units of meter-kilograms (foot-pounds).  Also, calculate recoil momentum in units of kilogram-seconds (pound-seconds).

d.  TOP 3-2-826 also details the procedures for doing the kinematic study and the instrumentation and equipment required.  Each test is unique.  The test weapon may have to be modified so that the needed measurements can be made.

4.16.3   Data Required.  Record the following data:

a.  Specific facility used.

b.  Firing procedure.

c.  Weapon configuration and weight.

d.  Type of ammunition fired.

e.  Calculated recoil energy and momentum.

65

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

    f.  Displacement and velocity versus time measurements.

**4.17**   <u>Ammunition Compatibility.</u>

4.17.1   Background.

    a.  Small arms weapons typically fire multiple types of cartridges. Cartridge types include combat ammunition, training ammunition, non-lethal ammunition, grenade launching cartridges, etc.

    b.  Weapons must function properly with all types of ammunition likely to be used; this ammunition may be identified in requirements documents, operator's manuals, etc. Any cartridge that can be loaded must be **safe to fire**, even if it is not designated for use in a specific weapon. Selection of the types of ammunition should be coordinated with the system evaluator and DTC test manager.

    c.  It is not generally feasible to repeat all the weapons tests with each possible type of ammunition. The test methods shown below determine the ability of the test weapon to function properly with a specific ammunition type under most conditions. The methods should be tailored if specific ammunition compatibility requirements are identified.

    d.  This test evaluates the weapon/ammunition interaction; it does not test the ammunition itself. Ammunition test procedures are given in TOP 4-2-016.

4.17.2   Method.

    a.  Functioning Compatibility, Ambient Temperature.

        (1)  Clean and lubricate three test weapons. The weapons must have demonstrated proper performance in previous tests.

        (2)  Follow the procedures of the Reliability and Durability test, paragraph 4.3.2, for each type of ammunition selected. For hand and shoulder weapons fire one 1200-round cycle from each weapon. For machineguns, fire one 2000-round cycle from each weapon.

        (3)  Thoroughly inspect each weapon. Pay particular attention to any unusual wear, deposits, or maintenance requirements.

    b.  Functioning Compatibility, High Temperature (if required by the test plan or requirements documents).

        (1)  Clean and lubricate three test weapons, use the lubricant specified for the specific test temperature.

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 108 of 126
US ARMY 002607

Downloaded from http://www.everyspec.com

(2)   Follow the procedures of the extreme temperatures test, paragraph 4.5.1, for extreme high temperature for each type of ammunition selected.

(3)   For the high temperature, fire two 240-round cycles for each hand and shoulder weapon and fire five 200-round cycles for each machinegun.

(4)   Thoroughly inspect each weapon.  Pay particular attention to any unusual wear, deposits, or maintenance requirements.

c.   Functioning Compatibility, Low Temperature (if required by the test plan or requirements documents).

(1)   Clean and lubricate three test weapons, use the lubricant specified for the specific low test temperature.

(2)   Follow the procedures of the extreme temperatures test, paragraph 4.5.1, for extreme low temperature for each type of ammunition selected.  Fire four 240-round cycles for each hand and shoulder weapon and fire ten 200-round cycles for each machinegun.

(3)   Thoroughly inspect each weapon.  Pay particular attention to any unusual wear, deposits, or maintenance requirements.

d.   Safety Compatibility.

(1)   This test procedure is designed to demonstrate that a particular type of cartridge may be fired without endangering the shooter; it does not demonstrate proper weapon function with the ammunition.  It is useful for those types of cartridges rarely encountered and not likely to be available in quantity to an individual Soldier (grenade launching cartridges, line-throwing cartridges, door breaching rounds, etc.).

(2)   Clean and lubricate one test weapon.

(3)   Mount the weapon so that it can be fired remotely. Witness screens must be placed around the weapon to determine if any debris is projected toward the shooters position or toward nearby personnel.  The witness screens may be of any convenient material; chipboard and corrugated cardboard are acceptable.  Position the screens to box in the area behind the muzzle at a distance of 1 meter from any point of the weapon.  The screens should be 2 meters high, centered on the plane of the weapon.

(4)   Remotely fire five rounds of each type of ammunition being evaluated.

