# Exhibit 19

Page 1

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF MISSOURI

2

3

JOSHUA GLASSCOCK, on      )
4   behalf of himself and    )
    all others similarly     )
5   situated,                )
                             )
6            Plaintiff,      )   Case No.
                             )   22-CV-3095-SRB
7       vs.                  )
                             )
8   SIG SAUER, INC.,         )
                             )
9            Defendant.      )

10

11          VIDEOTAPED 30(b)(6) DEPOSITION OF SIG

12      SAUER, INC., VIA CHRISTOPHER MEYER, taken

13      pursuant to notice before Beth Gaige, RPR, and

14      licensed court reporter in the State of New

15      Hampshire at the offices of AC Hotels

16      Marriott, 299 Vaughan Street, Portsmouth, New

17      Hampshire, on September 11, 2024, commencing

18      at 9:06 a.m.

19

20

21

22

23

24

25

Page 2

```
 1              A P P E A R A N C E S

 2


 3     FOR THE PLAINTIFF and THE PROPOSED CLASS,


 4
         TODD C. WERTS, ESQ.
 5       Lear Werts, LLP
         103 Ripley Street
 6       Columbia, Missouri 65201
         Phone:  573.875.1991
 7       E-mail:  Werts@learwerts.com


 8
         MICHAEL A. WILLIAMS, ESQ.
 9       CLINTON J. MANN, ESQ.
         Williams Kirks Dameron, LLC
10       1100 Main Street, Suite 2600
         Kansas City, Missouri 64105
11       Phone:  (816) 945-7100
         E-mail:  Mwilliams@williamsdirks.com
12                Cmann@williamsdirks.com


13     FOR THE DEFENDANT,

14
         ROBERT L. JOYCE, ESQ.
15       Littleton Joyce Ughetta & Kelly LLP
         The Centre at Purchase
16       4 Manhattanville Road, Suite 202
         Purchase, New York 10577
17       Phone:  (914) 417-3412
         Robert.joyce@littletonjoyce.com

18

19

20

21

22

23

24

25
```

Page 3

```
1                          INDEX

2
   WITNESS:  CHRISTOPHER MEYER
3
      Examination by Mr. Werts                    5
4

5

6

7

8
                    E X H I B I T S
9
   Exhibit No.      Exhibit Description        Page
10
   1            Notice of 30(b)(6) deposition     8
11
   2            E-mail from Kevin Bakken to Joseph  90
12                Lienemann dated January 4, 2017
                  with attachment
13
   3            E-mail chain with Debra Dawson and  94
14                others April of 2018

15 4            E-mail chain with Bill Larson and   94
                  others June of 2019
16
   5            UD form                            98
17
   6            E-mail from Marco Frayjo to Ron    103
18                Cohen and others dated 7/28/2020

19 7            E-mail exchange with Kyle Reyes    106
                  dated August 26, 2021, with
20                attachment

21 8            E-mail forward with Scott Therrien  107
                  and others dated August 26, 2021
22
   9            Reporting of Accidental Discharges  111
23                - Somerset County DOC ME

24

25
```

Page 4

1                          STIPULATION

2           (It is hereby agreed by and between the

3    parties that signature is not waived.)

4              - - - - - - - - - -

5           THE VIDEOGRAPHER:  Good morning.  We are

6    now on the record.  Today's date is September

7    11th, 2024, and the time is 9:06 a.m.

8           This is the video-recorded deposition of

9    Chris Meyer in the matter of Joshua Glasscock

10   versus Sig Sauer, Incorporated, Case No.

11   22-CV-3095-SRB filed in the United States

12   District Court for the Western District of

13   Missouri.

14          This deposition is being held at the AC

15   Hotels Marriott at 299 Vaughn Street in

16   Portsmouth, New Hampshire.

17          The reporter's name is Beth Gaige.  My

18   name is Craig Fear.  I am the certified legal

19   videographer.  We are with Lexitas Legal.

20          Would the attorneys please -- present

21   please introduce themselves and the parties

22   they represent beginning with the noticing

23   attorney.

24          MR. WERTS:  Todd Werts on behalf of

25   plaintiff.

Page 5

1          MR. MANN:  Clint Mann on behalf of

2     plaintiff.

3          MR. WILLIAMS:  Mike Williams on behalf of

4     plaintiff.

5          MR. JOYCE:  Rob Joyce on behalf of Sig

6     Sauer.

7          THE VIDEOGRAPHER:  Would the court

8     reporter now please swear in the witness and

9     then counsel may proceed.

10          (The Witness was administered the oath by

11     the Court Reporter.)

12     CHRISTOPHER MEYER, having been duly sworn by

13     the Notary Public, was examined and testified

14     as follows:

15                    EXAMINATION

16     BY MR. WERTS:

17  Q.  Morning.

18  **A.  Morning.**

19  Q.  Before we get into it, just a -- a couple of

20     guidelines for today.  I know you and the

21     court reporter visited before we went on the

22     record about some of them so I'll not repeat

23     that stuff.

24          If you need to take a break at any time,

25     just tell me, and we can do that.  I'll just

888-893-3767                     Lexitas is a certified woman-owned company                     Page 5 of 120
www.lexitaslegal.com              California Firm Registration #179
LEXITAS

Page 6

1     ask that you answer any pending question

2     before we head out.  Is that okay?

3  **A.  That is.**

4  Q.  All right.  Likewise, I will try very hard to

5     slow down today because I was chastised

6     yesterday, rightly so, for speaking too fast.

7     So if I overexaggerate it, bear with me.

8          The -- I'll also try to ask questions

9     that make sense; but if I fail in that

10    endeavor, tell me -- tell me what you don't

11    understand, and I'll try to ask you a better

12    question.

13         Does that work?

14 **A.  It does.**

15 Q.  All right.  Can you please tell us your name?

16 **A.  Christopher Meyer.**

17 Q.  You're currently employed at Sig Sauer,

18    correct?

19 **A.  That is correct.**

20 Q.  You're in the customer relations department?

21 **A.  Customer service, yes.**

22 Q.  How long have you had been in the customer

23    service department?

24 **A.  Just shy of nine years.**

25 Q.  So November of 2015?

888-893-3767          Registered where required in all 50 states and is licensed where required by law          Registration #179
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

```
 1   A.   That's correct.

 2   Q.   What is your current title at Sig Sauer?

 3   A.   Senior customer service manager.

 4   Q.   How long have you been a senior customer

 5        service manager?

 6   A.   About two years.

 7   Q.   What were you before that?

 8   A.   The customer service manager.

 9   Q.   How long were you a customer service manager?

10   A.   Roughly two years.

11   Q.   What was your job title prior to that?

12   A.   Customer service supervisor.

13   Q.   How long were you in that role?

14   A.   Roughly two years.

15   Q.   What was your role prior to that?

16   A.   Customer service lead.

17   Q.   How long were you in that role?

18   A.   That was about a year.

19   Q.   What was your role before that?

20   A.   Customer service representative.

21   Q.   How long were you in that role?

22   A.   Roughly two years, if I'm doing my math

23        correctly.

24   Q.   It does add up to nine.

25   A.   That's good.
```

888-893-3767            Scheduling inquiries in all 50 states and 11 countries        LEXITAS
www.lexitaslegal.com                   California Firm Registration #179

Page 8

1   Q.  And so it's my understanding you have been

2       designated by Sig Sauer to testify on a number

3       of topics today.  Is that yours?

4   A.  Yes.

5           MR. WERTS:  Michael, can I see Exhibit 1

6       from yesterday?  Exhibit 2, I'm sorry.

7           Could we mark that as Exhibit 1 for

8       today.

9           (Deposition Exhibit No. 1 was marked for

10      identification.)

11      BY MR. WERTS:

12  Q.  You have been handed what we've marked as

13      Deposition Exhibit No. 1.

14          Have you seen that before?

15  A.  Yes.

16  Q.  And my understanding is that your on deck for

17      today for topics 1, 2, 3, 4, 5, 6, 13 as it --

18      I'm sorry -- 12 as it applies to other

19      incidents, 13 as it applies to incidents in

20      RMAs, 14, 15, 22, 23, and 24.

21          MR. JOYCE:  By counsel that is confirmed.

22  A.  Yes.

23      BY MR. WERTS:

24  Q.  And you understand that for today's purposes

25      you're the designated voice of Sig Sauer, as

888-893-3767    Lexitas in all 50 states and is licensed where required by law    Registration #16F
www.lexitaslegal.com                                California Firm Registration #179

LEXITAS

Page 9

1    in you're speaking on behalf of the company?

2  A.  Correct.

3  Q.  And you've been authorized by Sig Sauer to do

4     that?

5  A.  Yes.

6  Q.  Tell me -- because you had a number of topics,

7     but what has Sig Sauer done to gather all of

8     its knowledge, known or reasonably available

9     to it, with respect to the matters that you've

10    been designated for in our Deposition Exhibit

11    1?

12        MR. JOYCE:  I'm going to allow him to

13    answer, but that's an extremely broad

14    question.

15        But you can answer.

16  A.  Some of these I already had an understanding

17    of, and some we worked with business

18    intelligence to gather information.

19    BY MR. WERTS:

20  Q.  Which topics did you already have an

21    understanding of?

22  A.  1 through 6.  12 is the -- the other

23    instances.

24  Q.  12 as to case studies or investigations into

25    the P320, M-17 or M-18, including those

888-893-3767
www.lexitaslegal.com
All transcripts are completely confidential and are licensed with the equivalent of a Registration #016.
California Firm Registration #179
LEXITAS

1    concerning the use of external safeties or

2    inadvertent discharges.

3  A.  Correct.

4  Q.  Yeah.

5  A.  So I was provided.

6        And 13.  14 would have been other

7    incidences.  15 would have been the other

8    instances.  22 would have been -- scratch

9    that.  22 would have been business

10   intelligence.  23 would have been business

11   intelligence, but that question is -- it's not

12   a question.

13 Q.  Okay.  It's a topic.

14 A.  Mm-hmm.

15       And 24 I know.

16 Q.  And 24 was one that you already knew before

17   talking to business intelligence?

18 A.  Is one I know now, yes.

19 Q.  And my question on that was -- was that one

20   you had to prepare with business intelligence

21   to talk about today, or did you already come

22   into this with knowledge beforehand?

23 A.  Had nothing to do with business intelligence.

24   I came in knowing.

25 Q.  So the two topics that you had to work with

888-893-3767
www.lexitaslegal.com
Exhibit D relates to all 50 states and is licensed where required by law. Registration #110
California Firm Registration #179

LEXITAS

1  business intelligence on were 22 and 23, by my

2  count?

3  **A.  That's correct.**

4  Q.  What was done to prepare you to talk about

5  those two topics?

6  **A.  Well, information was -- was gathered and**

7  **seeing what you -- what -- basically what --**

8  **what had been recorded over time.**

9  Q.  What witnesses at Sig Sauer were made

10  available to you to talk about topics 22 and

11  23?

12  **A.  In what sense?**

13  Q.  People.

14  **A.  There's a gentleman named Chris from business**

15  **intelligence that was helpful.**

16  Q.  Did you talk to anyone else about those topics

17  in advance of today's deposition?

18  **A.  Legal representation.**

19  Q.  Anyone else?

20  **A.  Not that I'm aware of.**

21  Q.  What's Chris's last name?

22  **A.  Cogden.**

23  Q.  Do you know what his title is with Sig Sauer?

24  **A.  I don't.**

25  Q.  Do you know how to spell Cogden?

1　A.　C-o-g-d-e-n, I believe.

2　Q.　Did you look at any documents with Mr. Cogden?

3　A.　Yeah.  They were -- yes, which I believe

4　　　are -- yeah.  Yeah, I have looked at

5　　　documents.

6　Q.　What were they?  What did you look at with Mr.

7　　　Cogden?

8　A.　A collection of firearms that had been, you

9　　　know, brought in or sold pertaining to these

10　　questions.

11　Q.　When you say collection of firearms, do you

12　　mean the guns themselves?

13　A.　Correct.  Well, not -- not physically.  I

14　　wasn't looking at the physical guns.

15　Q.　Okay.  That's the nature of my question.

16　A.　Oh, okay.  No.  Just data.  This is -- yeah.

17　Q.　And what data were you looking at?

18　A.　This would be P320s that were coming in from

19　　Missouri that were sold or otherwise.

20　Q.　Was this a spreadsheet?

21　A.　Yes.

22　Q.　Was there anything besides a spreadsheet that

23　　you looked at with Mr. Cogden?

24　A.　Not that I'm aware of.

25　Q.　Was it one spreadsheet or multiple

LEXITAS

Page 13

1    spreadsheets?

2    A.  It's -- it's one spreadsheet.

3    Q.  Did it have multiple tabs?

4    A.  Not that I can recall.

5    Q.  What all information was contained on the

6        spreadsheet about these guns?

7    A.  Is what guns have come in for repair or

8        voluntary upgrade and -- yeah, that's what

9        came in.

10   Q.  Okay.  So just an identification by serial

11       number?

12   A.  I believe it's by serial number, yes, and also

13       by sales to Missouri.

14   Q.  And so was -- did the same spreadsheet cover

15       sales and returns?

16   A.  I don't recall if those were two separate

17       spreadsheets or if they're tabbed -- that's

18       what -- that's what I -- I can't remember if

19       they're two separate ones or if it's one

20       that's tabbed, but -- because those were the

21       questions that were asked.

22   Q.  Okay.  So let's talk -- take -- take those two

23       at a -- or one at a time.

24           On the returns was -- it had a list of

25       serial numbers to identify the guns, right?

Case 4:23-cv-03097 Document 65 Filed 05/24/... Page 14 of 120

LEXITAS

```
 1   A.   I believe so.

 2   Q.   What else was provided about on the

 3        spreadsheet?

 4   A.   It would have been the reason code on why it

 5        came in.

 6   Q.   What is a reason code?

 7   A.   A reason that a firearm would -- would come in

 8        so...

 9   Q.   What are the options?

10   A.   There's several.  But, for example, voluntary

11        upgrade program would have been one.  One if

12        it came in for some sort of failure, or one

13        did it come back and really any -- any reason

14        that you would have a return.

15   Q.   What else besides the serial number and the

16        reason code?

17   A.   There -- there might have been sales channel

18        so whether -- whether it's commercial or

19        direct to consumer.

20   Q.   Okay.  What else?

21   A.   That I can confirm?  Not -- not that I

22        remember because really we're looking for

23        serial number and reason code.

24   Q.   What information were you gleaning from an

25        individual serial number?
```

888-893-3767
www.lexitaslegal.com
Exhibit D plates [null 50 states and DC] licensed with electronic filing; California Registration #16f.
California Firm Registration #179
LEXITAS

Page 15

1   A.  Well, there's a lot of information you can get

2       from a serial number, but --

3   Q.  What's that?

4   A.  What model it is.  You can find when it was

5       made.

6   Q.  What else?

7   A.  You could possibly -- I mean, you could use it

8       to track what order it was part of originally.

9       Did it ship to this dealer -- dealer A or

10      dealer B.

11  Q.  And what I'm looking for is as you're reading

12      the spreadsheet, you see a serial number.  I

13      get the serial can be used for a variety of

14      reasons.

15  A.  Mm-hmm.

16  Q.  But you have more knowledge about the Sig

17      Sauer systems than I do, which is the nature

18      of today's exercise.

19          What are the -- you look at a Sig -- a

20      serial number.  What is it you can learn just

21      from reading that alphanumeric code?

22          MR. JOYCE:  He just answered that

23      question.

24          But can you answer it again.

25          MR. WERTS:  Well, it was confused because

888-893-3767
www.lexitaslegal.com
Lexitas Deposition and Litigation Services is licensed where required. Nevada Registration #101F.
California Firm Registration #179
LEXITAS

1        it went from being able to pick out details

2        from the number itself to what you might use

3        the number for, and I need to parse that out.

4    A.  **Well, so I can tell what model it is, and then**

5        **by searching -- this -- this is when I can**

6        **find when it was made, and I could look in the**

7        **history of that serial number where it went.**

8        BY MR. WERTS:

9    Q.  And when you say where it went, what

10       information does Sig Sauer have about that?

