# Exhibit 20

**In the Matter of:**

JOSHUA GLASSCOCK, et al.

vs.

SIG SAUER, INC.

**MATT FARKAS**

*September 23, 2024*



www.LexitasLegal.com

Ph.(615) 595-0073

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
               WESTERN DISTRICT OF MISSOURI
 2   _____

 3

 4   JOSHUA GLASSCOCK, on
     behalf of himself and all
 5   others similarly situated,

 6        Plaintiffs,

 7   vs.                          Case No.
                                  22-CV-3095-SRB
 8   SIG SAUER, INC.,

 9        Defendant.
     _____

10

11

12

13

14             VIDEOTAPE DEPOSITION OF:

15                   MATT FARKAS

16

17        Taken on behalf of the Plaintiffs

18              September 23, 2024

19             Commencing at 10 a.m.

20

21

22   _____

23                   LEXITAS
                 www.Lexitas.com
24           Amy J. Schreck, LCR
             Knoxville, Tennessee
25              (865)329-9919
```

(615)595-0073  Lexitas operates in all 50 states and is licensed where required.  NSG Reg. Registration #365    1
www.lexitaslegal.com                        California Firm Registration #179
Case 6:22-cv-03095-MDH   Document 147-14   Filed 05/23/25   Page 3 of 157

```
 1              A  P  P  E  A  R  A  N  C  E  S

 2

 3  For the Plaintiff:

 4          TODD C. WERTS
            Attorney at Law
 5          LearWerts
            103 Ripley Street
 6          Columbia, MO 65201
            (573)875-1991
 7          Werts@LearWerts.com

 8

    For the Defendant:
 9
            B. KEITH GIBSON
10          Attorney at Law
            Littleton Park Joyce Ughetta & Kelly
11          4 Manhattanville Road, Suite 202
            Purchase, NY 10577
12          (914)417-3400
            Keith.Gibson@LittletonPark.com

13

14  Also Present:

15          PAIGE PENDELTON, CLVS

16

17

18

19

20

21

22

23

24

25
```

(515) 585-0073 - Attends in all 50 states and is licensed where required. NCRA Registration #465          2
www.lexitaslegal.com                    California Firm Registration #179

```
1                    I   N   D   E   X

2                                            Page

3   MATT FARKAS

4   Examination:

5     By Mr. Werts                            7

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

(515) 585-0073   Lexitas is available in all 50 states and is licensed where required. NCRA Registration #165
www.lexitaslegal.com                    California Firm Registration #179

```
1              E  X  H  I  B  I  T  S

2                                                  Page

3  Exhibit No. 1                                    16
      Notice of Continued Deposition
4
   Exhibit No. 2                                    72
5     Email to Valerie Hunt from Thomas
      Mechling dated 1/14/2019
6
   Exhibit No. 3                                    80
7     Email to Samantha Piatt from Bill Larson
      dated 6/05/2019
8
   Exhibit No. 4                                    88
9     Unintentional Discharge Report

10 Exhibit No. 5                                    97
      Reporting of Accidental Discharges
11    Somerset County DOC ME

12 Exhibit No. 6                                    110
      Email to GRP-COGNOS et al. from David
13    Houle dated 8/08/2017

14 Exhibit No. 7                                    115
      P320 Law Enforcement Voluntary Upgrade
15    Visit/Meeting dated 10/2-4/2017

16 Exhibit No. 8                                    119
      SIG-MARKETING Bates 000139
17    U.S. Defense Contracts

18 Exhibit No. 9                                    125
      "P320 In the News" Bates 000090
19
   Exhibit No. 10                                   132
20    P320 Assembly and Quality - Station 2
      Bates SIG-ORTIZ 001450
21
   Exhibit No. 11                                   152
22    P320 Owners Manual

23

24

25
```

Lexitas - All Exhibits in all 50 states and is licensed where required. NV Registration #165
California Firm Registration #179

Case 1:22-cv-03095-MHC  Document 81  Filed 05/02/25  Page 6 of 157

```
 1              S  T  I  P  U  L  A  T  I  O  N  S

 2

 3          The deposition of MATT FARKAS was taken by

 4    counsel for the Plaintiff by agreement of the

 5    parties at the Embassy Suites, 507 South Gay

 6    Street, Knoxville, Tennessee on September 23,

 7    2024 for all purposes under the Tennessee Rules

 8    of Civil Procedure.

 9          All formalities as to caption, notice,

10    statement of appearance, et cetera, are waived.

11    All objections except as to the form of the

12    question are reserved to the hearing and that

13    said deposition may be read and used in evidence

14    in said cause of action in any trial thereon or

15    any proceeding herein.

16          It is agreed that Amy J. Schreck, Licensed

17    Court Reporter for the State of Tennessee may

18    swear the witness and that the reading and

19    signing of the completed deposition by the

20    witness was reserved.

21

22

23

24

25
```

(615) 585-9972    Lexitas is available in all 50 states and is licensed where required    05/24 Registration #765    5
www.lexitaslegal.com                        California Firm Registration #179

```
                        *  *  *

         THE VIDEOGRAPHER:  We are now on the

    record.  This is the videotape deposition of

    Matthew Farkus.  Today's date is September 23,

    2024 and the time is 10:03 a.m.

         In the matter of Joshua Glasscock on

    behalf of himself and all others similarly

    situated v. SIG Sauer, Incorporated filed in the

    United States District Court for the Western

    District of Missouri.  This deposition is being

    held at the Embassy Suites in Knoxville,

    Tennessee.

         Will counsel please identify themselves

    for the record.

         MR. WERTS:  Todd Werts on behalf of the

    Plaintiffs.

         MR. GIBSON:  Keith Gibson, Littleton,

    Park, Joyce, Uchetta & Kelly on behalf of SIG

    Sauer.


    WHEREUPON,

                        MATT FARKAS,

    was called and after having been first duly sworn

    testified as follows:
```

Line numbers: 1–25, with timestamps 10:03 at lines 5, 10, 15, 20, 25.

(5) 585-0073   Lexitas Media is in all 50 states and is licensed where required, NPS/QA Registration # 165
www.lexitaslegal.com                                    California Firm Registration #179

```
10:03  1              EXAMINATION

       2  QUESTIONS BY MR. WERTS:

       3  Q.      Good morning.

       4  A.      Morning.

10:03  5  Q.      Could you please tell us your name.

       6  A.      Matthew Farkus.

       7  Q.      And you're currently employed with SIG

       8  Sauer; is that correct?

       9  A.      That's correct.

10:04 10  Q.      What is your current job title?

      11  A.      Senior Director of Law Enforcement Sales.

      12  Q.      How long have you had that title?

      13  A.      I'm not sure.  Probably seven, eight

      14  years.

10:04 15  Q.      What was your title before that?

      16  A.      Director of Law Enforcement Sales.

      17  Q.      How long did you have that one?

      18  A.      I want to say for four years or so.

      19  Q.      Were you employed by SIG Sauer before you

10:04 20  became a Director of Law Enforcement Sales?

      21  A.      I was.

      22  Q.      What was your job title then?

      23  A.      Regional Manager.

      24  Q.      How long did you have that role?

10:04 25  A.      Probably about two years.
```

(515) 585-0073   Lexitas Media is available in all 50 states and is licensed where required. NJ/CA Registration #180
www.lexitaslegal.com                                          California Firm Registration #179

10:05  1    Q.      So, let's talk about your role as a Senior

2    Director of Law Enforcement Sales.

3            What do you do?

4    A.      I oversee all Law Enforcement Sales east

10:05  5    of the Mississippi River and occasionally special

6    projects.

7    Q.      Does Federal law enforcement follow that

8    purview?

9    A.      No, they do not.

10:05  10    Q.      Other than Federal law enforcement though,

11    you're in charge of all east of the Mississippi

12    Law Enforcement Sales both State agencies and

13    municipalities.

14            Is that right?

10:06  15    A.      That's correct.

16    Q.      And how is your current role different

17    than what you did as a Director of Law

18    Enforcement Sales?

19    A.      So when I got promoted to director of Law

10:06  20    Enforcement Sales, I had the entire country.  It

21    was a one person position.  As the company grew

22    and our group grew, it got segmented into

23    East/West.  So, I was the Director of the East

24    and then became Senior Director shortly

10:06  25    thereafter.

(855) 593-1033 | Lexitas offices in all 50 states and licensed where required | (9/5/24 Registration #166
www.lexitaslegal.com                          California Firm Registration #179

10:06 1 | Q.      Okay.  Is there a contemporary who is the

2 | senior director for the West?

3 | A.      He's a director.

4 | Q.      He's a director?

10:07 5 | A.      Yes.

6 | Q.      Who is that?

7 | A.      Tom Mechling.

8 | Q.      How long has Mr. Mechling been in that

9 | role as Director of the Wwest?  It's a great

10:07 10 | title, by the way.

11 | A.      Probably five or six years.

12 | Q.      Was there ever any other director of

13 | West -- western United States Law Enforcement

14 | Sales before Mr. Mechling came to that role?

10:07 15 | A.      Yes.

16 | Q.      Who is that?

17 | A.      Joe Lienemann.

18 | Q.      Can you spell that last name for our court

19 | reporter?

10:07 20 | A.      L-i-e-n-e-m-a-n-n (phonetic).  That's a

21 | guess.

22 | Q.      Is Mr. Lienemann still with SIG Sauer?

23 | A.      No.

24 | Q.      When did Mr. Lienemann leave SIG Sauer?

10:07 25 | A.      Just before Tom Mechling became the

(855) 955-0173   Offices in all 50 states and licensed where required.   NV Registration #116F
www.lexitaslegal.com                          California Firm Registration #179

10:07  1   director.

       2   Q.      Had Mr. Mechling been with SIG prior to

       3   that?

       4   A.      Yes.

10:08  5   Q.      What was his role prior to becoming

       6   director for the West?

       7   A.      He was a regional manager.

       8   Q.      So when you say that you oversee all east

       9   coast Law Enforcement Sales, what do you mean?

10:08 10          What are you overseeing?

      11   A.      So, currently I have nine regional

      12   managers or territory representatives that cover

      13   the 24 or so states that fall east of the

      14   Mississippi.

10:08 15   Q.      You used two different titles there:

      16   Regional manager and territory representative.

      17          Are those two different things or two

      18   different names for the same type of person?

      19   A.      So, they're two different things.

10:08 20   Typically the territory representatives are

      21   part-time, they have smaller responsibilities but

      22   same role.

      23   Q.      Of the nine folks that are in the regional

      24   manager territory representative role, how many

10:09 25   of them are full time regional managers and how

(855) 955-7073   Lexitas serves in all 50 states and licensed where required. NV Registration #135F
www.lexitaslegal.com                        California Firm Registration #179

10:09  1   many are part-time territory reps?

       2   A.      There are eight full time and one

       3   part-time.

       4   Q.      How long has that been the work force size

10:09  5   of your firm?

       6   A.      Since January of 2024.

       7   Q.      What was it prior to that?

       8   A.      We added -- we added three regional

       9   managers -- may have actually been four regional

10:09 10   managers.  There were five regions and there were

      11   two -- it was a territory rep.  So, I believe it

      12   was five and one prior to that.

      13   Q.      How long had it been five and one?

      14   A.      Quite sometime.

10:10 15   Q.      Prior to 2017?

      16   A.      The reason I'm thinking is we separated

      17   Florida out of our regional manager area and

      18   added somebody down there who had a hybrid role.

      19   So, he was full time and all he covered was

10:10 20   Florida but that fell under the regional manager

      21   of that southeast region.  I want to say that

      22   probably happened in 2019 or maybe 2020.

      23   Q.      What was the hybrid role?

      24   A.      So, he fell under the regional manager

10:11 25   that covered the southeast but he had a training

(855) 299-1793 | Depositions in all 50 states and 13 countries / Globally where required / Firm Registration #195
www.lexitaslegal.com                    California Firm Registration #179                                11

10:11 1   component.  He was somebody that moved over from

2   the SIG Academy.

3   Q.     And just for folks that may be reading

4   this transcript later, what is the SIG Academy?

10:11 5   A.     It's a training facility located in New

6   Hampshire.

7   Q.     Did that facility ever provide training to

8   law enforcement agencies or officers?

9   A.     Yes.

10:11 10  Q.     How long has it done that?

11  A.     As long as I've been involved with SIG.

12  Q.     That goes back to 2010; is that right?

13  A.     Correct.

14  Q.     Have you ever given a deposition before?

10:12 15  A.     Yes.

16  Q.     How many times?

17  A.     I'm not certain.

18  Q.     What is your best estimate?

19  A.     Probably three or four, maybe five times.

10:12 20  Q.     Have all those depositions been related to

21  your work at SIG Sauer?

22  A.     No.

23  Q.     How many -- have any of them been related

24  to your work at SIG Sauer?

10:12 25  A.     Yes.

(855) 595-2520 | Copies available in all 50 states and licensed where required. | Firm Registration #167
www.lexitaslegal.com                                       California Firm Registration #179

10:12  1   Q.      How many?

       2   A.      One, maybe two -- one.  Pretty sure it's

       3   just one but it may have been two.

       4   Q.      Let's take the non-SIG related ones first.

10:12  5   When did you first give a deposition?

       6   A.      I can't even guess.  It was probably

       7   through my previous employment.

       8   Q.      And who was that with?

       9   A.      With the New Jersey State Police.

10:13 10   Q.      What was your role in the New Jersey State

      11   Police?

      12   A.      Throughout my career or at the time of the

      13   deposition?

      14   Q.      I guess both.  Let's start at the

10:13 15   beginning and work to the end.

      16   A.      So, I was a general road duty trooper for

      17   probably about 18 years.  I worked the tactical

      18   patrol unit for approximately four years, then

      19   into the training side and finishing up at the

10:13 20   firearms training.

      21   Q.      When was that?

      22   A.      I retired in 2006.

      23   Q.      That first deposition you gave in the New

      24   Jersey State Police, was that case related?

10:14 25   A.      I believe so.

10:14  1     Q.    And when I say "case related," I'm trying

2  to grab the umbrella of criminal investigations

3  that the New Jersey State Police may have been

4  involved with.

10:15  5     A.    It may have actually been traffic related.

6     Q.    What is the difference in your mind

7  between those two things?

8     A.    I believe one was civil litigation as a

9  result of a fatality and there may have been two

10:14  10  of them.  I don't know that I ever gave a

11  deposition for anything criminal.

12     Q.    Okay.  And it's on the list so I'll ask.

13  Even for a law enforcement officer, have you ever

14  testified live in court?

10:14  15     A.    Yes.

16     Q.    How many times?

17     A.    I have absolutely no guess.

18     Q.    More than a hundred?

19     A.    Yes.

10:15  20     Q.    Have you ever testified live in court

21  related to your work with SIG Sauer?

22     A.    No.

23     Q.    You said there was one, maybe two

24  depositions related to your work with SIG Sauer.

10:15  25         What is the one deposition that you're

Case 3:22-cv-03095-MCR Document 54 Filed 09/24 Page 16 of 157

10:15  1  clearly remembering?

       2  A.      I believe the case was Powers.

       3  Q.      Powers v. SIG Sauer?

       4  A.      I just knew it to be named the Powers

10:15  5  case.

       6  Q.      Fair enough.  When was that?

       7  A.      Within the last couple years.

       8  Q.      Where did you give that deposition at?

       9  A.      I believe that was from my home.  It was a

10:15 10  video conference.

      11  Q.      Did that case involve an unintentional

      12  discharge or alleged unintentional discharge of a

      13  SIG Sauer P320?

      14  A.      Yes.

10:16 15  Q.      Is that the only time you can remember

      16  giving testimony about the SIG Sauer P320?

      17  A.      Yes.

      18  Q.      Have you ever served in the military?

      19  A.      No.

10:16 20  Q.      Ever been convicted of a crime?

      21  A.      No.

      22  Q.      Ever personally filed for bankruptcy?

      23  A.      No.

      24  Q.      Any reason today -- medical, emotional or

10:16 25  otherwise -- that you couldn't remember and give

Serving all cities in all 50 states and licensed where required/ DRE Registration #1765
www.lexitaslegal.com                    California Firm Registration #179

10:16  1   honest testimony today?

       2   A.     That I can remember?

       3   Q.     And give honest testimony today?

       4   A.     No.

10:17  5          (WHEREUPON, a document was marked as

       6   Exhibit 1 and the witness reviewed the document.)

       7   BY MR. WERTS:

       8   Q.     As we go along today, I'll being passing

       9   you exhibits.  I'm really not trying to throw

10:17  10  them at you but I'll try to get them all the way

       11  over to you because we've got a little distance.

       12         I've handed you what's been marked

       13  Deposition Exhibit 1.  Have you ever seen this

       14  before?

10:17  15  A.     No.

       16  Q.     Can you turn to Page 4 of 5 for me?

       17  A.     I have seen this, yes.

       18  Q.     Okay.  And it's my understanding that

       19  you've been designated by SIG Sauer to speak on

10:18  20  Topic 10 which is "SIG Sauer's relationship with,

       21  communications to, and documents concerning the

       22  {typo} any other law enforcement agency in the

       23  United States or otherwise and the P320, M-17, or

       24  M-18."

10:18  25         Is that your understanding?

Certified Shorthand Reporters in all 50 states and licensed where required / US-FL Registration #185
www.lexitaslegal.com                                California Firm Registration #179

```
10:18   1   A.      Yes.

        2   Q.      And you understand that for today's

        3   purposes you're not just testifying for yourself;

        4   you're actually the voice of SIG Sauer testifying

10:18   5   on behalf of the company?

        6   A.      Yes.

        7   Q.      And have you been authorized by SIG Sauer

        8   to give that testimony on its behalf?

        9   A.      Yes.

10:18  10   Q.      Tell me what SIG Sauer has done to gather

       11   all of its knowledge known or reasonably

       12   available to it with respect to the Topic 10 that

       13   you've been designated to talk on.

       14           MR. GIBSON:  I'll put an objection.  Any

10:19  15   discussion that we've had is not something you

       16   talk about but beyond that you can answer.

       17           THE WITNESS:  I'm not sure I quite

       18   understand the question.

       19   BY MR. WERTS:

10:19  20   Q.      Sure.  You've been given a topic to speak

       21   on behalf of SIG Sauer.  Right?

       22   A.      Yes.

       23   Q.      So, what has SIG Sauer done to get you

       24   ready to talk for it?

10:19  25   A.      We had -- I had conversations with Keith
```

Lexitas supports all offices in all 50 states and is licensed where required.  NY Registration #195
www.lexitaslegal.com                            California Firm Registration #179

10:19  1  and Eric Finkleman.

2         MR. GIBSON:  You just can't get into the

3  substance.  You can tell him about --

4  A.    Yes.  I'm trying to remember Crystal's

10:19  5  (phonetic) -- yeah, we had conversations with the

6  attorneys for SIG --

7  Q.    Okay.

8  A.    -- as far as my knowledge pertaining to

9  questions.

10:19  10  Q.    Who is Crystal?

11        MR. GIBSON:  She's a paralegal.

12        MR. WERTS:  Is she on your team or

13  in-house?

14        MR. GIBSON:  She's at SIG.

10:20  15  A.    And I believe she was on those calls.  I'm

16  not even certain.

17        MR. GIBSON:  She may have been one of

18  them.  If we need information, that's where we

19  can get it.

10:20  20        MR. WERTS:  Every lawyer has that person.

21        MR. GIBSON:  Yeah.

22  BY MR. WERTS:

23  Q.    What other witnesses other than lawyers

24  were you -- or did you speak with in preparation

10:20  25  for today's deposition?

(855) 979-2473 · Globally Litigate with services in all 50 states and 15 countries where required / 05/01 Registration #165
www.lexitaslegal.com                         California Firm Registration #179                              18

10:20  1   A.      I spoke with Tom Jankiewicz and Tom

       2   Mechling.

       3   Q.      What did you learn from Tom Jankiewicz for

       4   preparation for today's deposition?

10:20  5   A.      What was the conversation about?

       6   Q.      Uh-huh.

       7   A.      It was about the information pertaining to

       8   the pre-launch of the 320.

       9   Q.      Anything else?

10:21 10   A.      No.   That was it.

      11   Q.      Okay.  What did you talk to Mr. Mechling

      12   about?

      13   A.      The number of times that he had done any

      14   presentation in the police department regarding

10:21 15   the P320.

      16   Q.      What was that number?

      17   A.      Approximately 20 or so.

      18   Q.      Have you ever done any presentations at

      19   law enforcement agencies regarding the SIG Sauer

10:21 20   P320?

      21   A.      Yes.

      22   Q.      How many times?

      23   A.      So in the scope of the question that Tom

      24   Mechling and I were speaking of which was

10:22 25   unintentional discharges, approximately the same

(855) 955-0172        Lexitas supports in all 50 states and licensed where required (NY #14)   Registration #166
www.lexitaslegal.com                         California Firm Registration #179

10:22  1    number of times.

       2    Q.     So let me break that down a little bit.

       3    So that I understand it, each of you have given

       4    approximately 20 presentations to law enforcement

10:22  5    agencies about unintended discharges on the P320.

       6           Is that correct?

       7    A.     Been present during their presentations,

       8    yes.

       9    Q.     Was someone else giving these

10:22 10    presentations?

      11    A.     For the most part, yes.  They were

      12    either -- they were either presentations given by

      13    Luke Graziano, G-r-a-z-i-a-n-o --

      14    Q.     Thank you.

10:23 15    A.     -- or during inspections of pistols

      16    conducted by Al Larochelle, L-a-r-o-c-h-e-l-l-e.

      17    Q.     Have you ever personally attended a

      18    presentation regarding unintended discharges on

      19    the SIG Sauer P320 given by anyone else other

10:23 20    than Mr. Graziano or Mr. Larochelle?

