# Exhibit 21



# WASHINGTON STATE
# CRIMINAL JUSTICE TRAINING COMMISSION

Monica Alexander, Executive Director

19010 1st Avenue South • Burien, WA 98148 • Phone: 206-835-7300 • www.cjtc.wa.gov

October 17, 2024

**ELECTRONICALLY DELIVERED**

Dear Esteemed Stakeholders:

The purpose of this letter is to share an immediate action item that may affect your agency.

The Washington State Criminal Justice Training Commission (WSCJTC) has become aware of a serious safety concern with the Sig Sauer P320. Recently during a Basic Law Enforcement Academy (BLEA) firearms training, a student experienced a premature discharge with their agency issued firearm. This incident led our staff to discover a similar premature discharge occurring in Washington this year, therefore, out of an abundance of caution, the WSCJTC will not authorize the use of the Sig Sauer P320 in our agency-owned or contracted training facilities until further notice. Please know this decision was made with the health and safety of our staff and students in mind.

The WSCJTC would like to share a couple of articles (The Trace, NPR) referencing the actions filed against the manufacturer since 2017 and those with judgments against them. As a result, the WSCJTC will be filing a report with the Department of Labor and Industries to assist in investigating our concerns. Additionally, the WSCJTC will assemble a workgroup consisting of firearms staff and impacted stakeholder personnel to research this issue in greater detail.

I understand that this decision comes with little notice and may have a financial impact on your agency. I appreciate your understanding and support.

If you should have any questions, please do not hesitate to contact me at Jerrell.Wills@cjtc.wa.gov or (206) 835-7365, or Applied Skills Training Division Manager Chris Travis, at Chris.Travis@cjtc.wa.gov.

Sincerely,

Jerrell C. Wills
Deputy Director

cc: Monica A. Alexander, Executive Director
　　Henry F. Gill, Firearms Program Manager
　　Christopher P. Travis, Applied Skills Training Division Manager

TRAINING THE GUARDIANS OF DEMOCRACY
Case 6:22-cv-03095-MDH   Document 121-21   Filed 11/05/24   Page 2 of 2