# Exhibit 23

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA GLASSCOCK, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Case No. 22-CV-3095-MDH ) |
| SIG SAUER, INC., | ) ) |
| Defendant. | ) ) |

## DECLARATION OF MATTHEW L. DAMERON

I, Matthew L. Dameron, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a founding partner of Williams Dirks Dameron LLC. I submit this Declaration in support of Plaintiff's Motion for Class Certification and Suggestions in Support ("Motion"). I am over the age of 18 years old. I make this statement of my own personal knowledge and, if called to testify, would testify competently thereto.

2. Attached to the Motion as Exhibit 1 is a true and correct copy of a Sig Sauer P320 advertisement that was produced by Sig Sauer in this litigation, Bates No. SIG-MARKETING-000042.

3. Attached to the Motion as Exhibit 2 is a true and correct copy of the transcript of the 30(b)(6) Deposition of Sig Sauer, Inc., via Matthew Taylor, dated September 10, 2024.

4. Attached to the Motion as Exhibit 3 is a true and correct copy of Sig Sauer's "Glossary" of terms accessed at https://www.sigsauer.com/glossary.

1

5. Attached to the Motion as Exhibit 4 is a true and correct copy of the Report of Findings, Product Defect Analysis by Beau A. Biller, M. Eng., P.E., ACTAR, dated November 5, 2024.

6. Attached to the Motion as Exhibit 5 is a true and correct copy of the Rule 26(a)(2)(B) Declaration of Benjamin D. Gatrost, dated November 5, 2024.

7. Attached to the Motion as Exhibit 6 is a true and correct copy of the "Sig Sauer – Striker Fired Pistol" design overview that was produced by Sig Sauer in this litigation, Bates. Nos. P320Design000001–04.

8. Attached to the Motion as Exhibit 7 is a true and correct copy of the United States Government Accountability Office's (GAO) denial of Sig Sauer, Inc.'s appeal concerning the rejection of its firearms proposal, obtained from a publicly available source, and dated July 23, 2010.

9. Attached to the Motion as Exhibit 8 is a true and correct copy of the Transcript of Jury Trial Proceedings, testimony of Sean Toner, obtained from a publicly available source, dated June 12, 2024.

10. Attached to the Motion as Exhibit 9 is a true and correct copy of an email from Sean Toner dated June 5, 2014 that was produced by Sig Sauer in this litigation, Bates No. P320Design000040.

11. Attached to the Motion as Exhibit 10 is a true and correct copy of the transcript of the 30(b)(6) Deposition of Sig Sauer, Inc., via Thomas Taylor, dated September 12, 2024

12. Attached to the Motion as Exhibit 11 is a true and correct copy of the Expert Report of Edward M. Stockton, dated November 5, 2024.

13. Attached to the Motion as Exhibit 12 is a true and correct copy of a P320 product catalogue that was produced by Sig Sauer in this litigation, Bates Nos. Sig-GLASSCOCK00001727–65.

14. Attached to the Motion as Exhibit 13 is a true and correct copy of an electronically printed version of a native excel spreadsheet produced by Sig Sauer in this litigation, titled "MHS Pistol Failure Modes, Effects, and Criticality Analysis (FMECA)," original Bates No. SIG-ARMY 00000414.

15. Attached to the Motion as Exhibit 14 is a true and correct copy of a document titled "Failure Modes, Effects and Criticality Analysis (FMECA)," dated February 16, 2017, that was produced by Sig Sauer in this litigation, Bates Nos. SIG-ARMY 00000412–13.

16. Attached to the Motion as Exhibit 15 is a true and correct copy of a document titled "PURCHASE DESCRIPTION / MODULAR HANDGUN," dated December 17, 2015, that was produced by Sig Sauer in this litigation, Bates Nos. SIG-ARMY 000001–125.

17. Attached to the Motion as Exhibit 16 is a true and correct copy of and email, dated July 27, 2021, from Samantha Piatt, including an attachment, that was produced by Sig Sauer in this litigation, Bates Nos. SIG-GLASSCOCK00000183–85.

18. Attached to the Motion as Exhibit 17 is a true and correct copy of an email from Tom Taylor, dated April 13, 2023, including attachments, that was produced by Sig Sauer in this litigation, Bates Nos. SIG-GLASCOCK00000228–35.

