# Exhibit 29

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

# If you own a Sig Sauer model P320 pistol, then a class action may affect your rights.

*A federal court in Missouri authorized this notice. This is not a solicitation from a lawyer.*

- A court has certified a proposed class action that includes all persons who purchased a Sig Sauer model P320 pistol without an external thumb safety primarily for personal, family or household purposes in the state of Missouri from September 1, 2017, through the present. Excluded from the class are (1) individuals who have filed an individual action against Sig Sauer related to the P320, or (2) individuals who no longer own a P320 pistol without an external thumb safety.

- Sig Sauer denies the allegations, and the Court has not decided whether Sig Sauer did anything wrong. There is no money available now, and no guarantee there will be. Your legal rights, however, are affected, and you have a choice to make now:

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT: | |
|---|---|
| **DO NOTHING** | **Stay in this lawsuit. Await the outcome. Give up certain rights.**<br><br>By doing nothing, you keep the possibility of getting money or benefits that may come from a trial or a settlement. But you give up any rights to sue Sig Sauer separately about the same legal claims in this lawsuit. |
| **ASK TO BE EXCLUDED** | **Get out of this lawsuit. Get no benefits from it. Keep rights.**<br><br>If you ask to be excluded and money or benefits are later awarded, you won't share in those. But you keep any rights to sue Sig Sauer separately about the same legal claims in this lawsuit. |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice. To ask to be excluded, you must act before [60 days from issuance of notice].

- Lawyers must prove claims against Sig Sauer at a trial. If money or benefits are obtained from Sig Sauer, you will be notified about how to ask for a share.

- **Any questions? Read on and visit [INSERT CLASS ACTION ADMINISTRATOR WEBSITE]**.

# BASIC INFORMATION

### 1. Why did I get this notice?

You received this notice because records from Sig Sauer and other sources show that you may have purchased a P320 without a manual safety in Missouri between September 1, 2017 and the present.

This notice explains that the Court has allowed, or "certified," a class action lawsuit that may affect you. You have legal rights and options that you may exercise before the Court holds a trial. The trial is to decide whether the claims being made against Sig Sauer, on your behalf, are correct.

Judge M. Douglas Harpool of the U.S. District Court for the Western District of Missouri is overseeing the class action. The lawsuit is known as *Glasscock v. Sig Sauer, Inc.*, No. 22-cv-3095.

### 2. What is this lawsuit about?

The lawsuit claims that Sig Sauer designed the P320 with a combination of characteristics that make it defective and lead to inadvertent discharges. The lawsuit alleges that Sig Sauer did not warn consumers about the P320's alleged defect.

The lawsuit claims that Sig Sauer's conduct was deceptive and unfair to consumers, and it violated Missouri law.

### 3. What is a class action and who is involved?

In a class action, one or more people called Class Representatives (in this case, Joshua Glasscock) sue on behalf of other people who have similar claims. The people together are a "Class" or "Class Members."

The purchaser of the P320 who sued Sig Sauer—and all the Class Members like him—are called Plaintiffs. The entity he sued (in this case, Sig Sauer) is called a Defendant. One court resolves the issues for everyone in the Class—except for those who choose to exclude themselves from the Class.

### 4. Why is this lawsuit a class action?

The Court decided that this lawsuit can be a class action and move toward a trial because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts. More information about why the Court is allowing this lawsuit to be a class action is in the Court's Order Certifying the Class, which is available at [INSERT CLASS ACTION ADMINISTRATOR WEBSITE].

# THE CLAIMS IN THE LAWSUIT

| **5.** | **What does this lawsuit complain about?** |

The lawsuit claims that Sig Sauer designed the P320 with a combination of characteristics that make it defective and lead to inadvertent discharges. The lawsuit alleges that the P320 is unreasonably dangerous for its reasonably anticipated use. The lawsuit alleges that Sig Sauer did not warn consumers about the P320's alleged defect.

Specifically, the lawsuit alleges that Sig Sauer's omissions concerning the P320 violated the Missouri Merchandising Practices Act (Mo. Rev. Stat. §§ 407.010 *et seq.*). The Missouri Merchandising Practices Act claim applies to all consumer purchases of a P320 without an external safety in Missouri from September 1, 2017 through the present.

You can read the Complaint at [INSERT CLASS ACTION ADMINISTRATOR WEBSITE].

| **6.** | **How does Sig Sauer answer?** |

Sig Sauer denies the allegations and denies that the P320 has any defect. You can read Defendant's Answer to the Complaint at [INSERT CLASS ACTION ADMINISTRATOR WEBSITE].

| **7.** | **Has the Court decided who is right?** |

No, the Court has not decided whether Plaintiff or Sig Sauer is correct. By establishing the Class and issuing this Notice, the Court is not suggesting that Plaintiff will win or lose this case. Plaintiff and the Class must still prove their claims at trial. (*See* "The Trial" below on page [XX].)

| **8.** | **What is the Plaintiff asking for?** |

Plaintiff is asking for the Court to rule that Sig Sauer's omissions concerning the P320 damaged consumers and that Sig Sauer's conduct violated Missouri law. Plaintiff is also asking the Court to require Sig Sauer to reimburse purchasers for the benefit of the bargain they lost out on when purchasing a P320.

| **9.** | **Is there any money available now?** |

No, there is no money or benefits available now because the Court has not yet decided whether Sig Sauer did anything wrong, and the two sides have not settled the case. There is no guarantee that Plaintiff will obtain any money or benefits. If the Plaintiff is successful, you will be notified.

