# Exhibit 30



# FIRM OVERVIEW

**Williams Dirks Dameron LLC**

1100 Main Street, Suite 2600

Kansas City, Missouri 64105

Office: 816-945-7110

www.williamsdirks.com



# WHO WE ARE

Williams Dirks Dameron is a Kansas City-based law firm devoted to representing individuals, public entities, and businesses in high-stakes, complex litigation. The firm and its attorneys have extensive experience representing consumers and other claimants in cases alleging violations of consumer protection laws and antitrust laws.

The firm was founded by three partners who started their careers litigating at large, national law firms. The firm's attorneys have received numerous recognitions from their peers including being repeatedly named in the Kansas City Business Journal's "Best of the Bar", Missouri and Kansas Super Lawyers, including Top 50 in Missouri and Kansas, The National Trial Lawyer's Top 100 Civil Plaintiff's Trial Lawyers and is AV rated, the highest rating for both legal skill and ethics standards, by publisher Martindale Hubbell.

Collectively and throughout their careers, the firm's attorneys have settlements and verdicts of over $2 billion for claimants in complex litigation. In addition to the firm's work on behalf of its clients, Williams Dirks Dameron is committed to serving the community, and as discussed more fully below, the firm's attorneys are involved in leadership positions for numerous governmental commissions and committees as well as non-profit organizations.

Williams Dirks Dameron is well suited to serve as co-lead counsel in this matter. Williams Dirks Dameron has extensive experience in prosecuting complex litigation. Williams Dirks Dameron reflects the diversity of the bar and the proposed class – in considering age, gender, race and experience – as complies with the Manual for Complex Litigation which provides, "In appointing lead class counsel, a court should conduct an independent review to ensure that counsel appointed to leading roles are qualified and responsible, that they will fairly and adequately represent all of the parties on their side, and that their charges will be reasonable." Manual for Complex Litigation, Fourth, Judicial Center (2016) § 10.224.

Williams Dirks Dameron recently served as co-lead counsel in *Burnett v. National Association of Realtors* where we obtained a verdict in favor of home sellers of $1.75 Billion. The current matter is substantially similar to the *Burnett* matter – making Williams Dirks Dameron and ideal candidate for leadership in this case.



# CLASS AND COLLECTIVE ACTIONS

Williams Dirks Dameron has served clients in a wide range of complex commercial, class, and collective actions as lead or co-counsel. Notable cases, verdicts, and settlements the firm litigated or is currently litigating are listed below.

- *Burnett et al. v. National Association of Realtors, et al.*, Case No. 19-cv-0332-SRB, United States District Court for the Western District of Missouri (class action alleging violations of state and federal antitrust laws in real estate market). WDD and its co-lead counsel obtained a verdict of over $1.75 Billion.

- *Smith, et al., v. Atkins Nutritionals Inc.*, Case No. 2:18-cv-04004-MDH, United States District Court for the Western District of Missouri (nationwide settlement of class action lawsuit providing injunctive and monetary relief for alleged improper labeling of purchased food products under state consumer protection and warranty laws). WDD successfully litigated pretrial motions and navigated complex discovery prior to resolution.

- *Hays v. Nissan*, Case No. 4:17-cv-00353-BCW, United States District Court for the Western District of Missouri (pending settlement of class action lawsuit alleging automobile defect). WDD successfully litigated summary judgment proceedings, *Daubert* proceedings, class certification, and Rule 23(f) interlocutory appeal. The matter resolved a few months before the scheduled trial date.

- *Strohm v. Missouri American Water Company*, Case No. 16AE-CV01252, Circuit Court of Platte County, Missouri (pending settlement of class action lawsuit alleging common law claims, violation of warranty laws, and violations of state consumer protection statute). WDD successfully litigated class certification and decertification (including appeals to the Supreme Court of Missouri). WDD successfully litigated several complex discovery matters, and extensive pretrial proceedings. The matter resolved merely three weeks before the scheduled trial date.



- *Burnett et al. v. National Association of Realtors, et al.*, Case No. 19-cv-0332-SRB, United States District Court for the Western District of Missouri (class action alleging violations of state and federal antitrust laws in real estate market). WDD and its co-lead counsel successfully litigated initial dispositive motions, class certification, and summary judgment. The matter is scheduled for trial in late 2023.

