IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA GLASSCOCK, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 22-CV-3095-MDH |
| SIG SAUER, INC., | ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR**
**LEAVE TO FILE UNDER SEAL**

Plaintiff requests that the Court enter an order allowing Plaintiff to file his Motion for Class Certification and Suggestions in Support, as well as confidential supporting exhibits, under seal.

Plaintiff need not file the entire motion or all exhibits under seal. However, portions of Plaintiff's motion and certain exhibits may need to be filed under seal to comply with the Court's Protective Order [Doc. 38]. Accordingly, Plaintiff seeks leave to file a portion of his Motion for Class Certification and Suggestions in Support, as well as confidential supporting exhibits under seal.

DATED: November 5, 2024 Respectfully submitted,

**WILLIAMS DIRKS DAMERON LLC**

*/s/ Clinton J. Mann*
Michael A. Williams        MO Bar No. 47538
Matthew L. Dameron      MO Bar No. 52093
Clinton J. Mann            MO Bar No. 70212
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone:      (816) 945-7110
Facsimile:       (816) 945-7118
matt@williamsdirks.com
mwilliams@williamsdirks.com
cmann@williamsdirks.com

Todd C. Werts            MO Bar No. 53288
**LEAR WERTS LLP**
103 Ripley Street
Columbia, Missouri 65201
Telephone:   (573) 875-1991
Facsimile:    (573) 279-0024
lear@learwerts.com
werts@learwerts.com
sowers@learwerts.com

*Counsel for Plaintiff and the Proposed Class*