IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA GLASSCOCK, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    Case No. 22-CV-3095-MDH ) |
| SIG SAUER, INC., | ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November 2024, under Fed. R. Civ. P. 26, the expert report of Beau A. Biller, M.Eng., P.E., ACTAR, of Cummings Scientific LLC, including supporting materials, was served via electronic mail on counsel of record for Defendant.

DATED: November 5, 2024          Respectfully submitted,

**WILLIAMS DIRKS DAMERON LLC**

*/s/ Clinton J. Mann*
Michael A. Williams    MO Bar No. 47538
Matthew L. Dameron    MO Bar No. 52093
Clinton J. Mann    MO Bar No. 70212
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone:    (816) 945-7110
Facsimile:    (816) 945-7118
matt@williamsdirks.com
mwilliams@williamsdirks.com
cmann@williamsdirks.com

Todd C. Werts    MO Bar No. 53288
**LEAR WERTS LLP**
103 Ripley Street
Columbia, Missouri 65201
Telephone:    (573) 875-1991
Facsimile:    (573) 279-0024

1
Case 6:22-cv-03095-MDH    Document 123    Filed 11/05/24    Page 1 of 2

lear@learwerts.com
werts@learwerts.com
sowers@learwerts.com

***Counsel for Plaintiff and the Proposed Class***