# Exhibit 4



# CUMMINGS SCIENTIFIC, LLC

7586 Bradfordville Road, Tallahassee, FL 32309
850-228-3335 (office) ~ 888-249-9226 (fax)

Report of Findings

## Product Defect Analysis

Glasscock v. Sig Sauer, Inc.

Cummings Scientific File # 24035

Submission Date: November 5, 2024

Prepared for:

Williams Dirks Dameron LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105

Attention:

Matt Dameron, Esq.

_____
Beau A. Biller, M.Eng., P.E., ACTAR

Beau A. Biller, M.Eng., P.E., ACTAR
Beau@Cummingssci.com

# Table of Contents

I.       INTRODUCTION ....................................................................................................3

II.      DISCUSSION........................................................................................................4

SIG SAUER P320: OVERVIEW AND BASIC OPERATION ..................................................... 4

SIG P320 GENERAL COMPONENTS AND FUNCTIONALITY ................................................ 6

FRAME .............................................................................................................................. 6

SLIDE ASSEMBLY................................................................................................................ 6

RECOIL SPRING ................................................................................................................. 7

BARREL ............................................................................................................................. 7

FIRE CONTROL UNIT (FCU) .............................................................................................. 8

TRIGGER ASSEMBLY........................................................................................................... 9

STRIKER ASSEMBLY ......................................................................................................... 10

INTERNAL SAFETY MECHANISMS ...................................................................................... 10

MANUAL THUMB SAFETY .................................................................................................. 11

TRIGGER PULL WEIGHT AND TRAVEL.............................................................................. 12

THE DESIGN SAFETY HIERARCHY ..................................................................................... 14

FAILURE MODE, EFFECTS, AND CRITICALITY ANALYSIS (FMECA).................................. 15

IDENTIFIED FMECA ISSUES WITH THE P320...................................................................... 17

DESIGN DEFECTS AND CPSC............................................................................................. 18

III.     CONCLUSIONS .................................................................................................20

IV.      INFORMATION REVIEWED........................................................................22

V.       REFERENCES ....................................................................................................28

VI.      CURRICULUM VITAE....................................................................................29

VII.     TESTIMONY LIST ...........................................................................................35

VIII.    FEE SCHEDULE................................................................................................40

# *I.    INTRODUCTION*

Cummings Scientific, LLC was retained on April 2, 2024, to perform a potential product defect analysis on the Sig Sauer P320 modular handgun. The scope of the analysis includes a full analysis of the mechanical functionality of the weapon as well as an analysis and review of internal risk assessment and mitigation measures taken by the manufacturer as well as direct comparisons of these measures with well-established engineering design and safety criteria.

This report was prepared for the exclusive use of Williams Dirks Dameron LLC, Matt Dameron, Esquire, and is not to be used for any other purpose.  The report is based on the information that was provided to us as described in section V, INFORMATION REVIEWED. Should any additional information become available, we reserve the right to determine the effects, if any, of the new information on our opinions and conclusions.  We also reserve the right to revise our opinions and conclusions if necessary and warranted by the discovery of additional information.  Please do not hesitate to call us if you have any questions.  We appreciate the opportunity to be of service to you.

# II.    DISCUSSION

*SIG SAUER P320: OVERVIEW AND BASIC OPERATION*



*Figure 1:* Exemplar Sig P320

The Sig Sauer P320 (P320 hereafter) is a modular, striker-fired semi-automatic handgun. It is described as a mechanically locked, short recoil operated pistol with semi-automatic reloading.[1] Striker-fired refers to the method in which the weapon is designed to engage with the cartridge. It uses a spring-loaded firing pin, housed in the slide, to fire the gun as opposed to an external hammer. Firing of the weapon takes place with each trigger pull until the magazine is empty. After firing, the slide cycles back due to recoil, and as it moves rearward, the striker is reset by the striker spring. Simultaneously, the trigger bar and sear return to their original positions. Once the magazine is expended, the slide remains open. It should be noted in the context of safety measures, as opposed to a hammer-fired weapon, the P320 cannot be "de-cocked" once it is energized or ready to fire. The weapon is effectively fully energized once a cartridge is chambered in the weapon. This is consistent with the testimony of Matthew Taylor in which he states that once chambered, the gun is around 97% cocked and sufficiently energized to discharge a round.[2] This is analogous to a hammer-fired revolver, fully loaded, with its hammer

---

[1] See current P320 User Manuals
[2] See Matthew Taylor Deposition: pp 100, 211:14-16

cocked. Note that this is not the case with all striker-fired pistols. For example, the Walther P99 can be de-energized.[3]

Although the P320 comes in many variations, review and analysis of design documents and specifications indicate that the mechanical functionality of all P320 variants is the same. This is further indicated in the testimony of Mr. Matthew Taylor.[4] Note that what follows in this section is an overview of safety instructions for operation of the P320 taken from the current user manuals for both the commercially available P320 and the military versions, the P320-M17/18. Section 2.1.2 of both manuals begins with a discussion of safe carrying of the weapon. The P320 manual states: "The striker safety lock and disconnect safety ensure safe carrying of the weapon and provide instant readiness *without* actuating a manual thumb safety." The M17/18 manual states: "The automatic striker assembly lock *and* manual thumb safety ensures safe carrying of the firearm." When loading the pistol, the users in both manuals are instructed as the first step to point the pistol in a safe direction, while engaging the manual thumb safety. (If so equipped in the P320 manual.) The same instruction regarding the manual thumb safety is mentioned as the first instructions in the "Reloading During Shooting" and "Unloading the Pistol" as well. These instructions as presented in the user manuals for both the commercially available and military versions of the P320 are indicative of a clear understanding by the manufacturer of the safety benefits of an external manual thumb safety. Additionally, there are no outward warnings in the manuals or otherwise regarding the weapon's previously discussed level of energization once chambered.

---

[3] See Gatrost report discussion on the Walther P99
[4] See Matthew Taylor Deposition: pp 230-231

## SIG P320 GENERAL COMPONENTS AND FUNCTIONALITY



*Figure 2:* Exemplar Sig P320 – Main External Components Labeled

## FRAME

The frame is the polymer chassis of the P320. It houses the trigger system, magazine well, and provides structural support for the firearm. The ergonomics of the frame contribute to the overall handling and user comfort of the pistol. The modular design allows for interchangeable grip modules.

## SLIDE ASSEMBLY



*Figure 3:* Slide Assembly – CAD Rendering

The slide is the upper portion of the P320 that houses the barrel, recoil spring, and striker assembly. It moves back and forth with respect to the weapon's frame during the operation of the pistol, cycling the action and ejecting spent casings.

*RECOIL SPRING*



*Figure 4:* Recoil Spring and Guide Rod

The recoil spring is a coiled spring that absorbs the energy generated by the firing of the round, helping to return the slide to its forward position after cycling. The guide rod is designed to keep the recoil spring properly aligned within the slide and frame during operation. This component is critical in managing recoil and ensuring repeatable cycling of the slide. The recoil spring, coupled with a steel guide rod, controls the force upon firing and resets the slide to battery position after each shot. Different spring tensions can accommodate the different cartridges.

*BARREL*



*Figure 5:* Barrel – CAD Rendering

The barrel is the metal tube through which the bullet travels when fired.  In the P320, the barrel is designed to fit tightly within the slide and is available in different lengths, depending on the specific model.

*FIRE CONTROL UNIT (FCU)*



*Figure 6:* FCU Overview

The FCU is the serialized part of the P320 and contains the firearm's internal components that control firing operations, including the trigger system, disconnect, and striker mechanism. The FCU can be removed as a single unit from the polymer frame, making the trigger assembly completely modular. This also allows the P320 to be configured into different grip sizes and calibers without affecting the functionality of the trigger mechanism. Housed within the FCU is the sear mechanism. The sear is a small metal part that holds the striker under tension after the slide cycles and partially cocks the striker. When the sear is in the engaged position, it captures the striker's rear portion, holding it in place until the trigger is pulled. The sear spring is designed to keep the sear in its default engaged position so that it holds the striker securely until the trigger acts on it and provides tension to return the sear to its original position after each firing cycle.



*Figure 7:* Sear (In metallic color) – CAD Rendering

*TRIGGER ASSEMBLY*



*Figure 8:* Trigger Assembly (In metallic color) – CAD Rendering

The trigger assembly consists of several components including the trigger, trigger bar, and sear. Pulling the trigger activates the firing mechanism, allowing the striker to release and strike the primer of the cartridge. The trigger bar is a metal component connected to the trigger that moves rearward when the trigger is pulled, initiating the chain of mechanical events that lead to firing. When the trigger is pulled, it moves the trigger bar rearward. The trigger bar then pushes the sear out of engagement with the partially cocked striker. As the sear releases the striker, the striker spring propels the striker forward, which then strikes the primer of the chambered round, igniting the cartridge and discharging the firearm. After firing, the slide cycles back due to recoil, and as it moves rearward, the striker is partially reset by the striker spring. Simultaneously, the trigger bar and sear return to their original positions.

*STRIKER ASSEMBLY*



*Figure 9:* Striker Assembly with Striker Spring

The striker assembly of the P320 consists of several components, each with specific roles. These components are housed primarily within the slide of the firearm. The striker tip is the forward portion of the striker that impacts the primer of the cartridge. It is similar to a conventional firing pin. The striker lug is located in the rearward portion of the striker, this section interfaces with the sear. The lug is a protrusion or notch on the striker that is held by the sear until the trigger is pulled. The striker moves forward when released by the sear, and its forward momentum is what ultimately fires the round. The striker spring is a compression spring that provides the mechanical energy needed for the striker to move forward and strike the primer. It is mounted around the striker rod. The spring is compressed during the cycling of the slide, meaning that after each shot, the slide's rearward movement partially cocks the striker and compresses the spring.

