# Exhibit 5

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

JOSHUA GLASSCOCK, on behalf of           )
himself and all others similarly situated,  )
                                                          )
      Plaintiff,                                 )
                                                          )
      v.                                             )      Case No. 22-CV-3095-MDH
                                                          )
SIG SAUER, INC.,                              )
                                                          )
      Defendant.                               )

RULE 26(a)(2)(B) DECLARATION OF BENJAMIN D. GATROST
IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

     I, Benjamin D. Gatrost, having been sworn upon my oath that the following is true to the best of my knowledge, and under penalty of perjury, state as follows:

     1.     My name is Benjamin Gatrost. I have been engaged by Plaintiff Joshua Glasscock, through his counsel, to provide testimony as an expert in practical firearms, including specifically the Sig Sauer P320. I am being compensated at a rate of $350 per hour for both testimony and analytical work.

     2.     I have been engaged to provide information, analyses, and opinions about handguns in general and the Sig Sauer P320 in particular.

     3.     In reaching my opinions, I relied on the experience, knowledge, and expertise I have gained throughout my careers in the military and law enforcement and my knowledge and expertise with respect to firearms. I have further relied upon documents and materials known to me or generally available.

     4.     I am over 18 years of age and capable of making this declaration.

     5.     I make this declaration based on my personal knowledge and if called to testify to the contents hereof, I could and would competently do so.

## PERSONAL BACKGROUND AND
## SUMMARY OF PROFESSIONAL QUALIFICATIONS

6.      I attended the University of Central Missouri, formerly Central Missouri State University, where I studied Criminal Justice and participated on the University Shooting Team.  During that time, I trained and competed with a Glock 17, 9mm handgun.  I graduated with a 4.0 grade point average with a Bachelors in Science in Criminal Justice in May 2004.

7.      Following undergraduate studies, I applied for and was accepted to the University of Missouri at Kansas City, School of Law.  I graduated with my Juris Doctor (JD) in December of 2006; was admitted to the Missouri Bar in the Spring of 2007 and the Kansas Bar in the Summer of 2007.

8.      During my second year in law school, I interned at the United States Attorney for the Western District of Missouri's office where I worked on the Strike Force which, at that time, focused on federal firearms violations.

9.      From 2007 through 2009, I worked as the law clerk for the Honorable Judge Robert Beaird, in the Jackson County, Missouri Circuit Court.

10.     I was hired by the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations (previously Office of Investigations for ICE) in August of 2009.  I attended and graduated the Special Agent basic training course, Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC) in Glenco, Georgia.  After completing FLETC, I then attended and graduated from the ICE Academy located at FLETC and was awarded a certificate of completion for ICE Special Agent Training or ICESAT.  Together the courses were approximately 6.5 months in length.

2

11. At the academy, I was issued a Sig Sauer P229, .40 caliber, Double Action Kellerman (DAK). During both CITP and ICESAT, I attended both classroom and range training sessions to qualify on the ICE-issued Sig Sauer P229 DAK duty pistol. During CITP, our class was blended with Special Agents from the State Department, who were issued Sig Sauer P229, 9mm, Double Action/Single Action duty pistols. We were present for the instruction and safety briefs for the State Department Agents being trained on their Sig Sauer P229, Double Action/Single Action pistols, and the safety considerations of "de-cocking" the hammer on the duty pistol before placing the loaded pistols into their holsters.

12. Following the ICE Academy, I reported for duty in January of 2010 at the ICE, Office of Investigations, located in Kansas City, Missouri. I was assigned to the fraud and human trafficking group for approximately 8 years. I was then assigned to the narcotics and smuggling group and also served on the Kansas City Missouri Police Department Gang Task Force.

13. I was employed by Homeland Security Investigations from 2009 until 2023. In 2013, I was selected to become a firearms instructor and attended the basic Firearms Instructor Course located at U.S. Army Ft. Benning, Georgia. During that basic three-week course, I was certified as a Flying Armed Instructor, Search Warrant Tactics Instructor, and Duty Pistol, Shotgun, and Rifle Instructor.

14. As a Duty Pistol, Shotgun, and Rifle Instructor, I was initially trained to provide instruction and training to other federal law enforcement agents on the following handguns:

- Sig Sauer P229 DAK (Double Action Kellerman);

- Sig SauerP229 Double Action/Single Action;

- Sig Sauer P237 Double Action Only;

3

- Sig Sauer P237 Double Action/Single Action;

- Glock 26 Striker;

- Smith & Wesson Revolver Double Action Only; and

- Smith & Wesson Revolver Double Action/Single Action.

15.     Upon my return to Kansas City, I assisted the senior firearms instructor in conducting quarterly range training and firearms qualifications, primarily for ICE special agents and Enforcement Removal Operations officers.

16.     ICE Firearms Instructors are required to attend re-certification courses every five years.  I served as an ICE Firearms Instructor for 10 years. I recertified as an ICE Firearms Instructor in 2018 and 2022.

17.     During the 2022 recertification, I was trained to provide instruction and training to other federal law enforcement agents on the following striker-fired pistols:

- Sig Sauer P320;

- Sig Sauer P365;

- Glock 26;

- Glock 19;

- Glock 17; and

- Glock 43.

18.     When I first became a firearms instructor, the agency duty pistol at the time was the Sig Sauer P229 DAK.  Thereafter, ICE transitioned to the Sig Sauer P320, 9mm, ICE approved pistol (with no external safety).

19.     I was selected to become the ICE Kansas City field armorer and attended a 40-hour training and certification course in November 2022.  This field armorer course trained

4

and certified me to perform inspections, maintenance, and repairs on the following weapons: Sig Sauer P320, Sig Sauer P365, Glock 26, Glock 19, Glock 17, Glock 43, and the Colt M4 rifle. During this field armorer certification, I learned that the Sig Sauer P320 was inadvertently discharging. For safety reasons, we would be receiving trigger springs in the future, and it was imperative that all Sig Sauer P320 pistols in use by ICE employees would receive a new trigger spring replacement as a safety protocol. I was advised at that time that in the coming weeks new trigger springs would be shipped out to the field, and it would be the field armorer's responsibility to replace all the springs as expeditiously as possible. Prior to leaving ICE, I was able to partially complete this task of replacing the trigger springs for approximately eight of the Sig Sauer P320 agency duty pistols; the remainder was replaced by a different field armorer.

20. In approximately 2016, I was selected to serve as the Team Leader for the ICE Rapid Response Team, which was tasked with responding to disaster zones to secure agency personnel and assets, as well as deploy to assist FEMA in recovery missions following natural disasters.

21. In 2023, I left ICE and was later hired as In-House Counsel for a private foundation, Proximus LLC, that works in the Counter Human Trafficking area. I also obtained my Missouri Police Officer Standards and Training license and became a Reserve Deputy Sheriff at the Ray County Sheriff's Office. At the Sheriff's Office, I serve as the team leader for the Counter Human Trafficking Team and as a member and trainer for the Special Response Team. I also presently serve as a Reserve Deputy Sheriff for the Washoe County Sheriff's Office in Nevada, where I am assigned to their Human Trafficking Exploitation Rescue Operations team.

