# Exhibit 13

| Potential Failure Mode (results in a loss of "Function" or realization of a hazard) | Potential Cause of Failure (Prob of Occurrence) | O | Potential Effect of Failure (Severity - Function) | S | Risk Assessment Matrix Level | Recommended Actions | Responsibility | Target Completion Date (MM/DD/YY) | Action Results Action Taken (P320) | O | S | Risk Assessment Matrix Level |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pistol accidentally / unintentional discharges | Accidental trigger pull (Operator error) Finger on trigger | C | Kill person unintentionally | 1 | High | 1) See P320 Actions. 2) Train in accordance with operator's manual and FM 3-23.35 | 1) Sig Engineering 2) User | 1) Complete 2) TBD | 1) P320 minimum trigger pull is set to maximize trigger control without adversly effecting accuracy. 2) Adherence to range safety rules will preclude injury in the event of an accidental discharge. There is also a manual safety to further reduce probability of occurrence. | E | 1 | Medium |
| Pistol accidentally / unintentional discharges | Accidental trigger pull (Foreign Object) | C | Kill person unintentionally | 1 | High | 1) See P320 Actions. 2) Train in accordance with operator's manual and FM 3-23.35 | 1) Sig Engineering 2) User | 1) Complete 2) TBD | 1)The P320 trigger is effectively guarded to prevent snags on uniform, gear, or other objects. Manual safety also further reduces probability of occurrence. | E | 1 | Medium |
| Pistol accidentally / unintentional discharges | Improperly clearing before takedown/cleaning & maintenance | C | Kill person unintentionally | 1 | High | 1) See P320 Actions. 2) Train in accordance with operator's manual and FM 3-23.35 | 1) Sig Engineering 2) User | 1) Complete 2) TBD | The P320 takedown process has several attibutes that prevent accidental discharge. 1. The slide must be locked to the rear to turn the takedown lever. 2. The magazine must be removed to turn the takedown lever. (This prevent chambering a round inadvertantly during disassembly.) 3. The takedown lever safety disengages the trigger and sear from the striker to prevent energizing of the firing pin. A round intentionally inserted in the chamber during disassembly cannot be fired. | F | 1 | Eliminated |
| Pistol accidentally / unintentional discharges | Impact to weapon (dropped, bumped, vibration) | C | Kill person unintentionally | 1 | High | See P320 actions. | 1) Sig Engineering | 1) Complete | The Firing mechanism of the P320 is designed to prevent release of the striker in a drop or during transportation. In case of a failure of the sear to striker interface, it has a redundant striker safety that blocks striker travel unless the trigger is pulled. The P320 will pass drop safety testing IAW AR-PD-177. It will pass loose cargo testing with the safety on or off. The P320 has passed drop safety testing IAW TOP 3-2-045 and NATO STD AC225 D14 without a manual safety, however failed customer drop testing (notified 2/1). | E | 1 | Medium |
| Pistol accidentally / unintentional discharges | Slide ignites primer during closing, firing pin inertia | C | Kill person unintentionally | 1 | High | 1) See P320 Actions. 2) Train in accordance with operator's manual and FM 3-23.35 | 1) Sig Engineering 2) User | 1) Complete 2) TBD | During the cycle of operation, the sear engages the striker preventing forward motion of the striker and contact with the primer. The trigger must be reset and pulled in order to release the striker. In additon, the P320 has been tested with the sear disabled to prove that the striker inertia is not sufficient to cause the primer to ignite. | F | 1 | Eliminated |
| Multishot failure | Excessive firing pin inertia | C | Kill person unintentionally | 1 | High | 1) See P320 Actions. 2) Train in accordance with operator's manual and FM 3-23.35 | 1) Sig Engineering 2) User | 1) Complete 2) TBD | During the cycle of operation, the sear engages the striker preventing forward motion of the striker and contact with the primer. The trigger must be reset and pulled in order to release the striker. In additon, the P320 has been tested with the sear disabled to prove that the striker inertia is not sufficient to cause the primer to ignite. | F | 1 | Eliminated |
