# Exhibit 14


1) **Introduction**

The purpose of this document is to provide an evaluation of the safety hazards associated with test or operation of the handgun products of the Modular Handgun System (MHS) Contract W15QKN-17-D-0016. This Failure Modes, Effects and Criticality Analysis (FMECA) fulfills the requirements of Contract Data Requirements List (CDRL) Item A007, and is intended to be used in conjunction with References B through E. It is noted that the ammunition component is addressed separately.

NOTE: For purposes of this document, the term "MHS" refers to both M17 (Full-size) and M18 (Compact-size) variants.

2) References
   A. MIL-STD-882E, Department of Defense Standard Practice, System Safety
   B. CDRL A003, System Safety Hazard Analysis Report (SSHAR)
   C. CDRL A004, System Safety Program Plan (SSPP)
   D. CDRL A005, Health Hazard Assessment Report (HHAR)
   E. CDRL A006, Critical Safety Item, Characteristics and Critical Defect Report

3) Approach
This evaluation uses the process described in Reference A and the 8-step safety system process discussed in both References A and C. It consists of potential failure modes (which results in a loss of function or realization of a hazard), the potential cause(s) of each failure and associated probability, potential effect(s) of each failure and associated severity, and the resultant risk assessment code (RAC). From that, recommended actions are determined, along with responsibility for those actions. After the actions are completed, the residual RAC is calculated.

4) System description
The MHS handguns are semi-automatic, magazine fed, striker-fired firearms. They feature a unique safety system, making them the most operator-safe striker duty pistols on the market today. It is not possible to accidentally fire the firearm during disassembly. The night sights, in conjunction with the ergonomically correct grip, ensure rapid target acquisition and engagement, even under poor lighting conditions. An ambidextrous slide release and reversible magazine release allow for optimal control by right or left-handed shooters. An M1913 accessory rail is integrated into the grip module, to facilitate the attachment of tactical accessories. The closed design of the firearm helps keep dirt and other debris from entering, ensuring proper function in harsh environmental conditions. It consists of four main subassemblies:
- Slide and barrel assembly
- Serialized stainless steel receiver assembly
- Polymer grip module
- Magazine assembly

| SIG SAUER when it counts | Title: **Failure Modes, Effects and Criticality Analysis (FMECA)** | Document No: MHS CDRL A007 | Revision Level: - |
|---|---|---|---|
| Author: Ed Murphy | | | Page 2 of 2 |

This is a controlled document. Only the latest revision which appears in the company database may be used as a working document. Printed copies are uncontrolled. It is the responsibility of the user to verify prior to use.

From a product safety standpoint, the MHS handguns feature a three point takedown safety system.
- Takedown Safety Lever - Prevents disassembly with a magazine inserted. The takedown lever will not rotate.
- Takedown Lever – Disconnects the sear from the striker pin when rotated to the disassembly notch. The takedown lever will only rotate with the slide locked to the rear, allowing visual inspection that a round is not chambered, and allows disassembly without tools or trigger manipulation.
- The striker pin is not energized with the slide to the rear.

In addition, the manual safety prevents firing when engaged.

Further complementary information on systems safety and health hazards associated with the MHS may be found in References B through D, respectively.

5) The FMECA in Appendix A contains the details of this CDRL. As with all FMECA's, this is a "living" document, intended to be updated as further risk mitigation takes place or new potential failure modes are identified.

6) Conclusion

The MHS presents no new health or safety hazards to the soldier, trainer, or environment when compared to the systems currently fielded and intended to be replaced. Existing facilities, personnel protective equipment, and safety protocols will be compatible with use of the MHS and will be effective in ensuring the safety of the user. The MHS will reduce the opportunity for accidental injury through ease of use and simple controls, superior ergonomic features, and a unique disassembly safety feature that eliminates the possibility of accidental discharge during user level maintenance. All potential failure modes have been addressed to bring residual risk to no greater than medium, and will continue to be reviewed to further reduce or eliminate.

7) Attachments
   A. SigSauer MHS Pistol Failure Modes, Effects, and Criticality Analysis (FMECA)

8) Revision History

| Date of Revision | Revision Level | Revision Purpose or Description | Author |
|---|---|---|---|
| 2/16/17 | - | Initial Issue for MHS Program | E. Murphy |