# EXHIBIT 2

Docusign Envelope ID: B94AD4EF-6558-49CE-838C-52063A01A452

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| JOSHUA GLASSCOCK, individually and on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : Case No.: 6:22-cv-3095-MDH |
| v. | : : |
| SIG SAUER, INC., | : : |
| Defendant. | : : |

**DECLARATION OF THOMAS TAYLOR IN SUPPORT OF SIG SAUER, INC.'S**
**OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

# Tom Taylor Declaration
# Ex. A

# P320®

## THE NEW STANDARD IN STRIKER-FIRED PISTOLS.

**SIG SAUER®**
*when it counts®*

# P320®



| P320 | **FULL-SIZE** | |
|---|---|---|
| CALIBER | 9mm / .357SIG / .40S&W / .45ACP | **17/14/14/10** ROUNDS |
| Full Length Grip / Full Length Slide | | |



| P320 | **CARRY** | |
|---|---|---|
| CALIBER | 9mm / .357SIG / .40S&W / .45ACP | **17/14/14/10** ROUNDS |
| Full Length Grip / Compact Length Slide | | |



| P320 | **COMPACT** | |
|---|---|---|
| CALIBER | 9mm / .357SIG / .40S&W / .45ACP | **15/13/13/9** ROUNDS |
| Compact Length Grip / Compact Length Slide | | |



| P320 | **SUBCOMPACT** | |
|---|---|---|
| CALIBER | 9mm / .357SIG / .40S&W / .45ACP | **12/10/10/6** ROUNDS |
| Subcompact Length Grip / Subcompact Length Slide | | |

## EXCEPTIONAL TRIGGER

A smooth, crisp trigger pull and short tactile reset deliver heightened accuracy.

## SAFETY WITHOUT COMPROMISE

- Striker Safety
- Disconnect Safety
- 3-Point Takedown System
  - Remove magazine
  - Lock slide to rear
  - Rotate take-down lever for disassembly without tools or trigger manipulation

## SERIALIZED, STAINLESS STEEL TRIGGER GROUP

Unique design gives you the freedom to change calibers, sizes, and fit, quickly and easily.

## CHANGE CALIBER, SIZE, AND FIT AT WILL

From calibers, to pistol size, to the grip fit best suited for the shooter, the P320 is the most adaptable pistol available today.

## FEATURES

- Available in 9mm, .357SIG, .40S&W, .45ACP
- 3 grip sizes – Small, Medium, Large
- Double-Action Striker Fired operating system
- SIGLITE® Night Sights or Contrast Sights
- Steel Magazine
- Full-length steel slide rails
- Integral M1913 Accessory Rail on Full, Compact, Carry (all grip sizes), and Subcompact (medium grip size only)

# THE NEW STRIKER-FIRED STANDARD IN MODULARITY AND ADAPTABILITY.
The ultimate freedom to change calibers, size, and fit.



Full-size Standard Barrel

Full-size Slide Assembly

Full-size Grip Module

Compact/Carry Threaded Barrel

Compact/Carry Slide Assembly

Carry Grip Module

Compact/Carry Standard Barrel

Subcompact Slide Assembly

Subcompact Standard Barrel

Stainless Steel Frame Assembly

Compact Grip Module

Extended Magazines

Full-size Magazines

Compact/Carry Magazines

Subcompact Magazines

Subcompact Grip Module

Available with a Manual Safety

## INTERCHANGEABLE GRIP MODULES

Large, medium, or small modules provide optimal grip circumference without the need to change backstraps.

# P320®

| SPECIFICATIONS | Full-Size | Carry | Compact | Subcompact |
|---|---|---|---|---|
| Caliber | 9mm /.357SIG /.40S&W /.45ACP | 9mm /.357SIG /.40S&W /.45ACP | 9mm /.357SIG /.40S&W /.45ACP | 9mm /.357SIG /.40S&W /.45ACP |
| Overall Length | 203 mm / 8.0 in | 183 mm / 7.2 in | 183 mm / 7.2 in | 170 mm / 6.7 in |
| Overall Height | 140 mm / 5.5 in | 140 mm / 5.5 in | 135 mm / 5.3 in | 119 mm / 4.7 in |
| Barrel Length | 119 mm / 4.7 in | 99 mm /3.9 in | 99 mm / 3.9 in | 91 mm / 3.6 in |
| Sight Radius | 168 mm / 6.6 in | 147 mm / 5.8 in | 147 mm / 5.8 in | 140 mm / 5.5 in |
| Sights | SIGLITE® Night Sights or Contrast Sights | SIGLITE Night Sights or Contrast Sights | SIGLITE Night Sights or Contrast Sights | SIGLITE Night Sights or Contrast Sights |
| Weight with Magazine | 833 g / 29.4 oz | 737 g / 26.0 oz | 737 g / 26.0 oz | 708 g / 25.0 oz |
| Slide Material | Stainless Steel | Stainless Steel | Stainless Steel | Stainless Steel |
| Slide Finish | Nitron® | Nitron | Nitron | Nitron |
| Frame Material | Stainless Steel | Stainless Steel | Stainless Steel | Stainless Steel |
| Magazine Capacity | 17/14/14/10 | 17/14/14/10 | 15/13/13/9 | 12/10/10/6 |
| Trigger | Double-Action Striker | Double-Action Striker | Double-Action Striker | Double-Action Striker |
| Trigger Pull | 24.5 – 33.4 N / 5.5 – 6.5 lb | 24.5 – 33.4 N / 5.5 – 6.5 lb | 24.5 – 33.4 N / 5.5 – 6.5 lb | 24.5 – 33.4 N / 5.5 – 6.5 lb |
| Grips | Polymer Grip Module | Polymer Grip Module | Polymer Grip Module | Polymer Grip Module |

Specifications are approximate and are subject to change.



**when it counts**

SIG SAUER, Inc. 72 Pease Boulevard, Newington, NH 03801 USA • phone: +1 (603) 610-3000 • fax: +1 (603) 610-3001 • www.sigsauer.com
An ISO 9001:2008 Certified Company. Specifications subject to change without notice. ©2016 SIG SAUER, inc. All rights reserved.



MKT0082 REV02

CONFIDENTIAL INFORMATION

SIG-MARKETING-000086

# Tom Taylor Declaration
# Ex. B



# M17/M18

THE U.S. ARMY'S NEW MODULAR HANDGUN SYSTEM

## ONE FOR ALL

A cleaner, crisper, short trigger reset, safe takedown and unprecedented modularity deliver elite performance for all.

BROWSE COLLECTION ⊙

https://www.sigsauer.com/products/firearms/pistols/p320/

124 captures



# P320 X-FIVE

THE PINNACLE FOR COMPETITION OR EVERY-DAY
RANGE USE RIGHT OUT OF THE BOX.

## ONE FOR ALL

A cleaner, crisper, short trigger reset, safe takedown and unprecedented modularity deliver elite performance for all.

Awarded the 2016 American Rifleman Golden Bullseye Handgun of the Year award.

BROWSE COLLECTION



# P320 RX

THE ONLY PISTOL IN ITS CLASS TO INCLUDE A
SLIDE-MOUNTED REFLEX OPTIC.

## ONE FOR ALL

A cleaner, crisper, short trigger reset, safe takedown and unprecedented modularity deliver elite performance for all.

BROWSE COLLECTION ●

web.archive.org/web/20180407093554/https://www.sigsauer.com/products/firearms/pistols/p320/

https://www.sigsauer.com/products/firearms/pistols/p320/
124 captures
20 Jan 2017 – 17 Nov 2024



# P320 NITRON

### THE ORIGINAL. INNOVATIVE, SAFE, AND MODULAR BY DESIGN.

## ONE FOR ALL

Awarded the 2016 American Rifleman Golden Bullseye "Handgun of the Year" Award.

BROWSE COLLECTION



## INNOVATIVE TO ITS CORE.

The P320 elevates the standard for a striker-fired pistol with an exceptional trigger and a modular design as dependable as it is unique.

EXPLORE THE P320

## THE MOST ADAPTABLE PISTOL EVER.

No two hands—or scenarios—are quite the same. The P320 can be customized to meet the exact needs of the user. No backstraps required, no excuses accepted.







# Tom Taylor Declaration
# Ex. C







We use cookies to offer you a better browsing experience. By continuing to use our site, you accept our use of cookies. Privacy Policy, and Terms of Use.    I Accept

# Tom Taylor Declaration
# Ex. D

## CONSTRUCTION

One of the design criteria of the SIG 44 was that it was to consume less in the way of high-quality materials than the K98 service rifle. This was achieved through the use of a 1mm thick, stamped receiver, housing a short trunnion. The trunnion served as the locking mechanism to contain the pressures of firing, and, apart from the bolt, was the only piece of high-strength steel in the entire gun.

The SIG 44 operates by means of a long stroke gas piston attached to a carrier, which operates a tilting bolt. On firing, propellant gases enter a gas block located near the muzzle and push the piston rearward. After ap-

presumably 5mm of travel and before the bolt has unlocked, the piston exposes a series of vents that exhaust gas to the atmosphere. Being shoved to the rear, the carrier continues and a camming surface on its lower side engages a lug on the bolt, lifting it up 2 degrees and out of engagement with the trunnion's locking surfaces. Bolt and carrier continue rearward, extracting the spent case, compressing the recoil spring and eventually returning to chamber the next round, after which the carrier cams the bolt downward and into battery.

While it seems fairly standard when compared to modern designs, the SIG's combination of engineering consider-

ations was as revolutionary as the mix of intermediate cartridge, select fire, and detachable magazine. On reasoning an original SIG, you get the impression that the engineers involved in the project kind of got the concept of making a high-quality rifle out of mediocre materials, but didn't fully trust the idea. As a result, they decided to do everything in their power to over-engineer the bell out of it. For example, the lower receiver consists of 203 individual parts. And yes, you read that correctly. You may think that a hammer or trigger pin would logically require the manufacture to construct it from a single piece of steel rod, whereas in this case, five separate components are required.

Simple including many weldable modern implements, the BAR and War, you talks about identical to the original.



# Tom Taylor Declaration
# Ex. E

SIGN IN

Search   Sign   Menu
         In

## SIG SAUER, Inc. Awarded the U.S. Army Contract for its New Modular Handgun System (MHS)

**January 20, 2017** ● **COMPANY NEWS** ● **DEFENSE** ● **PISTOLS** ● < 1 Min Read

SHARE     ## SIG SAUER, Inc. Awarded the U.S. Army Contract for its New Modular

# Handgun System (MHS)



SIG SAUER, Inc. announced today that the U.S. Army has selected the SIG SAUER Model P320 to replace the M9 service pistol currently in use since the mid-1980's. Released in 2014, the P320 is a polymer striker-fired pistol that has proven itself in both the United States and worldwide markets. The P320 is the first modular pistol with interchangeable grip modules that can also be adjusted in frame size and caliber by the operator. All pistols will be produced at the SIG SAUER facilities in New Hampshire.

The MHS Program provides for the delivery of both full size and compact P320's, over a period of ten (10) years. All pistols will be configurable to receive suppressors and will also include both standard and extended capacity magazines.

"I am tremendously proud of the Modular Handgun System Team," said Army Acquisition Executive, Steffanie Easter in the release. "By maximizing full and open competition across our industry partners, we truly have optimized the private sector advancements in handguns, ammunition and magazines and the end result will ensure a decidedly superior weapon system for our warfighters."

Ron Cohen, President and CEO of SIG SAUER, said "We are both humbled and proud that the P320 was selected by the U.S. Army as its weapon of choice. Securing this contract is a testimony to SIG SAUER employees and their commitment to innovation, quality and manufacturing the most reliable firearms in the world."

**SHOP**

**TRAINING**

**MILITARY & POLICE**

**COMPANY**

**SUPPORT**

## SIGN UP FOR NEWS AND UPDATES

First Name                    Last Name

Email

GET UPDATES

Instagram  Facebook  YouTube    Twitter    LinkedIn    SIG
SAUER
Social

SIGN IN

Sezzle: Flexible
payments with no

Search    Sign    Menu
         In

ALSO OF INTEREST

P320-M17

Chosen the World Over

U.S. Army Fields M17/M18 Pistols

My Account    Privacy Statement    Do Not Sell My Info (CA)    Returns Policy    Shipping Policy    Terms Of Sale    Terms Of Use Policy    User Guidelines

Membership Terms of Sale    e-Gift Card Policy    Company    Support

© SIG SAUER 2025. All Rights Reserved.

# Tom Taylor Declaration
# Ex. F

(/silencers)



Paid Advertisement

Guns.com (https://www.guns.com) / News (https://www.guns.com/news) / Military & Police (https://www.guns.com/news/category/military-police)
/ Gen. Milley: The XM17 is altogether different than the P320

# GEN. MILLEY: THE XM17 IS ALTOGETHER DIFFERENT THAN THE P320

09/19/2017 08:00 AM | by Chris Eger (/news/author/chris-eger)        Share 0



The Army is conducting an Initial Operational Test of a variant of the Sig Sauer P320 as the new XM17 Modular Handgun System this month at Fort Bragg, N.C. in preparation for issuing the pistol to troops later this year. (*Photo: Lewis Perkins/U.S. Army*)

Army Chief of Staff Gen. Mark Milley went on record vouching for the service's new Modular Handgun System and downplayed controversy over its civilian base model.

In an interview with Army Times, Milley detailed (https://www.armytimes.com/news/your-army/2017/09/17/the-armys-new-handgun-is-undergoing-final-testing-before-its-issued-to-soldiers/)the MHS contract winner, a variant of Sig Sauer's P320 pistol adopted as the XM17 earlier this year, is not the same animal as its civilian predecessor.

"But I can tell you with certainty, the guts and the internals of the military version of that weapon are different than what you're going to buy in the gun store or what police are going to be fielded," Milley said.

Sig bested a wide field of competitors including FN, Smith & Wesson and Glock — the latter by more than $100 million — (https://www.guns.com/news/2017/06/26/sig-beat-out-glock-by-more-than-100-million-on-army-handgun-bid/) on the Army handgun bid, the largest contract of its kind since the 1980s.

After initial tests on the weapon, Milley said the Army requested modifications on the pistol and were pleased with the resulting handgun that Sig submitted.

"We took the modified version and put it through the test, and it passed with flying colors," Milley said.

Addressing safety concerns over the P320 series, the company last month said (https://www.guns.com/news/2017/08/05/sig-sauer-addresses-p320-safety/)they have, "full confidence in the reliability, durability, and safety of its striker-fired handgun platform," and that the design did not encompass the model submitted to the armed forces.

The XM17 is set to be issued first (https://www.guns.com/news/2017/07/25/first-2000-sig-sauer-xm17-pistols-to-be-fielded-with-army-in-november/)to troops of the Fort Campbell-based 101st Airborne Division in November as part of a 190,000-pistol initial buy. The modified P320 will then be fielded to a new installation each month until September 2018, except for next March and April.

Meanwhile, Sig has issued (https://www.guns.com/news/2017/08/08/sig-issues-voluntary-upgrade-for-p320-pistols/)a voluntary upgrade for standard P320 users.

Paid Advertisement



**READ MORE ON:**

Military & Police (/news/category/military-police)    Product & Industry News (/news/category/product-a-industry-news)

## LATEST HEADLINES


01/29/2025 05:00:00
Arsenal Unveils 'New' AK-20, Trump MAGA AK-47, RPK Rifles for 2025 (/news/2025/01/28/arsenal-ak-20-47-new-guns)


01/29/2025 04:30:00
Bond Arms Goes Big with Trump Derringer, Lever AR and More (/news/2025/01/28/bond-arms-trump-derringer-lever-ar)


01/29/2025 03:02:00
EAA Shows off Forged Steel Framed Witness 2311 Match Series (/news/2025/01/29/eaa-shows-off-forged-steel-framed-witness2311-match-series)


01/29/2025 01:30:00
Demolition Ranch Pulls the Plug, Lists Ranch for Sale (/news/2025/01/29/demolition-ranch-pulls-the-plug-lists-ranch-for-sale)

## LATEST REVIEWS

(/news/reviews/new-cmmg-dissent-338-arc)                                                    (/news/reviews/b-t-apc9-9mm-ca

**New CMMG Dissent in 338 ARC: Quiet, Hard-Hitting Firepower**                                                   **B&T**
(/news/reviews/new-cmmg-dissent-338-arc)                                              (/news/reviews/b-t-apc9-9mm-

My idea of a perfect AR-15 hunting platform would combine a harder-hitting cartridge with a fast-shooting,         The almost pocket-sized (if you
quiet, compact package. CMMG has done it with the Dissent Mk4 in .338 ARC.                                         small packages.

(/news/reviews/new-cmmg-dissent-338-arc)                                              (/news/reviews/b-t-apc9-9mm-ca

READ MORE

**Stay in the know. Get Guns.com offers and news!!**

By signing up you agree to Guns.com's Terms and Conditions (/terms-and-conditions) and Privacy Policy (/privacy-policy).

Enter Your Email

SIGN UP

Follow
Us On: (https://rumble.com/c/Gunscom) (https://www.facebook.com/gunsdotcom) (https://www.instagram.com/gunsdotcom) (https://www.twitter.com/gun

## Need Help?

FAQ (/FAQS)            CONTACT US (/CONTACT)

**HOW TO BUY A GUN ONLINE(/HOW-TO-BUY-A-GUN-ONLINE)**

**CERTIFIED USED GUNS(/USED-GUNS/CERTIFIED-USED)**

**WE BUY GUNS(/WE-BUY-GUNS)**

**THE GUNS.COM PROMISE(/ABOUT-US)**

**CUSTOMER RESOURCES**

**SELLER RESOURCES**

**WHO WE ARE**

Terms and Conditions (/terms-and-conditions)      Privacy Policy (/privacy-policy)      Site Map (/site-map)

PO Box 1131 13800 Nicollet Blvd Burnsville, MN 55337 ©2025 Guns.com. All Rights Reserved

# Tom Taylor Declaration
# Ex. G

# *All military branches set to issue Sig Sauers M17 Modular Handgun System*

Defence Monitor Worldwide

March 21, 2018 Wednesday

Copyright 2018 Global Data Point. Provided by Syndigate Media Inc. All Rights Reserved



**Length:** 321 words

## Body

Though originally a winner for an Army contract, Sig officials report that every branch including the Coast Guard has placed orders for the modified P320 pistol platform.

Sigs M17/18 pistol, the winner of the Armys Modular Handgun System contract last year, is set to be fielded by not only the land service but the Air Force, Marines and Navy as well as the Coast Guard, according to company representatives.

All services have been involved in MHS since its inception  and they have all committed to ordering guns, Tom Taylor, chief marketing officer for Sig Sauer, told Military.com, explaining the other services will begin fielding the 9mm handguns later this year to early next year.

The handguns will begin replacing a host of other platforms, including various marks of the M9 Beretta in the Army. As noted in the Navys FY 2019 procurement budget justification for the Marine Corps, 35,000 of the Sigs will not only replace M9s but also Colt M45A1 CQB .45ACP pistols and the newly acquired M007 Glock. In Coast Guard service, the gun will augment the Sig P229R which was adopted in 2005. The Air Force has been quietly acquiring the guns and testing their use for compatibility with aircraft ejection seats.

Though based on the P320 series of modular handguns, both Sig and the military have stressed that the M17/18 series are not the same animal as their civilian predecessor. Army Chief of Staff Gen. Mark Milley went on record last year, saying, [T]he guts and the internals of the military version of that weapon are different than what youre going to buy in the gun store or what police are going to be fielded.

The first batches of the M17/18 were issued to troops of the Fort Campbell-based 101st Airborne Division last November as part of a 190,000-pistol initial buy. The platform will then be fielded to a new Army installation each month until September 2018, except for next March and April. 2018 Global Data Point.

**Load-Date:** March 21, 2018

---

# Tom Taylor Declaration
# Ex. H



**PR Contact:**
Joel Harris
Director, Media Relations & Communication
(603) 610-3293
joel.harris@sigsauer.com

**FOR IMMEDIATE RELEASE**

## SIG SAUER Brings the U.S. Army's M17 to the Commercial Market

**NEWINGTON, N.H., (July 18, 2018)** – SIG SAUER, Inc. is pleased to introduce the commercial variant of the U.S. Army's M17 official service pistol called the P320-M17.

After one of the most rigorous and highly competitive review processes in the history of military firearms the SIG SAUER M17 was awarded the Modular Handgun System (MHS) contract for the U.S. Army. The M17 is a P320-based platform, and was selected for its uniquely innovative modularity, uncompromising performance, and unmatched capability. The P320-M17 closely follows the specifications of the U.S. Army's M17.

"It was truly an honor for SIG SAUER to be chosen as the U.S. Army's choice with the M17. When the selection was announced, civilian interest in the pistol was immediate," said Tom Taylor, Chief Marketing Officer and Executive Vice President, SIG SAUER, Inc. "We are proud to bring this P320-M17 to the marketplace to meet the substantial civilian interest, and the high demand, to own the pistol the Army uses as well as the other branches of the U.S. Military."

The P320-M17 is a 9mm, striker-fired pistol and comes with two 17-round magazines. The pistol features a coyote-tan PVD coated stainless steel slide with the same optic cut as specified by the MHS contract, and black controls just like the pistols currently being shipped to the U.S. Army; it comes equipped with a SIGLITE front night sight and removable Night Sight rear plate. The P320-M17 features a coyote-tan carry-length grip module, available in three sizes, and comes standard with a manual safety. Non-manual safety P320-M17 pistols will be shipped at a later date.

The P320-M17 Specs:

| Total length: 8" | Barrel length: 4.7" | Weight (incl. magazine): 29.6 oz. |
|---|---|---|
| Height: 5.5" | Width: 1.3" | Sight radius: 6.6" |

**MSRP:** $768.00

The P320-M17 is shipping to stores in August 2018.

To complement the P320-M17, an exclusive M17 Collector's Case is available for purchase separately at [ HYPERLINK "https://www.sigsauer.com/store/" ]. The case is a solid cherry box, with dark mahogany stain, a tempered glass top, a brushed nickel latch, and a keyhole back for optional wall-hanging. The M17 Collector's Case features a slate-grey flocked foam insert with an affixed U.S. Army logo, and precision laser placement cuts for the P320-M17 pistol, and included P320-M17 certificate and P320-M17 Official Challenge Coin.

**M17 Collectors Case MSRP:** $199.99 (sold separately at sigsauer.com/store)

Get Social: follow SIG SAUER on [ HYPERLINK "https://www.facebook.com/SIGSAUERInc" ] [ HYPERLINK "https://twitter.com/sigsauerinc" ] [ HYPERLINK "https://www.instagram.com/sigsauerinc" ], and [ HYPERLINK "https://www.youtube.com/user/sigsauerinc" ] for the latest news, product announcements, events, and updates.

CONFIDENTIAL    Case 8:23-cv-03090-PJM   Document 54-2    Filed 03/31/25    Page 52 of 213    SIG-SASSCO-CK00006703

6212

**About SIG SAUER, Inc.**

[ HYPERLINK "https://www.sigsauer.com/" ] is a leading provider and manufacturer of firearms, electro-optics, ammunition, Advanced Sport Pellet (ASP) airguns, suppressors, and training. For over 100 years SIG SAUER, Inc. has evolved, and thrived, by blending American ingenuity, German engineering, and Swiss precision. Today, SIG SAUER is synonymous with industry-leading quality and innovation which has made it the brand of choice amongst the U.S. Military, the global defense community, law enforcement, competitive shooters, hunters, and responsible citizens. Additionally, SIG SAUER is the premier provider of elite firearms instruction and tactical training at the SIG SAUER Academy - a world class, state-of-the-art, 140-acre training facility. SIG SAUER is headquartered in Newington, New Hampshire, and has more than 1,700 employees across eight locations, and is the largest member of a worldwide business group that includes SIG SAUER GmbH & Co. KG in Germany. For more information about the company and product line visit: [ HYPERLINK "http://www.sigsauer.com" ].

### # # #

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SIG SASSCOCK00006704
6213

# Tom Taylor Declaration
# Ex. I

## *SIG Sauer unveils commercial version of the military's M18*

The Union Leader (Manchester, NH)

December 6, 2019 Friday

Copyright 2019 Union Leader Corp. All Rights Reserved

**Section:** B; Pg. 003

**Length:** 261 words

**Byline:** By Kimberley Haas Union Leader Correspondent

# Body

NEWINGTON - SIG Sauer has a new commercial version of the company's M18 official duty pistol adopted by the U.S. Marine Corps earlier this year.

The P320-M18 is a 9mm, striker-fired pistol configured nearly identically to the military's model. It features a SIGLITE front night sight and a removable night sight rear plate, black controls, a carry-length coyote-tan grip module, and an ambidextrous manual safety, according to a press release issued by the company on Tuesday.

The M18 is a compact version of the M17. Both are used by the U.S. Army, Navy, Air Force and Coast Guard.

Tom Taylor, chief marketing officer and executive vice president of commercial sales for the Newington company, says the company has seen significant civilian interest in both the M17 and M18 since their releases.

"We are very proud that with the P320-M18, civilians can now own the same innovation and versatility that has made either the M17 and M18 the handgun of choice for all branches of the U.S. Military," Taylor said in a statement.

When the Marine Corps adopted the M18 in June, branches of the U.S. military had more than half a billion dollars in M17 and M18 pistols on order, totaling more than 421,000 handguns.

On Nov. 19, SIG Sauer officials announced the delivery of the 100,000th M17 and M18 to the military for its Modular Handgun System program. Company officials said at that time they were ahead of schedule requirements.

There is no word yet on pricing for the P320-M18. The retail price for the P320-M17 is $768, according to www.guns.com.

straffordnews@unionleader.com

**Load-Date:** December 6, 2019

End of Document

# Tom Taylor Declaration
# Ex. J





NEVER SETTLE

**CATALOG**

Case 0:22-cv-03095-MDH   Document 154-2   Filed 03/31/25   Page 57 of 213

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008803



CONTENTS



| | |
|---|---|
| **EVOLUTION OF SIG** | **2** |
| FROM WAGONS TO WORLDWIDE LEADER | 3 |
| U.S. DEFENSE CONTRACTS | 4 |
| INDUSTRY AND CONSUMER AWARDS | 5 |
| PISTOLS | 6 |
| LEGION SERIES | 38 |
| CUSTOM WORKS | 42 |
| RIFLES | 50 |
| AMMUNITION | 68 |
| ELECTRO-OPTICS | 90 |
| SUPPRESSORS | 152 |
| AIRGUNS | 162 |
| ACADEMY | 184 |
| TEAM SIG | 190 |
| ACCESSORIES | 192 |
| SPECIFICATIONS | 198 |

**SIG SAUER**
*NEVER SETTLE*

**SIG SAUER®, Inc.** • 72 Pease Boulevard • Newington, NH 03801 USA • +1 (603) 610-3000

An ISO 9001:2015 Registered Company. Manufacturing in the U.S.A.

All trademarks, service marks, trade names, trade dress, product names and logos appearing in this catalog are the property of their respective owners.
No trademark or service mark appearing in this catalog may be used without the prior written consent of the owner.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008804



# THE EVOLUTION OF SIG SAUER

In our state-of-the-art facilities across ten locations worldwide SIG SAUER manufactures the finest firearms, electro-optics, ammunition, suppressors, and airguns, while also offering world-class firearms and tactical training at the SIG SAUER Academy™.

At SIG SAUER we are driven by our relentless pursuit to manufacture products of unparalleled quality, an unwillingness to compromise, and an absolute refusal to settle. We are emboldened by our love of freedom and share the same passion and pride for our country as those who choose the SIG SAUER brand.

Regardless of whether a SIG SAUER product is being deployed on the battlefield by a soldier, protecting law enforcement as an official duty sidearm, or simply the product of choice of a private citizen, you can trust that if it carries the SIG SAUER name it is built to our precise exacting standards, and undergoes the same rigorous quality controls to ensure that it performs when it matters most.

## FROM WAGONS TO WORLDWIDE LEADER

When business entrepreneurs Friedrich Peyer Im Hof, Heinrich Moser, and Conrad Neher opened a wagon factory near the Rhine Falls in Switzerland in 1853, they laid the foundation for what would become the international leader in the small arms industry. Just seven years after constructing an industrial plant for building their wagons and railway cars, the three ambitious owners undertook a new venture responding to a challenge from Switzerland's Federal Ministry of Defense to develop a state-of-the-art rifle in hopes that the Swiss Army would adopt it.

Four years later, the trio found themselves facing an order for 30,000 of their rifles, and changed the name of their company to Swiss Industrial Group. The name was later shortened to SIG as they officially became one of the world's premier firearms manufacturers.

In the 1970's, the SIG small arms division expanded within Europe to include Hammerli Target Arms of Switzerland, and the legendary J.P. Sauer & Sohn, GmbH of Germany – one of Europe's oldest and most prestigious firearms manufacturers.

In the 1980's, SIG set its sights on the United States of America and opened its first American location in Virginia under the name SIGARMS®, and began importing and assembling the company's classic handguns.

In the 1990's, SIGARMS expanded its United States footprint by opening new manufacturing facilities in Exeter, New Hampshire where it would continue to expand to include the world-class SIGARMS training academy in Epping, New Hampshire.

In 2007, SIGARMS officially changed its name to SIG SAUER, aligning the company under a single global brand. Since then SIG SAUER has experienced unprecedented growth and expanded its New Hampshire footprint to include a 206,000 sq./ft. corporate headquarters and advanced manufacturing facility at Pease International Tradeport.

SIG SAUER continually invests in workforce development by hiring the foremost industry experts in ever expanding categories to ensure that all SIG SAUER products exceed the quality expectations that are synonymous with the brand.

Today, the SIG SAUER product lineup goes well beyond firearms to include a broad array of products such as electro-optics, ammunition, suppressors, and airguns, all designed, engineered, and manufactured to the same exacting standards of quality, reliability, and performance that have made SIG SAUER the brand of choice for the military, special forces, law enforcement, and civilians across the globe. In addition, SIG SAUER has expanded its U.S operations with a dedicated optics facility in Oregon and a purpose-built ammunition plant in Arkansas.

SIG SAUER has evolved because we continually compete against ourselves, because we believe our greatest success has yet to be engineered, and we are driven by the knowledge that our customers can't afford to settle so they trust we never will. SIG SAUER. Never Settle.



**SIG SAUER**
*NEVER SETTLE*

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008805

# U.S. DEFENSE CONTRACTS

### U.S. MILITARY (ALL BRANCHES) M17/M18™

After one of the most rigorous and highly competitive selection processes in the history of small arms, the SIG SAUER P320® based M17 and M18 were awarded the Modular Handgun System (MHS) contract by the U.S. Army. The M17 and M18 have now been adopted by all branches of the U.S. Military.

### U.S. ARMY NEXT GENERATION SQUAD WEAPONS (NGSW) PROGRAM

SIG SAUER has been selected by the U.S. Army to develop the Next Generation of squad-based weapon systems, including a lightweight machine gun, a carbine rifle, a next generation of suppressor and the first-of-its-kind hybrid ammunition.

### U.S. ARMY CONTRACTING COMMAND .300 WIN MAG AMMUNITION

SIG SAUER Ammunition, known for quality and accuracy, was selected by the U.S. Army to manufacture the Mk 248 MOD 1 and MOD 0 300 Win Mag ammunition for use in U.S. Military Sniper Platforms.

### DOD SUPPRESSED UPPER RECEIVER GROUP MCX™ (SURG)

The SIG SAUER MCX system was selected to upgrade the existing M4A1 U.S. Special Operations Forces carbines and optimize their weapons for continuous suppressed use on the battlefield.

