# EXHIBIT 4

1      IN THE UNITED STATES DISTRICT COURT
    FOR THE WESTERN DISTRICT OF MISSOURI
2

3
  JOSHUA GLASSCOCK, on    )
4  behalf of himself and   )
  all others similarly    )
5  situated,               )
                           )
6        Plaintiff,     )   Case No.
                           )   22-CV-3095-SRB
7   vs.                   )
                           )
8  SIG SAUER, INC.,      )
                           )
9        Defendant.     )

10

11         VIDEOTAPED 30(b)(6) DEPOSITION OF SIG

12    SAUER, INC., VIA MATTHEW TAYLOR, taken

13    pursuant to notice before Beth Gaige, RPR, and

14    licensed court reporter in the State of New

15    Hampshire at the offices of AC Hotels

16    Marriott, 299 Vaughan Street, Portsmouth, New

17    Hampshire, on September 10, 2024, commencing

18    at 9:03 a.m.

19

20

21

22

23

24

25

888-893-3767 Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F
www.lexitaslegal.com California Firm Registration #179
Case 6:22-cv-03095-MDH Document 154-4 Filed 09/31/25 Page 2 of 20
LEXITAS

1  Q.  In your discussions with Mr. Toner in advance
2      of today's deposition, what did you learn from
3      him?
4  A.  Timelines of when things happened.  A lot of
5      it is refreshing my memory.  Also details
6      related to the voluntary upgrade program and
7      MHS shipments.  Things of that nature.
8  Q.  And this will be a running thing throughout.
9      I know that acronyms are always popular with
10     every company, but lawyers hate them.  And so
11     we always have to define as we go along.
12          When you refer to an MHS, what is that?
13 A.  Modular Handgun System.
14 Q.  What does that mean?
15 A.  That was the opportunity with the army which
16     resulted in our being awarded the contract for
17     the M17 and M18.
18 Q.  And so when we refer to the MHS or the Modular
19     Handgun System, that is referring to the
20     specific weapon and design specifications that
21     ultimately became the military's adopted
22     pistol, correct?
23 A.  There was a product requirements document that
24     we developed the products to, yes.
25 Q.  Okay.  And if I've done my job correctly,

888-893-3767  Lexitas operates in all 50 states and is licensed where required | Nevada Registration #116F
www.lexitaslegal.com  California Firm Registration #179
Case 6:22-cv-03095-MDH  Document 154-4  Filed 03/31/25  Page 3 of 20
LEXITAS

1      and -- and accepting those responsibilities of

2      knowing how to use or carry it safely.

3  Q.  But as to the question of manual safety, do

4      you think it can help ensure safer handling?

5  A.  It could augment safer handling.

6  Q.  And do you think that augmentation could

7      ensure safer handling?

8  A.  Not necessarily.  Again it comes down to how

9      the user interfaces with the firearm.

10  Q.  Do you agree it is advantageous to have a

11      safety mechanism designed that provides two

12      distinct positions, safe and fire?

13  A.  Could you repeat the question, please?

14  Q.  Of course.

15         Do you agree that it is advantageous to

16      have a safety mechanism designed that provides

17      two distinct positions, safe and fire?

18         MR. JOYCE:  Objection to form.

19         You can answer.

20  A.  I think that some users and some law

21      enforcement agencies and other parties view it

22      as advantageous, and there are others which do

23      not view it as advantageous to have as a

24      feature set on a firearm.

25      BY MR. WERTS:

Case 6:22-cv-03095-MDH  Document 154-4  Filed 09/31/25  Page 4 of 20

888-893-3767 Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F
www.lexitaslegal.com        California Firm Registration #179        LEXITAS

1    Q.   And this is one of those you're Sig Sauer.
2         Do you think it's advantageous?
3    A.   I think it can be advantageous when it is what
4        the customer wishes to have.
5         There are potential downsides in a life
6        or death situation of a manual safety in the
7        time to actually, the safety, to disengage it
8        may add to the time required to fire a shot,
9        if needed.
10   Q.   Is Sig Sauer aware of any instance where a
11       user's inability to take the pistol off of a
12       manual safety impacted their ability to use a
13       Sig Sauer pistol to defend themselves?
14   A.   I do not know the answer to that question.
15   Q.   What steps has Sig Sauer ever undertaken to
16       determine whether there is any validity to the
17       position that the time to take a pistol off
18       manual safety would have any impact in a
19       self-defense situation?
20   A.   I am not aware of specific steps Sig Sauer has
21       taken, but I am aware of the fact that there
22       are Sig Sauer customers who do not want manual
23       safeties on their firearms and have included
24       such in product requirement specifications.
25   Q.   So you've got the customer -- we'll come back

