# EXHIBIT 6

```
 1      IN THE UNITED STATES DISTRICT COURT FOR THE
              WESTERN DISTRICT OF MISSOURI
 2  _____

 3

 4  JOSHUA GLASSCOCK, on
    behalf of himself and all
 5  others similarly situated,

 6        Plaintiffs,

 7  vs.                              Case No.
                                     22-CV-3095-SRB
 8  SIG SAUER, INC.,

 9        Defendant.
    _____
10

11

12

13

14            VIDEOTAPE DEPOSITION OF:

15                  MATT FARKAS

16

17     Taken on behalf of the Plaintiffs

18            September 23, 2024

19           Commencing at 10 a.m.

20

21

22  _____

23                    LEXITAS
                   www.Lexitas.com
24             Amy J. Schreck, LCR
              Knoxville, Tennessee
25              (865)329-9919
```

(615)595-0073          Lexitas operates in all 50 states and is licensed where required. Nevada Registration #127F          1
www.lexitaslegal.com                              California Firm Registration #179

Case 6:22-cv-03095-MDH   Document 154-6   Filed 03/31/25   Page 2 of 6

```
10:55  1   meeting?
       2   A.      Yes.
       3   Q.      What did he share with you?
       4   A.      That the two main wants or desires from
10:55  5   the attendees was that the striker fired pistol
       6   that we developed did not have to involve a
       7   trigger press for disassembly and it had a more
       8   tactile trigger press and an audible reset.
       9   Q.      Anything else?
10:55 10   A.      No.
      11   Q.      We're going to -- I know you're not an
      12   engineer at SIG.  Correct?
      13   A.      That is correct.
      14   Q.      Okay.  So to ask you a bunch of detailed
10:55 15   engineering questions, not your topic.
      16           You're not here to talk about that.
      17   Right?
      18   A.      That's correct.
      19   Q.      So we're talking really broad views for
10:56 20   just somebody who may be reading this transcript.
      21   A.      Okay.
      22   Q.      When you say that you don't have to press
      23   the trigger to disassemble, briefly describe for
      24   whoever may read what that means.
10:56 25   A.      So, many of our competitor pistols in
```

(615)595-0073                Lexitas. Located in all 50 states and is licensed where required. Nevada Registration #136F                   37
www.lexitaslegal.com                                California Firm Registration #179

Case 6:22-cv-03095-MDH    Document 154-6    Filed 03/31/25    Page 3 of 6

```
02:31    1  I think what came up most during the LEVUP as far
         2  as the drop safety but typically I don't recall
         3  it ever coming out outside that.
         4  Q.     Has SIG Sauer ever had a law enforcement
02:32    5  agency ask for a tab trigger on a P320?
         6  A.     Not that I recall.  I don't recall
         7  although it was an option -- and actually I'm
         8  going to take that back.  Royal Canadian Mounted
         9  Police when they issue their RFI, the tab trigger
02:32   10  was included and later it was taken out of the
        11  RFP.
        12  Q.     Anyone else other than the Mounties?
        13  A.     Not that I recall ever hearing.
        14  Q.     If somebody asked for one, could you sell
02:33   15  them a gun with a tab trigger?
        16         MR. GIBSON:  Object to form.
        17         THE WITNESS:  Once again, we have the
        18  capabilities to do a lot.  Right?
        19  BY MR. WERTS:
02:33   20  Q.     On the law enforcement guns, is the manual
        21  safety an option?
        22  A.     Yes.
        23  Q.     Is it an option on every size P320?
        24  A.     So, I know it's an option in the carry in
02:33   25  the full size.  I don't know about the compact.
```

(615) 595-0073                Lexitas-All-In-1 is licensed in all 50 states and is licensed where required. Nevada Registration #116F                141
www.lexitaslegal.com                         California Firm Registration #179
Case 6:22-cv-03095-MDH    Document 154-6    Filed 03/31/25   Page 4 of 6

```
02:33   1   Q.      But the carry size can come with the
        2   optional manual safety?
        3   A.      Yes.
        4   Q.      Does SIG Sauer ever receive any
02:34   5   communication from a law enforcement agency, Hey,
        6   I don't want a manual safety on my guns?
        7   A.      That they don't want it?
        8   Q.      Yep.
        9   A.      I don't recall ever seeing anything like
02:34  10   that.
       11   Q.      Are there some departments that want the
       12   manual to be optional manual safety?
       13   A.      I've never had one ask for it.
       14   Q.      We talked a little bit earlier about the
02:35  15   manual that comes with the P320.
       16           Do you recall that?
       17   A.      Yes.
       18   Q.      And I believe you indicated that the law
       19   enforcement models come with the same manual as
02:35  20   would be sold for the consumer version.  Correct?
       21   A.      I'm assuming it does.
       22   Q.      And that the same statements are made to
       23   law enforcement folks about the safety
       24   characteristics of the P320 as were made to the
02:36  25   consumers.  Correct?
```

(615)595-0073 Lexitas booking in all 50 states and is licensed where required. Nevada Registration #155F 142
www.lexitaslegal.com California Firm Registration #179
Case 6:22-cv-03095-MDH Document 154-6 Filed 03/31/25 Page 5 of 6

Case 6:22-cv-03095-MDH Document 1546 Filed 03/31/25 Page 6 of 6

```
 1                  REPORTER'S CERTIFICATE

 2

 3   STATE OF TENNESSEE

 4   COUNTY OF ROANE

 5

 6         I, Amy J. Schreck, Licensed Court

 7   Reporter, with offices in Knoxville, Tennessee,

 8   hereby certify that I reported the foregoing

 9   deposition of MATTHEW FARKAS by machine shorthand

10   to the best of my skills and abilities, and

11   thereafter the same was reduced to typewritten

12   form by me.  I am not related to any of the

13   parties named herein, nor their counsel, and have

14   no interest, financial or otherwise, in the

15   outcome of the proceedings.

16         I further certify that in order for this
     document to be considered a true and correct
17   copy, it must bear my original signature, and
     that any unauthorized reproduction in whole or in
18   part and/or transfer of this document is not
     authorized, will not be considered authentic, and
19   will be in violation of Tennessee Code Annotated
     39-14-104, Theft of Services.
20
     _____
21   [signature: Amy J Schreck]
     Amy J. Schreck, LCR
22   Lexitas
     LCR #13358964 - Expires: 6/30/26
23

24

25
```