# EXHIBIT 8



# P320 FULL-SIZE



## P320 FULL SIZE

| | |
|---|---|
| 9MM | 320F-9-BSS |
| 40 S&W | 320F-40-BSS |
| 45 AUTO | 320F-45-BSS |

- Modular Polymer Grips Available in Small, Medium, and Large
- Serialized Striker-Fired Trigger Group with a Smooth, Consistent Trigger Pull
- Ambidextrous Slide Catch Lever and Reversible Mag Catch
- 3-Point Takedown System Eliminates the Need to Pull the Trigger to Disassemble
- SIGLITE Night Sights
- (2) 17rd/14rd/10rd Steel Magazines

| | |
|---|---|
| SKU#: | 320F-9-BSS/320F-40-BSS/320F-45-BSS |
| UPC#: | 798681474295/798681474301/798681513468 |
| MTP: | $499.00 |
| MAP: | $579.99 |
| MSRP: | $679.00 |



Modular Polymer Grips Available in Small, Medium, and Large



Serialized Striker-Fired Trigger Group with a Smooth, Consistent Trigger Pull



Ambidextrous Slide Catch Lever and Reversible Mag Catch

THE COMPLETE SYSTEMS PROVIDER™

CONFIDENTIAL INFORMATION
SIG-MARKETING-000213



# P320
## FULL-SIZE

| PRODUCT DETAILS | |
|---|---|
| SKU# | 320F-9-BSS/320F-40-BSS/320F-45-BSS |
| CALIBER | 9MM/40 S&W/45 AUTO |
| FRAME MATERIAL | STAINLESS STEEL |
| GRIP MODULE | FULL SIZE MEDIUM |
| SLIDE MATERIAL | STAINLESS STEEL |
| SLIDE FINISH | NITRON |
| MAGAZINE CAPACITY | 17 ROUNDS (9MM) / 14 ROUNDS (40 S&W) / 10 ROUNDS (45 ACP) |
| SIGHTS | SIGLITE NIGHT SIGHTS |
| TRIGGER | STRIKER FIRED |

| MEASUREMENTS | IMPERIAL | METRIC |
|---|---|---|
| OVERALL LENGTH | 8 in | 203mm |
| OVERALL HEIGHT | 5.5 in | 140mm |
| OVERALL WIDTH | 1.3 in | 33mm |
| BARREL LENGTH | 4.7 in | 119mm |
| SIGHT RADIUS | 5.8 in | 148mm |
| WEIGHT W/MAGAZINE | 29.5 oz | 840g |
| TRIGGER PULL | 6.5 lbs | 29N |

## ACCESSORIES:



**SIG V-CROWN**
SIG V-Crown cartridges feature a stacked hollow point cavity to deliver exceptional on-target energy with maximum weight retention and optimal expansion.



**ROMEO1**
When the action is fast, target acquisition and accuracy are paramount. The miniature, open reflex ROMEO1 Red-Dot sight withstands the punishment of deployment while maintaining a confident zero.

THE COMPLETE SYSTEMS PROVIDER™

REV: 09.08.17

CONFIDENTIAL INFORMATION
SIG-MARKETING-000214