# EXHIBIT 10

# SIG P320®

A cleaner, crisper, short trigger reset, safe takedown and unprecedented modularity deliver elite performance for all.

**CONVERT CALIBER:**
Convert to any of the available calibers.

- 9MM
- .357SIG
- .40S&W
- CALIBER X-CHANGE KIT — PG. 69

**CHANGE GRIP FIT:**
Interchangeable grip modules provide optimal grip circumference and access to controls unlike simply changing a backstrap.

- GRIP MODULES — PG. 69
- LARGE
- MEDIUM
- SMALL

**CHOOSE SIZE:**
Provides the modularity to switch between multiple sizes.

- FULL-SIZE
- CARRY
- COMPACT
- SUBCOMPACT

**SERIALIZED, STAINLESS STEEL FRAME**
The serialized unit can be changed on everything from size to caliber to grip at will.

2016 American Rifleman Handgun of the Year — P320

## P320® FEATURES

**EXCEPTIONAL TRIGGER**
A smooth, crisp trigger pull and short tactile reset deliver heightened accuracy.

**3-POINT TAKEDOWN**
No trigger pull or tools required:
1. Remove magazine
2. Lock slide to the rear
3. Rotate takedown lever

**ADDITIONAL SAFETY FEATURES:**
- Striker Safety
- Disconnect Safety



CONFIDENTIAL INFORMATION — Case 6:22-cv-03095-MDH — Document 154-10 — Filed 03/31/25 — Page 2 of 4 — SIG-MARKETING-000102

# SIG P320

Unprecedented modularity with a cleaner, crisper short trigger reset, flexibility in caliber and frame size, and a safe takedown system. Available in three grip sizes for the perfect fit.

- TruGlo® TFO Front Sight
- (4) 21-Round Magazines
- Interchangeable Trigger Group

## TRIGGER ACTION
### STRIKER-FIRED
WITH SHORT TACTILE RESET — 6.8 LBS

COMPLETE SPECS PG. 114 | ACCESSORIES PG. 100 | ALL SPECIFICATIONS SUBJECT TO CHANGE

| FRAME SIZE / BARREL LENGTH | | CALIBER | 9mm | .357 SIG | .40 S&W | .45 ACP | STANDARD FEATURES |
|---|---|---|---|---|---|---|---|
| FULL-SIZE | 4.7" | | 17 | | 14 | 10 | • Modular Striker-Fired Pistol |
| CARRY | 3.9" | MAGAZINE CAPACITY | 17 | 14 | 14 | 10 | • Nitron® Stainless Steel Slide |
| COMPACT | 3.9" | | 15 | 13 | 13 | 9 | • Stabilized Stainless Steel Frame |
| SUBCOMPACT | 3.6" | | 12 | 10 | 10 | | • Contrast or SIGLITE Night Sights |

* DENOTES MAGAZINE CAPACITY — ARMED PROFESSIONAL PROGRAM PG. 112

- Multiple Sizes: Sub-Compact, Compact, Carry, Full Size
- Multiple Calibers
- Multiple Grip Sizes

### NEW
**P320 FULL SIZE TACOPS**
9mm — 320F-9-TACOPS
- Modular Striker-Fired Pistol
- Full-Size Slide
- Full-Length Grip
- Sights: TruGlo® Front, SIGLITE® Rear
- (4) 21-Round Magazines



## COMPLETE YOUR SYSTEM
- SRD9 | PG. 95
- X-RAY3™ Day/Night Sights PG. 86
- V-Crown®/FMJ | PG. 54/59

**P320 FULL-SIZE** — 9mm | .40 S&W | .45 ACP — 320F-(X)-BSS
- Modular Striker-Fired Pistol
- Full-Size Slide
- Full-Length Grip
- SIGLITE Night Sights
- Available with Contrast Sights

**P320 CARRY** — 9mm | .40 S&W | .45 ACP — 320CA-(X)-BSS
- Modular Striker-Fired Pistol
- Compact Slide
- Full-Length Grip
- SIGLITE Night Sights
- Available with Contrast Sights
- Available with Threaded Barrel

### NEW
**P320 CARRY TACOPS** — 9mm — 320CA-9-TACOPS-TB
- Modular Striker-Fired Pistol
- Compact Slide
- Full-Length Grip
- SIGLITE Suppressor Sights
- Threaded Barrel
- (4) 21-Round Magazines

**P320 COMPACT** — 9mm | .357 SIG | .40 S&W | .45 ACP — 320C-(X)-BSS
- Modular Striker-Fired Pistol
- Compact Slide
- Compact Grip
- SIGLITE Night Sights
- Available with Contrast Sights
- Available with Manual Safety (9mm and .45ACP Only)

**P320 COMPACT FDE** — 9mm | .357 SIG — 320C-(X)-FDE
- Modular Striker-Fired Pistol
- Compact FDE Slide
- Compact FDE Grip
- SIGLITE Night Sights