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

(5)  Inspect the weapon for external and internal damage; this may require complete disassembly.  Inspect the witness screens and record the location and size of any fragment impacts or holes.  Inspect the fired cartridge cases for evidence of excess pressure, blown primers, etc.

(6)  Repeat the procedure for each type of ammunition being evaluated.

4.17.3   Data Required.  Record the following:

a.  The full nomenclature of ammunition, including the DODIC, CC and lot number.

b.  Test temperatures.

c.  Cyclic rate of automatic fire.

d.  Any weapon damage noted during inspection.

e.  Evidence of bullet instability.

f.  All maintenance actions performed.

g.  Muzzle velocity.

h.  Target accuracy and dispersion, and distance to the target.

i.  Results of witness screen inspections.

j.  Malfunctions, breakages, and replacement parts in accordance with paragraph 5.

4.18   Accessory Compatibility.

4.18.1   Background.  Small arms weapons employ a variety of accessories.  Many accessories are attached directly to the weapon (grenade launchers, muzzle devices, slings, bayonets, detachable bipods, etc.); other accessories, such as cleaning kits and weapon bags, are issued to support the weapon.  Due to the large variety of accessories, it is not possible to identify a specific test method.  However, general guidance is provided below.

4.18.2   Method.

a.  Attached accessories.

(1)  Attach the item to the weapon and check that it remains secure.  If necessary, use the procedure of paragraph 4.10, Rough Handling, to verify the security of the attachment.

68

Downloaded from http://www.everyspec.com

(2)   Inspect the attachment's arrangement for possible interference with loading, fired case ejection, etc.  If needed, for example for blank firing attachments, fire one cycle (Para 4.3, Endurance, 120 rounds for hand and shoulder weapons or 200 rounds for machineguns) for verification.

(3)   Observe for interference with other accessories or weapon features.  For example, check that the weapon sights are not obscured by the accessory or that the accessory does not interfere with cleaning and maintenance.

b.  Support accessories.

(1)   Use the accessory for its intended purpose and observe its ability to do what it is supposed to do.  For example, use the support cleaning kit to clean the weapon and record the results.

(2)   Integrate support accessories into the overall tests.  For example, use an intended barrel bag to store and transport spare barrels during testing, and observe for fit, wear, and durability.

4.18.3   Data Required.  Record the following:

a.  Photographs of the accessory, mounted and unmounted.

b.  Observations of attachment security.

c.  Results of any firing tests or rough handling tests.

d.  Observations of interference with the weapon or other accessories.

e.  Comments concerning the effectiveness and durability of support accessories.

4.19   Logistic Supportability.

4.19.1   Background.  The scope of a logistic supportability varies widely depending on the characteristics of the test item and the acquisition life cycle phase in which the evaluation occurs.  AR 700-127[19] and DTC Pam 73-1 give an overview of types of data required.  Guidance for a specific test is given in documents such as the SEP and TEMP; these documents establish the logistic support issues and criteria to be addressed by the test.

4.19.2   Method.

a.  Logistic supportability testing will normally be conducted simultaneously with other testing.  Perform separate test functions if necessary to assure that all appropriate criteria are

69

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

addressed.

b.  Record the performance of all organizational, direct and general support maintenance tasks to determine, if applicable, the adequacy of the following items and to provide data for the preparation of maintainability indices:

(1)  Tools and test, measurement, and diagnostic equipment (TMDE).

(2)  Operator manuals and maintenance manuals (review for accuracy and completeness).

(3)  Parts replaced (including reason for replacement and round count).

(4)  Safety aspects of maintenance operations.

(5)  Human factors aspects of maintenance operations.

(6)  Design for maintainability.

(7)  Transportation, packaging, and handling.

(8)  Time required for maintenance actions.

(9)  Effectiveness of training and training requirements.

4.19.3  Data Required.  Record the following:

a.  Data from the performance of the above items.

b.  Identification of Test Incident Reports (TIRs) or other relevant reports.

4.20   Post-Firing Inspection.

4.20.1  Background.  Weapons are inspected after each test to determine if any damage or degradation has occurred and to verify that they are suitable for the next scheduled test.