11   A.  **It would be an order to a dealer.**

12   Q.  If a gun came back, could you also use the

13       serial number to determine who the owner was

14       that sent that gun back to Sig Sauer?

15   A.  **This would depend.**

16   Q.  On?

17   A.  **If the direct consumer contacted us, then,**

18       **yes.  If it was sent back from a dealer, no.**

19   Q.  With some products that -- that you buy,

20       there's, like, a way that a purchaser can

21       register their product for warranty purposes

22       and others with the -- the manufacturer.

23           Does Sig Sauer do something like that as

24       an offering to its customers?

25   A.  **You can register your products with Sig Sauer,**

888-893-3767   www.lexitaslegal.com   Exhibit Plates in all 50 states and is licensed where required by law   California Firm Registration #179   Lexitas Registration #710   LEXITAS

**but the warranty is not beholden to that registration.**

Q. If a consumer chose to register their product with Sig Sauer, that's information that they would still have though, right?

**A. Yes.**

Q. Does Sig Sauer know roughly what percentage of their customers choose to register their firearms with Sig Sauer?

**A. I do not. It's fairly low.**

Q. Has Sig Sauer ever undertaken any effort to study or determine what percentage of their guns are being registered?

**A. Possible. Not that I'm aware of.**

Q. Going back to the spreadsheet that you looked at with Mr. Cogden, has the serial number, the reason for the return.

Was there any other information about those guns contained on the spreadsheet?

**A. Not that I recall.**

Q. So just two columns?

**A. I believe there were other columns, but it wasn't data that -- that I understood or had any use to me.**

Q. Do you know whether Mr. Cogden made that

1   spreadsheet for this case or if that was a

2   report that he had otherwise?

3   **A.  I believe it was made for this case.**

4   Q.  Do you have an understanding of what system he

5      used to pull that report?

6   **A.  I don't want to speak out of turn.  I believe**

7      **it's a system called COGNOS.**

8   Q.  Is that all caps, C-O-G-N-O-S?

9   **A.  Yes.**

10  Q.  What is your understanding of what COGNOS is?

11  **A.  It's -- I -- I -- I don't use COGNOS on a**

12     **day-to-day basis.  It's -- it's a program that**

13     **business intelligence uses.**

14  Q.  Do you know what they use it for?

15  **A.  Business intelligence.**

16  Q.  What does that mean?

17  **A.  It's -- it seems to be a collection of -- of**

18     **data.**

19  Q.  Have you had any training on the COGNOS

20     system?

21  **A.  I have not.**

22  Q.  Have you ever used it?

23  **A.  No.**

24  Q.  Have you ever needed to ask someone to pull

25     information out of it for you?

888-893-3767                    Lexitas Dictates Do not translate and is licensed where required by law   Page 18

www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

1    A.  Yes.

2    Q.  In what context?

3    A.  I asked for commission data to be pulled for

4        orders monthly.

5    Q.  Sales compensation commission data?

6    A.  Correct.  I have a team -- yeah, I have a team

7        that can also sell things.

8    Q.  Commission is one of those words that can

9        have, like, seven different meanings --

10   A.  Got it.

11   Q.  -- and so -- and we'll probably cycle back to

12       that.

13           But just generally you've got certain

14       people in the customer service department that

15       take orders on the phone or online?

16   A.  Mm-hmm.  Yes.

17   Q.  And then they get paid for doing that.

18   A.  Correct.

19   Q.  Other than counsel and Mr. Cogden with

20       business intelligence, did you speak to anyone

21       else in preparation for today's deposition?

22   A.  Not that I can recall.

23   Q.  Did you look at any other documents besides

24       the two spreadsheets that we've talked about?

25   A.  The other documents.  So the -- the other

888-893-3767
www.lexitaslegal.com                Exhibit Duplicates in all 50 states and is licensed where required by law.
                                        California Firm Registration #179

LEXITAS

1    incidents.

2  Q.  When you say the incidents, what are you

3      referring to?

4  A.  I have them as a series of binders of the --

5      the other incidences.  It's -- there -- they

6      should be here or you guys have them.

7  Q.  What makes you say that?

8  A.  I want to believe it's been --

9          THE WITNESS:  I don't want to speak out

10     of turn here, but is that something that's

11     been provided?

12         MR. JOYCE:  Yeah, it's been produced to

13     them.

14     BY MR. WERTS:

15 Q.  I've got a bunch of them.  Whether I have them

16     all or not, is one of the things we've got to

17     talk about, but I -- I do have other

18     incidents.  And we'll look at some stuff

19     today.

20 A.  Mm-hmm.

21 Q.  We could make -- it would take a while to look

22     at every single one of them, wouldn't it?

23 A.  It would.

24 Q.  How many binders have you got?

25 A.  Four.

888-893-3767
www.lexitaslegal.com
Exhibit copies are not official and are licensed where required by law
California Firm Registration #179
LEXITAS

Page 21

1    Q.  Is that just for the P320?

2    **A.  That -- those incidents were collected for the**

3        **P320, yes.**

4    Q.  Do you have binders like that for any other

5        gun line that Sig Sauer makes?

6            MR. JOYCE:  Objection.  Beyond the scope.

7        Foundation.

8            You can answer.

9        BY MR. WERTS:

10   Q.  Well, one of the topics is comparative

11       analysis between gun models.

12           But go ahead.

13   **A.  I have not been part of any lawsuits for any**

14       **other firearm.  So, no, I do not have any**

15       **instance reports.**

16   Q.  All right.  We're going to come back to that,

17       but let's -- let's knock out your most

18       exciting topic, which is the org chart.

19           Who's the person at the top?

20   **A.  Ron Cohen, R-o-n, C-o-h-e-n.**

21   Q.  Who reports to Mr. Cohen?

22   **A.  I believe he has 15 reports.**

23   Q.  They are?

24   **A.  I don't know all 15 of them.  I -- I -- I can**

25       **tell you who I report to in that chain, but**

888-893-3767
www.lexitaslegal.com

Quintin Delgatos Duarte is licensed within all 50 states and is the court of Nevada Registration #2110F
California Firm Registration #179

LEXITAS

Page 22

```
 1        folks like Ron Gosselin and Jack Barnes, and a
 2        gentleman named Robby Johnson.
 3   Q.   Anyone else?
 4   A.   I'm just trying to remember if they report --
 5        if they're direct reports to Ron or otherwise.
 6            Daryl Hanna is someone else who reports
 7        to Ron.
 8   Q.   Each of these people that report to Mr. Cohen,
 9        do they each lead up separate departments?
10   A.   Correct.
11   Q.   Can you tell me what the departments are?
12   A.   So Jack Barnes would be commercial sales.  Ron
13        Gosselin would be operations.  Robby Johnson
14        would be product management.  And Daryl Hanna
15        I don't recall.  I don't work with him that
16        often, but -- I -- I don't know his -- his --
17        his direct.  It's not -- I'd say it might --
18        might be business intelligence.  It might be
19        something -- I'm not quite sure.
20   Q.   And understanding you don't remember it, can
21        you kind of generally describe, like, Daryl
22        Hanna, what's he do for the company?
23   A.   It could be operations or finance based.  I
24        know -- the reason I've worked with him was to
25        approve a software that I wanted to implement.
```

888-893-3767
www.lexitaslegal.com
95 titlecDeciates [null 50 stales and 1s licensed where required by law
California Firm Registration #179
LEXITAS

Page 23

```
 1   Q.   Okay.  Like getting their permission to go buy

 2        something expensive?

 3   A.   Correct.

 4   Q.   What are some of the other departments at Sig

 5        Sauer, the way they were, like, organized in

 6        the business operations?

 7   A.   There's the academy where we do training.

 8        There's ammunition and optics; global defense

 9        sales, which would also go into law

10        enforcement.

11   Q.   Just briefly just so I understand, is law

12        enforcement under global defense or its own

13        separate department at that level?

14   A.   They -- they work hand in hand a lot of the

15        times, so they are -- but they are their own

16        departments but they're very much kind of

17        enmeshed.

18   Q.   And they're all Sig Sauer employees.

19   A.   Correct.

20   Q.   I mean, it's -- it's a team.  All right.  And

21        I get that.  Just trying to -- ultimately just

22        trying to get a sense of how you guys go about

23        doing stuff.

24   A.   Mm-hmm.

25   Q.   There's a bunch of work that's got to get
```

Exhibit D Relates Dkt 50 states and is licensed when required by a state

Page 24

1    divvied up.  I just want to understand who's

2    doing what.

3  A.  Certainly.

4  Q.  So what else we got?

5  A.  And then there's our trainer team.

6  Q.  What else?

7  A.  IT, finance, legal.  I think that's all of it.

8  Q.  So a -- a couple of, I guess, groups that at

9    least I know that exist like marketing.

10    Where do they fit within the structure?

11  A.  Outside my memory, marketing.  Can't believe I

12    forgot that.

13  Q.  What about manufacturing?

14  A.  That would go under operations, so it's Ron

15    Gosselin.

16  Q.  Where does customer service fall?

17  A.  Right now we -- we fall under operations.

18  Q.  There's a guy at Sig Sauer named Al

19    Larochelle.

20    Do you know who that is?

21  A.  I do.

22  Q.  Who's that?

23  A.  Al Larochelle is a gunsmith who works hand in

24    hand with repair and law enforcement.

25  Q.  Where does he fit within this?

888-893-3767
www.lexitaslegal.com                  LEXITAS

1   A.   He's retired.

2   Q.   Okay.  Where did he fit in this?

3   A.   I believe he was in law enforcement or

4        operation -- he would have been under law

5        enforcement, I believe.  Potentially under

6        operations on -- in the repair department.

7   Q.   Is ops who then runs the repair department?

8   A.   Say again?

9   Q.   Is operations who runs the repair department?

10  A.   Operation -- the repair department reports to

11       operations.

12  Q.   Where does design engineering fit within the

13       structure?

14  A.   That'd be R and D.

15  Q.   Was that another one at the top level?

16  A.   It would be, yes.

17  Q.   Coming into this, was anything done to help

18       prepare you to go through the org chart?

19  A.   Well, looking at the questions, I thought it

20       would have been the org chart of -- pertaining

21       to repairs for the 320 and not -- not for the

22       entire company.

23  Q.   Okay.  The top -- just -- just by way of

24       defending myself, the top one was the general

25       organizational management and geographic

888-893-3767
www.lexitaslegal.com

1    structure of defendant's offices, divisions

2    and facilities.  So I agree that -- that

3    there's a specific topic to the 320, but just

4    kind of broader, as well.

5         All right.  Are all of these operations

6    inside the United States?

7         Are all of these departments within the

8    United States?

9  A.  **Those departments, yes.**

10 Q.  Are there any departments for Sig Sauer that

11   are not inside the United States?

12 A.  **I believe global defense sales, I mean, they**

13   **travel quite a bit.**

14 Q.  Sure.

15 A.  **And then there -- I believe there's a**

16   **facility -- yeah, there's a facility in Israel**

17   **and there is one in India, I believe.**

18 Q.  What do they do?

19 A.  **Just support -- support contracts globally.**

20 Q.  Is it fair to say that the Israel and India

21   foreign locations don't have anything to do

22   with U.S. consumer -- United States consumers?

23 A.  **That would be fair.**

24 Q.  Okay.  Good.  That makes it easier.  I won't

25   talk about it then.

888-893-3767
www.lexitaslegal.com

Exhibit M Deponent is not licensed where deposition was taken
California Firm Registration #179

LEXITAS

1    A.   Okay.

2    Q.   The -- probably going to go back to the

3         broader scope that you said you were prepared

4         to talk about, the P320.  Let's fill in from

5         there and see where that gets us.

6              What was done to prepare to talk about

7         the identity and structure of Sig Sauer's

8         offices, divisions, and facilities responsible

9         for maintaining complaints related to the

10        P320, M-17 and M-18?

11   A.   So this is one that I knew -- I knew about.

12   Q.   Okay.  And so let's just kind of go through it

13        in order.  Let's identify those offices,

14        divisions, and facilities.

15             Who are they?

16   A.   So customer service, my department.  There is

17        inside sales, which goes under operations.

18        Essentially customer service for dealers.  Law

19        enforcement.  And then the -- the custom shop,

20        which we could call the repair shop for

21        understanding.  And legal.

22   Q.   And so the custom shop, just tell us what that

23        is.

24   A.   This is where products are repaired, modified

25        to fit the consumer's needs.

888-893-3767
www.lexitaslegal.com          Exhibit D Plates 1 of 50 pages and is licensed with a right to use a Registration of
California Firm Registration #179          LEXITAS

1  Q.  If I wanted to special order a gun from the

2      website, that's an option, right?

3  A.  **That is an option.  It would not be through**

4      **there.**

5  Q.  Oh, okay.  If I'm doing a special order

6      through the website, how does that work?

7  A.  **That'd be someone on my team would place the**

8      **order, and then that's made in our**

9      **manufacturing floor.**

10                 (Background noise)

11          MR. WERTS:  Didn't have that yesterday.

12     That's new.

13     BY MR. WERTS:

14  Q.  Is there one manufacturing floor for the P320?

15  A.  **Define manufacturing.**

16  Q.  I was just picking up -- following up on what

17     you said.  You said you send it to the

18     manufacturing floor.  That's one place.  And

19     so I'm trying to understand if that is true or

20     not.

21  A.  **Okay.  Yeah, those guns are built in -- in the**

22      **facility in Pease.**

23  Q.  Is that New Hampshire?

24  A.  **Correct.**

25  Q.  So all P320s are built at the Sig Sauer

888-893-3767
www.lexitaslegal.com

Exhibit D relates to all 50 states and is licensed with the aid of Nevada Registration #010F.
California Firm Registration #179

LEXITAS

```
 1        manufacturing facility in Pease, New

 2        Hampshire?

 3   A.   I am not -- I'm not sure if I can speak

 4        definitely if all P320s are built right there.

 5   Q.   But they build P320s at Pease, New Hampshire.

 6   A.   Yes.

 7   Q.   Do you believe that the P320s are built

 8        somewhere else other than Pease, New

 9        Hampshire?

10   A.   It's possible for global contracts or things

11        of that nature that they have to be built

12        on-site there; but I believe -- I believe that

13        the majority, if not -- actually I believe

14        that all of the commercial P320s are built in

15        New Hampshire.

16   Q.   And that may be and -- and for today's

17        purposes I'm interested in U.S. guns only.

18   A.   Those would all built in New Hampshire.

19   Q.   Okay.  At the Pease facility?

20   A.   That I couldn't say definitively.

21   Q.   Is there another one?  Is there another

22        manufacturing facility in New Hampshire?

23   A.   Yes.

24   Q.   Okay.  How many?

25   A.   There is Exeter and Rochester.
```

888-893-3767
www.lexitaslegal.com

LEXITAS

Page 30

1   Q.  Any others?

2   A.  **Manufacturing.**

3   Q.  Do you know whether the majority of the U.S.

4       P320s would have been built at the Pease, New

5       Hampshire, facility going back to 2017?

6   A.  **Not that I could say definitively.**

7   Q.  Going into today, was anything done to prepare

8       you to talk about where the P320s were

9       manufactured?

10  A.  **Specifically to that, no.**

11  Q.  We talked briefly with the R and D department.

12          Where's that located?

13  A.  **Exeter.**

14  Q.  Does Sig Sauer just have one R and D

15      department?

16  A.  **Our optics division has their own R and D, as**

17      **would ammo.**

18  Q.  But for firearms there's just the one group?

19  A.  **Correct.**

20  Q.  How long has the R and D group been at the

21      Exeter, New Hampshire, facility?

22          (Background noise)

23          MR. JOYCE:  I'm going to ask -- let's

24      take a short break.

25          MR. WERTS:  Yeah.

888-893-3767
www.lexitaslegal.com
Sig Sauer Plates Document 1 is licensed with a California Registration
California Firm Registration #179

LEXITAS

Page 31

1          MR. JOYCE:  I'm going to ask the front

2      desk what is going on.