      21    A.     Not specific meetings that had that as the

      22    main focus or the purpose.  I have been at

      23    presentations given by regional managers where

      24    the topic came up.

10:24 25    Q.     How many such regional manager meetings

(855) 595-3973    Offices in all 50 states and licensed where required. NV Reg #105F Registration #195F
www.lexitaslegal.com                            California Firm Registration #179

10:24  1  have you been at on the Topic of P320, unintended

       2  discharges, came up?

       3  A.      I can't even guess.  It was not a unique

       4  topic of conversation.  I spend a good deal of my

10:24  5  year traveling with the people that work under me

       6  and I don't -- I wouldn't call it routine but it

       7  certainly is an oddity for someone to have a

       8  question or raise concern over something they may

       9  or may not have heard on the internet.

10:25 10  Q.      Does the law enforcement department at SIG

      11  Sauer market and sell its full line of pistols to

      12  law enforcement agencies?

      13          MR. GIBSON:  Can you just re-ask it or can

      14  you read that?

10:25 15          (The last question was read by the

      16  reporter.)

      17  BY MR. WERTS:

      18  Q.      Okay.

      19  A.      We do not market it.  We have a marketing

10:25 20  department and I'm not quite sure I understand

      21  our full line.

      22  Q.      SIG Sauer makes other pistols.  Right?

      23  A.      Correct.

      24  Q.      Do you sell them all to cops?

10:25 25  A.      So, we have a specific price list that is

(855) 595-3573 | Transcripts in all 50 states and as required by law | Registration #195
www.lexitaslegal.com                                                California Firm Registration #179

10:25  1    geared towards law enforcement.  Whether a cop

       2    purchases one of the firearms is not on that

       3    price list, I would not know.  However,

       4    agency-wide we have specific firearms that we

10:26  5    sell to law enforcement.

       6    Q.      The P320 is one of those.  Correct?

       7    A.      Correct.

       8    Q.      And the P365?

       9    A.      Yes.

10:26 10    Q.      The P226?

      11    A.      Yes.

      12    Q.      P229?

      13    A.      Yes.

      14    Q.      Are there others?

10:26 15    A.      Yes.

      16    Q.      What are the others?

      17            MR. GIBSON:  Place an objection; it's

      18    outside the scope.  You can answer.

      19            MR. WERTS:  It will come back into the

10:26 20    scope.

      21            THE WITNESS:  The M-17, the M-18, P220.

      22    Are we limited to pistols or do you want rifles

      23    as well?

      24    BY MR. WERTS:

10:27 25    Q.      Let's stick with pistols for today.

(855) 955-0972                                                              22
www.lexitaslegal.com                California Firm Registration #179

10:27 1   A.     I think that's all of them.  I may have

2   missed one.

3   Q.     Those are the five I was expecting.  I

4   couldn't remember the 220 --

10:27 5   A.     Right.

6   Q.     -- is the reason I asked it that way.

7   When you are at presentations regarding the SIG

8   Sauer P229, do you receive as many questions

9   about unintended discharges as you do regarding

10:27 10  the P320?

11  A.     It's been quite sometime since I've had

12  anybody look at any of our hammer-fired line of

13  the P229 or the P226 or the P221.

14         Are there more questions regarding the

10:27 15  P320?  Yes.

16  Q.     Have you ever been in one of these

17  meetings where someone raised unintended

18  discharge concerns about the 220 and the 226 or

19  the 229?

10:28 20  A.     Not that I recall.

21  Q.     So talking or going back to the

22  presentations performed by Mr. Graziano, does he

23  have like a PowerPoint slide show that he uses to

24  support these presentations?

10:29 25         Tell me about that.

(855) 955-1202   Offices in all 50 states and Licensed where required (05/04) Registration #155
www.lexitaslegal.com                    California Firm Registration #179

10:29 1    A.      Yes, he does.

      2    Q.      Is it kind of a standard slide show?

      3    A.      I'm not quite sure what you mean by

      4    "standard."

10:29 5    Q.      Does he use the same one every time or is

      6    there a different one for every department?

      7    A.      It's fairly standard in that respect.

      8    However, as updates occur, that information is

      9    drafted into it.

10:29 10   Q.      My wife used to be in nationwide sales and

      11   she had a PowerPoint for the first two slides are

      12   different with the agency name but otherwise it

      13   was the same.

      14        Is it something like that?  Is what we're

10:29 15   talking about subject to some evolution over

      16   time?

      17   A.      Yes.

      18   Q.      Did that PowerPoint slide specifically

      19   address unintended discharges on the P320?

10:29 20   A.      I would say yes.

      21   Q.      How long has it been the case that the

      22   standardized sales presentation for law

      23   enforcement agencies addressed the unintended

      24   discharges on the SIG Sauer P320?

10:30 25   A.      I would say that presentation has been

10:30 1  utilized for the past two, maybe three years.

2  Q.      Is there any sort of trigger for

3  Mr. Graziano giving his presentation to a

4  particular law enforcement agency?

10:30 5  A.      Typically it follows a request for a more

6  in-depth conversation.

7  Q.      More in-depth conversation about what?

8  A.      About the safety concerns of the police

9  agency.

10:31 10  Q.      How did those requests typically come in

11  if there is a typical?

12  A.      Typically through the regional manager.

13  Q.      How would it get to the regional manager?

14  A.      From the police department.

10:31 15  Q.      So just thinking about the way in which

16  SIG Sauer communicates with these law enforcement

17  agencies, generally speaking organizations have

18  one of two different types of sales paradigm.

19  I'm just trying to get a sense of what Sig's is.

10:32 20         One is kind of more passive where the

21  sales representative is waiting for a contact.

22  The other is a bit more active where they are

23  checking in from time to time and it's an ongoing

24  conversation.

10:32 25         How does SIG handle that with law

10:32  1  enforcement agencies that have chosen a SIG Sauer

 2  pistol as its side arm?

 3  A.    So, are we past the sales part or are we

 4  talking about existing customers?

10:32  5  Q.    I guess existing customers for now.  If

 6  there's a distinction, we'll figure that out but

 7  you've got an agency that uses the P320.

 8       Virginia State Police, that is one of your

 9  agencies.  Correct?

10:32 10  A.    Yes.

11  Q.    So how often does your regional manager

12  check in with those folks?

13  A.    That is truly dependent on what is going

14  on at the agency.  So, there are times that

10:33 15  there's very frequent contact and there are times

16  that that contact drops off.

17       I know that -- and I will take NYPD as an

18  example.  It's a rather large police department.

19  They do not like a lot of contact, so it was more

10:33 20  of a quarterly meeting as opposed to an agency

21  that was in the process of transitioning or

22  looking to transition that contact would be more

23  frequent.

24  Q.    Does the NYPD use the P320?

10:33 25  A.    They do not.

10:33  1    Q.      Have they ever?

       2    A.      No.

       3    Q.      Did they use any SIG firearms?

       4    A.      Yes.

10:33  5    Q.      What do they use?

       6    A.      P226.

       7    Q.      What is Mr. Graziano's role within SIG

       8    Sauer?

       9    A.      So, he is a territory representative.  He

10:34 10    covers metro New York, Long Island, Westchester

      11    County.

      12    Q.      Does Mr. Graziano give that safety concern

      13    presentation about the P320 to agencies outside

      14    of his typical assigned territory?

10:34 15    A.      Yes.

      16    Q.      Does he do that on both the east and west

      17    coast?

      18    A.      Yes.

      19    Q.      Or not coast but --

10:34 20    A.      I got you.

      21    Q.      You also said that the other type of

      22    presentations were those performed by Mr. Al

      23    Larochelle; is that right?

      24    A.      Yes.

10:35 25            MR. GIBSON:  Object to form.  I don't

(855) 591-2123   Our services are in all 50 states and licensed where required. NY DCA Registration #2056
www.lexitaslegal.com                              California Firm Registration #179
                                                                    27

10:35  1   think he said Al gave presentations.  He said

       2   when questions come up or he's been a part of it.

       3   It's during inspection by Mr. Larochelle.

       4          MR. WERTS:  Sometimes the objections we

10:35  5   just push past them and sometimes I appreciate

       6   the clarification on that one.

       7   BY MR. WERTS:

       8   Q.     You said that -- I guess, what is it that

       9   you've seen Mr. Larochelle do?  Let's ask you

10:35 10   that.

      11   A.     So, he is a senior gunsmith and he would

      12   go to police departments to do inspections and

      13   respond to questions as they arose during those

      14   inspections.

10:36 15   Q.     Did Mr. Larochelle have any sort of

      16   PowerPoint presentation as part of that response?

      17   A.     He does not that I'm aware of.  I've never

      18   witnessed one.

      19   Q.     How many such inspections has

10:36 20   Mr. Larochelle performed related to the P320?

      21   A.     Not all of his inspections are done in the

      22   field.  I would say a handful in the field and I

      23   cannot even guess how many he's done on guns that

      24   are returned to SIG.

10:36 25   Q.     If we limit it to guns returned to SIG

10:36  1   from law enforcement agencies, can you give an

       2   estimate on how many unintended discharge

       3   inspections Mr. Larochelle has performed?

       4   A.      I do not know.

10:36  5   Q.      More than a hundred?

       6   A.      I don't know.  I would say he's done every

       7   inspection on a firearm that was involved in an

       8   unintended or negligent discharge where the

       9   agency wanted us to inspect the gun.

10:37 10   Q.      When we're talking about anything that I

      11   find particularly true with firearms, I think

      12   terminology can matter.

      13        Is there a distinction in your mind

      14   between an unintended discharge and a negligent

10:37 15   discharge?

      16   A.      There is.

      17   Q.      Okay.  Tell me about that.

      18   A.      I think an unintended discharge for me is

      19   the timing where you intend to have a firearm

10:37 20   fire but not intentionally it fires prior to you

      21   wanting it to go off.

      22        I think negligent is a discharge that

      23   occurs through negligence of the person

      24   controlling the firearm.

10:38 25   Q.      Another term I've seen in some of the

Court Reporters in all 50 states and 15 countries where required / NV Registration #165F
www.lexitaslegal.com                    California Firm Registration #179

Offices in all 50 states and 15 countries where required / NV Registration #165F
California Firm Registration #179

29

10:38  1   documents is accidental discharge.

2          Is that equivalent to one of those two

3   terms or yet a third term?

4   A.      Say that would probably be more fall

10:38  5   closer to the unintentional.

6   Q.      Is there any distinction between an

7   accidental discharge and an unintended discharge

8   in your mind?

9   A.      Probably not.

10:38  10   Q.      So as I understand your definitions, an

11   unintended discharge is a firearm firing in a

12   general sequence of events where the user is

13   eventually expecting it or wanting it to go off

14   but the gun goes off early.

10:39  15          Is that correct?

16   A.      I would say that's close.

17   Q.      Okay.  How am I wrong?

18   A.      I'm not sure you're wrong.  I've never

19   given it a whole lot of thought.  I know that in

10:39  20   my mind there are a lot of discharges that people

21   want to have captured under the umbrella of

22   unintentional when, in fact, they are negligent.

23   Q.      And that's what I'm trying to just

24   understand your umbrellas ultimately.

10:39  25   A.      Yep.

10:39   1    Q.      So as I understand kind of the -- are you

        2    familiar with the concept of a Venn diagram or

        3    two circles that overlap?

        4    A.      Uh-huh.

10:39   5    Q.      Is that a yes?  I'm sorry.

        6    A.      Yes.

        7    Q.      And so under our negligent discharge using

        8    your terminology, that would capture the universe

        9    of any time the gun goes off that the user did

10:40  10    not intend to -- or intend for it to.

       11            Is that correct?

       12    A.      Can you say that one more time?

       13    Q.      I'll try to because I didn't do a very

       14    good job that time.

10:40  15            Is your definition of a negligent

       16    discharge any time the gun goes off when the user

       17    did not intend for it to?

       18    A.      I'm not quite sure.  I think things do

       19    happen sometimes that are out of the control of a

10:40  20    person.  I think that the distinction for me is

       21    that categorizing everything that wasn't intended

       22    under unintended when some of them are actually

       23    negligent.

       24    Q.      Ultimately what I'm just trying to get at

10:40  25    is, does there exist any -- the way that we're

(855) 951-7171   Offices in all 50 states and licensed where required.   USDC Registration #385
www.lexitaslegal.com                              California Firm Registration #179

10:40 1    talking about today just so you and I are

2    communicating clearly, are there any discharges

3    not caused by negligence where the gun goes off

4    and the user wasn't intending it to?

10:41 5         MR. GIBSON:  Just going to object to

6    scope.  You can answer.

7         THE WITNESS:  I would probably need an

8    example in order to answer that because I'm not

9    quite sure exactly what you're asking.

10:41 10   BY MR. WERTS:

11   Q.    Ultimately to just kind of a basic

12   question of anytime a gun goes off but the user

13   did not intend for it to, in your mind does that

14   mean the user was negligent?

10:41 15   A.    No.

16   Q.    Okay.  And that's what I'm trying to

17   figure out.

18        So, what do we call those when you and I

19   are talking today?

10:41 20   A.    You can call it either accidental or you

21   can call it unintended.  To me they are almost --

22   in my opinion, they're kind of the same.

23   Q.    Okay.

24        MR. GIBSON:  Can we go off the record?

10:42 25        MR. WERTS:  Of course.

(855) 595-3573          Offices in all 50 states and licensed where required (NV/CA) Registration #31BF
www.lexitaslegal.com                           California Firm Registration #179

10:42  1          THE VIDEOGRAPHER:  We're off the record.

       2    The time is 10:42.

       3          (There was a short break.)

       4          THE VIDEOGRAPHER:  We are on the record.

10:47  5    The time is 10:47.

       6    BY MR. WERTS:

       7    Q.    All right.  So, we were talking a little

       8    bit about some of these -- Mr. Graziano's

       9    presentation and Mr. Larochelle's answering

10:47 10    questions.

      11          You indicated that with regard to

      12    Mr. Graziano's presentation that you had been to

      13    about 20 of those and that Mr. Mechling said he

      14    had been to about 20 of those.

10:48 15          Is that right?

      16    A.    That's correct.

      17    Q.    So, is that 40 total or does it overlap

      18    there?

      19    A.    It's 40 total.  It could be 48.  Yeah,

10:48 20    we're close.

      21    Q.    Are you able to tell me any of the

      22    agencies that received that presentation?

      23    A.    I can.

      24    Q.    Please do so.

10:48 25    A.    Probably the most recent was Cambridge,

(855) 938-1077   Lexitas legal services in all 50 states and licensed where required (05/02)   U.S. Firm Registration #355
www.lexitaslegal.com                                 California Firm Registration #179                                          33

10:48  1   Massachusetts; Allen County, Indiana.  I'm

       2   drawing a blank.  I know there's been several.  I

       3   never actually went down on the list but those

       4   are the most recent that I can recall.

10:49  5   Q.      When were those two?

       6   A.      Cambridge was in the last couple months

       7   and Allen County was in that same time frame.

       8   Q.      Prior to Mr. Graziano's presentation, did

       9   SIG Sauer ever have any sort of standardized

10:49 10   talking points or other materials for talking

      11   with law enforcement agencies about concerns they

      12   might have on the P320?

      13   A.      There was nothing standardized.

      14   Q.      Was there anything written down anywhere?

10:50 15   A.      No.

      16   Q.      You said you spoke with Mr. Jankiewicz

      17   about the pre-launch of the P320.

      18   A.      Yes.

      19   Q.      Tell me about that.  What did you learn?

10:50 20   A.      It was specifically about a meeting held

      21   with law enforcement agencies as to what their

      22   wants or needs were as we were developing our

      23   striker fired pistol.

      24   Q.      Was that one meeting or a series of

10:51 25   meetings?

(855) 951-0073   Copies of transcripts in all 50 states and is licensed where required, CA Registration #185
www.lexitaslegal.com                                                           California Firm Registration #179

10:51  1   A.     One meeting.

       2   Q.     When was that held?

       3   A.     Sometime in 2012 or 2013.  It may have

       4   actually even been late 2011.

10:51  5   Q.     And what did Mr. Jankiewicz tell you about

       6   that meeting?

       7   A.     That the meeting was run by Gary Wade who

       8   at the time was the Vice President of Law

       9   Enforcement Sales.  Tom Jankiewicz was in

10:51 10   attendance as was Steve Peneciero (phonetic) -- I

      11   have absolutely no idea how to spell it.  I'm not

      12   even quite sure I'm saying it correctly.  He was

      13   an engineer as well as approximately a half a

      14   dozen police agencies.

10:52 15   Q.     Who were those police agencies?

      16   A.     He could not recall although he wants to

      17   say the San Antonio police was there but he

      18   wasn't certain but there was approximately five

      19   or six agencies.

10:52 20   Q.     Were any of them Federal agencies?

      21   A.     No.

      22   Q.     Were they all municipal agencies?

      23   A.     I don't know.

      24   Q.     Were you at that meeting?

10:52 25   A.     I was not.

(855) 595-3273 | legal services offered in all 50 states and licensed where required | CSR Registration #17615
www.lexitaslegal.com                        California Firm Registration #179                                        35

10:52 1    Q.      Do you know where the meeting was held?

      2    A.      Exeter, New Hampshire.

      3    Q.      SIG's office is there?

      4    A.      Yes.

10:53 5    Q.      Do you know whether there was any sort of

      6    PowerPoint presentation for that meeting?

      7    A.      He did not recall there being one.

      8    Q.      Do you know how the half a dozen agencies

      9    that attended were chosen?

10:53 10   A.      I do not.

     11    Q.      Do you know whether the participating

     12    agencies filled out any sort of survey or

     13    documentation describing their wants and needs

     14    for a pistol?

10:54 15   A.      No.

     16    Q.      And this is one of those times just to be

     17    clear, no, you don't know whether they did or,

     18    no, they did not do that?

     19    A.      No, I do not know that they did that.

10:54 20   Q.      Are there any documents memorializing any

     21    of the findings from that meeting?

     22    A.      Not that Tom or -- Tom Jankiewicz or I are

     23    aware of.

     24    Q.      Did Mr. Jankiewicz share with you any of

10:55 25   the things that SIG Sauer learned in that

(855) 951-7272   Legal Services in all 50 states and licensed where required. NV #084F Registration #385F
www.lexitaslegal.com                          California Firm Registration #179
                                                                           36

10:55  1    meeting?

       2    A.      Yes.

       3    Q.      What did he share with you?

       4    A.      That the two main wants or desires from

10:55  5    the attendees was that the striker fired pistol

       6    that we developed did not have to involve a

       7    trigger press for disassembly and it had a more

       8    tactile trigger press and an audible reset.

       9    Q.      Anything else?

10:55 10    A.      No.

      11    Q.      We're going to -- I know you're not an

      12    engineer at SIG.  Correct?

      13    A.      That is correct.

      14    Q.      Okay.  So to ask you a bunch of detailed

10:55 15    engineering questions, not your topic.

      16            You're not here to talk about that.

      17    Right?

      18    A.      That's correct.

      19    Q.      So we're talking really broad views for

10:56 20    just somebody who may be reading this transcript.

      21    A.      Okay.

      22    Q.      When you say that you don't have to press

      23    the trigger to disassemble, briefly describe for

      24    whoever may read what that means.

10:56 25    A.      So, many of our competitor pistols in

10:56  1  order to fieldstrip the pistol -- which means

       2  removing the slide from the frame of the gun and

       3  removing the barrel for cleaning -- our

       4  competitors require the gun to be -- the gun to

10:56  5  have the trigger pressed before you can actually

       6  disassemble the gun.

       7  Q.     And the P320 has a particular lever on it

       8  that allows it to be disassembled without a

       9  trigger pull; is that right?

10:56 10  A.     That's correct.

      11  Q.     So the other thing you mentioned because

      12  you said there were two things they wanted but

      13  then the second thing kind of had two parts, so I

      14  just want to make sure.

10:57 15         You said that they wanted an audible reset

      16  and a tactile trigger pull.  Are those the same

      17  thing or is that two different things?

      18  A.     I guess they are two separate things

      19  within the same thing.

10:57 20  Q.     Okay.  Tell me about that.

      21  A.     It's probably best illustrated in a dry

      22  fire exercise which means the gun is unloaded,

      23  that as you press the trigger you can feel the

      24  engagement prior to the gun firing.

10:57 25         And once the trigger is pressed to the

(855) 951-0973   Lexitas operates in all 50 states and is licensed where required.   NY/NJ Registration #105   
www.lexitaslegal.com                                         California Firm Registration #179

10:57   1   rear, if you cycle the slide, you can feel and

        2   hear the reset when the trigger resets to a

        3   position where it can fire again.

        4   Q.     And so some of these characteristics of

10:58   5   the P320 you just kind of have to feel -- feel it

        6   as you're using it to actually understand it.

        7          Is that fair?

        8   A.     That's fair.

        9   Q.     You said it's an audible reset.  What do

10:58 10   you mean by that?

     11   A.     You can actually hear the click.

     12   Q.     And is -- which click?  The click of when

     13   the trigger is pulled and the pistol would dry

     14   fire or --

10:58 15   A.     Pulling reset.  So when the trigger hits

     16   that spot where you can reengage and fire again.

     17   Q.     I think now I can understand that.  This

     18   is going to take a lot of words but we'll try to

     19   work through it.

10:58 20          So as I understand it, the tactile

     21   field -- are you talking about the pre-travel

     22   takeup of when the initial movement of the

     23   trigger until it actually hits some weight or

     24   resistance?

10:59 25   A.     Right.  We call it "the wall."