19. Attached to the Motion as Exhibit 18 is a true and correct copy of an article published by the Washington Post, titled *Popular handgun fires without anyone pulling the trigger, victims say*, by Champe Barton and Tom Jackman, dated April 11, 2023, publicly available at

https://www.washingtonpost.com/dc-md-va/2023/04/11/victims-say-sig-sauer-p320-fires-on-own/.

20. Attached to the Motion as Exhibit 19 is a true and correct copy of the transcript of the 30(b)(6) Deposition of Sig Sauer, Inc., via Christopher Meyer, dated September 11, 2024

21. Attached to the Motion as Exhibit 20 is a true and correct copy of the transcript of the 30(b)(6) Deposition of Sig Sauer, Inc., via Matt Farkas, dated September 23, 2024

22. Attached to the Motion as Exhibit 21 is a true and correct copy of a memorandum issued by the Washington State Criminal Justice Training Commission, dated October 17, 2024, delivered via email from Jerrel Wills, the Deputy Director of the Washing State Criminal Justice Training Commission.

23. Attached to the Motion as Exhibit 22 is a true and correct copy of a Sig Sauer P320 advertisement that was produced by Sig Sauer in this litigation, Bates No. SIG-MARKETING-000253.

24. Attached to the Motion as Exhibit 24 is a true and correct copy of the Verdict Form from *Lang v. Sig Sauer, Inc.*, No. 21-CV-4196 (June 20, 2024) ECF No. 131.

25. Attached to the Motion as Exhibit 25 is a true and correct copy of a Sig Sauer P320 advertisement that was produced by Sig Sauer in this litigation, Bates No. SIG-MARKETING-000033.

26. Attached to the Motion as Exhibit 26 is a true and correct copy of a Sig Sauer P320 advertisement that was produced by Sig Sauer in this litigation, Bates No. SIG-MARKETING-000051.

27. Attached to the Motion as Exhibit 27 is a true and correct copy of a Sig Sauer P320 advertisement that was produced by Sig Sauer in this litigation, Bates No. SIG-MARKETING-000088.

28. Attached to the Motion as Exhibit 28 is a true and correct copy of the Declaration of Carla A. Peak from Verita Global Regarding Proposed Class Certification Notice Plan dated November 5, 2024, including its exhibit.

29. I have also prepared a draft notice to be delivered to class members upon certification, which is attached to the Motion as Exhibit 29

30. To date, Plaintiff Joshua Glasscock has participated actively in discovery, including sitting for a deposition, answering interrogatories, and gathering and producing documents.

31. I have extensive experience in handling matters related to consumer protection, including prosecuting similar cases via the class action device.

32. This experience includes being co-lead class counsel in *Burnett v. National Association of Realtors* (W.D. Mo.), where our trial team secured a $1.7 billion dollar jury verdict in a class action for antitrust claims brought on behalf of Missouri consumers, and whereby an MMPA class was certified on behalf of Missouri consumers.

33. Additionally, our firm has a track record of successfully litigating claims in the U.S. District Court for the Western District of Missouri in cases such as: *Smith, et al., v. Atkins Nutritionals Inc.*, Case No. 2:18-cv-04004-MDH; *Hays v. Nissan*, Case No. 4:17-cv-00353-BCW; and *Woods v. CVS-Caremark*, Case No. 4:14-cv-00583-SRB.

34. Mine, my firm's, and my co-counsel's extensive qualifications to handle this litigation are explained in more detail in the firm resumes of Williams Dirks Dameron LLC and Lear Werts LLP, which are attached to the Motion as Exhibits 30-31.