## WHO IS IN THE CLASS

You need to decide whether you are affected by this lawsuit.

| 10. | Am I part of this Class? |

If you purchased a P320 without an external safety in the state of Missouri from September 1, 2017 through the present, then you may qualify to be in the class certified by the Court, which is defined as follows:

> All persons who purchased a Sig Sauer model P320 pistol without an external thumb safety primarily for personal, family or household purposes in the state of Missouri from September 1, 2017, through the present. Excluded from the class are (1) individuals who have filed an individual action against Sig Sauer related to the P320, or (2) individuals who no longer own a P320 pistol without an external thumb safety.

| 11. | I am still not sure if I am included. |

If you are still not sure whether you are included, you can get free help at [INSERT CLASS ACTION ADMINISTRATOR WEBSITE], or by calling or writing to the lawyers in this case, at the phone number or address listed in item No. [XX] below.

## YOUR RIGHTS AND OPTIONS

You have to decide whether to stay in the Class or ask to be excluded before the trial, and you have to decide this now.

| 12. | What happens if I do nothing at all? |

You don't have to do anything now if you want to keep the possibility of getting money or benefits from this lawsuit. By doing nothing you are staying in the Class. If you stay in and Plaintiff obtains money or benefits, either because of the trial or a settlement, you will be notified.

Keep in mind that if you do nothing now, regardless of whether Plaintiff wins or loses at trial, you will not be able to sue, or continue to sue, Sig Sauer—as a part of any other lawsuit— about the same legal claims that are the subject of this lawsuit. This means that if you do nothing, you will be legally bound by all of the orders that the Court issues and judgments the Court makes in this class action.

| 13. | Why would I ask to be excluded? |

If you already have your own lawsuit against Sig Sauer concerning the P320, then you are not included in the Class.

If you wish to initiate your own lawsuit against Sig Sauer concerning the P320, then you need to ask to be excluded from the Class. If you exclude yourself from the Class—which also means to

remove yourself from the Class and is sometimes called "opting-out" of the Class—you won't get any money or benefits from this lawsuit even if Plaintiff obtains them because of the trial or from any settlement between Sig Sauer and the Plaintiff.

However, you may then be able to sue Sig Sauer for the issues in this lawsuit. If you exclude yourself, you will not be legally bound by the Court's judgments in this class action.

If you start your own lawsuit against Sig Sauer after you exclude yourself, you'll have to hire and pay your own lawyer for that lawsuit, and you'll have to prove your claims. If you do exclude yourself so that you can start your own lawsuit against Sig Sauer, you should talk to your own lawyer soon because your claims may be subject to a statute of limitations.

| **14.** | **How do I ask the Court to exclude me from the Class?** |

To ask to be excluded, you must send an "Exclusion Request" in the form of a letter sent by mail, stating that you want to be excluded from *Glasscock v. Sig Sauer, Inc.* Be sure to include your name and address and sign the letter.

Your Exclusions Request must be postmarked by [60 days from issuance of notice] to [INSERT CLASS ACTION ADMINISTRATOR ADDRESS].

You may also get an Exclusion Request form at [INSERT CLASS ACTION ADMINISRATOR WEBSITE].

## THE LAWYERS REPRESENTING YOU

| **15.** | **Do I have a lawyer in this case?** |

The Court decided that the following law firms are qualified to represent you and all Class members:

Williams Dirks Dameron LLC  
1100 Main Street, Suite 2600  
Kansas City, Missouri 64105  
(816) 945-7110  
www.williamsdirks.com  

Lear Werts LLP  
103 Ripley Street  
Columbia, Missouri 65201  
(573) 875-1991  
www.learwerts.com  

These lawyers are called "Class Counsel." They are experienced in handling similar cases against other entities. More information about the law firms, their practices, and their lawyers' experience are available on their firm websites.

| **16.** | **Should I get my own lawyer?** |

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But if you want your own lawyer, you will have to pay that lawyer. For example, you can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

| 17. | How will the lawyers be paid? |

If Class Counsel gets money or benefits for the Class, they may ask the Court for fees and expenses. You won't have to pay these fees and expenses. If the Court grants Class Counsel's request, the fees and expenses would be either deducted from any money obtained for the Class or paid separately by Sig Sauer. Either way, the Court must approve Class Counsel's request for fees and expenses.

## THE TRIAL

The Court will schedule a trial to decide who is right in this case.

| 18. | How and when will the Court decide who is right? |

Class Counsel will have to prove Plaintiff's claims at a trial. During the trial, a jury or the Judge will hear all the evidence to help them reach a decision about whether the Plaintiff or Sig Sauer is right about the claims in the lawsuit. There is no guarantee that Plaintiff will win, or that he will get any money for the Class.

| 19. | Do I have to come to the trial? |

You do not need to attend the trial. Class Counsel will present the case for Plaintiff, and Sig Sauer's counsel will present the defenses. You or your own lawyer are welcome to come at your own expense.

| 20. | Will I get money after trial? |

If Plaintiff obtains money or benefits because of the trial or a settlement, you will be notified. We do not know how long this will take.

## GETTING MORE INFORMATION

| 21. | Are there more details available? |

Yes, you can visit the website [INSERT CLASS ACTION ADMINISTRATOR WEBSITE] where you will find the Court's Order Certifying the Class, the Complaint that Plaintiff submitted, and Sig Sauer's Answer to the Complaint. You also will find Plaintiff's Motion for Class Certification and Sig Sauer's response to the Motion.

If you still want more information, you can submit inquiries to [INSERT CLASS ACTION ADMINISTRATOR ADRESS]

6

Case 6:22-cv-03095-MDH   Document 121-29   Filed 11/05/24   Page 7 of 7