- *Woods v. CVS-Caremark*, Case No. 4:14-cv-00583-SRB, United States District Court for the Western District of Missouri (settlement of FLSA collective action and Rule 23 class action alleging violations of state and federal wage laws and common law claims).

- *Crawford v. Cerner Corporation*, Case No. 4:17-cv-00015-ODS, United States District Court for the Western District of Missouri (settlement of FLSA collective action and Rule 23 class action alleging violations of state and federal overtime laws).

- *Husein v. Bravo Brio Restaurant Group, Inc.*, Case No. 4:16-cv-00435-DW, United States District Court for the Western District of Missouri (settlement of FLSA collective action and Rule 23 class action alleging violations of state and federal wage laws and common law claims).

- *Midgett v. Werner Enterprises, Inc.*, Case No. 8:18-cv-00238, United States District Court for the District of Nebraska (FLSA collective action and Rule 23 class action alleging violations of state and federal wage laws and common law claims).

## PUBLIC ENTITIES

Williams Dirks Dameron also represents various public and government entities. Such public entity clients include:

- *Jim Hood, Attorney General of the State of Mississippi ex rel. State of Mississippi v. Yazaki North America, Inc., et al*, Case No. G-2015-1508, First Judicial District of Hinds County, Mississippi (represented the state of Mississippi in antitrust price fixing conspiracy case alleging violations of state consumer protection statute and state antitrust laws).

- *Opioid Litigation.* WDD represents the City of Kansas City, Missouri and Jackson County, Missouri in the ongoing litigation related to the opioid addiction epidemic. WDD was selected after a competitive bidding process. WDD has been instrumental in negotiating various settlements in Missouri.

- *City of Kansas City, Missouri v. Jimenez Firearms, Inc., et al.*, Case No. 2016-CV00829, Circuit Court of Jackson County, Missouri at Kansas City (representing City of Kansas City alleging violations of common law claims stemming from an unlawful firearms trafficking scheme).



# MULTIDISTRICT LITIGATION

- *Jackson County, Missouri v. Purdue Pharma L.P., et al.*, MDL Case No. 17-MD-2804, Case No. 18-OP-45965, United States District Court for the Northern District of Ohio (representing Jackson County in multidistrict litigation alleging prescription sales and marketing strategies violate of RICO, 18 U.S.C. § 1961 *et seq.*, and common law claims).

- *City of Kansas City, Missouri v. Purdue Pharma L.P., et al.*, MDL Case No. 17-MD-2804, Case No. 18-OP-46029, United States District Court for the Northern District of Ohio (representing City of Kansas City, Missouri in multidistrict litigation alleging opioid prescription sales and marketing strategies violate RICO, 18 U.S.C. § 1961 *et seq.*, and common law claims).

- *In re Allergan Biocell Textured Breast Implant Products Liability Litig.*, MDL Case No. 19-2921, United States District Court for the District of New Jersey (member of Plaintiffs' Steering Committee in multidistrict litigation alleging medical device defect leads to violations of numerous state and federal laws).

- *In re Seresto Flea and Tick Collar Marketing, Sales Practices and Products Liability Litigation,* Case No. 1:21-cv-04447, United States District Court for the Northern District of Illinois (Williams Dirks Dameron was appointed to act as co-lead counsel in multidistrict litigation alleging violation of various consumer protection statutes arising out of the marketing of allegedly defective flea and tick collars).



# MICHAEL A. WILLIAMS

Michael is a founding partner of Williams Dirks Dameron LLC. After graduating from the University of Missouri with his B.A. in 1995 and his J.D. in 1998, Michael joined Lathrop & Gage LLC, defending large and medium-sized corporations across the United States in discrimination, class/collective action, and complex litigation claims. In 2002, he became one of the firm's youngest lawyers in history to serve as the first chair at a federal trial. Lathrop & Gage elevated Michael to the firm partnership, effective January 2006.

In 2010, Michael established Williams Law LLC to pursue his passion for defending the rights of individuals, small businesses and governmental entities denied their civil and contractual rights

In addition to his legal work, Michael is a member of the Missouri Bar, Kansas City Metropolitan Bar Association, American Association for Justice, Missouri Association of Trial Attorneys, and National Employment Lawyers Association. In 2004, he became the first African American to serve on the Kansas Bar Association Board of Governors. He also previously served on the Board of Governors for the Young Lawyers Section of the Missouri Bar.