*INTERNAL SAFETY MECHANISMS*

As marketed, the commercially available P320 has two main internal safety features. The striker safety is an internal block that physically obstructs the striker from moving forward unless the trigger is fully depressed. The disconnector safety is a component designed to ensure that the trigger bar can only engage the sear when the slide is fully in battery. For semi-automatic pistols like the P320, "in battery" refers to the mechanical configuration when the slide is fully forward and locked into place, the cartridge is properly seated in the chamber, and all internal components are aligned and engaged for proper firing sequence. If the slide is out of battery, the disconnector is designed to prevent the gun from firing.

*MANUAL THUMB SAFETY*



*Figure 10:* External Manual thumb safety Lever (In metallic color) – CAD Rendering

As noted previously, the M17/18 versions of the P320 are equipped with an external manual thumb safety. The manual thumb safety lever is mounted to the frame and connects directly to the FCU. The lever interacts mechanically with internal components that block or allow the trigger bar's movement. When the manual thumb safety is engaged, it activates a block or physical stop that prevents the trigger bar from moving rearward. The trigger bar is a key link between the trigger and the sear, and blocking it ensures the trigger cannot release the striker. When the user flips the manual thumb safety lever to the "safe" position (up), the trigger bar is disconnected or blocked from moving by a mechanical obstruction. This prevents the user from pulling the trigger, and the sear remains locked in place, holding the striker securely. If functioning as designed, the gun cannot fire while in this state. When the safety lever is flipped down into the "fire" position, the mechanical obstruction blocking the trigger bar is removed. This allows the trigger bar to move freely when the trigger is pulled, causing the sear to release the striker and allowing the firearm to discharge. The manual thumb safety does not mechanically interfere with the internal safety mechanisms described previously.



*Figure 11:* Interface between the External Manual thumb safety and FCU Components.
(Sear in black color) – CAD Rendering

*TRIGGER PULL WEIGHT AND TRAVEL*

Trigger pull weight refers to the force required by the user, typically in a horizontal plane relative to the weapon, near the center of the exposed trigger, to actuate the trigger and connected mechanisms to fire the weapon. It consists of a length of pre-travel motion where the firing mechanism is not being actuated, followed by a length of motion during which the firing mechanism is actuated. A study was performed on an exemplar Sig P320 and found that the maximum trigger pull weight was approximately 5.6 pounds of force. (~24.9 Newtons) While the trigger pull weight as described above is a commonly reported characteristic, it does not encompass the entirety of the trigger's dynamics. As shown in the figure below, the motion of the trigger is not a linear (translational) motion, but a rotational motion around a fixed pivot. The effect of the applied force is to induce a moment, or torque about the pivot. This results in variations of the force required to pull the trigger as the point of force application moves closer or farther away from the pivot. For example, in the exemplar study, the force required to actuate the firing mechanism only required approximately 3.3 pounds of force (~14.7 Newtons) when the force was applied at the bottom of the trigger. This represents a 41% decrease in the required force to actuate the trigger as an effect of the point of force application.



*Figure 12:* Rotational Motion of the Trigger

The distance that the trigger needs to move to actuate the firing mechanism is also dependent on the point of reference. A more encompassing measurement is the total angle of rotation of the trigger during a pull. In the exemplar study, the trigger rotated approximately 6

degrees during the pre-travel motion, and an additional 10 degrees during the firing mechanism actuation. These represent an approximately 0.13 inch and 0.22 inch translational distance traveled by the bottom of the trigger in pre-travel motion, and actuating motion respectively. These lengths are linearly shorted as the point of force application is moved upward along the trigger.

The dependence on the trigger's travel distance and required force of application on the location must be factored in when assessing risks such as inadvertent trigger pulls.



*Figure 13:* Exemplar Trigger Pull Study. Total Trigger Rotation Shown.

A fully repeatable system of testing that directly compares trigger pull weights, trigger pull lengths, and energization characteristics of the P320 with other comparable commercially available handguns can be performed. Mr. Gatrost provides a list of 45 handguns for direct comparison.[5] These tests would involve direct measurement of the trigger pull weights by application of a horizontal force at various locations on the triggers to establish the torque characteristics described above. Additionally, trigger travel distances could be compared using the same methodology (direct measurement) as for the exemplar P320 shown above. The energization characteristics of each weapon can be assessed by examining the available energy in the firing mechanism available to discharge a round without trigger actuation. This assessment would include physical examination of the firing mechanism as well as force/energy calculations based on the stored elastic potential energy of the mechanism. Conclusions from the study would apply to all P320s since their design and functionality are the same.

---

[5] See Gatrost Report.

*THE DESIGN SAFETY HIERARCHY*

In mechanical engineering, the Design Safety Hierarchy is a structured approach used to prioritize safety strategies when designing systems, machines, or products. The hierarchy helps engineers mitigate risks and hazards in the most effective way possible by focusing on eliminating hazards first, and if that's not feasible, using increasingly fewer effective controls. The hierarchy is generally presented as a series of steps or layers of protection as follows:

- **Elimination** - The most effective method is to eliminate the hazard entirely from the design.
- **Substitution** - When elimination is not possible, the next priority is to substitute the hazardous element with something less dangerous.
- **Engineering Controls** - If hazards cannot be eliminated or substituted, engineering controls are the next line of defense. These are design features that isolate people from hazards or reduce exposure.
- **Administrative Controls** – Administrative controls focus on changing the way people work by implementing policies, procedures, training, or warning systems that reduce the risk of exposure to hazards.
- **Personal Protective Equipment** - The last line of defense in the hierarchy is to provide PPE, which protects workers from hazards that cannot be eliminated or adequately controlled by other means.

A common reference regarding the development of the design safety hierarchy can be found in the International Organization for Standardization (ISO): ISO 12100 - *Safety of Machinery - General Principles for Design - Risk Assessment and Risk Reduction*. This International Standard specifies basic terminology, principles and a methodology for achieving safety in the design of machinery such as the P320. It specifies principles of risk assessment and risk reduction to help designers in achieving this objective. These principles are based on knowledge and experience of the design, use, incidents, accidents and risks associated with machinery. Procedures are described for identifying hazards and estimating and evaluating risks during relevant phases of the machine life cycle, and for the elimination of hazards or the provision of sufficient risk reduction. Guidance is given on the documentation and verification of the risk assessment and risk reduction process. The strategy for risk assessment and risk reduction as outlined in ISO 12100 can be generalized as follows:

- Determine the limits of the machinery, which include the intended use and any reasonably foreseeable misuse thereof.
- Identify the hazards and associated hazardous situations.
- Estimate the risk for each identified hazard and hazardous situation.
- Evaluate the risk and take decisions about the need for risk reduction.
- Eliminate the hazard or reduce the risk associated with the hazard by means of protective measures.

Additionally, while the American National Standards Institute (ANSI) itself does not publish a specific "design safety hierarchy," the concept is embedded in many ANSI standards and documents, especially those focused on machine safety, industrial safety, and occupational health. ANSI adheres to the same basic principles found in other safety hierarchies, such as those developed by ISO, OSHA, and various engineering organizations. The general principle is that risk mitigation should occur as early as possible in the design phase, prioritizing the most effective controls.

## FAILURE MODE, EFFECTS, AND CRITICALITY ANALYSIS (FMECA)

FMECA is a commonly used reliability evaluation and design technique that is used to identify potential failures and design defects in a system or design. For example, NASA uses FMECA extensively in spacecraft, satellite, and mission-critical systems to ensure the reliability and safety of space missions. FMECA is part of the system reliability assessment processes in space shuttles and Mars rovers. The Department of Defense has incorporated FMECA in its MIL-STD-1629A standard, which provides detailed procedures for conducting Failure Modes, Effects, and Criticality Analysis for military systems and equipment. This is crucial for ensuring the dependability of defense systems, including aircraft, vehicles, and weaponry. Its reported goal is to identify possible failure modes that pose the highest risk to the system or users. Additionally, FMECA is used to identify potential failure modes in the automotive industry, Nuclear Energy, Medical devices, the Rail industry, as well as electronics and semiconductor manufacturing.

The risk assessments in the FMECA are typically broken into four severity categories following MIL-STD-882[6]. These can be summarized as:

- **I. Catastrophic** – Could result in the death or permanent total disability.
- **II. Critical** – Could result in permanent partial disability.
- **III. Marginal** – Could result in injury.
- **IV. Negligible** – Could result in minor injury.

Another key part of the FMECA is the Criticality Ranking Assessment. This assessment can be qualitative or quantitative in nature and give an indication of the likelihood of a problem with the product. The failure probability levels are classified as follows:

- **A. Frequent** – Likely to occur often in the life of the product.
- **B. Probable** – Will occur several times in the life of the product.
- **C. Occasional** - Likely to occur at some point in the life of the product.
- **D. Remote** – Unlikely, but possible to occur in the life of the product.
- **E. Improbable** – So unlikely, it can be assumed that the failure will not occur.