5

22.     In addition to my other employment, in March of 2015, I was also commissioned as a 1st Lieutenant in the United States Air Force, Reserve Component. I attended Officer Basic in the Summer of 2015 and the Judge Advocate Staff Officer Course in the Summer of 2016. I served as an Assistant Staff Judge Advocate with the 509th Bomb Wing at Whiteman AFB, as a Reserve Officer assigned to an active duty base. I served in that position until 2021, when I became the Deputy Staff Judge Advocate for the 139th Airlift Wing at Rosecrans Missouri Air National Guard Base. In October 2023, I was assigned as the Staff Judge Advocate, advising the Wing Commander on military legal issues, conducting complex investigations, ensuring that good order and discipline is maintained, as well as supervising the legal office personnel. I currently hold the rank of Major.

23.     In 2022, I was selected to represent the 139th Airlift Wing at the Missouri State National Guard Shooting Competition, where I was issued an U.S. Air Force M18 (carry size Sig Sauer P320, 9mm, with an external thumb safety) and an M4 rifle. During that competition, I had the overall high combined score, was selected as the best overall novice shooter, and distinguished as one of The Adjutant General's Combat 20 - the top 20 shooters in the Missouri Army and Air National Guard that year.

24.     In 2024, I was again selected to represent the 139th Airlift Wing at the Missouri State National Guard Shooting Competition, where I was issued another M18 (carry size Sig Sauer P320, 9mm, with an external thumb safety) and an M4 rifle. During that competition I was again distinguished as one of The Adjutant General's Combat 20.

25.     In the Summer of 2024, I was selected to represent the State of Missouri with 11 other National Guard members to compete in the National Guard Regional Shooting Competition, where I was issued an U.S. Army M17 (full size Sig Sauer P320, 9mm, with an

external thumb safety) and an M4 rifle. During that competition, I was distinguished as the best overall novice shooter in pistol, second overall novice shooter in rifle, and overall best novice shooter for combined pistol and rifle.

26.     I served as a field armorer for Department of Homeland Security, following my certification in November 2022. I continue to serve as the armorer for our private foundation's Counter Human Trafficking Team and assist with maintaining and inspecting the team member's firearms, primarily comprised of Glock and Sig Sauer pistols (including the P320, P365, and P365 macro). I also work on any pistol needing inspected or maintained for the Ray County Missouri Sheriff's Office.

27.     I have enjoyed building firearms as a hobby since I was in high school, where I manufactured my first shotgun. Since that time, I have manufactured M4 style rifles using hand mills and manufacturers' parts kits. Also, I manufactured a "Glock" style striker fired pistol from 80% Arms model GST parts kit, drilling every hole, and assembling every piece of the pistol into the frame and slide.

28.     I have attended ATF training for law enforcement regarding the manufacture of "ghost" guns and guns from 80% lower receivers; the training covered limited gunsmithing and assembly of firearms from parts kits.

29.     I continue to serve as one of the firearms instructors for the Ray County Sheriff's Office and conduct training and qualifications for law enforcement members who work at the Counter Human Trafficking private foundation. Over the course of my personal and professional career, I have fired hundreds of individual firearms, conducted several four-to-eight hour law enforcement training and qualification range courses each quarter for the last decade as a federally credentialed firearms instructor. I have also trained civilians to

7

obtain their concealed carry weapons permit and personally fired thousands of rounds through the Sig Sauer P320 and other firearms, including the Glock 17, Glock 19, Glock 26, Sig Sauer P229 DAK, Sig Sauer P229 DA/SA, and the Sig Sauer P365.

30.     I also hold a POST License to be a Sworn Law Enforcement Officer in both Missouri and Nevada, am a member of the Military Officer's Association, and am an Officer in the Missouri Air National Guard.

## FIREARMS BASICS

31.     The Bureau of Alcohol Tobacco and Firearms defines a firearm on their website by citing to Title 18 USC 921(a)(3), which states a firearm is: "any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive;..." (available at: https://www.atf.gov/firearms/firearms).

32.     One of the most straight forward explanations of basic firearm functionality is provided by the Texas Parks and Wildlife Department on their webpage, where they state: "A firearm is a mechanical device that launches a projectile at high velocity through a tube as the result of expanding gases from a burning propellant. Firearms have changed over the years, but are still based on forcing a projectile such as a bullet or shot through a barrel." It further states: "Generally, there are three types of firearms: rifles, shotguns and handguns. The three basic parts of a modern firearm are: [a] action, which loads, fires and ejects ammunition, [b] barrel, a metal tube that the projectile passes through [and (c)]stock, that supports the action and in many cases, the barrel." See generally: https://tpwd.texas.gov/education/hunter-education/online-course/firearms-and-ammunition-1.

33.     As stated above there are generally three types of firearms: rifles, shotguns and handguns.  For this report, I will limit all further discussion and my opinions to handguns, as the Sig Sauer P320 is categorized as a pistol by its features, function, and by the manufacturer on its public website.   See: https://www.sigsauer.com/p320-full-size.html. Based upon my training and experience I know that a pistol is commonly used to refer to handguns that do not meet the definition of a revolver, and is a firearm that is a sub-category falling under "handguns."

34.     Handguns encompass both pistols and revolvers, and are separated based upon their characteristics.  A handgun is designed to be fired utilizing one hand and is defined in federal law as: "a firearm which has a short stock and is designed to be held and fired by the use of a single hand..." *see* generally Title 18 USC 921(a)(30)(A).  The ATF defines a revolver on their public website as: "a projectile weapon of the pistol type, having a breechloading chambered cylinder so arranged that the cocking of the hammer or movement of the trigger rotates it and brings the next cartridge in line with the barrel for firing."  see generally             https://www.atf.gov/firearms/firearms-guides-importation-verification-firearms-gun-control-act-definition-revolver.

35.     For the purposes of comparing attributes between revolvers and the Sig Sauer P320 pistol, it is worth noting that revolvers have two different types of actions that will be discussed further in the next section.  On the ATF public webpage listed above, revolvers can be categorized as "double action" revolvers or as "single action" revolvers.

*Traditional Trigger Types*

36.     I will give the basic explanation based on my personal training, observations and experience regarding the two trigger types for revolvers as:

(1) a revolver with a "double action" trigger (shown below), that when pulled rearward, both energizes[1] the hammer (typically by pulling the hammer backwards against a spring) and ultimately at the end of the trigger's travel "rearward," releases the hammer to "fall forward" to strike the ammunition and/or a firing pin that strikes the ammunition, causing the weapon to "fire" a projectile; or



(2) a revolver with a "single action" trigger (or in single action mode as shown below) will only perform one function when the trigger is pulled, which is to release an already energized hammer waiting to be released so that it can "fall forward" to strike the ammunition (and/or a firing pin that strikes the ammunition) causing the weapon to "fire" a projectile. Note that a firing pin is

---

[1] The term "energize" describes the act of charging a pistol with mechanical energy that can be released to fire the pistol.

the part on a firearm that directly impacts the primer of the ammunition, the

primer then initiates a spark that results in the explosion of the gunpowder,



which then expels the projectile down the barrel.

These definitions are consistent with the glossary of terms Sig Sauer posts on its website. *See*

Sig Sauer Glossary.

*Mechanical Types*

37.     For the purpose of this report, I will address the following two mechanical

types that are used in most commercially available firearms in the United States, both for

revolvers and pistols: <u>hammer</u> fired handguns and <u>striker</u> fired handguns.

(1) Hammer fired handguns that I have observed, trained with, and personally

operated, utilized the following trigger configurations: Single Action Only (SAO),

Double Action Only (DAO), Double Action/Single Action (DA/SA), or Double

Action Kellerman (DAK).[2]

(2) Striker fired handguns that I have observed, trained with, and personally

operated, utilize a spring powered striker that is typically energized when the

spring is compressed, which upon release by pulling the trigger, "springs

forward" causing the attached firing pin on the striker to impact the primer of

the bullet which then results in the weapon "firing" a projectile.