| Multishot failure | Incidental trigger pull due to not enough trigger over travel or trigger reset distance | C | Kill person unintentionally | 1 | High | See P320 Actions. | 1) Sig Engineering | 1) Complete | The P320 minimum trigger pull, reset distance, and overtravel are intentional design characteristics intended to provide optimum trigger control and to minimize the likelihood of inadvertant multiple shots due to "bump fire". | E | 1 | Medium |
| Pistol accidentally / unintentional discharges | Accidental trigger pull Holstering/unholstering (Operator Error) | D | Injury | 2 | Medium | Training. Users should develop familiarity with pistol and holster prior to live fire. Proper technique includes keeping finger out of trigger guard except when firing. | 1) User | 1) TBD | See recommendations. | E | 1 | Medium |
| Pistol accidentally / unintentional discharges | Striker mechanical failure | E | Kill person unintentionally | 1 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 has a striker safety that prevents striker contact with the primer in the unlikely event of failure of the Striker/Sear interface. | F | 1 | Eliminated |
| Pistol accidentally / unintentional discharges | Unsafe hammer decock | D | Kill person unintentionally | 1 | Serious | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 is hammerless and has no decocking operation. | F | 1 | Eliminated |
| Pistol accidentally / unintentional discharges | Accidental trigger pull while clearing of stoppage. | D | Kill person unintentionally | 1 | Serious | Training. Users should develop familiarity with pistol and proper handling procedures per FM 3-23.35. and the user's manual. Proper technique includes keeping finger out of trigger guard except when firing. | 1) User | 1) TBD | See recommendations. | E | 1 | Medium |
| Pistol accidentally / unintentional discharges | Slide ignites primer, during feeding | D | Kill person unintentionally | 1 | Serious | 1) See P320 Actions. 2) Training | 1) Sig Engineering 2) User | 1) Complete 2) TBD | The P320 has a chamfered hammer ramp. There are no sharp edges capable of igniting a primer. | F | 1 | Eliminated |
| Pistol accidentally / unintentional discharges | Broken firing pin, stuck in firing position. | D | Kill person unintentionally | 1 | Serious | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 has a striker return spring that resets the striker position behind the striker safety. In addition, during the action of the slide going into battery, the sear engages the striker. In the event of a striker wedged in the slide bore with tip protruding, the pistol cannot close. | E | 1 | Medium |
| Multishot failure | Sear fails to retain striker | D | Kill person unintentionally | 1 | Serious | 1) See P320 Actions. 2) Train in accordance with operator's manual and FM 3-23.35 | 1) Sig Engineering 2) User | 1) Complete 2) TBD | The P320 is designed with a negative sear angle and dual sear springs to ensure that once engaged, the sear will not release the striker unless the trigger is reset and pulled. | E | 1 | Medium |
| Multishot failure | Incidental trigger pull due to Light trigger pull | D | Kill person unintentionally | 1 | Serious | 1) See P320 Actions. 2) Train in accordance with operator's manual and FM 3-23.35 | 1) Sig Engineering 2) User | 1) Complete 2) TBD | The P320 minimum trigger pull, reset distance, and overtravel are intentional design characteristics intended to provide optimum trigger control and to minimize the likelihood of inadvertant multiple shots due to "bump fire". | E | 1 | Medium |
| Weapon fails to contain firing pressure | Damaged or corroded part | D | Injury to shooter or bystander | 3 | Medium | 1) See P320 actions. 2) Maintain pistols IAW with operator's and maintenance manuals.3) Visually inspect for condition prior to use. | 1) Sig Engineering 2) User | 1) Complete 2) TBD | The P320 incorporates corrosion resistant materials and coatings in the design. Manuals provide instruction on proper preservation, inspection, and mainntenance to prevent loss of integrity through damage or corrosion. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Barrel obstructed | E | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 has been designed and validation tested to withstand firing of ball and special purpose rounds with the barrel is obstructed by a bullet. Pressure was contained and there was no evidence of risk of injury to the user. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Non-conforming part | E | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | All P320s have been tested for resistance to high pressure by firing a high pressure test cartridge conforming to SAAMI-Z299.3 with out failure or damage to the pistol. All barrels will be proof tested during production to the same degree. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Too much pressure | E | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | All P320s have been tested for resistance to high pressure by firing a high pressure test cartridge conforming to SAAMI-Z299.3 with out failure or damage to the pistol. All barrels will be proof tested during production to the same degree. In addition, bore obstruction testing creates an overpressure condition which did not result in risk of injury to the shooter. | F | 3 | Eliminated |

| Hazard | Cause | Sev | Effect | Prob | Risk | Mitigation | Responsible | Status | Notes | Sev | Prob | Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weapon fails to contain firing pressure | Not enough barrel strength | E | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | All P320s have been tested for resistance to high pressure by firing a high pressure test cartridge conforming to SAAMI-Z299.3 with out failure or damage to the pistol. All barrels will be proof tested during production to the same degree. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Metal fatigue | E | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 has been validation tested to 35,000 rounds with no loss of structural integrity. Tests pistols were still able to withstand firing pressures. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Case Rupture ,Slide ignites primer | E | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 has a chamfered hammer ramp. There are no sharp edges capable of igniting a primer. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Case Rupture ,Excessive temperature | E | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 has been tested at 160 deg F without failure of cartridge case or barrel. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Case Rupture ,Insufficient case support | C | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 provides adequate case support to prevent case failure including HPT cartridges, high temperatures, and obstructed bore conditions. This has been proven through validation testing. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Case Rupture ,Fires out of battery | D | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 cannot fire out of battery because the striker is not energized enough to ignite a primer until after the slide and barrel have reached a locked position. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Case Rupture, defective ammunition | C | Injury to shooter or bystander | 3 | Medium | 1) See P320 actions. 2) Wear safety glasses. | 1) Sig Engineering 2) User | 1) Complete 2) TBD | 1) The P320 has been tested with ammunition modified to cause a failure of the cartridge case. The pistol was damaged and the extractor was dislodged. 2) Risk of injury to the shooter is mitigated by use of safety glasses. | E | 3 | Medium |
| Pistol accidentally / unintentional discharges | High heat COOK OFF | E | Kill person unintentionally | 1 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 has been fired 250 rounds in rapid fire without pause to reload magazines and a round left in the chamber. Cook-off did not occur. | F | 1 | Eliminated |
| Pistol accidentally / unintentional discharges | High heat ENVIRONMENTAL | E | Kill person unintentionally | 1 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 has been conditioned to 160 deg F without discharge (with pistol and loaded magazines). | F | 1 | Eliminated |
| Inherent hazards with firearm | Hot components | B | Burns | 4 | Medium | 1) See P320 actions. 2) Training and PPE. | 1) Sig Engineering 2) User | 1) Complete 2) TBD | The P320 cannot reach temperatures that can cause permanent injury due to burns when fired with the basic load of 1 standard and two extended capacity magazines. However, prolonged firing can produce such temperatures. Under such conditions, personnel should be cautioned to touch only the grip and controls or to wear gloves. | C | 4 | Low |
| Inherent hazards with firearm | Hot Casing | B | Burns | 4 | Medium | 1) See P320 actions. 2) Training and PPE. | 1) Sig Engineering 2) User | 1) Complete 2) TBD | 1) The P320 is designed so casings are ejected away from shooter. 2) Range firing lanes should be seperated and personnel on the firing line should wear eye protection. | C | 4 | Low |