### U.S. ARMY/DOD/U.S. AIR FORCE TANGO6T

The SIG SAUER Electro-Optics TANGO6T has three times been selected by the Department of Defense as the U.S. Army Squad Designated Marksman Rifle (SDMR), the USSOCOM Squad-Variable Powered Scope (S-VPS), and the Direct View Optic (DVO)

### DEPARTMENT OF HOMELAND SECURITY (DHS) P320 & ROMEO1PRO

SIG SAUER Electro-Optics ROMEO1Pro miniature open reflex sight was chosen by the Department of Homeland Security for U.S. Immigration and Customs Enforcement (ICE) as the official red dot optic for their SIG SAUER P320 official duty pistol.

### U.S. COAST GUARD PROFORCE® P229®

SIG AIR™ was chosen to supply the U.S. Coast Guard with the SIG AIR PROFORCE P229 airsoft pistol as an official training pistol for Cadets and Guardsmen.

   

M17    NEXT GEN    TANGO6T    .300 WIN MAG

# INDUSTRY AND CONSUMER AWARDS

SIG SAUER® is proud to be honored by our peers and have our products recognized for innovation, quality, and capability.

### 2020 TACTICAL RETAILER GOLD LEVEL CHOICE AWARDS

Recognized by readers as the best in the industry by tactical retailers across the industry.

**Favorite New Products:**
Romeo1PRO
AR Pistol



### 2020 SHOOTING SPORTS RETAILER GOLD LEVEL CHOICE AWARDS

Recognized by readers as the best in the industry by shooting sports retailers across the industry.

Handgun Manufacturer
AR Pistol

### 2020 INDUSTRY CHOICE AWARDS

Recognizing fit, form, finish, and functionality in firearms by industry peers.

**Innovation of the Year:** CROSS Bolt-Action Rifle
**Handgun of the Year:** P320 XFIVE LEGION

### 2020 OUTDOOR LIFE AWARDS

Recognizing versatility in riflescopes

**Best New Rifle:** CROSS Bolt-Action Rifle
**Best New Spotting Scope:** OSCAR8

### 2019 BALLISTICS BEST READERS'S CHOICE AWARDS:

The Ballistic Best Reader's Choice Awards from Athlon Outdoors gives consumers the ability to vote for recognition of superiority in class, quality, and innovation across various product categories.

**Best Semi-Auto Rifle:** M400 TREAD
**Best Compact Semi-Auto:** P320 XCOMPACT



### 2020 BALLISTICS BEST READERS'S CHOICE AWARD:

**Best AR-10 Rifle** 716i TREAD

### 2020 NASGW-POMA CALIBER AWARD

Recognizing new and innovative products within the sporting goods industry.



**Best New Optic:** ROMEOZero



NEVER SETTLE

SIG-GLASSCOCK00008803     SIG-GLASSCOCK00008806



PISTOLS

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008807



# PISTOLS

Choose from a full array of sizes, triggers, calibers, finishes, and features—all with unfailing SIG reliability and accuracy.

## INSPIRED BY THE ELITE PROFESSIONAL. CARRIED BY ALL WHO DEMAND THE BEST.

Unless it's a SIG, a handgun is just a handgun. Engineered to perform anywhere, at any time, and under any circumstance, SIG pistols boast unique, advanced features that stand out amongst the rest. Key features include:


X-RAY3™ Sights



Integral Picatinny Rail



4-Point Safety System



NITRON® Stainless Steel Slide


SAO (SIG ANTI-SNAG) FT Bullseye Sight

Rear Sight Plate

Threaded barrel

ROMEO/ZERO® Reflex Sight

## SIZING UP YOUR SITUATION

You want a pistol with frame dimensions directly suited to your needs. Whether you'll be sliding your handgun into a range bag, concealing it in a purse, shooting competitively, or defending your home, SIG SAUER offers a pistol for every shooter.



### FULL-SIZE

When shootability and sighted accuracy are a must. Generous dimensions and even weight distribution help to deliver a more accurate sight picture and reduced felt recoil.

| Barrel | 4.7" | Approx. | 7.5 x 5.5" |



### CARRY

A balance of shootability with concealment. A full-size grip allows the shooter more control while reduced slide length offers lighter carry.

| Barrel | 3.9" | Approx. | 7 x 5.5" |



### COMPACT

If concealment is an essential requirement, the reduced slide length and grip height enable easy concealment and carry, with ergonomics designed to promote point-and-shoot accuracy.

| Barrel | 3.9" | Approx. | 7 x 5" |



### MICRO-COMPACT

Discreet, lightweight, and able to fit almost anywhere. Often called "pocket pistols," the SIG micro-compact delivers the ultimate in concealment.

| Barrel | 3.1" | Approx. | 5.8 x 4.1" |

## TRIGGER TIME

Any expert will tell you, it's the trigger that ultimately puts rounds on target. Weigh the pros and cons of each trigger carefully to select the one you can fire accurately, and carry with confidence.

### STRIKER-FIRED TRIGGER

**STR | Short Tactile Reset**

Every trigger pull has the same weight and feel with a quick tactile reset to ensure faster and more consistent shots.

### HAMMER-FIRED TRIGGER

**DA/SA | Double-Action/Single-Action**

The first trigger pull performs the double-action of cocking the hammer and then releasing the sear. Followed by lighter, single-action trigger pulls on all subsequent shots. The heavier first trigger pull acts to reduce inadvertent discharges.

**SAO | Single-Action-Only**

The trigger performs the single-action of releasing the hammer with a consistent trigger pull that is generally regarded as the shortest, lightest, and smoothest available. The slide can still be operated with the safety engaged (a SIG exclusive on P229®, P238®, P239®, P238®, and P938® models). All models feature a manual thumb safety.

## THE CALIBER DEBATE

Popular opinions vary widely, but only you can select the right caliber for you. Consider bullet weight and velocity, your desired magazine capacity, ammunition cost, and availability.


**.45AUTO**
Known for a combination of power and controlled penetration due to a wide diameter bullet and moderate velocities.


**10MM**
Offers higher velocity, greater range, and more kinetic energy than the .45AUTO.


**.40S&W**
Designed to match the performance of the FBI's reduced-velocity 10mm, in a smaller cartridge size, while offering an energy advantage over the 9mm.


**.357SIG**
Developed in 1994 to duplicate the performance of a 125 gr. .357 Magnum cartridge. The .357SIG combines relatively high velocity with remarkably flat trajectory.


**9MM**
Regarded as the world's most popular and widely used handgun cartridge combining a flat trajectory with relatively low felt recoil.


**.380ACP**
Compact and light design make it popular in handguns designed for concealed carry. Less powerful than larger calibers—minimizing recoil and improving controllability.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008808



# RED DOT REVOLUTION

As the only manufacturer in the industry that can truly integrate a firearm and an optic into a single system that's ready to shoot, right out of the box, SIG SAUER now offers virtually all of our most popular pistols with the option of a factory-installed, and zeroed, reflex optic. Greater performance, increased accuracy, and radically simple – welcome to the Red Dot Revolution.

## WHY PISTOL MOUNTED OPTICS?

Designed for fast, responsive target acquisition and accuracy, open reflex red dot sights, or pistol-mounted optics, are quickly becoming popular among experienced and novice shooters. Red dot sights allow you to quickly and easily acquire your sight picture and make follow-up shots faster. The inherent simplicity of a single aiming point on the same visual plane as the target, makes red dots extremely easy to use, simply put the dot on the target, and press the trigger.





SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008809



# P365

## MICROCOMPACT SIZE WITH FULL-SIZE CAPACITY

The award-winning P365 has redefined the micro-compact pistol category, quickly becoming one of the most coveted firearms in the industry. The P365 features a patented modified double-stack magazine capable of 10+1, 12+1 or 15+1 full-size capacity. Its ergonomic design makes it more shootable than the typical pocket-sized pistols with a clean, crisp trigger pull you expect from a SIG SAUER®. The P365XL™ ROMEOZero™ is available with the ROMEOZero reflex optic installed and zeroed right out of the box, making it the most capable micro-compact available today.

### SHARED FEATURES

- NITRON® stainless steel slide
- Tritium night sights
- Includes (1) 10rd flush fit and (1) 10rd extended magazine
  (2x5 NITRON & SAS®), (2) 12rd magazines (XL & XL ROMEOZero)
- Polymer grip

**XL ROMEOZERO**

- NITRON® stainless steel slide with ROMEOZero™ installed
- XSERIES flat trigger
- XSERIES grip module

**XL**
- NITRON® stainless steel slide compatible with ROMEOZero
- XSERIES flat trigger
- X-RAY3™ day/night sights

**SAS®**
- NITRON® stainless steel slide with SAS treatment
- Flush-Fit FT Bullseye sight
- Flush slide catch and take down lever

**NITRON**
- NITRON® stainless steel slide
- X-RAY3™ day/night sights
- Available with manual safety

STATE COMPLIANT MODELS AVAILABLE

| P365 | SKU | Caliber | | | | | | | | Sights | | | | | |
|------|-----|---------|--|--|--|--|--|--|--|--------|--|--|--|--|--|
| XL ROMEOZERO | | 9mm | | | | | | | | | | | | | |
| XL | | 9mm | | | | | | | | | | | | | |
| SAS | | 9mm | | | | | | | | | | | | | |
| NITRON | | 9mm | | | | | | | | | | | | | |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008810



# P320

**MODULAR HANDGUN**

A clean, crisp, short trigger reset with safe takedown and unprecedented modularity delivering elite performance for all.

**CHOOSE A CALIBER:**

The P320 is available in a variety of popular calibers.

**CHOOSE GRIP FIT:**

Interchangeable grip modules provide optimal grip circumference and access to controls without adding a bulky backstrap.

LARGE    MEDIUM    SMALL

**OPTIONAL X-CHANGE KITS**

The modular pistol has arrived. Removing P320's fire control group unlocks hundreds of combinations.

**CHOOSE STYLE AND A SIZE:**

Provides the modularity to switch between multiple sizes, and between the standard and XGRIP.

XFULL    XCARRY    XCOMPACT    FULL-SIZE    CARRY    COMPACT

## SERIALIZED, STAINLESS STEEL FRAME

The serialized unit allows the user to change everything from size, to caliber, to grip at will.

**3-POINT TAKEDOWN NO TRIGGER PULL OR TOOLS REQUIRED:**

1. Remove magazine
2. Lock slide to the rear
3. Rotate takedown lever

**ADDITIONAL SAFETY FEATURES:**

Striker Safety
Disconnect Safety

## THE WORLD'S MOST INNOVATIVE HANDGUN

With its unmatched modularity, unprecedented accuracy, and uncompromising reliability, the state-of-the-art SIG SAUER® P320 has quickly become one of the most sought after firearms on the market today. Chosen by all branches of the U.S. military, as well as law enforcement agencies across the country and around the world, the P320 redefines the modern handgun.

### SHARED FEATURES

- NITRON® stainless steel slide
- Modular striker-fired pistol
- Contrast sights
- 1913 rail
- Front locking serrations
- Polymer grip

**FULL-SIZE**
- NITRON® stainless steel slide
- Contrast sights
- 4.7" barrel

**COMPACT**
- NITRON® stainless steel slide
- XGLITE® night sights or contrast sights
- 3.9" barrel

## P320 ONE FOR ALL

A CLEAN, CRISP, SHORT TRIGGER RESET, SAFE TAKEDOWN AND UNPRECEDENTED MODULARITY, DELIVER ELITE PERFORMANCE FOR ALL.

STATE COMPLIANT MODELS AVAILABLE

| P320 | | | | | | | | | | | | | | | | |
|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FULL-SIZE | | | | | | | | | | | | | | | | |
| COMPACT | | | | | | | | | | | | | | | | |
| SUBCOMPACT | | | | | | | | | | | | | | | | |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008811



# P320-M17 / M18

## THE CHOSEN ONES

The P320-M17 and P320-M18 are the civilian versions of the M17 and M18, which are the official sidearms of all branches of the U.S. military. The P320-M17 and M18 deliver the same unprecedented accuracy, extreme reliability, and unmatched durability that the U.S. military demands from each and every one of their firearms.

### SHARED FEATURES

- Based on the M17 / M18 pistol in use with the U.S. Military
- Coyote tan stainless steel slide
- Modular striker-fired pistol
- Anti-manual safety
- Night sight rear plate, optic-ready
- 1913 rail
- Front cocking serrations
- Coyote tan polymer grip
- From SIGLITE night sights
- (2) 21rd / (1) 17rd magazine

## M17/M18

STATE COMPLIANT MODELS AVAILABLE

320F-9-M17-MS-SQ / 320F-9-M17-MS-MLL / 320CA-9-M18-MS-SQ

**P320 - M18**
- Based on the M18 pistol in use with the U.S. Military
- Anti-manual safety
- Night sight rear plate, optic-ready

**P320 - M17**
- Based on the M17 pistol in use with the U.S. Military
- Anti-manual safety
- Night sight rear plate, optic-ready

## TESTED AND ABUSED

THROUGH ITS ADOPTION BY THE U.S. MILITARY AND COUNTLESS OTHER MILITARY AND LAW ENFORCEMENT AGENCIES AROUND THE WORLD, THE P320 SURPASSED SOME OF THE MOST RUGGED AND GRUELING TESTING PROTOCOLS IN THE HISTORY OF FIREARMS.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008812



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008813



# P320® AXG SERIES

## PERFORMANCE YOU CAN FEEL

The CUSTOM WORKS P320 AXG™ Scorpion combines the weight and balance of a metal framed pistol with the performance and reliability of the P320, delivering a uniquely refined shooting experience unlike anything else.

Utilizing the new AXG XSERIES metal grip module as a foundation, the SIG CUSTOM WORKS team has carefully selected a set of premium options and performance upgrades, creating a limited edition P320 that blends the style and shootability of a classic metal frame pistol with the modern features you expect from the P320. And like all Custom Works products, it's delivered in an exclusive, ultra-premium package.

### FEATURES

- AXG Carry grip module
- XSERIES optic-ready slide
- XRAY3 day/night sights
- 1913 rail
- Flat XSERIES trigger
- Redesigned magazine catch
- Extended slide catch lever

### CUSTOM WORKS AXG™ SCORPION

- Elite Series Cerakote FDE finish
- Skeletonized trigger with lighter pull
- Hogue® G10 with Piranha textured grips and back strap
- Custom Works case, coin, and certificate
- 3EA 17rd steel magazines

**CUSTOM WORKS**

**STATE COMPLIANT MODELS AVAILABLE**

| AXG | SKU | Caliber | | | | | | | | Sights | | | | |
|-----|-----|---------|--|--|--|--|--|--|--|--------|--|--|--|--|
| SCORPION | | 9MM | | | | | | | | | | | | |

sigsauer.com

SIG SAUER | 2021 | PRODUCT CATALOG

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008814



# P320 RXP SERIES

## RED DOT ACCURACY RIGHT OUT-OF-THE-BOX

The new P320 RXP™ SERIES is the next generation of pistol and optics solutions from SIG SAUER®. The RXP SERIES combines the latest advancements in reflex optics, with the world's most innovative handgun. Featuring the new ROMEO1PRO™, each of the RXP SERIES pistols delivers a new level of durability and performance. Available on both the standard and XSERIES P320 pistols, the RXP SERIES are zeroed and ready to shoot, right out-of-the-box allowing users to easily achieve a whole new level of accuracy and performance.

### SHARED FEATURES

- NITRON® stainless steel slide with ROMEO1PRO reflex sight installed
- Modular striker-fired pistol
- Suppressor height back-up sights
- 1913 rail
- Front cocking serrations
- Polymer grip

### XFULL RXP™

- X-RAY3™ day/night suppressor sights
- NITRON XSERIES Slide with ROMEO1PRO installed
- XCARRY grip module

### XCOMPACT RXP

- X-RAY3™ day/night suppressor sights
- NITRON XSERIES Slide with ROMEO1PRO installed
- XCOMPACT grip module

### FULL-SIZE RXP

- Contrast suppressor sights
- Standard NITRON Slide with ROMEO1PRO installed
- Full-size grip module

### COMPACT RXP

- Contrast suppressor sights
- Standard NITRON Slide with ROMEO1PRO installed
- Compact grip module

STATE COMPLIANT MODELS AVAILABLE

ALL WEAPON CAPACITIES SUBJECT TO CHANGE. | ACCESSORIES #1, 162

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008815



SP2022®

**FULL-SIZE POLYMER HAMMER-FIRED**

The SP2022 is a full-size polymer pistol inspired by the SIG classic line. The SP2022 features the same DA/SA trigger found in SIG SAUER® Classic Line pistols, with a durable, lightweight and wear-resistant polymer frame with an integrated M1913 accessory rail. The SP2022 pistols have earned an enviable reputation and proven track record of reliable performance in the hands of military and law enforcement professionals around the world.

**FEATURES**
- NITRON® stainless steel slide
- SIGLITE® night sights
- Small and medium grip sizes available
- 1913 rail
- Polymer grip

**ALL THE CLASSIC LINE SIG FEATURES** IN A LIGHTWEIGHT AND DURABLE POLYMER PACKAGE.

NITRON®
- NITRON® stainless steel slide
- SIGLITE® night sights
- Small and medium grip sizes available

STATE COMPLIANT MODELS AVAILABLE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008816



# P226

## CLASSIC FULL-SIZE PISTOL

The SIG SAUER P226 set the standard by which all other combat handguns are measured. The iconic P226 served alongside the U.S. Navy SEALs for decades and has seen action around the globe. With legacy of accuracy and reliability, and millions upon millions of rounds of proven performance, it has earned its reputation as the premiere combat pistol.

### SHARED FEATURES

- All metal pistol
- Accessory rail
- Four-point safety system
- 15rd steel magazines
- Polymer or G10 grip panels

**LEGION® RXP**
- LEGION gray finished slide and frame
- Custom Works inspired flat trigger (SAO)
- X-RAY3™ day/night sights with ROMEO1PRO™ reflex sights

**LEGION**
- LEGION gray finished slide and frame
- Grayguns Inc. designed trigger (DA/SA)
- X-RAY3™ day/night sights

**MK25**
- 1913 Accessory Rail
- Corrosion-resistant internal coating
- Anchor engraving, UID label

**ELITE**
- Beavertail frame
- Front cocking serrations
- Short-reset trigger -SRT

STATE COMPLIANT MODELS AVAILABLE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008817

Case 6:22-cv-03095-MDH    Document 154-2    Filed 03/31/25    Page 71 of 213



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008818



# P220

## CLASSIC FULL-SIZE PISTOL

With origins dating back to the late 1970s, the P220 is considered by many to be the one that started it all for SIG SAUER. This classic has been reborn, with the same quality, accuracy and reliability that the Swiss Army has relied on for decades. The P220 was built to meet and exceed rigorous military standards. Available in both carry and full-size, the legendary P220 lives on, allowing you to put all-metal power in your corner.

### SHARED FEATURES
- All metal pistol
- 8rd magazine
- Accessory rail

### LEGION® SAO
- LEGION gray finished slide and frame
- Custom Works inspired flat trigger (SAO)
- X-RAY3™ day/night sights

### LEGION
- LEGION gray finished slide and frame
- Grayguns Inc. designed trigger ( DA/SA )
- X-RAY3™ day/night sights

### LEGION 10MM
- LEGION gray finished slide and frame
- Five inch match grade barrel
- Stainless steel frame and slide

### ELITE
- Beavertail frame
- Front cocking serrations
- Short reset trigger SRT

STATE COMPLIANT MODELS AVAILABLE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008819



SIG-GLASSCOCK00008803
SIG-GLASSCOCK00008820



# P238® / P938®

## MICRO-COMPACT PISTOLS

The 1911 inspired the micro-compact all metal P238 and P938, providing exceptional accuracy in an easy-to-conceal package. The P238, built to perform and please every shooter inspired the P938, which delivers the same accuracy and reliability with duty caliber performance. Together, the P238 and P938 form a family of classic firearms ready to stand the test of time.

**9mm   380 AUTO**

## SHARED FEATURES

- 9mm or 380 ACP
- All metal plate
- 3" barrel (P38) 2.7" (238)
- SAO trigger

### LEGION® P938®
- LEGION gray finished slide and frame
- Flat trigger
- Black G10 grips

### P938 SAS®
- SIG anti-snag treatment -SAS
- FT-Bullseye day/night sight
- 7 round magazine

### P938 BRG
- SIGLITE® night sights
- Ambidextrous mag safety
- 7 round magazine

### P238® NITRON®
- NITRON coated stainless steel slide
- Siglo contrast sights
- Black polymer grip

**STATE COMPLIANT MODELS AVAILABLE**

sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008821



## HERITAGE. TRADITION. PERFORMANCE.

Now you can own one of the finest firearms ever made with the new P210 Target from SIG SAUER® - the latest in the historic line of pistols from SIG. Crafted with unprecedented precision, the P210 Target combines the classic lines and heritage of the original, with updated ergonomics, and a target trigger delivering unparalleled accuracy and shooting performance. And new this year, the P210 Carry, the same precision and ergonomics in a smaller, lighter package.

### SHARED FEATURES

- All metal plates
- Reverse-railed slide and frame
- Updated ergonomic controls

**CARRY**
- Light weight Alloy frame
- Black G-10 Grips
- SIGLITE® Night sights
- 4.1 inch Barrel

### TARGET
- Adjustable target sights
- Checkered walnut target grip with magwell
- 5 inch Barrel

## ONE OF THE FINEST HANDGUNS EVER MADE.

With a history that dates back to 1949, the SIG SAUER P210 was the combat handgun for the Swiss Military and is regarded as one of the most legendary, reliable, and accurate firearms in the world. SIG SAUER, Inc. has introduced the American Made P210 Standard pistol to the U.S. Commercial Market, featuring modern improvements, at a price-point allowing more consumers to enjoy this timeless pistol.

| P210 | SKU | Caliber | | | Height (in) | | | | | Sights | | | | | |
|------|-----|---------|--|--|-------------|--|--|--|--|--------|--|--|--|--|--|

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008822

# LEGION° SERIES



## LEGION SERIES

## UNLEASH THE WARRIOR SPIRIT

For thousands of years, one symbol has been a rallying cry for the world's most revered warriors. And for decades, one brand of firearms has served more elite fighting forces than any other.

Welcome to the LEGION™ by SIG SAUER®. Painstakingly engineered and enhanced for the discerning few with the same warrior spirit that inspired it. We have always given professionals what they need. Now, we are giving them what they want.

The SIG P220°, P226°, P229°, P320°, P938°; five of the most highly regarded firearms in the professional community are receiving the LEGION Series enhancements based on the needs and wants of elite users. For those who demand the best, we now have something even better — welcome to the LEGION.

## JOIN THE LEGION.

Become part of the SIG SAUER® LEGION for members-only access to unique opportunities and gear. To join the LEGION, purchase and register your LEGION Series™ firearm, and unlock a full range of exclusive benefits.

**FREE Gear** LEGION membership entitles you to a complimentary 5.11™ premium zippered pistol case for your LEGION firearm, plus a challenge coin matched to your gun.

**Exclusive Access** When you call to receive your free case and coin, you will be automatically registered as a LEGION member, providing you exclusive access to gear and merchandise.

**Exclusive Communications** Be the first to know about new additions to the LEGION Series of firearms. You'll also receive other exclusive communications from SIG SAUER and the LEGION.

## LEGION° ENHANCEMENTS

1 **LEGION Gray Finish**
Enhances durability & lubricity

2 **Solid Steel Guide Rod**
Reduces muzzle flip

3 **Checkering Under Trigger Guard**
Minimizes lateral movement

4 **XFIVE Undercut**
Accommodates high-grip techniques

5 **Grayguns Inc. Designed Trigger**
Adjustable for over-travel

6 **Reduced Profile Controls**
Prevents premature activation of slide stop and improved texture for better control

7 **Three Magazines**
Delivers more value

8 **Elite Beavertail Reduction**
Reduces printing when concealed

9 **Enhanced Polished Action with SRT**
Smoother DA trigger prep for shorter/faster follow-up shots

10 **Front Cocking Serrations**
For easy slide operation

11 **Custom G10 Grips**
Provides enhanced control for high grip techniques

12 **Tungsten Grip Module**
Tungsten-infused Medium, with the weight of steel and the feel of polymer

13 **X-RAY3™ Sights**
Distinctive sight acquisition in varying conditions

14 **Dawson Precision°**
Rear optic mountable sight

15 **Enhanced Front Strap Checkering**
Provides a more secure grip for better control

16 **Extended Magwell**
Provides a larger flared opening for faster reloading

17 **ROMEO1 Reflex Sight**
Legion RX is equipped with a slide-mounted reflex optic

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008823

Case 6:22-cv-03095-MDH     Document 154-2     Filed 03/31/25     Page 77 of 213

# LEGION® SERIES



# LEGION® GEAR

LEGION members get exclusive access to LEGION gear and merchandise unavailable anywhere else.

**X300 WEAPON LIGHT**
- The standard for professional use weapon lights
- Total Internal Reflection (TIR) lens to produce a tight beam with extended reach and significant surround light for peripheral vision
- The virtually indestructible and highly efficient LED generates tactical-level light
- Ambidextrous switching located at the rear of body
- 1,000 Lumens



**BLACKPOINT® TACTICAL POLYWING OWB HOLSTER**
- Durable construction
- Premium fit and finish designed in collaboration with BlackPoint and SIG SAUER
- Flexible poly wing for the comfort of soft holsters and the security of thermal molded holsters
- Adjustable retention

**MITCH ROSEN EXTRAORDINARY GUNLEATHER™ HOLSTER**
- Comfortable for every day, all day use
- Premium fit and finish designed in collaboration with Mitch Rosen and SIG SAUER
- Designed for OWB concealment



**LEGION FLEECE JACKET**
- Custom designed for LEGION members, subtly branded
- Water and wind resistant
- Open bottom hems
- Relaxed fit

**HOGUE® LEGION X1-MICROFLIP KNIFE**
- SIG SAUER firearm match: LEGION
- LEGION medallion
- Locking mechanism: push button lock with manual safety: frame, solid black 316 with checkered texture
- Pocket clip, stainless steel, ambidextrous
- Right or left handed, tip up deep carry with liner plate
- Impact pommel

**RANDOLPH® AVIATORS**
- Handcrafted custom for SIG SAUER LEGION members
- Polarized, 100% UVA/UVB protection
- Anti-reflective coating
- Randolph USA's signature neutral gray tint lenses
- Frames are guaranteed for life



**SIG SAUER LEGION RANGE BAG**
- EVA top lid with internal organization and external loop area for name tags
- Target straps or compression straps
- Internal elastic on sides to hold Legion Single Pistol Case. Padded duffel w/top lid opening
- External web MOLLE & rear slip pocket. Removable shoulder strap and top / side carry handles
- 1680D Polyester (lid) & 500D Nylon (main body)
- Includes separate premium range pouch (padded zippered ammo pouch)



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008824



# CUSTOM WORKS

**LIMITED EDITION PISTOLS**

From the very beginning, SIG SAUER® has defined quality and reliability in firearms. Today, SIG Custom Works is creating unique firearms that redefine the standard for precision engineering and design excellence. From special limited-edition pistols, to custom engraving, the mission of SIG SAUER Custom Works is to deliver a personalized design, elite performance and uncompromising craftsmanship. All SIG SAUER Custom Works firearms come packaged in an exclusive Custom Works Negrini® case complete with a SIG Custom Works challenge coin and a certified custom certificate.

## EXCLUSIVE LIMITED EDITIONS



**P226® CUSTOM WORKS EQUINOX**
◄ Also available in P220 and P229

**P229® CUSTOM WORKS NIGHTMARE**
◄ Also available in P220 and P22a

**P320® CUSTOM WORKS AXG™ SCORPION**

sigsauer.com

ALL SPECIFICATIONS SUBJECT TO CHANGE | ACCESSORIES # |

SIG SAUER | 2021 | PRODUCT CATALOG

43

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008825

# CUSTOM WORKS





## CELEBRATING ONE MILLION

The SIG SAUER® P320® and P365® have become two of the most popular and most influential guns in America, and to recognize their historic production milestones, SIG SAUER Custom Works developed a unique, one-of-a-kind commemorative to celebrate the passing of the historic 1 million mark.

In 2020, just over 18 months after its launch the one millionth P365 rolled off the assembly line. To commemorate this rapid ascension into the SIG SAUER history books, SIG SAUER Custom Works crafted the special edition one millionth P365.

### P365 FEATURES

- High polished Nitron slide with 24K gold trigger and controls
- Engraving One Millionth P365 and borders with 24K gold inlay
- The 1,000,000th P365 is a 9mm pistol with standard P365 features including X-RAY3 day/night sights

In 2019, the SIG SAUER P320 reached this historic milestone when serial number 58H1000000 was born. To celebrate SIG SAUER Custom Works created a special edition P320.

### P320 FEATURES

- An all-metal frame with a high-gloss polished finished
- Engraving Scroll engraving with 14k gold inlay, and "1,000,000th P320"
- The 1,000,000th P320 is a 9mm pistol with standard P320 features including XRAY-3 day/night sights and an optic cut slide



**The SIG SAUER P320**

**Tested** to ensure extreme reliability and durability.
**Proven** to deliver unprecedented accuracy.
**Chosen** by all branches of the US military and the world's most demanding users.



## SIG CUSTOM WORKS ENGRAVING PROGRAM

From the very beginning, SIG SAUER® has defined the quality and reliability in firearms. Today, SIG Custom Works is creating unique firearms that redefine the standard for precision engineering and design excellence.

The SIG SAUER Custom Engraving Program provides personalized firearms to commemorate events such as deployments and retirements, as gifts, and fundraising for organizations. The mission of SIG Custom Works is to deliver a personalized design, elite performance, and uncompromising craftsmanship.

### ENGRAVING CAPABILITIES

- Contrast engraving
- Premium-cut engraving
- Scroll work
- Gold inlay
- Personalized text





SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008826



# CUSTOM WORKS FCU

# P320 CUSTOM WORKS
FIRE CONTROL UNIT



## INTRODUCING THE P320° FIRE CONTROL UNIT.

With it's unprecedented modularity and unmatched capability, the P320 platform has become one of the most exciting pistols available to firearms enthusiasts today. The soul of the P320 and the driving force behind its modularity lies in the unique, patented design of its Fire Control Unit (FCU).

Now, SIG SAUER is offering the FCU as a standalone product, enabling an entirely new level of customization and personalization, giving users the ability to create virtually millions of combinations to suit any need and any level of personal style.

**TITANIUM NITRIDE COATED:** Exclusive to the Custom Works P320 FCU, the added protection of titanium nitride ensures a unique look, with superior corrosion resistance.

**EXCLUSIVE FCU SERIAL NUMBER:** Stand out from the rest with an "FCU" designated serial number for each Custom Works P320 Fire Control Unit.

**LIGHTENED SKELETONIZED TRIGGER:** Each Custom Works P320 FCU comes standard with a TiN-coated XSeries skeletonized trigger for a lighter, cleaner trigger pull.





**CUSTOM WORKS**

Visit sigsauer.com to see these and the many other P320 accessories available from our preferred partners.