Case 6:22-cv-03095-MDH    Document 154-4    Filed 09/31/25    Page 5 of 20

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required | Nevada Registration #116F
California Firm Registration #179

LEXITAS

1   A.  Not currently.
2   Q.  Have they in the past?
3   A.  I don't know the answer to that definitively.
4   Q.  Was the P250 an internal or external hammer?
5   A.  The P250 hammer was visible.  However, it did
6       not have a hammer spur that you could easily
7       actuate by hand.
8   Q.  Would you agree with me that a manual safety
9       is critical in preventing unintended firing of
10      a weapon?
11          MR. JOYCE:  Objection to form.
12  A.  No.
13      BY MR. WERTS:
14  Q.  What is a grip -- or I guess we got our
15      definitions.  I said I wasn't going to do that
16      to you.
17          If you go back to page four, please?
18  A.  (Witness complying.)
19  Q.  So grip safety it defines as primarily a
20      feature of 1911-style handguns.  Grip safety
21      is a mechanical device build into the rear
22      portion of a grip that prevents the pistol
23      from firing unless it is firmly grasped.
24          Do you see that?
25  A.  I do see that.

Case 6:22-cv-03095-MDH  Document 154-4  Filed 09/31/25  Page 6 of 20
888-893-3767  Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F
www.lexitaslegal.com  California Firm Registration #179
LEXITAS

1  A.  I do.  His first name was Tim, and he was in
2      product management at Sig Sauer.
3  Q.  What is product management?
4  A.  Product management is a group that helps
5      define what products we should develop as a
6      company and what feature sets, and they should
7      have, in some cases, what requirements they
8      should meet.
9  Q.  Was that part of the marketing department?
10 A.  Is it independent from marketing, but in some
11     ways is a similar function.
12 Q.  But it is not part of Mr. Thomele's
13     engineering department, is it?
14 A.  Product management does not report to Mr.
15     Thomele.
16 Q.  Or Thomele, I'm sorry.
17         Who does product management report?
18 A.  Currently the head of that group would be
19     Robbie Johnson.
20 Q.  What is Mr. Johnson's title?
21 A.  I cannot recall that specifically because it
22     is very lengthy.  But he is in charge of
23     product management, but he also oversees
24     functions at the SIG Experience Center.  He
25     has a host of responsibilities.

888-893-3767    Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F
Case 6:22-cv-03095-MDH    Document 154-4    Filed 09/31/25    Page 7 of 20
www.lexitaslegal.com    California Firm Registration #179    LEXITAS

1       production blade trigger.
2  Q.   Either to consumers, law enforcement or the
3       military.  True?
4  A.   Not to my knowledge.
5  Q.   Though there is a rendering in the lower
6       right-hand corner of page 32 that would show
7       what that would look like, right?
8  A.   It's showing one incarnation, yes.
9  Q.   And then the manual thumb safety levers, that
10      was originally an optional device.  It still
11      is, correct?
12 A.   Yes.  Manual thumb safety is still optional.
13      It looks in the production versions a little
14      different than what see in the bottom left
15      picture, but yes.
16 Q.   And that's an optional safety device for some
17      models of the P320 but not all, correct?
18 A.   We have not produced it as an option for all
19      models, yes.
20 Q.   And then the magazine safety, we talked about
21      that.
22          That's just for the California compliant
23      pistols, right?
24 A.   The California compliant pistols are the only
25      ones, to my knowledge, that we have produced

Case 6:22-cv-03095-MDH   Document 154-4   Filed 09/30/25   Page 8 of 20
888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F
California Firm Registration #179
LEXITAS

1      works, correct?
2  A.  That's correct.
3  Q.  Doesn't have any impact on how the sear works.
4  A.  Correct.
5  Q.  Doesn't have any impact on any of the things
6      that make the gun go bang and work.  True?
7  A.  Yes.  There is very slight -- it takes a very
8      slightly higher force to -- to chamber the
9      round because you have lift the flag against
10     its spring to get the rim of the cartridge up
11     to be chambered, but outside of that it
12     doesn't impact function.
13 Q.  But the functionality has more than enough
14     force to -- or energy built in to be able to
15     accomplish that, right?
16 A.  It does.
17 Q.  Here's a term that we've kind of talked past,
18     which is tool-less disassembly.
19         What does that mean?
20 A.  I am sorry.  What page are you on?
21 Q.  Oh, I'm sorry.  Turn to page 33.
22 A.  (Witness complying).  So that's referring
23     to -- disassembly would be what we call field
24     stripping where the slide, barrel and recoil
25     spring is removed from the grip module and