**P320 SUBCOMPACT** — 9mm | .40 S&W — 320SC-(X)-BSS
- Modular Striker-Fired Pistol
- Sub-Compact Slide
- Sub-Compact Grip
- SIGLITE Night Sights
- Available with Accessory Rail

PART #: Replace (X) with Choice of Caliber

CONFIDENTIAL INFORMATION — Case 6:22-cv-03095-MDH   Document 154-10   Filed 03/31/25   Page 3 of 4 — SIG-MARKETING-000103



# P320® RX

The world's only fully integrated shooting system. No other manufacturer offers a pistol with a reflex sight and co-witnessed sights ready to go out of the box. Shoot confidently with faster target acquisition and improved accuracy. Installed. Zeroed.

- Interchangeable Grip Modules
- Romeo1® Reflex Sight
- Interchangeable Trigger Group

### P320 FULL SIZE RX
9mm — 320F-9-BSS-RX

- Modular Striker-Fired Pistol
- Full Size Slide
- Full Length Grip
- Romeo1® Reflex Sight
- SIGLITE® Suppressor Sights (Contrast Sights Available)

**NEW** — P320 COMPACT RX
9mm — 320C-9-BSS-RX

- Modular Striker-Fired Pistol
- Compact Slide
- Compact Grip
- Romeo1® Reflex Sight (Contrast Sights Available)

**TRIGGER ACTION**
STRIKER-FIRED 6.5 LBS
WITH SHORT TACTILE RESET

| FRAME SIZE / BARREL LENGTH | | CALIBER 9mm | STANDARD FEATURES |
|---|---|---|---|
| FULL SIZE | 4.7" | MAGAZINE CAPACITY (17) | • Modular Striker-Fired Pistol |
| COMPACT | 3.9" | (15) | • Nitron® Stainless Steel Slide |
| | | | • Serialized Stainless Steel Frame |
| | | | • Romeo1® Reflex Sight Included |
| | | | • Co-Witness Back-Up Sights |

COMPLETE SPECS PG. 114 | ACCESSORIES PG. 190 | ALL SPECIFICATIONS SUBJECT TO CHANGE   *DENOTES MAGAZINE CAPACITY   ARMED PROFESSIONAL PROGRAM PG. 192

---

# P320® X-SERIES

X-Series models include the enhanced X grip module with extended beavertail, 4-sided beveled magwell, and a crisp trigger guard undercut. The flat trigger and slide lightening cuts make the 320X stand above the rest.

- Slide Lightening Cuts
- Enhanced Flat Trigger
- (4) 21/18-Round Magazines (9mm/40S&W)

### P320 XFIVE
9mm | .40S&W — 320X5-9-BAS

- X Grip Module
- Extended Removable Magwell
- 5" Bull Barrel
- Dawson Adjustable Rear Sight Plate
- Dawson Fiber Optic Front Sight
- Romeo1 Optic Compatable
- Extended Slide Catch Lever

**NEW** — P320 X CARRY
9mm — 320XCA-9-BXR3

- X-Carry Grip Module
- X-RAY3 Day/Night Sights
- Romeo1 Compatability
- Reduced Slide Catch Lever
- Slide Lightening Cuts
- (2) 17-Round Magazines

**NEW** — P320 X V-TAC®
320F-9-VTAC

TALO EXCLUSIVE

- Designed by Kyle Lamb Sgt Maj. Retired
- X-Carry Grip Module
- VTAC® Day/Night Sights
- FDE Stainless Slide
- Reduced Slide Catch Lever
- Slide Lightening Cuts
- (2) 17-Round Magazines

**TRIGGER ACTION**
STRIKER-FIRED 6.5 LBS
WITH SHORT TACTILE RESET

| FRAME SIZE / BARREL LENGTH | | CALIBER | 9mm | .40S&W | STANDARD FEATURES |
|---|---|---|---|---|---|
| X FIVE | 5.0" | MAGAZINE CAPACITY | (21) | (18) | • Modular XGrip |
| X VTAC | 4.7" | | (17) | | • Extended Beavertail |
| X-CARRY | 3.9" | | (17) | | • Improved Slide Serrations |
| | | | | | • Enhanced Flat Trigger |
| | | | | | • 4-Sided Beveled Magwell |
| | | | | | • Slide Lightening Cuts |

COMPLETE SPECS PG. 169 | ACCESSORIES PG. 193 | ALL SPECIFICATIONS SUBJECT TO CHANGE   *DENOTES MAGAZINE CAPACITY   ARMED PROFESSIONAL PROGRAM PG. 192

CONFIDENTIAL INFORMATION    Case 6:22-cv-03095-MDH   Document 154-10   Filed 03/31/25   Page 4 of 4   SIG-MARKETING-000104