4.20.2  Method.

a.  Inspect each weapon at the completion of each test.  The complexity of the inspection will depend on the severity of the test just completed.  For example, the small number of rounds fired for the toxic fumes test would require a minimal post-firing inspection while the more abusive Reliability and Durability test requires a more detailed inspection.

70

Downloaded from http://www.everyspec.com

b.   The minimum inspection is the CIL.  The CIL is done at the operator's level; however, specialized tools and cleaning equipment may be used to expedite the effort.  Disassemble the weapon to the "field strip" level and do following inspections:

(1)   Inspect the bore and chamber for residue and deposits (preserve samples of any unusual deposits for analysis).

(2)   Clean and visually inspect the bore and chamber.

(3)   Inspect sliding and mating surfaces for wear, chipping, galling, etc.

(4)   Check springs for breakage and manually exercise them as a check on proper function.

(5)   Visually inspect exposed parts of the firing pin, extractor, ejector, etc.

(6)   Examine load bearing components such as locking lugs and bolts.

(7)   Clean, lubricate and reassemble the weapon.

(8)   Hand cycle a dummy cartridge to check for proper chambering, sear action, extraction, and ejection.

(9)   Check that safety switches, fire selectors, etc. perform as intended.

(10)   Manually check the security of weapon attachments such as sights, attachment rails, sling swivels, etc.

(11)   Manually check the operation of external items such as collapsible buttstocks and bipods.

(12)   Perform airflow testing for gas powered weapons, if applicable.

c.   A comprehensive inspection is done at the conclusion of the test program, or at any point in the test program at the determination of the test officer.  The inspection includes the CIL and may include the following as determined by the test officer.

(1)   Bore and chamber measurements.

(2)   Magnetic particle or dye penetrant inspection of components subjected to stress during firing (e.g., bolt, locking lugs, barrel, and muzzle device).

(3)   Free length or force-displacement curves for all springs, as appropriate.

(4)   Firing pin protrusion and indent.

71

SIG-ARMY 002012

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

    (5)  Trigger pull force.

    (6)  Radiographs of gas tubes, sealed buffers, etc.

4.20.3  Data Required.  Record the following information as obtained above:

    a.  Results of manual and visual inspections, including photographs as required.

    b.  Analysis of unusual residue.

    c.  Bore and chamber measurements.

    d.  Force-displacement spring data.

    e.  Trigger pull force.

    f.  Radiographs.

    g.  Results of magnetic particle and dye penetrant inspections.

4.21  <u>Human Factors Evaluation.</u>

4.21.1  Background.

    a.  Small arms are useful only to the degree that Soldiers can operate them effectively and safely.  Detailed instructions for human factors tests are given in TOP 1-2-610[20], Human Factors Engineering, Part I, Test Procedures, and TOP 1-2-610[21], Part II, HEDGE, Human Factors Engineering Data Guide for Evaluation.

    b.  Detailed human engineering information is given in MIL-STD-1472F[22], Department of Defense Design Criteria Standard, Human Engineering, and in MIL-HDBK-759B[23], Department of Defense Handbook for Human Engineering Design Guidelines.

    c.  Human factors tests can be done informally by accumulating data throughout all testing, or they can be done formally by a test dedicated purely to human factors.

4.21.2  Method.

    a.  Informal Human Factors Evaluation.

    (1)  Throughout all test operations, observe and record data related to the effectiveness with which the test system is deployed, operated, and maintained by representative users and the degree to which it is compatible with the capabilities and limitations of individual operators. Restrictions imposed by individual body size and build, clothing and body armor, effects of noise

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 114 of 126
SIG SAUER 0020613

Downloaded from http://www.everyspec.com

level, ease of loading and firing in various positions, tendency of the weapon to "ride up", recoil effect, etc., are typical areas of concern. Use the task checklists for individual weapons and for crew served weapons contained in TOP 1-2-610, Part II, for guidance.

(2) Review the operator's manual (if provided) for accuracy and ease of understanding.

(3) Take advantage of opportunities to "piggy back" human factors testing. For example, provide military issue cold weather gloves to weapon operators during extreme cold functioning tests and observe for the ease of loading, manipulation of safety devices, etc.