3          MR. WERTS:  Yeah, thank you.

4          THE VIDEOGRAPHER:  This is the end of

5      Media No. 1.  We are going off the record.

6      The time is 9:46 a.m.

7              (Recess taken.)

8          THE VIDEOGRAPHER:  This is the beginning

9      of Media No. 2.  We are going back on the

10     record.  The time is 10:08 a.m.

11     BY MR. WERTS:

12  Q.  All right.  We were talking a little bit about

13      some of the different facilities.

14          Your customer service team, are you all

15      located in one location or multiple locations?

16  A.  We work remote.

17  Q.  Okay.  How long have you all worked remote?

18  A.  Since COVID.

19  Q.  Prior to COVID did you work in a centralized

20      location?

21  A.  We did.

22  Q.  Where was that located?

23  A.  Exeter.

24  Q.  And that's just a single centralized location

25      prior to COVID?

Page 32

1  A.  Correct.

2  Q.  We talked a little bit about product

3      management.

4          Where are those folks located?

5  A.  Product management is based out of Pease.

6  Q.  Does the entire product management team work

7      out of Pease?

8  A.  I believe so.  Occasionally remote.

9  Q.  Within the product management umbrella, is

10     there a particular product management team for

11     the P320?

12 A.  No.

13 Q.  Is there any subdivisions within the product

14     management group?

15 A.  Yeah, striker-fired.

16 Q.  As compared to what?

17 A.  Hammer-fired, rifles, silencers and ammo,

18     optics.

19 Q.  And is that basic product line division of

20     labor between striker-fired, hammer-fired,

21     rifles, silencers, suppressors and optics been

22     the same going back to at least 2017?

23 A.  What do you mean the same?  Same staff or has

24     there always been --

25 Q.  The same organization structure.

888-893-3767
www.lexitaslegal.com
Visit Deposition.com; our plates [on all 50 states and is licensed where required by law. Registration #310
California Firm Registration #179
LEXITAS

1   A.   I believe so.

2   Q.   So you started with the company in 2015,

3        correct?

4   A.   Correct.

5   Q.   The P320 had been launched by that point,

6        right?

7   A.   It had.

8   Q.   When you started working with Sig Sauer, did

9        Sig Sauer have any policies for how to respond

10       to complaints about the Sig Sauer P320?

11  A.   Not specifically with the 320.

12  Q.   Did they have general policies and procedures

13       of how to respond to complaints from guns in

14       general?

15  A.   Yes.

16  Q.   At any point since then, has Sig Sauer

17       developed policies or procedures for dealing

18       with complaints related to the P320 that are

19       different than those used for other guns in

20       general?

21  A.   The custom shop has a specific form for all

22       firearms.

23  Q.   Anything else?

24  A.   And -- but, no, there's -- there's nothing

25       specific to the P320.

888-893-3767        These transcripts are licensed while required for a        Page 34 of 120
www.lexitaslegal.com        California Firm Registration #179
LEXITAS

Page 34

1   Q.   What are the different ways in which Sig Sauer

2        becomes aware of complaints about the Sig

3        Sauer P320?

4   A.   **Any complaint?**

5   Q.   Mm-hmm.

6   A.   **So I'd say first line would be customer**

7        **service.  Customer calls in, contacts us.**

8        **And, you know, variable legitimacy, but you**

9        **could go to social media, the internet in**

10       **general.**

11            **And then dealer services, LE, they --**

12       **they make the calls.  It's the same --**

13       **actually if you say just contacting Sig, is**

14       **contacting us by any channel.**

15  Q.   And what are those channels that are available

16       for contacting Sig Sauer about a firearm

17       complaint?

18  A.   **Customer service; law enforcement; and you**

19       **have, you know, military global sales called**

20       **DSG, and social media.**

21  Q.   Let's take those in turn.

22            Looking at customer service, like

23       mechanically how would a customer go about

24       getting ahold of the customer service

25       department at Sig Sauer?

888-893-3767
www.lexitaslegal.com
Exhibit D relates to all 50 states and is licensed while required by each Registration client of
California Firm Registration #179
LEXITAS

1   A.   E-mail, call, chat.

2   Q.   Any others?

3   A.   No.

4   Q.   Okay.  Going back to 2017, what e-mail system

5        have you used in the customer service

6        department?

7   A.   It's an e-mail inbox.

8   Q.   What program?

9   A.   Outlook.

10  Q.   Does the customer service department use any

11       program like Salesforce or other customer

12       management software?

13  A.   We do not currently use a CRM.

14  Q.   Have you ever used a CRM?

15  A.   No.

16  Q.   How are customer contacts tracked then?

17  A.   We used a program called Oracle EBS.

18  Q.   What do you use Oracle EBS for?

19  A.   We use it as -- as a CRM.

20  Q.   I'm just trying to reconcile the answers you

21       gave.

22            You don't use a CRM, but you use it as a

23       CRM?

24  A.   Yes.  So it's -- Salesforce is a customer

25       relationship management program.  Oracle EBS

888-893-3767                Exhibit duplicates for all 50 states and is licensed where required by law.            LEXITAS
www.lexitaslegal.com                        California Firm Registration #179

Page 36

1    can work as a CRM.  It's not called that.  So

2    everyone -- we have customer accounts -- I

3    don't want to get too technical on you there.

4  Q.  Maybe let's approach this one different.

5         You get to work in the morning.  What are

6    all the programs that you need to do your job

7    in the customer service department?

8  A.  You need Oracle EBS and Magenta and Task.

9  Q.  Do you need Outlook?

10 A.  Yeah, you need Outlook.

11 Q.  What else?

12 A.  And LiveChat.

13 Q.  Anything else?

14 A.  No.

15 Q.  So you've got five programs.  Does that sound

16   right?

17        You get there and log in, you've got to

18   launch five programs?

19 A.  That's for the -- for the daily customer

20   service use for incoming, yes.

21 Q.  Okay.  Are there other programs that you

22   sometimes have to use?

23 A.  I can -- I will sometimes use a program --

24   there's a program called Sprout, but I don't

25   currently have access to it because we just

1       lined up with it but that -- it just collects

2       social media inquiries in one spot.

3    Q.   Anything else?

4    A.   We -- we use Salesforce to a degree.  Well,

5       I -- I have access to Salesforce, but I -- I

6       use it probably once or twice a year because

7       that's really used on the sales end.  It's --

8       it's not their CRM.  It's another version of

9       Salesforce.

10   Q.   Which part of the Salesforce ecology is Sig

11      Sauer using then?

12   A.   I'm not quite sure what it's -- what that --

13      what it is called.

14   Q.   But it's the sales guys that use it?

15   A.   Correct.

16   Q.   And when we say sales folks, are we referring

17      to consumer sales?

18   A.   These are the dealer sales.

19   Q.   What about the folks we talked about earlier

20      that you have to pull commission reports for?

21   A.   That's done through COGNOS, but I don't have

22      access to COGNOS.

23   Q.   Different -- I'm sorry, I didn't ask a good

24      question.  I was referring to the set of

25      people that you have to get COGNOS reports for

888-893-3767
www.lexitaslegal.com

Exhibit D relates to all statements licensed with the quoted source data.
California Firm Registration #179

LEXITAS

1    for commission sales.

2  A.  Mm-hmm.

3  Q.  Do those people use Salesforce?

4  A.  **They may.  I don't know.**

5  Q.  Are they not part of the customer service

6      department?

7  A.  **No.**

8  Q.  What department are they from?

9  A.  **They'd be from business intelligence.**

10 Q.  Business intelligence people interact with

11     customers to sell firearm accessories?

12 A.  **No -- okay.  So I misunderstood your question.**

13     **Are you saying customers -- so folks on**

14     **the customer service team who sell things to**

15     **customers, what do they use to sell things?**

16 Q.  Yes.

17 A.  **Magenta.**

18 Q.  Anything else?

19 A.  **You can sell through EBS.  Not common but you**

20     **can.**

21 Q.  All right.  I'm just going to talk about these

22     programs one at a time.

23     Has Sig Sauer been using Oracle EBS since

24     at least 2017?

25 A.  **Yes.**

888-893-3767                    All states are licensed where required by law
www.lexitaslegal.com            California Firm Registration #179

LEXITAS

1    Q.  Has Sig Sauer been using Magenta since at

2        least 2017?

3    A.  **We onboarded Magenta around that time period.**

4        **We did not have it when I started.**

5    Q.  But you don't -- you don't remember when the

6        break-over date was?

7    A.  **I don't.**

8    Q.  Do you have an estimate?

9    A.  **I don't.**

10   Q.  Sometimes using like a benchmark is helpful.

11            Do you recall whether it was before or

12       after the voluntary upgrade program?

13   A.  **I don't.  It would have been around that**

14       **period of time, but I don't know when we**

15       **exactly implemented it.**

16   Q.  Was there a different program that Sig Sauer

17       was using for the same functions prior to the

18       advent of Magenta?

19   A.  **No.**

20   Q.  Has Sig Sauer been using Task since at least

21       2017?

22   A.  **Yes.**

23   Q.  Has Sig Sauer been using Outlook as its e-mail

24       appliance since at least 2017?

25   A.  **Yes.**

888-893-3767                    Exhibit D Dictates Duly 50 states and is licensed where required by law as a Registration #1167.
www.lexitaslegal.com                    California Firm Registration #179

1   Q.  Has Sig Sauer been using LiveChat since at

2       least 2017?

3   **A.  No.**

4   Q.  When was LiveChat implemented at Sig Sauer?

5   **A.  About two years ago.**

6   Q.  2022-ish?

7   **A.  Around there.**

8   Q.  Was Sig Sauer using something else for the

9       same or similar functions as LiveChat before

10      that implementation?

11  **A.  No.**

12  Q.  When we were talking a moment ago about the

13     different ways that people could contact

14     customer service, you mentioned chat was one

15     of them.

16        Is that right?

17  **A.  Correct.**

18  Q.  Was that through this LiveChat program?

19  **A.  Correct.**

20  Q.  Has there ever been any other chat pathway

21     that a Sig Sauer customer could get ahold of

22     Sig Sauer prior -- or since 2017?

23  **A.  No.**

24  Q.  Sig Sauer's telephone system, you indicated

25     that folks could call in.

888-893-3767
www.lexitaslegal.com
Subject to the standards licensed under the requirements of a
California Firm Registration #179

LEXITAS

1       Does Sig Sauer use a VOIP or V-O-I-P

2    telephone system?

3  A.  **Can you define that?**

4  Q.  Voice over the internet protocol.

5  A.  **We do now, yes.**

6  Q.  Okay.  When was that system rolled out?

7  A.  **About six months ago.**

8  Q.  What system is Sig currently using for

9    telephone services then?

10 A.  **Task.**

11 Q.  What system was Sig Sauer using for telephone

12   services before Task?

13 A.  **It was Task.  It was changed over to not**

14   **needing physical phones and going through the**

15   **ether.**

16 Q.  And I'll preview my next question just for

17   completeness.

18       What is Task used for?

19 A.  **Task is used as a -- for phone calls.**

20 Q.  Based on the name I had in my mind like some

21   sort of a task list, but that's not what it's

22   used for; is that fair?

23 A.  **Correct.**

24 Q.  Got it.

25       Does Task record incoming phone calls to

888-893-3767
www.lexitaslegal.com    Exhibit D relates to all 50 states and is licensed where required by law per Registration #2106.
California Firm Registration #179    LEXITAS

Page 42

1     Sig Sauer?

2  A.  It does.

3  Q.  Does it record all incoming phone calls to Sig

4     Sauer?

5  A.  It records most of them, unless they're

6     blocked, or if Task has an error on their end.

7  Q.  How long are those recorded phone calls kept

8     for?

9  A.  A year.

10  Q.  Has anything been done to preserve phone calls

11     related to the P320?

12  A.  Yes.

13  Q.  What's that?

14  A.  So all -- what -- what instances with the 320

15     are you referring to?

16  Q.  Where phone calls have been preserved.

17  A.  In the instance of unintentional discharges,

18     320 or otherwise, all phone calls are -- are

19     sent over to legal.  I don't -- I can't track

20     phone calls or I don't track phone calls for

21     all 320 phone calls.

22       MR. WERTS:  Go ahead.  You need to take a

23     break or --

24       THE WITNESS:  No, that's fine.  Turn my

25     phone back off.

888-893-3767  Visit our Website - U.S. 50 states and Canada Registration #179  LEXITAS
www.lexitaslegal.com  California Firm Registration #179

1      BY MR. WERTS:

2  Q.  Let's talk about the unintentional discharge

3      phone calls then.

4          Within the Task system how do you go

5      about marking or flagging that that is a call

6      related to an unintended discharge?

7  A.  **The customer service representative brings it**

8      **to -- brings it to my attention.**

9  Q.  Okay.  And then what do you do?

10 A.  **I go into Task and I pull the call.**

11 Q.  What does that mean?

12 A.  **You go into Task, find the phone number or the**

13     **call that came in and save it; and then I**

14     **would forward that over to legal.**

15 Q.  Where do you save it?

16 A.  **Well, I just -- I -- I grab it from Task and**

17     **then copy/paste it into this e-mail.**

18 Q.  Is it like an MP3 file or something?

19 A.  **Yeah.**

20 Q.  Do you maintain your own copy of those phone

21     calls?

22 A.  **Not officially.**

23 Q.  Unofficially?

24 A.  **I -- I may have a lot of them in -- in my**

25     **e-mail, but the official record is with legal.**

888-893-3767
www.lexitaslegal.com

Exhibit D plates Dept. 50 states and is licensed with a required 05/2/24a Registration #110 f.
California Firm Registration #179

LEXITAS

1   Q.  Does Task also handle, like, voicemail

2       services for Sig Sauer?

3   A.  Yeah.

4   Q.  If a voicemail is left about an unintended

5       discharge, are those also preserved?

6   A.  Yes.  It would also eventually lead to a phone

7       call.  I'm not aware of an instance where it's

8       been a voicemail that -- yeah, it's -- but,

9       yeah, it would -- it would be recorded if that

10      instance did occur.

11  Q.  And ultimately that's what I'm trying to get

12      at is, if somebody left a voicemail and

13      somebody called back about an unintended

14      discharge, would you keep both of the

15      recordings or just the one?

16  A.  Probably -- it really depends on the

17      voicemail.  Generally people are pretty short

18      on voicemail.  I can't say -- I can't think of

19      an instance where we've had a voicemail off

20      the top of my head.  But the phone call that

21      had the pertinent information is the one that

22      would certainly be kept.

23  Q.  What about LiveChat; how long are those chats

24      kept for?

25  A.  I want to say -- I can't say definitively, but

888-893-3767
www.lexitaslegal.com          Exhibits and plates 1 through 21 are filed and required under a separate registration.
                              All Digital plates are full 50 state standards licensed where required by law.
                              California Firm Registration #179          LEXITAS

Page 45

1　　　　　I want to say three months is what they quoted

2　　　　　us.

3　Q.　And do LiveChats related to unintended

4　　　　discharge get saved in any way?

5　A.　**Any unintended discharge is brought to the**

6　　　　**phone queue for recording.**

7　Q.　What does that mean, bringing a LiveChat to

8　　　　the phone queue?

9　A.　**If you -- if you chat or e-mail with us about**

10　　　　**an unintended discharge, we ask that you call**

11　　　　**in because we would want it on the recorded**

12　　　　**line.**

13　Q.　Are those chats regarding unintended discharge

14　　　　that eventually get pushed over to a live

15　　　　phone call, are those chats preserved?

16　A.　**I'm not sure, but we -- we -- the policy that**

17　　　　**I put in place was to stop that conversation**

18　　　　**quickly in chat, and -- and bring it to the**

19　　　　**phone queue, just because it gets convoluted**

20　　　　**in writing as to what they're talking about.**

21　　　　**You just want the details to be able to hammer**

22　　　　**it out and clear the air, so...**

23　Q.　But as you sit here, do you know one way or

24　　　　another whether there's any policy or practice

25　　　　about preserving those initial chats before

888-893-3767
www.lexitaslegal.com　　　Exhibit updates to all 50 states and is licensed where required by law
California Firm Registration #179　　　Florida Registration #610　　　LEXITAS

Page 46

1      they get shunted over to a live call?