10:59   1    Q.      And so the pre-travel, there's not much
        2    resistance at all to moving the trigger back.
        3            There's some but it's not really waited,
        4    is it?
10:59   5            MR. GIBSON:   Object to form.  You can
        6    answer.
        7            THE WITNESS:   I'm not necessarily sure if
        8    it's weighted or not.  There is travel.
        9    BY MR. WERTS:
10:59  10    Q.      I'm really not trying to make it a loaded
       11    question.
       12    A.      No pun intended.
       13    Q.      When we talk about trigger weight, is that
       14    a concept that you're familiar with?
10:59  15    A.      Yes.
       16    Q.      Okay.  And so -- and that's once we hit
       17    the wall, that is when that weight starts that
       18    you have to pull through.
       19            Is that right?
10:59  20    A.      I would say that's fair.
       21    Q.      Okay.  That's all I'm trying to get at.
       22    So, you pull the trigger past the wall and the
       23    gun discharges?
       24    A.      Correct.
11:00  25    Q.      And then whenever you're releasing the

Lexitas - Captures all notes in all 50 states and is licensed where required / NY & CA Registration #135
www.lexitaslegal.com                        California Firm Registration #179

11:00  1    trigger back, is there an audible click?

       2    A.      So, in order to do it when you're dry

       3    firing, if you then cycle the slide manually, as

       4    you let the trigger out, you will hear and feel a

11:00  5    reset.

       6    Q.      Okay.  What if it's not a dry fire?  What

       7    if it's a live fire?

       8    A.      It's very difficult to hear.

       9    Q.      Can you feel it?

11:00 10    A.      Some can, yes.

      11    Q.      Were there any other take-aways from that

      12    meeting besides the not having to pull the

      13    trigger during disassembly and the tactile

      14    trigger pull with an audible reset?

11:01 15    A.      No.

      16    Q.      So if there's no other feedback, there was

      17    no discussion or feedback given as to the

      18    inclusion or exclusion of the manual safety as a

      19    trigger safety?

11:01 20    A.      That wasn't anything that was brought up

      21    when I talked to Tom Jankiewicz.

      22    Q.      Who is Tom Jankiewicz?

      23    A.      He's the Executive Vice President of Law

      24    Enforcement Sales.

11:02 25    Q.      And is that the highest person in the Law

(855) 595-2722 Covers all states and is licensed where required. NY DCA Registration #1305
www.lexitaslegal.com                California Firm Registration #179                              41

```
11:02  1   Enforcement Sales department?

       2   A.     Yes.

       3   Q.     Is that who you report to currently?

       4   A.     Yes.

11:02  5   Q.     Is that who Mr. Mechling reports to

       6   currently?

       7   A.     Yes.

       8   Q.     Does anyone else report to him currently?

       9   A.     Dave Jones.

11:02 10   Q.     Who is Dave Jones?

      11   A.     He's the Director of Canadian Sales.

      12   Q.     Anyone else?

      13   A.     Katie Olivia.

      14   Q.     Can you spell the last on that?

11:03 15   A.     O-l-i-v-a.

      16   Q.     What is -- who is that?

      17   A.     I'm going to say her -- she is Tom

      18   Jankiewicz' administrative assistant.  And Edd

      19   Jones, E-d-d, Jones, he is -- he does quality

11:03 20   inspections for law enforcement.

      21   Q.     Anyone else?

      22   A.     None that I can think of.

      23   Q.     What do you mean by "quality inspections

      24   for law enforcement"?

11:03 25   A.     It's a -- it's a redundancy in our
```

11:04  1  inspection process so that guns going out to law

       2  enforcement get another set of eyes on them.

       3  Q.    So an additional quality inspection that

       4  the consumer pistols don't go through; is that

11:04  5  right?

       6  A.    Correct.

       7  Q.    Does Mr. Jones communicate with law

       8  enforcement agencies or is that just more of a

       9  manufacturing process what he's doing?

11:04 10  A.    He has communicated on an as-needed basis

      11  primarily because of his proximity to that

      12  northeast area.

      13  Q.    In what context would Mr. Jones be

      14  communicating with law enforcement agencies?

11:04 15  A.    It may be a sales call, it may be -- for

      16  the most part, it's a sales call.

      17        MR. WERTS:  Let's go off the record for a

      18  second.

      19        THE VIDEOGRAPHER:  We're off the record.

11:05 20  The time is 11:05.

      21        (There was a short break.)

      22        THE VIDEOGRAPHER:  We are on the record.

      23  The time is 11:06.

      24  BY MR. WERTS:

11:06 25  Q.    So, we've talked about you, Mr. Mechling,

11:06  1   Dave Jones, Edd Jones, Katie who's last name I've

       2   already forgotten.

       3   A.     Olivia.

       4   Q.     Anyone else that reports directly to the

11:06  5   EDP?

       6   A.     No.

       7   Q.     Where do Federal Law Enforcement Sales fit

       8   into the system?

       9   A.     They are their own entity.

11:06 10   Q.     Okay.  Who is in charge of that entity?

     11   A.     Steve Rose.

     12   Q.     What is Mr. Rose's position?

     13   A.     Vice President of Federal and Military

     14   Sales, I believe.  That's their title.

11:07 15   Q.     So Federal Law Enforcement Sales are

     16   through the same department or division of SIG

     17   Sauer that handles military sales?

     18   A.     Yes.

     19   Q.     A term I heard was "Global Defense."  Is

11:07 20   that the new name to it?

     21   A.     That may be the new name, yes.

     22   Q.     Did you speak with anyone in the Federal

     23   and Military Sales or Global Defense Department

     24   in preparation for today's deposition?

11:07 25   A.     I did.

(855) 955-7073 · Court Reporting in all 50 states and licensed where required · (95/24) Registration #165
www.lexitaslegal.com                  California Firm Registration #179

11:07  1   Q.     Who did you speak with?

2   A.     Scott Berube.

3   Q.     Can you spell the last name on that?

4   A.     B-e-r-u-b-e.

11:08  5   Q.     What did you speak with Mr. Berube about?

6   A.     An issue with a coating on, I believe,

7   trigger bars for the Department of Homeland

8   Security.

9   Q.     So we mentioned Mr. Jankiewicz, Mr. Berube

11:08 10  and Mr. Mechling as people that you talked with

11  in preparation for today's deposition.

12       Anyone else?

13  A.     None that come to mind right now.

14  Q.     Tell me about that trigger bar issue that

11:08 15  you spoke to Mr. Berube about.

16  A.     I just needed to understand or have some

17  knowledge of what the issue was -- and I'm

18  paraphrasing.  He said it was an insignificant

19  number of trigger bars that had broken but it was

11:09 20  enough to draw attention by the agency.  It was

21  directly related to a coating process which we no

22  longer use at SIG.

23  Q.     Sorry.  I don't -- you are saying

24  "coating," not "coding"?

11:10 25  A.     Coating, c-o-a-t.

(855) 952-0722                Lexitas | Certified in all 50 states and licensed where required | U.S. PTO Registration #4765
www.lexitaslegal.com                                California Firm Registration #179

11:09 1    Q.     That's what I was getting confused by.  I

2    thought it was some back-end thing.

3    A.     Yes.

4    Q.     And what was being coated?

11:09 5    A.     The trigger bar.

6    Q.     Was that being done on all P320s or just

7    the DHS models?

8    A.     Just for the specific models for DHS.

9    Q.     Was that something that they had asked

11:10 10   for?

11   A.     Yes.

12   Q.     Was that unique to the DHS pistols?

13   A.     Yes.

14   Q.     And you said that that was an issue that

11:10 15   garnered some attention.

16          What do you mean by that?

17   A.     It was a concern to the agency.

18   Q.     How was that concern communicated to SIG

19   Sauer?

11:10 20   A.     I'm not sure.

21   Q.     Did you look at any documents or emails

22   related to that concern?

23   A.     No.

24   Q.     Did Mr. Berube indicate whether there were

11:11 25   any such documents or emails related to that

(855) 595-3077    Offices in all 50 states and licensed where required    U.S. Firm Registration #195
www.lexitaslegal.com                        California Firm Registration #179

| | | |
|---|---|---|
| 11:11 | 1 | concern? |
| | 2 | A.    He did not indicate. |
| | 3 | Q.    Did you ask? |
| | 4 | A.    I did not. |
| 11:11 | 5 | Q.    And so some -- was it the trigger bar that |
| | 6 | broke or a spring that broke? |
| | 7 | A.    I believe it was the trigger bar. |
| | 8 | Q.    Was there something about the coating of |
| | 9 | the trigger bar that was causing it to break? |
| 11:11 | 10 | A.    My recollection of the conversation was |
| | 11 | that it was a hardening issue with the coating |
| | 12 | but I'm not a hundred percent certain.  It was a |
| | 13 | very brief overview of what had happened. |
| | 14 | Q.    As a result of the issue, did SIG Sauer |
| 11:12 | 15 | have to take some action? |
| | 16 | A.    My assumption is yes. |
| | 17 | Q.    Do you know what that is? |
| | 18 | A.    I do not. |
| | 19 | Q.    Do you know if there were any |
| 11:12 | 20 | communications about that action? |
| | 21 | A.    I do not. |
| | 22 | Q.    If I were to go through a bunch of |
| | 23 | questions about the other communications related |
| | 24 | to this trigger bar issue with the Department of |
| 11:12 | 25 | Homeland Security, would you be able to answer |

(855) 953-6772   Lexitas offices in all 50 states and licensed where required/US FDA Registration #1965
www.lexitaslegal.com                    California Firm Registration #179

11:12  1    anything more than what you've already told me?

       2    A.    I cannot.

       3    Q.    Not something that you've been prepared to

       4    do today?

11:12  5    A.    No.

       6    Q.    How many total people work in the Law

       7    Enforcement Agency department currently?

       8    A.    Somewhere around 25.

       9    Q.    So we've talked about the EVP, we've

11:13 10    talked about you as the senior director to Law

      11    Enforcement Sales and Mr. Mechling as the

      12    Director of Law Enforcement Sales.

      13          Is there anyone else on that director

      14    level?  I guess we got the Canadian Sales guy.

11:13 15    A.    Yes.

      16    Q.    Anybody else?

      17    A.    On the director level?

      18    Q.    Yes, sir.

      19    A.    No.

11:13 20    Q.    And then we currently have eight folks on

      21    the manager level; is that right?

      22    A.    Nation wide?

      23    Q.    Correct?

      24    A.    18.

11:14 25    Q.    So, you've got eight and Mr. Mechling has

855.595.3577 Lexitas offices in all 50 states and licensed where required / DS #24 Registration #169                48
www.lexitaslegal.com                        California Firm Registration #179

11:14  1   ten?

2   A.     I think we both have nine.  I'm counting

3   that one territory rep within my group.

4   Q.     So there's really no real distinction in

11:14  5   their job duties just other than they're full

6   time or part-time?

7   A.     Correct.  There is one other director.

8   Q.     Who is that?

9   A.     Scott Reidy, R-e-i-d-y.

11:14 10   Q.     What is he the director of?

11   A.     He is the Director of Law Enforcement

12   Training.

13   Q.     How long has Mr. Reidy been in that

14   position?

11:14 15   A.     Probably three years.

16   Q.     Was there a director of Law Enforcement

17   Training prior to Mr. Reidy?

18   A.     No.

19   Q.     What does Mr. Reidy do other than just --

11:15 20   I guess, what are his job duties?

21   A.     95 percent of his job is training law

22   enforcement agencies around the country in pistol

23   mounted optics.

24   Q.     Again, I actually know what that is but

11:15 25   for those who are reading this later, what do you

(855) 955-7073                Lexitas-Serving in all 50 states and licensed where required / N59/04
www.lexitaslegal.com                         California Firm Registration #179
Case 3:23-cv-03095-VC   Document 61-14   Filed 05/09/24   Page 51 of 157

11:15  1  mean by a "pistol mounted optic"?

2  A.    It's a red dot that affixes to the side of

3  a pistol very much different than most law

4  enforcement has ever used in the past.  So, there

11:15  5  is a two-day course that we offer for law

6  enforcement agencies that are transitioning from

7  a pistol without an optic to one with an optic.

8  Q.    What is the other 5 percent of his job?

9  A.    Probably training as it pertains to our

11:16 10  group.

11  Q.    Have you ever seen Mr. Reidy ever give any

12  training related to the unintended discharge

13  issues with the P320?

14  A.    No.

11:16 15  Q.    Has Law Enforcement Sales personnel ever

16  received any training on how to communicate with

17  people outside the company regarding the

18  unintended discharge issue with the P320?

19  A.    I'm not quite sure I understand what

11:17 20  training.  You have to help me out with the

21  "training."

22  Q.    Sure.  Has anybody ever given any guidance

23  on what to tell others?

24  A.    So, we have had meetings and conversations

11:17 25  about things that should remain the focus or the

www.lexitaslegal.com

11:17 1   scope of the focus of our conversations, yes.

2   Q.     How many such conversations have you

3   participated in?

4   A.     I'm not certain.

11:17 5   Q.     What is your best estimate?

6   A.     Half a dozen or so.

7   Q.     Have you ever had any conversations on

8   focusing the discussion on unintended discharge

9   related to any other SIG Sauer pistols?

11:18 10  A.     No.

11  Q.     When was the first time you had such a

12  discussion regarding how to talk about unintended

13  discharges with the SIG Sauer P320?

14       MR. GIBSON:  I just want to place -- in

11:18 15  regard to -- I don't know if you've had any

16  conversations with legal about lawsuits or any

17  issues related to that, those don't talk about.

18  It's just these discussions we had and let them

19  know.

11:18 20       THE WITNESS:  Can you restate the

21  question?

22  BY MR. WERTS:

23  Q.     Sure.  When was the first time you had one

24  of these trainings or conversations about how to

11:18 25  talk with others about the P320's unintended

Case 3:22-cv-03095-VC  Document 107  Filed 05/01/25  Page 53 of 157
www.lexitaslegal.com   California Firm Registration #179

11:18 1  discharge issues?

2  A.     I'm not quite sure what year it was but it

3  was shortly after this -- the onslaught of

4  litigation that we felt it necessary to ensure

11:19 5  that all of our folks were on the same page as to

6  what was going on as well as the things that

7  might help them better explain or educate our

8  customers.

9  Q.     And so was there any sort of PowerPoint

11:19 10  presentation or written materials related to this

11  meeting?

12  A.     By and large, we have quarterly sales

13  meetings.  Most of them are Teams meetings.  We

14  have one standard -- one in-person meeting with

11:19 15  the group every year.  I think the only thing

16  I've ever seen in a format that you could say

17  you're reading would be things that were being

18  posted on our website -- specifically the five

19  steps necessary for the P320 to fire.

11:20 20  Q.     Anything else?

21  A.     Not that I recall.

22  Q.     You said that there's been about a half a

23  dozen of these meetings going back to when, as

24  you said, the litigation started to present.

11:21 25         Has the messaging changed over that time

Lexitas legal services in all 50 states and 15 countries where required. (855) 953-7973 CA License #185 California Firm Registration #179
www.lexitaslegal.com

```
11:21  1   period?

       2   A.      I would say no.

       3   Q.      So each one of the meetings is just

       4   reiterating the exact same things over and over

11:21  5   again?

       6   A.      So, most of these meetings are -- I don't

       7   want to say they were specific meetings

       8   designated just for this topic.

       9   Q.      Sure.

11:21 10   A.      This is a sidelight to another meeting and

      11   as our -- as the litigation has changed, we have

      12   felt compelled to not change our narrative but to

      13   expand it to cover things that are now more in

      14   question than they ever were.

11:22 15   Q.      Okay.  And that's what I wanted to explore

      16   so that we understand how SIG Sauer's

      17   communicating with law enforcement agencies on

      18   this.

      19          When you first had this discussion or

11:22 20   training, I guess, what was the narrative that

      21   SIG Sauer Law Enforcement Sales folks were told

      22   to provide?

      23   A.      It wasn't necessarily that we provided

      24   them with a narrative.  It was -- it was to

11:22 25   provide them or to share information amongst the
```

11:22 1   group with the questions that are being raised.

2   At the onset it was that this gun can magically

3   go off on its own and that was the focus of the

4   information that we discussed with the group.

11:22 5   Q.     Okay.  That's what I want to get into the

6   meat of.

7          What was discussed?  Like, what were you

8   told to tell people about this gun?

9   A.     We weren't told to tell anybody anything.

11:23 10  It wasn't like, This is all you're going to say.

11  Q.     Sure.

12  A.     It was to address -- so, our role when we

13  have these meetings with law enforcement is to

14  educate as to how the gun operates and how things

11:23 15  are possible or how things are not necessarily

16  possible.

17  Q.     And that's what I'm trying to understand

18  and educate me.

19  A.     So, basically it is a safety feature of

11:23 20  the pistol.

21  Q.     Okay.  What are those?

22         MR. GIBSON:  Just objection to that.  It

23  gets into the specific engineering that is also

24  the scope of what they were discussing as well.

11:23 25         MR. WERTS:  Let me be -- just to address

(855) 595-3772 | Copies of depositions in all 50 states and licensed where required. Teleconference / Video. Registration #505
www.lexitaslegal.com                        California Firm Registration #179                                      54

11:23  1    that objection because --

       2           MR. GIBSON:   Sure.

       3    BY MR. WERTS:

       4    Q.      You're not the engineering guy.   We've

11:23  5    established that.

       6    A.      Right.

       7    Q.      But you are providing education to these

       8    law enforcement agencies and that's what I want

       9    to know.

11:23 10           What are you telling them?

      11    A.      So, I am present during these

      12    presentations --

      13    Q.      Okay.

      14    A.      -- so I very rarely do that presentation.

11:24 15    Q.      Okay.

      16    A.      I will say this.   I'm not an armorer in

      17    that pistol.   I have a user knowledge of that

      18    pistol.   However, it's basically that five step

      19    process.

11:24 20           The fact that there is a gun safety lever,

      21    the fact that the pistol does not have to have

      22    the trigger pressed to disassemble, the

      23    engagement of the trigger, the trigger bar, the

      24    safety lever, the sear and the striker safety and

11:24 25    how the process of that takes place in order for

(855)-855-1072   Offices in all 50 states and 15 licensed where required / DRE Registration #1765
www.lexitaslegal.com                          California Firm Registration #179

11:24  1    the firearm to discharge.

2    Q.     Okay.  And is that the way it's conveyed

3    to the law enforcement agencies by your sales

4    folks or do they say something different?

11:24  5           I guess I'm just -- I'm the prospective

6    firearms law enforcement department which is the

7    name of my firm.

8    A.     Right.

9    Q.     So I'm considering the P320 to outfit my

11:25 10    security forces.

11           Hey, I've heard that the P320 has had some

12    reports of unintended discharges.  What can you

13    tell me about that?

14           What are your sales people telling folks?

11:25 15    A.     So, it is truly dependent on the

16    questions.  If the focus of the questions pertain

17    to current litigation, we can't provide a whole

18    lot of information due to the fact that there's

19    current litigation.  I'm going to call a 90-10

11:25 20    rule.  90 percent of the people that we deal with

21    on a day-to-day basis are the people at the

22    ranges.  90 percent of them realize that this can

23    or cannot happen.

24           So, unfortunately or fortunately, we get

11:25 25    the opportunity to address the 10 percent that

11:25 1   see smoke and don't know how to see a way through

2   it and by that I'm talking about administrators.

3   That may be the boss, the chief, the captain, the

4   inspector -- whatever it is -- that oversees the

11:26 5   firearms function or the agencies purchasing that

6   has reservations about doing something because of

7   what they've heard, seen or read in some form.

8   Q.     And that's what you referred to as "the

9   smoke"?

11:26 10   A.     That's what I'm referring as the smoke.

11   Q.     How do your sales people help the law

12   enforcement agencies see through the smoke?

13          That's what I'm trying to understand.

14   A.     As best we can.  So, all we can do is

11:26 15   educate as to how that gun discharges and I'm

16   back to that five step process which is something

17   that is on our website.  It is a very short video

18   that explains what is required for the gun to

19   fire.

11:27 20   Q.     And is that what your sales folks do is

21   say, Hey, go to our website and check out this

22   video?

23   A.     No.  For the most part, we provide the

24   link and often times we show the link.  When it

11:27 25   becomes a bigger question where Lou comes in and

Certified copies of transcripts in all 50 states and licensed where required.  NV Registration #095F
www.lexitaslegal.com                    California Firm Registration #179

11:27 1    I don't mean a bigger question in that it might

2    be a -- it's not the main focus of the

3    conversation.  If it's the main focus, Lou comes

4    in to do the presentation.  If it's a

11:27 5    conversation that comes up during a simple

6    testing process or a conversation, we provide the

7    link for people to look at and answer questions.

8    Q.    And so what is the explanation that the

9    Law Enforcement Sales folks are giving for why

11:27 10   there are these videos online or these reports of

11   lawsuits on some of the media outlets?

12   A.    How do we explain the fact that there are

13   these things online?

14   Q.    Yeah.

11:28 15   A.    For me, I liken it to Bigfoot.  I mean,

16   there's videos about sightings of him online as

17   well.  I don't necessarily believe everything I

18   read or see online.

19   Q.    Have you seen the video of the police

11:28 20   officers in the lobby where the officer has his

21   hands on the suspect's ankle and you can see his

22   sidearm discharge?

23         MR. GIBSON:  Objection to the form and

24   scope.

11:28 25         THE WITNESS:  I'm not sure.

BY MR. WERTS:

Q.     Have you ever seen any videos online of a
P320 going off?

A.     I've seen snippets.  I don't know that
I've seen the entirety of any of them.

Q.     Okay.  So you've seen snippets that show a
portion of an unintended discharge of a P320
going off?

A.     Yes.

Q.     Did all of those videos involve law
enforcement officers?

A.     Yes.

Q.     How many such videos have you seen?

A.     Of just the SIG P320 or other pistols as
well?

Q.     Just the P320.

A.     A few and I truly don't know.

Q.     Half a dozen?

A.     Okay.

Q.     What is your answer?  I'm sorry.

A.     That would be fair.

Q.     Okay.  And so have any law enforcement
agencies ever raised questions about any of these
particular videos?

A.     I'm not sure but none come to mind right

(855) 595-2522 · Legal Reporters in all 50 states and Licensed where required · NV #01A Registration #116F
www.lexitaslegal.com                California Firm Registration #179

59

11:29  1    now.