35. Upon investigation, the following 32 cases were determined to have been filed against Sig Sauer, alleging harm due to an inadvertent discharge of the P320:

| Personal Injury Suits Against Sig Sauer Concerning P320 | | | | |
|---|---|---|---|---|
| Case Name[1] | Law Enforcement Plaintiff | Jurisdiction | Case No. | Date Filed |
| *Vadnais v. Sig Sauer\** | Sheriff | E.D. Va. | 18-CV-540 | May 4, 2018 |
| *Mayes v. Sig Sauer\** | Former law enforcement | W.D. Ky. | 19-CV-146 | Oct. 16, 2019 |
| *Frankenberry v. Sig Sauer\** | Former Police Officer | D. S.C. | 19-CV-2990 | Oct. 22, 2019 |
| *Jinn v. Sig Sauer\** | Homeland Security Special Agent | S.D.N.Y. | 20-CV-1122 | Feb. 10, 2020 |
| *Hoefs v. Sig Sauer\** | x | W.D. Wash. | 20-CV-5173 | Feb. 26, 2020 |
| *Williams v. Sig Sauer\** | x | E.D. Ky. | 20-CV-78 | May 22, 2020 |
| *Guay v. Sig Sauer\** | x | D. N.H. | 20-CV-736 | July 2, 2020 |
| *Powers v. Sig Sauer\** | Former U.S. Sergeant | M.D. Fla. | 20-CV-2026 | Aug. 28, 2020 |
| *Haynes v. Sig Sauer\** | Police Officer | N.D. Ga. | 20-CV-4218 | Oct. 13, 2020 |
| *Schneider v. Sig Sauer\** | x | D. N.H. | 20-CV-1190 | Dec. 18, 2020 |
| *Watson v. Sig Sauer\** | x | N.D. Tex. | 21-CV-106 | Jan. 29, 2021 |
| *Slatowski v. Sig Sauer\** | Deportation Officer with ICE | E.D. Pa. | 21-CV-729 | Feb. 17, 2021 |
| *Campbell v. Sig Sauer\** | | W.D. Mo. | 21-CV-5047 | May 19, 2021 |
| *Ahern v. Sig Sauer* | Detective Lieutenant | D. Mass. | 21-CV-11007 | June 16, 2021 |
| *Hilton v. Sig Sauer\** | Detective | E.D. Tex. | 21-CV-441 | Aug. 16, 2021 |
| *Collette v. Sig Sauer\** | Police Officer | D. Mass. | 21-CV-11392 | Aug. 25, 2021 |
| *Lang v. Sig Sauer\** | x | N.D. Ga. | 21-CV-4196 | Oct. 11, 2021 |
| *Herman v. Sig Sauer\** | x | W.D. Okla. | 21-CV-1038 | Oct. 25, 2021 |
| *Colwell v. Sig Sauer\** | Police Officer | N.D.N.Y. | 21-CV-1200 | Nov. 2, 2021 |
| *Green-Berrios v. Sig Sauer* | Police Officer | D. P.R. | 22-CV-1002 | Jan. 4, 2022 |
| *Davis v. Sig Sauer\** | | E.D. Ky. | 22-CV-10 | Feb. 1, 2022 |
| *Catatao v. Sig Sauer* | Police Officer | D. Mass. | 22-CV-10620 | April 26, 2022 |
| *White v. Sig Sauer\** | Police Officer | N.D. Ga. | 22-CV-1985 | May 18, 2022 |
| *Williams v. Sig Sauer* | x | E.D. N.C. | 22-CV-48 | May 18, 2022 |
| *Winingham v. Sig Sauer\** | x | D. Ariz. | 22-CV-1037 | June 16, 2022 |

---

[1] Case names denoted with an "*" are no longer pending in the district court.

| | | | | |
|---|---|---|---|---|
| *Desrosiers v. Sig Sauer* | Police Officer | D. Mass | 22-CV-11674 | Oct. 3, 2022 |
| *Valentino v. Sig Sauer\** | Special Agent, Homeland Security | D. N.J. | 23-CV-1309 | March 8, 2023 |
| *Hall v. Sig Sauer* | Police Officer | M.D. Pa. | 23-CV-978 | June 13, 2023 |
| *Cole v. Sig Sauer* | Sheriff | D. Maine | 23-CV-327 | Aug. 23, 2023 |
| *Jantz v. Sig Sauer* | x | D. Colo. | 24-CV-15 | Jan. 3, 2024 |
| *Barmore v. Sig Sauer\** | Police Officer | W.D. Lou. | 24-CV-56 | Jan. 16, 2024 |
| *Torres v. Sig Sauer* | Police Officer | D. P.R. | 24-CV-1441 | Sept. 20, 2024 |

Executed in Kansas City, Missouri
this 5th day of November 2024

                                              */s/ Matthew L. Dameron*
                                      Matthew L. Dameron