Michael has twice returned to the University of Missouri School of Law as an adjunct professor and has received Distinguished Recent Alumni Awards both from the School of Law and the College of Arts and Sciences. In 2014, he received the Alumni Award from the University of Missouri. Michael was appointed by Missouri Governor and confirmed by the Missouri Senate to serve on the Board of Curators for the University of Missouri System and elected by his peers to sever on the Judicial Selection Commission.

Michael served as a mentor and board member for Higher M-PACT, a non-profit group working with at-risk inner-city youth. He also served on the Board and worked closely with Hope House, the United Way Young Leaders Society, and numerous other charitable organizations. The Missouri Bar awarded him the Tom Cochran Community Service Award in 2014.

**EDUCATION**
University of Missouri Columbia School of Law, J.D., 1998
University of Missouri Columbia, B.A., 1995

**BAR ADMISSIONS**
Missouri Kansas
United States District Court for the District of Kansas
United States District Court for the Northern District of Illinois
United States District Court for the Western District of Missouri

**HONORS & AWARDS**
Tom Cochran Community Service Award, Missouri Bar, 2014
Super Lawyers Top 50-Kansas City, 2014 - present
Super Lawyers Top 100, 2014 – present



Super Lawyers, 2012 - present
Super Lawyers "Rising Star," 2008
40 Under 40, Ingram's Magazine, 2009
Congenial Counselor Award, Kansas City Metropolitan Bar Association, 2009
University of Missouri Alumni Association Alumni Award, 2014
University of Missouri School of Law Distinguished Recent Alumni Award, 2008
University of Missouri College of Arts and Science Distinguished Recent Alumni Award, 2006
Up and Coming Lawyer, Missouri Lawyers Weekly, 2006
Young Lawyer of the Year, Kansas City Metropolitan Bar Association, 2006

**PROFESSIONAL INVOLVEMENT**

Chair of the Magistrate Judge Merit Selection Panel for the United States District Court for the District of Kansas, July 2021
Panelist and Moderator at Eighth Circuit Conference, 2021
Appointed by the Missouri Supreme Court to serve on the following committees:
- Commission on Civil Justice Reform, 2018 – present
- Region IV Disciplinary Committee, 2016 – present
- Commission on Racial and Ethnic Fairness, 2015 - present

Elected to Sixteenth Circuit Judicial Selection Commission, 2016-2019
Law School Foundation Board of Directors, 2008-2018
University of Missouri Alumni Association, Kansas City Chapter Scholarship Committee and Board Member, 2005-2018
Missouri Association of Trial Attorneys
The Missouri Bar Young Lawyers Section, Board of Directors, 2001-2009 Kansas Bar Association Board of Governors, 2004-2007
Kansas Bar Association, Inn of Court, 2003-2007
Centurion - Alumni Association, 2005 - present
The Kansas City Metropolitan Bar Association, Young Lawyers Board of Directors, 1999-2003
The Kansas City Metropolitan Bar Association, Chair for Community Service, 2002-2003
The Kansas City Metropolitan Bar Association, Vice-Chair for Community Service, 1999-2002
The Kansas City Metropolitan Bar Association, Board of Directors, 2020 - present

**COMMUNITY INVOLVEMENT**

Selected by the Governor and confirmed by the Senate to serve on University of Missouri Board of Curators, 2019 – present (Chair, 2023)
United Way Young Leaders Society, 2004-2010
Hope House Board of Directors, 2012-2018 (Chair, 2017)
Higher M-Pact Board of Directors and Advisory Board, 2005-2018 (Chair, 2015)
University of Missouri Alumni Association, Life Member



# MATTHEW L. DAMERON

Matt is an equity partner at Williams Dirks Dameron; he joined the firm in early 2014. Matt's practice focuses on representing businesses, individuals, and classes in complex litigation. Matt's work includes class actions, individual cases, and commercial disputes.

Matt also previously was appointed to serve as a Special Prosecutor for the Prosecuting Attorney's office in Jackson County, Missouri.