---

[6] See Department of Defense Standard Practice: System Safety

These two hierarchies are then combined into a matrix referred to as the Risk Assessment Code (RAC).



| RISK ASSESSMENT MATRIX | | | | |
|---|---|---|---|---|
| SEVERITY / PROBABILITY | Catastrophic (1) | Critical (2) | Marginal (3) | Negligible (4) |
| Frequent (A) | High | High | Serious | Medium |
| Probable (B) | High | High | Serious | Medium |
| Occasional (C) | High | Serious | Medium | Low |
| Remote (D) | Serious | Medium | Medium | Low |
| Improbable (E) | Medium | Medium | Medium | Low |
| Eliminated (F) | Eliminated | | | |

*Figure 14:* FMECA Risk Assessment Matrix

After the identification and documentation of risk hazards, the expected risk reductions of alternative designs should be estimated and documented. The goal as stated in MIL-STD-882 should always be to eliminate the hazard if possible. Only when the hazard cannot be eliminated, the associated risk should be reduced to the lowest acceptable level within the constraints of cost, schedule, and performance by applying the system safety design order of precedence. The steps of design alternative are in the following order of decreasing effectiveness:

- Eliminate hazards through design selection. Ideally, the hazard should be eliminated by selecting a design or material alternative that removes the hazard altogether.
- Reduce risk through design alteration. If adopting an alternative design change or material to eliminate the hazard is not feasible, consider design changes that reduce the severity and/or the probability of the mishap potential caused by the hazard(s).
- Incorporate engineered features or devices. If mitigation of the risk through design alteration is not feasible, reduce the severity or the probability of the mishap potential caused by the hazard(s) using engineered features or devices. In general, engineered features actively interrupt the mishap sequence and devices reduce the risk of a mishap.
- Provide warning devices. If engineered features and devices are not feasible or do not adequately lower the severity or probability of the mishap potential caused by the hazard, include detection and warning systems to alert personnel to the presence of a hazardous condition or occurrence of a hazardous event.
- Incorporate signage, procedures, training, and PPE. Where design alternatives, design changes, and engineered features and devices are not feasible and warning devices cannot adequately mitigate the severity or probability of the mishap potential caused by the hazard, incorporate signage, procedures, training, and PPE. Signage includes placards,

labels, signs and other visual graphics. Procedures and training should include appropriate warnings and cautions. Procedures may prescribe the use of PPE. For hazards assigned Catastrophic or Critical mishap severity categories, the use of signage, procedures, training, and PPE as the only risk reduction method should be avoided.


## *IDENTIFIED FMECA ISSUES WITH THE P320*


      The FMECA performed by Sig Sauer on the P320 was reviewed as part of the present analysis. It was noted that there were seven potential failure modes identified that resulted in a Risk Assessment Matrix classification of "High". These seven failure modes had a failure probability of "Occasional" and a severity level of "Catastrophic" with the potential effect of the failures being: "Kill person unintentionally". Five of the seven were a potential failure mode of: "Pistol accidentally/unintentionally discharges", while the remaining two were "multi-shot failure". It should be noted that the probability classification "Occasional" means that these issues are likely to occur within the expected lifetime of the P320. Two of the failure mode causes were described as accidental trigger pull. One from operator error and one from foreign objects causing an inadvertent trigger pull. In both cases, one of the recommended actions is to train in accordance with the operator's manuals. Recall that the operator's manuals repeatedly instruct the operator to actuate the manual thumb safety, if so equipped in the case of the commercially available P320. Another recommended action is for the user to train in accordance with FM 3-23.35. FM 3-23.35 refers to an approximately 140-page U.S. Army field manual titled: *Pistol Marksmanship*. Additionally, it is stated that the manual thumb safety "reduces probability of occurrence." After the implementation of the recommended actions, the risk assessment matrix levels of these defects are reduced to a medium risk assessment matrix classification. FM 3-23.35 has its own matrix for "Weapon Safety Status". It should be noted that according to FM 3-23.35, weapons without an external manual thumb safety cannot achieve the "Green", "Amber", or "Red" safety statuses. Additionally, section 5-22 of FM 3-23.35 instructs users to de-cock their pistols using the de-cocking lever. As discussed previously, this is impossible for the P320.

Table 1-1. Weapon safety status for the service pistol

| STATUS | GREEN | AMBER | RED | BLACK |
|---|---|---|---|---|
| Function | Clear | Prepared | Ready, safe | Ready, fire |
| Commands | CLEAR | LOAD MAGAZINE | MAKE READY | SOP/ROE/ FIRE |
| Ammunition | None | Magazine in | Magazine in/ round chambered | Magazine in/ round chambered |
| Slide | Locked open or forward | Forward | Forward | Forward |
| Chamber | Empty | Empty | Locked | Locked |
| Safety | Safe | Safe | Safe | Fire |
| Trigger | Off | Off | Off | On |

*Figure 15:* Weapon Safety Status Matrix from FM 3- 23.35

The risk assessment and mitigation measures highlight a significant and dangerous design defect in the commercially available P320s produced, marketed, and sold without a manual thumb safety. While the mitigation actions as described in the FMECA assessment would clearly reduce the Risk Assessment Matrix levels, P320s sold without a manual thumb safety would inherently be without one of the mitigating designs. In other words, bullets 1, 2, and 3 above are effectively removed from the steps in design alternatives above. With the design alternatives removed, the remaining mitigating actions should, by the FMECA criteria, involve warning(s). For the commercially available P320, this would clearly involve warning users that the weapon is inherently more dangerous as sold, without a manual thumb safety. Additionally, the recommended action of training according to FM 3-23.35 would require actively making civilian users aware of the military field manual.

## DESIGN DEFECTS AND CPSC

While firearms are exempt from U.S. Consumer Product Safety Commission (CPSC) regulations as outlined in the *Consumer Product Safety Act,* the agency is responsible for establishing and enforcing safety standards, issuing recalls of hazardous products, and providing consumer education to prevent injuries with the aim of protecting the public from potential harm associated with consumer goods.

The CPSC defines a design defect as a flaw inherent in the product's design that makes it unreasonably dangerous for its intended use or foreseeable misuse, even when the product is manufactured correctly according to its specifications. This is consistent with the definition of "defect" discussed above. This type of defect applies to every unit of the product, as it stems from the design itself rather than individual errors in the manufacturing process or issues arising from a lack of proper instructions or warnings. As applied here, every P320 without a manual thumb safety sold in Missouri since September 2017 meets this definition of defect because of a

failure to incorporate known risk mitigation measures, both in engineering design and adequate consumer warning.

To assess the defects described in the preceding sections, I would propose a study directly testing and comparing the P320 to other commercially available handguns. The testing hypothesis is that the P320 is the only handgun with similar functionality on the US market sold by a major firearms manufacturer that does not have at least one external safety mechanism such as heavier trigger pulls, manual thumb safety, grip safety, tabbed trigger safety, etc. The study would also include the comparative geometry of the trigger guard itself to assess the comparative dangers of foreign object, or inadvertent user actuation of the trigger. The result of any such study would apply to every P320 without a manual thumb safety sold in Missouri since, as previously mentioned, their functionality is the same.

# III. CONCLUSIONS

1. The Sig Sauer P320 is a modular, striker-fired semi-automatic handgun. It is a mechanically locked, short recoil operated pistol with semi-automatic reloading. As the weapon is striker-fired, once the weapon is energized, there is no way to "de-cock" the weapon. The weapon is virtually fully cocked, and therefore energized anytime a round is in the chamber.

2. A feature of the P320's modular design is that it can come in a variety of configurations and variants.

3. The functionality and safety characteristics sold in Missouri after September 2017 without a manual thumb safety are substantively identical. This is true regardless of the configuration or variant of the P320 in question.

4. A manual thumb safety for the commercially available P320 is optional. The standard, commercially available P320, as marketed and sold does not come with an external manual thumb safety even though the actuation of such a safety is referenced repeatedly for safe handling and operation of the weapon in the product manuals.

5. Every commercially available P320 sold in Missouri since September 2017 without a manual thumb safety is defective because of a failure to incorporate known risk mitigation measures, both in design and consumer warning. This is not a potential defect as this design defect is manifested in every P320.

6. The P320 without a manual thumb safety is functionally equivalent to an energized, single action pistol with hammer cocked. This state renders the P320 unreasonably dangerous to carry according to FM 3-23.35 and Mr. Gatrost's analysis.

7. FMECA is a commonly used, well established reliability evaluation and design technique that is used to identify potential failures and design defects in a system or design. Its risk assessment, mitigation techniques, and design safety hierarchy are consistent with other industry standards such as ISO and ANSI. It is an appropriate risk assessment and risk mitigation analysis to assess and rectify design defects in the P320.

8. In the Sig Sauer FMECA analysis, seven potentially deadly failure modes were identified with a "High" risk assessment matrix level, two of which involve inadvertent trigger pulls. In both cases, part of the recommended actions is training according to the product manuals and a military field manual: FM 3-23.35. Additionally, the mitigating actions in both cases state that a manual thumb safety reduces the probability of occurrence.

9. I agree with Sig Sauer's evaluation that unintended discharge of a P320 is "likely to occur at some point in the life of the product" due to operator error or foreign objects. This conclusion was reached by application of MIL-STD-882E to Probability Levels/FMEA Occurrence.

10. I agree with Sig Sauer's evaluation that the severity of an unintended discharge of a P320 as the potential effect could result in the death or permanent disability of a person. This conclusion was reached by application of MIL-STD-882E to Severity Levels.

11. By continuing to produce P320s without an external manual thumb safety, Sig Sauer is completely removing one of the engineering mitigation measures as described in their own FMECA product assessment and effectively eliminating the first three steps in the FMECA design alternative and failure mitigation strategy.