38.     To further explain, striker fired pistols utilize a spring loaded striker, that

operates in much the same fashion as a spring loaded "ball shooter" on a pinball machine (ie:

the spring loaded lever that is pulled to the rear and then released to launch the metal ball

into play). The striker is energized when it is pulled to the rear of the firearm, and the spring

is compressed, setting the stage for it to be released and strike the primer of the bullet and

discharge a projectile. The striker on such a pistol typically will become energized in one of

two ways, or a combination of the two. First, it can become energized by the rearward

pulling of the trigger, which works to pull the striker backward, energizing the striker, before

releasing it to impact the primer of the bullet. Second, the striker can become energized by

the slide when cycled to the back and the sear catches the striker, energizing it to varying

---

[2] Double Action Kellerman is a variation of the double action only pistol design, in that the hammer never remains in the cocked position, from the first round fired, until the last round fired, the hammer does not remain cocked (as it would in a DA/SA pistol). Rather, the hammer follows the slide of the pistol back into the "down" position and does not remain energized for the next trigger pull. However, the shooter has the option to trap the trigger to the rear position after the weapon fires, once the pistol cycles and reloads. From the trapped position, the trigger can then be partially released until a tactile click is both felt, and sometimes heard. At that point, the shooter can again pull the trigger to the rear while the weight of the trigger pull is reduced. For instance in the Sig Sauer P229 DAK, the trigger pull is reduced from the initial 10 pound pull weight down to 6 pounds.

levels as the slide closes. The varying levels of energizing the striker depends on the individual firearm design. Much like a "pinball shooter" the striker can be pulled back to varying degrees, from very little all the way to fully energized waiting to be released. Put another way, the amount of energy in the striker can range from lacking enough to activate the bullet's primer to having enough, or more than enough, to activate a bullet's primer if released.

39.     The Sig Sauer P320 is a striker fired pistol.

40.     I understand that Sig Sauer has previously described the action type for the P320 in a variety of ways, including:

>    (1) First, an engineering team lead for Sig Sauer, Sean Toner, represented that the P320 is a single action pistol, which Sig Sauer does not dispute. See Matt Taylor deposition at 16:20–22, 201:25–202:3; Sean Toner trial transcript at pp. 393-413.

>    (2) Second, in certain versions of the P320 owner's manual, Sig Sauer told consumers that "[t]he P320 pistol is a double-action only (DAO) design." See Matt Taylor deposition Ex. 17, at SIG-P320-MANUALS 000012.

>    (3) Third, during this litigation, Sig Sauer states that the P320 is a striker fired action, with "elements of a double action" and "elements of a single action." *See* Matt Taylor deposition at 210:24–211:10.

41.     Sig Sauer does not define for consumers what the third category (a striker fired action with elements of a double action and elements of a single action) means. See Sig Sauer Glossary. And I am not aware of any resource that describes a striker fired pistol in that way.

42.     I am not aware of any other practical way of knowing which trigger type or mechanical type a P320 pistol employs.

*Action Type: How Handguns are Energized*

43.     While similar to how a trigger works to fire the gun, it is necessary to understand where the energy necessary to activate ammunition comes from. The information below is based upon my training, experience, and observations as well as the definitions contained in the Sig Sauer Glossary, the SAAMI Z299.5-2023, and NIJ Standard-0112.03:

(1) Double Action Revolver. The hammer of a double action revolver becomes energized when the trigger is depressed and pulled in a rearward direction toward the grip of the firearm, and thereby the hammer mechanically is "cocked" or pulled to a rearward position, compressing the hammer spring preparing the firearm to discharge. Pressing the trigger to the end of its travel will result in releasing the hammer to fall forward and strike the round or the firing pin. A double action revolver trigger pull is characterized by a longer travel length and a heavier pull,[3] as it must mechanically cock the hammer into a rearward position and compress the hammer spring (while rotating the cylinder containing the bullets) before releasing the hammer to strike the round or the firing pin.

(2) Single Action Revolver. The hammer must be manually cocked, by pulling the hammer backward in a rearward direction, thereby compressing the hammer

---

[3] *See, e.g.,* Wilson, et al, *Trigger Pull Data*, 35 AFTE J. 400 (Fall 2003) (showing historical distinctions between single action and double action trigger pull weights).

14

spring preparing the firearm to discharge. This is typically achieved by "thumbing" or using your shooting or supporting hand's thumb to pull back on the hammer into a "cocked" position. At this point, the trigger may be pulled as a second and separate action, releasing the hammer to fall forward and strike the round or the firing pin.

(3) Double Action Only Pistol. The hammer of a double action only pistol becomes energized when the trigger is depressed and pulled in a rearward direction toward the grip of the firearm, and thereby the hammer mechanically is "cocked," compressing the hammer spring preparing the firearm to discharge. Pressing the trigger to the end of its travel will result in releasing the hammer to fall forward and strike the firing pin. Like in a double action revolver, a double action only pistol trigger pull is characterized by a longer travel length and a heavier pull,[4] as it must mechanically cock the hammer into a rearward position and compress the hammer spring before releasing the hammer to discharge the handgun. A double action only pistol does not remain energized between trigger pulls.

(4) Single Action Only Pistol. The hammer of a single action only pistol must be manually cocked, by pulling the hammer in a rearward direction, thereby compressing the hammer spring preparing the firearm to discharge. This is typically achieved by "thumbing" or using your shooting or supporting hand's thumb to pull back the hammer into a "cocked" position. With pistols that

---

[4] *Id.*

function using a slide, the pulling of the slide to the rear (which is necessary to transfer a bullet from the magazine to the handgun's chamber where the bullet is held until it is fired) acts to manually "cock" the hammer, preparing the firearm to discharge. At this point, the trigger may be pulled, releasing the hammer to fall forward and strike the firing pin.

(5) Double Action / Single Action Pistol. A double action / single action (DA/SA) pistol is capable of both modes of operation previously discussed. The hammer when being operated in double action mode, becomes energized when the trigger is depressed and pulled in a rearward direction toward the grip of the firearm, and thereby the hammer mechanically is "cocked," compressing the hammer spring preparing the firearm to discharge. Pressing the trigger to the end of its travel will result in releasing the hammer to fall forward and strike the firing pin. This type of pistol is also capable of the hammer being manually cocked, where the hammer is pulled backward in a rearward direction, thereby compressing the hammer spring preparing the firearm to discharge. This can be achieved by "thumbing" (or, with pistols that function using a slide, the pulling of the slide to the rear), which acts to manually "cock" the hammer, preparing the firearm to be capable of discharging with a trigger pull. At this point, the trigger may be pulled, releasing the hammer to fall forward and strike the firing pin. Pistols using a slide will automatically "recock" with each rearward movement of the slide as the pistol discharges a spent casing and transfers a live bullet to the chamber.

At which point in time, the pistol is in a single action mode of fire, until the hammer is "de-cocked" and no longer energized.[5]

44.     After conducting a review of the most common handgun manufacturers (including: Colt, Kimber, Sig Sauer, Springfield Armory, Beretta, and Smith & Wesson) I was unable to locate any modern commercially available pistols that were described as single action only and that did not have some type of an external manual safety. Note, most pistols of this type used a thumb safety that could be disengaged by the shooter's thumb; comparable to the Army's Sig Sauer M17 or United States Air Force's Sig Sauer M18 (both of which are P320 striker fired pistol variants). Indeed, setting aside the P320, Sig Sauer has testified that it currently equips all of its single action only pistols with a manual thumb safety. *See* Matt Taylor deposition at 53:10–13 and 94:18–22.