| Inherent hazards with firearm | Loud noise | A | Hearing Loss | 4 | Medium | The P320 meets the noise threshold of Ar-PD-177. Personnel should use hearing protection or silencer kit during live fire. | 1) Sig Engineering | 1) Complete | Standard hearing protection, such as ear plugs with a noise reduction rating (NRR) 32 should be used IAW manufacturer's instructions. | C | 4 | Low |
| Inherent hazards with firearm | Recoil | B | Repetitive motion injuries | 4 | Medium | Repetitive stress from firing can cause injury. However, this is dependent on the individual and typically will not happen unless frequent, extended live fire training is done. | 1) Sig Engineering | 1) Complete | The P320's superior ergonomics, including the interchangeable grip sizes, allows a natural grip making the inherent recoil of pistol ammunition more comfortable. | B | 4 | Medium |
| Inherent hazards with firearm | Improper disassembly and re-assembly | B | Improper function of firearm | 2 | High | a) Employ takedown lever b) Training | 1) Sig Engineering 2) User | 1) Complete 2) TBD | P320 design employs takedown lever screw and tamper resistant extractor pin which prevents disassembly beyond field stripping. Disassembly beyond field strip requires special tools at the armorer level. | D | 2 | Medium |
| Inherent hazards with firearm | Night Sight vials break | D | Tritium gas escapes and is inhaled | 4 | Low | a) See P320 actions. B) Avoid direct inhalation | 1) Sig Engineering 2) User | 1) Complete 2) Complete | a)Tritium (which itself emits low energy beta radiation) enclosed in borosilicate glass vial, which is then silicone potted in aluminum sleeving, which is then cushioned with the metal body with additional potting. Sights have passed NRC NUREG environmental testing. b) PSDS specifies to avoid inhalation and ventilate area | D | 4 | Low |

## PROBABILITY LEVELS / FMEA OCCURRENCE

| Description (Mil-Std-882E) | Level (Mil 882E) | Specific Individual Item (Mil-Std-882E) | Fleet or Inventory (Mil-Std-882E) | Occurrence (MIL-STD-882E SPECIFIC INDIVIDUAL ITEM) |
|---|---|---|---|---|
| Frequent | A | Likely to occur often in the life of an item | Continuously experienced | Occurrence > .1<br>10% |
| Probable | B | Will occur several times in the life of an item | Will occur frequently | >0.01<br>>1% |
| Occasional | C | Likely to occur sometimes in the life of an item | Will occur several times | >0.001<br>>0.1% |
| Remote | D | Unlikely, but possible to occur sometimes in the life of an item | Unlikely, but can reasonably be expected to occur | >0.000001<br>>.0001% |
| Improbable | E | So unlikely, it can be assumed occurrence may not be experienced in the life of an item | Unlikely to occur, but possible | <0.000001<br>.0001% |
| Eliminated (882E) | F (882E) | Incapable of occurrence. This level is used when the potential hazards are identified and later eliminated | | Failure is Eliminated through preventive control |

| SEVERITY LEVELS (MIL-STD-882E) | | |
|---|---|---|
| Description (Mil-Std-882E) | Level (Mil 882E) | Specific Individual Item (Mil-Std-882E) |
| Catastrophic | 1 | Could result in one or more of the following: death, permanent total disability, irreversible significant environmental impact, or monetary loss >$10M |
| Critical | 2 | Could result in one or more of the following: permanent partial disability, injuries or occupational illness that may result in hospitalization of at least 3 personnel, reversible significant environmental impact, or monetary loss, ($1M<loss <$10M) |
| Marginal | 3 | Could result in one or more of the following: injuries or occupational illness that may result in one or more lost work day(s), reversible moderate environmental impact, or monetary loss, ($100K<loss <$1M) |
| Negligible | 4 | Could result in one or more of the following: injuries or occupational illness not resulting in lost work day, minimal environmental impact, or monetary loss, (<$100K) |
| N/A | N/A | N/A |

| RISK ASSESSMENT MATRIX | | | | |
|---|---|---|---|---|
| SEVERITY / PROBABILITY | Catastrophic (1) | Critical (2) | Marginal (3) | Negligible (4) |
| Frequent (A) | High | High | Serious | Medium |
| Probable (B) | High | High | Serious | Medium |
| Occasional (C) | High | Serious | Medium | Low |
| Remote (D) | Serious | Medium | Medium | Low |
| Improbable (E) | Medium | Medium | Medium | Low |
| Eliminated (F) | Eliminated | | | |