## CREATE YOUR CUSTOM P320° TODAY

01 Purchase a P320 Custom Works FCU from your local SIG SAUER retailer

02 Register your P320 Custom Works FCU at sigsauer.com and Receive your 10% off one time discount code

03 Create your P320 using the Custom Works P320 Studio at sigsauer.com

04 Save 10% on all qualifying P320 Accessories at check-out using your discount code





WWW.SIGSAUER.COM/P320FCU

SIG-GLASSCOCK00008803    SIG-GLASSCOCK00008827

# CUSTOM WORKS FCU



## COUNTLESS OPTIONS, ENDLESS POSSIBILITIES.

The SIG SAUER® P320® collective brings together a community of manufacturers and customizers focused on pushing the boundaries of creativity and innovation with the P320 platform. With the launch of the Custom Works P320 FCU, SIG SAUER has enabled and encouraged a broad community of creators to develop an ever-increasing number of parts, accessories, and uniquely customized P320 based firearms. Together, the P320 Collective represents the best the industry has to offer in aftermarket P320 performance parts and customized accessories. A vast selection of slides, barrels, grip modules, magazines, and accessories are available to ensure every finished Custom Works P320 FCU product is unique. As the list of available aftermarket products grow, the build options and possibilities increase exponentially.

The Custom Works FCU program is unprecedented in the firearms industry. The days of cookie-cutter pistol ownership are over. No longer will gun buyers be limited by the vision of a single company or designer. Now, they will be able to explore the endless possibilities of the Custom Works P320 FCU and be limited only by their imagination.



### CUSTOM WORKS



## FCU BUILD POSSIBILITIES

1 | **XFULL GRIP, ROMEO1 PRO**

2 | **XCARRY COYOTE GRIP**

3 | **XCARRY GRIP, FDE ROMEO1 PRO**

4 | **XCARRY STIPPLED GRIP**

5 | **XCOMPACT GRIP**

WHAT YOU BUILD IS UP TO YOU!

Visit sigsauer.com to see these and the many other P320 accessories available from our preferred partners.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008826



Case 6:22-cv-03095-MDH    Document 154-2    Filed 03/31/25    Page 82 of 213



RIFLES

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008829



# MCX VIRTUS

## THE CHOICE OF THE WORLD'S ELITE

In use by more special operations forces around the world than any other AR, the SIG MCX VIRTUS is engineered for adaptability, sound suppression, and extreme longevity. Featuring user-changeable, cold hammer-forged barrels available in both 5.56 NATO and 300 BLK, with the SIG internal recoil system offering reduced recoil, and a folding stock that makes it the ultimate compact rifle platform.

**5.56 NATO** **300 BLK**

### SHARED FEATURES

- SIG MATCHLITE™ Duo trigger
- Interchangeable cold hammer-forged barrel
- M-LOK® free-float handguard with expanded valve windows
- Ambidextrous selector, mag release, and charging handle
- Adjustable gas valve
- Stealth gray upper/lower receivers and handguard
- Three prong flash hider

**MCX ◇ VIRTUS**

**PISTOL 11.5 / 9"**
- Available in 5.56 NATO and 300 BLK
- SIG MATCHLITE Duo trigger
- Folding, fixed PCB brace

**PATROL 16"**
- Available in 5.56 NATO
- 6-position tele-folding stock
- Interchangeable cold hammer-forged barrel

STATE COMPLIANT MODELS AVAILABLE

53

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008830



MCX VIRTUS

MCX VIRTUS™ - NEXT LEVEL MODULARITY AND PERFORMANCE

sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008831



# MCX RATTLER

## THE WORLD'S MOST COMPACT RIFLE

Developed for elite special forces, the SIG MCX Rattler is the most compact rifle in the world. Capable of firing with stock folded from an overall length of 14", it redefines the standard for concealable firepower.

5.56 NATO  300 BLK

### SHARED FEATURES

- Available in 5.56 NATO and 300 BLK
- SIG MATCHLITE™ Duo trigger
- M-LOK® handguard
- Ambidextrous selector, mag release, and charging handle
- Adjustable gas valve

**CANEBRAKE™ 5.5"**
- Available in 300 BLK
- Cerakote® E190 upper and lower receiver
- Suppressor-ready SD M-LOK handguard and inert trainer
- PCB folding brace

**SBR 5.5"**
- Available in 5.56 NATO and 300 BLK
- Fixed Folding Mini Stock
- Three prong flash hider

**PCB™ 5.5"**
- Available in 5.56 NATO and 300 BLK
- Folding, fixed PCB brace
- Three prong flash hider

SUPPRESSOR-READY SD M-LOK HANDGUARD AND INERT TRAINER (CANEBRAKE)

SIG MATCHLITE DUO TRIGGER

| RATTLER | | | | | | | | | | | | | | | | |
|---------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008832



# MPX

## GAS PISTON SUB-GUN

The MPX sets a new standard for performance and quality in the sub-gun category. Featuring AR style controls and a closed-bolt piston system, the MPX is designed to fulfill the needs of competitive, professional, and civilian users.

### SHARED FEATURES

- AR style controls
- Closed-bolt piston system
- Timney MPX trigger (K, PCC)
- Integrated pistol brace knuckle (Copperhead, Copperhead K)
- Monolithic upper receiver (Copperhead, Copperhead K)

**K**
- Timney single-stage trigger
- Free-floating M-LOK handguard
- Folding fixed PCB brace

**COPPERHEAD™**
- Monolithic upper
- 3.5" barrel with integrated brake
- Rapid deploy PCB brace

**PCC 16"**
- Timney single-stage trigger
- 16" threaded barrel
- Narrow M-LOK® free-floating handguard
- 5-Position tele-folding stock

**COPPERHEAD K**
- Timney single-stage trigger
- 4.5" threaded barrel
- Rapid deploy PCB brace

FREE-FLOATING HANDGUARD, SLIM-LINE M-LOK HANDGUARD (PCC)

MONOLITHIC UPPER RECEIVER (COPPERHEAD, COPPERHEAD K)

STATE COMPLIANT MODELS AVAILABLE
(MPX-9B-CH-G2)

LENA NICULEK
Pro Shooter
TEAM SIG

sigsauer.com

· ALL SPECIFICATIONS SUBJECT TO CHANGE | ACCESSORIES SOLD SEPARATELY

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008833



# 716i TREAD

## LIGHTWEIGHT BIG BORE AR PLATFORM

With a lightweight design and accuracy, the 716i has become one of the best known big bore AR's on the market today. Featuring an ambidextrous lower receiver, a precision carbon steel barrel, and a free-floating M-LOK® handguard, the 716i provides a versatile platform for long range shooting and hunting while maintaining a lightweight design for easy carry. Now available as part of the TREAD® rifle platform, the TREAD 716i is easily customizable with available TREAD accessories.

**7.62x51** NATO

### FEATURES

- Free-floating M-LOK handguard
- Ambidextrous selector, mag release, and charging handle
- Ultralight design
- Adjustable Magpul® SL-K® stock
- Three prong flash hider

**THE NEW FACE OF FREEDOM**

**TREAD**

**TREAD 16″**
- Adjustable Magpul® SL-K® Stock
- Free-Floating M-LOK® Handguard
- 16″ Precision Barrel

| 716i | Info | Caliber | | | | | | | | | | | | | | | |
|------|------|---------|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| TREAD 16″ | | | | | | | | | | | | | | | | | |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008834



# M400 TREAD

## THE NEW FACE OF FREEDOM

Introducing the new M400 TREAD from SIG SAUER®; all the features, all the freedom – none of the compromises. The TREAD is engineered to deliver exceptional quality and performance, and comes standard with most sought-after features for today's AR platform rifles. Unlike most rifles in its class, the TREAD is easily customizable with a full line of purpose-built accessories. The TREAD from SIG SAUER – the new face of freedom.

**5.56** NATO

### SHARED FEATURES
- Hard coat anodized upper and lower receiver
- Polished and Hardened Single-Stage Trigger
- Stainless steel barrel
- Free-floating M-LOK® handguard
- Magpul® SL-K® Telescoping Stock (Tread, Tread Coil, 16")
- Ambidextrous selector, mag release, and charging handle
- 30 round magazine

**THE NEW FACE OF FREEDOM**

TREAD

**TREAD SNAKEBITE**
- Cerakote® upper and lower receiver
- Enhanced 13" free floating handguard
- Polished and hardened single-stage trigger
- Compatible with all TREAD accessories

**TREAD COIL**
- The most popular TREAD accessories factory installed
- 13" Lightweight M-LOK® handguard
- Tread ROMEO5™ red dot
- SIG MATCHLITE™ Duo trigger

**TREAD PISTOL 11"**
- Polished and Hardened Single-Stage Trigger
- MAGPUL® BSL brace
- Free-Floating M-LOK® Handguard

**TREAD 16"**
- Polished and hardened single-stage trigger
- Magpul® SL-K® stock
- Free-floating M-LOK® handguard

ROMEO5 TREAD RED DOT (RHAP-MODEL)

SIG MATCHLITE™ TRIGGER (COIL)

**STATE COMPLIANT MODELS AVAILABLE**
SRM400-NID, TRD-CA / SRM400-NB-TRD-I2D

63

| M400 | SKU | Caliber | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TREAD PISTOL | | | | | | | | | | | | | | |
| TREAD SNAKEBITE | | | | | | | | | | | | | | |
| TREAD COIL | | | | | | | | | | | | | | |
| TREAD 16" | | | | | | | | | | | | | | |

SIG-GLASSCOCK00008803     SIG-GLASSCOCK00008835



# TREAD

### THE COMPLETE TREAD SYSTEM

PURPOSE-BUILT, CUSTOM ACCESSORIES THAT GIVE YOU THE FREEDOM TO GROW AND CUSTOMIZE

**04**
TREAD ROMEO5 OPTIC
* Standard on M400 TREAD COIL

**06**
15" Lightweight M-LOK Handguard
Compatible with all M-LOK rail systems. Quickly move between TREAD free-float handguards by removing two screws.
* 13" Handguard - Standard on M400 TREAD COIL

**02**
Flip-Up, Back-Up Locking Iron Sights
Compatible with Picatinny rail systems. Tool-less windage and elevation adjustment. Button sets flip-up which locks in position.

**07**
Ambi-Charging Handle
Optimized for right or left-hand operation. Solid construction for prolonged use and built for maintenance-free reliability.

**05**
Three Chamber Compensator
Redirects gasses to reduce felt recoil.

**03**
Vertical Grip Kit
Multiple kits available for the freedom to customize your grip.
* Standard on M400 TREAD COIL

The TREAD rifle from SIG SAUER® isn't just another AR, it's a complete system. The TREAD features a full line of custom designed accessories to give you the freedom to build the perfect rifle for you. Choose from multiple handguards and grip configurations for comfort, and performance upgrades including optics, a single-stage trigger, and ambi-charging handle.

**01**
Flat Blade Two-Stage Trigger
Vertical trigger profile for a precise feel, and crisp press for maximum performance.
* Standard on M400 TREAD® COIL

Common TREAD Accessories to M400 and 716i

01

02

03

04

07

05

M400 TREAD Accessories

06

For a complete list of TREAD series accessories visit sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008836



# CROSS™ RIFLE

## PRECISION HUNTING BOLT-ACTION RIFLE

Introducing the CROSS, a hybrid hunting/precision Crossover rifle which has redefined the traditional hunting rifle. Ultra-light, compact, and fully adjustable to the user, the CROSS sets a new standard for what the hunting rifle should be for the avid backcountry hunter.

**308WIN** | **6.5CREEDMOOR** | **277SIG FURY**

### SHARED FEATURES

- 2-stage match trigger
- Fully adjustable and foldable SIG precision Stock
- Free floating M-LOK® handguard
- One-piece aluminum receiver
- SIG match grade stainless barrel
- Removable top mounted picatinny rail
- Threaded, tapered muzzle
- Under a.5 lbs, the lightest, most portable rifle in its class (up to 40% lighter)
- One-piece receiver for increased accuracy
- Available in .308 / .277 SIG FURY with an 16" barrel. (collapsible to 25")
- Available in 6.5 Creedmoor with an 18" barrel. (collapsible to 27")

FULLY ADJUSTABLE AND FOLDABLE SIG PRECISION STOCK

2-STAGE MATCH TRIGGER

OUTDOOR LIFE EDITOR'S CHOICE

2020 ICA INDUSTRY CHOICE AWARDS

**CROSS™ RIFLE**
- 2-stage match trigger
- Fully adjustable and foldable SIG precision stock
- Black anodized

## CROSS RIFLE FIRST LITE® CIPHER

- 2-stage match trigger
- One piece aluminum receiver
- First Lite Cipher finish

**67**

| CROSS | SKU | Caliber | | | Type | | | | | | Rifling | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CROSS RIFLE | | | | | | | | | | | | | | |
| FIRST LITE CIPHER | | | | | | | | | | | | | | |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008837



AMMUNITION

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008838



# SIG FURY™

## SIG FURY ACCUBOND® AMMUNITION

SIG FURY Hybrid case ammunition represents the biggest innovation in ammunition technology in more than 50 years, and now SIG SAUER® is pairing this revolutionary case design with the advanced Accubond bullet from Nosler®. SIG FURY Accubond hunting ammunition delivers increased speed and greater energy on target for maximum effectiveness.

### FEATURES

- FURY hybrid case technology delivers greater velocity for increased on-target performance
- Utilizes the Nosler Accubond 150 grain big game bullet
- Hybrid case designed for greater energy transfer in shorter barrel length
- Loaded to exacting standards for consistency and reliability

### REVOLUTIONARY HYBRID CASE AMMUNITION

Developed for the U.S. Military's Next Generation Weapons System, the new SIG FURY™ hybrid-case ammunition outperforms standard ammunition in similar calibers, with greater velocity, decreased bullet drop and increased energy on target. SIG FURY hybrid-case ammunition, the next generation of ammunition is here.

## SIG FURY HYBRID CASE AMMUNITION.
## THE NEXT GENERATION OF AMMUNITION IS HERE.

THE NEXT GENERATION OF AMMUNITION

ACCUBOND® FURY HYBRID

METAL BASE   BRASS CASE   ACCUBOND PROJECTILE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008839



# PERSONAL DEFENSE

## JACKETED HOLLOW POINT PISTOL CARTRIDGES

SIG ELITE DEFENSE V-CROWN® defensive rounds combine perfected material specifications and fine-tuned design innovations. Featuring a stacked hollow point cavity, to deliver exceptional on-target energy, with maximum weight retention and optimal expansion for the ultimate in stopping power.

### FEATURES

1. V-Shaped jacket with skives and scores to provide controlled, uniform expansion
2. Patented stacked hollow point bullet design with additional hollow point cavity
3. Unique, toothed cannelure ensures maximum weight retention and terminal expansion
4. Coated nickel cases provide enhanced lubricity, superior corrosion resistance, and reliable feeding and extraction
5. Low-flash propellant
6. Consistent primers

**ELITE DEFENSE**

**VCROWN 365**

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008840



# RANGE/TRAINING

## PERFORMANCE TRAINING AMMUNITION

SIG SAUER® full metal jacket cartridges are engineered to deliver maximum performance so you can train harder with greater accuracy and reliability. Produced with the cleanest burning powders, premium brass cases and the most consistent primers available.

### FEATURES

1. Full metal jacket projectiles ballistically matched to ensure the same point-of-impact as personal defense and duty ammunition
2. Lead core
3. Precision manufactured brass cartridge cases
4. Clean burning powders
5. Consistent primers

**FMJ PISTOL**

**FMJ RIFLE**

**9MM** Luger 147GR FMJ
50 Centerfire Pistol Cartridges

MADE IN U.S.A.

| 380 AUTO | 9MM LUGER | 357 SIG | 38 SUPER +P | 38 SPL | 357 MAG | 40 S&W | 10MM | 45 AUTO | 5.56 NATO | 223 REM | 300 BLK | 308 WIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008841

# MATCH GRADE

## PRECISION MATCH GRADE RIFLE CARTRIDGES

SIG Marksman and Marksman Elite rifle rifle cartridges are engineered to excel in today's precision auto-loading platforms, as well as bolt-action rifles. Utilizing optimized shell case metallurgy and premium primers, each round is precision-loaded using state-of-the-art, electromechanical monitoring for geometric conformity, and all are 100% inspected.

### FEATURES

1. Open tipped match designed to maximize BC
2. Thin jacket design for precise concentricity
3. Bullet weights are held within +/- 0.3 grains
4. Temperature-stable propellants
5. Brass cases are 100% inspected and lot controlled
6. Industry leading primers are unmatched in power and performance

▲ Minimal Velocity Variation
▲ Precision Loaded for Conformity
▲ Renowned Sierra® MatchKing® Projectile
▲ Temperature-Stable Propellants



**MARKSMAN** — 220GR OTM 300 Blackout — 20 Centerfire Rifle Cartridges

**MARKSMAN ELITE** — 175GR OTM 30-06 Springfield — 20 Match Grade Centerfire Rifle Cartridges

223 REM — 77 grain
5.56 NATO — 77 grain
300 BLK SUPERSONIC — 125 grain
300 BLK SUBSONIC — 220 grain
6MM CM — 107 grain
6.5 CM — 140 grain
260 REM — 140 grain
308 WIN — 168 grain / 175 grain
30-06 SPRG — 175 grain
300 WIN MAG — 190 grain

ALL SPECIFICATIONS SUBJECT TO CHANGE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008842



# COMPETITION

## COMPETITIVE PISTOL CARTRIDGES

SIG Match Elite Competition loads have been designed in conjunction with Team SIG, for the serious competitive shooter who needs an accurate and completely reliable competitive round. Currently offered in a 9mm, 115 and 147 grain projectile and loaded in a premium nickel case for improved function and feeding. The round utilizes a reduced charge weight with a fast-burning powder, so felt recoil has been reduced significantly for improved accuracy, better gun control, and higher scores.

### FEATURES

1. V-Shaped jacket with skives and scores to provide controlled, uniform expansion
2. Patented stacked hollow point bullet design with additional hollow point cavity
3. Unique toothed cannelure ensures maximum weight retention and terminal expansion.
4. Coated nickel cases provide enhanced lubricity, superior corrosion resistance, and reliable feeding and extraction
5. Low-flash propellant
6. Consistent primers



### PISTOL COMPETITION AMMUNITION
# MATCH ELITE
50 JHP Centerfire Pistol Cartridges

**MATCH ELITE 115GR**

**9MM LUGER**
115 grain

**9MM LUGER**
147 grain

### MAX MICHEL CAPTAIN TEAM SIG

"As a World Champion competitive shooter, I want and need the best. Therefore, I wanted to create a load that was soft shooting, yet clean, consistent and extremely accurate. We found that with our 147gr V-Crown projectile, nickel casing and match propellant, Together, the folks at the SIG SAUER Ammunition and Team SIG have created a round that is extremely accurate, clean and consistent. I couldn't be prouder to have been a part of such a successful product. When the 9mm 147gr Match Elite is fueling my X5 Legion, I truly feel there is no better combo out there and it gives me a clear advantage on the range."

sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008843



# HUNTING

## TIPPED LEAD CORE HUNTING CARTRIDGES

SIG SAUER® ELITE SERIES TIPPED ammunition gives the serious sportsman unmatched, long-range accuracy, with devastating on-target performance. Massive expansion delivers instant knockdown and terminal energy on small to medium game.

### FEATURES

1. Translucent yellow tip increases ballistic coefficient, improves terminal performance, and aids in consistent reliable chambering

2. Exclusive jacket design delivers devastating on-game performance for small to medium game at extended ranges

3. Concentric, bracketed jacket ensures reliable expansion

4. Enhanced boat tail design provides superior flight characteristics over a wide range of velocities

5. Custom formulated and precision loaded powders deliver consistent velocities regardless of atmospheric conditions

6. Nickel-plated cases aid in extraction while providing significant anti-corrosion qualities

7. Industry leading primers are matched to proprietary powder blends to ensure dependable ignition

**SIG SAUER ELITE SERIES TIPPED**
260 REM 130GR
CONTROLLED EXPANSION TIP

**ELITE SERIES TIPPED**

| 243 WIN | 6 MM CM | 6.5 CM | 260 REM | 308 WIN | 270 WIN | 30-06 SPRG | 7MM REM MAG | 300 WIN MAG |
|---------|---------|--------|---------|---------|----------|------------|-------------|-------------|
| 90 grain | 100 grain | 130 grain | 130 grain | 165 grain | 140 grain | 165 grain | 150 grain | 180 grain |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008844

Case 6:22-cv-03095-MDH     Document 154-2     Filed 03/31/25     Page 98 of 213



# HUNTING

## ACCUBOND® HUNTING CARTRIDGES

SIG SAUER® ELITE HUNTER TIPPED ammunition gives the serious sportsman unmatched, long-range accuracy, with devastating on-target performance. Massive expansion delivers instant knockdown and terminal energy on small to medium game.

### FEATURES

1. Unique white polymer tip assures accuracy, smooth chambering and eliminates tip damage during recoil

2. Tapered copper-alloy jacket for lethal penetration and uniform expansion with maximum weight retention and minimal barrel fouling

3. Proprietary bonding process eliminates all possibility of component separation

4. Lead-alloy core engineered for balanced expansion

5. Boat-Tail Design configuration combines with the streamlined polymer tip for long-range performance and for easier loading

6. Custom formulated and precision loaded powders deliver consistent velocities regardless of atmospheric conditions

7. Nickel-plated cases aid in extraction while providing significant anti-corrosion qualities

8. Industry leading primers are matched to proprietary powder blends to ensure dependable ignition

**ELITE SERIES ACCUBOND®**

6.5 CM 140 grain
308 WIN 165 grain
270 WIN 150 grain

none
83

none
sigsauer.com

none
SIG SAUER | 2021 | PRODUCT CATALOG

none
SIG-GLASSCOCK00008803

none
SIG-GLASSCOCK00008845

none
Case 6:22-cv-03095-MDH    Document 154-2    Filed 03/31/25    Page 99 of 213



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008846



HUNTING

### ELITE SERIES VARMINT & PREDATOR CARTRIDGES

SIG Elite Series Varmint & Predator rounds utilize yellow tipped projectiles designed specifically for explosive expansion and unmatched accuracy. All loads feature projectiles yielding higher muzzle velocities and aerodynamic bullet designs to maximize flat trajectory.

#### FEATURES

1. Yellow tip increases ballistic coefficient, improves terminal performance, and aids in consistent reliable chambering

2. Jacketed lead-core bullet designed for explosive fragmentation and quick take-down on varmints

3. Custom formulated and precision loaded powders deliver consistent velocities regardless of atmospheric conditions

4. Brass eases aid in extraction while providing significant anti-corrosion qualities

5. Industry leading primers are matched to proprietary powder blends to ensure dependable ignition

**ELITE SERIES VARMINT & PREDATOR**

**223 REM 40GR**
EXTREME EXPANSION TIP

**300 BLK 205GR**
EXTREME EXPANSION TIP

**223 REM** 40 grain / 55 grain
**22-250 REM** 40 grain
**243 WIN** 55 grain
**300 BLK** 205 grain TIPPED
**300 HAM'R**

**ELITE PERFORMANCE AMMUNITION**

sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008847

# COMPONENTS



**338 NORMA MAG**
*BAGGED BRASS*



9MM
*Primed Bagged Brass*

6.5 CREEDMOOR
*Bagged Brass*

338 NORMA MAG
*Bagged Brass*

## BAGGED BRASS / PRIMED BAGGED BRASS

Elite Performance Ammunition shell cases are engineered to exacting tolerances and available for multiple pistol and rifle calibers. The geometric consistency of these premium brass cases ensures each primer is held tightly in its pocket. Flash holes are precise with no burrs and the superior metalurgical properties of the SIG SAUER® cases enable repeated reloading. All Elite Performance rifle shell cases are induction annealed for consistent bullet retention.

### THE BEST RELOADING BRASS MANUFACTURED IN THE U.S.A.

### FEATURES

1. Engineered for precision hand loaders
2. Exceptional consistency of the mouth for improved accuracy
3. Engineered to exacting standards, each brass case undergoes rigorous in-line and post-production quality assurance testing to ensure a flawless casing
4. Flash holes are precise with no burrs
5. Superior metallurgical properties of the SIG SAUER® cases enable repeated reloading
6. SIG Elite rifle shell cases are induction annealed for consistent bullet retention
7. All ammo cases are 100% inspected by advanced metrology equipment that measures every dimensional aspect of the case.

### UN-PRIMED

| CALIBER | QTY/BAG | SKU |
|---|---|---|
| 380 AUTO | 100 | BP1002 |
| 9MM | 100 | BP1003 |
| 357 SIG | 100 | BP1005 |
| 38 SPL. | 100 | BP1007 |
| 357 MAG | 100 | BP1008 |
| 40 S&W | 100 | BP1009 |
| 10MM | 100 | BP1010 |
| 45 AUTO | 100 | BP1011 |
| 223 REM | 100 | BR2004 |
| 22-250 REM | 50 | BR2005 |
| 243 WIN | 50 | BR2006 |
| 6MM CM | 50 | BR6MMCM |
| 6.5 CM | 50 | BR2011 |
| 260 REM | 50 | BR260REM |
| 270 WIN | 50 | BR2018 |
| 7MM REM | 50 | BR2024 |
| 300 BLK | 50 | BR2029 |
| 308 WIN | 50 | BR2030 |
| 30-06 SPG | 50 | BR2031 |
| 300 WIN MAG | 50 | BR2033 |
| 338 NORMA | 25 | BR338NM |

### PRIMED

| CALIBER | QTY/BAG | SKU |
|---|---|---|
| 380 AUTO | 100 | BP1002P |
| 9MM | 100 | BP1003P |
| 357 SIG | 100 | BP1005P |
| 38 SPL | 100 | BP1007P |
| 357 MAG | 100 | BP1008P |
| 40 S&W | 100 | BP1009P |
| 10MM | 100 | BP1010P |
| 45 AUTO | 100 | BP1011P |



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008846

Case 6:22-cv-03095-MDH    Document 154-2    Filed 03/31/25    Page 102 of 213



ELECTRO-OPTICS

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008849



# ELECTRO-OPTICS

**SIG SAUER® ELECTRO-OPTIC**
**INFINITE GUARANTEE®**

- Unlimited Lifetime Guarantee
- No-Hassle 2-Year Replacement
- No Receipt or Warranty
- No Limit Lifetime Repair
- No Charge
- Fully Transferable

**ELECTRONIC AND TRITIUM LIMITED**
**5-YEAR WARRANTY**

Covers any defects in materials and workmanship in the electronic and tritium components of illuminated riflescopes / sights, pistol sights, electronic sights, flashlights, lasers, binoculars, spotting scopes, and rangefinders for five years from the date of manufacture.

## EMBEDDED APPLIED BALLISTICS®

**ABU™** Applied Ballistics Ultralight™
Applied Ballistics Ultralight is the streamlined ballistic calculator developed with Applied Ballistics and integrated into all BDX® products. Ballistic solutions are provided out to a maximum of 800 yards.

**ABX** Applied Ballistics External
Applied Ballistics External allows external devices such as a Kestrel or Garmin Foretrex to compute AB Elite solutions and communicate the firing solution back to select BDX enabled devices.

**ABS™** Applied Ballistics System
Applied Ballistics System embeds Applied Ballistics Elite on-board select products with integral environmental sensors to calculate complete ballistic solutions out to the effective range of any firearm.


**D.A.R.C.™**
Dark Adaptive Reticle & Coatings


**MAGNETAC™**


**SBT™** SIG Ballistic Turret

**LOCKDOWN™** Zero System

**STEALTH ID™**


**HELLFIRE™** Reticle


**LEVELPLEX™** Digital Anti-Cant System


**MEGAVIEW™**


**ALT™** Aspheric Lens Technology


**SPECTRACOAT™**


**HDX™** High Definition Transmittance

**LENSARMOR™**

**LENSHIELD™**


**MOTAC™** Motion Activated Illumination


**SOLAR POWERED ILLUMINATION**


**TRUHOLD™**


**OIS** Optical Image Stabilization


**AMR™** Angle-Modified Range


**LIGHTWAVE DSP™** Digital Signal Processing


**HYPERSCAN™**


**LUMATIC OLED DISPLAY**


**90° POWERCAM™ MOUNT**


**KinETHIC™** Kinetic Energy Indicator


**BDX 2.0**


**WEAPONSGRADE** Polymer

93

SIG-GLASSCOCK00008803
SIG-GLASSCOCK00008850

Case 6:22-cv-03095-MDH    Document 154-2    Filed 03/31/25    Page 104 of 213



# BDX® 2.0

Ballistic Data Xchange

## WHAT IS BDX?

SIG SAUER® has built on the success of BDX, adding features and benefits that allow hunters and shooters to 'hit the ground running' with their BDX systems. All BDX rangefinders now come preprogrammed with 9 ballistic profiles that cover most centerfire rifle cartridges, as well as crossbows and muzzleloaders. BDX combo kits will now come pre-bonded from the factory. All users have to do to use their systems now is mount and zero their riflescopes. If users want to unlock the complete feature set of BDX, they are still able to do this via the smartphone app.

**BDX RANGEFINDER**

**BDX kits come pre-bonded right out of the box**

When purchasing a rangefinder and riflescope together there is no setup necessary. Simply mount and zero your riflescope and you are ready to go.

**QuickBond ™ for app-less bonding of BDX equipped rangefinders and sights**

There is no need for the smartphone app to connect your BDX devices. Simply press and hold two buttons and your BDX rangefinder will bond with the nearest BDX enabled sight.

**Pre-loaded ballistic groups now available on KILO® BDX rangefinders to quickly get you on target**

Every BDX rangefinder now comes preloaded with 9 distinct ballistic groups. These groups represent the ballistics for each popular centerfire caliber available, as well as crossbows and muzzleloaders. Simply pick the group that matches your caliber.

**Download the BDX app to unlock the full advanced capabilities and features of the BDX system**

Setup a custom profile utilizing the Applied Ballistics® bullet library and the exact muzzle velocity of your firearm. BDX will do the rest.

**BDX RIFLESCOPE**

The powerful SIERRA3BDX and SIERRA6BDX riflescopes revolutionize the art of holdover calculation. Again, set your ballistic profile in the SIG BDX app, sync the app with your riflescope and then configure multiple holdover points in the digital ballistic reticle. When you view your target through the reticle each of your exact holdover points is illuminated. No more turrets to adjust or calculations to make.

**BDX SYSTEMS**

When used together, KILO BDX rangefinders and SIERRA3BDX riflescopes combine to create the most advanced optics system available on the market today. Simply configure your ballistics profile in the BDX app, pair your KILO BDX rangefinder with the app, and then bond it to your SIERRA3BDX riflescope. When you range your target the KILO BDX rangefinder automatically sends your specific holdover data to your SIERRA3BDX riflescope giving you an illuminated holdover dot. It's simple and fast.

**CONNECT THE DOT®.**

Learn more about the BDX System at sigsauer.com/electro-optics

# THE WORLD'S MOST ADVANCED...

## RIFLESCOPES

- BDC reticle is customized to shooter's ballistics and environmental profile prior to hunting
- BDC reticle can be set with up to eight holdover dots at any distances out to 800 yards
- Digital Focal Plane® reticle scales with point like a first focal plane riflescope
- HD Glass and SpectraCoat® lens coatings
- LEVELPLEX® digital anti-cant system



## RANGEFINDERS

- Embedded Applied Ballistics® Ultralite engine with extensive bullet library with support for 10 IST drag curves
- Save up to 25 custom ballistic profiles in the SIG BDX app
- Active ballistic profile and environmentals sync to rangefinder
- Windage and elevation holds in MOA or MILS with every target ranged
- Lightwave DSP™ leverages SIG's second HyperScan™ and RangeLock technologies for the fastest ranging performance



## OPTICS SYSTEM

SIG SAUER® Electro-Optics transforms hunting with the unprecedented simplicity and accuracy of BDX. KILO BDX rangefinders use your ballistics and Bluetooth® to illuminate the exact holdover dot in SIERRA3BDX riflescopes. For the most accurate and ethical shot, just CONNECT THE DOT™.