888-893-3767  Lexitas operates in all 50 states and is licensed where required.  Nevada Registration #116F
www.lexitaslegal.com  California Firm Registration #179

Case 6:22-cv-03095-MDH  Document 154-4  Filed 09/31/25  Page 9 of 20

```
 1        fire control unit.  That's the disassembly
 2        being referenced.
 3             Tool-less means just that.  No tools are
 4        required.
 5             And when we say safe, part of what we
 6        were intending was that no actuation of
 7        trigger would be required by the user to
 8        accomplish this, and it would be -- no extra
 9        steps was our objective.  It's just as a
10        matter of the procedure for field stripping or
11        disassembling the slide and barrel that it was
12        safe and tool-less.
13   Q.   And the tool-less nature of the P320 extends
14        as far as we don't need tools to even swap out
15        fire control units from one pistol frame grip
16        to another, correct?
17   A.   It is correct that you do not need tools to
18        swap a fire control unit from one grip module
19        to another.  However, I don't believe that is
20        what is being referenced in this page.
21   Q.   That's true.  I distinctively asked that just
22        to take that off our list while we're taking
23        about tool-lessness.
24   A.   Mm-hmm.
25   Q.   But we're in violent agreement on that, right?
```

Case 6:22-cv-03095-MDH   Document 154-4   Filed 03/31/25   Page 10 of 20
888-893-3767  Lexitas operates in all 50 states and is licensed where required. Nevada Registration #016F.
www.lexitaslegal.com   California Firm Registration #179
LEXITAS

1        project names, but combining those into one

2        project, to my knowledge that was the first

3        striker fired pistol design he worked on.

4 Q. Anyone on your design team have any experience

5        designing a striker fired pistol?

6 A. Not to my knowledge.

7 Q. So we talked about that there are certain

8        models of the P320 that are not in production

9        for having a manual safety.

10        Do you recall that?

11 A. There are certain models of the P320 in

12        production that do not have manual safeties.

13 Q. Correct.

14        Specifically we talked about the carry,

15        as an example. You can't get a manual safety

16        on a carry currently.

17 A. Okay.

18 Q. Is that true?

19 A. I don't recall.

20 Q. Was it the design engineering's team decision

21        of which variants of the P320 were going to be

22        available with the manual safety and which

23        were not?

24 A. It was not.

25 Q. Whose was it?

Case 6:22-cv-03095-MDH   Document 154-4   Filed 05/31/25   Page 11 of 20

888-893-3767  Lexitas  operates in all 50 states and is licensed where required. Nevada Registration #116F.
www.lexitaslegal.com  California Firm Registration #179  LEXITAS

1  A. I would say that would have come to product
2     management probably with input from marketing.
3  Q. We talked about those hazard risk assessments
4     earlier.
5        Do you recall that?
6  A. I do.
7  Q. Was the marketing department or the product
8     management department involved in those
9     discussions?
10 A. I don't recall.
11 Q. In your time at Sig Sauer, has anyone from
12    product management or marketing ever been
13    involved in a hazard risk assessment for any
14    product?
15 A. I don't recall specifics.  In terms of general
16    conversations, I am sure there have been
17    discussions with product management about
18    safety-related features, but I don't recall
19    anything specific.
20 Q. Prior to the P320 every pistol that Sig Sauer
21    ever made had a manual safety on it, correct?
22       MR. JOYCE: Can you repeat that question?
23       MR. WERTS: Sure.
24    BY MR. WERTS:
25 Q. Prior to the P320 every pistol that Sig Sauer

888-893-3767  Lexitas operates in all 50 states and is licensed where required. Nevada Registration #216F.
www.lexitaslegal.com  California Firm Registration #179
Case 6:22-cv-03095-MDH   Document 154-4   Filed 03/31/25   Page 12 of 20

1          Certainly there are other striker fired
2     pistols of similar nature to the 320 that
3     don't have manual safeties.  And the tab
4     trigger viewed as a safety is really largely
5     about drop safety.  That's not the best place
6     to try to incorporate a manual safety
7     characteristic of some trigger block.
8     BY MR. WERTS:
9  Q. When the P320 was developed, were you aware
10    that the Sig Sauer P320 was going to be the
11    first striker fired pistol that was pre-cocked
12    that did not have any sort of manual safety on
13    it?
14         MR. JOYCE:  Asked and answered.
15         You can answer again.
16 A. I -- there were other partially cocked striker
17    fired pistols on the market without manual
18    safeties when we developed the P320.
19    BY MR. WERTS:
20 Q. None of those pistols were 97 percent or more
21    pre-cocked though, were they?
22 A. I don't know the answer to that.
23 Q. What steps did Sig Sauer take to investigate
24    that question?
25 A. I don't know that we tried to answer what