(4) Use Soldier operator - maintainer testing and evaluation (SOMTE) Soldiers wherever possible to conduct tests; record their observations and remarks in accordance with TOP 1-2-610.

b. Dedicated Human Factors Test.

(1) Review requirements documents and the TEMP, SEP, etc., for human factors requirements.

(2) Consult with a human factors engineering specialist to plan the test. Evaluate the adequacy of human factors engineering of the test system using appropriate data-collection aids (task lists, performance checklists, error reports, interview forms, rating scales, etc.) in accordance with TOP 1-2-610.

4.21.3   Data Required.   Record the following:

a. Observations of human factors throughout testing.

b. Information from questionnaires and interviews.

c. Instrumentation and facilities used.

d. Physical measurements such as test item weight and dimensions, force require to charge the weapon, etc.

e. Anthropomorphic data.

f. Participant skills, military occupational specialty (MOS), etc.

g. Details of test procedures.

Downloaded from http://www.everyspec.com

4.22   Supplemental Tests.

4.22.1   Background.  There are many possible small arms tests that are rarely needed but should be considered in the planning process.  The subjects and methods below give general guidance for some specific tests.

4.22.2   Methods.

    a.   Fungus.  This test is done to determine if exposure to fungus will degrade the test weapon.  A fungus test is not necessary if all the components of the weapon are certified as not susceptible to fungus effects; this determination may also be made by review of the materials comprising the weapon.  The procedure for the fungus test is given in MIL-STD-810F, Method 508.4.  It is not necessary to submit complete weapons to the fungus test; spare parts, unserviceable weapons, and broken parts may suffice if they represent all of the materials from the test weapon.

    b.   Altitude (Low Air Pressure).  Small arms may need to be transported in unpressurized aircraft cargo compartments. This test is needed if any components of a weapon are susceptible to changes in air pressure.  These components include seals and gaskets, internal voids, fluids (as in buffers) that may boil or evaporate, etc.  General guidance for this test is given in the NATO document AECPT 300[24], Climatic Environmental Tests, Method 312.5, Procedure I, Storage/Air Transport.

    c.   Deep Water Immersion.  Some operations may require that small arms be subjected to deep-water submersion prior to their use.  The depth of submersion will be stated in the requirements documents or will be available from the materiel developer.  The MIL-STD-331C[25], Test C4, gives a procedure for testing at 15 pounds per square inch, which is the equivalent of water depth of about 34 feet.  A natural body of water may also be used by lowering the test item to the required depth.  The item should be submerged for 1 hour, recovered, and fired as soon as possible thereafter to evaluate its ability to function properly.

    d.   Proof Firing.  Almost all small arms are proof fired by the manufacturer and do not have to be proof fired when received for test.  If proof firing is needed it can be done by obtaining the proper proof cartridge for the caliber of weapon being tested.  Remotely fire one proof round and five standard rounds, then inspect the weapon for adverse affects.  All load bearing components should be subject to magnetic particle or dye penetrant inspections.

    e.   Electromagnetic Interference (EMI) and Electromagnetic Compatibility (EMC).  The purpose of these tests is to ensure that the test item is able to function in its intended electromagnetic environment without its own performance being degraded and without degrading the performance of other nearby systems.  Most small arms are purely mechanical and as such are not susceptible to EMI/EMC.  However, some modern small arms contain electronic components the can create safety and operational concerns relative to EMI/EMC.  These

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 116 of 126
SIG_ARMY 002615

Downloaded from http://www.everyspec.com

components can include, but are not limited to, fuze setters, communication devices, fire control systems, etc. Guidance for EMI/EMC testing is given in TOP 1-2-512[26], Electromagnetic Compatibility Tests. Modification of the test weapon may be required; for example, a fuze setter activated by passage of a projectile through the muzzle brake may have to be modified to allow activation without actually firing the weapon. Coordinate the details of the EMI/EMC as early as possible with both the materiel developer and the team performing the actual test.