2  A.  Not that I'm aware of, no.

3  Q.  Have you ever searched the LiveChat system for

4      information regarding customer communications

5      regarding unintended discharge?

6  A.  It's a rare instance where someone would chat

7      about those, but I have not -- I have not

8      searched for -- for those.

9  Q.  Do you know whether anyone on your team ever

10     has?

11 A.  They would be brought to my attention if they

12     had.  I can -- I'm not aware of any instance.

13     Just due to the nature of chat, usually

14     someone's browsing the website and wants a

15     quick question answered.  It's not generally

16     something that invites a conversation.  Like

17     about a -- any sort of firearm repair is

18     something that we have -- we try to bring to

19     the phone where we have the -- the CSR, the

20     customer service representative call out just

21     because it's -- there's a lot of details to

22     collect.

23 Q.  Let's talk about the Magenta system a little

24     bit.

25         You said that's a sales system?

```
 1   A.   Mm-hmm.

 2   Q.   What does it do for you?

 3   A.   It's -- it's the back end of the website.  So

 4        anything that you can buy on our website, it

 5        allows my team to sell it to the consumer.

 6        So, of course, not include firearms, regulated

 7        items.

 8   Q.   Can a consumer buy a firearm on the Sig Sauer

 9        website and have it shipped to an FFL dealer?

10   A.   Through the custom works program, they can

11        have one custom built.

12   Q.   But not a base model?

13   A.   Not a base model, no.

14   Q.   All right.  So I want to just kind of get an

15        understanding about how these programs

16        interact with your customer service

17        department.

18             Customer calls in because they've -- the

19        background is they've had an unintended

20        discharge.  They're calling in.  Of course,

21        your customer service representative has no

22        idea why the person's call when they pick up,

23        right?

24   A.   Correct.

25   Q.   Okay.  And so shortly into the conversation
```

888-893-3767
www.lexitaslegal.com       Exhibit I plates print 50 states and is licensed where required by law Registration #316
California Firm Registration #179       LEXITAS

1      they find out that it's an unintended

2      discharge.

3  A.  Mm-hmm.

4  Q.  What is your -- is the policy of how the

5      customer service representatives -- what are

6      they supposed to do?

7  A.  They -- we -- we want to get as much

8      information about the scenario as possible.

9  Q.  How do -- is the customer service team in a

10     particular way to go about making that

11     inquiry?

12 A.  Yes.  We have an unintentional discharge form.

13     Any unintended discharge, P320 or otherwise,

14     they would ask these questions.

15 Q.  Has that been the case since at least 2017?

16 A.  I know we did that when I started, which was

17     in 2015.  I would say I -- because the form

18     has maybe been updated from -- to include is

19     there a police report or is there any sort of

20     medical.

21         But in general for as long as I've been

22     working here, it's always been you try to

23     collect as much information as possible.

24 Q.  What happens next with that information once

25     it's gathered from the customer service

888-893-3767        Exhibits and plates are not to standard 1:1 scale unless otherwise noted. Filed and Court of Nevada Registration #10167
www.lexitaslegal.com                           California Firm Registration #179

1       representative?

2    A.  It would be on that customer's file.

3    Q.  What do you mean that customer's file?

4    A.  Meaning Oracle.  During the phone call, we'd

5        ask name, address, phone number.

6    Q.  Does Sig Sauer maintain an individual customer

7        file for every customer it interacts with?

8    A.  If they call in, we would build an account.

9    Q.  Does Sig keep those accounts forever?

10   A.  Correct.  Oracle EBS you cannot delete.

11   Q.  So as much as you can imagine the Oracle EBS

12       data form in your mind --

13   A.  Mm-hmm.

14   Q.  -- can you go through what the fields are that

15       your customer service representatives fill out

16       when they're creating an individual customer

17       service account?

18   A.  Name, phone number, e-mail address, physical

19       address.

20   Q.  Anything else?

21   A.  No, that's -- that's it.

22   Q.  Is there any sort of drop-down indicating what

23       product they're calling about?

24   A.  No.

25   Q.  How do you record or annotate whether

888-893-3767
www.lexitaslegal.com                    LEXITAS

Page 50

```
1        someone's calling about a P320 versus a --

2        some other pistol in the lineup?

3   A.   Well, they would tell us and we would issue an

4        RMA, return merchandise authorization, which

5        would associate with the serial number.

6   Q.   We'll come to the RMA in just a second.

7             Before we get to the point of issuing

8        RMA, is there kind of a free-form text notes

9        field within the Oracle system for your staff

10       to record things?

11  A.   On the account you can leave notes on -- yes,

12       on that account.

13  Q.   And is your staff trained to leave notes on

14       every call?

15  A.   On calls where it's -- where it's warranted,

16       yes.

17  Q.   What does it mean to be warranted?

18  A.   If someone calls in and they say, hey, do you

19       guys have magazines in stock and, we go, yes,

20       and then they hang up, then it's not

21       warranted.

22            We make a note if we set up an account

23       and they call in and say, hey, I'm really

24       interested in magazines; my name is, you know,

25       Jane Doe; this is my address where I can
```

Exhibit M belongs to all 50 states and is licensed where required by law. Registration #110T
www.lexitaslegal.com            California Firm Registration #179
888-893-3767

LEXITAS

Page 51

1    receive them; and they say, oh, I have to go;

2    they would generally note and say called

3    inquiring about magazines but had to leave.

4  Q.  Got it.

5       So if you get enough -- or far enough in

6    the call that you get the person's identity,

7    you're either going to build out an account or

8    try to add it to that person's account?

9  A.  Correct.

10 Q.  And is the goal for each individual to have

11   one account?

12 A.  Yes.  It's associated with their -- their

13   e-mail.

14 Q.  Okay.  Right.  But my point is I call in in

15   January for some question about one pistol; I

16   call back six months later; the goal is not to

17   create two separate accounts for me but to get

18   all that information into one individual

19   account, correct?

20 A.  Correct.  And provided you call from the same

21   number or have the same contact information.

22   It's -- it's easier for my team to not have to

23   rebuild an account, and Oracle will flag and

24   say this is a repeat account.

25 Q.  Got it.  Nothing's perfect, but that's the

Case 3:23-cv-03300-JD    Document 127-2    Filed 05/27/25    Page 52 of 120
888-893-3767
www.lexitaslegal.com
Exhibit M Duplicates full 50 states and is licensed with the credit of Nevada Registration #210F.
California Firm Registration #179

LEXITAS

Page 52

```
1         goal, right, for individual accounts?
2    A.   The goal is -- yes, it's ideal to have
3         everything on one account.
4              (Brief interruption.)
5           (Off-the-record colloquy.)
6    BY MR. WERTS:
7    Q.   Has the way Sig Sauer tracks calls or reports
8         about unintended discharges changed since
9         2017?
10   A.   No.  It's been to Task, and Oracle EBS has not
11        changed it.
12   Q.   But within the way you use those systems, have
13        you -- there been any changes in the policies
14        or procedures for tracking unintended
15        discharges?
16   A.   No, it's always forwarded to legal, notes in
17        Oracle, calls recorded in Task.
18   Q.   You indicated you use the same procedure for
19        reporting information about unintended
20        discharges regardless of which model firearm
21        it is, correct?
22   A.   Correct.
23   Q.   How -- has Sig Sauer ever undertaken any
24        effort to compare how many reports of
25        unintended discharges it gets related to the
```

888-893-3767
www.lexitaslegal.com
Lexitas Dibble-Penn 50 states and DC licensed where required by law
California Firm Registration #179

LEXITAS

1      P320 as compared to any of its other

2      offerings?

3  A.  I'm unaware of a direct comparison.  I would

4      say that 320 being compared to our 226, they

5      sell -- we sell phenomenally more 320s than we

6      do the 226, so it could be -- but no, no

7      direct comparison from sales to -- that I'm

8      aware of.

9  Q.  And that -- that's a second line of inquiry

10     that I want to get into in -- relative to

11     comparison to sales numbers, but I'm just

12     talking about raw numbers of complaints.

13         Any effort to compare or track X number

14     of unintended discharge reports on the P320, Y

15     number on the 226, the Z number on the 365;

16     any effort to make that sort of comparison?

17 A.  Not directly.

18 Q.  How about indirectly?

19 A.  I should say not that I'm aware of.

20 Q.  And again not making a comparison to number

21     of -- of pistols that are sold, are there more

22     complaints of unintended discharge for the

23     P320 than Sig Sauer's other offerings?

24 A.  Yes.

25 Q.  How long has that been the case?

888-893-3767
www.lexitaslegal.com
LEXITAS

Exhibit M relates to all 50 states and is licensed whit the exception of a few states including California Firm Registration #179

Page 54

```
 1   A.   Probably I'd say the -- how long has that been
 2        the case?  How long has it been that it's been
 3        more 320s?
 4   Q.   Mm-hmm.
 5   A.   I'd say once the initial lawsuits started
 6        happening.
 7   Q.   Has any effort been -- let me ask it this way.
 8             You indicated that there are more
 9        complaints about the P320 than Sig Sauer's
10        other guns.
11             How much more?
12   A.   I -- I -- I don't know.  I don't have that
13        number.
14   Q.   Do you have an estimate?
15   A.   Not -- I do not.
16   Q.   Is it materially more?
17   A.   I would say we have roughly around 200 claims
18        on -- on the 320.
19   Q.   How many do you get on the 365?
20   A.   That I'm not aware of.
21   Q.   Have you ever had any?
22   A.   I believe so, yes.
23   Q.   Now, let's compare it to sales.
24             Has Sig Sauer undertaken any effort to
25        calculate the rate in which individual
```

888-893-3767                 Lexitas Deposition Solutions is licensed where required by law.                 Page 54 of 120
www.lexitaslegal.com                 California Firm Registration #179

LEXITAS

1    incidents of inadvertent discharges of the

2    P320 have occurred?

3  A.  **More of a rephrasing of the previous question?**

4  Q.  No.  Now, I'm getting back to the question you

5    wanted to answer originally.  Not that you

6    were doing anything wrong, just I wanted to go

7    in a certain order.

8         You sell more P320s than other guns,

9    right?

10 A.  **Mm-hmm.**

11 Q.  Is that a yes?

12 A.  **Correct.**

13 Q.  P320 is Sig Sauer's top selling pistol.

14 A.  **I believe it is currently, yes.**

15 Q.  Given that, what efforts have been made to

16   calculate the rate at which there have been

17   reports of inadvertent discharges compared to

18   the number of sales?

19 A.  **Well, all unintended discharges are reported**

20   **to legal.  We have around 200 reports of the**

21   **320.  There's about 4 million P320s out there.**

22 Q.  How do you come to that 4 million number?

23 A.  **That's by calculating how many 320s have been**

24   **sold globally.**

25 Q.  And that was a good example of a bad question.

Case 3:22-cv-03095-MMC   Document 121   Filed 05/24/24   Page 56 of 120

Exhibit D operates in all 50 states and is licensed where required by law
California Firm Registration #179

LEXITAS

1           Of those 4 million, do you have a sense

2       of how many of those were sold to consumers?

3   A.  **I want to say it's roughly three-quarters.**

4   Q.  And then do you have -- understand what

5       percentage was sold to law enforcement

6       agencies?

7   A.  **No, I don't have -- so I want to say that LE**

8       **is part of the 75 percent.  I'm -- I'm not**

9       **sure I could speak to those numbers exactly**

10      **split up in that kind of way.**

11  Q.  When you were giving the 75 --

12          MR. JOYCE:  Counsel, I think those

13      numbers have been provided in discovery

14      responses in the case.

15          But go ahead.

16  BY MR. WERTS:

17  Q.  The -- what would making up the other 25

18      percent of what you were thinking of in your

19      mind?

20  A.  **Global sales and military.**

21  Q.  You anticipated my next question.

22          Did the sales to the U.S. Army count --

23      when you're thinking of it -- count within

24      that global sales number?

25  A.  **I believe so, yes.**

888-893-3767
www.lexitaslegal.com
Exhibit D relates to all 50 states and is licensed pursuant to a California Registration #179
California Firm Registration #179

LEXITAS

Page 57

1   Q.  So you said you've got four binders of --

2       related to complaints of unintended discharges

3       for the P320, right?

4   A.  Correct.

5   Q.  Where do you keep those?

6   A.  Personally?

7   Q.  Mm-hmm.

8   A.  At my house.

9   Q.  Okay.  When you say binders, are we talking

10      half-inch binders, 4-inch binders?

11  A.  They're probably 3- or 4-inch binders.

12  Q.  So, you know, a little over a foot of binders?

13  A.  Correct.

14  Q.  I'm just trying to get a picture in my mind of

15      what we're talking about.

16  A.  There's -- there's a lot of documentation when

17      it comes to unintended discharges, yes.

18  Q.  Okay.  And then how are they organized within

19      those binders?

20  A.  I believe in order of when -- when they

21      happened.

22  Q.  Do you have, like, tabs that divide them?

23  A.  Mm-hmm.

24  Q.  Is that a yes?

25  A.  Yes, yes.  Sorry.

888-893-3767                Exhibits Duplicates Include 50 states and D.C. licensed within each of 50 State Registration #810F.                LEXITAS
www.lexitaslegal.com                California Firm Registration #179

Page 58

1  Q.  You say there's a lot of documentation that

2      goes into that binder.

3         What do you keep in that binder?

4  **A.  It would be the reports from the law**

5      **enforcement agencies, as well as notes from**

6      **our technicians.**

7  Q.  Anything else?

8  **A.  That would include pictures.**

9  Q.  Anything else?

10  **A.  It's -- it's all things of that like.**

11  Q.  Okay.  So you've got your binder set, right,

12      that you keep at your house?

13  **A.  Correct.**

14  Q.  Is that the official Sig Sauer library of

15      unintended discharges related to the P320?

16  **A.  That is what was provided from discovery.**

17  Q.  Okay.  And that helps to answer my question,

18      because what I'm trying to figure out is

19      whether you have a copy of what was produced

20      in discovery or you have the copy from which

21      the discovery was created -- responses were

22      created.

23         Does that make sense?

24         So, like, if a document gets sent to me,

25      it has to come from somewhere at Sig, right?

888-893-3767   Exhibit M Duplicates [set 5] is licensed where required by law a Registration #916   LEXITAS
www.lexitaslegal.com   California Firm Registration #179

1   A.   **Correct.**

2   Q.   Okay.  Are you where those come from or do

3        they come from somewhere else?

4   A.   **They come from somewhere else.**

5   Q.   Where is that somewhere else?

6   A.   **Legal.**

7   Q.   When did you start keeping a copy of binders

8        related to complaints of unintended discharges

9        related to the P320?

10  A.   **It was from another deposition.  I would say**

11       **two, three years ago.**

12  Q.   As new complaints come in, do they get added

13       to your binder set?

14  A.   **Not to that binder set, no.**

15  Q.   So you had the four 3- or 4-inch binders

16       making up about a foot and a half of bookshelf

17       space based on the number of complaints as of

18       two years ago.

19  A.   **From -- yeah, from that discovery.**

20  Q.   Do you have a sense of how many complaints

21       have come in since you got your binder set?

22  A.   **I do not, no.**

23  Q.   What efforts were made for you to prepare you

24       to talk about the number of complaints since

25       we received this binder set?

888-893-3767                    Exhibit B plates Duel 50 states and DC licensed with the required CA Registration #010F.
www.lexitaslegal.com                    California Firm Registration #179                    LEXITAS

Page 60

```
1   A.  Well, I'm aware of around 200 complaints, and
2       that binder set does -- does not have all 200
3       complaints.  So I don't know what was involved
4       in that discovery or what was asked.  Those
5       binders were part of that.  That's why I have
6       those binders.
7   Q.  Okay.  And you say the number is roughly 200?
8   A.  Correct.
9   Q.  Like roughly 180 or roughly 280?  I mean --
10  A.  I'd say it's -- if I had to estimate, it's a
11      little over 200.
12  Q.  Do you know what the number was at the time at
13      which you received your binder set?
14  A.  I do not.
15  Q.  Have you ever undertaken to count them?
16  A.  The number of incidents since the binder?
17  Q.  Yes.
18  A.  No.
19  Q.  Ever undertaken to count the number of
20      incidents in your binder?
21  A.  They are all numbered.  I do not recall how
22      many there are but...
23  Q.  But we could look at the tabs to know how many
24      numbers there are?
25  A.  Correct.
```

Page 61

1    Q.   And that would be easy, right?

2    A.   **In theory, yes.**

3    Q.   What would be hard about reading the numbers

4         off the tab?