        2    Q.     And what are your people told to say about

        3    them?

        4    A.     So, those questions typically come up in

11:29  5    the presentation because the majority of our

        6    interactions at the regional manager level are

        7    with range staff and most of them are looking for

        8    information that they can provide to the

        9    administrators who may be the ones questioning

11:30 10    the wisdom in walking in the smoke.

       11    Q.     And that's what I'm interested in.  What

       12    information is being provided to these range

       13    guys?

       14    A.     In regards to these videos specifically?

11:30 15    Q.     Yeah.

       16    A.     I don't know that it's that often that

       17    that happens at that level I guess is my point.

       18    A videotape is a single perspective of something.

       19    So, there are people that get very involved in

11:30 20    these things and zoom in and do slow-mo functions

       21    to see if they can see anything but by in large

       22    when it comes to anything that is being

       23    litigated, we don't really say a whole lot about

       24    the incident.

11:31 25    Q.     I'm setting aside litigation for the

11:31   1   moment.  We're going to circle back to it but I'm

      2   still just -- is it the case that if someone

      3   raises a concern about one of these online videos

      4   that they immediately get the Lou Graziano

11:31   5   presentation or are there times where other

      6   information is provided to them?

      7   A.    I would say by and large when it escalates

      8   to the point when they are -- most of the videos

      9   or information circulated online, they may or may

11:31 10   not.  I would say by and large they end up

    11   escalating up the food chain and typically those

    12   questions come from above and not from the range

    13   staff.

    14         It is very rare that the range staff is

11:31 15   doing anything other than looking for guidance in

    16   what they can provide to the administrative staff

    17   to remove the smoke and I hate to keep using that

    18   but that's kind of my perception of this thing.

    19   Q.    Sure.  They want some way to get the

11:32 20   administrators to quit asking questions.  Right?

    21   A.    Right.  Well, they want to proceed a

    22   direction and they see an obstacle and they're

    23   looking for something that we can provide to kind

    24   of push that obstacle to the side.

11:32 25   Q.    And that's my interest.  What are you

Certified copies in all 50 states and licensed where required / CSR Registration #6551
www.lexitaslegal.com               California Firm Registration #179
Case 2:23-cv-03095-MCE-JDP  Document 47  Filed 05/02/25  Page 63 of 157

11:32  1  providing?

2  A.      When it comes to -- by and large -- that

3  type of thing, we don't comment on.  If they have

4  questions about what happens, we tell them to

11:32  5  contact that specific agency and if we have a

6  contact at that agency, we'll provide that.

7          I don't want to say that we disregard the

8  videos but I think by and large in law

9  enforcement, most law enforcements have seen a

11:33 10  lot of videos about things that we were present

11  at that don't really capture the events as they

12  actually unfolded.  So, those questions rarely

13  come from a regional managers' meeting and I

14  don't know if I'm answering direct.

11:33 15  Q.      Well, one of the great things about a

16  deposition, the only wrong answer is not true and

17  I don't get the sense that you're trying to be

18  dishonest with me.

19  A.      Right.

11:33 20  Q.      But I still don't think -- I'm just trying

21  to get to the meat on the bone here --

22  A.      Right.

23  Q.      -- somebody brings it up.  Like, what do

24  you tell them?  You say, Listen, there's a lot of

11:33 25  videos out there; you can't trust the media.

11:33  1          Is that the messaging or --

       2  A.      I don't necessarily know it's that but we

       3  will oftentimes provide them with customers that

       4  have been in that platform in the P320 for

11:34  5  extended periods of time that have never had an

       6  issue.

       7          The other thing that I think we provide

       8  now that we've begun to focus more on and this, I

       9  guess, goes back to the meetings where some of

11:34 10  the things that we've looked at has expanded.

      11  There are a lot of situations where the equipment

      12  surrounding the firearm is as important if not

      13  more important than the firearm.

      14  Q.      What do you mean by that?

11:34 15  A.      By that I mean there's been a progression

      16  in law enforcement in times when there used to be

      17  just a firearm in a holster, now there's an

      18  optical on the holster, there's a light on the

      19  holster and as we add things that may be

11:34 20  dimensionally outside the framework of the actual

      21  firearm, the holster actually expands in size.

      22          So, there's a lot of effort put into the

      23  choice that an agency makes on the gun and

      24  typically it's been with miss-manufacturers'

11:35 25  holster that will accommodate this and this

(855) 951-7372    Lexitas legal services in all 50 states and licensed where required / CA Registration #155
www.lexitaslegal.com                            California Firm Registration #179

11:35  1   without putting everything together and take a

       2   good look at.

       3   Q.     And you kind of eluded to one of the

       4   things I want to talk about.  We kind of talked

11:35  5   about at the beginning of, as I understand,

       6   providing some reference to the five things that

       7   are required for the P320 to go off in the video

       8   online.

       9          Correct?

11:35 10   A.     Yes.

      11   Q.     And using that to reference, those are the

      12   things that are required for the gun to go off

      13   and if those things -- those five things are not

      14   present, the gun is never going to go off.

11:36 15          Is that the messaging?

      16   A.     For the most part, yes.

      17   Q.     Okay.

      18   A.     And I probably -- I don't know that Keith

      19   is going to like me saying this but I'm a

11:36 20   believer in anything is possible.  Right?  Things

      21   happen that defy man's imagination.

      22          But five things -- those things have to

      23   happen.  In my thinking, if that trigger does not

      24   go to the rear, that gun is not going off.

11:36 25   Q.     Is that something that is shared with law

11:36  1   enforcement agencies whenever they raise

       2   concerns?

       3   A.      Yes.

       4   Q.      And so you said that there's been some

11:36  5   evolution in the way this Law Enforcement Sales

       6   department is trained to talk with law

       7   enforcement about these issues and that that is

       8   always kind of a hard exercise to go through

       9   these things.  It's easy to remember how it

11:36 10   started and how it ended.

      11   A.      Right.

      12   Q.      So, can you kind of walk me through how

      13   that has evolved to the best of your ability?

      14   A.      So the onset, the focus was -- the

11:37 15   information was there was a small pool of

      16   information but as things happen, you got more

      17   intelligence, more information and we noticed

      18   that as far as dually related incidents there

      19   was -- there were a high level of percentage I'm

11:37 20   going to say that involved two cell flashlights

      21   that is affixed to the frame of the gun which

      22   extends outside the actual framework of the gun.

      23          So as that gets wider, the holster gets

      24   wider and there are a lot of warnings by holster

11:38 25   manufacturers that the use of a light on a

11:38  1   handgun does expose the trigger more so than an

       2   unlighted handgun.

       3   Q.      Skipping ahead a little bit -- and we'll

       4   in a little while look at some documents -- when

11:38  5   a consumer buys the SIG P320, they get a manual.

       6          Is that your understanding?

       7   A.      That is my understanding.

       8   Q.      Do law enforcement agencies get the same

       9   manual?

11:38 10   A.      I'm presuming it's the same manual.  I've

      11   never looked at a consumer manual so I can't say.

      12   Q.      As you sit here, any reason to think that

      13   it's any different?

      14   A.      No.

11:38 15   Q.      Other than the manual, how does SIG Sauer

      16   communicate warnings about or instructions about

      17   how to use its P320 to law enforcement users?

      18   A.      I don't think there is any.

      19   Q.      Me neither, but that is my question.  Is

11:39 20   there anything else that you guys have for cops

      21   that you've not seen it or heard of other than

      22   there's a manual, it evolves some overtime but

      23   there's always a manual.

      24          Right?

11:39 25   A.      Yes.

855-595-3293  Lexitas providing services in all 50 states and licensed where required, US DOT Registration #185

www.lexitaslegal.com                         California Firm Registration #179

11:39 1  Q.    And so one of the things I'm trying to get

2  at is, are law enforcement given any additional

3  warnings or instruction when they buy a P320 or

4  are issued one that a consumer would get when

11:39 5  they go to Bass Pro and pick up the P320?

6  A.    I think it's standard for all our

7  firearms.

8       MR. GIBSON:  It's really an objection but

9  you're prone to written warnings and

11:40 10 instructions.

11       THE WITNESS:  Yes.

12       MR. GIBSON:  Is there any document that is

13 given to LE?  Obviously the sales guys, they talk

14 to LE or you may not have that direct

11:40 15 conversation.

16 BY MR. WERTS:

17 Q.    Right.  Exactly.  That's what I'm getting

18 at.

19       Is there any other written resources or

11:40 20 anything of that nature that law enforcement gets

21 that the consumers don't?

22 A.    Not that I'm aware of, no.

23 Q.    You indicated that when you have these

24 various sales meetings that they are typically

11:41 25 done by Teams I think you said; is that right?

Case 3:22-cv-03095-VC  Document 119-4  Filed 05/09/25  Page 69 of 157
(855) 595-2520  Scheduling@lexitaslegal.com                    67
www.lexitaslegal.com

11:41  1  A.     So, they have become more Teams oriented.

       2  We have quarterly ones and years gone by there

       3  was one, maybe two a year.  We try to do them

       4  quarterly.

11:41  5  Q.     Because is the sales force geographically

       6  disbursed around the country?

       7  A.     Yes.

       8  Q.     And so just for the communications tools

       9  available to the sales -- Law Enforcement Sales,

11:41 10  you have Teams for internal chats and video

      11  conferences; is that right?

      12  A.     Yes.

      13  Q.     Do you use Teams for video conferences

      14  with law enforcement agencies?

11:42 15  A.     We have.

      16  Q.     Do you use the chat function for

      17  communications with law enforcement agencies?

      18  A.     We do not use chat.

      19  Q.     Just in general or --

11:42 20  A.     The law enforcement team doesn't use chat.

      21  Q.     Do you guys use email?

      22  A.     Yes.

      23  Q.     Do you use Outlook for that?

      24  A.     Yes.

11:42 25  Q.     Same Outlook system that you use

(855) 951-2200 · Lexitas. · We make copies in all 50 states and licensed where required. · NY #DCA Registration #705
www.lexitaslegal.com                        California Firm Registration #179

                                                                          68

11:42  1  internally that you use externally with law

       2  enforcement?

       3  A.     Yes.

       4  Q.     I also heard of a computer program called

11:42  5  "Magenta."

       6         Are you familiar with that?

       7  A.     No.

       8  Q.     Are you familiar with a program called

       9  "Salesforce"?

11:42 10  A.     Yes.

      11  Q.     What do you use Salesforce for?

      12  A.     Documenting interactions with our

      13  customers.

      14  Q.     Anything else?

11:42 15  A.     No.

      16  Q.     And in the way that your team uses -- or

      17  by "your team," I mean Law Enforcement Sales uses

      18  Salesforce, is it just a documentation platform

      19  or the communications to law enforcement actually

11:43 20  going through Salesforce and then it just happens

      21  to document as it goes along?

      22  A.     There are those that use that function.

      23  It's very few of us.

      24  Q.     Okay.  And so everybody else just uses it

11:43 25  as a note-taking platform?

11:43  1    A.      Yes.

2    Q.      And customer management, relations

3    management?

4    A.      Yes.

11:43  5    Q.      Do you use any sort of like phone-based

6    text messaging for communicating within your

7    team?

8    A.      Guys text.  We don't necessarily use it

9    for any business purpose or anything like that

11:43 10    but I know guys that will text, Are you available

11    for a call? or what not.  So, there's personal

12    text messages but as a means to communicate

13    business, no, we don't use text although

14    customers will text us as well.

11:43 15    Q.      Okay.  That was going to be my question.

16    Are there ever times that customers are texting

17    you or other members of the sales -- Law

18    Enforcement Sales team as a mode of

19    communication?

11:44 20    A.      I would say it's used to further a

21    conversation.  There's no communications.  It's,

22    I can't get in touch with Rich; can you give me a

23    call? or something like that.

24    Q.      And then the SIG Sauer.com website has a

11:44 25    portal where folks can send emails in that is

855.955.DEPO     Covers Depositions in all 50 states and 15 licensed where required.     CSR License #13415 Registration #1295     70
www.lexitaslegal.com                                                    California Firm Registration #179

11:44  1   sometimes used by law enforcement, isn't it?

 2   A.     I would say it can be, yes.

 3   Q.     Are there any other communications tools

 4   that the Law Enforcement Sales team uses other

11:44  5   than those we talked about here?

 6   A.     None that I can think of.

 7   Q.     When did SIG Sauer first receive a report

 8   of a law enforcement officer related unintended

 9   discharge?

11:45 10   A.     Ever in the company history?

11   Q.     Related to the P320.

12   A.     I do not know.

13   Q.     How many such reports has SIG Sauer

14   received since the P320 was released?

11:45 15   A.     I don't know an exact number.

16   Q.     What is your best estimate?

17   A.     That would be hard for me to guess.  So,

18   there's a reporting system that goes through

19   myself and Tom Mechling.  I don't track how many

11:45 20   I get.

21   Q.     Does anyone?

22   A.     I'm sure somebody does.

23   Q.     Do you know who that is?

24   A.     I would -- my guess would be somebody in

11:46 25   our legal department but I'm not certain.

Case 3:22-cv-03095-VC   Document 126-2   Filed 05/09/24   Page 73 of 157

(855) 979-4773 - Offices in all 50 states and 15 licensed where required / US/CA Registration #195
www.lexitaslegal.com                California Firm Registration #179

11:46  1          MR. WERTS:  Let's go off the record,

       2  please.

       3          THE VIDEOGRAPHER:  We're off the record.

       4  The time is 11:46.

12:37  5          (A lunch break was taken.)

       6          THE VIDEOGRAPHER:  We are on the record.

       7  The time is 12:38.

       8          MR. WERTS:  Back on the record after a

       9  short lunch break.

12:38 10  BY MR. WERTS:

      11  Q.     You understand you're still under oath?

      12  A.     Yes.

      13          (WHEREUPON, a document was marked as

      14  Exhibit Number 2.)

12:38 15  BY MR. WERTS:

      16  Q.     Hand you what's been marked as Deposition

      17  Exhibit 2.

      18  A.     (The witness reviewed the document.)

      19  Q.     I was letting you read the document as

12:38 20  closely as you wanted before I started peppering

      21  you questions on it.

      22  A.     If you're peppering me, I'll be a couple

      23  minutes.

      24  Q.     Okay.

12:39 25  A.     (The witness reviewed the document.)

Offering services in all 50 states and Licensed where required. NV Firm Registration #116F
www.lexitaslegal.com                    California Firm Registration #179                                  72

12:39  1    Okay.

       2    Q.    So looking at Exhibit 2, can you see the

       3    first half that this is a big chunk that was

       4    redacted -- the big, black square at the top?

12:41  5    A.    Okay.

       6          MR. WERTS:  All right.  And this is just

       7    something -- Keith, this one's not on the

       8    privilege log, so I'm assuming that is a

       9    privilege redaction but it doesn't say.

12:41 10          MR. GIBSON:  I'm sure it is.

      11          MR. WERTS:  We'll talk about that later.

      12    BY MR. WERTS:

      13    Q.    We've identified some of the people in

      14    this email.  There's a new name, Valerie Hunt.

12:42 15          Do you see that?

      16    A.    Yes.

      17    Q.    Who is that person?

      18    A.    Valerie was the inside support person for

      19    the region.

12:42 20    Q.    So, I guess where do the inside support

      21    people fit within kind of our diagram we talked

      22    about earlier?

      23    A.    Okay.  So until about -- it's been two or

      24    three years now and I hate to keep using two to

12:42 25    three years because that is it a range that I

12:42  1    remember this at.

       2          In addition to regional managers, we had

       3    inside support people.  So, they would handle

       4    phone calls, handle order entry, questions about

12:42  5    orders, return merchandise authorization and made

       6    labels.

       7          If a regional manager needed something in

       8    the field, he would contact the inside support.

       9    So, she was kind of like the dispatcher for each

12:43 10    of these regional managers.  Several years ago --

      11    and I want to say three -- inside support fell

      12    under sales operations, so they no longer report

      13    through the chain of command.  It's a separate

      14    chain of command.

12:43 15          So at the time that Valerie was with us,

      16    it was -- they still fell under the law

      17    enforcement umbrella.

      18    Q.     And so now those support folks, are they

      19    in the customer service chain that is Chris Meyer

12:43 20    in that group?

      21    A.     I don't know.  They fall under sales

      22    operations which is headed by -- so, we just had

      23    a replacement.  So there's a sales operations

      24    manager Matthew Morrilli, M-o-r-r-i-l-l-i

12:43 25    (phonetic), I believe is the manager of that

Case 3:23-cv-03095-VC   Document 32-14   Filed 06/06/24   Page 76 of 157

```
12:43   1   group --

         2   Q.      Okay.

         3   A.      -- who is also new.

         4   Q.      Who had that before Mr. Meyer?

12:44   5   A.      Tim Connelly.

         6   Q.      So, we'll kind of go through this

         7   backwards maybe at first but in this first page

         8   it mentions something you did which is an RMA.

         9           What is that?

12:44  10   A.      It's a Return Merchandise Authorization.

        11   So, anything that comes back to the factory has

        12   to have a label which we send out to the police

        13   department or a number on it so we know what it

        14   is when it comes back.

12:44  15   Q.      So, it's for internal tracking?

        16   A.      Yes.

        17   Q.      Got it.  It says, For the RMA, the 320

        18   discharged in the holster due to an engagement by

        19   a seat buckle.

12:44  20           Do you see that?

        21   A.      Yes.

        22   Q.      And that's Tom Mechling speaking -- if I'm

        23   reading this email correctly; is that right?

        24   A.      Yes.

12:44  25   Q.      He's making that statement before SIG
```

(855)595-3573 | Lexitas offices in all 50 states and licensed where required  (05/02)  Registration #716
www.lexitaslegal.com                              California Firm Registration #179

12:44  1    Sauer received this gun back?

2    A.      That's my assumption, yes.

3    Q.      Okay.  When it says, "For the RMA," why

4    does the RMA need a reason for, like, filling it

12:45  5    out?  What is that for?

6            MR. GIBSON:  Objection to scope.  You can

7    answer if you know.

8            THE WITNESS:  I'm not sure I understand

9    the question.

12:45 10    BY MR. WERTS:

11    Q.      Well, it says, "For RMA" and then

12    proposition.  If the RMA is just a tracking

13    number, what is the proposition from?

14    A.      So, typically it comes back with an

12:45 15    explanation, front sight fell off, rear sight.

16    Some kind of notation so that when it goes back

17    to the gunsmith or the custom shop where's it's

18    slated to go, they have an idea why the gun is

19    coming back.

12:45 20    Q.      Got it.  So, this is -- turn the page.

21    There's an email to Mr. Mechling from his

22    assistant, Police Chief Charles Kulp.

23            Do you see his name at the top of the

24    third page?

12:46 25    A.      Yes.

12:46  1    Q.     Was this the first report of an unintended

       2    discharge from a law enforcement officer on the

       3    P320 in 2019?

       4          MR. GIBSON:  Object to form.  Are you

12:46  5    asking if this is the first one in 2019 or the

       6    first one ever?

       7          MR. WERTS:  First one ever.

       8          THE WITNESS:  I don't know.

       9    BY MR. WERTS:

12:46 10    Q.     If you turn the page to Page 3, there's

      11    this email exchange between Mr. Mechling and

      12    Mr. Kulp about a disconnector on a caliber X

      13    change kit.

      14          Do you see that?

12:47 15    A.     Yes.

      16    Q.     Okay.  And I'm asking you because you're

      17    the designated guy to talk about communications

      18    with law enforcement and this is an email from a

      19    police officer.  I read that as talking about two

12:47 20    different guns between the email at 12:34 on the

      21    13th of January and the email at 11:53 on the

      22    13th of January.  The email is on Page 2 of 3 but

      23    I'm trying to figure out whether you agree with

      24    that or not.

12:47 25    A.     (The witness reviewed the document.)  I'm

www.lexitaslegal.com          California Firm Registration #179

12:48   1    not sure.

2    Q.      Because if you turn to the bottom of

3    Page 3, top of Page 4 is the initial email on

4    January 10 where it says Chief Kulp is reporting

12:48   5    this issue with slide up.

6            Do you see that?

7    A.      Yes.

8    Q.      So as I'm reading this, I'm reading this

9    as being kind of two different things that are

12:48  10    going on at the same time but if you read it out,

11    I'll give you a chance to tell me that I'm

12    reading it wrong.

13    A.      So you could take -- so when we say the

14    same gun, are we talking about the same serial

12:48  15    number?  Because it could be a full size gun as

16    it left the factory and somebody bought an X

17    change kit so that when they go off duty or their

18    position changes within the police department,

19    they can put a compact slide to make a shorter

12:49  20    profile firearm.  So, it may very well be the

21    same serial number with a full size slide or a

22    compact slide and I don't know if that's the case

23    here.