From 2009 to 2012, Matt served as Chief of Staff for the Missouri Attorney General's office. In his capacity as Chief of Staff, Matt served on the Executive Team that managed significant litigation on behalf of the State of Missouri. Matt also engaged with other state attorneys general in multi-state investigations, and coordinated efforts with other state and federal authorities including the U.S. Department of Justice and the Securities and Exchange Commission. In addition to his legal work, Matt served as the Attorney General's voting designee on the Missouri Housing Development Commission. Matt also had oversight responsibility for the office's $23 million budget, the office's legislative affairs and communications activities, and the office's personnel policies and decisions.

Matt previously clerked for the Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri. Matt previously was a partner at Stueve Siegel Hanson LLP in Kansas City, and also previously worked as an associate at then-Blackwell Sanders Peper Martin LLP (now Husch Blackwell).

Matt earned his law and undergraduate degrees from the University of Missouri. In law school, he served as Editor in Chief of the Journal of Dispute Resolution. Before law school, Matt served as the Campaign Coordinator for Congressman Ike Skelton. Matt is a native of Sedalia, Missouri.

*Committed to the Craft*

Matt's practice is primarily centered in federal courts across the country. Some of his current and former representative matters include:

- Counsel for the City of Kansas City and Jackson County, Missouri related to the ongoing opioid litigation.

- Previously represented the State of Mississippi, the State of Arkansas, and the City of Los Angeles as outside counsel.
- An antitrust matter on behalf of home sellers in various real estate markets.
- A securities matter on behalf of investors who held warrants in a global corporation.
- A nationwide class action on behalf of consumers who purchased premium food bars.
- Business disputes on behalf of private equity funds and other investors.
- A class action on behalf of water customers in Platte County, Missouri.
- A class action on behalf of Nissan owners who experienced floor pan rust in their vehicles.



- Numerous class actions on behalf of patients who were victims of a data breach against their health insurer and/or treatment provider.
- Two classes on behalf of Missouri consumers who paid unlawful fees for their medical health records.

Matt's cases have recovered millions of dollars for public entities, consumers, and businesses.

In addition to his civil litigation work, Matt has also served as a prosecutor during his time at the Attorney General's office and as a Special Prosecutor for the Prosecuting Attorney's Office in Jackson County. In his prosecutorial positions, Matt's work has focused on white-collar crime consisting of mortgage fraud and other fraudulent transactions.

*Committed to the Profession*

Federal courts in Missouri routinely call on Matt to assist them.

In 2018, Matt was appointed by the Western District of Missouri to serve on the Merit Selection Panel to vet candidates for a vacant U.S. Magistrate Judge position. Matt was one of seven attorneys chosen to serve on the Panel.

In 2019, the Court again asked Matt to serve on the Merit Selection Panel for a different vacant Magistrate position. In this latter appointment, the Court selected Matt to serve as Chair of the Panel.

Previously Matt served on the Civil Practice Committee for the U.S. District Court for the Western District of Missouri, and he previously served on the committee that was responsible for formulating the Court's ESI Principles. Matt was appointed to serve on these committees by the judges of the Western District of Missouri.

In addition to his service to the Court, Matt also is active in the legal community in several respects. Matt has been affiliated with the governing boards for the following legal organizations:

- Legal Aid of Western Missouri (President; Past Treasurer; Executive Committee; Executive Director Search Committee);
- Missouri Association of Trial Attorneys (Board of Governors; AAJ State Delegate); and
- Federal Court Advocates Section for the Kansas City Metropolitan Bar Association (Past President).

*Committed to the Community*

Matt's community service is not limited to the legal profession. In the not-for-profit sector, Matt serves on the Executive Committee for The American Legion Boys State of Missouri, and previously served as the Director of Missouri Boys State for five years. He has volunteered for Boys State for over twenty years.



Matt also serves on governmental boards and commissions by appointment:

- In 2021, Missouri Governor Mike Parson appointed Matt to serve on the state's Senate Independent Bipartisan Citizens Commission. This group is tasked with attempting to draw Missouri Senate district maps using the 2020 census data.

- In October 2012, Missouri Governor Jay Nixon appointed Matt to serve on the Missouri Development Finance Board. The Missouri Development Finance Board administers a range of financing programs for Missouri businesses, local governments and state agencies; issues taxable or tax-exempt industrial revenue bonds or notes; and provides market rate or low-interest loans and grants to political subdivisions to fund public infrastructure improvements. In June 2016, Matt was elected to serve on the Executive Committee for the Missouri Development Finance Board, and he currently serves as the Secretary. Additionally, he is Chair of the Personnel Committee.