12. Sig Sauer's FMECA confirms my opinion that a P320 sold without a manual thumb safety is defective.

13. Sig Sauer provides the same warnings to all consumers about the P320.

14. By failing to properly warn consumers and to direct them to part of their mitigation measures, namely the military field manual: FM 3-23.35, Sig Sauer is effectively removing the remaining steps in the FMECA design alternative and failure mitigation strategy.

15. Sig Sauer fails to adequately inform consumers about the role of a manual thumb safety and training under a specific military field manual to mitigate the risk of death or permanent disability from an unintended discharge.

16. Retrofitting a P320 sold without a manual thumb safety with a manual thumb safety is possible. Doing so would implement the majority of the engineering modification mitigation approaches identified by Sig Sauer in its FMECA.

17. Retrofitting a P320 sold without a manual thumb safety to install a tabbed-trigger safety is a potential, alternative mitigation strategy. Testing would be required to determine whether a tabbed-trigger safety alone would be a sufficient mitigation strategy. The results of any such testing would apply to all P320s sold without a manual thumb safety because, as stated above, all such guns are functionally the same.

All opinions given above are stated with a reasonable degree of scientific and engineering certainty and the basis of these opinions is given in the DISCUSSION (see the previous section). I reserve the right to amend or supplement these opinions considering additional discovery or requested analysis.

# IV. INFORMATION REVIEWED

In preparation of this report, the following documents and photos were reviewed:

1. Complaint
2. Stipulated Protective Order
3. Sig Sauer P320 Slide Assembly – CONFIDENTIAL
4. Sig Sauer P320 Striker Assembly - CONFIDENTIAL
5. BAB signed acknowledgment of the protective order
6. 11.23.22 DEF doc production
   a. Link 2
      i. OAI production (SIG-OAI 000001 - 2050)
         1. SIG-OAI 002047 - 002050 (Vid Doc Prod Addl)
            a. Videos - x4
         2. SIG-OAI 000001 - 001885 (Other Incidents)
         3. SIG-OAI 001944 - 002046 (Other Incidents Addl)
      ii. Test 1 Vibration And Jolt
         1. Videos - x7
      iii. Test 2 Vibration and Jolt
         1. Videos - x5
         2. Photos - x7
      iv. Test 6 Vibration and Jolt
         1. Videos - x4
         2. Videos - x4
   b. Link 3
      i. SIG-DB 001012-001296 [CORRECTED Dayton Brown Rough Handling Test Report]
   c. SIG defendant's discovery audit
   d. SIG-GLASSCOCK 000001 CONFIDENTIAL 4855-6379-6545 1
7. 2024-05-02 18.48.00-11.23.22 DEF doc production
   a. Link 1
      i. Prior Complaints
         1. SIG-COMPLAINTS 000001-000053 [2018 Complaints]
         2. SIG-COMPLAINTS 000054-000085 [2019 Complaints]
         3. SIG-COMPLAINTS 000086-000567 [2020 Complaints]
         4. SIG-COMPLAINTS 000568-000950 [2021 Complaints]
         5. SIG-COMPLAINTS 000951-001145 [2022 Complaints]
      ii. Drawings
         1. SIG-DRAWINGS 000001-000077 [Pre-upgrade Component Drawings]

      2. SIG-DRAWINGS 000078-000247 [Post-upgrade Component Drawings]
      3. SIG-DRAWINGS 000248-000333 [Pre-upgrade supplemental drawings]
      4. SIG-DRAWINGS 000334-000371 [Post-upgrade supplemental drawings]
      5. SIG-DRAWINGS 000372-000392 [M17 Commercial drawings]
      6. SIG-DRAWINGS 000393 [M17 Comparison]
   iii. CAD files
      1. 320 PostUp
      2. 320 PreUp
      3. 320F-9-M17-MS
   iv. SIG-ARMY 000001-000125
  b. Link 2
   i. OAI production (SIG-OAI 000001 - 2050)
      1. SIG-OAI 001886 - 001904 (Sig Vid Doc Prod Part 1)
         a. Videos - x11
         b. Photos - x6
      2. SIG-OAI 001905 - 001943 (Sig Vid Doc Prod Part 2)
         a. Videos - x21
         b. Photos - x9
         c. Pdf files containing photos - x7
   ii. Test 3 Vibration and Jolt
      1. Videos - 5
      2. Photos - 8
   iii. Test 4 Vibration and Jolt
      1. Videos - 5
      2. Photos - 9
   iv. Test 5 Vibration and Jolt
      1. Videos - 6
      2. Photos - 12
   v. Test 6 Vibration and Jolt
      1. Videos - 1
      2. Photos - 8
  c. Market documents - x134
8. PI's and third-party discovery docs
  a. 000001-000024 Glasscock, Joshua-50965
  b. 000025-000026 Glasscock, Joshua-50974
  c. 000027-000034 Glasscock, Joshua
  d. 000035-000040 Glasscock, Joshua_Redacted
  e. 000466 to 001131 SIG-GLASSCOCK
  f. 001064 SIG-GLASSCOCK
  g. 2024-04-28 Gun purchase documents and phone records provided by James Faulkner

      h. Glasscock, Joshua 000041-000089

      i. Glasscock, Joshua 000090-000097

      j. Glasscock, Joshua 000098-000104

9. Sig Production 4

      a. Images - x47

      b. Unintentional Discharges

          i. SIG-GLASSCOCK00001081 - Unintentional Discharge US POSTAL POLICE 10-22-21

          ii. SIG-GLASSCOCK00001072 - Unintentional Discharge US POSTAL POLICE 10-22-21

          iii. SIG-GLASSCOCK00001077 - Unintentional Discharge US POSTAL POLICE 10-22-21

      c. Assemblies and Specifications

          i. SIG-GLASSCOCK00001117 - SIG3-320-05 P320 STRIKER ASSEMBLY REV 06

          ii. SIG-GLASSCOCK00001125 - SIG3-320-06 P320 SLIDE ASSEMBLY REV 05

          iii. SIG-GLASSCOCK00001090 - D00066 R28 COLOR & COATING TABULATION SPECIFICATION 230705

          iv. SIG-GLASSCOCK00001087 - D00020

          v. SIG-GLASSCOCK00001089 - D00037

      d. Emails

          i. SIG-GLASSCOCK00000470 - FW_ Fixture for Loose Cargo

          ii. SIG-GLASSCOCK00000478 - RE Fixture for Loose Cargo (2)

          iii. SIG-GLASSCOCK00000491 - RE Fixture for Loose Cargo (3)

          iv. SIG-GLASSCOCK00000504 - RE Fixture for Loose Cargo

          v. SIG-GLASSCOCK00000518 - RE Questions for test

          vi. SIG-GLASSCOCK00001045 - RE_ DTB_SIG 320 Testing fixtures

          vii. SIG-GLASSCOCK00001047 - RE_ Fixture for Loose Cargo

          viii. SIG-GLASSCOCK00001058 - RE_ Questions for test-2

          ix. SIG-GLASSCOCK00001074 - FW AD and legal

          x. SIG-GLASSCOCK00001079 - FW AD

          xi. SIG-GLASSCOCK00001083 - Fwd_ Accidental Discharge issue with the P320

          xii. SIG-GLASSCOCK00001069 - FW Accidental Discharge issue with the P320

          xiii. SIG-GLASSCOCK00000466 - 638677

          xiv. SIG-GLASSCOCK00001063 - Test Matrix

      e. SIG-GLASSCOCK00000467 - 638677

      f. SIG-GLASSCOCK00000516 - T1000

      g. SIG-GLASSCOCK00000517 - T2000 slip table

      h. SIG-GLASSCOCK00000521 - AC_225(DSS)D(2018)0006_NATO_D_14_Handbook_NATOeDOCSrs

      i. SIG-GLASSCOCK00001085 - 1300939_R04

     j.   SIG-GLASSCOCK00001086 - 1301561

     k.   SIG-GLASSCOCK00001088 - D00023

     l.   SIG-GLASSCOCK00001064 - 21-P320-083 Vibration Test Matrix

10. Sig Sauer written discovery responses

     a.   2022-11-23 Defendants' answers to Plaintiffs' first ROGs-130524

     b.   2022-11-23 Defendants' responses to Plaintiffs' first RPD-130525

11. Production 2

     a.   SIG-GLASSCOCK00000245 - P320_Statement_8-25-21.pdf"

     b.   SIG-GLASSCOCK00000246 - FW  TD Bank.pdf"

     c.   SIG-GLASSCOCK00000247 - TDBank-P320 6-8.pdf"

     d.   SIG-GLASSCOCK00000248 - TD Bank.pdf"

     e.   SIG-GLASSCOCK00000249 - TDBank-P320 6-8.pdf"

     f.   SIG-GLASSCOCK00000250 - 03_30_2023_WaPo Clarification Request Responuse

     g.   SIG-GLASSCOCK00000255 - 03_2023_SIG_SAUER_reply_to_Washington_Post

     h.   SIG-GLASSCOCK00000257 - RE_ SIG SAUER Reply to Washington Post

     i.   SIG-GLASSCOCK00000260 - 03_30_2023_Sig_Sauer_to_Wash_Post

     j.   SIG-GLASSCOCK00000265 - SIG SAUER Reply to Washington Post

     k.   SIG-GLASSCOCK00000266 - 03_2023_SIG_SAUER_reply_to_Washington_Post

12. 2024-05-22 Sig Sauer Supplemental Production

     a.   OAI production (SIG-OAI 000001 - 2050)

     b.   SIG-OAI 002052 - 2474

         i.   SIG-OAI 002052 - 2474 - x45

         ii.   PROD001 - x45

     c.   SIG-OAI 002475 - 2507 (av files) - x33

     d.   SIG-OAI 2508 -  2521 (Videos) - x14

     e.   SIG-OAI 002049 Pasco County Surveillance Video

     f.   SIG-OAI 002050 (Roscommon video) (full with audio)

     g.   SIG-OAI 002051 Roscommon Recreation with Seatbelt

13. SIG-ARMY 000126-398 (CONFIDENTIAL)

14. SIG-ARMY 000399-411 (HIGHLY CONFIDENTIAL)

15. SIG-ARMY 000126-398 (CONFIDENTIAL)

16. SIG-ARMY 000399-411 (HIGHLY CONFIDENTIAL)

17. Lang v Sig Sauer Trial Transcripts

     a.   Openings

     b.   Sean Toner

     c.   James Tretin

     d.   Bill Vigilante

     e.   Derek Watkins

     f.   Closings

18. Additional documents provided by Sig Sauer

a. Redacted pages (all but cover page) - x10
b. Blank or no information - x28
c. CAD drawings - x30
d. Editorial Analyses and Summaries - x24
e. MHS - x41
f. P320
    i. W320 - x6
    ii. No subfolder - x195
g. "Produced in Native Format" - x87
h. No subfolder - x138