*Safety Design Features*

45.     It is next necessary to understand the different ways a gun may be made safer to operate. For this report, I will limit this discussion to the most common safety features utilized by handguns that I have become familiar with due to my training, experience, and observations.   These include external safeties, internal safeties, and other safety design elements.

46.     Handgun safeties are mechanisms included in a firearm's design to prevent unintentional discharges and enhance safer handling of firearms. They fit generally into two

---

[5] In summary, when a single action pistol is cocked (either by manually thumbing the hammer or by operation of the slide) three things occur. First, the pistol is energized so that it has sufficient stored mechanical energy to discharge the primer of a loaded cartridge of ammunition. Second, the trigger pull distance of the pistol is almost always shortened. And third, the trigger pull weight of the pistol is almost always lessened.

categories: external safeties (manually operated by the shooter) and internal safeties (automatically deployed as part of the gun's function). Below are prevalent types of handgun safeties:

47. External (Manual) Safeties: This is a switch, lever or button, that, when engaged, prevents the trigger from being pulled or the firing mechanism from operating. It is commonly found on many handguns and requires the user to intentionally, manually engage or disengage the safety. Such mechanisms include the following:

(1) Grip Safety: Often located on the front or back of the handgun's grip, this safety requires the shooter to firmly grasp the firearm's grip with the shooting hand, to disengage the safety, allowing the handgun to fire. It is a common feature in Model 1911 type pistols.

(2) Thumb Safety: This safety is typically located on the frame or slide of the handgun and is most often operated by the thumb of the shooting hand. It can be engaged or disengaged by flipping a lever up or down. It is a common feature in single action only pistols including the Walther P99, the Taurus G2C, G3C, and THC, and Ruger Max-9.

(3) Trigger Safety: This involves a small lever on the trigger itself that blocks the rearward travel of the trigger until it is depressed along with the trigger for the gun to fire (discharge). It is a common feature in Glock pistols, Smith and Wesson M&P pistols, and Springfield Armory HD pistols.

(4) De-cocking Lever: A lever or button that allows a cocked gun to be de-energized, making it safer. It is a common feature in double action / single action pistols, and in some striker fired pistols, to return the pistol from

18

a single action state to a "deenergized" double action state such as the Sig Sauer P226 (DA/SA), Sig Sauer P229 (DA/SA), Beretta M9A1, and Walther P99.

48. Internal Safeties:

(1) Drop Safety: This safety prevents a firearm from discharging if it is dropped or subjected to a sudden impact. It usually involves a mechanism that obstructs the firing pin unless the trigger is deliberately pulled or prevents the hammer or striker from releasing upon sudden impact if the trigger is not depressed.

(2) Firing Pin Block: This mechanism physically blocks the firing pin from moving forward unless the trigger is pulled to the rear, limiting unintentional discharges.

(3) Hammer Block: Similar to a firing pin block, this device prevents the hammer from striking the firing pin unless the trigger is pulled and the block has been disengaged.

(4) Transfer Bar: This safety ensures that the hammer cannot strike the firing pin unless the trigger is fully depressed by separating the hammer from the firing pin (often found on double action revolvers).

49. Other Safety Design Elements:

(1) Heavier trigger pull: As discussed above, double action handguns require that additional force of travel be applied to the trigger to retract (energize) a hammer or striker, this feature often functionally acts as a safety device and typically makes it harder for a handgun to unintentionally

19

discharge. Similarly, some striker fired pistols that are competitors to the Sig Sauer P320, like the Smith & Wesson M&P and the Glock 17 for example, have heavier trigger pulls by design.

(2)     Longer trigger pull: Similar to a heavier trigger pull, some double action handguns require that additional length of travel be applied to the trigger to retract (energize) a hammer or striker, this feature often functionally acts as a safety device and typically makes it harder for a handgun to unintentionally discharge. Again, some striker fired pistols that are competitors to the Sig Sauer P320, like the Smith & Wesson M&P and the Glock 17 for example, have longer trigger pulls by design.

(3)     Magazine Disconnect: This internal mechanism prevents a handgun from being fired unless a magazine is fully inserted into the firearm.

(4)     Loaded Chamber Indicator: This is a feature that informs a user whether a round is chambered through visual, tactile, or both types of indication.

50.     There is no single, right way to make a handgun reasonably safe. Such safe design can be accomplished through a balance of the above techniques. Different combinations of safety features directly impact a handgun's safety and the amount of intentionality required by a user to pull the trigger and fire the weapon.

51.     While no handgun can be made completely safe, all handguns sold to consumers should be reasonably safe.

52.     The P320 is a striker-fired pistol. A picture of the P320 is shown below:



53.     The P320 has a very light and short trigger pull, similar to how a customized specialty trigger might feel on other guns. This makes the P320 much easier to fire, particularly for smaller framed shooters with smaller hands. But this design feature has a cost to its overall safety.

54.     The P320 is a durable handgun. Documents show it was originally designed to have at least a 20,000 round lifespan. I have seen test results produced during discovery related to an FBI pre-submissions, showing tests of up to 30,000 rounds.  These test results appear reliable to me as I have personally fired approximately 5,000 rounds through a government issued P320. I believe the P320 would last at least the adult lifetime of most consumer purchasers.

55.     The P320 was based on the Sig Sauer P250.  The P250 was a Double Action Only, hammer fired pistol. Sig Sauer's design documents and testimony indicate that the

21

P320 was designed to use off-the-shelf parts from the P250, including grip modules and barrels.

56.     I do not have any personal experience shooting a P250, but I know from reading a decision from the U.S. Government Accountability Office, File B-402339.3 dated July 23, 2010, that the P250 was submitted for consideration by the Bureau of Alcohol, Tobacco, and Firearms for consideration as a duty pistol. During evaluation of live-fire testing results, the P250 was excluded from consideration because of the number of firing stoppages recorded for the P250. The report explains that in reaching this decision, "[i]t was determined that any weapon that displayed numerous gun-induced or shooter-induced malfunctions was not suitable for agents to depend on to protect their lives." *Id.* at 4.

57.     The trigger on the P320 is either curved, flat, or skeletonized,[6] and works to action the striker of the firearm.  Unlike most other striker fired handguns, the P320 has no external trigger safety.

58.     The P320 trigger has a light take-up (sometimes referred to as pretravel), where the trigger freely moves toward the rear of the grip, until it reaches the "wall" and then slight resistance is encountered before the trigger "breaks" and the pistol's striker is released.  There is very little movement by the trigger upon reaching the "wall," and only light force is required to release the striker.

59.     To disassemble the P320, it is equipped with a takedown safety lever that allows a user to field strip the weapon (*i.e.,* separate the slide from the frame) without pulling the trigger. While this may be a good feature related to the safe disassembly of the P320, it

_____

[6] A skeletonized trigger is a flat trigger with a small cut-out that I believe is primarily an aesthetic choice.

does not allow a user to de-energize the weapon once a round is chambered and continue to use or carry the weapon. Sig Sauer's P320 takedown safety lever is not a de-cocking lever and it is not an external safety as that term is commonly used and defined in Sig Sauer's glossary. Indeed, if the takedown lever is opened, there is a risk of the slide falling off the frame if the gun is pointed down like it typically would be in a holster. Further, a magazine cannot be inserted into the P320 when the takedown lever is opened.