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008851



SIERRA6BDX™

## RIFLESCOPES WITH BALLISTIC DATA XCHANGE

Built upon SIERRA3 award-winning technology, and the SIG SAUER® BDX Ballistic Data Xchange technology, the SIERRA6 family of riflescopes provides the hunter or marksman with an intelligent auto-holdover specific to their ballistics, target, and environment. Pairing a SIERRA6 to a BDX equipped rangefinder allows users to bring the capability of Applied Ballistics® into the field without the need for a mobile device.

**30mm Maintube**   **34mm Maintube**

### SHARED FEATURES

- Blue LED in eye piece indicates when Bluetooth® is paired to KILO® BDX rangefinder
- HDX® glass and coatings for the best optical quality in its class
- Integrated BDX ballistic data xchange 2.0 with up to 95% light transmission
- Advanced HDX 6x optical system
- Automatic hold-over dot on a digital focal plane
- Ballistic profiles compatible with centerfire, muzzle loader, and crossbow platforms
- Innovative KINETHIC™ Kinetic energy transfer indicator for ethical shots
- Dependable waterproof and fog-proof performance IPX-7 for complete immersion up to 1 Meter)
- Argon purged for an enhanced lifetime of performance
- LEVELPLEX™ with auto LEVELPLEX mode



BDX™

Ballistic Data Xchange

BLUE LED FLASHES WITH EACH RETICLE UPDATE

SUB-FOCUS ALLOWS USERS TO REMOVE PARALLAX

ADVANCED HDX 6X OPTICAL SYSTEM

**SIERRA6BDX™ 5-30X56**

- 34mm maintube
- Digital focal plane BDX-R2 reticle
- Seamlessly pairs with BDX enabled devices to provide exact holdovers based on measured target distances
- User-customizable ballistic data provides hold-over dots
- Side focus allows users to remove parallax

The BDX-R2 Digital Ballistic Reticle DEN II High-Resolution LED display doubles the amount of available hold-over dots giving users greater accuracy and resolution to each shot. The reticle has aiming aids to help align elevation and wind indicators.



**SIERRA6BDX 3-18X44**
30MM MAINTUBE
SOSBDX611

- 30mm maintube
- Digital focal plane BDX-R2 reticle
- Seamlessly pairs with BDX enabled devices to provide exact holdovers based on measured target distances
- User-customizable ballistic data provides hold-over dots
- Side focus allows users to remove parallax

**SIERRA6BDX 2-12X40**
30MM MAINTUBE
SOSBDX601Y

- 30mm maintube
- Digital focal plane BDX-R2 reticle
- Seamlessly pairs with BDX enabled devices to provide exact holdovers based on measured target distances
- User-customizable ballistic data provides hold-over dots

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008852

ALL SPECIFICATIONS SUBJECT TO CHANGE

Case 6:22-cv-03095-MDH    Document 154-2    Filed 03/31/25    Page 106 of 213



# SIERRA3BDX

## RIFLESCOPES WITH BALLISTIC DATA XCHANGE

Disguised within the form factor of a traditional riflescope lies the power of the SIG SAUER BDX Ballistic Data Xchange. The SIERRA3BDX riflescope provides the hunter with an illuminated auto-holdover dot on targets when coupled with a BDX-capable KILO rangefinder.

**30mm Maintube**

### SHARED FEATURES

- Integrated BDX Ballistic Data Xchange 2.0
- Automatic holdover dot on a digital focal plane
- Ballistic profiles compatible with center-fire, muzzle-loader, and crossbow platforms
- Innovative KinETHIC kinetic energy transfer indicator
- Dependable waterproof and fog-proof performance (IPX-7 for complete immersion up to 1 meter)
- LEVELPLEX with auto LEVELPLEX mode
- Provides holdover dot for hunting out to 800 yards
- Digital focal plane BDX-R1 reticle sub-tensions correct with zoom
- Blue LED on power selector indicates when Bluetooth is paired to KILO BDX rangefinder
- HD Glass and coatings for the best optical quality in its class

**BDX**
Ballistic Data Xchange

**SIERRA3BDX™ 6.5-20X52**

- Provides holdover dot for hunting out to 800 yards
- Digital focal plane BDX-R1 reticle sub-tensions correct with zoom
- Blue LED on power selector indicators when Bluetooth is paired to KILO BDX rangefinder
- Side focus allows users to remove parallax
- 30mm maintube

The BDX-R1 Digital Ballistic Reticle

### SIERRA3BDX 4.5-14X50
30MM MAINTUBE

- Provides holdover dot for hunting out to 800 yards
- Digital focal plane BDX-R1 reticle subtends with zoom
- Side focus allows users to remove parallax

### SIERRA3BDX 4.5-14X44
30MM MAINTUBE

- Provides holdover dot for hunting out to 800 yards
- Digital focal plane BDX-R1 reticle subtends with zoom
- Side focus allows users to remove parallax

### SIERRA3BDX 3.5-10X42
30MM MAINTUBE

- Provides holdover dot for hunting out to 800 yards
- Digital focal plane BDX-R1 reticle subtends with zoom

### SIERRA3BDX 2.5-8X32
30MM MAINTUBE

- Provides holdover dot for hunting out to 800 yards
- Digital focal plane BDX-R1 reticle subtends with zoom

FOR SPECIFICATIONS SUBJECT TO CHANGE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008853



# KILO3000BDX

## BDX® BALLISTIC DATA XCHANGE LASER RANGEFINDER

Featuring SIG SAUER® BDX™ technology, the KILO3000BDX is one of the world's most advanced laser rangefinders. When paired with a BDX enabled product, the onboard Applied Ballistics Ultralight™ calculator sends ballistic drop data via Bluetooth® directly to the BDX sight, providing an illuminated holdover dot and wind hold. Download the free BDX App for iOS or Android to setup ballistic profiles and synchronize custom profiles to your KILO® for exact ballistic solutions.

**10X42mm**

### FEATURES

▲ HyperScan™ technology provides 4 range updates per second in scan mode while RangeLock™ reports the last range result when ranging distant targets.

▲ Embedded Applied Ballistics Ultralight with bullet database and support for G1/G7 drag curves

▲ Fully multi-coated ED glass lenses and phase-coated prisms for high resolution and high contrast will range up to 5,000 yards with results displayed to the nearest 1/10th yard

▲ Lumatic OLED display, continuously monitors light conditions & adjusts the display brightness accordingly

▲ Multi-position twist-up eyecups provide a custom fit for each user

▲ Compact, lightweight aluminum housing with dual diopter adjustment

▲ User-selectable target modes featuring LAST or BEST mode for pinpoint accuracy

**BDX®**
Ballistic Data Xchange

### KILO3000BDX™ BINOCULAR RANGEFINDER

▲ BDX® Ballistic Data Xchange capable, providing your BDX riflescope with an automatic illuminated holdover dot through Bluetooth® pairing

▲ Supports Applied Ballistics® external for pairing to a Kestrel® or Garmin® running AB Elite

▲ Revolutionary Lightwave DSP™ technology for the fastest and longest distance rangefinder engine

▲ Powered by a lithium CR2 battery

▲ FOV = 32 ft/100 yards / 4.1 degrees

**KILO3000BDX Display**

Will range up to 5,000 yards with results displayed to the nearest 1/10th yard

| RANGES | Up to 2000 YDS DEER | Up to 4000 YDS TREES | Up to 5000 YDS REFLECTIVE |

Powered by: Applied Ballistics

**2019 ICA**
**2019 INDUSTRY CHOICE AWARDS**
Optic of the Year: KILO3000BDX Rangefinder Binoculars

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008854



KILO BDX

# BDX LASER RANGEFINDER

Featuring SIG SAUER BDX technology, the KILO BDX series of rangefinders are the world's most advanced laser rangefinders. When paired with a BDX enabled product, the onboard Applied Ballistics Ultralight calculator sends ballistic drop data via Bluetooth directly to the BDX sight, providing an illuminated holdover dot and wind hold. Download the free BDX App for iOS or Android to setup ballistic profiles and synchronize custom profiles to your KILO for exact ballistic solutions.

**17X25mm**

## SHARED FEATURES

- BDX Ballistic Data Xchange capable. Providing your BDX riflescope with an automatic, illuminated holdover dot through Bluetooth pairing
- Embedded Applied Ballistics Ultralight with bullet database and support for G1/G7 drag curves
- Supports Applied Ballistics external for pairing your KILO with a Kestrel with onboard Applied Ballistics Elite
- Low Energy Bluetooth 4.0 for Synchronizing up to 25 Custom ballistic profiles between the free SIG ballistic App and rangefinder
- Advanced OLED display provides a smaller, extremely precise targeting circle along with missing features and ballistic info including holdover angle, target mode, and shot angle
- 4x per second scan rate
- Low energy Bluetooth
- User-selectable target modes featuring LAST or BEST mode for pinpoint accuracy
- Powered by lithium CR2 battery

### Ballistic Data Xchange

**DISPLAY**

**KILO2400BDX BINOCULAR RANGEFINDER**

- BDX Ballistic Data Xchange capable, providing your BDX riflescope with an automatic illuminated holdover dot through Bluetooth pairing
- Embedded Applied Ballistics Ultralight with bullet database and support for G1/G7 drag curves
- Supports Applied Ballistics external for pairing your KILO with a Kestrel with onboard Applied Ballistics Elite

**KILO2200BDX**

**KILO1800BDX**

**KILO1600BDX**

**KILO1000BDX**

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008855

Case 6:22-cv-03095-MDH    Document 154-2    Filed 03/31/25    Page 109 of 213



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008856



# TANGO6T

## THE CHOICE OF THE U.S. ARMY AND SPECIAL OPERATIONS

TANGO6T riflescopes have been selected by the U.S. Army and USSOCOM to deliver unmatched performance and optical clarity when it matters most. TANGO6T riflescopes are MIL-STD810G tested and approved and are assembled in the U.S.A.

**30mm Maintube**

### SHARED FEATURES

- 6x super-zoom advanced optical system
- First and second focal plane reticles
- Throwlever included with all SKUs
- Fast focus eyepiece
- Waterproof (IPX-8 rated) and fog-proof performance
- Night Vision illuminated reticle settings with locking dial
- Laser engraved mounting line to align riflescope to scope rings
- Flat dark earth anodized finish
- Assembled in the U.S.A.
- Designed for MSR/AR platforms

### TANGO6T OPTIC HAS BEEN SELECTED BY:

The U.S. ARMY Squad Designated Marksman Rifle (SDMR)
USSOCOM Squad-Variable Powered Scope (S-VPS)
Department of Defense • Direct View Optic (DVO)

**TANGO6T™ 1-6X24 FFP**

30MM MAINTUBE

- Designed for MSR/AR platforms
- Ideal for close to mid-range tactical engagements.
- Fiber-optic power indicator
- Multiple reticle options available
- Daylight bright illumination with locking illumination dial.

**TANGO6T 1-6X24 SFP**

30MM MAINTUBE

- Designed for MSR/AR platforms
- Ideal for close to mid-range tactical engagements.
- Fiber-optic power indicator
- Multiple reticle options available
- HELLFIRE® Reticles: fiber-optics to vary intensity of central aiming point (SFP)
- Daylight bright illumination with locking illumination dial

107

FFP - 5.56/7.62 Horseshoe Dot
FFP - DWLR6

1-6X24MM

SFP - MOA Milling HELLFIRE
SFP - FL-6 HELLFIRE

5.56MM / 7.62MM Horseshoe Dot

FL-6 HELLFIRE

DWLR6

MOA MILLING HELLFIRE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008857



# TANGO6™

## PRECISION TACTICAL RIFLESCOPES

The TANGO6 6X super-zoom riflescope family has you covered for mid to long-range engagements, precision rifle competitions to big game hunting. From bolt actions to MSR's, the TANGO6 is built for versatility.

**34mm MainTube**

### SHARED FEATURES

- 6X super-zoom advanced optical system
- Sunshade included
- Fast-focus eyepiece
- Waterproof (IPX-7 rated) and fog-proof performance
- 1-120 tactical turret with 120 clicks per revolution
- LEVELPLEX™ anti-cant system

**FREE** CUSTOM SBT™
WITH SELECT TANGO6™ PURCHASES

**TANGO6™ 5-30X56 WITH LEVELPLEX®**
**34MM MAINTUBE**

- Long range precision shooting, tactical engagements, and long-range hunting
- Fiber-optic power indicator
- Offered in FFP with multiple reticle options
- LEVELPLEX® anti-cant system

LEVELPLEX Digital Anti-Cant System utilizes an integrated digital level with user-selectable reticle cant detection at +/- 0.5° or +/-1° sensitivity.

**HDX®**

Advanced optical systems comprising both High Definition (HD) and High Transmittance (HT) glass for ultra-high resolution, optical performance, and light transmission.

MOA DEV-L          MRAD DEV-L

DEV-L MOA Milrog, FFP
DEV-L MRAD Milrog, FFP

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008858



# TANGO4

## LONG RANGE PRECISION RIFLESCOPES

With a 4X zoom first-focal plane design, illuminated glass reticles, and revolutionary resettable zero turret, TANGO4 riflescopes are the ideal solution for mid to long-range tactical engagements, designated marksmen, competitive shooters, and hunters.

**30mm Maintube**

### SHARED FEATURES

- 4X super-zoom advanced optical system
- LensArmor™ Abrasion-resistant lens coatings
- Built-in throw lever included
- Resettable zero turret
- Low Dispersion (LD) glass provides optical clarity for any situation
- LensHeat™ Proprietary Mil-Spec oleophobic coating for clean images
- Waterproof (IPX-7 rated) and fog-proof performance
- Stealth ID™ Deflection armor surfacing for less detection

## TANGO4™ 6-24X50 RIFLESCOPE

30MM MAINTUBE

- Designed for MSR/AR and bolt action platforms
- Long-range precision shooting, tactical engagements, and long-range hunting
- Fiber optic power indicator
- Offered in FFP with multiple reticle options
- LOCKDOWN® zero system

LENSARMOR™ Abrasion-resistant lens coatings for extreme durability ensures the lenses on your scope will stay sharp, bright, and clear.

### TANGO4 4-16X44

30MM MAINTUBE
SOT44111 / SOT44121 / SOT44031 / ASF44041

- Designed for MSR/AR and bolt action platforms
- Mid to long-range tactical engagements, designated marksman, and hunting
- Offered in FFP with multiple reticle options

### TANGO4 1-4X24

30MM MAINTUBE

- Designed for MSR/AR and bolt action platforms
- Ideal for CQB / mid-range tactical engagements, 3-gun competitions and hunting
- Offered in FFP with multiple reticle options

### RETICLES

| 5.56mm / 7.62mm Horseshoe Dot | MOA/MRAD Milling | MOA/MRAD DEV-L |
| --- | --- | --- |

| | 5.56/7.62 Horseshoe Dot FFP |
| --- | --- |
| | MOA Milling, FFP |
| | DEV-L MOA Miling, FFP |
| | DEV-L MRAD Milling, FFP |
| | MOA Milling, FFP |
| | MRAD Milling, FFP |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008859



# WHISKEY3™

## HUNTING RIFLESCOPES

The WHISKEY3 riflescopes feature low dispersion glass, rugged chassis, and capped windage and elevation turrets. It's rugged industrial design provides reliability and protection from the elements.

3 inch Maintube

### SHARED FEATURES

- 3X zoom optical system
- Stealth ID™: Deflection armor surfacing
- Lensarmor™ Abrasion-resistant lens coating
- HELLFIRE™ Reticles: Fiber optics to vary intensity of central aiming point
- Low dispersion (LD) glass ensures industry leading optical clarity
- European-style eyepiece for a smooth, fast, and precise reticle adjustment
- Waterproof (IPX-7 rated) and fog-proof performance
- 3X optical zoom, illuminated, and non-illuminated reticles
- Offered in second focal plane (SFP) and multiple reticles

**WHISKEY3™ 3-9X40**
1" MAINTUBE
SOW3322 / SOW3320A / SOW3306

- Designed for traditional / dangerous game hunting and MSR/AR platforms
- Extended long range scenarios, as well as low light shooting, and recreational shooting across a wide range of calibers
- Offered in SFP with multiple reticle options

HELLFIRE Reticle is an electronically illuminated reticle system utilizing advanced fiber-optic technology to vary the light intensity of the central aiming point from dim to HELLFIRE bright for daylight illumination.

HELLFIRE QUADPLEX®    QUADPLEX    BDC-1 QUADPLEX

**WHISKEY3 4-12X50**
1" MAINTUBE
SOW34202 / SOW34220 / SOW34206

- Designed for traditional / dangerous game hunting and MSR/AR platforms
- Medium and long range engagements and recreational shooting across a wide range of calibers and light conditions
- Offered in SFP with multiple reticle options

**WHISKEY3 4-12X40**
1" MAINTUBE
SOW34202 / SOW34204 / SOW34206

- Designed for traditional / dangerous game hunting and MSR/AR platforms
- Medium and long range engagements and recreational shooting across a wide range of calibers and light conditions
- Offered in SFP with multiple reticle options

**WHISKEY3 3-9X50**
1" MAINTUBE
SOW35202 / SOW35502 / SOW35001

- Designed for traditional / dangerous game hunting and MSR/AR platforms
- Medium, and long range engagements and recreational shooting across a wide range of calibers and light conditions
- Offered in SFP with multiple reticle options

**WHISKEY3 2-7X32**
1" MAINTUBE
SOW37202 / SOW37200X

- Designed for traditional / dangerous game hunting and MSR/AR platforms
- Short, medium and long range engagements and recreational shooting across a wide range of calibers and light conditions

113

sigsauer.com

SIG-GLASSCOCK00008803
SIG-GLASSCOCK00008860

Case 6:22-cv-03095-MDH    Document 154-2    Filed 03/31/25    Page 114 of 213



KILO

## DIGITAL LASER RANGEFINDERS

The KILO family of Digital Laser Rangefinders is engineered for extreme accuracy. KILO products are the most advanced and yet simple to use, rangefinders on the market today. Updating at 4X per second in HyperScan mode, all KILO rangefinders come with proprietary Lightwave DSP™ technology, are lightning fast, and amazingly accurate.

**7X25** mm

### FEATURES

- Revolutionary Lightwave DSP technology for the fastest and longest distance rangefinder engine
- SpectraCoat™ anti-reflection coatings for superior light transmission and optical clarity.
- HyperScan™ provides 4 range updates per second in scan mode while RangeLock reports the last range result when ranging distant targets
- Lumatic Display™ automatically calibrates display brightness to changing ambient light conditions
- Advanced rangefinder featuring an Embedded Applied Ballistics® elite calculator and Bluetooth® for synchronizing with a free Applied Ballistics app. Available on both iOS® and Android® platforms
- Integrated temperature, humidity, pressure, and compass

### KILO2400ABS™ RANGEFINDER

**7X25MM**

- Ranges up to 2 miles
- Advanced rangefinder featuring an Embedded Applied Ballistics® Elite calculator and Bluetooth® for synchronizing with a free Applied Ballistics app. Available on both iOS® and Android® platforms
- Integrated temperature, humidity, pressure, and compass
- New milling reticle with 2.4 MRAD inner diameter and 3 MRAD outer diameter center aiming circle. Milling features are 5 MRAD to the dots and 10 MRAD to the lines
- Includes a tripod adapter, smartphone jack windmeter, ballistic nylon molle kit bag, tactical pen/stylus, lanyard, and 3 spare batteries
- Assembled in U.S.A.

### KILO1600™ RANGEFINDER

**6X22MM**
NON-BADR

- Ranges up to 2000 yards with Lightwave DSP™ technology
- Features line of sight (LOS) or angle modified range (AMR™) units in yards meters to one-tenth Y/M resolution
- Transparent OLED display
- User-selectable target modes featuring LAST or BEST for pinpoint accuracy
- Simplified user interface with RANGE and MODE buttons only

### KILO1000™ RANGEFINDER

**5X20MM**
NON-BADR

- Ranges up to 1200 yards with Lightwave DSP™ technology
- Features line of sight (LOS) or angle modified range (AMR™) units in yards meters to one-tenth Y/M resolution
- High transmittance LCD display
- User-selectable target modes featuring LAST or BEST for pinpoint accuracy
- Simplified user interface with RANGE and MODE buttons only

sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008861



# ROMEOZero™

## MICRO OPEN REFLEX SIGHT

The fastest, most accurate, ultra-compact micro reflex sight. The ROMEOZero is optimized for everyday concealed carry, and for pistols with slim slides. The sight features a ruggedized, WeaponsGrade textured polymer body and the Spectracoat™ HD Polymer lens system.

The ROMEOZero enables rapid target acquisition in an everyday carry package at an iron sight price.

**1X24mm**

### FEATURES

- 8 vivid, user configurable daytime illumination levels
- MOTAC™ (Motion Activated Illumination System) that powers up when it senses motion and powers down when it does not
- Parallax free
- Highly efficient, point source LED emitter for a crisp dot that is 8 times more efficient than conventional red dots
- Integrated rear sight notch for co-witness with a standard height P365® front sight
- Assembled in U.S.A.

### ROMEOZero IS COMPATIBLE WITH

- Direct mount to P365XL™
- Shield RMS-c footprint
- J Point® footprint
- Delta Point® Pro footprint

Now with steel protective shroud included for added durability

**ROMEOZero™**
1X24MM
3200000 (3 MOA) / 3200000 (6 MOA)

- Spectracoat HD polymer lens with 10 times the impact resistance over traditional glass lenses
- WeaponsGrade Ultralite polymer housing optimized for use with concealed carry pistols and slim slide profiles such as single-stack 1911s and subcompact firearms
- Stippling pattern on the housing matches P365® and P365XL™ grip pattern, for an integrated look

Designed for use on SIG SAUER® P365 pistols with optics ready slides

Rear View

3 MOA          6 MOA

Assembled in the U.S.A.

SIG-GLASSCOCK00008803          SIG-GLASSCOCK00008862

Case 6:22-cv-03095-MDH     Document 154-2     Filed 03/31/25     Page 116 of 213



# ROMEO1PRO™

## MINIATURE OPEN REFLEX SIGHT

Designed for fast, responsive target acquisition, and accuracy. The miniature open-reflex ROMEO1PRO Red Dot sight was engineered to withstand the punishment of diverse environments.

**1X30mm**

### SHARED FEATURES

- Molded glass aspheric lens for superior light transmittance and zero distortion
- Manual illumination controls that remember your last-used settings
- 3 or a MOA red dot with multiple brightness settings for rapid target engagement under a full range of lighting conditions
- MOTAC™ (Motion Activated Illumination) powers up when it senses motion and powers down when it does not
- Top-loading CR1632 battery, allowing for quick battery replacement without removal from the firearm
- Waterproof (IPX-7 rated for complete immersion up to 1 meter) and fog-proof performance
- Designed for modern semi-automatic pistols, MSR platforms and shotguns
- TruHold™ Lockless Zeroing System that utilizes twin adjustment springs designed to endure handgun recoil and return to zero shot after shot

### ROMEO1PRO IS COMPATIBLE WITH

P320-M17, P320-M18, P320 XFIVE LEGION, P320 XCOMPACT, P320 XFULL, All PRO-CUT Slides, P320 Pro Series, and all RXP pistols and slides

*Please note, this product is not compatible with slides cut to accept a standard ROMEO1, such as GEN1 RX pistols

### ROMEO1PRO™
1X30MM

- Aircraft grade CNC aluminum housing ensures a lifetime of reliable service
- Ruggedized protective steel shroud included for extreme durability
- New emitter offers a brighter dot, more brightness settings (10 daylight and 2NV), and a longer battery life (20,000 hours)
- Designed to fit newer SIG SAUER® PRO-CUT slides

3 MOA RED DOT

6 MOA RED DOT

### ROMEO1™
1X30MM

ROMEO1 is compatible with legacy optics-ready SIG SAUER pistols, such as the original P320RX, Classic Line RX, and P320 X-FIVE pistols. It is not compatible with newer SIG SAUER optics-ready pistols that have the "PRO" slide cut. Those pistols accept the new ROMEO1PRO.

ROMEO1 Shroud Kit (SOR1SK01)

Adapter Pack option available for Glock, CZ-75, Springfield XD, S&W M&P, S&W Core, HK P30SE, 1911 standard, SIG SAUER 1911, P220™, P224™, P225™, P226™, P229™, and P365. Please see sigsauer.com for additional options.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008863

Case 6:22-cv-03095-MDH    Document 154-2    Filed 03/31/25    Page 117 of 213



## ROMEO2

### MIL-SPEC RED DOT SIGHT

The ROMEO2 is built for use in adverse conditions. A 3 MOA or 6 MOA red dot with 15 brightness settings ensures rapid target engagement. The sight features a high-efficiency, point source LED emitter and molded aspheric glass lens, utilizing a high-performance red notch reflector coating for excellent brightness and light transmittance with zero distortion. The 7075 aluminum housing and ruggedized steel shrouds protect the ROMEO2 from extreme impacts and drops. The ROMEO2 maintains 25,000 hours of battery life, comes with MOTAC to automatically power the optic on and off, and is compatible with all SIG pistols that have the newer PRO-CUT slide.

### FEATURES

- 25,000+ hour battery life at medium brightness settings with extreme brightness for outdoor use, plus multiple night vision levels
- Integrated anti-reflective rear sight notch for a full sight picture and co-witness with a front suppressor-height sight
- Spring-loaded side battery tray, released by a push button that can be activated without tools
- 2 steel shrouds included for 3 different optic configurations, including fully enclosed and sealed with a polycarbonate rear window
- MOTAC™ (Motion Activated Illumination System) that powers up when it senses motion and powers down when it does not
- MAGNETAC™ (Magnetic Activation) that automatically turns the optic off when holstered in a compatible holster, and instantly turns the optic on when drawn from the holster
- D.A.R.C. (Dark Adaptive Reticles & Coatings technology) provides ideal reticle brightness and target clarity while using night vision devices
- High-strength 7075 CNC aluminum housing ensures a lifetime of service
- Dependable waterproof (IPX-7 rated) for complete water submersion up to 1 meter) performance

### ROMEO2™
1x30mm

- Molded glass aspheric lens with high performance coatings for superior light transmittance and zero distortion
- 3 or 6 MOA dot with 15 brightness settings (12 daylight/3 NV) for rapid target engagement under a full range of lighting conditions
- TruHold™ Lockless Zeroing System that utilizes twin adjustment springs designed to ensure handgun recoil and return to zero shot after shot

3 MOA RED DOT

6 MOA RED DOT

OPEN

HALF

FULL / SEALED

2 steel shrouds included for 3 different optic configurations, including fully enclosed and sealed with a polycarbonate rear window

The emitter area can be fully enclosed and sealed with a polycarbonate rear window, to ensure the reticle is never interrupted

Engineered to fit all SIG SAUER pistols with the R2 or PRO slide cut

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008864



# ROMEO3™

## COMPACT OPEN REFLEX SIGHTS

The open reflex ROMEO3, ROMEO3MAX and ROMEO3XL Red Dot sights are the ideal sighting solution for MSR rifles, shotguns, carbines, submachine guns, and full-size handguns; designed with competitive shooters in mind.

### SHARED FEATURES

- High transmittance red-notch reflector for excellant brightness and zero distortion
- MOTAC™ (Motion Activated Illumination) powers up when it senses motion and powers down when it does not
- Extremely strong and lightweight aircraft grade CNC aluminum housing ensuring a lifetime of reliable service
- Side-loading CR2032 battery, allowing for quick battery replacement without removal from the firearm
- Waterproof IPX-7 rated for complete immersion up to 1 meter¹ and fog-proof performance

Used by Max Michel to win the 2019 and 2020 USPSA Nationals in Carry Optics.

### ROMEO3MAX™
1X30MM
SOR31001 (3 MOA), SOR31002 (6 MOA)

- Developed in collaboration with Team SIG Captain, 20-time National Champion Max Michel
- Compact, open reflex sight featuring a 30mm wide, round lens design for superior field-of-view
- 3 MOA or 6 MOA dot with 12 brightness settings for rapid target engagement under a full range of lighting conditions
- Comes with a low-profile M1913 picatinny mount. An absolute co-witness riser mount is also available as an accessory
- Red-notch filter for vivid red dot and unrivaled optical clarity

3 MOA Red Dot   6 MOA Red Dot

### ROMEO3XL™
1X35MM
SOR31006 (3 MOA) / SOR31004 (6 MOA)

- The ideal sighting solution for MSR rifles, shotguns, carbines, submachine guns, and full-size handguns
- Comes with a low-profile M1913 picatinny mount. An absolute co-witness riser mount is also available as an accessory
- Crisp 3 or 6 MOA red dot for fast and accurate shooting
- Up to 25,000 hours of runtime on a single CR2032 battery
- Massive 35mm wide lens for superior field of view and fast target transition

3 MOA Red Dot   6 MOA Red Dot

### ROMEO3™
1X25MM
SOR31002

- Designed for MSR rifles, shotguns, carbines, submachine guns, and full-size handguns
- Proprietary red-notch coating ensures bright red dot
- Manual illumination controls
- Comes with low profile and absolute co-witness M1913 mounts

3 MOA Red Dot

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008865


# ROMEO8™



## MIL-SPEC RED DOT SIGHT

With it's wide field of view and forgiving eye-box, the battle hardened ROMEO8T is ideal for rapid target engagement in any environment.

**1X38mm**

### SHARED FEATURES

- High performance coatings for excellent light transmittance and red dot contrast in all situations
- Unlimited eye relief to acquire aiming point and target, regardless of eye position behind sight
- MOTAC™ (Motion Activated Illumination Systems) powers up when it senses motion and powers down when it does not
- Ultra-dependable waterproof and fog-proof performance
- Quad Ballistic Circle Dot reticle with ballistic holds and 10 Daytime and NV Settings
- 1.53" optical center height for optical device compatibility
- 38mm rectangular viewing window for unmatched situational awareness and target identification
- .5MOA adjustments for zeroing, with ballistic drops built into the reticle for distance shooting without dialing
- CR123A battery provides 100,000 hours at high-brightness setting
- 1/2" hex tool at 65 in/lb provides retention of zero during extreme conditions
- Assembled in the U.S.A.



**ROMEO8T™ MIL-SPEC RED DOT SIGHT**

1X38MM
SORM08C (BLACK) / SORM08X (FDE)

- Lightweight 7075 aluminum main housing and components
- Removable titanium shroud for ultimate optic protection from hard use
- Flip caps and anti-reflective device included
- Dependable IPX-8 waterproof, submersible to 20m for 30 minutes

*Available in FDE*



HIGH-PERFORMANCE LENS COATINGS | REMOVABLE TITANIUM SHROUD | FLIP CAPS AND ANTI-REFLECTIVE DEVICE INCLUDED

Assembled in the U.S.A.

**ROMEO8H™ RED DOT SIGHT**

1X38MM
SORM08D (BLACK)

- Aircraft grade 6061-T6 aluminum
- Dependable IPX-7 waterproof submersible to 1m for 30 minutes



### RETICLES

2 MOA Red Dot Ballistic Circle Dot

# ROMEO4



## COMPACT RED DOT / GREEN DOT SIGHTS

Chosen by elite government and military agencies, the ROMEO4 is the ultimate Red Dot sight when fast, accurate target acquisition is a must, regardless of lighting conditions, weather conditions, or terrain. Whether it's a moving target, dangerous game at full charge, or a fast-breaking tactical situation at close quarters, the rugged ROMEO4 Red Dot sight can handle the job. Battery and solar powered options available.