Case 6:22-cv-03095-MDH  Document 154-4  Filed 05/31/25  Page 13 of 20
888-893-3767 Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F.
www.lexitaslegal.com California Firm Registration #179 LEXITAS

1      the discussions I can't say exactly, other
2      than those people would have likely been
3      participating.
4  Q.  Do you know whether there was any e-mail
5      correspondence about the safety
6      characteristics of the P320 during its design
7      development?
8  A.  I don't recall that one way or the other.
9  Q.  Have you looked?
10 A.  No.
11 Q.  Whether for this case or any other litigation
12     that's been going the last several years, have
13     you ever been asked to look for those
14     documents?
15 A.  No, not that I recall.
16 Q.  As part of the voluntary upgrade program, was
17     any effort to perform any sort of hazard and
18     risk assessment or analysis in developing what
19     was to become the voluntary upgrade program?
20 A.  The voluntary upgrade program design changes
21     were intended to improve the safety
22     characteristics of the P320. I am not
23     knowledgeable about specific discussions that
24     were had pertaining to different aspects of
25     safety characteristics or the level...

888-893-3767    Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F
www.lexitaslegal.com    California Firm Registration #179

Case 6:22-cv-03095-MDH   Document 154-4   Filed 03/31/25   Page 14 of 20

1　Q.　But the voluntary upgrade activities did not
2　　　begin until August of 2017, correct?
3　A.　That is not correct.  August 2017 is when the
4　　　launch of the -- the voluntary upgrade program
5　　　and the production of pistols with those
6　　　designs in them started, but the -- the
7　　　content and the testing that was behind the
8　　　voluntary upgrade changes started much earlier
9　　　than that.
10　Q.　But nothing had gone into production until
11　　　after Omaha Outdoors published its piece
12　　　regarding the P320, correct?
13　　　　　　MR. JOYCE:  Objection to form.
14　　　　　　You can answer.
15　A.　I don't recall the date that that Omaha video
16　　　was published.  I don't have that in my head
17　　　in the timeline for where that was.
18　BY MR. WERTS:
19　Q.　The Omaha Outdoors publication was in August
20　　　of 2017.
21　　　　　　Do you have any reason to dispute that?
22　A.　In that I don't recall when it was, no, I
23　　　don't have reason to dispute that.
24　　　　　　August of 2017 was also when we launched
25　　　the voluntary upgrade program and started

Case 6:22-cv-03095-MDH    Document 154-4    Filed 05/31/25    Page 15 of 20

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required. Nevada Registration #516F.
California Firm Registration #179
LEXITAS

```
 1       performing upgrades and producing P320s with
 2       that design incorporated.
 3   Q.  All of those changes were made within a week
 4       or two of the Omaha Outdoors public video,
 5       correct?
 6           MR. JOYCE:  Objection to form.  Asked and
 7       answered.  He testified with respect to the
 8       process.
 9           But you can answer it again.
10   A.  I don't know how many weeks or what the time
11       span between was, but I know that within the
12       month of August 2017 the launch of the
13       voluntary upgrade program happened and
14       production of pistols with those components
15       started.
16   BY MR. WERTS:
17   Q.  All right.  Let's take a look at this FMECA.
18           Are you able to read that or do I need to
19       bump it up a little bit?
20   A.  I think I can make it out.
21   Q.  Okay.  So orient us to this document.  We're
22       on the first tab, which is FMECA.
23           What does -- how does one read this?
24   A.  So in the left-hand column obviously is
25       potential modes of failure as the header
```

Case 6:22-cv-03095-MDH   Document 154-4   Filed 05/31/25   Page 16 of 20

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F.
California Firm Registration #179