f. Parts Interchange. Parts interchange tests are done late in the development cycle, usually as part of a Production Qualification Test (PQT) or Logistic Demonstration. The specific parts that must be interchangeable are determined by the item manager. The parts are normally those assemblies that would be replaced at the lowest maintenance level such as the operator or unit armorer. The test is done by disassembling the weapon and reassembling in an interchanged condition. The general procedure is to use the same number of weapons as there are parts to be interchanged. For example, use ten weapons if there are ten parts to be interchanged. Number the weapons 1 through 10, and set up the same number of parts containers identified as A through J. Disassemble weapon No. 1 and sequentially place the parts in the parts containers starting with container A. Disassemble the second weapon in the same order, but place the first part in container B and continue with the last part being placed in container A. Continue the process until all the weapons are disassembled and each container has all the parts needed to reassemble a complete weapon. Assemble the weapons in the interchanged configuration and observe for proper fit and function (a firing test may be required). Careful record keeping will allow identification of the origin of any part, and will allow reassembling the weapons back to their original configuration if desired. They may also be left in the interchanged condition.

g. Unlubricated. This subtest determines whether the test item will function in an unlubricated condition. It is an indication of a weapon's ability to function in an adverse condition, particularly in those circumstances when scheduled lubrication cannot be accomplished. Degradation in weapon performance is common; test personnel should be prepared to deal with numerous common and uncommon types of malfunctions.

(1) Remove **all** lubrication (except dry film lubricant applied at time of manufacture) to all parts of three weapons to be tested. This is best accomplished by detailed disassembly, cleaning all parts, then washing all the parts in clean solvent.

(2) Fire at least 1000 rounds of ammunition using a Reliability and Durability test firing schedule (see para 4.3 for discussion of possible firing combinations). Ammunition should be fired in an "as issued" condition with no attempt to remove any traces of lubricant or to clean the ammunition components.

(3) Weapons will not be lubricated unless the weapon is rendered inoperable by the test environment. If this occurs, perform minimum restorative maintenance necessary to return the weapon to operating condition, and resume firing.

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

(4)  Weapons with adjustable gas systems are set at "minimum" until problems dictate a change. Firing will be with each progressive adjustment available until either the weapon operates properly or the maximum power setting has been used.

(5)  At the conclusion of firing, inspect the weapons for unusual wear, evidence of galling, and any other condition caused by the unlubricated conditions.

h.  Fouling.  This subtest determines the effects of combustion residue buildup on weapon performance.  The test is done at cool ambient temperatures to encourage condensation and the accumulation of residue.  A relatively small number of rounds are fired at large time intervals to prevent weapon heating that would tend to evaporate residue deposits.

(1)  Maintain three test weapons in accordance with the maintenance literature for a temperature of -7 $\pm$ 2 $^oC$ (20 $\pm$ 5 $^oF$).  Condition the weapons, ammunition (300 rounds per hand or shoulder weapon, 500 rounds per machinegun), and magazines in an environmental facility at -7 $^oC$ for at least 12 hours before initiating firing.

(2)  Two firings are done each day for five days.  The daily firings are separated by a minimum of 4 hours.  For hand and shoulder weapons, each firing consists of 30 rounds fired semiautomatically at a rate of approximately one round per second.  For machineguns, each firing consists of 50 rounds fired in three to five round bursts.  Firings should be done from within the conditioning chamber.  If this is not possible, remove the weapons for firing and replace them into the conditioning chamber as quickly as possible.

(3)  Weapons are not maintained during this test unless a weapon is rendered inoperable by the test environment. If this occurs, perform minimum restorative maintenance, and continue testing until completed.  Do not remove the weapon from the test environment to perform maintenance.

5.  <u>DATA REQUIRED</u>

5.1  <u>General</u>.  The purpose of recording weapon functioning data is to establish an accurate, complete historic profile of the items being evaluated.  For some tests, the definitions listed in the following tables are sufficient to explain what has occurred; in other tests, failure definitions and scoring criteria specified by the customer take precedence whenever these criteria conflict with those in the tables.

Malfunctions and stoppages are classified into standardized groups in the following categories:

a.  Malfunction and Performance Codes (para 5.2).

b.  Attribution Codes (para 5.3).

Case 6:22-cv-03095-MDH    Document 121-15    Filed 11/05/24    Page 118 of 126
SIG-ARMY 002017

Downloaded from http://www.everyspec.com

c. Safety Categories (para 5.4).

d. Significance to the Operator (para 5.5).