5    A.   **Depends on who's doing it.**

6    Q.   For you?

7    A.   **For me?  No, it would not be difficult.**

8    Q.   Are you aware of any other product line at Sig

9         Sauer that has received even half as many

10        unintended discharge reports as the P320 has?

11   A.   **Not that I'm aware of.**

12   Q.   And all the reports of unintended discharge is

13        coming through your department, right?

14   A.   **No.**

15   Q.   Okay.  How else do they come in?

16   A.   **If -- if they -- if the consumer decides to**

17        **send it through a dealer.**

18   Q.   So let me ask it a different way then.

19             Of the reports of unintended discharges

20        that come in through your department, is

21        there -- is there any other line of pistols

22        that has even half as many reports of

23        unintended discharges?

24   A.   **Not that I'm aware.**

25   Q.   Is there any line of pistol made by Sig Sauer

888-893-3767                 Exhibits and spreadsheets are licensed without quality of service       LEXITAS
www.lexitaslegal.com                         California Firm Registration #179

Page 62

1    that has even 25 percent of the number of

2    unintended discharge reports as the P320?

3  A.  I -- I'm not sure I'd be able to speak to that

4    historically because there are guns that we've

5    had previous to me working there.

6  Q.  I'm interested back to 2017.

7  A.  Not that I'm aware of.

8  Q.  Any that have even gotten 10 percent the

9    number?

10  A.  I couldn't say on that one.

11  Q.  What pistol offering by Sig Sauer since 2017

12    has gotten the second highest number of

13    reports of unintended discharges?

14  A.  Generally they're going to be guns -- more

15    conceal-carry type sort of guns because

16    they're ones that people handle more often.

17    So 365, 938, 238.

18  Q.  And just so the court reporter gets it down,

19    you said P365 --

20  A.  P365, P938, P238.

21  Q.  Do you have a sense of -- do you have a sense

22    of how many unintended discharge reports Sig

23    Sauer has received on the P365 since 2017?

24  A.  I do not.

25  Q.  Do you have a sense of how many reports of

888-893-3767
www.lexitaslegal.com                    Exhibit D relates to all 50 states and is licensed whfile requiring Nevada Registration #310 of.
                    California Firm Registration #179

LEXITAS

Page 63

```
 1        unintended discharges Sig Sauer has received
 2        on the P938 since 2017?
 3   A.   I do not.
 4   Q.   Do you have a sense of how many reports of
 5        unintended discharges Sig Sauer has received
 6        on the P238 since 2017?
 7   A.   I do not.
 8   Q.   You made reference to when lawsuits started
 9        earlier in one of your answers.
10             How many times has Sig Sauer been named
11        as a defendant in a lawsuit related to an
12        unintended discharge of a P320 pistol?
13   A.   I'd say it's 45.
14   Q.   45 lawsuits or 45 people?
15   A.   45 lawsuits.
16   Q.   How many people?
17   A.   That I don't have -- that number I don't have
18        off the top of my head.
19   Q.   How would you find out?
20             MR. JOYCE:  Other than that it's part of
21        the record?
22   A.   Yeah, I can look it up or consult with legal.
23        BY MR. WERTS:
24   Q.   Earlier this year a jury in Atlanta found Sig
25        Sauer liable in a lawsuit related to the P320,
```

888-893-3767
www.lexitaslegal.com

LEXITAS

Page 64

1     correct?

2          MR. JOYCE:  Objection to scope.

3     Foundation to the extent that it asks for a

4     legal opinion.

5          You can answer to the extent you know.

6  A.  We're appealing, but I do believe that that is

7     what happened.

8     BY MR. WERTS:

9  Q.  A jury came back against Sig Sauer, right?

10 A.  Yes.

11 Q.  Has anything been done to change the way in

12    which Sig Sauer responds to reports of

13    unintended discharges since then?

14 A.  Not that I'm aware of.

15 Q.  Has anything been done to change the

16    information that is provided to consumers when

17    they call in about the P320 since that jury

18    verdict?

19 A.  Do you have an example?

20 Q.  I'm just asking if you changed anything.

21 A.  No, there is no -- no information.  We put out

22    a response saying that we were appealing the

23    decision.

24 Q.  Okay.  And we're going to -- we've got several

25    e-mails we're going to look at.

888-893-3767
www.lexitaslegal.com          Exhibits not duplicated as licensed where required by law and a Registration #51007
                              California Firm Registration #179                                          LEXITAS

Page 65

1          My question is a little bit more tactical

2     as it relates to your department.

3          Did -- since that verdict came down, has

4     anything changed about the way in which your

5     team interacts with customers?

6  A.  No.

7  Q.  You indicated earlier that when people call in

8     with a report of an unintended discharge, that

9     the goal is to gather as much information as

10    possible.

11         Do you recall that?

12 A.  Correct.

13 Q.  Are customer service representatives provided

14    any information or training on what

15    information they may be able to provide to the

16    customer about the P320 during those calls?

17 A.  **Are you asking if the customer service**

18    **representative makes customers aware of the**

19    **P320 or of anything additional, other than --**

20    **the service representative would be**

21    **responsible for collecting the information**

22    **as closely -- as possible.**

23 Q.  Are they provided any talking points?

24 A.  **We have a form or UD, sort of a UD checklist,**

25    **unintentional discharge.**

888-893-3767
www.lexitaslegal.com                    Exhibit plates are all 50 states and is licensed where required by law                    Lexitas Registration #179
California Firm Registration #179                    LEXITAS

Page 66

```
1   Q.  How are customer service representatives at

2       Sig Sauer educated on the P320 platform?

3   A.  Like they would be with any firearm.  It's --

4       you have -- I will meet with them personally

5       to talk about the firearms and their

6       advantages and they'll ask questions.

7           I hire people based on varying levels of

8       whether they're strong customer service

9       experience or if they come from a firearm

10      background or other firearms companies.  So it

11      really would depend on the customer service

12      representative on how I train them.

13          We also have a document that I've got, a

14      binder for -- it's a OneNote file, and it's a

15      living, breathing document for training on all

16      of our products.

17  Q.  Okay.  We didn't talk about OneNote as a

18      program earlier.

19          What do you use OneNote for?

20  A.  It's -- it's just where we compile information

21      on -- on our products, skews, item numbers,

22      things like that.

23  Q.  Who's we?

24  A.  Me and my team, so my leadership.

25  Q.  And who's that?  Who are you referring to?
```

888-893-3767          Exhibit D plates full 50 states and is licensed with requirements Registration #179ft.          Page 67 of 120
www.lexitaslegal.com          California Firm Registration #179          LEXITAS

1  A.  So it would be myself; Mike Wood, who's my

2      operations manager; and then Amy Lord, who's

3      in charge of the E-coms; and then Ryan Dome;

4      who's in charge of the phone.

5  Q.  When you say E-coms, what does that mean?

6  A.  Electronic communications.

7  Q.  How long have you used OneNote in the customer

8      service department?

9  A.  We started using that around COVID.

10 Q.  So 2020-ish?

11 A.  Yeah, around there.

12 Q.  What did you use for maintaining files prior

13     to that?

14 A.  I made a binder.

15 Q.  Do you still have the binder?

16 A.  I believe I do.

17 Q.  When did you make the binder?

18 A.  20 -- 2017.

19 Q.  Tell me about the binder.

20 A.  It has information that would be pertinent for

21     customer service representatives on common

22     calls or common inquiries.

23 Q.  Does it include information about the Sig

24     Sauer P320?

25 A.  Of course.

Capital Reporting Company
888-893-3767
www.lexitaslegal.com

Exhibit Dictates Duly 50 states and is licensed where required by law
California Firm Registration #179

File code 40.52 Qa Registration #310F

LEXITAS

1    Q.  Does it include information on responding to

2        calls about unintended discharges?

3    **A.  No.  It's more product focused.**

4    Q.  How big of a binder is it?

5    **A.  Inch and a half.**

6    Q.  There's just one version of the binder or has

7        it evolved with time?

8    **A.  Well, the OneNote took over as a living**

9        **document.**

10   Q.  Who all has access to the OneNote document

11       you're referring to?

12   **A.  Customer service team.**

13   Q.  What other resources are made available to the

14       customer service team, since they're working

15       remote, for product information and that sort

16       of thing?

17   **A.  Armorers' classes, which are held at the Sig**

18       **academy, and they also have access to the**

19       **custom shop.**

20   Q.  What does that mean?

21   **A.  Usually have them sit in for a day or two, you**

22       **know, maybe once a year, just to better**

23       **understand how the custom shop works.  Helps**

24       **us for a better customer experience to know**

25       **what are the turnaround times and what**

888-893-3767                    Exhibit D Plates D all 50 states and DC licensed where required by law                    Page 69 of

www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

Page 69

1        inventory and things, how things work.  So if

2        we ask the custom shop to do something, we

3        know it's in reality.

4   Q.   Any other resources made available to you?

5   A.   Access to the team, but that's not really a

6        resource in the traditional sense; but we do

7        have a lot of institutional knowledge.

8   Q.   You mentioned Teams.  When I was speaking with

9        Matt Taylor yesterday -- do you know him?

10  A.   Yeah.

11  Q.   Okay.  He said that his engineering team uses

12       Microsoft Teams for internal chat.

13            Do you guys use that?

14  A.   Yes, we do.  Yes.  I overthought that one.

15  Q.   What does the customer service team use for

16       Microsoft Teams, or what does Microsoft --

17       that's a terrible question.  I'm going to try

18       to start over.

19            What does the customer service department

20       use Microsoft Teams for?

21  A.   Video meetings and -- and a general discussion

22       board.

23  Q.   Does your team use some of the internet or

24       groups' features within Teams or just the chat

25       discussion?

1   A.   Well, we are in a group that's customer

2      service, and Teams you can break off and make

3      another group if you want to; but it's not

4      something that we do.  It's not policy to do

5      so.

6   Q.   How long are Teams chat messages from customer

7      relations or customer service kept?

8   A.   I want to say Teams keep those for about a

9      week.

10   Q.   Have you ever been asked to preserve or keep

11      any Teams chats related to the P320?

12   A.   No, though we -- we do that -- it's -- the

13      format for that is to e-mail it.

14   Q.   How long has the policy been to keep Microsoft

15      Teams chats for one week?

16   A.   I -- I'm not -- I'm not sure.  We -- we

17      haven't been using Teams for that long.

18   Q.   How long have you been using Teams?

19   A.   Probably a year and a half, two years.

20   Q.   Have you ever been asked to search your Teams

21      messages for anything?

22   A.   No.

23   Q.   Have you ever been asked to pull any

24      information out of Microsoft Teams and put it

25      into an e-mail?

888-893-3767
www.lexitaslegal.com    Exhibit D relates to all 50 states and is licensed with a required California Registration #110.
California Firm Registration #179      LEXITAS

Page 71

1    A.   No, I haven't been asked for that.  No.

2    Q.   You mentioned another deposition earlier on.

3         Have you ever given a deposition for Sig

4         Sauer before?

5    A.   Yes.

6    Q.   How many times?

7    A.   Four.

8    Q.   When was the first one?

9    A.   I want to say it was around two-and-a-half

10        years ago.

11   Q.   2021?

12   A.   Roughly.

13   Q.   What time of year was it?

14   A.   Sorry, I can't remember.

15   Q.   Where did you do it at?

16   A.   Some were done via Zoom.

17   Q.   Was that first deposition related to the

18        unintended discharge of a Sig Sauer P320?

19   A.   Yes, it was.

20   Q.   When was the second deposition?

21   A.   I want to say six months after that.

22   Q.   Was that also by Zoom?

23   A.   Yes.

24   Q.   Was the second deposition also related to

25        the -- the unintended discharge of a Sig Sauer

888-893-3767
www.lexitaslegal.com    Exhibit D plates [null of 50 states and is licensed where required by law.    Filed quality service Registration #210f.    LEXITAS
California Firm Registration #179

Page 72

1        P320?

2    A.  Yes, it was.

3    Q.  Same lawyer?

4    A.  No, I don't believe so.

5    Q.  When was the third deposition?

6    A.  Well, it was probably around six months to a

7        year after that.

8    Q.  Was it also by Zoom?

9    A.  It wasn't.  It was in person.

10   Q.  Where was it held?

11   A.  In an office building in Portsmouth.

12   Q.  Was that deposition related to a Sig Sauer

13       P320 unintended discharge?

14   A.  Yes, it was.

15   Q.  Was the lawyer on the third deposition the

16       same as either of the prior two?

17   A.  I don't believe so.

18   Q.  When was the fourth deposition before today?

19   A.  It was about a year ago.

20   Q.  Where did it occur?

21   A.  That was via Zoom.

22   Q.  Okay.  Was that deposition related to the

23       unintended discharge of a Sig Sauer P320?

24   A.  Yes, it was.

25   Q.  Have you ever -- scratch that.

Page 73

```
 1          Have you ever testified live in court or
 2      in any other live proceeding?
 3  A.  Not in court, no.
 4  Q.  Besides those four depositions, have you ever
 5      given any other testimony under oath?
 6  A.  No.
 7  Q.  What did you do before you started working for
 8      Sig Sauer?
 9  A.  I was a sales representative.
10  Q.  For whom?
11  A.  Company called Music and Arts.
12  Q.  What were you selling?
13  A.  Musical instruments.
14  Q.  How long did you do that?
15  A.  For three years.
16  Q.  What did you do before that?
17  A.  I was a manager of a retail location.
18  Q.  What was that business?
19  A.  It was a company called Abercrombie & Fitch.
20  Q.  How long did you do that?
21  A.  Six months.
22  Q.  What did you do before that?
23  A.  I was a chef at a restaurant.
24  Q.  How long did you do that?
25  A.  About a year and a half.
```

888-893-3767
www.lexitaslegal.com
Lexitas Dispositions are legally licensed while pending final approval.
Operates in all 50 states and is licensed where required by law.
California Firm Registration #179
LEXITAS

Page 74

```
1    Q.  What did you do before that?

2    A.  I was a student.

3    Q.  Did you graduate from college?

4    A.  I did.

5    Q.  With what kind of degree?

6    A.  I have a degree in music performance.

7    Q.  What's your instrument?

8    A.  Percussion.

9    Q.  My brother has degrees in piano, so

10       interesting.

11   A.  Cool.

12   Q.  The -- did you ever serve in the military?

13   A.  No.

14   Q.  Ever personally filed for bankruptcy?

15   A.  No.

16   Q.  Ever been convicted of a felony or

17       misdemeanor?

18   A.  No.

19       MR. JOYCE:  Do you mind if I just take

20       two minutes to visit the facilities?

21       MR. WERTS:  Of course.

22       THE VIDEOGRAPHER:  One moment.  This is

23       the end of Media No. 2.  We're going off the

24       record.  The time is 11:15 a.m.

25       (Brief recess taken.)
```

888-893-3767            Exhibit M relates to all 50 states and D.C., and is licensed with each of the 50 state Registration 7510
www.lexitaslegal.com                        California Firm Registration #179            LEXITAS

Page 75

```
 1           THE VIDEOGRAPHER:  This the beginning of

 2      Media No. 3.  We are going back on the record.

 3      The time is 11:24 a.m.

 4      BY MR. WERTS:

 5  Q.  All right.  We've talked a little bit about

 6      how the customer service team gathers

 7      information about unintended discharges.

 8           When a person calls in reporting on

 9      unintended discharges, other than gathering

10      all the pertinent information, what else are

11      the representatives trained to convey or to do

12      on that call?

13  A.  It's been -- it's to convey that we want to do

14      a full inspection and bring it inhouse.

15  Q.  What else?

16  A.  That's -- those are the two big things.  Get

17      as much information and let's -- we can take a

18      look and see -- see if there's anything we can

19      find and go from there.

20  Q.  And so what happens next in the process for

21      responding to that complaint?

22  A.  So we would issue them a prepaid fully insured

23      shipping label.  They would send us the

24      firearm.  And we would inspect the firearm and

25      relay whatever findings there would be, also
```

888-893-3767   Exhibit D relates to all states and is licensed where required by law   Texas Firm Registration #610
www.lexitaslegal.com      California Firm Registration #179

1        be in the notes in Oracle, and then either --

2        and, you know, ship the firearm back or really

3        depends on what the case is.