24    Q.      We either have to talk to Mr. Mechling or

12:49  25    Chief Kulp to figure that out.

www.lexitaslegal.com                    California Firm Registration #179

```
12:49   1           Is that fair?

        2   A.      Yes.

        3   Q.      Okay.  And then if you'll turn with me at

        4   the bottom there, the pages are numbered.  They

12:49   5   are Bates 2061.

        6   A.      Okay.

        7   Q.      The first thing it says, "Check trigger

        8   Pull 5 1/4 pounds -- Does not Meet Factory

        9   criteria."

12:50  10           Do you see that?

       11   A.      I do see that.

       12   Q.      What are Law Enforcement Sales folks told

       13   to tell law enforcement agencies what the trigger

       14   pull is on a SIG Sauer P320?

12:50  15   A.      It's in the vicinity of 6 pounds.

       16   Q.      When you say "in the vicinity of 6

       17   pounds," you mean like a range, plus or minus

       18   or --

       19   A.      I don't know that we provide a plus or

12:50  20   minus but it's 6 pounds.  So, the only thing I

       21   liken this to and I hate to go back to NYPD.

       22           NYPD has a special trigger requirement

       23   that it has to be a minimum of whatever it is --

       24   I think it's either 10 or 12 pounds.  They have a

12:51  25   plus or minus.  So, we may build them a gun that
```

Lexitas is licensed in all 50 states and licensed where required / NE 84 Registration #166-1
www.lexitaslegal.com                        California Firm Registration #179

12:51  1   conforms to their requirement as the gun is shot

      2   and the springs wear, that weight requirement --

      3   that weight may go down.  So, typically our P320s

      4   are right around 6 pounds.

12:51  5   Q.     And that's always what it's been when you

      6   get some in from law enforcement.

      7          It hasn't changed that, has it?

      8   A.     That's my recollection, yes.

      9   Q.     You can set that one aside for a second.

12:51 10          (WHEREUPON, a document was marked as

     11   Exhibit 3 and the witness reviewed the document.)

     12   BY MR. WERTS:

     13   Q.     So, I hand you now what's been marked as

     14   Deposition Exhibit 3 and the --

12:53 15          MR. WERTS:  Keith, is this another one you

     16   guys actually clawed back that also isn't in the

     17   privilege log?

     18          MR. GIBSON:  No.  That should be included.

     19          MR. WERTS:  That's for later.

12:53 20   BY MR. WERTS:

     21   Q.     There's a few names on here I just want to

     22   make sure that we talked about.

     23          Bill Larson is a new name to me.  Who is

     24   that?

12:53 25   A.     No idea.

(855) 955-0973    Legal services in all 50 states and licensed where required    NSW RN Registration #185
www.lexitaslegal.com                                           California Firm Registration #179

12:53  1   Q.       Samantha --

       2            MR. GIBSON:   I can tell you who that is if

       3   it would help.  Bill Larson was the customer

       4   service manager for Chris Meyer.  I think he left

12:53  5   their employ.

       6            MR. WERTS:   Thank you.

       7   BY MR. WERTS:

       8   Q.       Another name is a Samantha Piatt.  Do you

       9   recognize that name?

12:54 10   A.       Yes.

      11   Q.       Who is that?

      12   A.       I don't know what her current title is but

      13   she works in our marketing department.

      14   Q.       And has she been in the marketing

12:54 15   department going back to 2019 at the time of this

      16   email?

      17   A.       That's my assumption, yes.  I think that's

      18   how she came over -- or came to our company, yes.

      19   Q.       And then another name is Tom Taylor.  Who

12:54 20   is that?

      21   A.       Tom is -- was the Vice President of

      22   Commercial Marketing.  I'm not sure.  Titles

      23   change.  I know he's still involved in that

      24   world.  I'm just not quite sure what his current

12:54 25   title is.

(855) 595-3772            Lexitas is licensed in all 50 states and licensed where required.  Texas Registration #631
www.lexitaslegal.com                                    California Firm Registration #179

12:54   1    Q.      Marketing guy at the top of the line?

        2    A.      Yes.

        3    Q.      All right.  Sometimes the practical

        4    description is more useful than what the business

12:54   5    card says.

        6    A.      There you.

        7    Q.      Jack Barnes?

        8    A.      He is the Vice President of Commercial

        9    Sales.

12:55  10    Q.      Scott Therrien.

       11    A.      I believe he's the head of the commercial

       12    inside sales team for sales support.

       13    Q.      Turn to Page 2 to for me on this.  We've

       14    got an email from Mr. Jankiewicz indicating that

12:55  15    any inquiries about ND.

       16            What does that acronym stand for in that

       17    context?

       18    A.      Sorry.  Say that again.

       19    Q.      What does the acronym ND stand for in that

12:56  20    context?

       21    A.      Negligent discharge.

       22    Q.      With an indication that such inquiry

       23    should go directly to him and either he or you or

       24    Mr. Mechling will follow-up?

12:56  25    A.      Yes.

12:56    1    Q.      How long has that been the procedure for

         2    responding to law enforcement unintended

         3    discharge reports?

         4    A.      Since day one.

12:56    5    Q.      That hasn't changed.  Right?

         6    A.      No.

         7    Q.      And when was "day one"?

         8    A.      I don't know.

         9    Q.      But whenever it was, that's always what

12:56   10    you've guys have done?

        11    A.      Yes.

        12    Q.      If you will, turn to Page 3 for me.  The

        13    bottom email, it's from a David Gingras.

        14            Do you see that?

12:57   15    A.      I do.

        16    Q.      Who is David Gingras?

        17    A.      I have no idea.

        18    Q.      And Mr. Gingras makes reference to a

        19    standardized response to a negligent discharge

12:57   20    report.

        21            Do you see that?

        22    A.      Yes.

        23    Q.      How long has SIG Sauer had a standardized

        24    response for negligent discharge reports?

12:57   25            MR. GIBSON:  Objection; scope.

Court reporters in all 50 states and licensed where required. (855) 595-3373
www.lexitaslegal.com                        California Firm Registration #179

12:57  1         THE WITNESS:  I don't know.  I don't know

        2  that this wasn't scripted for this specific Pasco

        3  County discharge, so I don't know whether there

        4  was a previous one.

12:58  5  BY MR. WERTS:

        6  Q.     Are you aware of any scripted standard

        7  responses for responding to inquiries from law

        8  enforcement agencies about negligent discharge?

        9  A.     In regards to like an email communication?

12:58 10  Q.     Any communication.

       11  A.     I know that there have been for email

       12  communication, yes.

       13  Q.     How about scripts for conversation for

       14  telephone communications?

12:58 15  A.     None that I'm aware of -- that's within

       16  the law enforcement community.

       17  Q.     Okay.  And that's what I'm going to limit

       18  it to -- law enforcement communication.

       19  A.     Right.

12:58 20  Q.     So, how many such scripted email

       21  communications were responded to unintended

       22  discharge reports that we've seen?

       23  A.     I'm going to say a handful and I don't

       24  know what that means.  I know obviously this is

12:59 25  one scripted or prepared specifically for the

(855) 955-2012    Offices in all 50 states and 15 licensed where required (NY #39)
www.lexitaslegal.com                          California Firm Registration #179

12:59 | 1 | incident in Pasco County.  I know there have been

2 | others.  I just don't know how many.

3 | Q.     When you would receive these sort of

4 | scripted communications, where would you get them

12:59 | 5 | from?

6 | A.     Through marketing.

7 | Q.     Was there any sort of guidance or

8 | instruction given on when to use those scripted

9 | email communications regarding reports of

12:59 | 10 | unintended discharges from law enforcement

11 | agencies?

12 | A.     Guidance in what respect?

13 | Q.     A cover email that says, Hey, if you hear

14 | about the XYZ discharge, here is what we say --

12:59 | 15 | as a hypothetical example -- if anything?

16 | A.     So, I would say generically if you receive

17 | an inquiry in regards to an unintended discharge

18 | in Pasco County, this is if an agency is looking

19 | for an email response, this is what is authorized

01:00 | 20 | to respond with.

21 | Q.     You said those typically come from

22 | marketing?

23 | A.     Yes.

24 | Q.     Is there a person in marketing that those

01:00 | 25 | typically come from?

(855) 955-0973   Offices in all 50 states and 15 countries where required (05/24 Registration #175)
www.lexitaslegal.com                              California Firm Registration #179

01:00  1   A.     My recollection is the ones I saw came

       2   from Sam Piatt, P-i-a-t-t.

       3   Q.     And I don't want to use the wrong word or

       4   put words in your mouth, what was your -- how

01:00  5   many such scripted emails do you recall seeing

       6   coming from Sam Piatt?

       7   A.     I want to say there's a half a dozen or

       8   so.

       9   Q.     Have you ever seen them come from anyone

01:01 10   other than Ms. Piatt?

      11   A.     No.  They may have come through Tom via

      12   Sam but ultimately through Sam.

      13   Q.     And there's multiple Toms.  Are you

      14   referring to Tom Taylor?

01:01 15   A.     Tom Jankiewicz.

      16   Q.     Tom Jankiewicz.

      17   A.     Yes.

      18   Q.     I see.  So, the email to you may have been

      19   from Mr. Jankiewicz but he got the language from

01:01 20   Miss Piatt?

      21   A.     It was a forward, yes.

      22   Q.     You indicated that the guidance would be

      23   something along the lines of this is the approved

      24   language.

01:02 25          Do you have a sense of who approved the

Court reporters in all 50 states and licensed where required.  U.S. Registration #385
www.lexitaslegal.com                                    California Firm Registration #179

```
01:02   1   language?

        2   A.      I'm assuming it came through our marketing

        3   legal department.

        4   Q.      But do you know one way or the other?

01:02   5   A.      No.

        6   Q.      Do you have access to any of those

        7   standardized responses?

        8   A.      I'm going to say yes.

        9   Q.      How?

01:02  10   A.      I would have to go back and research

       11   through my emails.

       12   Q.      Any way other than searching your emails?

       13   A.      No.

       14   Q.      Have you ever been asked to search your

01:02  15   emails for those standardized responses?

       16   A.      No.

       17   Q.      Then in the bottom paragraph of the

       18   standardized response on Page 3, there's a

       19   distinction being made that, It is our

01:03  20   understanding this was a negligent discharge

       21   rather than an accidental discharge.

       22           Do you see that?

       23   A.      Yes.

       24   Q.      Other than these half dozen standardized

01:03  25   responses, have you ever received any guidance on
```

(855) 955-7073            Lexitas serves in all 50 states and is licensed where required.    CSR Registration #0935    87
www.lexitaslegal.com                                      California Firm Registration #179

01:03  1   which term to use whether to call it a negligent

       2   discharge or an accidental discharge?

       3   A.      No.

       4   Q.      Have you ever seen other communications

01:03  5   from marketing or others drawing this distinction

       6   between negligent discharge as an accidental

       7   discharge?

       8   A.      I don't recall.

       9   Q.      Are Law Enforcement Sales folks trained to

01:04 10   use one term versus another?

      11   A.      No.

      12   Q.      Are Law Enforcement Sales folks trained as

      13   to the distinction of the definition between

      14   those two terms like we talked about at the

01:04 15   beginning?

      16   A.      No.

      17   Q.      Beyond formal training, are Law

      18   Enforcement Sales folks given any informal

      19   guidance on using one term versus another?

01:04 20   A.      No.

      21   Q.      Set this one aside.

      22          (WHEREUPON, a document was marked as

      23   Exhibit 4 and the witness reviewed the document.)

      24   BY MR. WERTS:

01:06 25   Q.      All right.  I hand you now what's been

Lexitas supports 50 states and is licensed where required.
www.lexitaslegal.com                California Firm Registration #179

01:06  1  marked Deposition Exhibit 4.  We are going to get

2  into the content of the detail of this particular

3  report but I'm going to talk about the form

4  itself.

01:06  5          Are you familiar with the format of this

6  form?

7  A.      Yes.

8  Q.      What are we looking at here?

9  A.      That is the unintentional discharge

01:06 10  report.

11  Q.      And how long has this form been used?

12  A.      This exact form?

13  Q.      Sure.

14  A.      Since the number of discharges gain more

01:06 15  and more attention, we felt the need to come up

16  with a report so we could track what is going on.

17  Q.      Okay.  And so is this form used only for

18  the P320 or for all firearms?

19  A.      All firearms.

01:06 20  Q.      And you say that when -- the record will

21  reflect what you said exactly as to the timing.

22          What is your estimate of what year that

23  was that this more attention was needed and more

24  attention was called for tracking it?

01:07 25  A.      I would say within the last -- I would say

(855) 595-3373       Offers services in all 50 states and licensed where required.       (Min/Max Registration #165)
www.lexitaslegal.com                              California Firm Registration #179                              89

01:07   1   it was post our LEVUP program.  So, 2017/2018

        2   time frame I'm guessing.

        3   Q.      Post what program?

        4   A.      LEVUP.  Law enforcement -- it was Law

01:07   5   Enforcement Voluntary Upgrade report.

        6   Q.      And do you keep like a binder or anything

        7   of these reports?

        8   A.      I do not.

        9   Q.      You're one of the supervisors that gets a

01:08  10   report --

       11   A.      Yes.

       12   Q.      -- that gets notified of these?

       13   A.      Yes.

       14   Q.      What do you do?

01:08  15   A.      Typically it's forwarded.

       16   Q.      To whom?

       17   A.      Our legal team, Tom Jankiewicz is copied.

       18   Q.      Is one of these forms filled out any time

       19   SIG Sauer receives a report of an unintended

01:08  20   discharge from law enforcement?

       21   A.      Yes.

       22   Q.      Does it matter whether a person was

       23   injured or not?

       24   A.      No.

01:08  25   Q.      Does it matter whether it was on the range

Court Reporting Services in all 50 states and licensed where required.  NC Registration #C935
www.lexitaslegal.com                                    California Firm Registration #179

01:08  1   versus in a car or in the office?

       2   A.      No.

       3   Q.      Does it matter whether it is a kind of an

       4   informal report of someone called in to to report

01:09  5   the unintended discharge versus maybe it coming

       6   up in casual conversation?

       7   A.      I'm not quite sure I understand.

       8   Q.      Sure.  You're on a sales call doing one of

       9   your quarterly meets with one of the range guys,

01:09 10   as you described them, and they aren't reporting

      11   that somebody got hurt.  They just say casually,

      12   like, Hey, Bill had his go off at the range two

      13   weeks ago.

      14          Do you fill something like this out?

01:09 15   A.      Depends on what it "just went off at the

      16   range a couple weeks ago" means.

      17   Q.      That he's in the process of addressing his

      18   firearm and he puts two rounds in the dirt before

      19   he gets the gun all the way up to his face or to

01:09 20   head level.

      21   A.      If it's determined by the range staff that

      22   it was a negligent or an -- so, there are

      23   instances where if we have a report by a police

      24   agency that a gun went off and they have not

01:10 25   established that it was a user error -- in other

(855) 955-0172   Lexitas supports all 50 states and is licensed where required.   U.S. Registration #936   91
www.lexitaslegal.com                                    California Firm Registration #179

01:10  1   words, they are at the range and somebody is

       2   clearing their gun and a round will go off and

       3   they see it and they understand what happened,

       4   it's not necessarily filled out, no.

01:10  5   Q.      Okay.  And so to give a more specific

       6   example, the P320 has a lighter trigger pull than

       7   some of the new weapons that replaces with

       8   certain agencies.

       9           Is that true?

01:10 10   A.      With some I would say yes.

      11   Q.      Have you ever heard of incidents of law

      12   enforcement officers as they're training with the

      13   P320 someone is putting their finger on the

      14   trigger too soon as they are in the process of

01:10 15   addressing the weapon?

      16   A.      Yes.

      17   Q.      And in those instances -- have you heard

      18   of instances where law enforcement officers have

      19   had discharges sooner than what they intended to

01:11 20   have happen?

      21   A.      I can see where that happens so, yes.  I

      22   mean, I don't know that I recall any being

      23   reported.

      24   Q.      That is my question is if you ever heard

01:11 25   reports of that.

01:11 1    A.     No.

2    Q.     In that specific example, would you expect

3    one of these forms to be filled out?

4    A.     If the agency has dismissed the incident

01:11 5    as a training incident and does not need anything

6    from SIG, then I would not insist that this be

7    filled out.  However -- I mean, do you understand

8    the distinction I'm making there?

9    Q.     I think so.  Maybe my question is I want

01:11 10   to be fair about it.

11         I just want to know if there's a

12   distinction.  I don't want to put words in your

13   mouth.

14   A.     I'm going to go back in my history.  When

01:12 15   we transition from a revolver to a semi-automatic

16   pistol, we have discharges at the range.  They

17   were failures on the part of the operator, not of

18   the equipment.  I wouldn't have considered them

19   something worthy of this report.

01:12 20   Q.     Okay.

21   A.     So if a police agency has a discharge on

22   the range by somebody that it was not supposed to

23   happen when it did but it was established that

24   guy had his finger on the trigger, he pulled the

01:12 25   trigger too early, I don't even know why it would

(855) 595-3573            Our services available in all 50 states and licensed where required    Nevada Firm Registration #095F
www.lexitaslegal.com                                 California Firm Registration #179

01:12  1  be mentioned that I guess is my question.

       2  Q.      Let's use your example.

       3  A.      Okay.

       4  Q.      You were -- earlier in your law

01:12  5  enforcement career, I'm assuming you used some

       6  sort of a double single-action revolver as a

       7  sidearm?

       8  A.      Yes.

       9  Q.      And those typically have a higher initial

01:13 10  trigger pull for the double-action side of

      11  the gun?

      12  A.      Yes.

      13  Q.      And as I understand the example you're

      14  giving is that in those early transitionary days,

01:13 15  you can put your finger on the trigger a little

      16  sooner because the old revolver had to have a

      17  pull.  Right?

      18  A.      Yes.

      19  Q.      And as you transitioned to the lighter,

01:13 20  more modern pistol, it doesn't have that same

      21  forgiveness -- for lack of a better term.

      22          Is that fair?

      23  A.      That's fair.

      24  Q.      What does SIG Sauer tell law enforcement

01:13 25  agencies about that dynamic?

01:13  1        Do you offer any training or instruction

    2   or warning or guidance that this trigger on the

    3   P320 is different than the prior pistol might

    4   have been?

01:13  5   A.     I mean, we have training courses.

    6   Certainly most police agencies go through the

    7   transition training to address the differences in

    8   the firearm, the nomenclature.  A lot of them

    9   when you go from one gun to another, there's a

01:14 10   different holster so it draws strokes different.

   11   There's a lot that goes into the transition.

   12   Q.     Right.

   13   A.     Do we offer courses through our academy?

   14   Yes, we have transition training courses that

01:14 15   will help an agency through a transition.

   16   Q.     That's the nuance I want to talk about is

   17   within those trainings and those communications

   18   when you have an agency that is transitioning,

   19   does SIG Sauer do anything to tell the agency

01:14 20   that, Hey, the pistol you've chosen has a lighter

   21   trigger pull; you need to tell your officers to

   22   be careful about this -- as an example?

   23        Do you have anything in that vain?

   24   A.     I don't know.  I don't know whether it's

01:15 25   necessarily lighter.  It's different.  Right?  So

01:15   1   we can address differences.  I don't know if I'm

        2   answering your question or not.

        3   Q.    Well, let's just use a specific example

        4   then to make this easier.

01:15   5         In your time as the Senior Director of Law

        6   Enforcement Sales, have you ever transitioned a

        7   department from a Beretta M9 to the SIG Sauer

        8   P320?

        9   A.    I don't know.

01:15  10   Q.    Can you think of any gun other than a

       11   Glock that you guys have transitioned one

       12   department from to a P320?

       13   A.    I'm sure, yes.  The M&P -- the Smith and

       14   Wesson M&P.

01:15  15   Q.    The M&P has a heavier trigger pull than

       16   the P320.  Correct?

       17   A.    I don't know that.

       18   Q.    Is there anything that was told to the law

       19   enforcement agency making the transition from the

01:16  20   M&P to the P320 on differences on how you need to

       21   handle the gun because of a trigger on the 320?

       22   A.    No.

       23   Q.    Okay.  Whether it's the M&P or any other

       24   gun, does SIG Sauer offer any warnings or

01:16  25   statements or communications about how to handle

www.lexitaslegal.com         California Firm Registration #179

01:16   1   the P320's trigger versus some other gun they may

        2   have handled in the past?

        3   A.      I'm not --

        4   Q.      Let's not get hung up on the words.

01:16   5   Communications, statements.

        6           Did you say anything about it?

        7   A.      No, there's no particular scripted, make

        8   sure you tell them this or that but I would say

        9   that 99.9 percent of law enforcement agencies

01:16  10   transition from one firearm to another through a

       11   testing and evaluation process.  So, they've

       12   tested it, I'm assuming they realize the

       13   differences.  We do armorer classes for them.  We

       14   offer armorer classes which goes through the

01:17  15   features and the safeties and we can obviously

       16   draw a comparison to what they're coming from.

       17   But as far as a particular warning that you're

       18   going from something that had a 6 and a half

       19   pounds to something that has 6, no.

01:17  20   Q.      Okay.  Or something that has a 9 pound

       21   pull on a 6 pound gun?

       22   A.      No.

       23   Q.      Set that one aside.

       24           (WHEREUPON, a document was marked as

01:18  25   Exhibit 5.)

01:18  1          MR. WERTS:  On this one I only have two

       2    copies.

       3          MR. GIBSON:  Okay.

       4          (The witness reviewed the document.)

01:18  5    BY MR. WERTS:

       6    Q.    I've handed you now what's been marked as

       7    Deposition Exhibit 5.  Similar to last time,

       8    really not as interested in the content of the

       9    form so much as the form itself.

01:19 10          Are you familiar with this one?

      11    A.    Yes.

      12    Q.    What are we looking at here?

      13    A.    Basically the information that the

      14    regional manager should obtain as well as the

01:19 15    tracking of how the report should travel once

      16    they get the information.

      17    Q.    And is this the same thing as what we

      18    looked at in the prior exhibit or is this a

      19    different form?

01:19 20    A.    I would have to look at it again.  I think

      21    it's very, very similar.  I mean, it's extremely

      22    similar.  I could go line-by-line if you would

      23    like me to.