- In early 2017, Mayor Sly James appointed Matt to serve on the City Plan Commission. The eight-member Commission conducts public hearings on applications and plans that involve development or redevelopment of property in Kansas City, Missouri, including rezoning applications, development plan approval, approved development plan amendments, subdivision of land, street and alley vacations amendments, land use and street widening plan and other applications. Matt's service on the City Plan Commission concluded in 2019.

- Previously, in May 2013, Mayor Sly James appointed Matt to serve as co-chair of Kansas City's Charter Review Committee. The panel was comprised of 13 residents, and it reviewed the City Charter and recommended changes to the Mayor and City Council.

Additionally, Matt is active in local politics, frequently serving as Treasurer for campaign committees and in other roles. Matt previously served as Treasurer for Progress KC, which was instrumental in authorization campaigns related to Kansas City's new airport, streetcar, and GO Bonds.

**EDUCATION**
University of Missouri Columbia School of Law, J.D.
University of Missouri Columbia, B.A.


**BAR ADMISSIONS**
Supreme Court of the United States Missouri

Kansas New York
United States District Court for the Western District of Missouri
United States District Court for the Eastern District of Missouri
United States District Court for the District of Kansas
United States District Court for the Northern District of Illinois



**HONORS AND AWARDS**

Recipient of Missouri Lawyers Weekly "Up and Coming Lawyer" Award, 2011
University of Missouri School of Law Distinguished Recent Graduate Award, 2012
Ingram's 40 Under Forty Award, 2016
Missouri & Kansas Super Lawyer Award Winner
Recipient of the Best of the Bar Award by the Kansas City Business Journal

**PROFESSIONAL INVOLVEMENT**

Federal Court Advocates Section for the Kansas City Metropolitan Bar Association, Past President
Western District of Missouri Magistrate Judge Merit Selection Panel, Member 2018, Chair 2019
Western District of Missouri Civil Practice Committee
Legal Aid of Western Missouri, Current President, Past Treasurer, Executive Committee, Executive Director Search Committee
Missouri Association of Trial Attorneys Board of Governors
American Association for Justice State Delegate

**COMMUNITY INVOLVEMENT**

Executive Committee Member for The American Legion Boys State of Missouri Director of The American Legion Boys State of Missouri, 2016-2020
Appointed by Missouri Governor Jay Nixon to serve on Missouri Development Finance Board, 2012 - present
Appointed by Missouri Governor Mike Parson to serve on the Bipartisan Independent Senate Redistricting Commission, 2021
Kansas City Planning Commission Member, 2017-2019
Co-Chair of Kansas City's Charter Review Committee, 2013



# ERIC L. DIRKS

Eric is a founding attorney of Williams Dirks Dameron LLC. Eric represents companies involved in business disputes and and individuals who have been injured on a contingency basis. Eric's litigation practice includes: commercial litigation, class action, and personal injury. Eric has extensive experience on both the plaintiff and defense side of cases. Now he focuses on representing individuals and businesses who are looking for an alternative to paying a lawyer by the hour.

Eric started his career at one of Kansas City's largest law firms. While there, he represented well-known corporate clients in the areas of products liability, class actions, and complex litigation. From there, he became a partner at one of Kansas City's most prestigious plaintiffs law firms.

Eric has been recognized by "Best of the Bar" and "Super Lawyers" as one of the top attorneys in Missouri and Kansas. In fact, Eric has been recognized as one of the top 50 lawyers in Kansas City by Super Lawyers. Eric is AV rated by Martindale Hubbell. He is also active in his community. For example, in July 2015, Governor Jay Nixon appointed Eric to the Missouri Ethics Commission. The Missouri Senate confirmed Eric to the Commission in 2016. The Missouri Ethics Commission serves the public interest by promoting and maintaining transparency, accountability, and compliance with campaign finance, lobbying and conflict of interest laws. Eric served the Commission and the State of Missouri through 2018. Eric also serves on the board of Steam Studio, a nonprofit STEM program for students in the City's core.