19. Documents pulled
a. MIL-STD-882D Standard Practice for Safety System-Hazard Analysis
b. MIL-STD-1472 Human Engineering
c. MP9 SHIELD EZ MANUAL THUMB SAFETY _ Smith & Wesson
d. P320 FULL-SIZE - From Sig Sauer Website
e. P320-XFULL CALIFORNIA COMPLIANT - From Sig Sauer Website
f. SAAMI Standards - SAAMI
g. SAAMI-Z299.5-2023-Abusive-Mishandling-Approved-9-25-2023
h. Sig Glass 1242
i. Sig Glass 1313
j. Sig patent for double notched sear
k. SIG SAUER P322 .22 Caliber Pistol - from Sig Sauer Website
l. Sig Sauers Supplemental Objections and Responses to Plaintiffs First Set of Interrogatories dated September 5 2024 (002)
m. SIG-GLASSCOCK00001134 - RE_ MHS_P320 white paper (UNCLASSIFIED__FOUO).msg
n. SIG-GLASSCOCK00007602 - Fw_ Review of Sig Sauer P320 RX with Romeo 1 Reflex Red Dot Sight.msg
o. SIG-GLASSCOCK00007700 - RE_ Read this.msg
p. tc3-23-35
q. TOP 03-2-504A Safety Evaluation of hand and shoulder weapons
r. 1911-XFULL - From Sig Sauer Website
s. 1970-07-06 Winter Trigger Military Specification
t. 1986-04-16 Renewal
u. 1994 ASTM Article - Deaths Due to Firearms Injuries in Children
v. 1997-04-18 DOD Withdrawal
w. 2022-brass-ir-comp-group-report-order
x. ASTM Article - Deaths Due to Accidental Discharge of a Dropped Handgun
y. ASTM F589-16 Standard Cosumer Safety Specification for Non-Powder Guns
z. ASTM F589-23 Standard Cosumer Safety Specification for Non-Powder Guns

aa. f_4590_5330._5_-_february_2020_0

bb. fm_3-23.35_combat_training_with_pistols_m9_and_m11

cc. Glock safety patent explaining lack of safety compromises safety

dd. Glossary from Sig Sauer Website

ee. Initial Design Powerpoint

ff.  Initial Design Request

gg. Military Gun standard

20. FMECA performed by Sig Sauer in 2017

    a.  SIG-ARMY 00000412-SIG-ARMY 00000413

    b.  SIG-ARMY 00000414 - HIGHLY CONFIDENTIAL

    c.  SIG-ARMY 000415-SIG-ARMY 000556 - TC3-23-35

21. Deposition transcripts

    a.  Chris Meyer - edited

    b.  James Lano - edited

    c.  Matthew Taylor - full

    d.  Thomas Taylor - full

22. Deposition transcript of Josh Glasscock

23. Deposition transcript of James Faulkner - Vol2

24. Production files

    a.  "Native" folder - 96 files

    b.  1130 pdfs

25. Deposition transcript of James Faulkner - Vol1

26. Deposition exhibits of Matthew Taylor

27. Deposition exhibits of Christopher Meyer

28. Deposition exhibits of James Lano

29. Deposition transcript of Tom Taylor

30. Exemplar expert reports

    a.  Kent

    b.  Vigilante

    c.  Watkins

31. Deposition transcript of Matt Farkas

32. Deposition exhibits of Tom Taylor

33. Deposition exhibits of Matt Farkas

34. Manifest Defect Rule - Tuter v Freud America Inc

35. SIG-GLASSCOCK00007628 - NIJ Standards

36. SIG-GLASSCOCK00006464 - 14P001

37. SIG-GLASSCOCK00007620 - NIJ Auto-Pistol-Scheme

# V.   REFERENCES

1. Sig Manual for P320.
   https://www.sigsauer.com/media/sigsauer/resources/OPERATORS_MANUAL_P320_8501909-01_REV08_LR.pdf
2. Sig Manual for M17/18.
   https://www.sigsauer.com/media/sigsauer/resources/OPERATOR_MANUAL_M17_M18_COMMERCIAL_UPDATED_5_30_2019.pdf
3. MIL-STD-882E.
   https://quicksearch.dla.mil/Transient/B9D99B64B0B241478749B6CAFEF39727.pdf
4. Standard, I. S. O. "12100; Safety of Machinery—General Principles for Design–Risk Assessment and Risk Reduction." ISO: Geneva, Switzerland (2010).
5. ANSI/ASSE. Prevention through Design. Z590.3.
6. Report of Ben Gatrost
7. Boothroyd, Geoffrey, Peter Dewhurst, and Winston A. Knight. Product design for manufacture and assembly. CRC press, 2010.
8. Rausand, M. (2011). Risk Assessment: Theory, Methods, and Applications.
9. Roland, H. E., & Moriarty, B. (1990). System Safety Engineering and Management (2nd ed.).
10. Gullo, Louis J. Design for Safety. Wiley, 2018.
11. Hibbler, R. C. (1993). Statics and Mechanics of Materials.
12. Boresi, A. P., & Schmidt, R. J. (2003). Advanced Mechanics of Materials (6th ed.).
13. Lindeburg, M. R. (2020). Mechanical Engineering Reference Manual (14th ed.).
14. Deutschman, A. D., Michels, W. J., & Wilson, C. E. (1975). Machine Design: Theory and Practice. Macmillan Publishing Co.
15. Norton, R. L. (2006). Machine Design: An Integrated Approach (3rd ed.). Prentice-Hall.
16. Taylor, Classical Mechanics, 2005.
17. Goldstein, Poole, & Safko, Classical Mechanics 3rd Edition, 2002.

# VI.   CURRICULUM VITAE

## Beau A. Biller, M.Eng., P.E., ACTAR

<u>Address:</u>
7586 Bradfordville Road
Tallahassee, FL 32309
(850) 228-3335 (work)
(888) 249-9226 (fax)          http://www.cummingssci.com

<u>Personal:</u>
Born July 2, 1980, Clearwater, Florida

<u>Education:</u>
**B.S. - Florida State University**, Tallahassee, FL
Mechanical Engineering with emphasis on Mathematics, Materials Science and Physics
**M.Eng with Honors – Johns Hopkins University**, Baltimore, MD (Summa Cum Laude)
Mechanical Engineering and Applied Physics
Pursuing: **Doctorate of Physics**

<u>Professional:</u>
Licensed Professional Engineer (License # 78404)
Full Accreditation as a Traffic Accident Reconstructionist by the Accreditation
Commission for Traffic Accident Reconstruction. (ACTAR # 1951)
sUAS Aircraft Pilot rating

<u>Professional Memberships:</u>
**NATARI** - National Association of Traffic Accident Reconstructionist and Investigators
**SAE** - Society of Automotive Engineers
**ASME** - American Society of Mechanical Engineers

<u>Conference and Course Attendance:</u>

- **Crash Data Recorder Tool** – User Certification Course; IPTM, University of North Florida; August 2004
- **Traffic Accident Reconstruction I**, Northwestern University, Evanston, IL; October 2004
- **Traffic Accident Reconstruction II**, Northwestern University, Evanston, IL; November 2004
- **Commercial Vehicle Braking Systems**, Society of Automotive Engineers Seminar, Detroit Michigan; April 2005
- **Vehicle Accident Reconstruction Methods**, Society of Automotive Engineers Seminar, Detroit Michigan; April 2005