60. Based on the deposition of Matt Taylor, I understand the P320 is 97% energized anytime a round is in the chamber.[7] *See* Matt Taylor deposition at pp. 96-102. This was a surprise to me, even though I have extensive personal experience with the P320, have attended formalized, federal law enforcement training on the weapon (including a field armorer's course), and have even trained other federal law enforcement officers on the use of the P320. There is no practical way to know the P320 is essentially, fully energized

---

[7] As described above, "energized" describes the mechanical energy charged into a pistol so that it has energy to be released and strike the primer of a cartridge of ammunition.

anytime a round is loaded in the chamber, either from looking at the handgun, handling, field stripping, or firing it. Further, there is no mention of this fact in the user manual or in the manual and materials used in the field armorer's course I completed.

61.     Based on my firearms experience, it is my opinion that 97% energized is more than enough energy to fire a bullet from the P320 in almost every circumstance. Put another way, an additional 3% of energy is not necessary to discharge the P320. Formal testing by a mechanical engineer can confirm this opinion.

62.     Because the P320 without any external safety has no means to de-energize the gun and has such a light and short trigger pull, it has been designed to eliminate every design technique discussed above that I am aware of to make the gun safer.

63.     As a result, the P320 without any external safety is functionally equivalent to a single action only handgun that has the hammer cocked anytime a round is chambered. Given that the P320 is already sufficiently energized, this means the P320 is unreasonably susceptible to firing without the trigger being intentionally pulled.

## HOW THE P320 COMPARES TO OTHER HANDGUNS

64.     To compare the P320 to other handguns on the U.S. Market, I personally inspected a number of handguns available to me including:

> (1) Sig Sauer P320 (serial number 58J609835) full size without a manual thumb safety;
>
> (2) Sig Sauer M18 (serial number M18A142281) which is a carry size that has a manual thumb safety);
>
> (3) Sig Sauer P229 (DA/SA) (serial number AM 15 747);
>
> (4) Glock 17 (serial number CDPA866);

24

(5) Glock 19 (serial number BBKV574);

(6) Kahr P9 (serial number G024329);

(7) Kahr CW9 (serial number EK1271);

(8) Ruger Speed-Six (serial number 157-37446); and

(9) Smith & Wesson M&P (serial number DWB9157).

65.     Of these guns, the full size P320 was the only handgun I examined that is fully energized anytime a round was chambered that did not have at least one external safety feature.

66.     Further, the P320 has a very light and short trigger pull,  thereby lacking the additional passive safety other handguns have by virtue of a heavier or longer trigger pull.

67.     I compared the trigger action of the P229 DA/SA with the hammer manually cocked back (i.e., in single action mode) to the trigger action of the P320. While the take-up on the P229 was longer and the trigger pull against the wall seemed to be slightly lighter, the trigger pull of the P320 was strikingly similar to that of the P229 in single action mode. A mechanical engineer can quantify this similarity.

68.     I have previously worked with and shot the Walther P99. The P99 is a striker-fired pistol but features a de-cocking lever in addition to a trigger safety. With the P99, the de-cocking lever allows for the gun to be de-energized and put into a true double action mode for the first shot. Follow-up shots would then be in single action mode until de-energized. The double action mode trigger pull of the P99, in addition to the trigger safety, is significantly heavier and longer than the trigger pull on the P320. Again, this can be quantified by a mechanical engineer.

25

69.     A critical a safety distinction is that the Sig Sauer P229 and Walther P99 can both be de-energized from single action mode without unchambering the weapon. That is not possible in the P320.

70.     Carrying a P320 with a round chambered is functionally equivalent to carrying the Sig Sauer P229 and Walther P99 in single action mode, fully energized. But as described above, the P320 lacks the safety features of either of those pistols.

71.     The following photos show a de-energized Sig Sauer P229 on the left and a cocked Sig Sauer P229 on the right. When the P229 is cocked, it has a lighter trigger pull, shorter trigger pull, and is sufficiently energized to fire the pistol.

 

72.     In addition to my physical inspection of the handguns I had available, I also reviewed the online specifications of a total of 45 handguns. Those included the following:

| Manufacturer | Model | Specifications |
| --- | --- | --- |
| Beretta | 92FS | https://www.beretta.com/en-us/product/92fs-FA0043 |
| Beretta | M9A1 | https://www.beretta.com/en-us/product/m9a1-FA0058 |
| Canik | TP9SF | https://www.canikusa.com/tp9sf |
| Colt | 1911 | https://www.colt.com/detail-page/defender/?attribute_pa_variant=defender-9mm |
| CZ | 75 B | https://cz-usa.com/product/cz-75-b/ |

| Manufacturer | Model | Specifications |
|---|---|---|
| FN Herstal | FNX-45 | https://fnamerica.com/products/pistols/fnx-9/ |
| Glock | 17 | https://us.glock.com/en/pistols/g17 |
| Glock | 19 | https://us.glock.com/en/pistols/g19 |
| H&K | VP9 | https://hk-usa.com/hk-models/vp9/ |
| H&K | VP9sk | https://hk-usa.com/hk-models/vp9-sk/ |
| Kahr | P9 | https://shopkahrfirearmsgroup.com/p9-matte-blackened-stainless-slide-black-w-night-sights-not-ca-approved-1/ |
| Kimber | KDS9C | https://www.kimberamerica.com/kds9c-rail-black |
| Kimber | Micro 9 | https://www.kimberamerica.com/pistols/micro-9?layer&cat=54 |
| Ruger | American Duty | https://ruger.com/products/rugerAmericanPistol/models.html |
| Ruger | EC-9 | https://ruger.com/products/ec9s/specSheets/3283.html |
| Ruger | Max-9 | https://ruger.com/products/max-9/models.html |
| Ruger | Security-9 | https://ruger.com/products/security9/models.html |
| Shadow Systems | DR920 | https://shadowsystemscorp.com/dr920/ |
| Shadow Systems | MR920 | https://shadowsystemscorp.com/mr920/ |
| Sig Sauer | 1911 | https://www.sigsauer.com/1911-xfull.html |
| Sig Sauer | M17 | https://www.sigsauer.com/p320-m17.html |
| Sig Sauer | P210 | https://www.sigsauer.com/p210-target.html |
| Sig Sauer | P220 | https://www.sigsauer.com/p220-elite-full-size.html |
| Sig Sauer | P226 (DA/SA) | https://www.sigsauer.com/p226-legion-full-size.html |
| Sig Sauer | P226 (DAK) | https://www.sigsauer.com/p226-legion-full-size.html |
| Sig Sauer | P229 (DA/SA) | https://www.sigsauer.com/p229-legion-compact.html |
| Sig Sauer | P229 (DAK) | https://www.sigsauer.com/p229-legion-compact.html |
| Sig Sauer | P238 | https://www.sigsauer.com/p238-two-tone-micro-compact.html |
| Sig Sauer | P320 | https://www.sigsauer.com/p320-full-size.html |
| Sig Sauer | P365 | https://www.sigsauer.com/p365-fuse.html |
| Sig Sauer | P938 | https://www.sigsauer.com/p938-two-tone-micro-compact.html |
| Smith & Wesson | Bodyguard | https://www.smith-wesson.com/product/m-p-bodyguard-380 |
| Smith & Wesson | M&P 2.0 | https://www.smith-wesson.com/product/performance-center-mp9-metal-carry-comp |
| Smith & Wesson | M&P Shield | https://www.smith-wesson.com/product/m-p-9-shield-hi-viz-sights |
| Smith & Wesson | SD | https://www.smith-wesson.com/product/sw-sd9-2-2-tone-10rd |