### SHARED FEATURES

- Unlimited eye-relief to acquire aiming point and target, regardless of eye position behind sight
- MOTAC™ (Motion Activated Illumination) powers up when sensing motion
- Utilizes an ultra-efficient red LED illumination for daylight visibility and extended runtime
- Provides 12 illumination settings (10 daylight plus 2 NV) for visibility in all light conditions
- Strong and lightweight aircraft grade CNC aluminum housing (7075 grade in ROMEO4T)
- Absolute co-witness QR mount and low mount included (absolute co-witness 1/2" hex nut on ROMEO4T)
- Users can select from 4 different onboard reticle options, per model (dot, circle/dot, dot with holds, circle/dot with holds)
- Runtime in excess of 100,000 hours with solar and battery usage (ROMEO4T, ROMEO4DR, ROMEO4S)
- Comes standard with lens caps and mount
- Waterproof (IPX-8 rated) and fog-proof (ROMEO4T)
- Assembled in the U.S.A.

ROMEO4 OPTIC HAS BEEN SELECTED BY:

The U.S. ARMY Special Operations

Federal Bureau of Investigation (FBI)

Department of Homeland Security, Customs and Border Protection (CBP)

The U.S. Federal Government Bureau of Prisons



### ROMEO4T™ MIL-SPEC RED DOT SIGHT

1X20MM
SOR43031 (BLACK) / SOR43032 (BLACK) / SOR43030 (FFP)

- Designed for AR platform pistols, MSR platforms, and shotguns
- Short and medium range engagements and recreational shooting across a wide range of calibers and light conditions
- MIL-SPEC 8100 tested and approved
- Lightweight CNC 7075 aluminum housing ensures a lifetime of reliable service
- Runtime in excess of 100,000 hours with solar and CR2032 battery

### ROMEO4DR™ COMPACT RED DOT SIGHT

1X20MM
SOR4DR11

- Short and medium range engagements and recreational shooting across a wide range of calibers and light conditions
- Selectable 2 MOA dot and 65 MOA circle dot reticles
- Comes standard with lens caps and mount

### ROMEO4S™ COMPACT RED DOT SIGHT

1X20MM
SOR43021 / SOR43022

- Short and medium range engagements and recreational shooting across a wide range of calibers and light conditions
- Extended runtime with solar cell
- Comes standard with lens caps and quick-release mount

### ROMEO4H™ COMPACT RED DOT SIGHT

1X20MM
SOR42001 / SOR43012 / SOR43011



- Comes standard with lens caps and quick-release mount
- 50,000+ hour battery life and the readily available CR2032 battery in side-loading for quick battery replacement

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008867



# ROME07

## RED DOT SIGHT

The ROMEO7 line of red dot sights provide the civilian and armed professional with an intuitive 1x aiming solution optimized for today's MSR platforms, regardless of caliber.

**1X30mm**

### FEATURES

▲ High performance lens coatings for excellent light transmission and dot contrast in any situation
▲ Easy-access rotary dial for compact control
▲ 2 MOA red dot is optimal for close quarters battle to mid-range engagement
▲ Side loading for quick battery change
▲ Dependable IPX-7 waterproof and fogproof performance
▲ MOTAC™ powers up when it senses motion and powers down when it does not
▲ Compact size and weight with unlimited eye-relief and parallax free operation
▲ Aircraft grade aluminum housing and mount
▲ Includes slip over, see-through flip-backs

SIDE-LOADING FOR QUICK BATTERY CHANGE

AIRCRAFT GRADE ALUMINUM HOUSING AND MOUNT

INCLUDES SLIP OVER, SEE-THROUGH FLIP-BACKS

2 MOA Green Dot

2 MOA Red Dot

**ROMEO7S™ COMPACT RED DOT SIGHT**
1x22MM
SOR75000 / SOR75001

▲ Compact size and weight
▲ Powered by AAA battery for up to 50,000 hour run time
▲ Durable half-inch hex nut mount

129

**ROMEO7™ FULL-SIZE RED DOT SIGHT**
1x30MM
SOR71000

▲ Powered by AAA battery for up to 62,500 hour run time
▲ IPX-7 rated for complete immersion up to 1 meter

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008868



# ROMEO5™

## COMPACT RED DOT / GREEN DOT SIGHTS

The ROMEO5 Red Dot Sight mounts on any platform, and even though it's small, it's tough. The solid, lightweight aluminum design will give peak performance and years of service.

**1X20**mm

### SHARED FEATURES

- Ultra-low parallax so point-of-aim is point-of-impact and the red dot remains parallel to the bore of your firearm, no matter what your viewing angle is relative to the optical axis of the sight
- Unlimited eye relief to acquire aiming point and target, regardless of eye position behind sight
- MOTAC™ (Motion Activated Illumination) powers up or down when sensing motion
- Ultra-dependable waterproof (IPX-7 rated for complete water immersion up to 1 meter) and fog proof performance
- Runs on a single AAA battery for up to 50,000 hours of runtime under normal use
- Dual reticle [SXDR] quad reticle [Predator]

**ROMEO5XDR** COMPACT RED/GREEN DOT SIGHT

1X20MM

- 2 MOA red dot with 65 MOA circle provides 10 illumination settings [8 daylight plus 2 NV] for visibility in all light conditions
- Modular M1913 picatinny riser mount for 1.41" [absolute co-witness] or 1.63" [1/3 Lower co-witness] sight heights
- Dependable waterproof (IPX-7 rated for complete water immersion up to 1 meter) and fog proof performance
- Green predator reticle model available with 4 green reticles (dot, dot with triangle, dot with lower triangle, and triangle only

Available in FDE [SXDR only]

Circle-Dot
[65 MOA Circle/
2 MOA Dot]

PREDATOR
Dot

PREDATOR
Dot with Triangle

PREDATOR
Dot with Lower
Triangle

PREDATOR
Triangle Only

### ROMEO5X™

1x20MM

- 2 MOA red dot provides 10 illumination settings [8 daylight plus 2 NV] for visibility in all light conditions
- Modular M1913 picatinny riser mount for 1.41" [absolute co-witness] or 1.63" [1/3 Lower co-witness] sight heights
- Dependable waterproof (IPX-7 rated for complete water immersion up to 1 meter) and fog proof performance
- Runs on a single AAA battery for up to 50,000 hours of runtime under normal use

### ROMEO5 TREAD™

1x20MM

- 2 MOA red dot provides 10 illumination settings [8 daylight plus 2 NV] for visibility in all light conditions
- Integrated M1913 picatinny interface provides industry-standard mounting options for a wide range of applications
- Side-loading CR2032 battery allowing for quick battery replacement without having to remove the sight from the firearm
- TREAD logo laser engraved

### ROMEO5

1x20MM

- 2 MOA red dot provides 10 illumination settings [8 daylight plus 2 NV] for visibility in all light conditions
- Integrated M1913 picatinny interface provides industry-standard mounting options for a wide range of applications
- Side-loading CR2032 battery allowing for quick battery replacement without having to remove the sight from the firearm

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008869



# ROMEO-MSR

## COMPACT RED DOT SIGHT

The ROMEO-MSR is a sealed, compact red dot or green dot sight intended for MSR, carbine, shotgun, and air rifle. Brightness is adjusted with a top-mounted rotary dial, featuring 10 daytime and 2 night vision settings for quick target engagement in any condition.

**1x20mm**

### FEATURES

- Ultra-compact size and weight with unlimited eye-relief and parallax-free operation
- Precise 2 MOA dot
- Slipover, see-through flip-backs
- Top-loading battery compartment with integral brightness control featuring 10 daytime and 2 NV settings
- Aircraft-grade aluminum housing and mount
- Dependable IPX-7 waterproof and fog-proof performance

### ROMEO-MSR™
1X20MM
(SOR72001 - RED) | (SOR72002 - GREEN)

- 2 MOA high-performance lens coatings for excellent light transmission and dot contrast in any situation
- 1 MOA adjustments for zeroing
- 1.41" T10 Torx® M1913 skeletonized lightweight riser mount for absolute co-witness
- Over 20,000 hours runtime on a CR1632 battery

2 MOA Red Dot     2 MOA Green Dot

Ultra-compact size and weight with unlimited eye-relief and parallax-free operation

133

SIG-GLASSCOCK00008803     SIG-GLASSCOCK00008870



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008871



# JULIET

## MICRO MAGNIFIERS / COMBO KIT

New for this year is the JULIET3-MICRO™ Magnifier. This ultra-compact and lightweight magnifier features an aircraft grade CNC aluminum housing and dependable IPX-7 waterproof and fog proof performance. With its high-performance Dielectric coated prism, the JULIET3-MICRO Magnifier provides excellent light transmission. Also new is the ROMEO-MSR™ Combo Kit, combining the ROMEO MSR compact red dot with the JULIET3-MICRO Magnifier.

The ROMEO MSR is a sealed compact red dot sight with 20,000+ hour battery life, high-performance lens coatings for excellent light transmission. The ROMEO MSR and JULIET3-MICRO have a 1.41 sight height for absolute co-witness.

### SHARED FEATURES

- High-performance lens coatings including dielectric-coated prism for excellent light transmission
- Ultra-compact size and weight
- Dependable IPX-7 waterproof and fogproof performance
- 90° push-button flip-to-side magnifier mount

**1x22mm**

### JULIET3-MICRO™ MAGNIFIER
3x22MM

- Ultra-compact size and weight
- Aircraft grade CNC aluminum housing ensures lifetime of reliable service
- Durable Half-inch hex nut mount
- Infinite Guarantee®

### JULIET3-MICRO MAGNIFIER / ROMEO-MSR™ COMBO KIT
3x22MM / 1x20MM

- Ultra-compact size and weight
- Aircraft grade CNC aluminum housing ensures lifetime of reliable service
- Precise 2 MOA dot
- Lens covers included
- 1.41 Sight height for absolute co-witness
- Top-loading, rotary illumination brightness control featuring 10 daytime and 2 NV settings

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008872

Case 6:22-cv-03095-MDH     Document 154-2     Filed 03/31/25     Page 126 of 213



# ECHO3™

## THERMAL REFLEX SIGHT

The most innovative, direct view thermal sight in the world. The ECHO3 uses SIG SAUER® BDX™ technology and can record both video and images in 8 different color palettes.

1-6x23mm    2-12x40mm

### FEATURES

- Compact thermal reflex style sight (don't get stuck "behind" a scope)
- BDX enabled WiFi/Bluetooth®, allowing active reticles that change with X&D™ rangefinder input, and customizable fixed reticles that are configured from the BDX mobile application
- Uncooled 320x240 12um VOx LWIR core operating at 30Hz
- LEVELPLEX™ Anti-Cant System with scope cant sensitivity down to 0.5°
- MOTAC™ (Motion Activated Display) powers up when it senses motion
- Video and image recording (including recoil activation) with 8 color palettes
- Greater than 6 hours of run time with heavy use
- Easy to adjust lens with optional throw lever attachment
- Quick disconnect mount
- Designed and assembled in the U.S.A. to withstand IPX-4 conditions

**ECHO3™**
1-6X23MM / 2-12X40MM
30HZ SHOt / VOX2 320x0

- Aspheric lens (19° FOV) with up to 6X digital magnification
- Designed for predator and hog hunters
- Improved situational awareness
- Quick disconnect mount

Active Reticle          Custom Holdover Reticle

**BDX**
Ballistic Data Xchange

VIDEO AND IMAGE RECORDING     EASY TO ADJUST LENS     SEALED BATTERY COMPARTMENTS

BDX Application

RED     RED HOT     BLACK HOT     WHITE HOT

IRON     FIRE     TYRIAN     EDGE

139

sigsauer.com

ALL SPECIFICATIONS SUBJECT TO CHANGE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008873



BRAVO

## BATTLESIGHTS

The BRAVO battlesights combine crystal-clear fixed-power optics, intuitive reticles, super-bright illumination, and a rugged aluminum housing into one attractive package. Featuring 5.56/.308 and .300 Blackout reticles, this family will enhance any MSR/AR platform.

### SHARED FEATURES

- Easily adjust illumination with side-mounted rotary dial featuring 8 daytime and 3 NV settings.
- MOTAC™ (Motion Activated Illumination) powers up when it senses motion and powers down when it does not
- Lensarmor™ Abrasion-resistant lens coatings to withstand the harshest of conditions
- MEGAVIEW advanced prism and ocular design yields 40% greater field of view than the competitive prism-based battle sights
- Low dispersion (LD) glass provides industry leading optical clarity
- Adjustable eyepiece with +/- 2 diopter correction
- Integrated picatinny rails for accessories
- IPX-7 rated for complete immersion of up to 1 meter

**MEGAVIEW ADVANCED PRISM AND OCULAR DESIGN**

**ADJUSTABLE EYEPIECE WITH +/- DIOPTER CORRECTION**

**INTEGRATED PICATINNY RAILS FOR ACCESSORIES**

5.56MM / 7.62MM Horseshoe Dot

.300 Blackout Horseshoe Dot

### BRAVO3™ BATTLESIGHT
3X24MM

- Designed for professionals and civilian MSR/AR shooters
- 40% wider field of view than current battlesights
- Distortion-free image, edge-to-edge clarity

### BRAVO5™ BATTLESIGHT
5X30MM

- Designed for traditional / dangerous game hunting and MSR/AR platforms
- Short, medium, and long range engagements and recreational shooting across a wide range of calibers and light conditions

### MEGAVIEW™

Massive 10° Field of View, 40% Wider Than Standard 6° Sights. That's 53 Feet of View at 100 Yards vs. 37 Feet

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008874



BRAVO

## BRAVO4™ BATTLE PACK

Introducing the BRAVO4 Battle Pack; The ultimate tactical solution. This Battle Pack combines a 4x32mm Prismatic Battle Sight with a shroud-equipped 1x24mm ROMEOZero™ reflex sight. Featuring MEGAVIEW™, the BRAVO4 provides a forty percent increase in field of view and eye relief with distortion free image and edge to edge clarity. Extended range hits are made fast with the illuminated 5.56/7.62 ballistic reticle. The top mounted ROMEOZero Reflex Sight features a ruggedized, WeaponsGrade™ textured polymer body and the SpectraCoat™ HD Polymer lens allowing quick transition to CQB when needed.

**3x24mm**

### FEATURES

▲ MOTAC™ (Motion Activated Illumination) powers up when it senses motion and powers down when it does not

▲ SpectraCoat™ HD polymer lens with 10 times the impact resistance over traditional glass lenses (ROMEOZero)

▲ MEGAVIEW advanced prism and ocular design yields 40% greater field of view than the competitive prism-based battle sights (BRAVO4)

▲ Low dispersion (LD) glass provides industry leading optical clarity (BRAVO4)

▲ Adjustable eyepiece with +/- 2 diopter correction

▲ Integrated picatinny rails for accessories

▲ IPX-8 rated for complete immersion of up to 1 meter (BRAVO4)

▲ IPX-47 rated for complete immersion of up to 1 meter (ROMEOZero)

Side-loading AA for quick battery charge. Shroud-Equipped ROMEOZero included

### BRAVO4™ BATTLE PACK 1X / 4X
4X32MM / 1x24MM

▲ Side-loading AA for quick battery charge
▲ Distortion-free image with edge to edge clarity
▲ Ballistic reticle for 5.56 / 7.62 calibers
▲ Locking diopter adjustment
▲ Shroud-equipped ROMEOZero™

5.56MM / 7.62MM
Horseshoe Dot

2 MOA Dot

### MEGAVIEW™

6°
7.5°

Massive 7.5° field of view, 40% wider than standard 6° sights. That's 63 feet of view at 100 yards vs. 37 feet

SIG-GLASSCOCK00008803
SIG-GLASSCOCK00008875



# ZULU

## BINOCULARS

Next to a zeroed rifle, a clear and bright pair of binoculars is the best piece of gear to have on hand. ZULU binoculars perform in the harshest conditions, giving unmatched performance in inclement weather or rugged terrain.

16X42mm | 10X30mm | 10X42mm | 11X45mm | 10X56mm

### FEATURES

- Combines superior optical performance with in-the-field utility
- High-quality glass, fully multi-coated SpectraCoat™ lenses
- Phase-coated prisms provide maximum brightness, contrast, and crisp resolution
- Performs in the harshest conditions, giving unmatched performance in inclement weather or rugged terrain
- Superior low-light performance

**ZULU6™ IMAGE STABILIZED BINOCULAR**
10X30MM
16X42MM

**OPTICAL IMAGE**
**DIS**
**STABILIZATION**

STABILIZED | UNSTABILIZED

FULLY MULTI-COATED OBSTRUCTION-FREE LENSES | DURABLE RUBBER ARMOR NON-SLIP GRIP DESIGN | MULTI-POSITION TWIST-UP EYECUPS

**ZULU6™ IMAGE STABILIZED BINOCULAR**
16X42
10X30MM

- Optical image stabilization, prism is electronically stabilized by a 2 axis gimbal
- Compensates for human motion input into optics allowing for handheld use at high magnification optics, eliminates shake due to buffeting winds, heavy breathing after a long hike, cold-induced shivering, washboard ranch roads, chop on water, etc.
- MOTAC conserves battery life by turning unit off after 5 minutes of no motion

**ZULU9™ HDX® ABBE-KOENIG PRISM**
11x45 / 15x56
10X42MM

- Combines superior optical performance with in-the-field utility
- High-quality glass, fully multi-coated Spectracoat™ lenses
- Phase-coated Abbe-Koenig prisms provide maximum brightness, contrast and crisp resolution

**ZULU7™ HDX OPEN-BRIDGE**
10X42MM
10X42MM

- Multi-position twist-up eyecups provide a custom fit for each user
- Fully multi-coated roof prism binocular incorporates super high reflectance phase-coated BAK4 prisms for unmatched resolution and image contrast
- Field & Stream Best of the Best Winner 2016

**ZULU5™ HD OPEN-BRIDGE**
10X42MM
10X42MM

- HD glass for superior clarity and color correctness
- Silver deposition phase-coated BAK4 prisms
- Lightweight and durable magnesium alloy body

ALL SPECIFICATIONS SUBJECT TO CHANGE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008876



# OSCAR

## SPOTTING SCOPES

The OSCAR family of spotting scopes delivers unmatched image clarity and performance when it matters most. The OSCAR3 mini-spotting scope puts a powerful optic in the palm of your hand, and features the advanced Optical Image Stabilization (OIS) technology, for improved image quality at the highest magnification, to make spotting your target faster and easier. Ideal for backpacking, hunting, wildlife and sports observation, along with law enforcement and military reconnaissance. The new OSCAR8 angled eyepiece spotting scope is the newest addition to the OSCAR family of spotting scopes from SIG SAUER®. Featuring the industry-leading HDX® optical design, extra-low dispersion glass with high light transmittance glass, and full multi-coated lenses to deliver unmatched resolution, image contrast, and color clarity. When spotting in the field for long periods, the ergonomic design and durable rubber armor of the OSCAR8 delivers unmatched results in all conditions.

**27-55X80mm**

### FEATURES

- HDX advanced optical system comprising both High Definition (ED) and high transmittance (HT) glass for ultra-high resolution, optical performance, and light transmission
- SCHMIDT-PECHAN prism, combined with HD glass, provide unmatched chromatic and spherical aberration correction for clear, vibrant images
- Spectracoat™ highly efficient, ultra-wide broadband, anti-reflection lens coatings reduce surface reflections to extremely low levels across the entire visible spectrum providing superior light transmission
- Angled eyepiece, combined with rotating tripod collar, provides the user with multiple viewing angles, to accommodate setup and usage in any terrain
- Comes equipped with a variable power eyepiece. This eyepiece can be locked into place or removed so that the OSCAR8 can accept other variable or fixed power eyepieces.

  

MULTI-FACET™ ANTI-REFLECTION LENS COATING

ANGLED EYEPIECE AND ROTATING TRIPOD COLLAR

VARIABLE POWER EYEPIECE



LIGHT TRANSMITTANCE (%)

NEXT LIGHT SPECTRUM



## OSCAR8™
27-55X80MM

- Waterproof and fog proof, the OSCAR8 will provide unmatched performance in all environmental conditions
- Adjustable eyecups allow the user to optimize eye relief for use with or without glasses
- Lightweight and robust aircraft grade aluminum housing, combined with rubberized non-slip grip armor, ensures a lifetime of use in the worst conditions
- Custom SIG SAUER® fitted neoprene cover included
- Assembled in U.S.A.

Advanced optical systems comprising both High Definition (ED) and High Transmittance (HT) glass for ultra-high resolution, optical performance and light transmission.



### OSCAR3™
10-20X30MM

- Advanced electronic image stabilization technology that fits in the palm of a hand
- OIS Optical image stabilization removes human motion and jitter for improved image quality and target identification under high magnification
- Ideal for backpacking, hunting, wildlife and sports observation, law enforcement, and military reconnaissance
- The small size and capability of the OSCAR3 is ideal for backpacking, dark stalk and tree stand archery, or long range rifle hunting in open country or mountains as well as concealed viewing situations for LE or military use



STABILIZED | UNSTABILIZED


OUTDOOR LIFE EDITOR'S CHOICE

Case 6:22-cv-03095-MDH    Document 154-2    Filed 03/31/25    Page 131 of 213



# LIMA®
## LASER SIGHTS

The most advanced red or green lasers on the market, the proprietary LIMA laser grip module and low-profile LIMA laser integrate seamlessly with your SIG SAUER® pistol.

### STANDARD FEATURES

- Latest generation 5 MW red or green lasers for unmatched runtime
- Ambidextrous laser activation supports all grip types
- Windage and elevation adjustments
- Powered by lithium 1/3N battery
- Instant activation tactile switch
- Assembled in U.S.A.

**LIMA320™**
LASER GRIP
FOR X-COMPACT / FXR GRADE (GREEN)

- Integrates and fits perfectly with our P320® and P365® pistol platforms
- State-of-the-art laser targeting in a package that is pliable and virtually invisible to the operator
- Same material as SIG SAUER standard polymer frames and textured to match
- Seamlessly integrates either a Red Optical or direct green (printed) high-quality and high efficiency laser module for extreme accuracy
- Works with carry, compact and full size
- Shown with P320 slide, magazine, and trigger group, (not included)

**LIMA365™**
PISTOL LASER
FOR P365 GREEN / SIG BRAND (GREEN)

- Ideal for target shooting, conceal carry, and personal defense
- Designed to perfectly fuse against the SIG P365® trigger guard for seamless fit
- Powered by lithium 1/3N battery
- Instant-activation tactile switch
- Shown with P365® pistol, (not included)

**LIMA1™**
WEAPON MOUNTED LASER
FOR X-FIVE / X-COMPACT / NRA GRADE (GREEN?)

- Ideal for target shooting, conceal carry, and personal defense
- Designed to fit M1913 and 500 rails
- Powered by lithium 1/3N battery
- Instant-activation left and right tactile switches
- Shown with M17 pistol, (not included)

# FOXTROT®
## WEAPON MOUNTED LIGHTS

The FOXTROT series of pistol lights provide bright, crisp, white light and come ready to mount on your SIG SAUER® pistol.

**FOXTROT1™**
WEAPON MOUNTED LIGHT
(X-1 / 1X)

- Mounts to any picatinny 1913 or SIG SAUER® proprietary rails
- Dual, finger-actuated tactile switches support ambidextrous use
- User-selectable output from 150 / 230 / 300 lumens
- Momentary or continuous on with 5 minute auto-timeout
- Dependable waterproof IPX-7 rated for complete water immersion up to 1 meter and fog-proof performance

**FOXTROT2™**
WEAPON MOUNTED LIGHT
(FOXTROT1X)

- 550 lumens and 1.5 hours of runtime
- Powered by 1 CR123 battery, loaded via a removable bezel with lockout mode
- M1913/500 and Glock sliding rail interface plates included for maximum location adjustment range on the rail
- Ambidextrous rocking paddle switches, which are interchangeable with multiple sizes included
- Programmable user interface with 3 different modes including momentary, latching, and threshold, for mission specific customization

**FOXTROT1X™**
WEAPON MOUNTED LIGHT
(FOXTROT1X)

- 450 lumens and 1.5 hours of runtime
- Powered by 1 CR123 battery, loaded via a removable bezel with lockout mode
- M1913/500 and Glock® sliding rail interface plates included for maximum location adjustment range on the rail
- Ambidextrous push-button side switches, with momentary and latching modes

**FOXTROT 365™**
WEAPON MOUNTED LIGHT
(P365)

- Up to 100 lumens and 1 hour run time
- Ideal for law enforcement, conceal carry, and personal defense
- Designed to perfectly fuse with the SIG P365® trigger guard for a seamless fit
- Latest generation O-ee LEDs for maximum brightness and runtime
- Instant-activation tactile switch
- Powered by lithium 1/3N batteries
- Shown with P365 pistol (not included)
- Assembled in U.S.A.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008878

Case 6:22-cv-03095-MDH    Document 154-2    Filed 03/31/25    Page 132 of 213

# X-RAY3™

## ENHANCED DAY/NIGHT SIGHTS

The X-RAY™ family of pistol sights make target acquisition intuitive and fast in any lighting condition. The high contrast front sights paired with the glare reducing rear sights keep your focus on the front sight. The X-RAY3 line uses a 3-dot tritium system for the most demanding low light environments.

### FEATURES

- Oversized chemical-resistant fluorescent polymer front dot sight gives confidence in any environment
- Torture tested to 25,000 rounds, the steel housing provides a tough, reliable sight that rests as long as the firearm
- Rear sights come in standard SIG SAUER® sizes of #4 and #8
- Fits SIG SAUER P238™, P938™, P250™, P320® and classic line models



### X-RAY3™ ENHANCED DAY/NIGHT SIGHTS

PISTOL SIGHTS

- With a half life of 12 years, the 3-Dot tritium system allows for fast target acquisition in low-light conditions
- Oversized chemical-resistant fluorescent dot front dot provides confidence in all environments
- X-RAY3 come in SIG SAUER sizes of #6 and #8, Square or Round D.E. notched rear sight

ADDITIONAL AVAILABLE SKUS

# ALPHA™

## RIFLESCOPE MOUNTS/RINGS

Our hard-black-anodized, precision-machined, ALPHA Tactical Rings are crafted from aircraft-grade aluminum. Built with the same unique industrial design as our electro-optics, our rings and mounts not only look tough, they are tough. Our proprietary steel-alloy ALPHA Hunting Rings are machined with an exactness that is both strong and ductile, which allows our rings to form around a riflescope, and will not cause damage with proper installation. The steel rings are epoxy powder coated to prevent oxidation and resist gun oils, cleaning solutions, and outdoor exposure.

### ALPHA3™ SCOPE MOUNT

WEAPON MOUNTED LIGHT

- Lightweight cantilever design optimized for use on MSR platforms
- Precision-machined to exacting standards from T6T5 aluminum
- Titanium hardware for superior performance
- Available heights ranging from 1.395" - 1.535"
- Available weights ranging from 4.4oz - 4.7oz
- Assembled in U.S.A.



### ALPHA2™ TACTICAL

SCOPE MOUNT

- Cantilever design for use on MSR platforms
- 6 or 20 MOA cant options
- 1.53" high
- Available weights ranging from 5.0oz - 5.5oz

### ALPHA2 RED DOT MOUNT

UNIVERSAL RED DOT MOUNT

- Universal mounting interface compatible with most popular red dot sights
- Positions red dot sight above scope tube
- Compatible with 30 or 34mm riflescopes

### ALPHA1™

SCOPE RINGS

- Proprietary weaver style rings that are epoxy powder coated to prevent oxidation and resist gun oils, cleaning solutions, and outdoor exposure, set of 2
- Available heights ranging from 0.75" - 1.25"
- Available weights ranging from 1.8oz - 6.5oz

SIG-GLASSCOCK00008803     SIG-GLASSCOCK00008879



SUPPRESSORS

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008880



PISTOL SUPPRESSOR

## WELCOME TO THE FUTURE OF SILENCE.

SIG SAUER engineers have developed the next generation of pistol suppressors. With decades of product design and R&D experience under our belts, suppressors are not treated as bolt-on accessories. At SIG SAUER, it is understood that suppressors interact with your firearm's system and can affect accuracy, reliability, back-pressure, and other critical factors. We design our suppressors to be part of a completely integrated system to maximize overall performance, and as a result we build the most advanced, most dependable suppressors the world has ever seen, or heard.

The pistol suppressor line from SIG SAUER features completely modular and configurable titanium baffles for the ultimate in lightweight performance that allows the user to personalize their suppressor for overall length, weight, and sound. The MODX-9™ and MODX-45™ provide class-leading sound performance and can be easily disassembled and reconfigured with fewer baffles when your priority is size over sound. The MODX™ suppressors feature 21 points of impact adjustment and come with a fixed-barrel spacer for carbine use. Each MODX suppressor includes the most popular inch and metric piston for its given caliber.

### SHARED FEATURES

- Segmented titanium 3D-printed
- Titanium baffles
- Shooter can adjust the number of baffles to shape the overall length when size is more important than sound performance
- Includes two pistons (1/2"x28tpi & M13.5x1LH) and fixed-barrel spacer (MODX-9)
- STRX28 and M14X1LH (MODX-45)
- Multi-Caliber capable with accessory pistons (MODX-45)

 



sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008881



# RIFLE SUPPRESSOR

## SLX™ RIFLE SUPPRESSORS

The next generation of suppressor technology has arrived. The SLX series of rifle suppressors from SIG SAUER were born out of today's modern military requirements and are designed to deliver cutting-edge performance. The new Clutch-LOK™ QD mounting system is easy to use, repeatable, and extremely durable. The cross-flow baffle design delivers an entirely new shooting experience, focusing on the reduction of harmful toxic gases to the user which allows gases to expand and cool at a faster rate than a traditional design, while minimizing an increase in bolt speed.

The SLX series is ideal for users that have a focus on reduction of flash, toxic gas, and cyclic rate increases.

**5.56** NATO

### SHARED FEATURES

- Caliber imprinted on device
- Muzzle device included 1/2"x28tpi (QD suppressors)

**SLX 556-QD**
- Inconel construction
- Cross flow design to reduce blowback
- Clutch-LOK™ QD mounting system or direct thread-on

**SLX 556 DIRECT THREAD**

**SLX 556-QD**

**SLXC 556 DIRECT THREAD**

**SLXC 556-QD**

| SLX™ | Caliber | Length (in) | Width (in) | Weight w/Mag (oz) | Material |
|------|---------|-------------|------------|-------------------|----------|
| SLX 556 | | | | | |
| SLX 556-QD | | | | | |
| SLXC 556 | | | | | |
| SLXC 556-QD | | | | | |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008882



# RIFLE SUPPRESSOR

## SLH™ RIFLE SUPPRESSORS

The next generation of suppressor technology has arrived. The SLH series of rifle suppressors from SIG SAUER were born out of today's modern military requirements and are designed to deliver cutting-edge performance. The new Clutch-LOK™ QD mounting system is easy to use, repeatable, and extremely durable. The cross-flow, hybrid-baffle design delivers an entirely new shooting experience, focusing on a combination of best in class sound reduction and less harmful toxic gases than traditional suppressor designs.

The SLH series of rifle suppressor gives many of the benefits of the SLX series, with a primary focus on sound signature. The SLH series is ideal for low pressure rounds or when sound signature reduction is the number one priority.