LEXITAS

1         target will be hit and not something else.
2    Q.   What do you base that on?
3    A.   Experience shooting guns with heavy trigger
4         pulls and shooting guns with lighter trigger
5         pulls.
6    Q.   And we talked a little bit earlier about Sig
7         Sauer understanding that it was going to be
8         selling the P320 for -- for -- to the general
9         public for personal use.
10             Do you recall that -- those questions we
11        had earlier?
12   A.   I do.  It was intended for commercial public
13        use, but it was also designed with the intent
14        that it would be used by law enforcement and
15        potentially military.
16   Q.   And within those design use cases Sig Sauer
17        intended it, it being the P320, to be an
18        everyday carry gun for consumers, correct?
19   A.   I -- certainly intended for personal
20        protection as well as duty carry.  Certainly
21        it can include everyday carry.
22   Q.   And it was also intended for storage as a home
23        defense weapon, as well, correct?
24   A.   Sure.
25   Q.   Since the voluntary upgrade program Sig Sauer

Case 6:22-cv-03095-MDH   Document 154-4   Filed 03/31/25   Page 17 of 20

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179
LEXITAS

1　　　　information?
2　　　　　　　MR. JOYCE:  Objection.  Overbroad.
3　　　　　　　You can answer.
4　　A.　I mean it's certainly one of the
5　　　　specifications that we have met when selling
6　　　　product to the military.
7　　BY MR. WERTS:
8　　Q.　Okay.  And does Sig consider the military's
9　　　　description of safety systems to be accurate?
10　　　　　　MR. JOYCE:  Objection.  Overbroad.
11　　A.　That is too broad for me to answer.
12　　BY MR. WERTS:
13　　Q.　Why?
14　　A.　We would have to review what all of those
15　　　　statements are and then assess each
16　　　　individually.
17　　Q.　And so you leave open the possibility that Sig
18　　　　Sauer may disagree with the army on firearm
19　　　　safety?
20　　A.　Well, for example, the army required the
21　　　　manual safety on the M17 and M18, and we
22　　　　certainly recognize that not all users and/or
23　　　　consumers have that belief and not all of them
24　　　　want manual safety, as an example.  So, no I
25　　　　don't think I would agree that those

Case 6:22-cv-03095-MDH   Document 154-4   Filed 03/31/25   Page 18 of 20

888-893-3767　　　Lexitas operates in all 50 states and is licensed where required. Nevada Registration #016F.　　LEXITAS
www.lexitaslegal.com　　　　　　　　　　　California Firm Registration #179

1  A.  I do not know what the extent of government
2      testing on that matter has been or what
3      documentation they have behind those
4      statements, but clearly it is supported by the
5      fact that the inclusion of a manual safety on
6      the M17 and M18 for MHS submissions was there.
7  Q.  And we know from our prior discussion that Sig
8      Sauer has not done any testing to determine
9      whether or not a manual safety is critical to
10     prevent unintended firing of a weapon.  True?
11 A.  A manual safety can certainly augment safe
12     handling of a firearm, but manual safeties and
13     other safety devices are -- are simply that,
14     augmentation to safe handling practices.
15 Q.  And what testing has Sig Sauer undertaken to
16     evaluate and form a basis for that statement?
17 A.  There has been all kinds of testing done by
18     other -- other customers besides the army with
19     P320s that don't have manual safeties.
20 Q.  And that's testing by customers.  I am asking
21     about what testing Sig Sauer did for itself.
22 A.  We -- we have testified P320s without manual
23     safeties.  I couldn't even hazard a guess to
24     how many different P320s, and to my knowledge
25     we've never had an unintentional discharge on

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required. Nevada Registration #016F.
California Firm Registration #179
LEXITAS

Case 6:22-cv-03095-MDH   Document 154-4   Filed 05/31/25   Page 19 of 20

```
 1                 STATE OF NEW HAMPSHIRE

 2          I, Beth Gaige, RPR, and licensed court

 3   reporter in the State of New Hampshire, do hereby

 4   certify that the within-named deponent was sworn

 5   to testify the truth, the whole truth, and nothing

 6   but the truth in the aforementioned cause of

 7   action.

 8          I further certify that this deposition was

 9   stenographically reported by me and later reduced

10   to print through computer-aided transcription, and

11   the foregoing is a full and true record of the

12   testimony given by the deponent.

13          I further certify that I am a disinterested

14   person in the event or outcome of the above-named

15   cause of action.

16      IN WITNESS WHEREOF, I have hereunto set my

17   hand this  16th day of  September, 2024.

18

19

20                     _____

21                     Beth Gaige, LCR/RPR
                       New Hampshire Lic. No: 00153
22

23

24

25
```

Case 6:22-cv-03095-MDH   Document 154-4   Filed 03/31/25   Page 20 of 20

888-893-3767 Lexitas operates in all 50 states and is licensed where required. Nevada Registration #016F.
www.lexitaslegal.com                California Firm Registration #179
LEXITAS