Guidance concerning keeping track of incidents by round count is given in paragraph 5.6. Paragraph 5.7 describes some commonly used miscellaneous codes and abbreviations.

5.2  <u>Malfunction and Performance Codes</u>.  The cycle of operation of most small arms weapons, from pistols and revolvers to heavy machineguns, is broken down into six parameters:  feeding, chambering, locking, firing, extracting, and ejecting (in that order).  Within these six parameters, malfunctions may occur which can adversely affect weapon performance while still permitting continuation of firing.  Other malfunctions, referred to as stoppages, immediately prevent further firing until corrected.  Examples of malfunctions that cause stoppages are weapon failure to feed, extract, or eject.  These may or may not be caused by a part failure.  Examples of malfunctions that do not cause stoppages are damaged weapon sear or solenoid components that cause uncontrolled fire; loss of weapon flash suppressor; and loosening and shifting of a sight.

Commonality of abbreviations, malfunction codes, and weapon performance definitions is required for our reports, TIRs, etc.  The lists of standardized terminology in Tables 9 and 10 are designed to be used for all of our external and internal documentation and communication.  The lists have been deliberately kept as short as practical to limit the multiplicity of codes.  However, you have the option of adding codes or terms if the nature of a specific test requires it.  Any such special terms or codes must be defined in detail in our reports or TIRs.

The codes are arranged in the approximate order of function of conventional small arms weapons.  It is critical to understand that these codes describe the condition of the weapon as determined primarily by visual observation.  It is not uncommon for a specific weapon malfunction to have several possible causes, or conversely, a single weapon condition may generate several different types of malfunctions.  The malfunction codes in this list are just the first step in recording and analyzing the event.

77

Downloaded from http://www.everyspec.com

TOP 3-2-045
17 September 2007

TABLE 9.  BASIC CODES

BFM - Bolt Failed to Move.  Used for weapons firing from an open bolt to indicate that the bolt made no forward movement when the bolt sear was released by pulling the trigger.  Also used for those cases where the bolt is held rearward by a manually operated bolt latch and fails to move forward when the latch is released.

FSR - Failure to Strip Round.  The bolt properly engaged the cartridge but stalled or failed to push the round out of the magazine or link.

FFD - Failure-to-Feed.  A cartridge was not fed into the proper position in front of the bolt.

BFC - Bolt Failed to Close.  The bolt properly stripped the cartridge but stopped short of the forward most position.

BFL - Bolt Failed to Lock.  The bolt locking surfaces or locking mechanism are not engaged even though the bolt is in the forward most position.

BCE - Bolt Closed on an Empty Chamber.  There is no cartridge in the chamber even though the bolt is forward and locked.

FFR - Failure-to-Fire.  The weapon failed to fire when the trigger was pulled.

FUL - Failure to Unlock.  The weapon fired but the bolt is still in the locked position.

FXT - Failure to Extract. The fired cartridge case is still in the chamber or the bolt has not moved back far enough to activate the ejector.

FEJ - Failure-to-Eject. The bolt moved to, or through, the proper position for ejection but the case did not eject.

Downloaded from http://www.everyspec.com

TABLE 10.  EXTENDED CODES

When possible, these more specific codes may be used to describe the malfunction.

<u>BFM</u> FDS  - Failure of safety to disengage.
   FTF  - Failure of trigger to function.

<u>BFC</u> STB  - Stubbed round.
   BUR - Bolt under rode cartridge.
   BOR - Bolt over rode cartridge.

<u>FFD</u> BSP  - Belt separation.
   DFD - Double feed.
   FFU - Failure of round to feed up from the magazine.
   FBC - Failure of the bolt to cycle back far enough to pick up the next cartridge.

<u>FFR</u> FSO  - Failure to sear off, firing pin did not strike properly positioned cartridge.
   FCP  -Failure of cartridge primer, the primer has a proper indent but did not fire.

<u>FXT</u> FEX - Failure of extractor to engage or stay engaged with the cartridge.
   FES  - Case stuck in chamber such that bolt/extractor cannot extract it.

FEJ CSB - Case spin back (fired case exited but bounced back into the weapon).