4    Q.  Other than shipping the firearm back, what are

5        other possible outcomes?

6    A.  There's instances where the enduser wouldn't

7        want that firearm back just due to, you know,

8        the nature of the incident; like I don't

9        really want that gun.  It's -- and then we

10       offer to, you know, replace it with a new

11       version of that gun.

12   Q.  Are there -- does Sig Sauer ever offer to

13       replace such a gun with some other model?

14   A.  There's an instance where I'm aware of us

15       doing this.  They decided to swap to a P226

16       and paid the difference in price.

17   Q.  Meaning the customer paid the difference?

18   A.  Correct.

19   Q.  The 226 is a more expensive gun than the P320?

20   A.  Correct, yes.

21   Q.  You said that the results of the inspection

22       are conveyed to the customer.

23           Who makes that conveyance?

24   A.  The customer service representative that they

25       worked with.

888-893-3767
www.lexitaslegal.com

Exhibit D relates to all 50 states and is licensed where required by each state.
California Firm Registration #179

LEXITAS

Page 77

1  Q.  How do they go about doing that?

2  A.  Either call them, and if don't pick up or, you

3      know, they might e-mail.  But generally it's a

4      phone call.

5  Q.  But some of those responses have been made by

6      e-mail?

7  A.  It's possible.

8  Q.  Have you ever looked?

9  A.  Well, there's -- looked how, to see if we've

10     had a response through e-mail?  It'd be like

11     if they're -- if they're not able to pick up,

12     hey, you know, this is what we found; what

13     would you like us to do.

14         I'm not sure.  I've never looked --

15     there's no way for me to seek through

16     everyone's e-mail inbox to see what they sent.

17 Q.  Have you ever asked members of your team to

18     look for such an e-mail?

19 A.  The e-mail of what we would have sent a

20     customer?

21 Q.  Mm-hmm.

22 A.  No, I haven't, but there is also -- they're

23     also in the notes that go to the customer.

24 Q.  What notes go to the customer?

25 A.  Media repair shop notes.

Case 1:23-cv-03032-MKV   Document 372-24   Filed 05/02/24   Page 78 of 120

1   Q.  Like a printout?

2   A.  Mm-hmm.  Yes.

3   Q.  Is that printout like a screenshot of the EBS

4       system, or is it like a formatted report like

5       some sort of piece of paper?

6   A.  It's -- it's a -- it's a piece of paper.  It's

7       a formatted report.

8   Q.  Do you ever pull formatted reports out of the

9       EBS system?

10  A.  No, that doesn't -- I see where you're going,

11      but that doesn't quite make sense.  EBS -- the

12      notes that they're putting into that format

13      system are in Oracle, and then they put it in

14      that formatted report so...

15  Q.  Right.  I was asking a slightly different

16      question and more broader.

17          Just like you as a user, are you able to

18      pull information out of the EBS system and put

19      it into a report yourself, or do you have to

20      get somebody else to do it for you?

21  A.  You mean am I able to copy/paste notes out of

22      it --

23  Q.  Yeah.

24  A.  -- and -- I could copy and paste the notes

25      from EBS and put them somewhere.

Page 79

1   Q.  Have you ever run reports on EBS like, hey, I

2       want to see a report of all of the unintended

3       discharge reports that have come in in the

4       last six months?

5   A.  That's -- that's not a report that I would be

6       able to pull.  That's why -- that's what

7       COGNOS does.

8   Q.  Does SIG have people on staff that are able to

9       use COGNOS to do something like that?

10  A.  I don't know if COGNOS can do that, but when

11      I -- when -- when there's a report that I

12      can't pull, generally I ask for -- that's what

13      COGNOS is.

14  Q.  Who do you call?

15  A.  That would be Chris Cogden like before.

16  Q.  What was the last part?

17  A.  Cogden.

18  Q.  You said --

19  A.  Oh, as mentioned before.

20  Q.  Okay.  I thought you said an alphanumeric

21      code.  That's what I got confused by.

22          You're familiar with something called the

23      voluntary upgrade program; is that right?

24  A.  Yes.

25  Q.  Describe that for us, in a broad sense.

Page 80

1   A.   Certainly.  It's a -- it's a program that if

2        someone has a gun made before we put in

3        certain drop safety, that they could send in a

4        gun, and we would upgrade it free of charge.

5   Q.   Okay.  How many guns did Sig Sauer upgrade

6        through that program?

7   A.   I don't have that number off the top of my

8        head.  I couldn't speak confidently on that.

9   Q.   Who would you ask?

10  A.   I believe actually legal would have that

11       information.

12  Q.   Have you ever heard how much the voluntary

13       upgrade program costs Sig Sauer?

14  A.   No.

15  Q.   Do you know how many Missouri firearms were

16       upgraded through the voluntary upgrade

17       program?

18  A.   Not directly, no.

19  Q.   Prior to today's deposition, was anything done

20       to prepare you to testify about the use of a

21       voluntary program by Missouri residents?

22  A.   No, not -- not that I'm aware of.

23            MR. JOYCE:  Well, I'm just going to

24       object to the question.

25            Are you -- you mean as applied to

888-893-3767
www.lexitaslegal.com

Exhibit D relates to all 50 states and is licensed where required by law
California Firm Registration #179

Page 81

```
1        Missouri residents or generally how a Missouri

2        resident would access the program?

3            I'm not really understanding the -- the

4        scope of the question you asked.  So I think

5        that the question and the response may have

6        been a little misleading, but -- I apologize

7        for the retroactive objection.

8        BY MR. WERTS:

9    Q.  Let me ask it a different way.

10           Was anything done to prepare you to

11       testify about the voluntary upgrade today?

12   A.  No, not specifically.

13   Q.  So if I went through and asked a series of

14       questions, more details about the number of

15       guns or costs or the processes in the

16       voluntary upgrade program, would you be

17       prepared to answer any of those questions?

18   A.  Processes I would -- I would answer as best as

19       I could.  As far as the numbers and money

20       behind it, I would not.

21   Q.  Let's talk about the process then.

22           How are consumers notified of the

23       existence of the voluntary upgrade program?

24   A.  I -- we -- we send it out as e-mails and PR

25       and made -- and notified media, like firearms
```

888-893-3767
www.lexitaslegal.com
Exhibit D plates full 50 state standards, licensed with four of California Registration #210 ft.
California Firm Registration #179
LEXITAS

Page 82

```
 1        media of its existence, as well as working

 2        with, you know, various stuff like FFLs,

 3        dealers, and just to notify as many people as

 4        we could and then anyone who registered, I

 5        believe, a P320 by direct e-mail.

 6   Q.   Okay.  So I want to break kind of those down

 7        by group.

 8             So you contacted everyone in your

 9        database by e-mail.  All consumers?

10   A.   I believe so, yes.

11   Q.   You contacted all of the FFL dealers in Sig

12        Sauer's database?

13   A.   That's my understanding.

14   Q.   You said something about gun media.

15             What were you referring to there?

16   A.   So there's -- there's common places where

17        people who are firearms enthusiasts get their

18        information or get their news.  So TFB being

19        one of the largest ones.

20   Q.   What's that?

21   A.   TFB is just the most popular firearms YouTube

22        channel website, and there's like the Truth

23        About Guns.  There's a couple different

24        avenues where when you notify -- the NRA,

25        where you would notify them and put out a
```

Page 83

1    release, this voluntary upgrade program for

2    the P320

3  Q.  So I want to drill into this a little bit.

4        So is it -- is it tfb.com if I wanted to

5    look at the website?

6  A.  Correct.

7  Q.  Okay.  The Firearms Board?

8  A.  Firearms Blog.

9  Q.  Blog.

10  A.  Mm-hmm.

11  Q.  You said Truth About Guns?

12  A.  Yeah, I -- I -- that's one that's popular now.

13    I don't know which ones were popular back

14    then.  I would -- I would -- I would suspect

15    that probably Truth About Guns was popular

16    then enough to -- to be notified or existed.

17  Q.  Okay.  Are there any other such guns sites

18    that you're aware of that were contacted with

19    information about the voluntary upgrade

20    program?

21  A.  That -- that was outside of my scope.  That's

22    more of a marketing question.

23  Q.  That was going to be my next question.

24        Like, who do I ask to find out who was

25    contacted about the voluntary upgrade program?

888-893-3767
www.lexitaslegal.com
Exhibit D plates P-N-50 states Card is licensed while required by Card Registration #179
California Firm Registration #179
LEXITAS

Page 84

1   A.   I would suspect marketing.

2   Q.   Okay.  And you think they would still have

3        that information?

4   A.   I couldn't say.

5   Q.   Do you have reason to think they would have

6        deleted it or erased their own memories about

7        it?

8   A.   I -- it's -- well, it's more job changes and

9        things of that nature, but I would suspect

10       that you would see those articles still out on

11       the web, you know, in cached format.

12  Q.   Were other news outlets contacted about the

13       voluntary upgrade program, Fox News, CNN, the

14       networks?

15  A.   I couldn't say.  I'm not -- I don't know.

16  Q.   Did Sig Sauer give the best notice practicable

17       that it could about the voluntary upgrade

18       program?

19           MR. JOYCE:  Object to the form.

20           You can answer.

21  A.   I couldn't say best.  I think with -- within

22       reason of the information that we had, I think

23       we did -- that we did a good job of getting

24       the news out there, and -- for, you know, for

25       the upgrade.

Page 85

1    BY MR. WERTS:

2    Q.   Sure.  It's like anything.  You can always do

3         something a little bit better, right?

4              MR. JOYCE:  Objection to form.

5    A.   **Unless you can't.  I -- I don't know.  It's --**

6         BY MR. WERTS:

7    Q.   That was a bad question.  Let me try it a

8         different way.

9              MR. JOYCE:  I would agree with that.

10             MR. WERTS:  Now, you don't get to -- you

11        get to object.  You don't get to comment.

12        BY MR. WERTS:

13   Q.   The --

14             MR. WERTS:  Brent Musburger over here.

15   Q.   And so did SIG do the best that it -- or try

16        to do the best job that it could?

17   A.   **I believe we did.**

18   Q.   In that vein, can we agree that a gun

19        manufacturer is required to disclose --

20        disclose any safety problems in one of its

21        products to the consuming public?

22             MR. JOYCE:  Objection to form, scope, to

23        the extent that it asks for a legal opinion.

24             You can answer.

25   A.   **I'm -- I'm not aware.  I mean, I've -- I**

888-893-3767      Exhibit D relates to all 50 states and is licensed where required by law.
www.lexitaslegal.com                    California Firm Registration #179      LEXITAS

1       imagine it's best for the consumer to notify

2       your public of great things you're doing and

3       things to fix, and it's good practice to

4       notify people of what you're doing.  But I

5       don't know if there's a legal standing, you

6       know, whoever has a -- like a recall, I

7       believe they have a legal standing, but I -- I

8       really couldn't speak to that.

9       BY MR. WERTS:

10   Q.  Let me ask it a different way because we're

11       talking about policies and formulation of

12       policies in response to enforcing the

13       unintended discharge as one of your topics to

14       speak on behalf of Sig Sauer.

15   A.  **Mm-hmm.**

16   Q.  And what I want to understand is the approach

17       or philosophy in forming those topics.  Okay?

18           And so does Sig Sauer think that it

19       should disclose safety problems in its pistols

20       to the consuming public?

21           MR. JOYCE:  Objection to form.

22   A.  **I would say that Sig Sauer has and does as**

23       **we've had recalls in the past, and we notify**

24       **the public, and some of those recalls were in**

25       **extreme scenarios, and we still notified them,**

888-893-3767
www.lexitaslegal.com

Exhibit D relates to all 50 states and is licensed where required by law.
California Firm Registration #179

Firm acquired USA Legal Registration #710
California Firm Registration #179

LEXITAS

Page 87

1    which was costly to us and our reputation but

2    we still did it anyways.

3    BY MR. WERTS:

4    Q.  Do you think it was the right thing to have

5        done?

6    A.  Absolutely.

7    Q.  Do you agree with me that SIG should disclose

8        risks or hazards in its product that may not

9        be apparent to a reasonable consumer?

10            MR. JOYCE:  Objection to form to the

11        extent it calls -- calls for a legal opinion.

12            You can answer over the objection.

13   A.  The reasonable consumer for a firearm, there's

14       an owners manual; we have a lot of information

15       on our website; we have digital owners

16       manuals; we have a video on the P320 and its

17       different safety mechanisms.  So there's a lot

18       that's out there to the consumer if they

19       wanted to engage, but I couldn't speak to who

20       the average consumer is or the general

21       consumer as that changes day to day.

22   BY MR. WERTS:

23   Q.  You drew a distinction in there that I just

24       want to understand.

25            You said a reasonable consumer of a

888-893-3767        Exhibit Duplicates in all 50 states and is licensed with a quorum in Nevada Registration #3167.
www.lexitaslegal.com        California Firm Registration #179        LEXITAS

Page 88

```
 1        firearm.  Is that something different than a

 2        reasonable consumer in your mind?

 3   A.   It's because you were putting it in the

 4        context of safety, and firearms are inherently

 5        dangerous.  The consumer of bagels versus

 6        consumer of firearms is a different -- you

 7        know, there's overlap there, but it's a

 8        different demographic in how you're contacting

 9        them.

10   Q.   Some studies would say that bagels kill more

11        people than firearms but...

12             MR. JOYCE:  You don't have to answer

13        that.

14        BY MR. WERTS:

15   Q.   Can we agree that SIG should never

16        affirmatively misrepresent the safety of its

17        products?

18             MR. JOYCE:  Object to form, foundation.

19             You can answer.

20   A.   Can you repeat that question?

21        BY MR. WERTS:

22   Q.   Sure.

23             Can we agree that SIG should never

24        affirmatively misrepresent the safety of its

25        products?
```

888-893-3767
www.lexitaslegal.com
Exhibit D plates the 50 states and is licensed where required by law
California Firm Registration #179
LEXITAS

```
1   A.  I would agree that SIG should not

2       intentionally try to dissuade -- or try to

3       dissuade the truths or something if there was

4       an issue with a product that would, you know,

5       result in -- in danger or undue danger given

6       it's a firearm, if that answers the question.

7   Q.  It does.

8           Can we agree that SIG is never permitted

9       to conceal safety information about its

10      products?

11          MR. JOYCE:  Objection to form.  Again to

12      the -- foundation to the extent it calls for a

13      legal opinion.

14          You can answer.

15  A.  Do you have an example of this or --

16          MR. JOYCE:  He's asking -- he's asking a

17      general proposition.

18  A.  I'm not even quite sure I understand the

19      question.

20          Are you saying that SIG would

21      intentionally hide information that would

22      be -- that the gun is dangerous?

23      BY MR. WERTS:

24  Q.  I'm actually not specifically asking about any

25      specific instance in this.  I'm asking --
```

888-893-3767
www.lexitaslegal.com  Exhibit D Relates to all 50 states and is licensed where required by law. Nevada Registration #010F.
California Firm Registration #179  LEXITAS

1  A.  I'm not --

2  Q.  -- a philosophy in the way policies are

3      written.

4          And given the way that your -- your topic

5      is to talk about the formulation of policies.

6          Within the formulation of those policies,

7      is SIG permitted to conceal safety information

8      about its products?

9          MR. JOYCE:  Same objection.

10         You can answer.

11  A.  Not that I'm aware of.

12     BY MR. WERTS:

13  Q.  Would it ever be okay to conceal safety

14     information?