      24    Q.    Not necessarily.  I guess my question is

01:20 25    I'm just trying to figure out if there's been an

Case 8:23-cv-03095-MDB    Document 21-26    Filed 05/24    Page 100 of 157

01:20  1   evolution in the form and now you use the

       2   Exhibit 5 version versus the Exhibit 4 version or

       3   if there are times when one is used versus the

       4   other.

01:20  5   A.      No, and I just think this is a different

       6   copy of a very similar thing other than this form

       7   does not appear to have photos, if there is any

       8   photos.  I mean, by and large it's the same form.

       9   Q.      And so as you indicated earlier that you

01:21 10   had been using Exhibit 4 or some version of that

      11   since day one and that's continued up through the

      12   current time.

      13          Correct?

      14   A.      Yes.

01:21 15   Q.      And Exhibit 5 is not some other form that

      16   is used in some other set of circumstances --

      17   A.      No.

      18   Q.      -- it's just one that got produced that

      19   has a bunch of additional instructions on it.

01:21 20          Is that fair?

      21   A.      Yes, I'll say that's fair.

      22   Q.      And looking at these instructions, I'm

      23   going to ask you kind of a broad question as I

      24   think it will be faster.

01:21 25          Do Paragraphs 2 through 10 of our

Case 5:96-cv-03095-MBK   Document ...   Filed 05/2...   Page 101 of 157        99
(815)596-0233   Litas United States in all 50 states and 12 licensed videographers   Registration #109F
www.lexitaslegal.com                  California Firm Registration #179

01:21  1    Exhibit 5 correctly describe the process that is

       2    supposed to be followed after a report of an

       3    unintended discharge comes in from a law

       4    enforcement agency?

01:21  5    A.      (The witness reviewed the document.)  Yes.

       6    Q.      And how long has that been the correct

       7    process?

       8    A.      With rare exception, I mean, it's pretty

       9    much been the same.  There may be -- there may

01:22 10    have been some slight tweaks, you know.  I know

      11    Tim Lachance (phonetic) and Steve Shawver are no

      12    longer here, so there's some differences but I

      13    would say generally speaking this has been it.

      14    Q.      And this talks about emails being titled

01:22 15    of accidental discharge and then hyphen, the

      16    person's name.

      17            Is that the format you've seen those

      18    emails come in?

      19    A.      Yes.

01:22 20    Q.      And when it says "title," does that refer

      21    to the subject line?

      22    A.      Yes.

      23    Q.      Thank you.  You can set that one aside.

      24            MR. GIBSON:  Take a break?

01:23 25            MR. WERTS:  Of course.

(815) 596-0223    Legal Associates in all 50 states and licensed where required (05/24)    State Firm Registration #105    100
www.lexitaslegal.com                                      California Firm Registration #179

01:23 1          THE VIDEOGRAPHER:  We're off the record.

2   The time is 1:23.

3          (There was a short break.)

4          THE VIDEOGRAPHER:  We are on the record.

01:32 5   The time is 1:32.

6   BY MR. WERTS:

7   Q.    I know we talked a little bit about the

8   number of reports SIG Sauer receives from law

9   enforcement agencies and I know you don't have an

01:32 10  answer for that.

11         What does SIG Sauer tell law enforcement

12  agencies if they ask about how many reports of

13  unintended discharges P320s have?

14  A.    I don't recall anybody ever asking that.

01:32 15  Q.    Okay.  Nobody has said, Hey, I heard about

16  this; how many injuries have there been?

17         Nobody has ever asked for those sort of

18  metrics?

19  A.    It's typically a specific incident that

01:32 20  they speak of or maybe one or two but it's never

21  been a "how many."

22  Q.    We talked a little bit about the SIG Sauer

23  Academy and some of the trainings that are

24  offered to law enforcement agencies that adopt

01:33 25  the P320.

Case 5:22-cv-03093-JWL   Document 106   Filed 05/24   Page 103 of 157          101
(815) 595-0213   U.S.A. operates in all 50 states and is licensed where required   Cite heard   Registration #108F
www.lexitaslegal.com                      California Firm Registration #179

01:33  1        Is that offered to any agency or do you

2  have to buy a certain number of pistols to get

3  the training package?

4  A.     Anybody can host or attend any of our

01:33  5  trainings.  So, there's not a specific number.

6  Q.     And are those trainings law enforcement

7  only or are consumers allowed to participate in

8  these trainings as well?

9        MR. GIBSON:  Object to the form.  Which

01:33 10  trainings?

11        THE WITNESS:  Yeah, I don't --

12  BY MR. WERTS:

13  Q.     I guess let me ask it this way.  Are there

14  any trainings that are law enforcement only that

01:34 15  SIG Sauer offers?

16  A.     I don't know what is offered exclusively

17  by the academy.  I know that typically when we do

18  a training course, we are involved in a training

19  course with an agency, it is law enforcement only

01:34 20  but I don't want to pretend to say that there

21  aren't courses offered at SIG that have civilian

22  and law enforcement or military in that class.  I

23  just don't.

24  Q.     For the law enforcement trainings that you

01:34 25  participated in, are any parts of that training

01:35 1   related to trigger safety or trigger discipline?

2   A.      The majority of the trainings of recent

3   times have been the pistol mounted optics class

4   and basic firearm safety is absolutely touched

01:35 5   on.  I don't know that I would call it a focus of

6   the training.

7   Q.      So that was going to be my question.  Is

8   there anything different about the firearm safety

9   for a P320 versus what would be in the training

01:35 10  for a 226 or any other gun?

11  A.      As far as the safety aspect?

12  Q.      Correct.

13  A.      No.

14  Q.      Any other differences in -- scratch that.

01:36 15  In addition to the trainings that SIG Sauer has

16  kind of conducted itself, has it ever consulted

17  on trainings that the law enforcement agencies

18  are going to provide themselves on the P320?

19          MR. GIBSON:  Object to form.

01:36 20          THE WITNESS:  I'm not sure I understand

21  that.

22  BY MR. WERTS:

23  Q.      Sure.  That probably was not a good

24  question.

01:36 25          What I'm trying get at is, has there ever

01:36   1   been a situation where a law enforcement agency

        2   has come to the Law Enforcement Sales division

        3   and say, Hey, we're putting together a training

        4   on the P320; can you help us out or can you

01:36   5   provide some information?

        6   A.     Those requests are typically referred

        7   either to Scott Reidy or the training academy.

        8   So, I don't -- I'm sure that they may incorporate

        9   some of the training that we do specifically when

01:37  10   it comes to armor classes for teaching

       11   nomenclature but anything else would be channeled

       12   either through Scott Reidy or through the

       13   academy.

       14   Q.     That's a perfectly fine answer.

01:37  15   A.     Right.

       16   Q.     I'm just trying to understand if there's

       17   anything your Law Enforcement Sales staff has

       18   been taught to tell those folks if they ask about

       19   training.

01:37  20          Is it just "talk to Scott Reidy"?  Is

       21   there anything else?

       22   A.     No.  That's a referral.  We encourage it.

       23   I mean, obviously we're selling you firearms but

       24   we absolutely promote our academy for agencies

01:37  25   that need help.

(815)596-0223          Lexitas operates in all 50 states and is licensed where required        Firm Registration #106
www.lexitaslegal.com                           California Firm Registration #179

01:38  1   Q.     We talked about some of the standardized

       2   responses to particular incidents that you've got

       3   in the marketing department in the past.

       4          Do you recall that?

01:38  5   A.     Yes.

       6   Q.     Has there ever been a time where the Law

       7   Enforcement Sales department has been proactive

       8   in sending out a communication to law enforcement

       9   agencies in response to any particular unintended

01:38 10   discharge or abort or other event?

      11          MR. GIBSON:  Can you remind -- I'm sorry.

      12   Can you read that?

      13          (The last question was read by the

      14   reporter.)

01:39 15   A.     I'm not quite sure what you mean by

      16   "proactive."

      17   Q.     Well, let me ask you this.  Are you

      18   talking about that you received these

      19   standardized responses from the marketing

01:39 20   department.  Right?

      21   A.     Yes.

      22   Q.     And within the word "response," I guess

      23   I'm intuiting -- and maybe that is unfair -- that

      24   if it's a response that the law enforcement

01:39 25   agency needs to ask about it in order to trigger

01:39  1   that response.

       2           Is that true?

       3   A.      Yes, that's true.

       4   Q.      My question is kind of the opposite.  Has

01:39  5   there been a time where SIG Sauer has taken upon

       6   itself to talk first about some unintended

       7   discharge report or event?

       8   A.      Not that I can recall.

       9   Q.      There's never been some sort of press

01:40 10   release or talking point memo of, Hey, tell all

      11   your agencies this message about unintentional

      12   discharges?

      13   A.      No.

      14   Q.      Do you ever get questions from any law

01:40 15   enforcement agency about any of the various

      16   litigation cases that have been filed against SIG

      17   Sauer related to 320 unintended discharges?

      18   A.      Yes.

      19   Q.      What do you tell them?

01:40 20   A.      It's in litigation, very limited in the

      21   scope that we can provide information, your best

      22   avenue is to contact the agency.

      23   Q.      You're aware that a jury in Atlanta

      24   returned a verdict finding SIG Sauer liable in a

01:41 25   unintended discharge injury case earlier this

(855) 596-0223                Litigation Services in all 50 states and 12 licensed whereabouts (05/24)        Firm Registration #108
www.lexitaslegal.com                                California Firm Registration #179
Case 5:22-cv-03093-MBH   Document 198   Filed 03/24   Page 108 of 157

01:41  1    summer?

       2    A.       I recall that, yes.

       3    Q.       Have you gotten any questions about that?

       4    A.       Yes.

01:41  5    Q.       What do you tell them?

       6    A.       There was a response from marketing that

       7    we provide.

       8    Q.       And is that a response to a telephone

       9    call, an email or both?

01:41 10    A.       For the most part it's an email.  However,

      11    if there is a telephone call or some other

      12    communication, we provide them with that

      13    response.

      14    Q.       Is this response written down anywhere?

01:41 15    A.       Yes.

      16    Q.       As you're sitting here, do you remember

      17    what it is?

      18    A.       Generically?  I mean, you want me to

      19    generalize what it says?

01:42 20    Q.       I want you to tell me what you remember.

      21    A.       From what I remember is that we disagreed

      22    with the verdict and that we're appealing it.

      23    Q.       Anything else?

      24    A.       Nothing that comes to mind, no.

01:43 25    Q.       So, we looked at those unintentional

01:43  1   discharge reports that they kind of talk about

       2   the process.  So, you get the phone call, you

       3   gather the information.

       4        Is there any process for communicating

01:43  5   back with whom ever initiated the report of an

       6   unintended discharge?

       7   A.    So, that truly depends on if there's

       8   questions about what it contains and whether

       9   there's a need for follow-up.  So if it's a

01:43 10   complete and all of the things that we can offer

      11   that agency have been offered day one, it's

      12   dependent upon whether the gun is coming back for

      13   inspection or not.

      14   Q.    When you say offered all the things that

01:43 15   we can offer, what are those things?

      16   A.    For us to actually examine the pistol and

      17   provide the report as to our findings.

      18   Q.    And so do you typically get the

      19   opportunity to examine the pistol or someone at

01:44 20   SIG Sauer gets to examine the pistol?

      21   A.    In cases where the agency has not

      22   determined a cause that they find to be anything

      23   other than -- you know, if they find that the

      24   officer inadvertently pulled the trigger or they

01:44 25   subsequently uncovered something that would be

(815)596-0223   Legal Notes in all 50 states and is licensed where required (15/2))
www.lexitaslegal.com                California Firm Registration #179

01:44  1   that they understand how it happened but a good

       2   number of the guns come back.

       3   Q.      And so the gun comes back, it's analyzed.

       4   How are the findings of that analysis

01:44  5   communicated back to the law enforcement agency?

       6   A.      By email.

       7   Q.      Who does that email come from?

       8   A.      I'm fairly certain it comes back from Al

       9   Larochelle.

01:45 10   Q.      Are the regional managers copied on that

      11   email or the applicable regional manager?

      12   A.      I think so.

      13   Q.      Are you?

      14   A.      Usually.

01:45 15   Q.      Are you copied on all of them or just the

      16   eastern U.S?

      17   A.      For the most part the eastern U.S. on the

      18   return trip.

      19   Q.      Is it safe to infer that Tom Mechling gets

01:45 20   copied on the ones that go to the West side?

      21   A.      It's my assumption, yes.

      22   Q.      That's basically how it works.  Right.

      23   A.      Yes.

      24          MR. WERTS:  This is SIG-OAI2286.  I'm not

01:46 25   going to mark it as an exhibit but that's another

01:46  1    one on the privilege issue that we talked about.

       2    Like you said, it's an OAI so it's not a

       3    surprise.

       4            MR. GIBSON:  So you're not giving it to

01:46  5    him then?

       6            MR. WERTS:  No.  It was just in the stack.

       7            MR. GIBSON:  Okay.

       8            (WHEREUPON, a document was marked as

       9    Exhibit Number 6 and the witness reviewed the

01:47 10    document.)

      11    BY MR. WERTS:

      12    Q.    Okay.  I've handed you now what's been

      13    marked Deposition Exhibit 6 which is an email.

      14    It has attached to it a press release regarding

01:47 15    the voluntary upgrade program.

      16            Do you see that?

      17    A.    Yes.

      18    Q.    And you introduced a new acronym to me a

      19    moment ago when you called it the LEVUP or the

01:48 20    L-E-V-U-P -- meaning the Law Enforcement

      21    Voluntary Upgrade Program.

      22    A.    Correct.

      23    Q.    Is that a different program than what the

      24    voluntary upgrade program for consumer guns?

01:48 25    A.    I'm sure it was.

(815) 596-0223   Lexitas Affiliates in all 50 states and is licensed where required (05/24)   Registration #119F
www.lexitaslegal.com                    California Firm Registration #179

01:48  1    Q.      Okay.   Did you have a press release that

       2    was issued by SIG Sauer regarding the Law

       3    Enforcement Voluntary Upgrade Program?

       4    A.      I don't remember.

01:48  5    Q.      Did you have some way that you -- how did

       6    you tell the law enforcement folks that there was

       7    this LEVUP?

       8    A.      It was my memory of this is a letter went

       9    out to all of our customers basically advising

01:48 10    them something similar like this.   However, the

      11    program for agencies was a replacement of their

      12    pistols so we would replace -- if an agency had

      13    sent been sent a hundred guns, we would build

      14    them a hundred, send them to them.   When they

01:49 15    transition, they would send the other hundred

      16    back to us.

      17    Q.      And that was for every law enforcement

      18    agency that SIG ever sold a gun to or a P322?

      19    A.      Yes.

01:49 20    Q.      You said there was one letter that went to

      21    each of the agencies.

      22    A.      There was minimally a letter and if I'm

      23    not mistaken, I want to say this was on our

      24    website as well.

01:49 25    Q.      How many law enforcement agencies took you

(855) 596-0223      Lexitas operates in 30 states and is licensed where required.      Firm Registration #178F
www.lexitaslegal.com                              California Firm Registration #179

01:49  1  up on the offer?

2  A.    I think most of them.  I mean, obviously I

3  don't know.  So, there's another piece in our

4  business.  So, there are agencies that are

01:49  5  individually owned officer guns, so they may get

6  a stipend from their department when they buy

7  their gun.  So, that was kind of that caveat that

8  area that was a little bit that is far different

9  than that but that was a Sig plan.

01:50 10  Q.    That was one of my questions.  If you've

11  got an officer who's buying a personal gun

12  through the law enforcement channel, did he get a

13  replacement or did he get the opportunity to have

14  his pistol upgraded?

01:50 15  A.    That's what I'm saying.  There's agencies

16  that these were their primary duties.  So, we did

17  this for all primary duty guns as we put the gun

18  together.

19  Q.    But if it was a secondary gun?

01:50 20  A.    It was a consumer.

21  Q.    That was the consumer?

22  A.    Yes, or similar to it.

23  Q.    Did you tell people that there were any

24  differences in the programs?

01:50 25        I'm asking the question that way on

(855) 596-0223                                                                                                                              112
www.lexitaslegal.com

01:50   1   purpose because you're the communications guy.

        2   I'm not trying to nail you down --

        3   A.      I got you.

        4   Q.      -- in details on the bump but I just want

01:51   5   to know what you said to people about it.

        6   A.      So, I don't recall whether the individual

        7   officer guns came through the same necessarily

        8   channel.  They come came back to SIG.  I don't

        9   know that there wasn't a Line A, a Line B because

01:51  10   we try to turn these around because these are

       11   guns being carried by people off duty capacity

       12   and I'm not sure how the commercial LEVUP worked

       13   or that upgrade worked.  So, I'm assuming it's

       14   very similar but ours were fast-tracked.

01:51  15   Q.      So, about half way through this press

       16   release there's a paragraph -- the fourth

       17   paragraph says, "As a result of input from law

       18   enforcement, government and military customers,

       19   SIG has developed a number of enhancements . . ."

01:51  20           Do you see that?

       21   A.      Yes.

       22   Q.      What input from law enforcement did SIG

       23   Sauer receive that led to enhancements in

       24   function, reliability and overall safety that

01:52  25   were made to the P320 as part of the upgrade

(815) 595-0223    Legal Associates in all 50 states and 13 licensed worldwide   Registration #115F
www.lexitaslegal.com                    California Firm Registration #179                      113

01:52   1   program?

2   A.      I have no idea.

3   Q.      Did you receive any?

4   A.      I don't know.  I'm assuming this is from

01:52   5   the commercial side?

6   Q.      I just have the documents that were given

7   to me.

8   A.      Yeah.  I don't know what is meant by that,

9   so it's hard for me to figure out what we may

01:52  10   have inputted.  I don't know.

11   Q.      I guess prior to the upgrade program, had

12   you gotten any input from your law enforcement

13   partners on the function, reliability and safety

14   of the P320?

01:52  15   A.      No.

16   Q.      I'm sorry.  You were looking down.  Did

17   you answer that question?

18   A.      Yeah.  I said no.  I don't know.

19   Q.      Those are two different answers.  No or I

01:53  20   don't know.

21   A.      So, I may be answering this question

22   again.  Can you tell me --

23   Q.      Sure.

24   A.      Repeat that.

01:53  25   Q.      Did SIG Sauer receive any input from law

(815) 596-0223   Lexitas Legal operates in all 50 states and is licensed where required by law.   California Registration #116
www.lexitaslegal.com                        California Firm Registration #179

01:53  1   enforcement regarding the function, reliability

       2   and overall safety of the P320 prior to the

       3   upgrade program?

       4   A.      Not that I'm aware of, no.

01:53  5   Q.      Has SIG ever sought input from its law

       6   enforcement partners regarding the function,

       7   reliability or overall safety of the P320?

       8   A.      Not that I can recall, no.  I don't recall

       9   ever hearing any.

01:54 10   Q.      You can set that aside.

      11          (WHEREUPON, a document was marked as

      12   Exhibit Number 7 and the witness reviewed the

      13   document.)

      14   BY MR. WERTS:

01:55 15   Q.      I've handed you now what's been marked

      16   Deposition Exhibit 7 which appears to be an

      17   agenda for a voluntary upgrade visit or meeting I

      18   think it was called.

      19          Do you see that?

01:55 20   A.      Yes.

      21   Q.      Do you recall this meeting?

      22   A.      I recall a meeting.  I'm assuming it's

      23   this one.

      24   Q.      Okay.  If you look under the 10:30 on

01:55 25   Tuesday, you were one of the scheduled speakers.

(815)596-0223        Lexitas Affiliates in all 50 states and licensed where required        (815)596-0223
www.lexitaslegal.com                California Firm Registration #179

01:55   1          Does that refresh your recollection?

        2   A.     We weren't speakers.

        3   Q.     You were the presenter?

        4   A.     Yes.

01:55   5   Q.     What is the distinction?

        6   A.     So if this -- we had agencies come to

        7   SIG -- I'm going to say 10, it could have been

        8   12, it could have been 9 -- it was in that 10

        9   vicinity of agencies come to SIG.

01:56  10          We each kind of paired off with people in

       11   a room and they selected a pistol off of pallets

       12   of pistols that was going to be their gun going

       13   through the process and what we did was showed

       14   each of them and dropped each of those guns

01:56  15   through the testing that we did through the LEVUP

       16   program.  So, it took us about half hour.

       17          As we broke the group up, we each took

       18   three or four people, we walked around, they pick

       19   guns off of pallets and we went into this room

01:56  20   where these guns were then dropped.

       21   Q.     And so just a couple -- we'll get back

       22   into the details but just a couple broad

       23   questions.

       24          Was there only one such meeting or were

01:56  25   there a series of these sort of meetings?

01:56  1   A.      This was the only one of this like this.

       2   We may have other meetings regarding this program

       3   and how we were going to do this but this was the

       4   only one where we had customers in it.

01:57  5   Q.      That's what I'm -- there's all the prep

       6   that goes into it but were there any others where

       7   you brought law enforcement agencies or

       8   representatives into SIG to talk about the

       9   upgrade program?

01:57 10   A.      I don't recall any with this.

      11   Q.      Who were the agencies that came to this?

      12   A.      I can tell you without question the

      13   Indiana State Police was there.

      14   Q.      Okay.

01:57 15   A.      I believe Dallas, Texas.  The other ones

      16   are guesses.  I don't recall.

      17   Q.      Why are you so certain about the Indiana

      18   State Police?

      19   A.      Because I know the guy very well.  I

01:57 20   remember him being there and I remember Dallas --

      21   the firearms guy at Dallas was fairly vocal about

      22   the issue, so we wanted to be assured that he was

      23   there.

      24   Q.      When you say "vocal about the issue," what

01:57 25   do you mean?