Eric has represented individuals and classes nationwide and obtained settlements and verdicts totaling over $1 billion, including settlements against companies such as Bank of America and Wells Fargo. He has also handled numerous copyright and trademark disputes for plaintiffs and defendants across the country achieving favorable verdicts and settlements. Eric won the first ever wage and hour overtime class action trial in the state of Kansas against Tyson Foods in 2011. Eric also successfully argued the issue of class certification before the Missouri Supreme Court in *State ex rel. Fogle Enterprises, et al. v. Johnson*, No. SC95949. Most recently, Eric was co-lead counsel in an antitrust class action involving sellers of homes, obtaining a verdict of $1.78 billion.

Eric serves as lead counsel on numerous class and collective actions in the Midwest and elsewhere. As a contingency lawyer, Eric provides legal representation for those who need outstanding representation without the cost and expense of a large firm.

Eric has been designated to serve as independent advisor by a catholic archdiocese to provide assistance to victims of priest sexual abuse. Eric provides these services pro bono.

Eric's success as a contingency lawyer was no accident — he worked hard to become such an accomplished professional. He attended the University of Iowa for law school where he received his J.D., with high distinction and was elected to the Order of the Coif. Eric received his B.A. in English from the University of Kansas in 1999.



Before college, Eric enlisted in the United States Army Reserves where he was a combat medic and went on to obtain the rank of Sergeant. He takes the discipline, professionalism, and respect for others he learned in the military with him whenever he goes to court — contingency fee cases are no exception.

**EDUCATION**
University of Iowa College of Law, Iowa City, Iowa, J.D.
- Honors: High Distinction
- Honors: Order of the Coif University of Kansas, B.A.

**BAR ADMISSIONS**
Missouri
U.S. District Court Western District of Missouri
U.S. District Court Eastern District of Missouri
U.S. District Court District of Kansas
U.S. District Court District of Colorado
U.S. Court of Appeals, Tenth Circuit
U.S. Court of Appeals, Ninth Circuit



# ALEXIS ALLEN

Alexis is an associate attorney at Williams Dirks Dameron. She represents clients on an individual and class-wide basis in a broad range of legal disputes. Her practice primarily focuses on: class actions, commercial litigation, wage and hour class litigation, workplace discrimination, personal injury, and employment contract disputes.

Alexis is a Kansas City native. She is a proud alumna of Northwest Missouri State University where she studied History and Criminal Justice. She then returned to Kansas City for law school at the University of Missouri in Kansas City.

During law school, Alexis enjoyed being a member of the Association of Women Law Students and All Journals Staff. In addition, she helped new students learn about the opportunities at UMKC by her Emissary duties for Law School Admissions. Alexis also enjoyed working in the Wrongful Convictions Clinic her third year, helping with cases for wrongfully convicted clients.

Alexis resides in Lee's Summit, Missouri with her husband and tripod husky. She enjoys being involved in the Lee's Summit Community and is Vice Chairperson of the Lee's Summit Cultural Commission, which advises the City Council on recommendations regarding arts and cultural programming, community aesthetics, and historic preservation issues relevant to citizens and visitors. Alexis uses her spare time to partake in her hobbies of riding horses, baking, and crafting.

**AREAS OF PRACTICE**
    Class Actions Commercial Litigation
    Wage and Hour Class Litigation
    Workplace Discrimination, Harassment, and Retaliation Personal Injury

**BAR ADMISSIONS**
    Missouri
    U.S. District Court, Western District of Missouri

**EDUCATION**
    The University of Missouri-Kansas City School of Law, J.D.
    Northwest Missouri State University, BA

**PROFESSIONAL ASSOCIATIONS**
    The Kansas City Metropolitan Bar Association
    The Association of Women Lawyer



# JENNIFER L. HUBBARD

Jennifer zealously assists people who have been discriminated against or harassed at their place of employment with their legal claims. When it comes to labor lawyers, Jennifer is one of the best. Labor law can be complicated, but Jennifer helps people who have suffered discrimination, harassment, or retaliation based on their race, color, sex, national origin, ancestry, age, disability, or religion. Additionally, Jennifer assists people with their legal claims for sexual harassment and FMLA interference and retaliation. It takes a passionate and knowledgeable labor lawyer to provide due diligence in these cases, and Jennifer is just the professional to do it.

Jennifer graduated from the University of Tulsa College of Law, serving as the Notes & Comments Editor of the Tulsa Law Journal. Jennifer, one of our most skilled labor lawyers, also received the CALI AM JUR Award in appellate brief writing.