- **Applied Vehicle Dynamics**, Society of Automotive Engineers, Big Beaver, Pennsylvania; May 2006
- **Photo Modeler Collision Reconstruction Training**, EOS Systems, Atlanta, Georgia; November 2007
- **Stapp Car Crash Conference,** Savannah, Georgia; November 2009
- **Occupant Kinematics,** IPTM, Orlando, Florida; April 2010
- **Crash Data Retrieval Update 2010,** IPTM, Orlando, Florida; April 2010
- **Special Problems in Traffic Crash Reconstruction,** IPTM, Orlando, Florida; April 2010
- **MADYMO Introductory Course,** TASS, Detroit, Michigan; June 2010
- **ARC-CSI Crash Conference,** Las Vegas, NV; June 2012
- **Motorcycle Endorsement Course,** Monticello, FL; February 2013
- **3DS MAX Modeling,** Virtual Design & Construction Institute; December 2013
- **CDR Summit,** Houston, TX; January 2014
- **Forensics Engineering,** Decatur Professional Development, LLC; May 2015
- **59th Stapp Car Crash Conference**, New Orleans, LA; November 9-11, 2015
- **Electrical Engineering for HVAC Engineers**, PDH Engineer; November 2016
- **Air Conditioning System**s, PDH Engineer; November 2016
- **Welding Technology and Inspection Procedures,** PDHonline; August 2017
- **Human Factors in Traffic Crash Reconstruction,** IPTM, University of North Florida; February 2018
- **Introduction to Brake Control Systems,** Society of Automotive Engineers; March 2018
- **Mechanics of Materials,** PDHonline; December 2018
- **MATLAB Onramp,** MathWorks Training Services; March 2019
- **Signalized Intersections Part I,** PDHonline; August 2020
- **Signalized Intersections Part II,** PDHonline; August 2020
- **Structural Mechanics,** PDHonline; February 2021
- **Understanding the Manual on Uniform Traffic Control Devices,** PDHonline; November 2022
- **Event Data Recorder Use in Traffic Crash Reconstruction I**, IPTM; November 2022
- **Commercial Vehicle Crash Investigation,** IPTM; February 2023
- **The Virtual Crash Interface,** Virtual Crash Academy; February 2024

Experience:

**Cummings Scientific, LLC**, Tallahassee, Florida; Engineering, Accident Reconstruction, Failure Analysis, Human Factors; 2007-Present

- Reconstruction of vehicular accidents; dynamic and kinematic analysis; analysis of vehicle dynamics due to tire failure; brake inspections, skid coefficients; lamp filament analysis; computer analysis; momentum exchange; vehicle crush energy calculations; visibility analysis; occupant restraint analysis; occupant kinematics and dynamics; automobile, truck, motorcycle, bicycle, and pedestrian accidents.
- Engineering Management
- Downloading and interpretation of vehicle CDR data.

- Product failure analysis; accident and injury analysis; safety standards compliance analysis.
- Interpretation of commercial vehicle ECM data.
- Mathematical modeling of vehicular accidents and occupant kinematics.
- Computer modeling of vehicular accidents and occupant kinematics.
- MADYMO Simulations
- Computer Animations
- 3-D Solid CAD modeling
- Finite Element Analysis
- Vehicle crash testing
- Vehicle accident re-enactments
- Advanced Photogrammetry and Photogrammetric Modeling
- HVAC systems analysis
- Human Factors and Visibility Analysis
- Drone assisted aerial photography and scene mapping

**Johns Hopkins University,** Baltimore, Maryland; Teaching, Course Development and Planning; 2021-Present

- Assistant instructor for graduate courses in: Classical and Analytical Mechanics, Quantum Mechanics, Statistical Mechanics and Thermodynamics, Astrophysics, Cosmology, and General Relativity, and Advanced Digital Signal Processing.
- Development of course lectures.
- Creation of student assignments, exams, and solution sets.
- Assignment and exam grading/student feedback.
- Hosting office hours and lecture sessions.

**Engineering Investigations, LLC**, Tallahassee, Florida; Engineering, Accident Reconstruction, & Safety Analysis; 2007-2009

- Reconstruction of vehicular accidents; dynamic and kinematic analysis; analysis of vehicle dynamics due to tire failure; brake inspections, skid coefficients; lamp filament analysis; computer analysis; momentum exchange; occupant restraint analysis; occupant kinematics and dynamics; automobile, truck, motorcycle, bicycle, and pedestrian accidents.
- Inspection of commercial vehicle braking systems.
- Downloading and interpretation of vehicle CDR data.
- Product failure analysis; accident and injury analysis; safety standards compliance analysis.
- Finite Element Analysis
- Vehicle accident re-enactments
- Advanced Photogrammetry

**Quest Engineering and Failure Analysis**, Tallahassee, Florida; Engineering, Accident Reconstruction; 2004-2007

- Reconstruction of vehicular accidents; dynamic and kinematic analysis; skid coefficients; lamp filament analysis; tire failure analysis; computer analysis; momentum exchange;

vehicle crush energy calculations; visibility analysis; occupant restraint analysis; occupant kinematics and dynamics; automobile, truck, motorcycle, bicycle, and pedestrian accidents.

- Inspection of commercial vehicle braking systems.
- Downloading and interpretation of vehicle CDR data.
- Mathematical modeling of vehicular accidents and occupant kinematics.
- Computer modeling of vehicular accidents and occupant kinematics.
- Vehicular accident re-enactments.
- Vehicle crash testing

**Florida State University**, Tallahassee, Florida; Advanced Engineering Dynamics, Teaching/Research Assistant; 2002-2003

- Research in the Advanced Materials Laboratory
- Engineering materials testing and research
- Computer FEA analysis
- Member of "Team Rancho" vehicular sub-frame design team

## Skills:

- **Accident Reconstruction** - Reconstruction of automobiles, heavy truck, bus, heavy equipment, tractor-trailers, trains, motorcycles, ATVs, bicycles, and pedestrian accidents. This includes the analysis of accident events and physical evidence to determine causation, critical accident events, sequence of events, compliance with procedures, and injury mechanisms. Typical projects include vehicular, construction, and slip/trip & fall accidents.

- **Product Failure Analysis** - Analysis of specific projects regarding materials failure, fatigue, corrosion, safety and design.

- **Computer based accident reconstruction and simulations** - Using HVE, EDCrash, PC Crash, EDSMAC, MADYMO, Virtual CRASH and physics-based simulation programs.

- **Crash testing** - Data acquisition, crush analysis and dynamic analysis.

- **Investigative services** - Scene investigation, surveys, drawings, skid analysis, photography, vehicle inspection, damage analysis, vehicle dynamics.

- **Photogrammetry** of digital and scanned photos using a variety of CAD programs, Photomodeler, and Autodesk ReCap to analyze skid patterns, crush depths, and accident scenes.

- **Finite Element Analysis** - Using state of the art mechanical modeling programs such as CREO Parametric and ANSYS.

- **Computer Aided Modeling –** Vehicle and machine part modeling using a variety of CAD programs.

- **Animations –** Creating still frame and video renderings for accurate visual representations

- **Human factor analysis** - Human perception and reaction times, visibility and conspicuity analysis.

- **Seat Belt Analysis** - Engineering analysis of material evidence to determine if seat belts were operational and if occupants were wearing their seat belts.

## Significant Undergraduate Coursework:

**Mathematics** - Probability and Statistics, Calculus I, II, &III, Linear Algebra, Ordinary and Partial Differential Equations.

**Applied Physics and Engineering** - Chemistry with Laboratory Experience, Electricity and Magnetism with Laboratory Experience, Statics, Dynamics, Feedback and Control Systems, Mechanics of Materials, Materials Science with Laboratory Experience, Thermodynamics with Laboratory Experience, General and Special Relativity, Quantum Mechanics, Quantum Field Theory.

## Significant Graduate Coursework:

**Mathematics** - Linear Algebra, Advanced Engineering Mathematics and Modeling, Ordinary and Partial Differential Equations, Complex Analysis, Group Theory, Fourier Analysis, Numerical Methods, Variational Calculus, Real and Functional Analysis, Topology and Differential Geometry.

**Applied Physics and Engineering** - Applied Finite Element Analysis and Modeling, Computer Aided Modeling, Symmetries of Crystalline Solids, X-Ray Crystallography and Diffraction Analysis, Advanced Strength of Materials, Energy Methods in Structural Analysis, Asymmetric Structural Failures, Linear and Non-Linear Dynamic Systems, Analytical (Lagrangian and Hamiltonian) Mechanics, Random Data Analysis, Spectral Analysis, Digital Filtering, Statistical Modeling, Advanced Thermodynamics and Statistical Mechanics, Quantum Mechanics and Field Theory, Relativistic Physics.

## Presentations and Talks:

- Biller, B. A., Accident Reconstruction.  Continuing education course at Kubicki Draper's 2008 Annual Claims Conference. January 2008, Kissimmee, FL.

- Biller, B. A., Nationwide Insurance Company Claims Examiner Seminar. CE credits given by the Florida Department of Financial Services.  February 6, 2008, Pensacola, FL.

- Biller, B. A., Auto-Owners Insurance Claims Examiner Seminar. CE credits given by the Florida Department of Financial Services.  February 19, 2008, Tallahassee, FL.

- Osterholt, G.D., Biller, B.A., The Application of MADYMO to the Modeling of Real-World Accidents. ARC-CSI Crash Conference. June 2012, Las Vegas, NV.

- Biller, B.A., MADYMO User Meeting, University of Michigan Traffic Accident Reconstruction Institute. September 2016, Ann Arbor, MI.

- Biller, B.A., Working with Experts. Presented by The Criminal Law Section. Chair-Catherine R. Henry. February 21, 2020, St. Petersburg Yacht Club, FL.

## Publications:

- Cummings, J.R., Osterholt, G.D., Calhoun, D.V., Biller, B.A., Occupant Friction Coefficients on Various Combinations of Seat and Clothing. SAE, 2009. 2009-01-1672

- Biller, B.A., Cummings, J.R., Photogrammetry in Accident Reconstruction. Florida Engineering Journal, June Issue 2010.

- Osterholt, G.D., Cummings, J.R., Calhoun, D.V., Biller, B.A., Updating Generic Crush Stiffness Coefficients for Accident Reconstruction. SAE, 2010. 2010-01-1581.