| Manufacturer | Model | Specifications |
|---|---|---|
| Smith & Wesson | Shield EZ | https://www.smith-wesson.com/product/m-p-380-shield-ez-manual-thumb-safety https://www.smith-wesson.com/product/m-p-9-shield-ez-truglo-tritium-pro-night-sights-no-thumb-safety |
| Springfield | Echelon | https://www.springfield-armory.com/echelon-series-handguns/echelon-handguns/echelon-45-9mm-handgun/ |
| Springfield | Hellcat | https://www.springfield-armory.com/hellcat-series-handguns/hellcat-3-micro-compact-handguns/ |
| Springfield | XD | https://www.springfield-armory.com/xd-series-handguns/xd-handguns/ |
| Taurus | G2C | https://www.taurususa.com/pistols/taurus-g2/taurus-r-g2c-matte-black-9mm-luger-compact-12-rds |
| Taurus | G3C | https://www.taurususa.com/pistols/taurus-g3/taurus-g3c-tenifer-matte-black-9mm-luger-compact-12-rds-mft-b-w-holster |
| Taurus | GX4 | https://www.taurususa.com/pistols/taurus-gx4/taurus-gx4-carry-9mm |
| Taurus | THC | https://www.taurususa.com/pistols/taurus-th/taurus-r-thc-matte-black-9mm-luger-compact-17-rds |
| Taurus | TS9 | https://www.taurususa.com/pistols/taurus-ts9/taurus-ts9-lugar-matte-black-9mm-full-size-17-rds |
| Walther | P99 | https://waltherarms.com/firearms/p99/p99-as-final-edition |

73.     Of these, the P320 and the Kahr P9 (CW9) were the only handguns that did not have at least one type of external safety or a mechanical means to de-energize the weapon.

*Comparison with the Kahr P9*

74.     I have some experience with the Kahr P9 (and Kahr CW9, a substantially similar model to the P9, that takes the same magazines as the P9, and appears to be marketed as a concealed carry handgun), by both reputation and examination as well as shooting both models that were purchased for the purposes of this report.

28

75.     The Kahr P9 and Kahr CW9 are both similar in appearance and function to operate.  Both accept the same flush fitting magazines that hold 7 rounds of 9 mm ammunition.  For purposes of reviewing the two Kahr handguns, I acquired 500 rounds of Scorpion brand 9 mm ammunition (115 grain, full metal jacket), and fired approximately 250 rounds in each of the two Kahr pistols.

76.     Compared to the P320, both the P9 and CW9 have a much longer trigger pull, as well as a heavier trigger pull.  Both were similar in nature to a double action revolver trigger pull. Additionally, Kahr represents its P9 as being double action only.  I understand this means that sufficient energy must be added to the weapon by the trigger pull to energize the Kahr's firing mechanism and ultimately discharge a round of ammunition.  Testing by a mechanical engineer can confirm this.

### FIRST-HAND EXPERIENCE WITH SIG SAUER P320

77.     In 2017, the Department of Homeland Security announced that it would be transitioning its officers and special agents to the Sig Sauer P320, from the Sig Sauer P229 DAK.  The Sig Sauer P229 DAK (.40 caliber) was the pistol I was issued in 2009, and I had carried it daily and qualified quarterly, firing over 10,000 rounds through that issued pistol.

78.     Once special agents were issued their Sig Sauer P320 service pistols, the firearms instructors worked to familiarize the agents to their new pistols.  This was accomplished by running drills and allowing the agents to draw and shoot their pistols to get them ready for the qualification course, which is time pressured.  During both the training sessions and the qualification courses, I witnessed multiple agents experience early discharges from the light trigger on the Sig Sauer P320, as well as unintentional second

29

round discharges (often referred to as a double tap) due to pulling the trigger a second time while attempting to stage the trigger for a follow-up shot. It was not uncommon for an agent to discharge the weapon after pulling it from the holster, but before getting it lined up with the target, resulting in rounds impacting the ground between the agent and their intended target. Indeed, this also happened to me on more than one occasion during this initial training and transition period. These agents were given significantly more, and specific, warning about the risks of unintended discharges of the P320 than is given in its current user manuals or that I was able to find on Sig Sauer's website. Nevertheless, several trained federal law enforcement agents, including myself, had unintended discharges on the P320.

79. Based on my experience with the P320 and my review in this case, if I return to work at DHS, I would opt to carry a personally owned Glock service pistol for daily work. At the Sheriff's Office where I now hold a commission, I carry a Glock 19, 9mm pistol as my primary duty pistol.

80. As discussed above, I attended a 40-hour field armorer course in November 2022, to be able to do limited field inspections and conduct maintenance on the Sig Sauer P365, Sig Sauer P320, Glock 26, Glock 19, and Glock 17, as well as the Colt M4 rifle. During that field armorer certification training, the issue of safety concerns was raised as it related to the Sig Sauer P320 service pistol. All attendees were advised that in the coming weeks or months, all field offices would be receiving new trigger springs to replace on 100% of the service Sig Sauer P320 pistols. The instructors did not go into the reasons behind the need for the spring replacement, other than to emphasize that it was important this be accomplished and there would be accountability tracking that each and every Sig Sauer P320

had its spring replaced. I personally replaced somewhere approximately eight trigger springs on agency Sig Sauer P320s prior to separating from the agency in February 2023.

SIG SAUER'S FAILURE MODE EFFECTS AND CRITICALITY ANALYSIS

81.     I have reviewed the Failure Mode Effects and Criticality Analysis (FMECA) performed by Sig Sauer as part of its submission of the P320 for consideration by the military. Sig Sauer's analysis was performed for the military version of the P320.

82.     As explained in the report of mechanical engineer Beau Biller, Sig Sauer found that it was likely that each individual P320 pistol will suffer an unintended discharge during its lifetime.

83.     To address these known risks, Sig Sauer suggests three mitigation techniques: (1) training pursuant to the user manual; (2) training pursuant to a particular military training manual, FM 3-23.35; and (3) utilizing the external manual thumb safety on all military versions of the P320.     By definition, P320s sold without a manual thumb safety lack the third mitigation technique. And the FM 3-23.35 training manual discussed in the FMECA, assumes the existence of a manual thumb safety and provides training to use that safety device.

SUMMARY OF OPINIONS ABOUT SIG SAUER P320

84.     The Sig Sauer P320 is defective. The defect has three components that, when combined, create an unreasonably dangerous product for its reasonably anticipated use. Those components are: (1) the P320 is effectively fully energized and ready to fire the instant that a round is chambered; (2) the P320 has a minimal trigger pull because it is short and

31

lightweight; and (3) the P320 lacks any external safety features. Collectively, these characteristics constitute "the Defect."

85.     The Defect in the P320 is an unusual design. It is the only weapon I physically inspected as part of this report that is effectively fully energized, with a minimal trigger pull weight and length, that does not integrate any of the external safety design features discussed above.  Based on the online specifications I have reviewed, it is also the only weapon on the above list with the Defect.  If called upon after a decision is made about class certification, I could perform a physical inspection of additional firearms to confirm this.

86.     The P320's Defect makes it functionally equivalent to a single action pistol with the hammer in the cocked position.