**300BLK   7.62NATO**

### SHARED FEATURES
- Caliber imprinted on device
- Titanium construction (SLH300TI, SLH300TI-QD, SLH762TI, SLH762TI-QD, SLH762TIC, 762TIC-QD)
- Muzzle device included 5/8"x24(pi-Q2D suppressors)

**SLH 762-QD**
- Inconel and stainless steel construction
- Cross-flow design to reduce blowback
- Clutch-LOK™ QD mounting system or direct thread-on

SLH 762TI-QD

SLH 762TI

SLHC 762TI-QD

SLHC 762TI

SLH 300TI-QD

| SLH | Caliber | Length (in) | Width (in) | Weight w/Reg (oz) | Material |
|-----|---------|-------------|------------|-------------------|----------|
| SLH 300TI | | | | | Titanium |
| SLH 300TI-QD | | | | | Titanium |
| SLH 762TI | | | | | Titanium |
| SLH 762TI-QD | | | | | Titanium |
| SLHC 762TI | | | | | Titanium |
| SLHC 762TI-QD | | | | | Titanium |

159

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008883





SIG AIR

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008885



# SIG AIR®

## SIG AIR BY SIG SAUER®

From the most elite name in firearms comes the most innovative line of airguns and airsoft guns which combines the unmatched reliability, performance, and exacting standards of SIG SAUER.

The SIG AIR product line includes a series of traditional CO2 pellet and BB rifles and pistols designed to imitate the look, weight, balance, and handling characteristics of their traditional firearms counterparts. SIG AIR has also developed a precision line of break barrel, pre-charged pneumatic (PCP), and single-stroke pneumatic rifles and pistols, all meeting the high standards of SIG SAUER firearms.

SIG AIR has expanded to training products with the PROFORCE® line of airsoft pistols, rifles, and accessories. Designed and developed from the ground up to deliver a realistic training experience, that allows the user access to achieve a new level of unrealized performance potential. The SIG AIR PROFORCE series of pistols and rifles allows for flexibility in your training environment and is an economical alternative to training with firearms.

Consistency was the focus when developing the SIG AIR PROFORCE line. Each PROFORCE model closely matches its real steel complement in model specifications and delivers an authentic user experience. The PROFORCE line is also engineered to SIG quality standards using authentic materials and, where necessary, patented performance innovations.

Perfected for muscle memory exercises, shooting drills, and tactical training, these airsoft and airgun models are the economic and authentic answer to training more often, more effectively, and more affordably.

The full line of SIG AIR products delivers a completely authentic SIG handling experience, with the firepower you can rely on, for all of your hunting, sporting, and practical training needs.

Shoots like a SIG, because it is one.

### SIG AIR DESIGNED TO MATCH THE ORIGINALS

| 1 | All Metal or Polymer Construction |
| | Some models a combination of both |
| 2 | Front and Rear Flip-up Sights |
| | On some rifle models |
| 3 | Red Dot or Scopes |
| | Included on some models |
| 4 | Realistic Controls |
| | Controls match our rifles and pistols |
| 5 | Removable or Adjustable Stock |
| | On some models |
| 6 | Picatinny Rail |
| | Mount your favorite accessories |
| 7 | Safety Orange Tip |
| | On PROFORCE models |
| 8 | Realistic Trigger |
| | Smooth action similar to originals |
| 9 | Reload Mags Just Like Originals |
| | Drop magazines using similar releases |
| 10 | Full Blowback Slide |
| | Slide cycles back and forth |
| 11 | Weight Similar to Original |
| | Great as a training tool |

**165**

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008886

Case 6:22-cv-03095-MDH    Document 154-2    Filed 03/31/25    Page 140 of 213



# PROFORCE MCX

## AUTOMATIC ELECTRIC GUN (AEG)

Modeled after its real steel counterpart, the PROFORCE release of the SIG SAUER MCX Virtus™ Airsoft AEG (Automatic Electric Gun) Rifle does not disappoint. With a full CNC machined receiver, integrated M-LOK® handguard, 3-position telescoping stock, open full-length Picatinny rail for the addition of sights, and a modular locking accessory mounting system, the MCX Virtus is a polymer air soft BB slinging brute with 120 round mid-cap magazine that keeps you active and engaged on the firing line.

**6mm AIRSOFT BB**

### FEATURES

- 120rd BB magazine
- Quick change tuning springs (110mm & 120mm included)
- 11.1v LiPo battery (not included)
- Sight ready platform
- Orange safety tip
- Attach your favorite accessories
- Familiar AR controls
- Velocity up to 375 FPS*

**MCX ◇ VIRTUS™**

**PROFORCE VIRTUS MCX**
- All metal CNC machined receiver and handguard
- M-LOK® handguard and Picatinny rail
- Safe, semi, and full auto firing modes
- 3-position telescoping stock

*Please Note
- Velocity obtained with 0.20g BBs
- For best results use 11.1V LiPO battery and appropriate charger.
- 11.1V LiPO battery is the maximum battery compatible with this rifle.
- Batteries and chargers sold separately. Please visit your local or online Airsoft retailer for accessories, batteries and chargers.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008887



PROFORCE

## AIRSOFT PISTOLS

For the first time the SIG SAUER Modular Handgun System (MHS) is available in an airsoft platform for the training professional. The SIG AIR® PROFORCE M17™ and M18™ have the same look, feel, and action as the official sidearms selected by all branches of the U.S. Military.

### SHARED FEATURES

- Full blowback metal slide
- Field strippable with similar balance and weight as firearm counterpart
- Picatinny rail mount

## M17 / M18

**PROFORCE M18**
- Optic-ready slide (AIR-REFLEXSIGHT)
- Compatible with CO² and green gas magazine
- Based on the M18 firearm selected by the U.S. Military
- Velocity up to up to 320 fps* green gas / 410 fps* CO²

**PROFORCE M17**
- Optic-ready slide (AIR-REFLEXSIGHT)
- Compatible with CO² and green gas
- Based on the M17, the official handgun of all branches of the U.S. Military
- Velocity up to Up to 320 fps* green gas / 410 fps* CO²

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008888



# MCX VIRTUS PCP

## SEMI-AUTOMATIC PRE-CHARGED PNEUMATIC RIFLE

The MCX VIRTUS PCP rifle is the latest expansion to the SIG AIR® precision line of airguns, and the introduction of SIG AIR products to the pre-charged pneumatic (PCP) category of airguns. The MCX VIRTUS PCP doubles the muzzle energy of classic CO2 models and uses the SIG Rapid Pellet Magazine, making it ideal for target training and varmint hunting.

**.22CAL PELLET**

### FEATURES

- 17.5" barrel
- 12FP muzzle energy
- Flip-up front and rear sights
- Picatinny top rail for mounting optics
- Clip-on stock with sling attachment points
- M-LOK® rail for mounting accessories
- Familiar AR controls

*Please Note
- Pellets are sold separately.
- Results may vary based on ammo weight, temperature, and altitude.

## MCX ◇ VIRTUS™

**MCX VIRTUS™**
- 3,000 psi, 13 cu. in. removable tank
- 1,700 psi regulated output
- 30rd RPM™ Rapid Pellet Magazine
- Velocity up to 700 fps*

### SIG RPM™ RAPID PELLET MAGAZINE

The unparalleled performance of the SIG SAUER patented pellet drive system smoothly feeds up to 30 rounds in 2.5 seconds. Rifle comes standard with one magazine and refillable belt. Accessory RPM (purchased separately) includes three spare belts.

*Velocity achieved with 10.5g Pellets

| MCX | SKU | Caliber | | | | | | | | | | | | | | |
|-----|-----|---------|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

SIG-GLASSCOCK00008803     SIG-GLASSCOCK00008889



## BREAK BARREL AIR RIFLES

Introducing the most advanced break barrel system in the marketplace, engineered and produced by SIG SAUER® in New Hampshire. The common misconception among many is, "high muzzle velocity that makes for a better air rifle". In actuality, foot-pound muzzle energy is a more accurate gauge of the power of air rifles than the speed at which a projectile comes out of the barrel. Down-range accuracy and retained energy are better with a heavier projectile leaving the barrel at subsonic speed rather than an impractically lightweight projectile leaving the barrel at a supersonic speed of 1400+ feet per second. This .17FCAL suppressed single-shot, Advanced Sport Pellet (ASP) air rifle delivers down-range power and accuracy, with the lightest cocking effort in its class, making it ideal for hunting small to medium game.

.177CAL PELLET   .22CAL PELLET

### SHARED FEATURES

- Smooth and consistent 2-Stage MATCHLITE™ trigger
- GLIDELITE® cocking mechanism ensures lightest cocking effort in this power level
- Proprietary drill-pinned breech wedge lock system for enhanced accuracy
- Single shot pellet rifle
- Built in U.S.A.

**ASP20™ SYNTHETIC STOCK**

- Synthetic stock with QD mounts for sling usage
- Energy: 20 FP in .177 cal / 23 FP in .22 cal
- Velocity up to 1020 fps* in .177 cal/ 848 fps** in .22 cal

*Velocity achieved with 8.64gr lead pellet
**Velocity achieved with 14.61gr lead pellet

| ASP20 | SKU | Caliber | | | | | | | | | | | | |
|-------|-----|---------|--|--|--|--|--|--|--|--|--|--|--|--|

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008890



# AIR MCX RIFLE

## SEMI-AUTOMATIC CO₂ AIR POWERED

Based on the original designs of the SIG SAUER® MCX™, this CO² version is ideal for training and practice.

Just like the SIG SAUER MCX redefined the modern compact rifle, the SIG AIR™ line of MCX rifles redefines the CO² category of air rifles by delivering authentic SIG performance, handling, and rapid-fire capability.

XPCAL PELLET

### SHARED FEATURES
- Metal housing with polymer handguard and stock
- 30rd RPM pellet magazine
- Picatinny rail
- Vertical foregrip
- 90g CO₂ power source (sold separately)
- 18" rifled barrel
- Velocity up to 700 fps*

90g CO₂ power source (sold separately)

**AIR MCX™ SCOPE**
- Simulated suppressor
- Optional scope combo with WHISKEY3™ ASP 4-12x44 scope
- Velocity up to 700 fps*

**AIR MCX MRD**
- Pop-up sights
- Optional sight combo with red dot sight
- Velocity up to 700 fps*

Available in FDE

**AIR MCX**
- Pop-up sights
- Velocity up to 700 fps*

Available in FDE

175

### SIG RPM™
RAPID PELLET MAGAZINE

The unparalleled performance of the SIG SAUER patented pellet drive system smoothly feeds up to 30 rounds in 2.5 seconds. Rifle comes standard with one magazine and refillable belt. Accessory RPM (purchased separately) includes three spare belts.

| MCX | SKU | Caliber | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCX SCOPE | | | | | | | | | | | | |
| MCX MRD | | | | | | | | | | | | |
| MCX | | | | | | | | | | | | |

* Results may vary based on ammo weight, temperature, and altitude.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008891



# AIR MPX™ RIFLE

## SEMI-AUTOMATIC CO₂ AIR POWERED

Based on the original designs of the SIG SAUER® MPX, this CO₂ version is ideal for training and practice. Just like the SIG MPX® redefined the modern pistol caliber carbine, the SIG AIR™ line of AIR MPX rifle redefines the CO₂ category of air rifles by delivering authentic SIG performance, handling, and rapid-fire capability.

.177CAL PELLET

### SHARED FEATURES

- Metal housing with polymer handguard and stock
- 30rd RPM pellet magazine
- Picatinny rail
- 90g CO₂ power source (sold separately)
- 8" rifled barrel

90g CO₂ power source (sold separately)

**AIR MPX™ MRD**
- Includes a 20mm 2OR Micro Red Dot Optic
- Flip up Front and Rear Sights
- Tactical Handstop
- Velocity Up to 575 fps*

Available in Black

**AIR MPX**
- Flip up Front and Rear Sights
- Tactical Handstop
- Velocity Up to 575 fps*

## SIG RPM™
### RAPID PELLET MAGAZINE

The unparalleled performance of the SIG SAUER patented pellet drive system smoothly feeds up to 30 rounds in 3.5 seconds. Rifle comes standard with one magazine and refillable belt. Accessory RPM (purchased separately) includes three spare beltsnew.

* Results may vary based on ammo weight, temperature, and altitude.

| MPX | SKU | Caliber | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MPX | | .177 | | | | | | | | | | | | |
| MPX MRD | | .177 | | | | | | | | | | | | |

sigsauer.com

177

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008892



AIR PISTOLS

## SEMI-AUTOMATIC CO₂ AIR POWERED

SIG AIR™ Pistols are inspired by SIG SAUER centerfire pistols and designed with metal slides, rifled steel barrels, and the built-in performance advantages that are synonymous with SIG. With a SIG AIR Pistol, you have the ability to train anywhere, anytime.

.177 CAL PELLET

### SHARED FEATURES

- Full blowback pistol
- Ambidextrous manual safety (M17™)
- Cam Lever CO₂ loading system
- Picatinny accessory rail

Dry CO₂ canister sleeve (sold separately)

## M17

### AIR M17®
- Optic ready slide
- Ambidextrous manual safety
- Velocity up to 430 fps*

BASED ON THE M17, THE OFFICIAL HANDGUN OF ALL BRANCHES OF THE U.S. MILITARY

*Results may vary based on extra weight, temperature, or altitude.

### AIR P320
- Manual safety
- White dot sights
- Velocity up to 430 fps*

### AIR P226
- Cam Lever CO₂ loading
- White dot sights
- Up to 480 fps*

### AIR X-FIVE
- 20-d RPM pellet magazine
- Adjustable rear sight
- Up to 430 fps*

| AIR | SKU | Caliber | | | | | | | | Sights | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M17 | | .177 | | | | | | | | | | |
| P320 | | .177 | | | | | | | | | | |
| P226 | | .177 | | | | | | | | | | |
| X-FIVE | | .177 | | | | | | | | | | |

sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008893



# BB PISTOLS

## SEMI-AUTOMATIC CO² POWERED

The SIG AIR® line of BB pistols feature CO₂-powered duplicates of the most desired SIG SAUER centerfire pistols in a 4.5mm BB platform for the ability to train anywhere, anytime.

### SHARED FEATURES

- Full blowback metal pistol (Spartan, WTP)
- Blowback metal slide and polymer frame (P365)
- Ambidextrous manual safety
- 5" smooth bore barrel (Spartan, WTP)
- 3.5" smooth bore barrel (365™)

**365™ BB**
- 3.5" smooth bore barrel
- 3 DOT high visibility fixed sights
- SIG accessory rail
- Velocity up to 295 fps*

**1911 SPARTAN BB**
- 1913 accessory rail
- White dot sights
- Velocity up to 410*

**1911 WE THE PEOPLE BB**
- Distressed finish slide with 1776 Engraved on left, "We The People" engraved on right
- White dot sights
- Alloy rear grips
- Velocity up to 410*

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008894

# SIG AIR® ACCESSORIES

## ENGINEERED TO A NEW STANDARD OF PERFORMANCE

### REFLEX SIGHT

Designed for fast, responsive target acquisition with the M17™ / M18™ PROFORCE® and M17 pellet pistol with a 22mm field of view. Mounting plates included to quickly and easily upgrade your SIG AIR pistol.



SIG AIR
REFLEX SIGHT

### HAND PUMP

The SIG AIR High-Pressure Hand Pump provides an affordable, reliable, and inexpensive method for filling your PCP airguns. For use with the 13 cu. in. tank on the SIG VIRTUS PCP rifle, but made to work with any brand of PCP gun with a male Foster quick-disconnect fitting. The 3-stage pump goes up to 4800 psi and includes an integral air pressure gauge.




### SHOOTING TARGETS

Whether you are training in your garage, basement, or back yard, there is a SIG AIR Target to suit your training needs.




### PELLETS

**PRECISION MEETS PERFORMANCE**

SIG AIR® lead pellets offer a variety of shapes for all uses and differing levels of shooters. Options for shooting paper targets, or metal field targets and silhouettes, SIG AIR pellets will fit the needs and performance required for every shooter.



ZERO™

DAGGER™



VENOM™

MATCH™

### AIR CYLINDERS

**PREMIUM AIRGUN PERFORMANCE**

Available high quality, $CO_2$ cylinders and PCP air tank provide solid platforms for consistency and reliability. The use of SIG premium air cylinders for your SIG AIR products will ensure long lasting SIG performance.




90g $CO_2$ cylinder

Re-gridded 13ci high-pressure air cylinder

12g $CO_2$ cylinder

### MAGAZINES

**ELEVATE YOUR FIREPOWER**

Utilizing a variety of different style magazines with innovative features, such as cam lever loading and the patented Rapid Pellet Magazine (RPM). SIG AIR magazines are engineered to elevate performance and firepower in all of your SIG AIR products.

![SIG RPM™ RAPID PELLET MAGAZINE]



30-round RPM™ magazine (Rapid Pellet Magazine)

M17 20-round RPM magazine

P365 steel BB magazine

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008895



SIG SAUER ACADEMY

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008896



# SIG SAUER ACADEMY

© LEARN MORE AT SIGSAUERACADEMY.COM

sigsauer.com

## TRAIN WITH THE PROFESSIONALS



### WE'LL MAKE YOU A BETTER SHOOTER. GUARANTEED.

With a team of world class instructors, from a broad range of backgrounds, the SIG SAUER Academy provides the finest firearms and tactics training available today. Using our objective and performance-based training methods, we can help develop and expand the abilities of virtually any level of firearms user.

Our expert staff of instructors has the unique ability and experience allowing them to train all types of firearms users, from civilians to law enforcement agencies, including elite military.

The SIG SAUER Academy is committed to delivering the best, most realistic, fundamentally sound training experience possible. We'll make you a better shooter. Guaranteed.

### FOR COURSE DESCRIPTIONS, SCHEDULES, AND MORE, VISIT
**SIGSAUERACADEMY.COM**

### FACILITIES

The SIG SAUER Academy™ offers 140 acres of state-of-the-art indoor and outdoor training facilities. We have developed a variety of ranges and infrastructure allowing us to create almost any type of environment and to prepare for practically any situation. Facilities include:

- 26 Different Live Fire Ranges
- 1,000 Yard Rifle Range
- 2 Live Fire Shoot houses
- Indoor Pistol and Rifle Ranges
- 270 Degree Range
- Tactical Training with Breaching Capabilities
- Obstacle Course
- Vehicle Defense Range

Additionally, the SIG SAUER Academy is home to the factory-direct SIG SAUER Pro Shop, displaying the entire line of SIG SAUER pistols, rifles, electro-optics, suppressors, ammunition, airguns, accessories, and apparel.

### PRIVATE AND MOBILE TRAINING

The SIG SAUER Academy is dedicated to providing the highest level of training available, tailored to fit any individual or organized group. We provide customized, private classes at our Academy, or we can take our expert training to a private location upon request.

Private classes for corporate and executive clients, government agencies and private groups, as well as for individuals, are available either as a standard course listed on our website or as a custom class designed to your specific needs. Private instruction ranges from foundational shooting tutorials to advanced dynamic tactics in a one-on-one or group learning environment.

### INTERNATIONAL CUSTOMERS

The SIG SAUER Academy has a diverse staff of expert, bilingual instructors who provide the highest level of training and instruction to international civilian and military/law enforcement customers.

SIG SAUER Academy staff has consistently trained with some of the world's most elite counterterrorism units, providing expert instruction across a wide range of training needs. Our staff and facilities can provide any level of instruction needed to international clients, and can provide all of the necessary equipment and materials, including all tactical equipment and firearms, no matter what manufacturer or platform is required.

## ABOUT OUR COURSES



### PISTOL/RIFLE/SHOTGUN/PRECISION SCOPED RIFLE

The SIG SAUER Academy has programs that are designed to achieve results across a broad range of platforms, from pistols and rifles, to shotguns and precision long-range shooting. All courses are taught from a foundational level and have a progression structure allowing students to develop their skills at their own pace. Depending on your personal training objectives, we offer classes for personal and home defense, individual skill building, and instructor certification.



### ADVANCED TRAINING

Advanced training courses are designed to take a student's skills to an extremely high level. These classes help provide students the knowledge, skills, and confidence to improve their performance and decision-making in a high-risk, high-stress environment. These courses include specific subjects such as low light pistol and rifle, advanced medical training, executive protection, as well as vehicle and scenario-based training.



### ARMORER

SIG SAUER is one of the many major manufacturers which offers civilian armorer's courses. Our armorer's certification gives students a complete and thorough understanding of SIG SAUER firearms, including proper maintenance techniques, and inspection processes. These courses are designed to provide all of the necessary information to preserve the firearms factory warranty. Students who successfully complete these courses receive a three-year armorer certification.

### LAW ENFORCEMENT/MILITARY

SIG SAUER Academy is dedicated to providing the highest level of global training for military and law enforcement professionals. Courses include specific subjects such as bus and vehicle assault, night vision, breaching, and direct threat care. Any course can be conducted remotely or customized to meet agency or department needs. Custom course design and implementation allow for any desired capability and duration of training. The SIG SAUER Academy also has physical fitness facilities available to visiting groups at no charge.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008897



# SIG SAUER ACADEMY

## MORE THAN TRAINING. A DESTINATION.

SIG SAUER ACADEMY™ is located in the Seacoast region of New Hampshire, just an hour north of Boston, and an hour south of Portland, Maine. New Hampshire is home to 18 miles of New England coastline and beaches, and is situated approximately an hour away from several top-rated ski resorts in the White Mountains. Nearby historic Portsmouth is a favorite tourist destination, featuring nationally-recognized restaurants and cuisine, outdoor sight-seeing activities, local boutiques, tax-free shopping, and a thriving nightlife. There are several major transportation hubs allowing easy access along with a wide variety of accommodations available nearby.

### PRO SHOP

The SIG SAUER Academy Pro Shop is a full-service, factory-direct retail store open to the public, located on the grounds of the SIG SAUER Academy. The Pro Shop features the entire line of SIG SAUER pistols, rifles, electro-optics, suppressors, ammunition, airguns, accessories, and apparel and also has armorer's services available on-site. The Pro Shop staff are highly trained and can provide expert advice on all the latest SIG SAUER products.





### ACCOMMODATIONS

Through partnership with SIG SAUER®, we offer special rate arrangements with local hotels in Exeter, Dover, and Portsmouth NH, all within 10-30 minutes of the Academy.



### TRANSPORTATION

The SIG SAUER Academy is approximately 30 minutes east of Manchester, New Hampshire Airport (MHT), and approximately an hour north of Boston International Airport (BOS) in Massachusetts. Some SIG SAUER partner hotels also offer students free shuttle access to and from the Academy.

### EXETER

Boasting tree-lined streets and a wealth of historical architecture, Exeter is a quick 10 minutes from the Academy and hosts three of our preferred hotels. With ample restaurants, shopping and night life, this picturesque river town is a convenient place to stay while training at the Academy and is roughly 10 miles inland from the coast.



### PORTSMOUTH

Venture into downtown Portsmouth, where you'll find a steady mix of modern and historic flair. From cobblestone-lined streets and historic buildings, to waterfront dining and local breweries, Portsmouth is not to be missed while here.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008898



# TEAM SIG

**A TEAM OF THE HIGHEST CALIBER, COMMITTED TO EXCELLENCE**

The mission of Team SIG is to support the development and production of the SIG SAUER® P320® pistol platform, the complete SIG SAUER rifle product line, SIG SAUER Electro-Optics, and SIG SAUER Ammunition. Team SIG works closely with the SIG SAUER engineers throughout the development and design of all SIG SAUER products to ensure every shooter enjoys the features that the Team SIG professional shooters demand.

## ABOUT OUR SHOOTERS

  

### MAX MICHEL – TEAM CAPTAIN

Max Michel, Jr. is one of the most dominant shooters in the world today and is recognized as a top-tier athlete and instructor. Max is a Guinness World Record holder and International Practical Shooting Confederation World Champion. He holds 8 World Speed Shooting Championships, 12 USPSA National Championships, 5 US Steel National Championships, is a 4-time Carry Optics National Champion, and holds more than 200 additional major championship victories. As an international competitor Max has represented the U.S.A. in the last seven IPSC World Shoots and returned home bearing gold each time and is set to compete once again in 2020 for Team U.S.A.

For Team SIG Max focuses primarily on carry optics competition, and as Team SIG Captain he serves as a mentor for Team SIG and is a premier brand ambassador for SIG SAUER®. Max is a U.S. Army Veteran.

**Pistol:** P320® X Five™
**Optic:** ROMEO3™ or ROMEO3MAX™
**Ammo:** Match Elite 9mm

### LENA MICULEK – PRO SHOOTER

Regarded as the top female 3-Gun competitor in the world, Lena dominates both 3-Gun and PCC competition. Lena entered into the competitive shooting world in 2005 with five consecutive Sportsman's Team Challenge Sub-junior and Junior Division national titles, and at 17 years old she won her first World Champion title. Since turning pro, Lena has earned more than 75 major wins including back-to-back NRA World Shoot "High Lady" titles, a "High Lady" title for carry optics, and 8 world titles. Additionally, in pistol caliber carbine (PCC) competition Lena is breaking barriers for female professional shooters. She is a two-time national female champion for PCC and was the first female to earn a top-five finish in PCC and was the first female to win Master Class for PCC.

For Team SIG Lena competes primarily in pistol caliber carbine (PCC)and 3-Gun competition.

**Pistol:** P320® X Five™
**Rifle:** SIG MPX® VTC
**Optic:** ROMEO3™ and TANGO4T™
**Ammo:** 9mm & 5.56 83mm¹ March 3, 2021 Version 1.B87

### DANIEL HORNER – PRO SHOOTER

Daniel Horner is a multi-discipline World Champion shooter having captured over 125 championship titles at the world, national, regional, and state level. His titles include: 2019 All Army Champion, 10 USPSA Multi-Gun National Championships, 4 3-Gun National Championships, 2 International Sniper Competitions, 2 IDPA National Championships, an IPSC Shotgun National Championship, an NRA World Shooting Championship, and many more. Daniel is a U.S. Army Veteran and was recruited to the Army to join the U.S. Army Marksmanship Unit (USAMU), where he became one of the most decorated shooters in team history. He served as the Coach of the USAMU Action Shooting Team, and during his service was twice selected as the Military Marksmanship Association Soldier of the Year.

For Team SIG Daniel competes primarily in 3-gun and long-range rifle competition.

**Pistol:** P320 X FIVE with iron sights
**Rifle:** SAT ML40™
**Optic:** TANGO6T™
**Ammo:** March 3.56 Carbon March LT20 Version LT20

**SIG SAUER | 2021 | PRODUCT CATALOG**

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008899



# PISTOL ACCESSORIES

**P320® PRO-CUT SLIDES**
Factory replacement PRO-CUT slide assembly for the P320 9mm.

**P320 GRIP MODULES**
Engineered to fit your hand and your P320

SIG SAUER SMALL PARTS SHOPPERS

Now you can purchase small parts for select SIG SAUER firearms quickly and easily online at the SIG SAUER Webstore.
The SIG SAUER Small Parts Shopper is exclusive to sigsauer.com and intuitively navigates for upper or lower components of select SIG SAUER firearms so you can get the parts you need.

**PISTOL BARRELS**
SIG SAUER factory made pistol barrels.

**P320® AXG™ GRIP MODULE**
Give your P320 a metal gun feel with the AXG Grip Module and customized grip panels/inserts.

**P320 X-CHANGE KITS**
The modular pistol has arrived. Removing P320 fire control group unlocks hundreds of combinations.

**P320 TXG™ GRIP MODULE**
The weight of steel and the flex of polymer

**PISTOL TRIGGER UPGRADES**
Introducing the next level in precision to Classic and P320 pistols.

**PISTOL MAGAZINES**
Original factory magazines designed specifically for SIG SAUER® pistols.

**PISTOL PART KITS**
Keep your favorite firearm running like new.

SIG-GLASSCOCK00008803     SIG-GLASSCOCK00008900



# RIFLE ACCESSORIES

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008901

Case 6:22-cv-03095-MDH    Document 154-2    Filed 03/31/25    Page 155 of 213



# SPEC1™

## COMPLETE PREMIUM CARE SYSTEM

SIG SAUER SPEC1, a premium firearm cleaning system. SPEC1 is a non-toxic, non-hazardous, pure synthetic-based lubricant with no Teflon®, silicones, or petroleum distillates. SPEC1 is formulated to reduce heat and wear, and to keep firearms running smoother and lasting longer. SPEC1 will not attract dust, dirt and sand, or feel sticky and tacky like most petroleum-based products on the market today. This synthetic lubricant will not dry up, freeze in cold temperatures, or allow carbon, copper, and plastic wad fouling to stick in the barrels or to gun parts. This non-toxic, non-hazardous formula is completely safe for the end user during application, cleaning, and firing.

### PREMIUM BLEND
- Pure synthetic based lubricant with no Teflon®, silicones, or petroleum distillates
- Available in 2oz and 4oz bottles

### PREMIUM BLEND GREASE
- Similar properties as the premium blend but in a grease for difficult service areas or areas that require grease.
- 100% synthetic

### PREMIUM BLEND 30 HEAVY DUTY
- Pure synthetic based lubricant with no Teflon®, silicones, or petroleum distillated
- Available in 2oz and 4oz bottles
- 30 WT equivalent

### SPEC1 PISTOL CLEANING KIT
- Premium components to aid in cleaning and to resist present damage to your SIG SAUER pistol
- Pair this with your favorite SPEC1 lubricant to perform factory recommended cleaning
- Deluxe Kit Includes: two-piece rod, aluminum CNC swivel rod handle, muzzle guard, bronze picks, brushes, pistol mop, brass jag, and patch holder for 9, .357, 40, and .45 cal pistol.

### PREMIUM CLEANING SYSTEM
- Premium bore solvent that removes carbon, lead, and plastic
- Premium firearm cleaner / degreaser
- Premium blend firearm lubricant

# SIG MERCHANDISE

Show your SIG pride with a full line of SIG SAUER apparel, hats, and branded accessories. Choose from a wide range of sizes, men's or women's, and a variety of styles. There's something for everyone.

### MITCH ROSEN™ LEATHER HOLSTERS
- Superior quality protection
- Professional level concealed carry
- Custom fit and function
- Handmade in the U.S.A.

### BLACKPOINT™ TACTICAL HOLSTERS
- BlackPoint manufactured Kydex™
- Quality, comfort and conceal-ability
- Built specifically for SIG pistols
- Made in the U.S.A.