5.3 <u>Attribution Codes</u>.  The **source** or **cause** of the malfunction must be determined and attributed to some underlying cause.  This is sometimes easy, as in the case of an obviously broken part, but often requires careful thought and experimentation.  Common attribution codes are shown in Table 11.

TABLE 11.  ATTRIBUTION CODES

AMO - Ammunition.  Problems clearly caused by deficiency of the ammunition.

GUN - Malfunction that is induced by the weapon itself despite proper maintenance and proper operator performance.

LNK - Link.  Problems clearly caused by a deficiency of the link or links.

MAG - Malfunctions identifiable as induced by the magazine.

PER - Personnel.  Problems induced by operator error (repetitive PER may identify a human factors problem or a deficiency in operator training procedures.)

Downloaded from http://www.everyspec.com

REP - Repetitive malfunctions. The special category termed "repetitive" is used when repeated stoppages due to a faulty component occur, and corrective action is not immediately determined or incorrect action is taken. For example, if a series of identical gun stoppages occurs and the first stoppage is attributed to the gun because of a faulty gun component, the three identical stoppages that follow are charged as repetitive, assuming that the fault was correctable after the first occurrence. When repetitive malfunctions occur due to faulty gun design rather than component failure and immediate action by the operator is not possible, each such stoppage is charged to the gun instead of repetitive.

SYS - System. Problems that cannot be attributable to a single cause, but are caused by the interaction of more than two components.

TST - Test. Malfunctions induced by the test set up, such as an improper weapon mount, wrong part installed, etc.

5.4  Safety. All malfunctions and stoppages will be reviewed for safety implications in accordance with MIL-STD-882D[27]. Determine the proper severity category and mishap probability in accordance with MIL-STD-882D, Table A-1.

5.5  Classification of the Significance of a Malfunction to the Operator. Incidents are divided into four classes in accordance with the following definitions:

   Class 1. The operator is able to return the weapon to an operational condition within 10 seconds using only tools and equipment carried in an operational scenario. This class is often referred to as "correctable by immediate action".

   Class 2. More than 10 seconds are required using only tools and equipment carried in an operational scenario. This class is often referred to as "operator correctable failures".

   Class 3. A failure not correctable by the operator because it requires a higher level of maintenance or the use of tools and parts that the operator is not authorized to carry on his person. It is correctable, however, at the lowest level organizational maintenance.

   Class 4. A failure that is not correctable in the field; the weapon must be evacuated to a higher-level maintenance (such as depot level) or is unrepairable and must be scrapped.

5.6  Round Counts. In testing weapons, the primary method of reporting **where** an incident occurs is by using round counts. Several types are used, including cumulative total rounds on the weapon receiver or frame. Within this end item, major components can require their own round counts (e.g., quick-change barrels, multi-directional feed mechanisms, and magazines). Attachments to the end item, as well as parts rendered unserviceable or damaged/worn due to use, may also require separate round tallies.

Downloaded from http://www.everyspec.com

Use the cumulative round count to correlate firing data throughout the test. Record the round count at each event such as a malfunction, magazine change, change of firing cycle, maintenance action, etc. The final record will identify the exact conditions and sequence of each round fired.

5.7 <u>Miscellaneous Common Codes</u>. Miscellaneous common codes are shown in Table 12.

### TABLE 12. MISCELLANEOUS COMMON CODES

A    - Full automatic fire.
B    - Burst fire.
CIL  - Clean, inspect, and lubricate.
FRA  - Failure to remain assembled.
GFE  - Government-furnished equipment.
NT   - No test, data is not reportable as test data.
SA   - Semiautomatic.
SPM  - Shots per minute (do not use rounds per minute as rpm can cause confusion).
SS   - Single shot.
UNK  - Unknown.

6. <u>DATA PRESENTATION</u>.

Present data in formats that is factual, comprehensive, and easy to understand. General guidance on presentation of data in reports is given in U.S. Army Test and Evaluation Command (ATEC) Publication Number 1-8[28], Technical Document Style Manual; use this guidance for both printed and electronic presentations.

Level 1 through 3 data is not usually published but it is retained for future use or analysis (see ATEC Pamphlet 73-4[29], System Test and Evaluation Procedures, Chapter 4, for data level definitions). Data levels 4 and 5 form the basis for test reports, safety release recommendations, etc.