15         MR. JOYCE:  Same objection.

16         You can answer.

17  A.  No, I'm not aware of any instance or any time

18     or -- anytime where it would be okay for

19     safety information to be withheld or where we

20     wouldn't act on that.

21         (Deposition Exhibit No. 2 was marked for

22     identification.)

23  Q.  All right.  I've handed you what we've marked

24     as Deposition Exhibit No. 2, which at the top

25     has a redaction, which is fine.

888-893-3767
www.lexitaslegal.com

Exhibit D Plates Dell 50 state standard is licensed without depicts USPTO and Federal Registration of 116T
California Firm Registration #179

LEXITAS

1          But what it starts is an e-mail from

2     Kevin Bakken to Joseph Lienemann.

3          Do you see that?

4  A.  I do.

5  Q.  Do you know who those two folks are?

6  A.  I do not.

7  Q.  The -- can you turn -- flip to the second page

8     for me, please?

9  A.  (Witness complying)

10  Q.  It mentions Kevin Bakken is a regional manager

11     of law enforcement sales.

12          Do you see that?

13  A.  Yes, I do.

14  Q.  We talked a little bit about the org tree

15     earlier.

16          Where does the regional manager of law

17     enforcement sales fit within that framework?

18  A.  That would be under LE, law enforcement.

19  Q.  Does the law enforcement department do

20     anything other than sales?

21  A.  It's my understanding that they would also --

22     that also includes service.  So, just like I

23     handle RMAs for customers, repairs or things

24     of that nature for law enforcement.

25  Q.  Okay.  Are there any differences -- let me ask

888-893-3767
www.lexitaslegal.com
Exhibit D plates D all 50 states and is licensed where required by law
California Firm Registration #179

Page 92

1     a better question.

2          Since 2017 have there been any

3     differences in the way in which reports of

4     unintended discharges of P320 have been

5     handled by the law enforcement department as

6     opposed to the customer service department?

7  A.  Any changes?  Not that I'm aware of.

8  Q.  Any differences between -- do the LE folks do

9     it any differently than the CSR folks?

10 A.  Yes.  There's a -- there are instances where

11    we will send someone to the department to --

12    to investigate as opposed to bringing the guns

13    in.

14 Q.  Okay.  I want to break that down with a few

15    less pronouns.

16         When you say we send someone to the

17    department, who's the we?

18 A.  Law enforcement -- the law enforcement

19    agency -- or sorry.  The law enforcement

20    department of Sig Sauer will send someone to

21    the law enforcement agency to inspect the

22    product.

23 Q.  But that's not something that's offered to

24    consumers?

25 A.  No.

888-893-3767
www.lexitaslegal.com
Exhibit D all 50 states and is licensed where required by law.
California Firm Registration #179
File number 054.24a Registration #310f.
LEXITAS

Page 93

1   Q.  Who gets sent?

2   **A.  It could be someone who lives closer to that**

3   **region, but I don't know if there's any one**

4   **designated person.**

5   Q.  Is there any group of such designated people?

6   **A.  Not that I'm aware of.**

7   Q.  Any other distinctions -- let me ask it again

8       better.

9           Have there been at any point any other

10      differences in the way in which the law

11      enforcement folks respond to reports of an

12      unintended discharge than the way the CSR

13      folks do?

14  **A.  It's my understanding that they collect as**

15      **much information as they can and it's all**

16      **forwarded to legal.**

17  Q.  Now, we talked about your four binders of

18      complaints that you've got, right?

19  **A.  Yeah.  The other instances, yes.**

20  Q.  Yeah.  Are those just consumer complaints or

21      do those also include law enforcement

22      complaints?

23  **A.  Those are majority law enforcement.**

24  Q.  Does Sig Sauer sometimes get inquiries from

25      media outlets about unintended discharge

888-893-3767
www.lexitaslegal.com     LEXITAS

95% of depositions nationwide are licensed when required by state law.
California Firm Registration #179

Page 94

1      reports?

2  A.  I'm sure we have.

3  Q.  How are those responded to?

4          MR. JOYCE:  Beyond the scope.

5          You can answer to the extent you know.

6  A.  That would be -- that would be up to

7      marketing.

8      BY MR. WERTS:

9  Q.  Is public relations part of the marketing --

10 A.  I believe so.

11 Q.  -- department?

12 A.  Yes.

13         MR. WERTS:  This is for me.

14         MR. JOYCE:  Okay.

15         (Deposition Exhibit No. 3 was marked for

16     identification.)

17         MR. WERTS:  I'm sorry, that's not the

18     document I intended to hand you.

19         MR. JOYCE:  Okay.

20         MR. WERTS:  Let's just set that one

21     aside.

22         MR. JOYCE:  Thank you.

23         (Deposition Exhibit No. 4 was marked for

24     identification.)

25         MR. JOYCE:  Does the witness have it?

1        MR. WERTS:  Not yet.

2      BY MR. WERTS:

3   Q.  All right.  I've handed you what has been

4       marked as Deposition Exhibit No. 4, and the

5       photocopying unfortunately is cut off at the

6       bottom, but these are numbered -- this begins

7       as SIG-GLASSCOCK00000027, and it's a

8       seven-page document.

9            I want to just identify a few people on

10      this.  It starts as an e-mail from Bill

11      Larson.

12           Do you recognize that name?

13  **A.  I do.**

14  Q.  Who is that?

15  **A.  He is the former customer service manager of**

16      **Sig Sauer.**

17  Q.  And how many customer service managers are

18      there at Sig Sauer if there's more than one?

19  **A.  At that time there was one.**

20  Q.  How many are there now?

21  **A.  There's me and operations manager.**

22  Q.  How many total people are in the customer

23      service department at Sig Sauer?

24  **A.  About 30.**

25  Q.  How long has that been the number?

888-893-3767
www.lexitaslegal.com          Exhibit D plates [null 50] states and D is licensed where required by law
California Firm Registration #179          LEXITAS

1    A.  Six months.

2    Q.  What was it in 2017?

3    A.  Probably around half that.  Around 16-ish.

4        You said 2017?

5    Q.  Yes.

6    A.  Okay.

7    Q.  Did it grow kind of gradually and

8        continuously, or was there a big spike in the

9        number of bodies in the CSR office?

10   A.  There was a continual growth.

11   Q.  Was it any one thing or any specific things

12       that caused the need for additional growth?

13   A.  I would say a focus on better service.

14       Firearms industry is not known for having a

15       nice service.  Going to a gun store for

16       people, it's scary.  So it was more to turn

17       that around, as far as my thought process in

18       the hiring.

19   Q.  Okay.  And so looking at our e-mail on our

20       Exhibit 4 it says:  My folks have been

21       instructed to send these inquiries over to Tom

22       as requested.

23       Do you know who Tom is that's being

24       referred to in that context?

25   A.  I don't.  I do see that there's a few Tom's

888-893-3767
www.lexitaslegal.com
Exhibit duplicates in all 50 states and is licensed where required by law.
California Firm Registration #179
LEXITAS

1     cc'd in this.  Tom Taylor, Tom Mechling.  So

2     I -- I don't know.

3  Q.  Okay.  Who is Tom Taylor?

4  A.  Tom Taylor is -- his title just changed, but

5     he's a C level employee in marketing.

6  Q.  Who's Tom Mechling?

7  A.  I don't know.

8  Q.  All right.  Can you turn to the fourth page of

9     the document?

10  A.  (Witness complying)

11  Q.  I want to turn your attention to the last part

12     of this string.  It's the e-mail from Richard

13     Christopher.

14        Do you see that?

15  A.  Yes.

16  Q.  And the subject line is:  New submission from

17     CS contact form.

18        Do you see that?

19  A.  Correct.

20  Q.  What is CS contact form?

21  A.  Customer service contact form.

22  Q.  Okay.  We talked about a number of programs

23     earlier.  That wasn't one of them and so --

24  A.  It's -- a way to e-mail us is either e-mail

25     customerservice@sigsauer.com or there's a form

95 Minute Plates [null 50 states] is licensed with a quitted 05/24/a Registration 93 BT
California Firm Registration #179

Page 98

1       on our website and that form just sends it to

2       our e-mail.

3    Q.   I see.

4    A.   So it's the same -- it's just a different door

5       to the same place.

6    Q.   Okay.  Okay.  That's the nature of my question

7       on that.

8           MR. WERTS:  Yeah, just kind of keep a

9       stack going.  The court reporter takes them

10      all at the end.

11          (Deposition Exhibit No. 5 was marked for

12      identification.)

13      BY MR. WERTS:

14   Q.   We've handed you now what has been marked as

15      Deposition Exhibit No. 5.

16          Do you recognize what this form is?

17   A.   Yes.

18   Q.   What are we looking at?

19   A.   This looks like the UD form.

20   Q.   There's a date in the fifth or sixth line.  On

21      the front cover there's a date of purchase.

22   A.   Mm-hmm.

23   Q.   How does a customer service representative

24      access this form in order it fill it out?

25   A.   It's -- it's a Word Document that is on

888-893-3767    www.lexitaslegal.com    Lexitas Duplicates in all 50 states and is licensed where required by law    Registration #179    California Firm Registration #179    LEXITAS

1   everyone's desktop.

2 Q. Are there other forms for reporting other

3   sorts of firearms incidents besides unintended

4   discharges?

5 A. There is -- not -- so not the incidents, but

6   if a gun fails in any way, then it's very

7   similar to this.  It's just minus the parts

8   where is -- is there a medical or is there a

9   police report.  And then you'll ask questions

10   as what kind of, you know, gun were you using,

11   what kind of ammo, how many rounds do you have

12   through the gun, things of that nature.

13 Q. What's the name of that form?

14 A. It's service form.

15 Q. Any other forms that your CSRs have to fill

16   out or have they had at any time since 2017?

17 A. Not pertaining to RMAs, no.

18 Q. Pertaining to other things?

19 A. I'm sure there's HR forms or forms to submit

20   to --

21 Q. I'm talking about the public.  I don't care

22   about your internal stuff.

23 A. No, no.

24 Q. Okay.

25 A. That I can recall.

888-983-3767 - 03095 Exhibit Operates in all 50 states and is licensed where required. Nevada Registration #065
www.lexitaslegal.com    California Firm Registration #179
LEXITAS

1   Q.  So at the top there's kind of some numbers

2       where there's an RMA, a serial number, and a

3       part number.

4           Can you tell us what those three things

5       are?

6   A.  **So return merchandise authorization, that's**

7       **just saying -- that's like an order number.**

8       **It's saying -- this -- that RMA is associated**

9       **with that repair.**

10          **Serial number is the serial number of the**

11      **gun.**

12          **And the part number is the physical gun**

13      **that it is.  So a 320, full-sized 9**

14      **millimeter, black with SIG sights.**

15  Q.  All right.  Can you turn to the second page of

16      this for me?

17  A.  **(Witness complying)**

18  Q.  It's kind of a screenshot.

19          Do you recognize what this is?

20  A.  **Yes.**

21  Q.  What is this?

22  A.  **This is what an RMA looks like in Oracle.**

23  Q.  Have you ever seen, like, reports that list

24      out the different RMAs or do you just always

25      look at screenshots like this?

888-893-3767
www.lexitaslegal.com

Lexitas Operates in all 50 states and is licensed where required.  Nevada Registration #116F
California Firm Registration #179

LEXITAS

Page 101

1　A.　I look at individual RMAs.

2　Q.　Can you turn to the next page or page 3.

3　A.　(Witness complying)

4　Q.　So the right-hand side window, what is that?

5　A.　That is -- that is the notes for the depot

6　　　repair.

7　Q.　So these are notes that would have been put in

8　　　by the customer service representative?

9　A.　That is correct.

10　Q.　Can you turn to the sixth page of the

11　　　document.

12　A.　(Witness complying)

13　Q.　It is -- in the lower right-hand corner

14　　　there's the number 2083.  It's actually the

15　　　low -- yeah.

16　　　　　All right.  The print gets a little -- a

17　　　little small, but at the -- in the -- the

18　　　Notes box there's a section that says:

19　　　Attached is an inspection -- is the inspection

20　　　report.  Do you see that?

21　　　　　It's under extra details.

22　A.　Yes.  Yeah, I do see that.

23　Q.　What does it mean to attach a document within

24　　　the Oracle system?

25　　　　　Is that something you guys do?  How does

Lexita Operates in all 50 states and is licensed where required.  Nevada Registration #265F
888.811.3787　www.lexitaslegal.com　California Firm Registration #179　LEXITAS

1      that work?

2  A.  There is a way to do it.  I can't say if this

3      is the instance.  What -- so this is 2022.

4      That CSR might have been newer, so I don't

5      know if he knew how to necessarily do that, so

6      he might have copied and pasted it from e-mail

7      saying attached is this for legal.  Or he

8      could have attached it -- there's a paperclip

9      function in Oracle where you can attach that

10     form.  It's not a requirement that I have in

11     the requirements.  Then it goes to legal.

12 Q.  Okay.  And attaching the document is just

13     attaching a PDF like to an e-mail, right?

14 A.  Similar, yeah.

15 Q.  And then somehow within Oracle it gets

16     associated to that person and to this event,

17     right?

18 A.  Correct.

19         MR. JOYCE:  Just as a heads-up.  Mr.

20     Lano -- I told him to come about 1:30.  I

21     don't know how that works for you guys.

22         MR. WILLIAMS:  I would push it.

23         MR. WERTS:  I'd probably push it to 2:30.

24         MR. JOYCE:  Okay.

25         MR. WILLIAMS:  You think 2:30 or --

888-893-2767          Lexitas Operates in all 50 states and is Licensed Where required  Nevada Registration #106F
www.lexitaslegal.com                        California Firm Registration #179                    LEXITAS

Page 103

1       MR. WERTS:  Yeah, this is going to go

2  pretty quick.

3       MR. WILLIAMS:  Okay.  Are you guys taking

4  a lunch or no?

5       MR. JOYCE:  I think we will take lunch

6  before this over.  I think we should just push

7  through and finish this, right?

8       MR. WILLIAMS:  Yeah, that's fine.

9       MR. JOYCE:  Okay.  So I'll tell him

10  around 2:30?

11       MR. WERTS:  Yeah.

12       MR. JOYCE:  Okay.

13       MR. WERTS:  He may have to wait for a

14  little bit but --

15       MR. JOYCE:  That's okay.

16       MR. WERTS:  -- it would be reasonable.

17       MR. JOYCE:  I just don't want him hanging

18  for --

19       MR. WERTS:  No.  There's no reason for

20  him to wait and waste an extra hour.  Just

21  chill in the lobby.  The chairs are nice.

22       (Off-the-record colloquy.)

23       (Deposition Exhibit No. 6 was marked for

24  identification.)

25  BY MR. WERTS:

888-893-2767  Lexitas Operates in all 50 states and is Licensed where required, Nevada Registration #165F
www.lexitaslegal.com                                    California Firm Registration #179

LEXITAS

Page 104

1    Q.  All right.  We've handed you what's now been

2        marked as Deposition Exhibit 6 --

3    A.  Okay.

4    Q.  -- which is an e-mail from a Marco Frayjo.

5            Are you -- happen to be familiar with

6        this report or inquiry on --

7    A.  Not one I'm aware of.

8    Q.  Okay.

9    A.  That I recall, but I may have seen it in 2020.

10   Q.  If an e-mail comes in like this to Sig Sauer,

11       is the e-mail typically responded to with some

12       sort of e-mail response?

13   A.  It may have been.  We may have done an

14       outbound call.

15   Q.  How would you find out?

16   A.  How would I find out if we responded to this?

17   Q.  Yes.

18   A.  I would put this e-mail into Oracle, in notes.

19   Q.  If there is a return call on an e-mail inquiry

20       like this, is that call reported?

21   A.  The call -- the recording calls end for a year

22       so it wouldn't be available now, but it very

23       well could have been, though this is not a

24       claim of accidental or unintended or negligent

25       discharge.  This is just someone inquiring why

Lexitas Operates in all 50 states and is licensed where required.  Nevada Registration #136F
888-893-3767   www.lexitaslegal.com   California Firm Registration #179                         LEXITAS

Page 105

1       **there's different parts, it sounds like.**

2  Q.  Sure.  I'm just trying to understand the

3     process.  I was just using this as a vehicle

4     for that.