(855) 596-0373    Lexitas makes in all 50 states and is licensed where required by law    Firm Registration #179
www.lexitaslegal.com                                                    California Firm Registration #179

01:58  1    A.      About the issue -- the problem with this

       2    drop safety.

       3    Q.      Did Dallas use the 320?

       4    A.      I don't know.

01:58  5    Q.      So, a couple of things on this.  The 9

       6    o'clock -- the 9 a.m. slot, there's a

       7    presentation with John Brasseur, Sean Toner,

       8    Adrian Thomele.

       9            Was that a PowerPoint slide show

01:58 10    presentation?

      11    A.      Yes.

      12    Q.      Was that PowerPoint ever made available to

      13    other law enforcement agencies besides the ones

      14    that were invited to this trip?

01:58 15    A.      I don't remember.

      16    Q.      Was that slide show ever put on SIG

      17    Sauer's website?

      18    A.      (Shakes head.)

      19    Q.      The pistol selection -- you've already

01:59 20    answered this one because that one was a little

      21    confusing to me.  That's just a -- the fact of

      22    that, just go pick a gun --

      23    A.      That was it.  We had five, six, eight -- I

      24    don't know.  There was a bunch of pallets, pick a

01:59 25    gun, whichever row you want, however you need

(815) 596-0223   Licensed in all 50 states and 3 licensed whitecourt   U.S. Reg. Station #179
www.lexitaslegal.com                     California Firm Registration #179

01:59  1  down, we'll get it out and we'll go back into

       2  this room.

       3  Q.     Okay.  Thank you.  That's all I have on

       4  that one.

01:59  5         (WHEREUPON, a document was marked as

       6  Exhibit Number 8.)

       7         MR. WERTS:  Keith, I've only got one.

       8  What we've got is one of these catalog things

       9  that got printed sideways.

02:00 10         MR. GIBSON:  Just show me.

      11         MR. WERTS:  And then there's a blow-up.  I

      12  have a copy for you all.

      13         MR. GIBSON:  You made the blowup.  It

      14  wasn't produced that way?

02:01 15         MR. WERTS:  Correct.  Yes, I made it just

      16  so that it's just nothing more than a zoom-in on

      17  a certain portion of the page.

      18         MR. GIBSON:  Got it.

      19         MR. WERTS:  Because I was asking him to

02:01 20  read 6-point type.

      21  BY MR. WERTS:

      22  Q.     All right.  I've handed you now what's

      23  been marked as Deposition Exhibit 8 which is two

      24  pages.  The first page is SIG-MARKETING-000139.

02:01 25         Do you see that?

(815)596-0023  Lexitas operates in all 50 states and is licensed where required  Scheduling@lexitaslegal.com
www.lexitaslegal.com                                                                   California Firm Registration #179

02:01  1   A.      Yes.

       2   Q.      And then the second page is a zoom of the

       3   text on the left-hand side under "U.S. DEFENSE

       4   CONTRACTS."

02:01  5           Do you see that?

       6   A.      Yes.

       7   Q.      And I'll represent to you that that is

       8   nothing more than me just cropping out the rest

       9   of the page and trying to make it to a size that

02:01  10  was possibly legible.

       11  A.      Okay.

       12  Q.      I just went to the original but I don't

       13  think you should have to.  One question about

       14  this and I am going to ask you to squint on the

02:02  15  first page in the lower right-hand corner and

       16  I'll tell you that the kind of gray area says

       17  "2019 SIG SAUER PRODUCT CATALOG."

       18          Do you see that?

       19  A.      Yes.

02:02  20  Q.      What is a SIG Sauer Product Catalog?

       21  A.      It's a catalog with SIG Sauer products.

       22  Q.      Okay.  They are not all trick questions.

       23  A.      Okay.

       24  Q.      Is that something that SIG produces on an

02:02  25  annual basis?

(855) 596-0973   Lexitas Affiliates in all 50 states and is licensed where required   Citation #126F
www.lexitaslegal.com                                    California Firm Registration #179

02:02    1   A.       Are we talking about a hard catalog like a

         2   book or online or --

         3   Q.       Either, neither or both.

         4   A.       Yes.

02:02    5   Q.       Ultimately I was trying to get at, it says

         6   it's the 2019 version.

         7            So, should I intuit that there's a 2018,

         8   2020, 2021 version?

         9   A.       I would assume.

02:02   10   Q.       You sell these for a living, not me.

        11   A.       We don't deal with the total product

        12   catalogs.  I typically never look at this.  We

        13   have an L.E. catalog, so I don't necessarily ever

        14   concern myself with anything outside of that --

02:03   15   not that I've never looked at it but our main

        16   focus is the law enforcement catalog --

        17   Q.       Which is a separate --

        18   A.       -- which is a pared town version of

        19   whatever this is.

02:03   20   Q.       On the L.E. catalog, do those come out

        21   annually?

        22   A.       Yeah, they are supposed to.

        23   Q.       Have they sometimes not?

        24   A.       Sometimes they've been extensively

02:03   25   delayed.

(815) 595-0273                Litigation services in all 50 states and 13 licensed wholesalers              Stenographic Registration #128F
www.lexitaslegal.com                                                          California Firm Registration #179

02:03  1   Q.     Let's go through this maybe more

       2   laboriously.  Is there a 2024?

       3   A.     I believe so.

       4   Q.     Is there a 2023?

02:03  5   A.     We have the catalogs.  It's just a matter

       6   of what time of year they show up.  It may be a

       7   2023 catalog but it may not show up until August.

       8   So, we run off of -- we run off of our price

       9   list, not off of our catalogs.

02:04 10   Q.     Are the catalogs provided to law

      11   enforcement agencies?

      12   A.     When we have hard copies, yes.  I don't

      13   know that we have a hard copy of a catalog for a

      14   while because everybody wants to look at

02:04 15   everything online.

      16   Q.     Are they provided an online version of the

      17   catalog or they just said go to the SIG Sauer

      18   website?

      19   A.     Yes, go to the SIG Sauer website.

02:04 20   Q.     And so your L.E. folks are looking at the

      21   same stuff the consumers do online?

      22   A.     A lot of them, yes.

      23   Q.     Is there a distinction?  You said "a lot

      24   of them."  Is there some --

02:04 25   A.     Far too many I'll say because a lot of law

(818)996-0223   Lexitas Affiliates in all 50 states and 9 licensed with acquired (06/24)   Registration #126F
www.lexitaslegal.com                                California Firm Registration #179

02:04  1   enforcement will see things on this catalog and

       2   want them and they don't fall within the Law

       3   Enforcement product line.

       4   Q.      What do you do then?

02:05  5   A.      We tell them there's no law enforcement

       6   discount and let them do what they will.

       7   Q.      So looking at the second page and looking

       8   at the next to the last one, it says the

       9   Department of Homeland Security says a rigorous

02:05  10  down selection process with the P320 which was

       11  chosen as the official duty pistol for DHS,

       12  immigration, customs and enforcement.

       13          Do you see that?

       14  A.      I do.

02:05  15  Q.      Do you know when that occurred?

       16  A.      No.

       17  Q.      Do you know what communication SIG Sauer

       18  had with DHS about that selection process?

       19  A.      No.

02:06  20  Q.      Was anything done to prepare you to talk

       21  about that selection process before you sat down

       22  today?

       23  A.      No.

       24  Q.      So if I ask you a bunch of questions about

02:06  25  it, you wouldn't be prepared to answer those

02:06  1  today?

       2  A.      None.

       3  Q.      Who should I talk to if I wanted to know

       4  about the DHS selection process?

02:06  5  A.      I would guess it would probably be Phil

       6  Aufiero, yeah.

       7  Q.      Who is that?

       8  A.      He is -- I guess he's my counterpart and

       9  local defense and I don't know that he would be

02:06 10  the one but he could definitely point you in the

      11  right direction.  The spelling on his last name

      12  is A-u-f-i-e-r-o.

      13  Q.      He's a senior director in that department?

      14  A.      I don't know what his title is but he's

02:07 15  more or less my counterpart.  It just may be

      16  director.  I don't know how many directors they

      17  have.

      18  Q.      He's the director that handles Federal Law

      19  Enforcement?

02:07 20  A.      Yes.

      21  Q.      Does the fact that DHS has chosen the P320

      22  something that your sales team uses when it's

      23  selling guns to law enforcement agencies?

      24  A.      I wouldn't say it's high on the list but

02:07 25  I'm not going to say no one has ever mentioned

(815)596-0223                   Lexitas Legal operates in 30 states and is licensed where required by law.                   Station #F
www.lexitaslegal.com                                          California Firm Registration #179

02:07   1    it.

      2       (WHEREUPON, a document was marked as

      3    Exhibit Number 9.)

      4    BY MR. WERTS:

02:07   5    Q.    I've handed you what's been marked

      6    Deposition Exhibit 9 which is a two page exhibit

      7    SIG-MARKETING-90 and 91.

      8       Do you see that?

      9    A.    Yes.

02:09 10    Q.    And then the third page that I've stapled

    11    to the back, you'll find it's a zoom of the far

    12    right panel on 91.

    13    A.    Yes.

    14    Q.    And so -- and my interest is really just

02:09 15    the zoom-in page that I would have questions on

    16    but just so the record was clear, I wanted to

    17    kind of show where that was because it was

    18    something that I dreamed up.

    19    A.    (The witness reviewed the document.)

02:10 20    Q.    So on the "LAW ENFORCEMENT" under "Federal

    21    Law Enforcement" it has the Department of

    22    Homeland Security, U.S. Coast Guard and

    23    Department of the Interior.

    24       Do you see that?

02:10 25    A.    Yes.

02:10  1    Q.     Setting that aside whether the Coast Guard

       2    knows that SIG considers them law enforcement,

       3    not military, that's a different discussion.

       4           If I were to ask you questions I know the

02:10  5    answer on the Department of Homeland Security

       6    because we've already talked about it but are you

       7    prepared today to talk with me about

       8    communications with the Coast Guard or the

       9    Department of the Interior regarding the P320?

02:10 10    A.     No.

      11    Q.     Was anything done to prepare you to have

      12    that conversation with me?

      13    A.     No.

      14    Q.     Then under "State Law Enforcement," it

02:11 15    provides several and then it also has several

      16    municipalities that span the bottom of the middle

      17    column and far right column.

      18           Do you see that?

      19    A.     Yes.

02:11 20    Q.     Looking at this list, do all of these

      21    agencies still use the SIG Sauer P320 today?

      22    A.     (The witness reviewed the document.)  I

      23    don't know.

      24    Q.     Are there any that --

02:11 25    A.     So based on my dealings, I don't know

02:11  1   about North Dakota.  I don't know about Oklahoma

       2   Highway Patrol.  I would say those are the two

       3   suspect ones.  The municipal police departments,

       4   Pasco County Sheriff no longer does.  I'm not

02:12  5   sure about all of the rest.

       6   Q.    Are there any on that list under the

       7   municipal departments other than Pasco County

       8   Sheriff that you know do not continue to use the

       9   P320?

02:13 10   A.    The only one that I'm sure of is Pasco

      11   County.

      12   Q.    Did Pasco County tell SIG why it's

      13   discontinuing its use of the P320?

      14   A.    Officially, like, tell us how?  I'm not

02:13 15   quite sure I understand.

      16   Q.    So --

      17   A.    I know they transitioned out.

      18   Q.    Did they ever say why?

      19   A.    They may have told the regional manager

02:13 20   but I don't necessarily recall.

      21   Q.    Was it after the report of unintended

      22   discharge?

      23   A.    My recollection, it had more than one.

      24   Q.    On the P320?

02:13 25   A.    It's my recollection.  So do you want me

(815) 596-0223    Licensed in all 50 states and 9 licensed wherever required    Georgia Firm Registration #179
www.lexitaslegal.com                                        California Firm Registration #179

02:14  1  to guess?  Yes.  After -- sometime after the 1st.

2  Q.    Do you have reason to think that it was

3  any reason other than the repeated unintentional

4  discharge of the P320?

02:14  5  A.    I don't have any reason to believe that is

6  the only reason either, so I don't know how to

7  answer that one.

8  Q.    If we wanted to figure out why Pasco

9  County Sheriff stopped using the P320, how we

02:14  10  would do that?

11  A.    I guess contact Pasco County.

12  Q.    SIG doesn't know?

13  A.    Sorry?

14  Q.    SIG Sauer doesn't know?

02:14  15  A.    I may be able to talk to the regional

16  manager and say, Do you know from your source

17  there why?

18  Q.    Who is that regional manager?

19  A.    So, what year is this?

02:14  20  Q.    Looking at the other pages of our exhibit,

21  I can tell you that it's some time around 2019.

22  A.    So that would have been Dave O'Conner.

23  Q.    When did Pasco stop using the P320

24  platform?

02:15  25  A.    I don't know.  I just know that they

(815)596-0223          U.S. & Worldwide            Page 130 of 157
www.lexitaslegal.com        California Firm Registration #179

02:15  1   transitioned out.

      2   Q.     Do you know what they changed to?

      3   A.     I do not.

      4   Q.     SIG Sauer -- has SIG Sauer Law Enforcement

02:15  5   Sales staff been provided any talking points to

      6   address questions about the Pasco County Sheriff

      7   discontinuing its usage of the P320?

      8   A.     No.

      9   Q.     Are your sales folks given any training on

02:16 10   how to respond to a question like -- has anyone

    11   that has adopted the P320 ever dropped it as a

    12   department gun?

    13   A.     Can you say that one more time?

    14   Q.     Sure.  So you've got your sales staff --

02:16 15   A.     Yeah.

    16   Q.     -- and they're trained to respond to

    17   questions.  Right?

    18   A.     Yes.

    19   Q.     If one of those questions is responding to

02:16 20   questions about other agencies that may have

    21   discontinued the P320 after adopting it, how

    22   would your sales staff respond?

    23   A.     I think that would depend on who is asking

    24   the question.  So that may be I would say one of

02:16 25   two ways.  They could either refer them to the

02:16 1    agency to speak to.  If it's an "I heard this is

2    why," they may confirm or not confirm.

3              So, I think it's dependent on the

4    conversation and the relationship that the

02:17 5    regional manager has with the person asking the

6    question.

7    Q.      Okay.  If the question is, Hey, I heard

8    Pasco County dropped the P320 -- what would you

9    tell the prospective customer?

02:17 10             MR. GIBSON:  Form.

11             THE WITNESS:  Back to what I said.  It

12   would depend on my relationship with the person

13   asking the question.

14   BY MR. WERTS:

02:17 15   Q.      I'm brand new.  We just met today.

16   A.      I would tell you you should probably

17   contact Pasco County.

18   Q.      You're not going to tell me anything else?

19   A.      Can you restate your question?

02:17 20   Q.      And that's the only thing you're going to

21   tell me as a prospective customer?

22   A.      What was the original question?

23   Q.      I heard Pasco County Sheriff had the P320

24   and then they dropped it; what happened there?

02:17 25   A.      What do you mean by "dropped it"?

02:17  1    Q.     That they no longer use that as the duty

       2    weapon.

       3    A.     That is my understanding.  That is what I

       4    will tell you.

02:17  5    Q.     Why do they change guns?

       6    A.     That would be for them to tell you.

       7    Q.     Okay.  That's the totality of what you

       8    would expect a prospective customer being told?

       9    A.     You asked what I would say and that's what

02:18 10    I would tell you.

      11    Q.     Okay.  Would you expect your regional

      12    manager to say something different?

      13    A.     Back to what I previously said, I think

      14    that depends upon the relationship the regional

02:18 15    manager has with the person asking the question.

      16    Q.     How does that impact it?

      17    A.     So, the regional manager was in the

      18    sheriff's department down in Florida not far from

      19    Pasco County, so I would assume that somebody

02:18 20    with whom he worked with when he was there, they

      21    would have a much more candid, different

      22    conversation than they would have with you.

      23    Q.     And what would he say in the candid

      24    version?

02:18 25          MR. GIBSON:  Object to form.

02:18   1          THE WITNESS:   That I don't know.

        2   BY MR. WERTS:

        3   Q.      We looked at the product catalog a little

        4   bit ago and it referenced the DHS has adopted the

02:19   5   SIG Sauer P320.

        6          Do you recall that?

        7   A.      Uh-huh.   Yes.

        8   Q.      When law enforcement agencies are

        9   considering the P320, are they told that there

02:19  10   are differences between the DHS P320 and the

       11   regular factory P320?

       12   A.      I don't know that there is.

       13          (WHEREUPON, a document was marked as

       14   Exhibit Number 10.)

02:19  15   BY MR. WERTS:

       16   Q.      I've handed you now what's been marked as

       17   Deposition Exhibit 10.

       18          You've already agreed you're not an

       19   engineer, you're not a manufacturer but have you

02:20  20   ever seen one of these quality control

       21   presentations like what I've handed you in

       22   Exhibit 10?

       23   A.      I may have seen an assembly instruction.

       24   I don't know that I paid that much attention to

02:20  25   it.

02:20 1  Q.     That was going to be my point.  I mean,

2  you're not an engineering guy but if you will,

3  turn to Page 6 for me.

4        Under STEP 2, it talks about a blue and

02:21 5  white DHS slide assembly.  Do you see that?  It's

6  Page 2588 at the bottom.

7        MR. GIBSON:  Here.  It says sixth.

8  A.     Okay.  All right.  STEP 2.  Okay.

9  Q.     So the DHS gun has a different slide

02:21 10 assembly than the factory guns?

11 A.     I don't know what it says on the factory

12 gun assembly.

13 Q.     But the factory gun is not blue and white,

14 is it?

02:22 15 A.     I don't know that.

16 Q.     Have you ever seen a blue and white one

17 come off the factory?

18 A.     I don't know if this is pre-coating or I

19 don't know.  I don't really know what I'm looking

02:21 20 at.

21 Q.     Fair enough.  If you will, turn to Page 12

22 for me.

23 A.     Okay.

24 Q.     It talks about four.  At the top do you

02:22 25 see it says "Blue and White DHS Strikers."

(815)596-0023      Legal Updates in all 50 states and is licensed where required 05/24      Registration #155         133
www.lexitaslegal.com                          California Firm Registration #179
Case 5:19-cv-03095-ABR      Document 277 Filed 06/24      Page 135 of 157

02:22  1    A.      Yes.

       2    Q.      And you see where it says, Striker

       3    assemblies for the blue and white slides have the

       4    same similar process only with a different

02:22  5    striker pin which is offset.

       6            Do you see?

       7    A.      I do see that.

       8    Q.      Which is a different striker pin than was

       9    in all the other P320s.  Right?

02:22 10    A.      I'm assuming since it says "offset."

      11    Q.      You've seen lots of P320 striker pins.

      12    Right?

      13    A.      I've seen my fair share.

      14    Q.      Ever seen one that is offset?

02:22 15    A.      Not that I recall.

      16    Q.      So going back to my only question of

      17    whether SIG Sauer tells other law enforcement

      18    agencies that there are differences from the DHS

      19    gun and the other firearms that might be sold,

02:23 20    that's not something that you are told, is it?

      21    A.      No.

      22    Q.      We talked earlier about a component that

      23    was coated.  Do you recall that?

      24    A.      Yes.  Trigger bar, trigger bar spring.  I

02:23 25    don't remember which one.

(855) 596-0273                Lexitas operates in 30 states and is licensed where required as CSR Registration #179
www.lexitaslegal.com                                    California Firm Registration #179

02:23  1    Q.     And to be fair, I think you said it was

       2    the trigger bar and Keith and I talked about this

       3    and it's actually the spring but you're not an

       4    engineer, so I'm not going to beat you up about

02:23  5    that.

       6    A.     Thank you.

       7    Q.     Who ever it was that you talked to should

       8    have explained it a little bit better but that is

       9    neither here nor there.

02:23 10           But the DHS gun had a different coated

      11    spring that was used in other P320s.  Correct?

      12    A.     That's my understanding at the time their

      13    guns were built, yes.

      14    Q.     And that's not something that was ever

02:23 15    disclosed to any of the law enforcement agencies

      16    that were considering buying the P320, was it?

      17    A.     Not that I'm aware of.

      18    Q.     And, in fact, you didn't even know about

      19    it until you were getting ready for this

02:24 20    deposition, did you?

      21    A.     Correct.

      22    Q.     If I were to ask you a bunch of questions

      23    about the problems with that spring why DHS

      24    wanted a different spring, what was done to fix

02:24 25    it, have you been prepared to answer those

(815) 596-0223   Legal Updates in all 50 states and is licensed where required   (06/24) Registration #179
www.lexitaslegal.com                              California Firm Registration #179

02:24  1    questions?

       2    A.      No.

       3    Q.      Or if I wanted to ask you about the

       4    communications back and forth between SIG and DHS

02:24  5    about the spring replacement, are you prepared to

       6    answer those questions?

       7    A.      No.

       8    Q.      Do law enforcement agencies ever provide

       9    particular requirements for guns that they might

02:25 10    be considering buying from SIG Sauer?

      11    A.      Yes.

      12    Q.      Walk me through that process on that.  How

      13    does that happen?

      14    A.      So there are RFPs, Request For Purchase,

02:25 15    or RFI, Request For Information, that is probably

      16    the most formal notification we ever get.

      17    Oftentimes it is simply we want to take a look at

      18    the P320 carrier full with whatever -- you know,

      19    I want a Romeo 1 Pro.  A lot of it is driven by

02:25 20    optics today but typically it's a communication

      21    from the agency to us either through regional

      22    manager or one of our distributors.

      23    Q.      And you give an example earlier of like

      24    NYPD has a minimum trigger pull.

02:26 25    A.      Yes.

(815) 596-0223                 Lexitas operates in all 50 states and is licensed where required by law.                        Page 138
www.lexitaslegal.com                                    California Firm Registration #179

02:26  1    Q.     But the P320 does not satisfy that trigger

       2    pull.  Correct?