Jennifer resides in Overland Park with her husband, son, and two very stubborn English bulldogs. In her spare time, Jennifer enjoys spending time at Table Rock Lake and is an avid slalom water skier.

**EDUCATION**
University of Tulsa College of Law, J.D. Drury University

**BAR ADMISSIONS**
Missouri
Kansas
Texas
California
U.S. District Court for the District of Kansas



# CLINTON J. MANN

Clint joined Williams Dirks Dameron LLC after spending years at some of Kansas City's best corporate defense firms where he gained expertise in complex, high stakes litigation worth hundreds of millions of dollars. He has represented clients that range from individuals to fortune 500 companies. Now, Clint takes that expertise and focuses his practice on representing businesses and classes in complex litigation, including matters pertaining to commercial disputes, antitrust, and consumer protection. Clint's also active in representing public entities in a variety of litigation.

Clint has a history of success that extends to his education. He graduated summa cum laude from the University of Missouri-Kansas City School of Law where he was editor-in-chief of the law review. During undergrad, Clint was a two-time team captain of Davidson's division one men's basketball team and led the team to back-to-back NCAA tournament appearances.

Clint is also committed to the Kansas City community. He works closely with and regularly volunteers for the non-profit, Working Families' Friend, which provides emergency financial assistant to some of those who need it most.

**AREAS OF PRACTICE**
    Class Actions
    Complex Commercial Litigation
    Antitrust
    Consumer Protection
    Personal Injury

**BAR ADMISSIONS**
    Missouri
    Kansas
    U.S. District Court for the Western District of Missouri
    U.S. District Court for the District of Kansas

**EDUCATION**
    University of Missouri-Kansas City School of Law, J.D.
    Davidson College, B.A.

**PROFESSIONAL ASSOCIATIONS**
    Kansas City Metropolitan Bar Association



# CLAIRE M. TERREBONNE

Claire represents individuals, businesses, and classes in consumer protection, antitrust, and other complex commercial litigation, and has experience in trademark, copyright, and other intellectual property matters. She is experienced in managing all phases of litigation from case development and investigation to handling discovery, dispositive, and post-trial motion practice to appeals.

Before rejoining Williams Dirks Dameron LLC in 2024, Claire spent over a decade in the public interest sector in various roles at Jackson County CASA (Court Appointed Special Advocates) representing thousands of children in child welfare matters. At CASA, in addition to working directly with children and families, Claire managed the legal services department and other program operations, as well as strategic initiatives, organizational planning, and fund development. She is a frequent presenter on all things child welfare law, practice, and policy, and remains actively engaged in community initiatives and dedicated to child welfare practice and systems change through her pro bono work.

**BAR ADMISSIONS & CREDENTIALS**
Missouri
U.S. District Court for the Western District of Missouri
Public Leadership Credential (Harvard Kennedy School, 2021)
Child Welfare Law Specialist (National Association of Counsel for Children, American Bar Association, 2016, renewed every three years)

**ACTIVITIES & HONORS**
Port KC, Commissioner (Mayoral Appointment): 2021 - Present
NexGen Leader, Kansas City Business Journal: 2022
Up & Coming Lawyer, Missouri Lawyers Weekly: 2015

**PUBLICATIONS**
Terrebonne, C. (Forthcoming). *Disrupting the Crossover: Using and Improving Child Welfare Practice as Youth Violence Prevention.* To appear in P. Boxer & R. Travis Jr. (Eds), The Future of Youth Violence Prevention: A mixtape for practice, policy, and research. New Brunswick, NJ: Rutgers University Press.
Terrebonne, C., (Supp. 2021) Chapter 1 - *Juvenile Officer*, Juvenile Law Deskbook, (MoBarCLE 2011)
Martha Gershun & Claire Terrebonne, *Child welfare system interventions on behalf of children and families: Highlighting the role of court appointed special advocates*, 48 Current Problems in Pediatric and Adolescent Health Care 215 (2018).

**PRIOR WORK EXPERIENCE**
Jackson County CASA (Court Appointed Special Advocates)
Shook, Hardy & Bacon LLP (Associate)



**EDUCATION**
    Washburn University School of Law, JD, 2008
    George Mason University, BS Economics, 2004