- Cummings, J. R., Fletcher, H. J., Biller, B. A., Scanlan, S., Lamb, R., & Russo, M. D. (2016). Estimates of Motorcycle Speed Made By Eyewitnesses Under Ideal Experimental Conditions. *Accident Reconstruction Journal*, 12–17.

# VII. TESTIMONY LIST

This is a list of cases in which Mr. Biller has testified as an expert by trial or deposition.

- Kimberly B. Crowder, a minor vs. Utiliquest, LLC and Steve Sanders. In Carroll County Circuit Court, First Judicial District. In Carroll County, Mississippi. Civil Action No. 2005-0045CVIL. Retained by Plaintiff's counsel, Preston Rideout, Esq., and provided deposition testimony in April 2008.
- Sarah D. McCulloh as Personal Representative of the Estate of Kyle Thomas McCulloh v. Cherokee County Department of Public Works. State of South Carolina in the Court of Common Pleas County of Cherokee. No. 08-CP-11-100. Retained by Defense counsel, Russel Harter, Jr., Esq., and provided deposition testimony in April 2009.
- State of Florida v. Timothy Washington. Second Judicial Circuit Court of Florida. No. 09CF02009. Retained by Defense counsel, John Tomasino, Esq., and provided trial testimony in December 2009.
- Orlando Welch, Charles Joiner, Demetrius Wright, and Dwight Foster vs. Ford Motor Company and McMahon Ford Company. In the Circuit Court of the City of St. Louis State of Missouri. Case No. 0622-CC07232. Division 1. Retained by Plaintiff's counsel, Kwadwo Armano, Esq., Esq., and provided deposition testimony in June 2010.
- The Estate of Jeffery McCall vs. Riverland Hedging & Topping, INC., a Florida Corporation Florida Power & Light, a Florida Corporation; and Williamson Cattle Company, INC., a Florida Corporation. In the Circuit Court of the 19th Judicial Circuit in and for Indian River County State of Florida. Case No. 2008-1315 CA 11. Retained by Defense counsel, Orlando Valle, Esq., and provided deposition testimony in February 2011.
- Orlando Welch, Charles Joiner, Demetrius Wright, and Dwight Foster vs. Ford Motor Company and McMahon Ford Company. In the Circuit Court of the City of St. Louis State of Missouri. Case No. 0622-CC07232. Division 1. Retained by Plaintiff's counsel, Kwadwo Armano, Esq., and provided deposition testimony in February 2011.
- State of Florida vs. Joshua Adams. In the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida. Criminal Division. Case No.: CRC10-00297CFANO. Retained by Defense counsel, Allison Ferber, Esq., and provided deposition testimony in August 2012.
- Kelly Mata vs. Marcus Gallon and General Motors, LLC f/k/a NFMCO, Inc. f/k/a General Motors Company. In the United States District Court for the Middle District of Georgia Valdosta Division. Civil Action File No: 7:12-CV-00042-HL. Retained by Plaintiff's counsel, Craig Webster, Esq., and provided deposition testimony in March 2013.
- State of Florida vs. Joshua Adams. In the Circuit Court for Pinellas County, Florida Criminal Division. SPN#: 03019169. Retained by Defense counsel, Allison Ferber, Esq., and provided trial testimony in June 2013.
- State of Florida v Michael T. Jucksch. In the Circuit Court of the 20th judicial Circuit in and for Lee County Florida. Case no. 12-015187CF (BK). Retained by Defense counsel,

Kristianna Rodriguez, Esq., and provided deposition testimony in July 2013 and trial testimony in August 2013.

- State of Florida v Jason Scott Jones. In the Court of the Twentieth Judicial Circuit in and for Lee County, Florida. Case no. 13-CF-000457- (EJV). Retained by Defense counsel, Spencer Cordell, Esq., and provided deposition testimony in September 2014.
- Samuel Johnson as Personal Representative of the estate of Kory Samuel Deyton vs. Sheriff Rick Beseler and Steven Hills. United State District Court for the Middle District of Florida-Jacksonville Division. Case no. 3:15-cv-00206-TJC-JRK. Retained by Defense counsel, Joe Longfellow, Esq., and provided deposition testimony in November 2015.
- Claudio Faenza as Personal Representative of the Estate of Kimberly Faenza v. Scott R. Bolton, Advanced Vehicle Modifications, Inc., a foreign corporation, and Custom Metal Works, Inc., a foreign corporation. In the Circuit Court of the Eighth Judicial Circuit in and for Alachua County, Florida. Case no.:2014-CA-4128. Retained by Plaintiff's counsel, Alex Gillen, Esq., and provided deposition testimony in August 2016.
- Joshua Eric Leroy v Healthy Home of Allergy and Indoor Air Pollution Products, Inc. and Kirby Burnell Smith. In the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, State of Florida Civil Division. Case No.: 13-010497-CI-15. Retained by Plaintiff's counsel, Albert Wollermann, Esq., and provided deposition testimony in January 2017.
- Alison Burns-Williams, as Personal Representation of the Estate of Dorine Williams-Burns, deceased v Sears, Roebuck and Co. In the Circuit Court of the 2nd Judicial Circuit in and for Gadsden County, Florida. Case No.: 2014-CA-1035. Retained by Plaintiff's counsel, Dean LeBoeuf, Esq., and provided deposition testimony in January 2017.
- Joshua Eric Leroy v Healthy Home of Allergy and Indoor Air Pollution Products, Inc. and Kirby Burnell Smith. In the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida Civil Court. Case No.: 13-010497-CI-15. Retained by Plaintiff's counsel, Albert Wollermann, Esq., and provided trial testimony in January 2017.
- Jazmin Voegele v Gary Leuchtman, as Personal Representative of the Estate of Steven William Schroeder. In the Circuit Court in and for Escambia County, Florida. Case No.: 2013 CA 000904. Retained by Defense counsel, Albert Wollermann, Esq., and provided deposition testimony June 2017.
- Michael R. Jones v Progressive Select Insurance Company. In the Circuit Court of the Second Judicial District in and for Leon County, Florida. Case No.: 2016 CA 342. Retained by Plaintiff's counsel, Jaeson Homola, Esq., and provided deposition testimony in June 2017 and trial testimony in July 2017.
- State of Florida vs Trenton Shiver. In the Circuit Court of the 2nd Judicial Circuit in and for Franklin County, Florida. Case nos. 2016-68CF. Retained by Defense counsel, Shannon Stallings, Esq., and provided trial testimony in December 2017.
- Keenen E. Davis vs. National Union Fire Insurance Company of Pittsburgh, Pennsylvania, et al. United States District Court, Eastern District of Louisiana, Civil Action No.: 17-CV-08700. Retained by Defense counsel, Renee Auld, Esq., and provided deposition testimony in July 2018.

- State of Florida vs Christopher Steven Chambers. In the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida. Case No.: 03-2016-CF-4163-A, Case No.: 03-2006-CF-0354-A, and Case No.: 03-2005-CF-3257-A. Retained by Defense counsel, Caren Bennett, Esq., and provided deposition testimony in July 2018.
- State of Florida vs Christopher Steven Chambers. In the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida. Case No.: 03-2016-CF-4163-A, Case No.: 03-2006-CF-0354-A, and Case No.: 03-2005-CF-3257-A. Retained by Defense counsel, Caren Bennett, Esq., and provided trial testimony in August 2018.
- Jahzi R. McCree vs. Marlon McCree. In the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida. Case No.: 16 2018DR001329DVXXMA. Division FM-V. Retained by Defense counsel, Rhonda Peoples-Waters, Esq., and provided trial (hearing) testimony in August 2018.
- Benjamin Perretti vs. Pax Trax, Inc., and Lemans Corporation d/b/a Parts Unlimited. In the Circuit Court of the Seventh Judicial Circuit in and for Flagler County, Florida. Case No.: 2016 CA 000086. Retained by Plaintiff's counsel, Alex Gillen, Esq., and provided deposition testimony September 2018.
- Loretta Sue Parker, Individually, as Surviving Spouse of Calvin Larry Parker, and as Administrator of the Estate of Calvin Larry Parker, deceased, v. Modular Space Corporation and Titan Modular Systems, Inc. In the State Court of Gwinnett County, State of George. Civil Action File No.: 17C04114-3. Retained by Plaintiff's counsel, Cale Conley, Esq., and provided deposition testimony November 2018.
- Donna M. Gaddis, as Personal Representative of the Estate of Locke Thomas Gaddis, deceased, Donna M. Gaddis, individually, and Ian T. Gaddis, individually vs Florida Department of Transportation, et al. In the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida. Case No.: 16-2016-CA-006656. Division: CV-D. Retained by Defense Counsel, William Vertes, Esq., and provided deposition testimony March 2019.
- Michael Shannon Totten, Individually, and As Administrator of the Estate of Clinton R. Totten v. Style Crest Enterprises, Inc., Style Crest, Inc., Style Crest Transport, Inc., Decobe C. Marbury, and Mitsui Sumitomo Insurance USA, Inc. In the United States District Court for the Middle District of Georgia, Valdosta Division. Civil Action File No. 7:18-CV-00154-HL. Retained by Plaintiff's Counsel, Haynes Studstill, Esq., and provided deposition testimony May 2019.
- United States v. SSG Ladonies P. Strong. In the Federal Court for the United States Department of the Army at Fort Stewart, GA. Retained by Defense Counsel, Michael Waddington, Esq., and provided in-trial expert consultation in July 2020.
- Duane Washington, individually, and as parent and natural guardian of Jordan Washington, Jae'Chad Washington, and Rachon Washington v. Sinclair Broadcast Group, Inc., a subsidiary of Sinclair Television Group, North American Van Lines, Inc., Greater Bay Relocation Services, Inc., Kathy Watkins DBA Prosperity Enterprises, Lerone Copeland and Steven Sheridan. In the Circuit Court of the Second Judicial Circuit, in and for Gadsden County, Florida. Case No.: 18000861CAA. Retained by Defense Counsel, Robert Crabtree, Esq., and provided deposition testimony in January 2021.