87.     Based on the materials I have reviewed, Sig Sauer does not disclose the Defect to consumers.  The existence of the Defect in the P320 is a material fact.

88.     It is not physically apparent from looking at or handling the pistol that the P320 contains the Defect.  In other words, the Defect is not open or obvious.

89.     Based on the materials I have reviewed, the Defect exists in every Sig Sauer P320 sold without a manual thumb safety.

### COSTS TO REPAIR THE P320'S DEFECT

90.     To repair the Defect, the P320 can be retrofitted with a manual thumb safety.

91.     Retrofitting a P320 with a manual thumb safety requires parts and labor.

92.     Sig Sauer sells the P320 Manual Safety Parts Kit for $99.99 online. https://www.sigsauer.com/p320-manual-safety-parts-kit.html. This page also explains that a different safety grip module is required for the manual safety installation. That costs an additional $69.99 or $89.99. https://www.sigsauer.com/search/?q=p320+manual+safety

32

93.     To estimate the labor cost, I looked online for options. Notably, Sig Sauer provides custom gunsmithing for certain features but specifically will not retrofit a manual thumb safety onto a P320. https://www.sigsauer.com/concierge-service

94.     I did find a company online that says they will install the manual safety parts (if the customer provides the parts) for $40. https://www.abprototype.com/install-p320-manual-safety-parts/.

95.     In addition, I called three local gun shops in the Kansas City area. Only one, Blue Steel Guns & Ammo in Raytown, Missouri has a gunsmith on site. They indicated they charge $40 per hour and estimated it could take roughly an hour to complete the work. As such, $40 for labor alone (i.e., without parts) is a reasonable estimate.

96.     In sum, it will cost consumers between $209.98 and $229.98, plus any applicable sales taxes and/or shipping, to retrofit their P320s to have a manual safety. This cost estimate applies to all P320s without any external safety regardless of their age or usage history.

### ADDITIONAL ITEMS

97.     Opinions stated herein apply to all P320s sold in Missouri without a manual thumb safety as, based on my review of Sig Sauer's deposition testimony, all P320s are designed the same and have the same safety characteristics.

98.     I hold all opinions expressed herein to a reasonable degree of professional certainty.

99.     I had sufficient information, and that information was sufficiently reliable, for me to reach the conclusions described in this report.

33

100.    All of the materials I relied on in making this declaration are identified herein and were reasonably reliable.

101.    All materials that I relied on in making this declaration are the sort of information a firearms expert can reasonably rely on in forming professional opinions.

102.    Attached hereto as Exhibit A is an updated copy of my curriculum vitae summarizing my education, professional experience, and qualifications.  Attached hereto as Exhibit B is a list of all materials I have reviewed in preparation for this declaration.

103.    In the past 10 years I have not authored any publications.

104.    I reserve the right to supplement my opinions if additional information becomes available.

105.    I have not previously testified as an expert at trial or as an expert by deposition.


I declare under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.


Dated: November 5, 2024

_____
Benjamin D. Gatrost

# Exhibit A

1501 Rigeview Road
Liberty, Missouri 64068
(816) 277-6125 - Cell
BenGatrost@gmail.com

# BENJAMIN D. GATROST

## *PROFESSIONAL SUMMARY:*

Presently serves as In-House Counsel for a private foundation that supports law enforcement in the fight against sex-trafficking and recovering missing exploited children through logistical and analytical support.  Actively serving as a sworn reserve deputy sheriff for Ray County, Missouri and Washoe, Nevada.  Over 9 years as an Air Force Reserve Officer, JAG Attorney, advising commanders and high-ranking military officials on matters ranging from labor, contracting matters, reviewing contracts, personnel matters, adverse actions, trying courts martial, and functioning as an in-house legal advisor. Historical roles include law firm clerk and judge's law clerk that provided a strong foundation of application of the law and court processes. Over 13 years' experience as a Department of Homeland Security, Homeland Security Investigations, Special Agent. Recent assignments include Long-Term Acting Group Supervisor, Firearms Instructor, Rapid Response Team **-** Team Leader, HIDTA Task Force Officer, Kansas City Missouri Police Liaison, HSI Recruiter, Field Training Agent, Additional experience over seventeen years as a licensed attorney; and five years as a real estate broker.

## *EMPLOYMENT HISTORY:*

**In-House Counsel / Proximus, LLC**
**July 2023 – Present**

- Currently serves at the in-house counsel and supervisor of the intelligence unit for Proximus, LLC.

- Advises on state and federal legal matters effecting law enforcement and counter-human trafficking (C-HT) operations.

- Maintains active POST commissions with the states of Missouri and Nevada, and presently serves as the Ray Count Missouri Sheriff's Office C-HT team leader, and the Washoe Nevada Sheriff's Office Human Trafficking Exploitation Recovery Operations (HERO) team.

- Serves as the team armor for firearms utilized in furtherance of foundation work.

**Military Officer / Senior Legal Advisor: United States Air Force (MO National Guard), Judge Advocate General (JAG) Corps**
**March 2015 – Present**

- Currently serves as the Staff Judge Advocate at the 139th Airlift Wing at Rosecrans Air Force Base, Missouri Air National Guard.

- Advise commanders at all levels on military law, operational law, mechanisms to ensure good order and discipline are maintained, and advise and track progressive discipline based on misconduct and failing to perform as expected.

- Served as the senior legal advisor to the Wing Commander for the 139th Airlift Wing (AW).

- Review leases, contracts, hold harmless agreements, and provide legal review for such documents.

- Serve as specially appointed Investigating Officer, for Command Directed Investigations, conducting interviews, preparing reports, reviewing all evidence, conducting analysis.

- Conducts legal reviews and opinions on EEO investigations and reviews files for legal sufficiency.

- Provide expert legal advice to deploying service members and their spouses to ensure their affairs are in order during prolonged deployments in hostile environments.

- Serve as trial counsel/prosecutor to represent the United States in courts-martial and military discharge boards.

- Serve as detailed defense counsel, on a case-by-case basis, to ensure U.S. service member's rights are protected and justice is preserved.

### Attorney: Lauber Municipal Law Firm
### March 2023 – July 2023

- Serve as a city attorney for multiple medium and small municipalities in Missouri.

- Serve as a city prosecutor for multiple medium and small municipalities in Missouri.

### Special Agent: Homeland Security Investigations Kansas City (MO)
### August 2009 – February 2023

- Formerly Immigration and Customs Enforcement (ICE) Office of Investigations. Duties included conducting criminal and civil investigations (including immigration investigations and Form I-9 audits), interviewing witnesses and subjects, writing detailed and analytical reports, presenting cases to grand juries, testifying at trials and hearings, producing discovery, meeting with prosecutors and defense attorneys, developing and setting up training for firearms and briefing use of force policies and legal updates for armed agents. Led the Rapid Response Team in both training and field work related to tactical search and rescue missions and warrant service and executions. Ran confidential informants and worked cases utilizing undercover agents.

- I served as the Kansas City Missouri Police Liaison for the Kansas City HIDTA and serve as a Task Force Agent to the Kansas City Police Department. In additional to joint case work and OCDETF investigations, I was responsible for collecting and tracking SLOT funding and OCDETF overtime hours to ensure timely and accurate submissions for reimbursement. This, in addition to daily case work, required setting and maintaining deadlines for record keeping to maintain accurate records and an accurate calendar. I maintained a full case load, ran active confidential informants, conducted frequent controlled deliveries/buys and assisted with ongoing group and office investigations. This honed flexibility, attention to detail, and being able to adapt in a fluid and demanding environment.