### BRANDED HATS
- SIG circle U.S.A. hat
- SIG Kryptek camo hat
- Flexfit™ hats
- Snap back hats

### AXIL TRACKR™ BLU ELECTRONIC BLUETOOTH EAR MUFFS
- Hearing enhancement, hearing protection, and 5.0 Bluetooth
- 40 dB gain/amplification
- AutoBlocker technology shuts off all sounds over 80 dB
- Sweat and water resistant

### EYE PROTECTION
- SIG SAUER branded
- Clear polymer
- Adjustable arms
- Ballistic rated

### APPAREL
- SIG SAUER T-shirts
- Pullover hoodies
- Zipper pullovers
- Belts

### KERSHAW® DROP POINT FOLDER
- Produced by Kershaw and co-branded SIG SAUER
- 14C28N Sandvik Steel 3" Blade
- Pocket clip can be configured for tip-up or tip-down carry
- SpeedSafe® assisted flipper

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008902

# PISTOL / RIFLE AMMUNITION





## ELITE DEFENSE — V-CROWN

| Caliber | Bullet Weight (grains) | Velocity in FPS | Energy in FT-LBS | Trajectory in Inches | Product SKU |
|---|---|---|---|---|---|
| 380 AUTO | 90 | | | | |
| 9MM LUGER (365) | 115 | | | | |
| 9MM LUGER +P | 124 | | | | |
| 9MM LUGER | 115 | | | | |
| 9MM LUGER | 124 | | | | |
| | 147 | | | | |
| 357 SIG | 125 | | | | |
| 38 SUPER +P | 125 | | | | |
| 38 SPL +P | 125 | | | | |
| 357 MAG | 125 | | | | |
| 40 S&W | 165 | | | | |
| | 180 | | | | |
| 10MM AUTO | 180 | | | | |
| | 185 | | | | |
| 45 AUTO | 200 | | | | |
| | 230 | | | | |
| 44 S&W SPL | 200 | | | | |
| 44 REM MAG | 240 | | | | |
| 45 LONG COLT | 230 | | | | |



## MATCH — V-CROWN

| Caliber | Bullet Weight (grains) | Velocity in FPS | Energy in FT-LBS | Trajectory in Inches | Product SKU |
|---|---|---|---|---|---|
| 9MM LUGER | 147 | | | | |



## PISTOL — FMJ

| Caliber | Bullet Weight (grains) | Velocity in FPS | Energy in FT-LBS | Trajectory in Inches | Product SKU |
|---|---|---|---|---|---|
| 380 AUTO | 100 | | | | |
| 9MM +P LEAD-FREE FRANGIBLE | 90 | | | | |
| 9MM LUGER (365) | 115 | | | | |
| 9MM LUGER | 115 | | | | |
| | 124 | | | | |
| | 147 | | | | |
| 357 SIG | 125 | | | | |
| 38 SUPER +P | 125 | | | | |
| 38 SPL | 125 | | | | |
| 357 MAG | 125 | | | | |
| 40 S&W | 180 | | | | |
| 10MM AUTO | 180 | | | | |
| 45 AUTO | 230 | | | | |



## RIFLE — FMJ

| Caliber | Bullet Weight (grains) | Velocity in FPS | Energy in FT-LBS | Trajectory in Inches | Product SKU |
|---|---|---|---|---|---|
| 223 REM | 55 | | | | |
| 5.56 NATO | 55 | | | | |
| 308 WIN | 150 | | | | |
| 300 BLK | 125 | | | | |



## FURY — ACCUBOND

| Caliber | Bullet Weight (grains) | Velocity in FPS | Energy in FT-LBS | Trajectory in Inches | Product SKU |
|---|---|---|---|---|---|
| 277 FURY | 150 | | | | |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008809

Case 6:22-cv-03095-MDH    Document 154-2    Filed 03/31/25    Page 157 of 213

# RIFLE AMMUNITION







## MARKSMAN / ELITE

| Caliber | Bullet Weight (grains) | Bullet Type | Ballistic Coefficient (BC) | Velocity in FPS | Energy in FT-LBS | Trajectory in Inches | Product SKU |
|---|---|---|---|---|---|---|---|
| 223 REM | 77 | OTM | 0.361 | | | | |
| 5.56 NATO | 77 | OTM | 0.362 | | | | |
| 300 BLK | 125 | OTM | | | | | |
| 300 BLK SUBSONIC | 220 | OTM | 0.608 | | | | |
| 6 MM CREEDMOOR | 107 | OTM | 0.527 | | | | |
| 6.5 CREEDMOOR | 140 | OTM | 0.577 | | | | |
| 260 REM | 140 | OTM | 0.526 | | | | |
| 308 WIN | 168 | OTM | 0.462 | | | | |
| 30-06 | 175 | OTM | 0.496 | | | | |
| 300 WIN MAG | 190 | OTM | 0.557 | | | | |

## ELITE SERIES — TIPPED VAP

| Caliber | Bullet Weight (grains) | Bullet Type | Ballistic Coefficient (BC) | Velocity in FPS | Energy in FT-LBS | Trajectory in Inches | Product SKU |
|---|---|---|---|---|---|---|---|
| 223 REM | 60 | TIPPED | 0.340 | | | | |
| 22-250 REM | 60 | TIPPED | 0.340 | | | | |
| 243 WIN | 90 | TIPPED | 0.370 | | | | |
| 300 BLK SUBSONIC (9" BARREL) | 205 | TIPPED | 0.640 | | | | |

## ELITE SERIES — ACCUBOND

| Caliber | Bullet Weight (grains) | Bullet Type | Ballistic Coefficient (BC) | Velocity in FPS | Energy in FT-LBS | Trajectory in Inches | Product SKU |
|---|---|---|---|---|---|---|---|
| 6.5 CREEDMOOR | 140 | ACCUBOND | 0.509 | | | | |
| 308 WIN | 165 | ACCUBOND | 0.475 | | | | |
| 270 WIN | 130 | ACCUBOND | 0.509 | | | | |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008904

Case 6:22-cv-03095-MDH     Document 154-2     Filed 03/31/25     Page 158 of 213

# RIFLE AMMUNITION



## ELITE SERIES — COPPER



| CALIBER | Bullet Weight (grains) | Bullet Type | Ballistic Coefficient (G1) | Velocity in FPS (MUZZLE / 100 YDS / 200 YDS / 300 YDS / 400 YDS) | Energy in FT-LBS (MUZZLE / 100 YDS / 200 YDS / 300 YDS / 400 YDS) | Trajectory in Inches (100 YDS / 200 YDS / 300 YDS / 400 YDS) | Product SKU |
|---|---|---|---|---|---|---|---|
| 223 REM | 60 | HT | 0.240 | 3100 / 2704 / 2340 / 2006 | 1280 / 974 / 730 / 556 | 0.0 / -1.8 / -10.0 | E223H1-20 |
| 300 BLK | 120 | HT | 0.280 | 2360 / 1971 / 1726 / 1501 | 1340 / 1042 / 794 / 600 | 0.0 / -6.0 / -23.6 | E300H1-20 |
| 243 WIN | 80 | HT | 0.320 | 3425 / 3101 / 2801 / 2520 | 2083 / 1708 / 1393 / 1128 | 0.0 / -0.6 / -6.7 | E243H1-20 |
| 6MM CREEDMOOR | 80 | HT | 0.340 | 3375 / 3073 / 2791 / 2499 | 2024 / 1675 / 1372 / 1100 | 0.0 / -0.7 / -5.9 | E6MMCH1-20 |
| 6.5 CREEDMOOR | 120 | HT | 0.380 | 2825 / 2586 / 2359 / 2143 | 2126 / 1781 / 1482 / 1224 | 0.0 / -2.2 / -10.7 | E65CH1-20 |
| 308 WIN | 150 | HT | 0.400 | 2900 / 2659 / 2446 / 2239 | 2601 / 2172 / 1897 / 1670 | 0.0 / -1.9 / -9.8 | E308H1-20 |
| 260 REM | 120 | HT | 0.380 | 2980 / 2638 / 2408 / 2190 | 2210 / 1684 / 1545 / 1278 | 0.0 / -2.0 / -10.0 | E260H1-20 |
| 270 WIN | 130 | HT | 0.380 | 3050 / 2798 / 2560 / 2335 | 2085 / 2260 / 1892 / 1573 | 0.0 / -1.4 / -8.2 | E270H1-20 |
| 30-06 SPRG | 150 | HT | 0.400 | 2900 / 2649 / 2984 / 2153 | 2801 / 2337 / 1609 / 1544 | 0.0 / -1.7 / -10.0 | E3006H1-20 |
| 300 WIN MAG | 165 | HT | 0.410 | 3110 / 2873 / 2649 / 2455 | 3543 / 3024 / 2570 / 2172 | 0.0 / -1.2 / -7.4 | E3WMH1-20 |

## ELITE SERIES — TIPPED



| CALIBER | Bullet Weight (grains) | Bullet Type | Ballistic Coefficient (G1) | Velocity in FPS (MUZZLE / 100 YDS / 200 YDS / 300 YDS / 400 YDS / 500 YDS) | Energy in FT-LBS (MUZZLE / 100 YDS / 200 YDS / 300 YDS / 400 YDS / 500 YDS) | Trajectory in Inches (100 YDS / 200 YDS / 300 YDS / 400 YDS / 500 YDS) | Product SKU |
|---|---|---|---|---|---|---|---|
| 243 WIN | 90 | | 0.490 | 3115 / 2916 / 2725 / 2541 / 2367 / 2199 | 1939 / 1699 / 1484 / 1292 / 1120 / 966 | 0.0 / -1.1 / -6.9 / -18.0 / -35.4 | E243TH2-20 |
| 6 MM CREEDMOOR | 100 | | 0.515 | 2830 / 2786 / 2655 / 2441 / 2277 / 2120 | 1950 / 1724 / 1512 / 1322 / 1151 / 998 | 0.0 / -1.5 / -8.1 / -20.5 / -39.7 | E6MMCTH2-20 |
| 6.5 CREEDMOOR | 130 | | 0.510 | 2850 / 2670 / 2496 / 2329 / 2169 / 2015 | 2344 / 2051 / 1788 / 1566 / 1357 / 1171 | 0.0 / -1.9 / -9.4 / -23.3 / -44.5 | E65CTH2-20 |
| 260 REM | 130 | Lead Core Tipped | 0.510 | 2820 / 2641 / 2468 / 2303 / 2143 / 1990 | 2295 / 2010 / 1769 / 1530 / 1326 / 1143 | 0.0 / -2.0 / -9.7 / -24.0 / -45.9 | E260TH2-20 |
| 270 WIN | 140 | | 0.508 | 2950 / 2765 / 2587 / 2416 / 2252 / 2093 | 2705 / 2376 / 2080 / 1814 / 1576 / 1362 | 0.0 / -1.5 / -8.3 / -21.0 / -40.6 | E270TH2-20 |
| 7MM REM MAG | 150 | | 0.575 | 3000 / 2634 / 2674 / 2500 / 2871 / 2227 | 2897 / 2675 / 2381 / 2115 / 1872 / 1651 | 0.0 / -1.3 / -7.5 / -19.2 / -37.1 | E7MHTH2-20 |
| 308 WIN | 165 | | 0.580 | 2840 / 2667 / 2500 / 2333 / 2184 / 2035 | 2955 / 2605 / 2389 / 2004 / 1747 / 1517 | 0.0 / -1.8 / -9.4 / -23.2 / -44.3 | E308TH2-20 |
| 30-06 SPRG | 165 | | 0.580 | 2950 / 2772 / 2605 / 2437 / 2278 / 2126 | 3188 / 2815 / 2479 / 2175 / 1907 / 1658 | 0.0 / -1.5 / -8.2 / -20.7 / -40.0 | E3006TH2-20 |
| 300 WIN MAG | 180 | | 0.515 | 2960 / 2777 / 2601 / 2482 / 2269 / 2112 | 3501 / 3081 / 2703 / 2363 / 2057 / 1783 | 0.0 / -1.5 / -8.2 / -20.7 / -40.0 | E3WMTH3-20 |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008905

Case 6:22-cv-03095-MDH    Document 154-2    Filed 03/31/25    Page 159 of 213

# ELECTRO-OPTICS SPECS

## SIERRA6™ BDX

The specification table is too low-resolution to read reliably.

## SIERRA3™ BDX

The specification table is too low-resolution to read reliably.

## KILO8BDX™

The specification table is too low-resolution to read reliably.

## KILO™

The specification table is too low-resolution to read reliably.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008906

Case 6:22-cv-03095-MDH     Document 154-2     Filed 03/31/25     Page 160 of 213

# ELECTRO-OPTICS SPECS

## SIERRA® BDX 2.0™ / KILO®

**COMBO KITS**



## TANGO6T™

## TANGO6™

## TANGO4™

FALLPROPORTIONS SUBJECT TO CHANGE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008907

Case 6:22-cv-03095-MDH     Document 154-2     Filed 03/31/25     Page 161 of 213

# ELECTRO-OPTICS SPECS

## WHISKEY3™

(specifications table — illegible)

## BRAVO™

(specifications table — illegible)

## ECHO™

(specifications table — illegible)

## FOXTROT™

(specifications table — illegible)

## JULIET™

(specifications table — illegible)

## LIMA™

(specifications table — illegible)

SIG SAUER | 2021 | PRODUCT CATALOG

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008908

Case 6:22-cv-03095-MDH     Document 154-2     Filed 03/31/25     Page 162 of 213

# ELECTRO-OPTICS SPECS

**ROMEO™**

| Model | Magnification | Eye Relief | Objective Clear Aperture | Red Dot Size | Illumination Settings | Elevation Adjustment Range | Windage Adjustment Range | Weight | | Length | | Width | | Height | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ROMEO™** (right column, continued)

| Model | Magnification | Eye Relief | Objective Clear Aperture | Red Dot Size | Illumination Settings | Elevation Adjustment Range | Windage Adjustment Range | Weight | | Length | | Width | | Height | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**OSCAR™**

| Model | Magnification | Exit Pupil | Clear Aperture | Close Focus Distance | Eye Relief | Linear FOV M at 1000 Yards | Linear FOV M at 1000 M | Angular FOV | Waterproof Level @ 1 M Eye Piece Attached | Weight | | Length | | Width | | Height | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**XRAY™**

| Model | Housing | Illumination | Front Sight | Rear Sight | Sight Picture |
|---|---|---|---|---|---|

**ZULU™**

| Model | Magnification | Exit Pupil | Clear Aperture | Close Focus Distance | Interpupillary Distance | Diopter Range | Eye Relief | Linear FOV FT @ 1000 Yards | Linear FOV M @ 1000 M | Angular FOV | Weight | | Length | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008909

Case 6:22-cv-03095-MDH    Document 154-2    Filed 03/31/25    Page 163 of 213

# SIG AIR® SPECS

**SIG AIR PISTOLS**



# SIG AIR® SPECS

**SIG AIR RIFLES**

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008910

Case 6:22-cv-03095-MDH     Document 154-2     Filed 03/31/25     Page 164 of 213

# PISTOL SPECS

Any unexpected goes solution to you means.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008911

# RIFLE SPECS

| Rifle Models | Caliber | Action Type | Operating System | Stock Type | Forend Type | Weight w/o Mag | Overall Length | Collapsed Length | Folded Length | Barrel Length | Rifling | Trigger Type | Mag Type | Mag Capacity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SIG MCX VIRTUS** | | | | | | | | | | | | | | |
| SIG MCX VIRTUE HYDROG | 5.56 NATO | Semi-Auto | Gas Piston Working Bolt | Req Mini Telescoping | Free-Float M-LOK | | | | | | | | AR-15 Type | |
| PHTCX VIRTUE PCB 9.5" | 5.56 NATO | Semi-Auto | Gas Piston Working Bolt | Folding Telescoping BCB | Free-Float M-LOK | | | | | | | | AR-15 Type | |
| MCX VIRT PCB 9" | 300 BLK | Semi-Auto | Gas Piston Working Bolt | Folding Telescoping PCB | Free-Float M-LOK | | | | | | | | AR-15 Type | |
| **SIG MCX RATTLER** | | | | | | | | | | | | | | |
| SIG MCX RATTLER SBR | 300 BLK | Semi-Auto | Gas Piston Working Bolt | Folding | Free-Float M-LOK | | | | | | | | AR-15 Type | |
| SIG MCX RATTLER SBR | 5.56 NATO | Semi-Auto | Gas Piston Working Bolt | Folding | Free-Float M-LOK | | | | | | | | AR-15 Type | |
| SIG MCX RATTLER PCB | 300 BLK | Semi-Auto | Gas Piston Working Bolt | Folding PCB | Free-Float M-LOK | | | | | | | | AR-15 Type | |
| SIG MCX RATTLER NCB | 5.56 NATO | Semi-Auto | Gas Piston Working Bolt | Folding PCB | Free-Float M-LOK | | | | | | | | AR-15 Type | |
| SIG MCX RATTLER CANEBRAKE | 300 BLK | Semi-Auto | Gas Piston Working Bolt | Folding PCB | Free-Float M-LOK | | | | | | | | AR-15 Type | |
| **SIG MPX** | | | | | | | | | | | | | | |
| SIG MPX KCC | 9mm | Semi-Auto | Gas Piston Working Bolt | Folding | Free-Float M-LOK | | | | | | | Single Stage Timney | none | |
| SIG MPX PCB | 9mm | Semi-Auto | Gas Piston Working Bolt | Folding PCB | Free-Float M-LOK | | | | | | | Single Stage Timney | none | |
| SIG MPX COPPERHEAD PCB | 9mm | Semi-Auto | Gas Piston Working Bolt | Telescoping PCB | none | | | | | | | Single Stage Timney | none | |
| SIG MPX COPPERHEAD w PCB | 9mm | Semi-Auto | Gas Piston Working Bolt | Telescoping PCB | none | | | | | | | Single Stage Timney | none | |
| **SIGM400** | | | | | | | | | | | | | | |
| SIGM400 TREAD | 5.56 NATO | Semi-Auto | Direct Gas Impingement | 6-Position Telescoping | Free-Float M-LOK | | | | | | | Standard Trigger | AR-15 Type | |
| SIGM400 TREAD PISTOL | 5.56 NATO | Semi-Auto | Direct Gas Impingement | Telescoping Brace | Free-Float M-LOK | | | | | | | Standard Trigger | AR-15 Type | |
| **SIG716G2** | | | | | | | | | | | | | | |
| SIG716 TREAD | 7.62 NATO | Semi-Auto | Direct Gas Impingement | 6-Position Telescoping | Free-Float M-LOK | | | | | | | Standard Trigger | DPMS Type | |
| **CROSS BOLT RIFLE** | | | | | | | | | | | | | | |
| CROSS BOLT | 6.5 CM | Bolt Action | N/A | SIG Precision Chassis | Free-Float M-LOK | | | | | | | 2 Stage Match | AICS | |
| CROSS BOLT | .308 WIN .277 FURY | Bolt Action | N/A | SIG Precision Chassis | Free-Float M-LOK | | | | | | | 2 Stage Match | AICS | |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008912



SIG SAUER, Inc. • 72 Pease Boulevard • Newington, NH 03801 USA • +1 (603) 610-3000
An ISO 9001:2015 Registered Company. Manufacturing in the U.S.A.

sigsauer.com

MKT0008

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008913

# Tom Taylor Declaration
# Ex. K



**Detective sues Sig Sauer after she says her holstered P320 handgun nearly killed her**

Gunmaker has previously denied liability for similar claims involving the P320

By **David Scott**, **Gerry Wagschal**, **Knez Walker**, **Alexandra Myers**, and **Lauren Effron**
August 24, 2021, 1:52 PM





**Detective sues Sig Sauer after she says holstered P320 pistol seriously wounded her** Brittany Hilton says her P320 was holstered in her purse when it fired unexpectedly. Nine lawsuits are pending against Sig Sauer for similar claims. The gunmaker has previously denied liability.

Det. Brittney Hilton had no idea she had just been shot. All she said she felt at first was an incredible amount of pain, and a "very sick feeling."

"I was cold at some points, shaking. The fear kind of takes over, the adrenaline takes over," Hilton told ABC News. "I just said, 'Am I going to die?'"

"I said, 'Please just tell my kids that I love them and don't let them find out on social media that I've been shot,'" she continued. "I didn't know if I was going to make it to the hospital."

Hilton, a mom of three who has been with the Bridge City, Texas, Police Department for 11 years, said the bullet came within one millimeter -- the edge of a penny -- from killing her.



Det. Brittney Hilton has filed a $15 million lawsuit against Sig Sauer.
ABC News

But what Hilton said she also didn't realize at first was that the bullet had come from her own service gun, a semi-automatic pistol called the P320. It was still holstered inside her purse, according to the police report.

Hilton is now suing gunmaker Sig Sauer over the December 2020 incident.

"Never, in my wildest dreams, would I have believed that my gun would just have shot me," she said. "Gun owners don't want to think that their gun can just go off without the trigger being pulled."

---

**MORE: One nation under fire: A week's glance at gun violence ripping across America→**

---

Sig Sauer's P320 is widely used by police departments across the country, and is a big seller in the civilian market, with about half a million sold nationwide.

But now, P320 is the subject of multiple lawsuits in connection with incidents like Hilton's, where owners claim the weapon fired without the trigger being pulled.

Hilton said she was inside the Bridge City Police station when her gun went off. She still has the purse with the bullet hole in the bottom.

"I picked up my bag, my keys were on top," she said. "As I walked around my desk, my purse swings out and it shoots out the bottom of my bag."



Det. Brittany Hilton says her P320 handgun was in its holster when it went off inside of her purse.
ABC News

It happened so fast, Hilton said, that she didn't process what was going on at first, but she smelled the gunpowder.

"And then I took one step, and I felt this pain. It felt like a hot rod of metal had just been placed not only in my private, but through my leg," she said. "and it [the bullet] exits out [of] my lower buttocks."

Hilton said she still has pain from her injury.

"There's never a point that I'm really not in pain unless I'm laying down," she said.



Det. Brittany Hilton shows the bullet hole in the bottom right corner of her purse that she says was caused by her holstered P320 handgun firing unprompted.

ABC News

Attorney Jeffrey Bagnell represents Hilton and several other police officers who have filed individual lawsuits against Sig Sauer over the P320.

"I think it's a very, very serious safety problem for law enforcement and for the public at large," Bagnell said. "I'm not aware of any other semi-automatic pistol today that has this problem."

Hilton's $15 million lawsuit said, "there have been 54 reported uncommanded discharges of the P320," meaning the gun went off by itself, over the last five years in 22 states and Washington, D.C.

Sig Sauer did not respond to ABC News' request for comment. The gunmaker has previously denied liability for these incidents and, in some cases, blamed the plaintiffs for negligence. The gunmaker said in an August 2017 press release that "the P320 meets and exceeds all U.S. standards for safety."

After Hilton's incident, the Bridge City Police Department had Sig Sauer examine the gun. In Sig Sauer's response to the Bridge City Police Department after Hilton's incident, the company contends that "a foreign object entered the trigger guard (causing) the pistol to discharge."



Det. Brittany Hilton's issued P320 handgun that she says went off while holstered inside of her purse.
ABC News

Hilton disputes that, saying the gun was holstered in her purse and that it would be near impossible for something to wedge inside the holster and be enough to pull the trigger.

"I'm very pro-gun," Hilton said. "But this gun is so dangerous, and it just scares me that there are so many out there that don't know the potential it has to go off."

There are currently 10 pending lawsuits against Sig Sauer for this particular firearm, all alleging the gun went off on its own. A number of those suing the gunmaker said they are in law enforcement with extensive firearms experience.

"It's not credible to claim that people with this amount of training, this amount of skill are all shooting themselves," Bagnell said. "These are experts. It's happening all over the country. … you would have to conclude there's a problem with the product, not with the people."

---

**MORE: Biden announces limited gun control actions, saying gun violence epidemic 'has to stop'**                                                    →

---



SIG P320 handguns are displayed at the SIG Sauer GmbH booth on the exhibit floor during the National Rifle Association (NRA) annual meeting in Louisville, Ky., on Friday, May 20, 2016.

Luke Sharrett/Bloomberg via Getty Images

Virginia Sheriff's Deputy Marcie Vadnais was injured in 2018 when she said her P320 handgun went off on its own as she was removing the weapon from her belt, still in its holster. She said the bullet hit her in the thigh and shattered her femur.

Sig Sauer settled her lawsuit, without admitting wrongdoing, for an undisclosed amount of money the day after the jury heard Vadnais testify at the start of the trial.

Vadnais said she wants the gun off the market.

"I saw what it did to me. I saw what it did to my family. And I don't want that to happen to anybody else," she said.

Bagnell said he's been pressing Sig Sauer to recall the P320 for years, noting that firearms are not subject to any federal safety regulations.

"If this were a car, a phone, a refrigerator, it would've been recalled long, long ago," Bagnell said. "So I think it is unconscionable, given the number of incidents of this gun defectively discharging without a trigger pull would necessitate that someone order it to be recalled, and only Sig can do that."

While Sig Sauer has continued to dispute that there is anything wrong with the P320, the company offered what it called a "voluntary upgrade" in 2017, saying, "the upgraded P320 has lighter internal components, including a new thinner-profile trigger and a lighter sear and striker. These upgrades will enhance the protection against unintended discharges if the pistol is dropped."

Then the gunmaker began manufacturing all P320s with the upgrade.

Vadnais' P320 handgun was not the upgraded version, however, Hilton's P320 was the upgraded version and her lawyer is convinced the modifications have not fixed the problem.

"The defect has not been addressed," said Bagnell.

Peter Villani is a veteran police officer with 35 years of experience, including as a firearms instructor and a Sig Sauer-certified armorer -- someone who is certified to repair and inspect a firearm -- of the P320. He said he believes there are design flaws and manufacturing issues with the firearm.

"I carry Sig. I own Sig. I just don't own a [P]320, nor would I ever," he told ABC News, referring to all models of the P320 pistol, including the upgraded version.

Villani, who is an expert witness for Hilton in her lawsuit, said he began investigating the P320 after an officer in his police department was injured by an upgraded version of the gun.

He also referred to body camera footage captured in 2016 that shows an officer's P320 firing as he was getting out of his cruiser during a traffic stop.

"Something hit my leg," the officer can be heard saying on the video. "I don't know if I'm shot or what... I just for the life of me can't figure out how that went off."

A second officer whose body camera captured the incident responded: "Yeah, because there's no-- your seat belt wouldn't have--"

"No, the trigger was completely covered," the first officer said. "I don't know. I honestly don't know... I'm glad you're my witness."

"When I see videos of police officers getting out of their car and their weapon discharges in their holsters ... There's a problem with the gun," Villani said.

Firearms expert and ABC News consultant Joshua Harrison agrees there was a problem with the P320, but he believes it's been fixed.

"There were a lot of changes. It was expensive, and they would not have done that for no reason at all," Harrison told ABC News. "In my opinion, the only reason Sig would have done that is if they knew there was a safety problem with the original gun, otherwise they would not have done it."

Harrison said if indeed there are cases of the upgraded versions of the gun firing on their own, it is unclear what would be causing them to do so.

"I have not seen enough to convince me that the upgraded version's dangerous," Harrison said. "I do not have an explanation for why the updated version should have these complaints from trained individuals. If it's not legal momentum, then it would have to be some other mechanism of failure."

Still, there are at least two police departments that had safety concerns about the P320 and replaced it with a different gun.

In Philadelphia, the transit police SEPTA swapped out its P320s for Glocks after one of its officers had a P320 go off unexpectedly in 2019. The bullet in that case narrowly missed the officer and a woman nearby.

In Stamford, Connecticut, an officer sued Sig Sauer after he says he dropped his P320 and it shot him in the knee. That department replaced all P320s in 2017.

Hilton said her department in Bridge City is ordering new guns, but in the meantime, many of its officers still carry the modified version of the P320 pistol.



Brittany Hilton has three daughters between the ages of 13 to 20 years old. One of her daughters is currently in the U.S. Army and is using the military version of the P320.

Brittany Hilton

"I have a lot of anxiety every day [over this]," Hilton said. "The fact that I carried my purse into my house every single day and my children were at home ... Sig put their life at risk. Sig knows they put their life at risk."

She said she continues to live with the physical and emotional scars from her incident.

"I think that this gun needs to be removed from the shelf," Hilton said. "I hope it doesn't take something fatal, and I'm hoping by bringing awareness to the public that maybe it'll bring attention to Sig to say, 'Hey, this gun's an issue, and before it gets someone killed, take it off the shelf. Stop manufacturing this gun. Find a different solution.'"



**Flight Attendant Reveals How To Fly Business Class For The Price of Economy**
Online Shopping Tools

**Struggling With a Swollen Prostate? Do This Before Bed**
Wellness Wisdom Hub

**Urologists: Frequent Urination & Weak Stream? Do this Before Bed**
Prostate Health

Click Here

## Seniors Born 1941-1979 Receive 7 Benefits This Month If They Ask

NationalPenny

**Click Here**

## 2025 Senior SUV Is A True Head Turner (You'll Love The Price)

GoSearches | Search Ads

## Constant Throat Clearing And Coughing? Your Body Is Trying To Tell You This

SaneSolution

**Learn More**

## The Disadvantages Of A Reverse Mortgage Might Surprise You

Finance | Top Searcher Now

**Learn More**

## Top Dermatologist Begs Patients to Throw Away This Household Item

Blissy

**Learn More**

## Empty Cruises Departing From Virginia That Seniors Can Book For Cheap

GoSearches | Search Ads

**ABC News Network**   **About Nielsen Measurement**   **Children's Online Privacy Policy**   **Contact Us**

**Do Not Sell or Share My Personal Information**   **Interest-Based Ads**   **Privacy Policy**   **Terms of Use**   **Your US State Privacy Rights**

© 2025 ABC News

# Tom Taylor Declaration
# Ex. L

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

BRITTANY I. HILTON,                      §
                                         §
            *Plaintiff*,                 §
                                         §
v.                                       §
                                         §        CIVIL ACTION NO.  1:21-CV-00441-MJT
                                         §        JUDGE MICHAEL J. TRUNCALE
SIG SAUER, INC.,                         §
                                         §
            *Defendant*.                 §
                                         §

## <u>MEMORANDUM OPINION AND ORDER</u>

Before the Court are Defendant Sig Sauer, Inc.'s Rule 702 Motion to Exclude Evidence and Opinions of Plaintiff's Expert, Timothy Hicks [Dkt. 26], Rule 702 Motion to Exclude Evidence and Opinions of Plaintiff's Expert, Peter Villani [Dkt. 27], and Motion for Summary Judgment [Dkt. 28]. For the reasons set forth below, the Court grants Sig Sauer's motions.

## I.    BACKGROUND

Plaintiff Brittany Hilton, a Bridge City police officer, claims that she was injured when her department-issued Sig Sauer P320 pistol discharged a round into her upper thigh without its trigger being pulled. Ms. Hilton was carrying the loaded pistol in her purse, along with other loose items, when it discharged. Specifically, the firearm discharged in Ms. Hilton's purse as she walked around her desk in her office, just after she put a bottle of body spray into the purse and looped the purse over her arm. Ms. Hilton subsequently brought this suit against Sig Sauer, the manufacturer of the P320 pistol. Ms. Hilton's live claims are for strict product liability, negligence, and breach of implied warranty of merchantability.[1]

---

[1] In her Original Complaint, Plaintiff alleged additional causes of action for breach of express warranty and violations of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2308(a). [Dkt. 1 at 36–37]. She stipulated to the dismissal of these claims, with prejudice, however. *See* [Dkts. 8, 9].

## II.   *DAUBERT* MOTIONS

Sig Sauer seeks to exclude the testimony and opinions of Plaintiff's experts, Timothy Hicks and Peter Villani, on the grounds that they are unqualified and that their opinions are unreliable. Rule 702 of the Federal Rules of Evidence governs the admissibility of expert witness testimony. It provides: "A witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise" if:

> (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue;
>
> (b)  the testimony is based on sufficient facts or data;
>
> (c) the testimony is the product of reliable principles and methods; and
>
> (d) the expert has reliably applied the principles and methods to the facts of the case.

Fed. R. Evid. 702.

Whether an individual is qualified to testify as an expert is a question of law. *Mathis v. Exxon Corp.*, 302 F.3d 448, 460 (5th Cir. 2002) (citing Fed. R. Evid. 104(a)). "District courts must be assured that the proffered [expert] witness is qualified to testify by virtue of his 'knowledge, skill, experience, training, or education.'" *Wilson v. Woods*, 163 F.3d 935, 937 (5th Cir. 1999) (quoting Fed. R. Evid. 702). "A district court should refuse to allow an expert witness to testify if it finds that the witness is not qualified to testify in a particular field or on a given subject." *Id.* Experts need not be highly qualified to satisfy Rule 702 though.  *Huss v. Gayden*, 571 F.3d 442, 452 (5th Cir. 2009). "Differences in expertise bear chiefly on the weight to be assigned to the testimony by the trier of fact, not its admissibility." *Id.* But the "witness's qualifying training or experience, and resultant specialized knowledge" must be "sufficiently related to the issues and evidence before the trier of fact." *United States v. Wen Chyu Liu*, 716 F.3d 159, 167 (5th Cir. 2013)

2

(quoting 4 Jack B. Weinstein & Margaret A. Berger, Weinstein's Federal Evidence § 702.04(1)(b) (Joseph M. McLaughlin ed., 2d. 1997)).