Test results are analyzed by suitable statistical procedures for comparing samples, for obtaining point or interval estimates of a parameter, and for determining from test results whether specific requirements have been satisfied. ITOP 3-1-005, Statistics for Test Assessment, provides guidance on analyzing and presenting test results.

81

Downloaded from http://www.everyspec.com

## APPENDIX A.  REFERENCES

1.   TOP 4-2-016, Ammunition, Small Arms, 12 June 1978.

2.   TOP 3-2-504, Safety Evaluation of Hand and Shoulder Weapons, 1 March 1977.

3.   TOP 3-2-030, Grenade Launchers, 13 March 1987.

4.   DTC Pamphlet 73-1, Developmental Test Guide, 30 October 2006.

5.   TOP 3-2-500, Weapon Characteristics, 9 November 1981.

6.   ITOP 3-1-005, Statistics for Test Assessment, 23 October 2006.

7.   TOP 3-2-807, Nondestructive Testing of Materials, 5 December 1982.

8.   ITOP 4-2-829, Vertical Target Accuracy and Dispersion, 7 September 1999.

9.   AR 70-38, Research, Development, Test and Evaluation of Materiel for Extreme Climatic Conditions, 15 September 1979.

10.  MIL-HDBK-310, Global Climatic Data for Developing Military Products, 9 January 1987.

11.  MIL-STD-810F, Environmental Engineering Considerations and Laboratory Tests, 1 January 2000.

12.  DTC Memorandum 73-1, Testing Systems for Climatic Suitability and Effectiveness, 30 April 2002.

13.  TOP 3-2-609, Chemical Compatibility of Nonmetallic Materials Used in Small Arms Systems, 12 February 1999.

14.  TOP 1-2-608, Sound Level Measurement, 16 February 1982.

15.  MIL-STD-1474D, Department of Defense Design Criteria Standard, Noise Limits, 12 February 1997.

16.  ITOP 4-2-602, Rough Handling Tests, 19 April 2002.

A-1

Downloaded from http://www.everyspec.com

17.   TOP 2-2-614, Toxic Hazards Tests for Vehicles and Other Equipment, 28 February 1995.

18.   TOP 3-2-826, Kinematic Tests of Small Arms, 15 July 1985.

19.   AR 700-127, Integrated Logistics Support, 19 December 2005.

20.   TOP 1-2-610, Human Factors Engineering Part I (Test Procedures), 15 May 1990.

21.   TOP 1-2-610, Human Factors Engineering Part II (HEDGE), 15 May 1990.

22.   MIL-STD-1472F, Department of Defense Design Criteria Standard, Human Engineering, 31 March 1998.

23.   MIL-HBK-759C, Department of Defense Handbook for Human Engineering Design Guidelines, 31 July 1995.

24.   AECTP 300, Climatic Environmental Tests, 1 January 2006.

25.   MIL-STD-331C, Fuze and Fuze Components, Environmental and Performance Tests, 1 December 1989.

26.   TOP 1-2-512, Electromagnetic Compatibility Tests, 1 January 1967.

27.   MIL-STD-882D, Standard Practice for System Safety, 19 January 1993.

28.   ATEC Publication No. 1-8, Technical Document Style Manual, 1 March 2005.

29.   ATEC Pamphlet 73-4, System Test and Evaluation Procedures, 19 April 2004.

Downloaded from http://www.everyspec.com

Forward comments, recommended changes, or any pertinent data which may be of use in improving this publication to the following address:  Test Business Management Division (TEDT-TMB), US Army Developmental Test Command, 314 Longs Corner Road Aberdeen Proving Ground, MD  21005-5055.  Technical information may be obtained from the preparing activity:  Small Arms Systems Division (TEDT-AT-FP-S), US Army Aberdeen Test Center, 400 Colleran Road, Aberdeen Proving Ground, MD 21005-5059.  Additional copies are available from the Defense Technical Information Center, 8725 John J. Kingman Rd., STE 0944, Fort Belvoir, VA  22060-6218.  This document is identified by the accession number (AD No.) printed on the first page.