5  **A.  The call would have been recorded.  I --**

6  Q.  Would any effort have been made to store those

7     calls beyond the one year that you talked

8     about as a general retention policy?

9  **A.  In this instance?  I don't believe so.**

10  Q.  When calls get saved beyond the one year

11     because it's related to an unintended

12     discharge, are those saved in the Oracle EBS

13     system or somewhere else?

14  **A.  They are saved by legal.**

15        MR. JOYCE:  This -- this -- this one

16     doesn't have a Bates stamp number on it.  Do

17     you know what it is for us?

18        MR. WERTS:  I do.  It's

19     SIG-GLASSCOCK00007880.

20        MR. JOYCE:  Shoot, those numbers to me

21     again?  Sorry.

22        MR. WERTS:  Sure.  It's 7880 with a bunch

23     of zeros in the front.

24        MR. JOYCE:  It just got cut off.

25        MR. WERTS:  Yeah.  All -- everything I

888-893-3767  Lexitas Operates in all 50 states and is Licensed Where required | Nevada Registration #106F
www.lexitaslegal.com               California Firm Registration #179

LEXITAS

Page 106

1 want to look at today has a number on it, so

2 if you don't see it, just ask.

3   MR. JOYCE:  Okay.

4   (Deposition Exhibit No. 7 was marked for

5 identification.)

6 BY MR. WERTS:

7 Q.  All right.  I've handed you what's now been

8 marked as Deposition Exhibit 7, which is an

9 e-mail Bates No. 133.

10   And so this is a forwarded e-mail from

11 something that you sent maybe a couple times

12 and your name shows up in the chain, correct?

13 **A.  Can I have extra time to read it?**

14 Q.  Of course.  Take your time.

15 **A.  (Pause).  You said my name's on this one?**

16 Q.  Yes, on the first page a couple places.

17 **A.  Did you hand me the right one?**

18 Q.  Let me see.

19   MR. JOYCE:  I don't see it either.

20   MR. WERTS:  Oh, no.  What's happening

21 here.

22   MR. JOYCE:  I think this would be beyond

23 the scope of this witness anyway.

24   MR. WERTS:  Put it in the dead stack.

25 What I get for trying to save trees.

888-893-3767 Lexitas Operates in all 50 states and is Licensed where required - Nevada Registration #076F
www.lexitaslegal.com California Firm Registration #179 LEXITAS

Page 107

1          MR. JOYCE:  Yeah.

2          MR. WERTS:  This one really is 133.  The

3     other one was not.  It's 128 if you want --

4          (Deposition Exhibit No. 8 was marked for

5     identification.)

6          (Off-the-record colloquy.)

7          **THE WITNESS:  Okay.**

8     BY MR. WERTS:

9  Q.  All right.  So this one actually does have

10     your name on it a couple times so that

11     probably makes more sense.

12  **A.  It does.**

13  Q.  Let's kind of start at the top.

14          Who's Scott Therrien?

15  **A.  Scott Therrien is a former employee of Sig**

16     **Sauer.  He's the senior VP of commercial sales**

17     **and customer service.**

18  Q.  And so looking at the bottom of the first page

19     on this exhibit, it's an e-mail you sent to

20     Mr. Therrien on August 26, 2021, correct?

21  **A.  That -- that's what that looks like, yes.**

22  Q.  Okay.  And you're informing Mr. Therrien that

23     there were several reports, four of which had

24     happened in the last hour, of unintended

25     discharges, correct?

Lexitas Operates in all 50 states and is licensed where required - Nevada Registration 070F
888-811-3151   www.lexitaslegal.com   California Firm Registration #179   LEXITAS

1   A.  I just want to confirm that.

2          Well, where does it say that happened in

3      the last hour?

4   Q.  Very top of the second page.

5   A.  Very top of the second page.  Yes.

6   Q.  And if we go back to the first page, it says

7      that you checked your incoming e-mails, as

8      well, and there are two reports.

9          So that would be six total reports on

10     that day or is it four total reports?

11  A.  I -- if you just give me a moment, I just want

12     to check where I was.

13        Six, yes.  So that would have been two

14     additional in the e-mail.  Maybe not in that

15     hour due to the nature of e-mail.

16  Q.  But certainly on the same day, right?

17  A.  Possibly same day or within a close enough

18     time frame if -- depending on how quickly we

19     were answering e-mails during that time.

20  Q.  Do you normally answer e-mails longer than one

21     business day?

22  A.  We quote two to three and generally answer

23     within one.

24        During COVID it was really hard to

25     keep -- the whole world, you know, kind of

Page 109

1      exploded, so I can't say during 2021 exactly

2      how long we were answering e-mails or how long

3      it took us to answer e-mails, but...

4  Q.  But by August of 2021, you were in -- that --

5      that's not the same as May of 2020, right?

6  A.  Correct.  It would have been within a week.

7  Q.  And -- and this -- this mentions a couple

8      things, voice recording, which we talked

9      about.

10 A.  Mm-hmm.

11 Q.  And I know the call is recorded when the

12     customer calls and reports an unintended

13     discharge.

14         Is the call also recorded on the outbound

15     call telling the customer the results of

16     whatever investigation Sig Sauer has

17     performed?

18 A.  They should be provided that Task is -- is

19     functioning, yes.

20 Q.  And are those calls also sent to legal to be

21     kept?

22 A.  The outbound I -- no, it's -- it's not

23     standard practice to have the outbound of us

24     telling them what we found.

25 Q.  How long are those calls kept on the outbound

888-922-7767  Lexitas Operates in all 50 states and is Licensed Where required by Nevada Registration #065F
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

Page 110

1     calls then?

2  A.  How long are they -- well, Task keeps calls

3     for a year.

4  Q.  Has anyone ever told you to keep those calls

5     longer than one year?

6  A.  Well, if -- if we pull the call, then it's

7     saved indefinitely, but I don't -- it's not

8     a -- it's not a term that I have access to.  I

9     can't make it two years or three years.

10 Q.  And then if you'll look -- maybe the best one

11    is on the third page.  It starts with the

12    8/5/2021 with Dave Powers.

13        Do you see that?

14 A.  Yes.

15 Q.  And so there's -- this appears to be similar

16    information that was on the unintended

17    discharge form that we looked at earlier, but

18    it's an e-mail.

19        Is this just a copy and paste job or is

20    it like an e-mail template form that you folks

21    are using?

22 A.  This is an e-mail from me to Scott, and I was

23    getting -- it's very likely that I copied this

24    form from the RMA just to put it on the e-mail

25    to notify him.

888-893-2767 - 03095 Lexitas Operates in all 50 states and is Licensed where required by Nevada Registration #116
www.lexitaslegal.com                    California Firm Registration #179

Page 111

1          (Deposition Exhibit No. 9 was marked for

2     identification.)

3  Q.  Hand you now what's been marked as Deposition

4     Exhibit 9.

5          Do you recognize the format of this form?

6  A.  **It looks familiar to the format of the**

7     **customer service.**

8  Q.  Okay.  You'll see down in paragraphs 4 and 5

9     it talks about involvement of the EVP of LE

10    sales.

11         Do you see that?

12 A.  **Yes.**

13 Q.  And so what conclusions about this form do you

14    draw from that?

15 A.  **That the EVP of LE sales would want to review**

16    **the UD.**

17 Q.  Okay.  And so is this the form that's used in

18    the LE department for their intake of

19    unintended discharge reports?

20 A.  **It looks like a version of it.  If you look at**

21    **the rest of 5 it says, and also information to**

22    **Tim Lachance and Steve Shawver, who were with**

23    **our legal department at the time.**

24 Q.  Okay.  So whenever you get a consumer

25    complaint or report of an unintended

888.893.3767    Lexitas Operates in all 50 states and is licensed where required by Nevada Registration #1265
www.lexitaslegal.com                    California Firm Registration #179
LEXITAS

Page 112

1    discharge, is that elevated to an executive

2    vice-president?

3 A.  There's no executive vice president of

4    customer service, but it does go to -- a

5    C-level employee of legal would see it.

6 Q.  Anyone outside of the legal department?

7 A.  I mean, the custom shop is made aware.

8 Q.  Anyone else?

9 A.  Our determination is that legal has to be

10    notified.

11 Q.  The law enforcement form we're looking at kind

12    of has some detailed steps by step of what the

13    process is for responding to the report of the

14    unintended discharge in paragraphs 2 through

15    10.  Whereas, the report we looked at earlier

16    from the customer service was just kind of a

17    fill-in-the-blank form, right?

18 A.  Mm-hmm.

19 Q.  Is that a yes?

20 A.  Correct, yes.

21 Q.  Do you have a detailed step-by-step procedure

22    form for consumer reports of unintended

23    discharges like the law enforcement folks

24    have?

25 A.  No.  Where this is different is because there

888-893-2767   Lexitas Operates in all 50 states and is licensed where required. Nevada Registration #136F
www.lexitaslegal.com                California Firm Registration #179

LEXITAS

Page 113

1    are -- there's -- there's differences in this

2    report, which is what I was explaining before;

3    like, did it effect an arrest is not a

4    question that we would ask the consumer.

5    Consumers have one portal to contact us.  In

6    multiple ways they can contact us, but there's

7    one portal.  Whereas, LE it's a little -- they

8    have more access to be able to send it out to

9    them or otherwise.  So I believe that's why

10   they have these additional steps, which just

11   don't apply to the direct consumer.

12   Q.  Okay.  But the -- I guess the shorter answer

13       is there's not a document that sets up the

14       steps for consumer reports, true, or is there?

15   A.  A document that says what to do?

16   Q.  Yes.

17   A.  Not an official document, but the UD form is

18       meant to always go to legal.  And that's --

19       it's the only -- a really small form.  Make

20       sure that it gets to legal.

21   Q.  Okay.

22   A.  Yeah.

23   Q.  And sometimes that's an answer.  I just want

24       to -- if there's a form that says how to do

25       that, I just want to know about it.

888-983-3767 - 03095-MMC - Lexitas Operates in all 50 states and is Licensed Where required - Nevada Registration #146F
www.lexitaslegal.com                              California Firm Registration #179

LEXITAS

Page 114

1    A.    No.  I believe the reason that this has a form

2          is because it could be that it's agency-owned

3          guns, guns owned by the individual or the law

4          enforcement officer.  There's just a lot more

5          variables that go into the law enforcement

6          side that I'm not entirely privy to.

7                 MR. WERTS:  Let's take a short break.

8                 MR. JOYCE:  Okay.

9                 THE VIDEOGRAPHER:  One moment, please.

10                This is the end of Media Unit No. 3.  We

11         are going off the record.  The time is

12         12:24 p.m.

13                    (Brief recess taken.)

14                THE VIDEOGRAPHER:  This is the beginning

15         of Media No. 4.  We are going back on the

16         record.  The time is 12:51 p.m.

17         BY MR. WERTS:

18   Q.    Okay.  Just a few things to wrap up.

19                Can you grab Exhibit 8 for me, please.

20   A.    (Witness complying)

21   Q.    All right.  This is the e-mail chain that you

22         were on where you were forwarding the total of

23         six unintentional discharge reports in a given

24         day, right, or at least in one set of

25         communications?

888-893-2767  Lexitas Operates in all 50 states and is licensed where required Nevada Registration #116F
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

Page 115

 1    A.  I actually -- I recall this e-mail.  I believe

 2        this is me alerting my boss at the time, hey,

 3        we just got a surge of these.  You know,

 4        what's -- was there a reason or just so he's

 5        aware, you know.

 6    Q.  Fair enough.  And of those six reported

 7        unintended discharges, is it correct that five

 8        were P320s and one was a P365?

 9    A.  I could confirm.  That looks to be correct.

10    Q.  All right.  Thank you.  Finished with that.

11            You shared a couple topics with Mr.

12        Taylor where he was handling the engineering

13        side of things.  You had kind of the incident

14        RMA side.

15            I just want to -- I think I understand

16        this, but I -- I think the answer is going to

17        be no honestly, but just make to sure that I'm

18        not missing something.

19            Has the customer service department ever

20        been involved in any case study or

21        investigation by Sig Sauer regarding the use

22        of external safeties on the P320?

23    A.  The use of them?

24    Q.  Yeah.

25    A.  In -- like just any use of external safeties?

Page 116

1    Q.   Yes.

2    A.   **No.**

3    Q.   Ever any case studies or investigations into

4         consumer customer preferences with regard to

5         external safeties?

6    A.   **Not that customer service have been involved**

7         **in.**

8    Q.   Are you aware of any such case studies or

9         investigations by anyone?

10   A.   **I don't know about specifically with manual**

11        **safeties, but you could look at gun sales and**

12        **trends now and see how many have manual**

13        **safeties.**

14   Q.   With regard to the various incidents that

15        we've talked about or the unintended discharge

16        reports that resulted in RMAs, you kind of

17        went through the process of sending the RMA

18        out to folks; they send the gun in; Sig Sauer

19        inspects it; the gun gets sent back to the

20        customer; and they get a written report that's

21        included with the gun, as well as a phone call

22        explaining the results.

23             Is that correct?

24   A.   **We would normally call before sending the gun**

25        **back, but, yes, that is all correct.**

888-922-7767 | Lexitas Operates in all 50 states and is licensed where required | Nevada Registration #176F
www.lexitaslegal.com                    California Firm Registration #179

Page 117

```
 1   Q.   Okay.  And that's been the same process for

 2        every unintended discharge report going back

 3        to 2017, correct?

 4   A.   Unintended discharge or one that just needed,

 5        what I would call, white glove treatment,

 6        particular customers.  That scuff on that grip

 7        is not a scuff; it's actually, you know, the

 8        letter R; it's a Sig Sauer, whatever it might

 9        be.  But generally in those instances.

10             But in UD and in sort of white-glove

11        scenarios, we call them before sending the gun

12        back.

13   Q.   Okay.  But I just want to make sure it's a

14        uniform process for every unintended discharge

15        report from consumers, correct?

16   A.   That's my understanding.

17   Q.   Okay.  And that's true for all U.S. consumers,

18        right?

19   A.   That's correct.

20   Q.   Going back to 2017 at least?

21   A.   Yes, that's -- as far as I can recall.

22   Q.   All right.

23             MR. WERTS:  Thank you for your time and

24        patience today.  Those are the questions I

25        have for you.
```

888-267-1200  Lexitas Operates in all 50 states and is Licensed where required Nevada Registration #116F  Page 117
www.lexitaslegal.com  California Firm Registration #179

LEXITAS

Page 118

1      THE WITNESS:  Okay.

2      MR. JOYCE:  I have no questions of the

3  witness.

4      THE VIDEOGRAPHER:  This is the end of

5  Media No. 4, and this marks the end of the

6  deposition of Chris Meyer.

7      THE WITNESS:  Nailed it.

8      THE VIDEOGRAPHER:  We are going off the

9  record.  The time is 12:56 p.m.

10            *  *  *  *  *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

888.893.3767   Lexitas Operates in all 50 states and is licensed where required.  Nevada Registration #196F
www.lexitaslegal.com                    California Firm Registration #179

Page 119

```
 1              STATE OF NEW HAMPSHIRE.

 2          I, Beth Gaige, RPR, and licensed court

 3    reporter in the State of New Hampshire, do hereby

 4    certify that the within-named deponent was sworn

 5    to testify the truth, the whole truth, and nothing

 6    but the truth in the aforementioned cause of

 7    action.

 8          I further certify that this deposition was

 9    stenographically reported by me and later reduced

10    to print through computer-aided transcription, and

11    the foregoing is a full and true record of the

12    testimony given by the deponent.

13          I further certify that I am a disinterested

14    person in the event or outcome of the above-named

15    cause of action.

16       IN WITNESS WHEREOF, I have hereunto set my

17    hand this  1st  day of  October, 2024.

18

19

20       _____

21          Beth Gaige, LCR/RPR
            New Hampshire Lic. No: 00153
22

23

24

25
```

888-893-2767   Lexitas Operates in all 50 states and is licensed where required in Nevada Registration #106F
www.lexitaslegal.com                                    California Firm Registration #179