       3    A.     The standard P320?

       4    Q.     Correct.

02:26  5    A.     Correct.

       6    Q.     So, can SIG Sauer manufacture a special

       7    P320 for special requirements?

       8           MR. GIBSON:  Object to scope.  Go ahead,

       9    answer.

02:26 10           THE WITNESS:  I think we have a lot of

      11    capabilities and I'm not going to ever guess that

      12    we couldn't do it.

      13    BY MR. WERTS:

      14    Q.     Let's stick within our communications

02:26 15    capacity.

      16           Has anybody ever asked the Law Enforcement

      17    Department for a heavier trigger pull than the

      18    P320?

      19    A.     Yes.

02:26 20    Q.     Who?

      21    A.     Ontario Province in Canada has an 8 pound

      22    trigger weight requirement.

      23    Q.     Okay.  Anyone else?

      24    A.     NYPD.  That's never been -- that's never

02:27 25    gone anywhere.  Off the top of my head, I can't

02:27 1  think of any others.

2  Q.      Were you able to sell Ontario 8 pound

3  trigger weight P320s?

4  A.      I believe we did provide them.

02:27 5  Q.      But that's not the standard P320.  An 8

6  pound trigger pull would not be the standard ones

7  you're selling.  Right?

8  A.      The 320, no.  But if that's what we show

9  on the M-17 and M-18 in the law enforcement

02:28 10  world, that is the standard with the option to go

11  with a 6 plus or minus trigger pull if they want

12  that.

13  Q.      I want to break that down just a little

14  bit.  So, you said the P320, the standard trigger

02:28 15  is in the vicinity of 6 --

16  A.      Yes.

17  Q.      -- is what you tell folks.  But if you're

18  selling them an M-17 or M-18, those are an 8

19  pound trigger pull.

02:28 20          Is that a yes?

21  A.      Yes.

22  Q.      And that's what you tell people to ask

23  about the M-17 and M-18 that that is the standard

24  trigger pull on that pistol?

02:28 25  A.      Yes.

(855) 596-0223    Licensed in all 50 states and is licensed where required    Scheduled 05/24    Registration #140F
www.lexitaslegal.com                          California Firm Registration #179

02:28  1   Q.      But if an agency waned an M-17 or M-18

       2   with a vicinity of 6 trigger pull, you could sell

       3   them that gun too?

       4   A.      Yes.

02:28  5   Q.      Do you tell them what has to be different

       6   in order to accomplish that?

       7   A.      I'm not quite sure of what you're asking.

       8   Q.      What is the difference between an 8 pound

       9   and 6 pound --

02:29 10   A.      There's a spring in the trigger.

      11   Q.      When you're selling the M-17 and M-18, do

      12   you tell them which trigger weight is the

      13   military standard -- what the military has

      14   adopted?

02:29 15   A.      No.

      16   Q.      Do you know which one it has?

      17   A.      No.

      18   Q.      You just know that you have an option for

      19   8 pounds on those?

02:29 20   A.      Yes.

      21   Q.      But you don't on the standard P320?

      22   A.      I'm sorry?

      23   Q.      But do you not have that option on just a

      24   standard P320 full size pistol?

02:29 25   A.      It's an option.  It's just not a standard

02:29   1   but we can do an 8 pound trigger on the P320 as

        2   well.

        3   Q.      Is that a special order or is that

        4   something that is in a catalog that a consumer or

02:30   5   an individual law enforcement officer can buy?

        6   A.      So, it's not a standard built so it

        7   doesn't go out the door like that.  However, if

        8   there's a requirement or somebody wants it, yes,

        9   we can do it.

02:30  10   Q.      But the 8 pound trigger is not the

       11   standard build?

       12   A.      Not on a P320.

       13   Q.      It is the standard on the M-17 or M-18.

       14   A.      For law enforcement.

02:31  15   Q.      When you're selling the SIG Sauer P320,

       16   does the sales staff have any training on saying

       17   that the P320 has passed certain safety testing

       18   and safety standards?

       19   A.      In relationship to?

02:31  20   Q.      You're trying to sell the gun and like,

       21   Hey, we got this P320.  Would you say something

       22   like it's passed all these safety tests or it's

       23   passed certain tests or do you talk about safety

       24   tests?

02:31  25   A.      It's very rare that anything comes up and

(855) 596-0223   Lexitas NOW operates in all 50 states and is licensed where required   CA Registration #195F
www.lexitaslegal.com                                    California Firm Registration #179

02:31   1   I think what came up most during the LEVUP as far

        2   as the drop safety but typically I don't recall

        3   it ever coming out outside that.

        4   Q.      Has SIG Sauer ever had a law enforcement

02:32   5   agency ask for a tab trigger on a P320?

        6   A.      Not that I recall.  I don't recall

        7   although it was an option -- and actually I'm

        8   going to take that back.  Royal Canadian Mounted

        9   Police when they issue their RFI, the tab trigger

02:32  10   was included and later it was taken out of the

       11   RFP.

       12   Q.      Anyone else other than the Mounties?

       13   A.      Not that I recall ever hearing.

       14   Q.      If somebody asked for one, could you sell

02:33  15   them a gun with a tab trigger?

       16           MR. GIBSON:  Object to form.

       17           THE WITNESS:  Once again, we have the

       18   capabilities to do a lot.  Right?

       19   BY MR. WERTS:

02:33  20   Q.      On the law enforcement guns, is the manual

       21   safety an option?

       22   A.      Yes.

       23   Q.      Is it an option on every size P320?

       24   A.      So, I know it's an option in the carry in

02:33  25   the full size.  I don't know about the compact.

(815) 596-0273  Lexitas Legal operates in all 50 states and is licensed where required.  Registration #149
www.lexitaslegal.com                          California Firm Registration #179

02:33  1   Q.      But the carry size can come with the

2   optional manual safety?

3   A.      Yes.

4   Q.      Does SIG Sauer ever receive any

02:34  5   communication from a law enforcement agency, Hey,

6   I don't want a manual safety on my guns?

7   A.      That they don't want it?

8   Q.      Yep.

9   A.      I don't recall ever seeing anything like

02:34 10   that.

11   Q.      Are there some departments that want the

12   manual to be optional manual safety?

13   A.      I've never had one ask for it.

14   Q.      We talked a little bit earlier about the

02:35 15   manual that comes with the P320.

16           Do you recall that?

17   A.      Yes.

18   Q.      And I believe you indicated that the law

19   enforcement models come with the same manual as

02:35 20   would be sold for the consumer version.  Correct?

21   A.      I'm assuming it does.

22   Q.      And that the same statements are made to

23   law enforcement folks about the safety

24   characteristics of the P320 as were made to the

02:36 25   consumers.  Correct?

(855) 596-0223     Lexitas services in 50 states and is licensed where required by law     California Firm Registration #179
www.lexitaslegal.com

02:36  1          MR. GIBSON:  Object to scope.

       2          THE WITNESS:  I need to hear that again.

       3    BY MR. WERTS:

       4    Q.      Sure.  Let me ask it a better way with the

02:36  5    rest of the question.

       6          Other than the manual, are the performance

       7    or safety characteristics of the P320

       8    communicated to law enforcement folks through any

       9    other means?

02:36 10    A.      Other than the pamphlet that comes with

      11    the gun?

      12    Q.      Yeah.

      13    A.      So if there's questions, yes.  Most of our

      14    customers are well-read.  They don't walk into

02:36 15    this blindly but certainly we're there to answer

      16    their questions and frequently do.

      17    Q.      But in the absence of questions, it's the

      18    thing that SIG Sauer affirmatively says?

      19    A.      As far as the safety and the operation?

02:37 20    Q.      The safety and performance

      21    characteristics.

      22    A.      I think that is fair.

      23    Q.      Is there anything else?

      24    A.      No.

02:37 25    Q.      I want to know if there is.

(815) 596-0733   Legal Associates in all 50 states and 12 licensed wholly-secured 05/20/25 Registration #179
www.lexitaslegal.com                                California Firm Registration #179                    143

02:37  1   A.      No.

       2   Q.      Okay.  Have you ever heard of the National

       3   Institute for Justice?

       4   A.      Yes.

02:37  5   Q.      What is that?

       6   A.      They set forth standards as they pertain

       7   to certain things like the drop safety on body

       8   armor and other things utilized by law

       9   enforcement.

02:38 10   Q.      And were you aware that they have a

      11   standard for auto loading pistols for police

      12   officers?

      13   A.      I am.  I did not know that.

      14   Q.      As part of your sales materials, does SIG

02:38 15   Sauer ever tell law enforcement agencies that the

      16   P320 passes the NIJ standards?

      17   A.      I've never done it.  I don't know that if

      18   any of my guys ever have.

      19   Q.      Do you know whether the P320 has passed

02:38 20   that standard?

      21   A.      I don't know what the standard is.

      22   Q.      Not something you communicate with when

      23   you're selling the P320 to law enforcement

      24   agencies?

02:39 25   A.      No.

(855) 596-0223   Serving All 50 states and is licensed where required.   California Firm Registration #179   www.lexitaslegal.com

02:39  1    Q.      There's no talking about it at all?

       2    A.      I don't know anything about it.  It makes

       3    it kind of hard.

       4    Q.      I know we talked a little bit about

02:39  5    Department of Homeland Security and if I were to

       6    ask you questions about communications that SIG

       7    Sauer has had with Homeland Security about any

       8    testing that DHS has done on the P320, you

       9    wouldn't be prepared to answer those questions

02:40 10    today.  Correct?

      11    A.      I am not.

      12    Q.      Have other law enforcement agencies other

      13    than Federal law enforcement agencies performed

      14    any testing on the P320?

02:40 15    A.      Yes.

      16    Q.      Who?

      17    A.      I know Texas DPS did and I have to

      18    actually now that I have started that to ask you

      19    to clarify what "testing" is.

02:40 20    Q.      A series of objective measures to

      21    determine the performance and safety

      22    characteristics of the gun.

      23    A.      I would have to say pretty much every law

      24    enforcement agency does some sort of testing.

02:40 25    Q.      Does SIG Sauer have communications from

(815) 596-0223   Legal Updates in all 50 states and is licensed where required   (815) 596-0253
www.lexitaslegal.com                           California Firm Registration #179

02:40  1  those agencies about the testing?

       2  A.      Usually verbal.  There are some that will

       3  provide written.

       4  Q.      Can you think of anybody that has ever

02:41  5  provided a written feedback on their testing?

       6  A.      Texas DPS which is why they first came to

       7  mind.

       8  Q.      Anyone else?

       9  A.      None other that come to mind here but

02:41 10  those are the main ones that I can think of right

      11  now.

      12  Q.      Has Texas DPS ever adopted the SIG Sauer

      13  P320 as its duty firearm?

      14  A.      Yes.

02:41 15  Q.      Do they still?

      16  A.      They are in the process of transitioning

      17  to the M-18, I believe.  They could be the M-17.

      18  I'm not quite sure which one.

      19  Q.      Have they told you why they're

02:41 20  transitioning?

      21  A.      This was optics-driven.

      22  Q.      What does that mean?

      23  A.      They currently don't have a mounted optic

      24  on their gun and they tested different optics and

02:42 25  decided they wanted to go the M-17 optic, so they

(855) 996-0823            Lexitas - All States in all 50 states and is licensed where required by law            146
www.lexitaslegal.com                        California Firm Registration #179

02:42  1  are transitioning to M-17 or M-18 to accommodate

       2  that optic.

       3  Q.    And all of the M-17 and M-18s have a

       4  manual safety on them.  Correct?

02:42  5  A.    No, they do not.

       6  Q.    You can get an M-17 or M-18 without a

       7  manual safety?

       8  A.    The LA version?  Yes.

       9  Q.    Is Texas DHS getting the M-17 or M-18 with

02:42 10  or without a manual safety?

      11  A.    Without.

      12  Q.    Does SIG Sauer provide any guidance to law

      13  enforcement agencies as to whether to carry the

      14  P320 with a round chambered?

02:44 15  A.    No.

      16  Q.    Would you be surprised to learn that the

      17  manual tells you to not chamber a round until

      18  they're ready to fire?

      19  A.    Would I be surprised?

02:43 20  Q.    Yes.

      21  A.    I don't know that anything would really

      22  surprise me anymore.

      23  Q.    Did you know that before I brought it up?

      24  A.    I think I remember something along those

02:43 25  lines.

(855) 996-0223    Lexitas unites in 50 states and is licensed where required.    Firm Registration #719
www.lexitaslegal.com                    California Firm Registration #179

02:44   1    Q.      Do most law enforcement officers carry

        2    their duty weapon with a round in the chamber?

        3    A.      My best guess is yes.

        4    Q.      Are you aware of any that do not?

02:44   5    A.      No.

        6    Q.      Does SIG Sauer provide any guidance to law

        7    enforcement on what holsters they should use when

        8    carrying the P320?

        9    A.      So, I don't know that I would call it

02:45  10    "guidance."  I would say that we caution agencies

       11    to do their due diligence and make sure that the

       12    pistol and whatever lights or optics they put on

       13    it by the security that they want to have.  But

       14    as far as pointing them in a direction of use

02:45  15    this holster or that holster, we do not provide

       16    any of that.

       17    Q.      Does SIG Sauer provide any guidance as to

       18    what holsters not to use with the P320?

       19    A.      No.

02:45  20    Q.      Does SIG Sauer ever provide any guidance

       21    to law enforcement as to what holsters not to use

       22    with the P320?

       23    A.      Not that I'm aware of.

       24    Q.      Were you aware of problems that were

02:46  25    reported with the Serpa or the Blackhawk Serpa

(855) 596-0273   Lexita operates in all 50 states and is licensed where required by law.   California Firm Registration #179
www.lexitalegal.com                                    California Firm Registration #179

02:46 1  holsters in relation to the P320?

2  A.     Vaguely.  I just don't recall what it was.

3  Q.     But your folks have never told law

4  enforcement officers, Hey, don't use the

02:46 5  Blackhawk Serpa holster.  Correct?

6  A.     I can't guarantee that no one has uttered

7  those words.  I would say as a matter of

8  business, we don't endorse or condemn anybody

9  else's products.

02:46 10  Q.     Does SIG make its own holsters?

11  A.     I don't know.  I know there was a time we

12  had SIG TAC I think it was called which were

13  Kydex holsters that came in a lot of our -- I

14  would say law enforcement carry gun but like a

02:47 15  concealed carry.  I don't know whether we still

16  do or do not have that.

17  Q.     And the reason why I asked is probably a

18  full disclosure.  I bought an M-18 at Bass Pro.

19  It had almost 30 BOX, it had a SIG Sauer logo on

02:47 20  it I didn't know I was buying until I got it

21  home.

22         My question is, is that standard or is

23  that an unusual thing?

24  A.     You know, the consumer packing is

02:47 25  completely different than the law enforcement

(815) 596-0223     Lexitas operates in 50 states and is licensed where required.     Registration #179
www.lexitaslegal.com                              California Firm Registration #179

02:47  1   side.  I don't know that any of our guns

       2   ear-marked on the law enforcement side contain a

       3   holster.  I would be surprised if they did.

       4   Q.      That was my question.  Do the law

02:47  5   enforcement folks get holsters or are they just

       6   lucky?

       7   A.      You've got a deal.

       8   Q.      And so you indicated and your answer was

       9   in the present tense, so I just want to be clear

02:47 10   on this.

      11         SIG Sauer has never given any guidance on

      12   what holsters either to use or not use with the

      13   SIG Sauer P320.  Correct?

      14         MR. GIBSON:  Object to the form.

02:48 15         THE WITNESS:  We have never communicated

      16   to any of our people to endorse or condemn any

      17   holster product.

      18   BY MR. WERTS:

      19   Q.      And I'm not trying to catch like one of

02:48 20   your sales guys giving a personal opinions or

      21   something like that.

      22   A.      Right.  And that does happen.  There's no

      23   doubt.

      24   Q.      But just as far as like a position and a

02:48 25   standardized communication.

(855) 996-0223                Lexitas Companies in 30 states and 13 licensed wholly-owned subsidiaries
www.lexitaslegal.com                    California Firm Registration #179

02:48  1  | A.     Doesn't exist.

       2  | Q.     Doesn't exist.

       3  |        MR. WERTS:  Let's go off the record.

       4  |        THE VIDEOGRAPHER:  We're off the record.

02:48  5  | The time is 2:48.

       6  |        (There was a short break.)

       7  |        THE VIDEOGRAPHER:  We are on the record.

       8  | The time is 2:55.

       9  | BY MR. WERTS:

02:55 10  | Q.     So we were marketing or selling the SIG

      11  | Sauer P320.

      12  |        Do you have like a spec sheet that

      13  | describes the physical characteristics of a gun?

      14  | A.     We do have spec sheets, yes.

02:55 15  | Q.     What is a spec sheet?

      16  | A.     It's an informational sheet that basically

      17  | lists all the features, length, dimensions.  It's

      18  | a specification sheet.

      19  | Q.     Is that sometimes called a sell sheet or a

02:55 20  | sales sheet?

      21  | A.     Yes.

      22  | Q.     Is a spec sheet and a sales sheet the same

      23  | thing?

      24  | A.     In my mind, yes.

02:55 25  | Q.     I want to hand you what is an excerpt of

(815)596-0223   Lexitas Affiliates in all 50 states and 12 licensed wholly owned offices   California Firm Registration #179
www.lexitaslegal.com

02:55  1   the SIG Sauer P320 manual to mark this as

2   Deposition Exhibit Number 11.

3        (WHEREUPON, a document was marked as

4   Exhibit 11 and the witness reviewed the

02:56  5   document.)

6   BY MR. WERTS:

7   Q.    If you will turn to the last page, you'll

8   see there's a part number an a REV 00.

9        Do you see that?

02:56 10   A.    Yes.

11   Q.    And someone else has told me that that

12   means this was the original manual for the P230

13   that came out.  So, this is version 00.

14   A.    Okay.

02:56 15   Q.    So, this has what I've excerpted out are

16   the specifications that were included in that

17   version.

18        Is this the same type of information that

19   you have on your sales sheets you're describing

02:56 20   or is it something different?

21   A.    This is basically it.  They don't look

22   like this but similar information.

23   Q.    Because the sell sheets are formatted and

24   have some artwork --

02:57 25   A.    Yes.

(815) 596-0223      Lexitas operates in all 50 states and is licensed where required.   Firm Registration #190
www.lexitaslegal.com                    California Firm Registration #179

02:57  1   Q.     -- and then like a little box that

       2   summarizes the specifications.  Right?

       3   A.     Yes.

       4   Q.     And this describes the trigger pull on all

02:57  5   three versions or all three sizes of the P320

       6   frame as a 5.5, 6.5 trigger pull.  Right?

       7          That's what the document says?

       8   A.     Yes.

       9   Q.     And that that falls within as you

02:57  10  described in the vicinity of 6?

       11  A.     6 plus or minus, yes.

       12         MR. WERTS:  Okay.  Mr. Farkus, I

       13  appreciate your time and attention today.  Those

       14  are the questions I have.

02:57  15        MR. GIBSON:  No questions for me.

       16        THE VIDEOGRAPHER:  We're off the record.

       17  The time is 2:57.

       18        THE REPORTER:  Mr. Werts, would you like

       19  me to type this up?

02:58  20        MR. WERTS:  Yes.  Electronic only with the

       21  exhibits scanned.

       22        MR. GIBSON:  Same for me.  Full and a

       23  mini.

       24              FURTHER DEPONENT SAITH NOT

02:59  25        (Proceedings concluded at 3 p.m.)

```
02:59  1              E R R A T A   P A G E

       2          I, MATTHEW FARKAS, having read the
              foregoing deposition, Pages 1 through 153, do
       3      hereby certify said testimony is a true and
              accurate transcript, with the following changes
       4      (if any):

02:59  5
              PAGE   LINE          SHOULD HAVE BEEN
       6      _____  _____         _____

       7      _____  _____         _____

       8      _____  _____         _____

       9      _____  _____         _____

02:59 10      _____  _____         _____

      11      _____  _____         _____

      12      _____  _____         _____

      13      _____  _____         _____

      14      _____  _____         _____

02:59 15      _____  _____         _____

      16      _____  _____         _____

      17      _____  _____         _____

      18      _____  _____         _____

      19      _____  _____         _____

02:59 20      _____  _____         _____

      21
                               _____
      22                       MATTHEW FARKAS
              _____
      23      Notary Public
              My Commission Expires: _____
      24
              Reported by: Amy J. Schreck, LCR
      25
```

(855) 596-0221                  Lexitas, operates in 30 states and is licensed where required.                  Texas Firm Registration #136
www.lexitaslegal.com                                California Firm Registration #179                                                    154

```
1              REPORTER'S CERTIFICATE

2

3   STATE OF TENNESSEE

4   COUNTY OF ROANE

5

6         I, Amy J. Schreck, Licensed Court

7   Reporter, with offices in Knoxville, Tennessee,

8   hereby certify that I reported the foregoing

9   deposition of MATTHEW FARKAS by machine shorthand

10  to the best of my skills and abilities, and

11  thereafter the same was reduced to typewritten

12  form by me.  I am not related to any of the

13  parties named herein, nor their counsel, and have

14  no interest, financial or otherwise, in the

15  outcome of the proceedings.

16        I further certify that in order for this
    document to be considered a true and correct
17  copy, it must bear my original signature, and
    that any unauthorized reproduction in whole or in
18  part and/or transfer of this document is not
    authorized, will not be considered authentic, and
19  will be in violation of Tennessee Code Annotated
    39-14-104, Theft of Services.

20

21  _____
    Amy J. Schreck, LCR
22  Lexitas
    LCR #13358964 - Expires: 6/30/26
23

24

25
```