- Viola Thomas, Bernard Lecorn, and Paul Tape v Elton L. Tindall. In the County Court of the Fifth Judicial Circuit in and for Marion County, Florida. Case No.: 2019-CA-1372. Retained by Defense Counsel, Susan Seigle, Esq., and provided deposition testimony in March 2021.
- Viola Thomas, Bernard Lecorn, and Paul Tape v Elton L. Tindall. In the County Court of the Fifth Judicial Circuit in and for Marion County, Florida. Case No.: 2019-CA-1372. Retained by Defense Counsel, Susan Seigle, Esq., and provided trial testimony in April 2021.
- Anne D. Poole and Steven E. Poole v William Mark Lampke and Ashia J. Barnes. In the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida. Case No.: 2019-CA-2019-O. Retained by Plaintiff's Counsel, Mindy Miller, Esq., and provided deposition testimony in August 2021.
- Johnathon Horne v Hugh MacDonald Construction, Inc. and John T. Campbell. In the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida. Civil Division. Case No.: 16-CA-006346. Division D. Retained by Defense Counsel, John Guyton, Esq., and provided deposition testimony in October 2021.
- Johnathon Horne v Hugh MacDonald Construction, Inc. and John T. Campbell. In the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida. Civil Division. Case No.: 16-CA-006346. Division D. Retained by Defense Counsel, John Guyton, Esq., and provided trial testimony in May 2022.
- Anna Iwanowski, as a Personal Representative of the Estate of Wojciech Iwanowski v Beta Max, Inc., and Club Brittany at the Park Shore, Inc., and the Walker Contracting Group, Inc., and Sunbelt Rentals, Inc., and Sunbelt Rentals Scaffold Services, LLC. Cross-Claim: The Walker Contracting Group, Inc., v Sunbelt Rentals Scaffold Services, LLC. In the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida. Case No.: 11-2020-CA-001243-0001. Ruth Gonzalez, as Personal Representative of the Estate of Enrique Gonzalez, Deceased v Beta Max, Inc., and Club Brittany at the Park Shore, Inc., and the Walker Contracting Group, Inc., and Sunbelt Rentals, Inc., and Sunbelt Rentals Scaffold Services, LLC. Cross-Claim: The Walker Contracting Group, Inc., v Sunbelt Rentals Scaffold Services, LLC. In the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida. Case No.: 2020-CA-001288-0001. Retained by Plaintiff's Counsels, Nicholas Gurney, Esq. and Randall Spivey, Esq., and provided deposition testimony in July 2022.
- Michael Moore v Courtyard Management Corp. Third Party: Courtyard Management Corp. v Daniel Paul Chairs, LLC. In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida. Case No.: 2019-9502-CA-01. Retained by Defense Counsel, Antwon Emery, Esq., and provided deposition testimony in July 2022.
- Eric Ungericht and Betty Ungericht v Willie James Butler d/b/a WB Trucking, and Zantal Chantel Brown. In the Circuit Court of the Second Judicial Circuit in and for Gadsden County, Florida. Case No.: 2022 CA 0105. Retained by Defense Counsel, Bob Crabtree, Esq., and provided deposition testimony in September 2022.
- State of Florida v Alan Thomas Jerdan Jr. In the Circuit Court of the Sixth Judicial Circuit of the State of Florida in and for Pasco County. Case No.: 2019CF007692CFAXES-

SECTION2. Retained by Defense Counsel, Jeremy Clark, Esq., and provided deposition testimony in March 2023.

- Liberty Uhack and Joseph Jordain v Lowe's Home Centers, Inc., National Union Fire Insurance Company of Pittsburgh, PA, Patrick Garner, Nakia James, United Services Automobile Association and ABC Insurance Company. Civil District Court for the Parish of Orleans. State of Louisiana. Div: L. No.: 2020-10169. Retained by Plaintiff's Counsel, Daryl Gray, Esq., and provided deposition testimony in March 2023.

- Joseph Helfinstine, as Personal Representative of the Estate of Tammy Helfinstine Andrews, Deceased and John Simms, as parent and natural guardian of Jacob Simms, a minor v Saw Unlimited Group, LLC, a Florida Corporation, BLK Transport, LLC, a Florida Corporation, J Sierra Investments, LLC, a Florida Corporation, LCAP Equipment, LLC n/k/a BIK Equipment LLC d/b/a Bravado Trucking, a Florida Corporation, Piobari Leasing, LLC, a Florida Corporation, Deimien Jorge Reyes Romero, Bulk Express Transport, Inc., a Florida Corporation, Soiltech Distributors, Inc., a Florida Corporation, STD Enterprises, Inc., and Ashbritt, Inc., A Florida Corporation. In the Circuit Court of the 19th Judicial Circuit in and for Okeechobee County, Florida. Case No.: 472018CA000222CAAXMX. Retained by Defense Counsel, Bradley Guldalian, Esq., and provided deposition testimony in March 2024.

- State of Florida v Pedro Ramirez Alvarado. In the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida. Case No.: 2019-CF-4209 B. Retained by Defense Counsel, Edward Iturralde, Esq., and provided trial testimony in May 2024.

- State of Florida v Daksh Wadhwa. In the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida. Case Number: 2022-CF-003157-AXXX-XX. Retained by Assistant State Attorney, Steven Miller, Esq., and provided deposition testimony in July 2024.

- State of Florida v Grace Eleonora Hunter. In the Circuit Court of the Sixth Judicial Circuit of the State of Florida in and for Pinellas County. Case No: 22-08040-CF-T. Retained by Defense Counsel, Paul Showalter, Esq., and provided deposition testimony in October 2024.

- Antonio Rosado Baez v Erik Mitchell Owen; Celebration Restaurant Group, LLC; CFL Pizza, LLC; and Yum! Brands, Inc also known as Yum Restaurant Services Group, LLC. In the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida. Case No.: 2023 CA 001955.

# VIII. FEE SCHEDULE

### Cummings Scientific, LLC Standard Fee Schedule
### Effective January 1, 2024

**General Fees**

| | |
|---|---|
| Consulting Scientist, Biomedical Engineer, PhD | $450/hr |
| PhD Biomedical Engineer, Travel Time | $400/hr |
| | |
| Mechanical Engineer, P.E., Certified Accident Reconstructionist | $350/hr |
| Mechanical Engineer, Travel Time | $275/hr |
| | |
| Mechanical Engineer/Simulations Engineer | $225/hr |
| Mechanical Engineer/Simulations Engineer, Travel Time | $200/hr |
| | |
| Field Work Technician | $180/hr |
| Field Work Technician, Travel Time | $150/hr |
| | |
| Technical/Graphics/Medical Summary Support | $185/hr |
| | |
| Support Staff | $130/hr |
| | |
| File Set Up Fee- PhD, Biomedical Engineer (nonrefundable) | $1000 |
| | |
| File Set Up Fee- PE, Mechanical Engineer (nonrefundable) | $500 |
| | |
| New Case Retainer- PhD, Biomedical Engineer | $9500 |
| New Case Retainer- PE, Mechanical Engineer | $5500 |
| | |
| Simulations – Animations – Video | $ Call |

**Expenses**

| | |
|---|---|
| Deposition/Trial Out of Town | $3000 Retainer |
| Deposition/Trial | $1300 Minimum |
| Deposition/ Trial Out of Town (M.E./ P.E.) | $2500 Retainer |
| Deposition/ Trial (M.E./ P.E.) | $1000 Minimum |
| Airbag Module "black box" Download | $450 |
| Travel per diem (for meals) | $50/day |

| | |
|---|---|
| Mileage | $0.80/mile |
| Evidence storage | $70/month |

All other out-of-pocket expenses will be billed at cost + 10%

**<u>Terms</u>**

Net 30 days from the date of invoice.  (Overdue 1.5% per month).  If Cummings Scientific, LLC does not receive payment within 30 days of the invoice date, we reserve the right to suspend any or all services without notice until full payment is made. Checks should be made payable to Cummings Scientific, LLC.

Retainers for deposition and trial are fully refundable if more than 7 days notice is received prior to a cancellation. If less than 7 days notice is received, 50% of the fee will be retained. The expert shall not give a refund if canceled without notice or less than 72 hours prior to the deposition. We reserve the right to cancel a scheduled deposition if opposing counsel fails to provide the minimum fee at least 7 days prior. We understand that cancellations for trial testimony may be unavoidable, and we are willing to work with you regarding any refund.

There is a 20% surcharge on all applicable billable rates for any work needing to be performed for an analysis deadline within 30 days of our office being notified.

Inspection cancellations shall incur a fee of $250 if less than three days notice is given. In the event an expert appears at an inspection that does not take place and no notice was received of the cancellation ahead of time, travel expenses and mileage will be charged in addition to the $250 fee.

**<u>Federal Tax ID #</u>**

EIN   20-2539664