- One of my proudest achievements was training and developing new agents. This responsibility allowed me to develop a strong leadership style that focuses on investing in people. My responsibilities included teaching criminal investigation techniques in real-time during active investigations. Co-workers, in and out of training, regularly consulted me regarding questions about the law, investigative strategies, policy and procedures, and

Page | 2

general case advice. This is, in-part, because of my leadership style and open communication. This has taught me leadership is important at every level.

- Awarded a quality step increase (QSI) for rescuing a 14-year-old trafficking victim who was actively being transported to a commercial sex act; ultimately stopped the fleeing trafficker by taking charge of the scene and coordinating law enforcement assets.

- Volunteered to be on the Kansas City Tactical Team, executing search warrants, arrest warrants, conducting vehicle assaults, and served as a close cover team member for undercover agents during covert operations.

## Long-Term Acting Group Supervisor/ Supervisory Special Agent: Homeland Security Investigations Kansas City (MO)
### 2019 – 2020

- Acting Group Supervisor for the narcotics, gang, and fraud group for over one year. This entailed the management and rating of five agents, one task force officer, one criminal analyst, and one Missouri National Guard analyst.

- Brokered a working relationship with ATF Kansas City to work international gangs and related firearm violations.

- Responsible for overseeing tactical operations involving investigations being conducted by the group to ensure activities were both lawful and followed agency policy.

- Conducted administrative duties including timely responding to all taskings, scheduling and leave requests, reviewing reports, reviewing vehicle reports (and ensuring timely submission by group members), reviewing case activity and hours in the case management system, subpoena approval, evidence collection, travel approval, preparing memos, written evaluations, and all other administrative tasks assigned.

- Responsible for tracking overtime hours worked by state partner agencies, and tracked reimbursement expenditures as well as coordinating with partner agencies at both the state and federal level.

- Assigned as the OCDETF supervisor to review and approve area wide OCDETF submissions. My group was among highest performing in the four-state area for enforcement statistics and production during this period.

## Military Officer / Senior Legal Advisor : United States Air Force (MO), Judge Advocate General (JAG) Corps
### March 2015 – Present

- Supervise junior officers and enlisted members detailed to the legal offices as assigned. Rate lower officers and prepare Officer Performance Ratings (OPRs).

- Currently detailed as the senior legal advisor to the Wing Commander for the 139th Airwing.

- Advise commanders at all levels on military law, operational law, mechanisms to ensure good order and discipline are maintained, and advise and track progressive discipline based on misconduct and failing to perform as expected.

- Provide expert legal advice to deploying service members and their spouses to ensure their affairs are in order during prolonged deployments in hostile environments.

- Serve as trial counsel/prosecutor to represent the United States in criminal matters and military discharge boards.

- Serve as detailed defense counsel, on a case-by-case basis, to insure U.S. service members' rights are protected.

**Attorney / Judicial Advisor : 16th Judicial Circuit Court, Kansas City, MO**
**May 2007 – August 2009**

- Supervise two judicial assistants and one court reporter.

- Coordinate the division's trial calendar, liaison with trial counsel and pro-se defendants to punctual and professional court proceedings.

- Manage a heavy docket of cases, often in excess of 100 cases, per day. All cases were called in open court, and action was taken on each case ranging from continuances to settlements, to guilty pleas and sentencing. All actions were documented both digitally and in the case file, and documents were prepared and certified for all parties present.

- Conduct legal research on complex legal issues and prepare final judicial orders and judgments for the judge's signature.

**Attorney: Mook and Mook Law Firm**
**December 2006 – May 2007**

- Coordinated with clients, expert witnesses, and opposing counsel.

- Engaged in mediation and negotiations on behalf of clients, while working complex medical malpractice and personal injury cases.

- Attend court proceedings and litigate matters on behalf of clients.

## *EDUCATION:*

- **B.S. Criminal Justice (2004).** University of Central Missouri, Warrensburg, MO.

- **J.D. Juris Doctor/Law Degree (2006).** University of Missouri, Kansas City, MO.
  - o **Active Missouri Bar License (2007)**
  - o **Inactive Kansas Bar License (2008)**
  - o **Missouri Real Estate Broker License**

## TRAINING:

- **Criminal Investigator Training Program (CITP).** Federal Law Enforcement Training Center, 2009

- **ICE Special Agent Training (ICESAT).** Federal Law Enforcement Training Center, 2010

- **Advanced Human Trafficking Training.** Federal Law Enforcement Training Center, 2014

- **Judge Advocate General Certification.** Maxwell Air Force Base, AL, 2016

- **DHS/ICE Firearms Instructor Training (FI).** Fort Benning, GA, 2013/2018/2022

- **DHS/ICE Field Armor Certification.** Remote by Office of Firearms Training Program (OFTP), 2022

## AWARDS and RECOGNITION:

- The Adjutant General's Combat 20 (2022 and 2024)
- Overall Highest Novice Pistol Shooter Air National Guard Team [Sig P320 M17&M18] (2022 and 2024)
- Humanitarian Award USAF (2017)
- United States Air Force Officer's Basic **-** Top Academic (2015)
- FLETC ICESAT-004 Achievement in Academics (2009)
- Law Review Staff Member (2005)
- Top graduate with 4.0 GPA at UCM (2004)
- High School Valedictorian (2000)

## REFERENCES:

- **Andy Bauch**, Lt Col., Staff Judge Advocate – USAF/ANG 190th AW, Forbes Field KS Cell: (785) 550-8121
- **Shawn Gibson**, Special Agent in Charge – HSI San Diego, CA Cell: (202) 321-6453
- **Scott Titus**, Group Supervisor **–** HSI Kansas City, MO Cell: (816) 305-3768
- **Dillon Emmanuel** – USAF/ANG and HSI Kansas City, MO Cell: (703) 342-8527

# Exhibit B

Materials Relied On

- Complaint

- Order Denying Motion to Dismiss

- Order Denying Motion for Judgment on the Pleadings

- Deposition of Matthew Taylor

- Deposition Christopher Meyer

- Deposition of Tom Taylor

- Deposition of James Lano

- Deposition of Matt Farkas

- Deposition of Joshua Glasscock

- Deposition of James Faulker, vol. 1

- Deposition of James Faulkner, vol. 2

- SIG-GLASSCOCK00007628 - NIJ Standards

- SIG-GLASSCOCK00006464 - 14P001

- SIG-GLASSCOCK00007620 - NIJ Auto-Pistol-Scheme

- SIG-ARMY 00000412-SIG-ARMY 00000413

- SIG-ARMY 00000414 - HIGHLY CONFIDENTIAL

- SIG-ARMY 000415-SIG-ARMY 000556 - TC3-23-35

- FM 3-23-35

- SIG-DRAWINGS 000078-000247

- Lang v. Sig Sauer Trial Transcripts

  - Openings

  - Sean Toner Testimony

  - James Tretin Testimony

- - o  Bill Vigilante Testimony

  - o  Derek Watkins Testimony

  - o  Closings

- Wilson, et al, *Trigger Pull Data*, 35 AFTE J. 400 (Fall 2003)

- U.S. Government Accountability Office, File B-402339.3, *Appeal* Decision (July 23, 2010)

- Sig Sauer Glossary

- Sig Sauer Website

- Firearms identified in declaration

- Firearm specifications identified in declaration

- Report of Beau Biller, PE