In *Daubert*, the Supreme Court outlined four non-exclusive factors for courts to use when evaluating the reliability of expert testimony: (1) whether the expert's theory or technique can be or has been tested; (2) whether the theory or technique has been subjected to peer review and publication; (3) the known or potential rate of error of the challenged method; and (4) whether the theory or technique is generally accepted in the relevant scientific community. *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 593–94 (1993). When evaluating a *Daubert* challenge, a court's focus "must be solely on [the expert's] principles and methodology, not on the conclusions that they generate." *Id.* at 595.

While *Daubert* provides a "flexible inquiry" rather than a "definitive checklist," *id.* at 593, 595, it requires that "an expert bears the burden of furnishing some objective, independent validation of his methodology." *Brown v. Ill. Cent. R.R. Co.*, 705 F.3d 531, 536 (5th Cir. 2013) (internal quotation marks omitted). "Without more than credentials and a subjective opinion, an expert's testimony that 'it is so' is not admissible." *Hathaway v. Bazany*, 507 F.3d 312, 318 (5th Cir. 2007); *see also Brown*, 705 F.3d at 536 ("The expert's assurances that he has utilized generally accepted principles is insufficient.").

## A.  Timothy Hicks

Timothy Hicks is a mechanical engineer who spent most of his career in the automotive industry. [Dkt. 26-5]. While Hicks has never manufactured a firearm or a component of a firearm, he testified that his automotive experience required similar processes and approaches. [Dkt. 26-6 at 23:10–17]. He is not a gunsmith, nor has he ever taken any gunsmith courses or been employed by a company that manufactures firearms. *Id.* at 23:22–23:4. He also has never published anything

3

on the manufacture or design of a firearm. *Id.* at 24:5–10. Hicks has never seen a firearm assembled from an initial production standpoint, or manufactured. *Id.* at 25:8–13. And before his involvement with similar P320 cases in 2022, he had never looked at drawings or internal components of a pistol similar to the P320. *Id.* at 24:11–19.

Hicks' opinion is that if two conditions occurred, then Plaintiff's gun could have discharged without a trigger pull: (1) the striker had to have become disconnected from the sear; and (2) the safety lock had to have failed. [Dkt. 26-6 at 26:6–20]. This theory requires that "there has to be some type of motion or inertia or vibration to the to the firearm to make it discharge." *Id.* at 28:14–29:2. But he could not answer how much inertia or vibration would be required, *id.* at 29:3–10; whether the vibration or inertia caused disengagement immediately or incrementally over time, *id.* at 29:16–20; or whether firing the gun would reset it, thus requiring additional force to move the parts out of place again. *Id.* at 30:3–12.

Hicks ultimately concluded, "[b]ased on [his] investigation and the work conducted to date . . . [that] the physical evidence . . . supports Detective Hilton's description of the circumstances of this incident" and that her P320 "was defective and unsafe for use." [Dkt. 26-4 at 20]. Specifically, that "normal and expected movement and vibration while holstered caused an un-commanded discharge with a combination of some or all of the defective conditions" described in his report, including:

1) Surface quality (no secondary processing) and misalignment of interfacing sear step and striker foot. With both of these parts being out of specification, the striker became disconnected from the sear without the trigger being pulled.

2) Surface quality, rounded surfaces, and misalignment of the face of the safety lock tab and the vertical stop face on the striker body, such that both of these areas failed to prohibit the striker from moving forward during the subject event.

3) Axial variation and gaps between the striker pin and striker housing with slide movement causes misalignment of the safety lock tab to the striker pin body, and the striker foot lateral position to the sear step face. This occurs after each round is fired and can affect the orientation of the two components each time.

4) Ability of the slide (and therefore the striker assembly) to move vertically and laterally relative to the sear reducing the interfacing surface contact area even further, which will cause the striker foot to become disengaged from the sear face. This relative movement occurs while properly holstered from normal body movement and usage of the firearm.

5) The striker foot is unable to engage completely on the surface of the sear step due to the changes in the upgraded design, manufacturing processes and lack of secondary machining, and fit-up and variation issues between the parts discussed in this report.

6) The removal of the safety lever return spring by Sig Sauer allows the lever to rotate out of position when the pistol is carried in a muzzle down orientation, which can also contribute to the safety lock to be out of position. When this issue is combined with the axial variation described in item 3 above and the part quality issues, it allows the striker to move forward completely when it becomes disengaged from the sear. The safety lock only has to be out of position or out of tolerance by the thickness of the stamping which is 0.9 mm.

[26-4 at 20]. He testifies that each of these alleged defects *could have* contributed to Plaintiff's P320 firing without trigger pull but he cannot say which ones specifically caused the firearm to discharge. *Id.* at 31:1–21. When questioned about his conclusions, he repeatedly conceded that he did not have any testing or analysis to show that the alleged defects would cause the effects he reported. [Dkt. 26-6 at 11:4–11; 11:21–12:2; 13:16–24; 17:12–18:4; 27:14–18; 28:6–12; 29:3–10; 31:24–32:9].

**B. Peter Villani**

Peter Villani is a former police officer currently employed as an operations officer for the United States Department of Veteran Affairs Police. [Dkt. 27-6 at 2]. He has participated in shooting competitions, worked as a range manager and firearms salesman, and taught tactical awareness and proper use of issued sidearms. *Id.* at 3–4. He has also been certified as an armorer for multiple firearms (including the Sig Sauer P320), and as a firearms instructor, pistol safety

5

instructor, and range safety officer. *Id.* Villani is not an engineer, nor has he ever been involved with the design or manufacture of firearms or firearm components. [Dkt. 27-7 at 10:22–11:17]. Prior to his involvement in similar P320 cases, Villani had never reviewed design schematics for any firearm. *Id.* at 11:18–21. Beyond "test firing" pistols, Villani has never done any type of firearms testing to any recognized or written standard. *Id.* at 13:14–7. He testified in a similar P320 case that he has not even read any recognized firearm testing standards. [Dkt. 27-8 at 6:14–7:2]. He also has never published any article or other publication, or given any presentation, related to firearm design or manufacture. [Dkt. 27-7 at 13:18–24]. Villani also testified that he did not rely on any publications or studies to reach his opinions. [Dkt. 27-7 at 5:2–9].

While some of Villani's work has involved dissembling and repairing guns that were not working properly, it was limited to cleaning the firearms and simple repairs like replacing broken springs. *Id.* at 16:20–19:16. He is not a gunsmith, nor has he ever taken any gunsmithing courses. *Id.* at 14:2–6. When questioned about his conclusions, he repeatedly conceded that he did not have any testing or analysis to show that the alleged defects would cause the effects he reported. *Id.* at 25:21–24; 26:10–12; 27:3–7; 30:23–31:3. Many of Villani's opinions relate to "excess material" in the gun; however, he testified that he has not measured or quantified the amount of excess material on any of those four components, nor does he have the equipment to. *Id.* at 30:4–13. Instead, he believes that he suggested to Hicks that if Hicks could measure the excess material, he should try to. *Id.* at 30:14–17. Villani's report provides: "Depending upon the condition of the individual [P320] components' status (sear/striker engagement, excess molding material, misalignment of safety lock tab, wear, etc.), any combination of these reported defect could lead to an uncommanded discharge minus a trigger pull." [Dkt. 27-5 at 12]. But he testified that other than the excess material and the "ramp" he does not know which of the factors that he identified

6

were present when Plaintiff's gun discharged. [Dkt. 27-7 at 32:13–21]. He also testified that if something in her purse caused the trigger to be pulled, then the "defects would be of no consequence." *Id.* at 33:5–14. Villani did not undertake any analysis of what was in her purse that may have been able to pull the trigger, however. *Id.* at 33:17–20. Indeed, other than a surgical mask, Villani does not know what items were in her purse when the gun discharged. *Id.* at 8:6–9.

Villani contends in his report that when he "began [his] examination and photography of the firearm's internal parts" he noticed several "manufacturing defects." [Dkt. 27-5]. He then recounts these supposed defects and their effects:

1) "The safety lock tabs positive contact surface is deformed and does not match Sig Sauer[']s drawings . . . which depicts the tab to be rectangular with squared off edges. The safety lock tab presented, showed an oval type shape with raised edges which appeared to be excess material from the stamping process that was not removed prior to the parts installation into the striker assembly. This raised perimeter prevents the positive contact surface from making proper contact with the striker stop (wall) of the striker should the striker fail from an uncommanded discharge." *Id.* at 5.

2) "There is also a raised higher edge along the bottom horizontal portion of the tab which is slightly higher in appearance than the rest of the raised edging. This portion of the tab rides along the horizontal plane of the striker body as the striker travels forward during an uncommanded discharge. Normally, the safety lock tab would be raised over the striker's horizontal plane as the safety lever located in the fire control unit (FCU), would raise it during an intentional trigger press. . . . Unlike Sig Sauers official drawings, this part, again, does not match what was installed in the firearm." *Id.*

3) "[T]he striker foot [has] excess molding material around the entire perimeter of the striker foot's positive contact surface which prevents 'positive' contact with the sear face. When actually engaged with the sear[']s 'positive contact surface', the only portion of the striker foot that makes physical contact with the sear is the lower raised portion of the excess molding material which reduces the overall contact between the two parts. Since both the sear and striker foot show excess molding material along the perimeter of both parts of their 'positive contact' areas, it is unlikely that there was ever positive contact as designed between the two parts which can contribute to an uncommanded discharge." *Id.* at 6.

4) "Also, the top portion of the sear face . . . also shows a deformity as the top horizontal edge of the sear is not straight and also shows excess molding material along its horizontal edge. The sear also shows signs of physical offset of the striker foot to the left of the sear due to the striker not being vertically centered to the sear as there is a discoloration caused by discharge blowby during recoil. This offset has been observed in previous P-320's that I have examined. Also not having the striker foot vertically centered to the sear causes the sear springs to be unevenly compressed causing the sear to be at an angle to the striker foot allowing it to walk off easier." *Id.* at 7.

5) "[A] small piece of slivered brass . . . was caught in the inner bottom corner of the stop. This piece of brass could interfere with the operation of the safety lock tab as it is in between the safety lock tab and striker stop." *Id.* at 8. "[T]he brass obstruction could move, preventing the safety lock tab from properly engaging the striker stop and contributing to an uncommanded discharge if the striker foot had slipped off of the sear face." *Id.* at 9.

6) "[A] 'ramping' transition from an angled portion of the horizontal striker body on the right side to a straight portion of the horizontal striker body which can also cause the safety lock tab to 'jump' up and over the striker stop during an uncommanded discharge. This angled ramp along with the foreign obstruction (brass) can contribute to the safety lock tab failure." *Id.* at 10.

## C.  Neither expert's testimony is reliable.

While the Court has doubts about both experts' relevant qualifications, it need not decide whether they are qualified. Even if the experts are qualified, their testimonies are not reliable, and therefore are not admissible. Indeed, this is the same decision reached by most of the courts that have considered their testimonies in similar cases.[2] *See Mayes v. Sig Sauer, Inc.*, No. 1:19-CV-00146-GNS-HBB, 2023 WL 2730264, at *7 (W.D. Ky. Mar. 30, 2023) (addressing and excluding Hicks and Villani); *Frankenberry v. Sig Sauer, Inc.*, 4:19-CV-02990-JD, [Dkt. 79 at 10] (D.S.C. Feb. 4, 2022) (addressing and excluding Villani); *Jinn v. Sig Sauer, Inc.*, No., 1:20-CV-01122-

---

[2] Only one court has ruled otherwise. *See Guay v. Sig Sauer, Inc.*, 610 F. Supp. 3d 423 (D.N.H. 2022). The *Guay* court admitted Hicks' testimony entirely, *id.* at 433, but concluded that Villani was only qualified to testify to some of his opinions. *Id.* at 429–32. Other than opining that testing is not necessary, the *Guay* court did not address the *Daubert* reliability factors, however. A jury in *Guay* ultimately returned a verdict in favor of Sig Sauer. *Guay v. Sig Sauer, Inc.*, No. 1:20-cv-00736-LM, [Dkt. 109], (D.N.H. Sept. 9, 2022).

PGG-RWL, *Report and Recommendation of Magistrate Judge* [Dkt. 75 at 17, 33] (S.D.N.Y. Apr. 12, 2023) (addressing and recommending excluding Hicks and Villani).[3] Because Plaintiff makes essentially the same reliability arguments for both experts in response to Sig Sauer's motions, the Court analyzes the experts together.

Not a single *Daubert* reliability factor favors admitting Hicks' or Villani's testimony. As previously discussed, neither expert has completed *any* testing to prove that the alleged defects could cause the pistol to fire without a trigger pull. As to Villani, Plaintiff attempts to discredit this deficiency by disingenuously claiming that "Villani testified that the failure has been replicated in real life many times." [Dkt. 38 at 28]. Her claim references Villani's testimony regarding *one* separate incident where a P320 allegedly discharged without a trigger pull. After watching the video, Villani supposedly testified that he "[had] no question that [the individual depicted] did not pull the trigger. His finger was off of the trigger, and the gun was in his holster." *Id.* at 29.[4]  As to Hicks, Plaintiff similarly argues that "[c]ommon sense" prohibits requiring an expert "to risk his or her life to replicate an event that has already been replicated in real life many times over the last six years." [Dkt. 38 at 21]. Plaintiff then recounts several allegations of unintended discharges in lieu of Hicks completing his own testing. [Dkt. 38 at 21–24]. Plaintiff's argument seems to be that a functioning gun does not discharge without a trigger pull, and because numerous P320s have allegedly discharged without a trigger pull, her experts must be right that her gun is defective. This argument neglects that the Court's focus is the experts' methodologies, not their conclusions. *See Daubert*, 509 U.S. 595. "To be sure, it is not required that the experts conduct a litany of tests on

---

[3] As of the date of this Order, the United States District Judge presiding over *Jinn v. Sig Sauer, Inc.* in the Southern District of New York has not entered an order adopting or rejecting the abovementioned Report and Recommendation of Magistrate Judge.

[4] The Court could not locate this testimony in the exhibit that Plaintiff cited. *See* [Dkt. 38-17].

[Plaintiff's] specific pistol, but rather, they must demonstrate that their theories have some empirical evidence to support the assertion that the alleged defects have been found to cause uncommanded discharges." *Mayes*, 2023 WL 2730264, at *8.

Second, the experts' theories have not been subjected to peer review or publication. Both experts testified that they have not published any work involving firearm manufacture or design, nor did they rely on any publications to reach their respective opinions. Plaintiff argues that "[t]here is no peer reviewed literature on the P320's defect as it is a relatively new design." [Dkt. 38 at 29]. As with the testing, a publication need not be on the P320 specifically to demonstrate that the experts' theories are supported by some empirical evidence. *See Mayes*, 2023 WL 2730264, at *8. The experts do not even point to any literature to demonstrate that their opinions are based on new applications of existing theories.  To the Court's knowledge, Hicks' and Villani's opinions are based on wholly novel theories that they expect the Court to simply take their word for.

Third, neither expert identifies a known error rate for their respective methodology. And finally—as already alluded to in analyzing the previous factors—they have not demonstrated that there is a general acceptance of their respective theories in the engineering community. Plaintiff contends that their conclusions that the pistol can fire without a trigger pull "is not a novel or unreliable opinion given that Sig Sauer's own August 4, 2017 press release on the P320 stated that vibration could make the original gun's safety mechanism fail." [Dkt. 38 at 4] (citing [Dkt. 38-5 at 1]). The press release she references provides:

> All SIG SAUER pistols incorporate effective mechanical safeties to ensure they only fire when the trigger is pressed. However, like any mechanical device, exposure to acute conditions (e.g. shock, vibration, heavy or repeated drops) may have a negative effect on these safety mechanisms and cause them to not work as designed. This language is common to owner's manuals of major handgun manufacturers.

[Dkt. 38-5 at 1]. Plaintiff again neglects, however, that when evaluating a *Daubert* challenge, a court's focus "must be solely on [the expert's] principles and methodology, not on the conclusions that they generate." *Daubert*, 509 U.S. at 595. This generic disclaimer does not provide an objective, independent validation of the experts' methodologies. *See Brown*, 705 F.3d at 536.

Even though none of the *Daubert* factors favors admitting the experts' testimonies, Plaintiff instructs the Court: "So long as an expert's scientific testimony rests on 'good grounds based on what is known' it should be tested by the adversarial process, rather than excluded for fear that jurors will not be able to handle the scientific complexities." [Dkt. 38 at 29] (quoting *Daubert*, 509 U.S. at 590) (internal citations omitted). But while Plaintiff asserts that their testimony "rests on good grounds based on what is known," the only basis she provides for that assertion is their subjective opinions. Additionally, the Court held a hearing on Sig Sauer's *Daubert* motions, but Plaintiff did not have Villani or Hicks attend. [Dkt. 48]. Therefore, Plaintiff forfeited the opportunity to have her experts potentially remediate these deficiencies. The Court must exclude expert testimony that is not reliable. *See* Fed. R. Evid. 702. Because the Court is not aware of any objective, independent validation of the methodologies used by Timothy Hicks or Peter Villani, it must grant Sig Sauer's motions to exclude their testimonies and opinions. [Dkts. 26, 27]

## III.   MOTION FOR SUMMARY JUDGMENT

In its Motion Summary Judgment, Sig Sauer contends that if the Court excludes Hicks' and Villani's testimonies, it should also dismiss Plaintiff's case because she cannot proceed on any of her claims without expert testimony. [Dkt. 28 at 2]. The Court agrees.

**A.  Legal Standard**

Under Federal Rule of Civil Procedure 56, "[s]ummary judgment is proper when the pleadings and evidence demonstrate that no genuine issue of material fact exists, and the movant is entitled to judgment as a matter of law." *DIRECTV, Inc. v. Robson*, 420 F.3d 532, 536 (5th Cir. 2005) (internal citations omitted); Fed. R. Civ. P. 56(c). An issue is material if its resolution could affect the outcome of the action. *DIRECTV*, 420 F.3d at 536. A dispute as to a material fact is genuine if the evidence is such that a reasonable jury could return a verdict for the nonmoving party. *Id.* All reasonable inferences must be drawn in favor of the nonmoving party. *Smith v. Amedisys, Inc.*, 298 F.3d 434, 440 (5th Cir. 2002). There is no genuine issue of material fact if, when the evidence is viewed in the light most favorable to the nonmoving party, no reasonable trier of fact could find for the nonmoving party. *Int'l Shortstop, Inc. v. Rally's, Inc.*, 939 F.2d 1257, 1263–64 (5th Cir. 1991) (citations omitted).

Where the dispositive issue is one which the nonmoving party will bear the burden of persuasion at trial, the moving party may satisfy its burden of production by either (1) submitting affirmative evidence that negates an essential element of the nonmovant's claim, or (2) demonstrating that there is no evidence in the record to establish an essential element of the nonmovant's claim. *St. Amant v. Benoit*, 806 F.2d 1294, 1297 (5th Cir. 1987) (internal citations omitted).

If, under the first option, the nonmoving party cannot point to evidence sufficient to dispute the movant's contention that there are no disputed facts, the moving party is entitled to summary judgment as a matter of law. *First Nat'l Bank of Ariz. v. Cities Serv. Co.*, 391 U.S. 253, 288–89 (1980); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 249–50 (1986).  Under the second option, the nonmoving party may defeat the motion by pointing to "supporting evidence already in the

12

record that was overlooked or ignored by the moving party." *Celotex Corp. v. Catrett*, 477 U.S. 317, 332–33 (1986) (Brennan, J., dissenting). "Conclusory allegations unsupported by concrete and particular facts will not prevent an award of summary judgment." *Duffy v. Leading Edge Prods.*, 44 F.3d 308, 312 (5th Cir. 1995).

If the nonmoving party can meet its burden under either of these scenarios, the burden shifts back to the movant to demonstrate the nonmovant's inadequacies. *Id.* If the movant meets this burden, "the burden of production shifts [back] to the nonmoving party, who must either (1) rehabilitate the evidence attacked in the moving party's papers, (2) produce additional evidence showing the existence of a genuine issue for trial as provided in Rule 56(e), or (3) submit an affidavit explaining why further discovery is necessary as provided in Rule 56(f)." *Celotex*, 477 U.S. at 333 n.3. "Summary judgment should be granted if the nonmoving party fails to respond in one or more of these ways, or if, after the nonmoving party responds, the court determines that the moving party has met its ultimate burden of persuading the court that there is no genuine issue of material fact for trial." *Parekh v. Argonautica Shipping Invests. B.V.*, No. CV 16-13731, 2018 WL 295498, at *3 (E.D. La. Jan. 4, 2018) (quoting *Celotex*, 477 U.S. at 333 n.3).

## B.  Discussion

"In Texas, a plaintiff can predicate a products liability action on one or more of at least three theories of recovery: (1) strict liability under [Restatement (Second) of Torts] § 402A, (2) breach of warranty under the U.C.C., and (3) negligence." *Syrie v. Knoll Intern.*, 748 F.2d 304, 306 (5th Cir. 1984); *see also* Tex. Civ. Prac. & Rem. Code Ann. § 82.001(2) (defining "products liability action" as "any action against a manufacturer or seller for recovery of damages arising out of personal injury, death, or property damage allegedly caused by a defective product whether the action is based in strict tort liability, strict products liability, negligence, misrepresentation, breach

13

of express or implied warranty, or any other theory or combination of theories"). Here, Plaintiff seeks to recover under all three theories.

To prevail on a strict products liability action, a plaintiff must establish that: "(1) a product is defective; (2) the defect rendered the product unreasonably dangerous; (3) the product reached the consumer without substantial change in its condition from the time of original sale; and (4) the defective product was the producing cause of the injury to the user." *Syrie*, 748 F.2d at 306. "A product may be proven to be defective if it is unreasonably dangerous in construction, or it is unreasonably dangerous as designed, or it is unreasonably dangerous because adequate warnings or instructions are not provided." *Lucas v. Tex. Indus., Inc.*, 696 S.W.2d 372, 376 (Tex. 1984).

For a products liability claim premised on negligence, a plaintiff must demonstrate: "(1) that the manufacturer owed a duty to the plaintiff; (2) that the manufacturer breached that duty; (3) that the plaintiff was injured; and (4) that the manufacturer's breach of the duty was the proximate cause of the plaintiff's injury or damages." *McLennan v. Am. Eurocopter Corp., Inc.*, 245 F.3d 403, 431 (5th Cir. 2001). A strict liability claim "focuses upon the product itself, and requires a showing that the manufacturer placed a product into the stream of commerce that was unreasonably dangerous for a foreseeable use," while a negligence claim "focuses upon the conduct of the manufacturer in placing that product into the stream of commerce, and requires a determination of whether that conduct complies with the applicable standard of care." *Id.*

"[A]lthough a negligence claim requires a different showing from a strict liability claim, a manufacturer logically cannot be held liable for failing to exercise ordinary care when producing a product that is not defective." *Garrett v. Hamilton Standard Controls, Inc.*, 850 F.2d 253, 257 (5th Cir. 1988). This is because: "(1) if a product is not unreasonably dangerous because of the way it was manufactured, it was not negligent to manufacture it that way and (2) even if the

14

manufacturer was somehow negligent in the design or production of the product, that negligence cannot have caused the plaintiff's injury because the negligence did not render the product 'unreasonably dangerous.'" *Id.* Accordingly, if Plaintiff's strict liability claim fails because she cannot establish that the firearm was defective, then her negligence claims necessarily fail too.[5]

Similarly, if a plaintiff's strict liability claim must be dismissed, so too must their implied warranty of merchantability claim, when the two claims are premised on the same alleged defect. *Smith v. Chrysler Grp., L.L.C.*, 909 F.3d 744, 752 (5th Cir. 2018) (citing *Hyundai Motor Co. v. Rodriquez ex rel. Rodriguez*, 995 S.W.2d 661, 665 (Tex. 1999)). "[A] seller of goods impliedly warrants that they 'are fit for the ordinary purposes for which such goods are used.'" *Gen. Motors Corp. v. Brewer*, 966 S.W.2d 56, 57 (Tex. 1998) (quoting Tex. Bus. & Com. Code Ann. § 2.314(b)(3)). "For goods to breach this warranty, they must be defective—that is, they must be 'unfit for the ordinary purposes for which they are used because of a lack of something necessary for adequacy.'" *Id.* (quoting *Plas-Tex, Inc. v. U.S. Steel Corp.*, 772 S.W.2d 442, 443–444 (Tex. 1989)). Indeed, this a different definition of "defective" than is used for a strict products liability claim, which focuses on whether a product is "unusually dangerous." *See Lucas*, 696 S.W.2d at 376. Thus, a product may breach the implied warranty of merchantability without giving rise to a strict liability claim if it is unfit for its ordinary purpose but is not unusually dangerous. But where, as here, the breach of the implied warranty claim is premised on the same defect as the strict liability claim, the failure to establish a defect for purposes of the strict liability claim also kills the implied warranty claim.

---

[5] Plaintiff alleges that Sig Sauer was negligent in designing and manufacturing the firearm, as well as in "failing to unambiguously warn purchasers and end users of the gun . . . of said defective, hazardous and unreasonably dangerous conditions relating to its design and manufacture." [Dkt. 1 at 32]. While some negligent failure to warn claims may not be encompassed by a strict products liability claim, *see Garrett*, 850 F.2d at 257 & n.8, that is not the case here. Plaintiff's negligent failure to warn claim is premised on the firearm discharging without a trigger pull because of a defect. Therefore, if she fails to prove that defect, the failure to warn claim fails.

15

The Court therefore first addresses whether Plaintiff can prevail on her strict liability claim. If she cannot establish that a defect caused the gun to discharge without a trigger pull, the Court need not engage in a negligence or breach of implied warranty of merchantability analysis.

"Expert testimony is required when an issue involves matters beyond jurors' common understanding." *Mack Trucks, Inc. v, Tamez*, 206 S.W.3d 572, 583 (Tex. 2006). "Proof other than expert testimony will constitute some evidence of causation only when a layperson's general experience and common understanding would enable the layperson to determine from the evidence, with reasonable probability, the causal relationship between the event and the condition." *Id.* In defective products cases, the Supreme Court of Texas has "consistently required competent expert testimony and objective proof that a defect caused the condition complained." *Id.* (citing *Nissan Motors Co. Ltd. v. Armstrong*, 145 S.W.3d 131, 137 (Tex. 2004) (holding that "[a] lay juror's general experience and common knowledge do not extend to whether design defects such as those alleged in this case caused releases of diesel fuel during a rollover accident"); *see also Ford Motor Co. v. Ledesma*, 242 S.W.3d 32, 42–43 (Tex. 2007) ("If juries were generally free to infer a product defect and injury causation from an accident or product failure alone, without any proof of the specific deviation from design that caused the accident, expert testimony would hardly seem essential. Yet we have repeatedly said otherwise.").

Determining whether a defect in Plaintiff's P320 enabled it to discharge without a trigger pull, thereby causing her injuries, requires technical knowledge beyond jurors' general experience and common understanding. *See Mack Trucks*, 206 S.W.3d at 583. Therefore, expert testimony on causation is required to show that Plaintiff is entitled to recover under any of the products liability theories.

16

Plaintiff's response to Sig Sauer's Motion for Summary Judgment directs the Court's attention to other similar incidents involving P320s that allegedly discharged without trigger pulls. These other incidents cannot establish that a defect caused her gun to discharge, however. Analogous cases involving cars that allegedly accelerated without the driver pressing the gas pedal demonstrate why. *See, e.g.*, *Nissan Motors Co. v. Armstrong*, 145 S.W.3d 131 (Tex. 2004). "In all of these cases, it was not enough that a vehicle accelerated when claimants swore they had done nothing. Instead, [the Supreme Court of Texas] [has] consistently required competent expert testimony and objective proof that a defect caused the acceleration." *Id.* (citing *Gammill v. Jack Williams Chevrolet, Inc.*, 972 S.W.2d 713, 715, 717, 719 (Tex. 1998); *Gen. Motors Corp. v. Hopkins*, 548 S.W.2d 344, 346–47 (Tex. 1977), *overruled on other grounds by Turner v. Gen. Motors Corp.*, 584 S.W.2d 844 (Tex. 1979) *and Duncan v. Cessna Aircraft Co.*, 665 S.W.2d 414 (Tex. 1984); *Henderson v. Ford Motor Co.*, 519 S.W.2d 87, 88–89, 93–94 (Tex. 1974), *overruled on other grounds by Duncan*, 665 S.W.2d 414).

In *Nissan Motors*, the Supreme Court of Texas reversed a jury verdict that found that a defect caused the plaintiff's car to unintentionally accelerate. 145 S.W.3d at 134. To prove that her car had a defect, the plaintiff's case at trial centered on the quantity of other alleged incidents of unintended accelerations. *Id.* at 144–48. The trial court erred by allowing such evidence because "[p]roof of unintended acceleration is *not* proof of a defect." *Id.* at 148. And "proof of *many* instances of unintended acceleration cannot prove a defect either; a lot of no evidence is still no evidence." *Id.* "[P]roduct defects must be proved; they cannot simply be inferred from a large number of complaints. If the rule were otherwise, product claims would become a self-fulfilling prophecy—the more that are made, the more likely all must be true." *Id.* at 142. While the court acknowledged that other similar incidents may be admissible for certain purposes, it concluded:

> [W]e have never held that mere claims of previous accidents can prove a product is defective, and we decline to do so here. A number of complaints may require a prudent manufacturer to investigate, and may presage liability if those complaints are substantiated and the manufacturer does nothing. But a large number of complaints cannot alone raise a fact question that a defect exists.

*Id.* at 140.

Likewise, here, proof of an unintended discharge is not proof of a defect. Nor is proof of many unintended discharges. Under Texas law, no reasonable jury could conclude that a defect caused Plaintiff's gun to discharge without a trigger pull solely from (1) lay testimony that her gun discharged without a trigger pull and (2) the existence of other similar alleged incidents. Qualified and reliable expert testimony on causation is necessary. With Hicks and Villani excluded from testifying, Plaintiff has failed to raise a fact question that a defect exists.[6] Because Plaintiff's claims are all predicated on this same defect, Sig Sauer is entitled to summary judgment on all of Plaintiff's claims. *See Garrett*, 850 F.2d at 257; *Smith*, 909 F.3d at 752.

## IV.    CONCLUSION

It is therefore **ORDERED** that Defendant Sig Sauer, Inc.'s Rule 702 Motion to Exclude Evidence and Opinions of Plaintiff's Expert, Timothy Hicks [Dkt. 26], Rule 702 Motion to Exclude Evidence and Opinions of Plaintiff's Expert, Peter Villani [Dkt. 27], and Motion for Summary Judgment [Dkt. 28] are **GRANTED**.

---

[6] Plaintiff points out in her response to Sig Sauer's Motion for Summary Judgment that she designated a third expert, Jonathyn Priest, and that Sig Sauer did not move to exclude his testimony. [Dkt. 35 at 1 n.1]. Priest's expert report does not address or identify any defects that caused or could have caused Plaintiff's gun to discharge without a trigger pull, however. *See generally* [Dkt. 35-1]. Therefore, his report does not cure this deficiency in Plaintiff's proffered evidence.

It is further **ORDERED** that Plaintiff Brittany Hilton's claims are **DISMISSED WITH PREJUDICE**. The Court will enter a Final Judgment in accordance with this Order.

**SIGNED this 8th day of June, 2023.**

Michael J. Truncale
United States District Judge

19

# Tom Taylor Declaration
# Ex. M

# Tom Taylor Declaration
# Ex. N

# Tom Taylor Declaration Ex. O