EXHIBIT 12

Page 1

1        IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF MISSOURI
2

JOSHUA GLASSCOCK, individually  )
3 and on behalf of all others    )
similarly situated,             )
4                                )
              Plaintiff,         )
5                                )  Case No.
              v.                 )  6:22-cv-3095-MDH
6                                )
SIG SAUER INC,                   )
7                                )
              Defendant.         )
8

9

10   VIDEO DEPOSITION OF JOSH GLASSCOCK, VOLUME II

11  produced, sworn, and examined on the part of the

12  Defendant in an action pending in the United States

13  District Court, Western District of Missouri, in the

14  above-captioned matter, scheduled to begin at 9:30

15  AM on Thursday, March 6, 2025, at the Hotel

16  Vandivort, 305 East Walnut Street, Springfield,

17  Missouri, before KAREN VEST, Registered Professional

18  Reporter, Certified Realtime Reporter, and Certified

19  Court Reporter within and for the State of Missouri.

20

21

22

23            ALPHA REPORTING & VIDEO
          1911 South National, Suite 405
24            Springfield, Missouri 65804
                417.887.4110
25

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 2 of 62

Page 10

1  submitted to the court, our part of the case.

2          Q.  Do you recall how many documents there

3  were?

4          A.  All I can say is several.

5          Q.  So I know you were previously deposed

6  in about -- almost two years ago now in May of 2023.

7  Does that sound right?

8          A.  Yes.

9          Q.  Have you acquired any other firearms

10  since that time?

11          A.  I now own a Glock 19 that was issued to

12  me by the sheriff's office.

13          Q.  And does that mean that the sheriff's

14  office purchased the Glock 19?

15          A.  Yes.

16          Q.  Okay.  And is the Glock 19 the firearm

17  that the sheriff's office uses for all of its

18  employees?

19          A.  Yes.

20          Q.  And was the Glock 19 in a new condition

21  when you got it?

22          A.  No.

23          Q.  Meaning it had been used by another

24  officer prior to?

25          A.  It had been used.  I don't know if it

Alpha Reporting & Video
417-887-4110              www.alphadepo.com              417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 3 of 62

Page 11

1  was another officer, but it's been used.

2          Q.  And apologies; you may have already

3  said.  But when did you, um, obtain the Glock 19?

4          A.  It would have been November of '24.

5          Q.  And does your Glock 19 have a manual

6  safety?

7          A.  It has a trigger safety.

8          Q.  Does that mean it does not have a

9  manual safety?

10             MR. WERTS:  Object to form.  Go ahead.

11             THE WITNESS:

12         A.  No.

13             MS. GULLIVER:

14         Q.  What does -- what are you referring to

15 when you mean a trigger safety?

16         A.  On the trigger there's a safety that

17 has to be pressed before the gun will go off.

18         Q.  Mm-hmm.  Do you know whether your Glock

19 19 has the Glock performance trigger?

20         A.  Say that again.

21         Q.  Sure.  Do you know whether the Glock 19

22 that you have has been fitted with the Glock

23 performance trigger that came out in 2023?

24         A.  I don't know.

25         Q.  Have you had to fire your Glock 19?

Alpha Reporting & Video
417-887-4110        www.alphadepo.com        417-887-4110
Case 6:22-cv-03095-MDH   Document 154-12   Filed 03/31/25   Page 4 of 62

Page 13

1          A.   I've shot the Glock 19 a lot.

2          Q.   So does that mean that you think that

3    you're more accurate because you've had more

4    experience with the Glock 19?

5          A.   Practice makes you better.

6          Q.   Just stepping back and thinking about

7    what you consider when you're -- you personally are

8    purchasing a firearm, what do you generally look for

9    when you purchase a firearm?

10         A.   Um, I look for reliability.  I usually

11   look at other opinions on the weapons.

12         Q.   When you say other opinions, what are

13   you referring to?

14         A.   Um, just other reputable sources that

15   have used the weapon and have endorsed the weapon.

16         Q.   And what sort of sources do you

17   consider to be reputable?

18         A.   Law enforcement.  Military.  Reputable

19   gun enthusiasts.

20         Q.   And when you say a reputable gun

21   enthusiast, do you have someone in particular in

22   mind?

23         A.   No.

24         Q.   Can you recall any reputable gun

25   enthusiasts you have considered in the past when you

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 5 of 62

Page 14

1  have been considering purchasing a firearm?

2          A.  No.

3          Q.  Are there particular characteristics of

4  a firearm beyond its reliability that you look for?

5          A.  I haven't purchased many guns, but I do

6  look for its performance and not --

7          Q.  Mm-hmm.  I just want to switch, um, to

8  your Taurus pistol that I think you mentioned in

9  your prior deposition.

10          Do you still own that one?

11          A.  Yes.

12          Q.  Okay.  Do you still use it as your

13  carry firearm?

14          A.  You need to define carry firearm.

15          Q.  Well, let's -- let's go with -- strike

16  that.

17          Um, what do you use it for, if

18  anything?

19          A.  Um, sometimes I can still carry it.

20          Q.  On the way to work?

21          A.  No.

22          Q.  And do you know what model Taurus you

23  have?

24          A.  Don't know the exact model, but it is a

25  .380 caliber.

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 6 of 62

1          Q.  If I mentioned a Taurus PT738, does

2    that sound familiar to you?

3          A.  No.

4          Q.  Do you recall how you purchased your

5    Taurus pistol?

6          A.  Yes.

7          Q.  And how is that?

8          A.  I bought it from a gun store.

9          Q.  And was it in new condition when you

10   purchased it?

11         A.  Yes.

12         Q.  Do you recall the name of the store

13   that you purchased it from?

14         A.  No.

15         Q.  And did you receive the owner's manual

16   with your Taurus when you purchased it?

17         A.  Yes.

18         Q.  Have you ever read that owner's manual?

19         A.  No.

20         Q.  Have you, um, shot your Taurus --

21         A.  Yes.

22         Q.  -- pistol?  About how many times?

23         A.  I would go with hundreds again.

24         Q.  What do you like about shooting your

25   Taurus pistol?

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 7 of 62

Page 28

1          MR. WERTS:  Sure.  Thank you.

2          MS. GULLIVER:  So let's just confirm.

3  And you said page --

4          MR. WERTS:  72 is where it begins.

5          MS. GULLIVER:  Okay.  Thank you.

6          MR. ROWINSKI:  Okay.  We are gonna mark

7  Exhibit 3 as --

8          MS. GULLIVER:  Um, it's a document

9  Bates stamped SIG-MARKETING-000042.

10         MR. WERTS:  Thank you.

11         MS. GULLIVER:  One for you.

12         MR. DAMERON:  I don't need it.  It's

13  okay.

14         MS. GULLIVER:  You don't?

15         MR. DAMERON:  Yeah.  I mean if you have

16  extras, sure.

17         MR. ROWINSKI:  Yeah, I have five of

18  everything.

19         MR. DAMERON:  Oh, that's great.  Thank

20  you so much.  Thanks.  Thank you.

21         MR. MANN:  Yep.

22             (Whereupon, Exhibit 3, Marketing

23             Materials for SIG Sauer P320;

24             SIG-MARKETING-000042; 1 page, was

25             introduced on behalf of Ms.

Alpha Reporting & Video
417-887-4110        www.alphadepo.com        417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 8 of 62

Page 29

1                  Gulliver for purposes of this

2                  proceeding.)

3            MS. GULLIVER:

4       Q.  I just want to ask, have you ever seen

5  this document before?

6       A.  What?

7       Q.  The document in front of you.  Have you

8  ever seen that before?

9       A.  I don't recall this specifically.  But

10  I've seen the SIG emblem before and I've seen a

11  picture of a P320 before.

12       Q.  Just to be clear, though, you don't

13  believe you've seen this specific document with all

14  of its content before?

15       A.  I -- I can't recall.

16       Q.  When you say you've seen a picture of a

17  P320 before, um, when are you referring to?

18       A.  The question is so vague, I -- I've

19  seen pictures of SIGs whenever I was looking at

20  information about the SIG.  I've seen -- I've seen

21  pictures of SIGs before, SIG P320s.

22       Q.  So --

23       A.  I can't tell you a specific time of how

24  many -- of when and how many times I've seen a

25  picture of a SIG P320.

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 9 of 62

Page 30

1      Q.  It sounds like it was many times.  Is

2  that an accurate description?

3      A.  Over the course of many years, yes.

4      Q.  Okay.  You can put that aside for now.

5           MR. WERTS:  That keeps them in the

6  right order.

7                    (Whereupon, Exhibit 4, Marketing

8                    Materials for SIG Sauer P320;

9                    SIG-MARKETING-000253; 1 page, was

10                   introduced on behalf of Ms.

11                   Gulliver for purposes of this

12                   proceeding.)

13          MS. GULLIVER:

14     Q.  Now I'm going to show you what's been

15  marked as Exhibit 4.

16          MR. WERTS:  That's yours.  Thank you.

17          MS. GULLIVER:

18     Q.  And for the record, this document has

19  been Bates stamped SIG-MARKETING-000253.  I'm going

20  to ask you a similar question.

21          Do you recall ever seeing this document

22  before?

23     A.  I don't recall.

24     Q.  Okay.  You're making this easy for me.

25  Crossing off questions.  That's probably gonna make

Alpha Reporting & Video
417-887-4110              www.alphadepo.com              417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 10 of 62

Page 31

1  you happy.

2          Um, so let's --

3      A.  Are we done with this one?

4      Q.  For now.  You can just put it to the

5  side.

6                  (Whereupon, Exhibit 5, Marketing

7                  Materials for SIG Sauer P320;

8                  SIG-MARKETING-000034-037; 5 pages,

9                  was introduced on behalf of Ms.

10                 Gulliver for purposes of this

11                 proceeding.)

12         MS. GULLIVER:

13     Q.  Now I'm going to show you what's been

14 marked as Exhibit 5.

15         MR. WERTS:  Thank you.

16         MS. GULLIVER:

17     Q.  And for the record, this has been Bates

18 stamped SIG-MARKETING-000033 to 37.  And I'm going

19 to ask you a similar question.

20         Have you ever seen this document

21 before, for these images?

22     A.  I don't remember anything specific like

23 this.  Let me look at the rest of this.

24     Q.  Of course.

25     A.  I don't remember this specifically, but

Alpha Reporting & Video
417-887-4110            www.alphadepo.com            417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 11 of 62

1 I do remember seeing something to the effect of the

2 US military had adopted the weapon and seen pictures

3 of military personnel with the SIG P320.

4          But this particular document, I don't

5 recall specifically.

6          Q.  And I believe in your prior deposition

7 you testified that you had read some sort of media

8 article that talked about that.

9          Is that what you might be referring to,

10 or is it something else?

11          A.  I did read an article also, but I have

12 seen pictures of military-dressed people with the

13 P320 as if they also liked the P320.

14          Q.  Mm-hmm.  And -- and that recollection

15 that you have, do you recall about when that was?

16          A.  Whenever I was researching the P320.

17          Q.  So you mean before purchase, correct?

18          A.  Yes, and I've seen it since.

19          Q.  So if I could just direct you to the

20 top of the first page, it says Carbon Media/TFB

21 Forums.

22          Do you see that?

23          A.  Yes.

24          Q.  Have you ever heard of Carbon Media?

25          A.  No.

Alpha Reporting & Video
417-887-4110                www.alphadepo.com                417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 12 of 62

Page 34

1          A.   Not -- I don't know.  No.

2          Q.   And then if you go to the bottom of the

3    page before the last image, it says The Wire.

4               Are you familiar with The Wire?

5          A.   No.

6          Q.   Okay.  So you can put that aside for

7    now.

8                    (Whereupon, Exhibit 6, Marketing

9                    Materials for SIG Sauer P320;

10                   SIG-MARKETING-000051; 1 page, was

11                   introduced on behalf of Ms.

12                   Gulliver for purposes of this

13                   proceeding.)

14              MS. GULLIVER:

15         Q.   Now I'm going to show you what has been

16   marked as Exhibit 6.

17              MR. WERTS:  Thank you.

18              MS. GULLIVER:  Uh-huh.

19         Q.   And for the record, this has been

20   marked as SIG-MARKETING-000051.

21              I bet you can guess my question, which

22   is, have you seen this document before?

23         A.   Not this specific document.

24              But again, that guy looks like he's in

25   the military or some sort of SWAT fatigues holding a

Alpha Reporting & Video
417-887-4110              www.alphadepo.com              417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 13 of 62

Page 35

1  P320.  So I do remember seeing that.  Not that

2  specific picture, but things like it.

3          Q.  Have you ever heard of Recoil magazine?

4          A.  Can you say that name again?

5          Q.  Recoil magazine?

6          A.  No.

7          Q.  Okay.  You can put that aside for the

8  time being.

9                      (Whereupon, Exhibit 7, Marketing

10                     Materials for SIG Sauer P320;

11                     SIG-MARKETING-000088; 1 page, was

12                     introduced on behalf of Ms.

13                     Gulliver for purposes of this

14                     proceeding.)

15          MS. GULLIVER:

16          Q.  I'm now gonna show you what's been

17  marked as Exhibit 7.

18          MR. MANN:  Thank you.

19          MR. WERTS:  Thank you.

20          MS. GULLIVER:

21          Q.  And it has been marked as

22  SIG-MARKETING-000088.

23          Have you ever seen this document

24  before?

25          A.  I have not seen this specific that I

Alpha Reporting & Video
417-887-4110              www.alphadepo.com              417-887-4110
Case 6:22-cv-03095-MDH     Document 154-12     Filed 03/31/25     Page 14 of 62

1  recall.

2          However, that also looks like military

3  fatigues with a military helicopter in the

4  background holding a P320.

5          Q.  And do you see at the top in big

6  capitalized letters it says M17 The Chosen One?

7          A.  I see that it says that.

8          Q.  And when you referenced seeing pictures

9  of the, um, individuals holding the P320, do you

10 recall ever seeing language like M17 in reference to

11 it?

12         A.  No.  I just remember seeing P320.

13         Q.  You can put that aside.

14             So what information did you want SIG

15 Sauer to have told you before you purchased your

16 P320?

17             MR. WERTS:  Object to form.  Calls for

18 a legal conclusion.  Go ahead.

19             THE WITNESS:  What did you say?

20             MR. WERTS:  I just made some

21 objections.

22             THE WITNESS:  Oh, okay.

23             MR. WERTS:  But go ahead and answer.

24             THE WITNESS:

25         A.  Okay.  I wish they would have told me

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 15 of 62

Page 37

1  all of the features of the gun that I now know.

2          I wish they would have told me that it

3  has a light trigger pull, that when there's a round

4  in the chamber it is fully energized, and that it

5  does not have an external safety.  That would have

6  been nice to know.

7          MS. GULLIVER:

8      Q.  Just addressing part of your answer,

9  you said that you wanted to know that it did not

10 have an external safety.

11         You did know that though, right?

12         MR. WERTS:  And I'm -- I hate to keep

13 interjecting.

14         But the knowledge of the external

15 safety or lack thereof was covered extensively in

16 the first deposition, page 42, 43, 73.  And so I

17 think that's already been discussed.

18         MS. GULLIVER:  Correct.  But he's the

19 one who referenced it in response to this question,

20 not me.

21         So are you saying that I can't explore

22 the fact that he previously said he did know he

23 had -- it didn't have an external safety and now

24 he's saying he wanted to have been told that?  Is

25 that the position you're taking?

1  pull.

2          What do you mean by that?

3       A.  It's not as hard to pull the trigger as

4  other guns.

5       Q.  Do you know whether other firearms have

6  a similarly light trigger pull?

7       A.  I don't know specific firearms that are

8  that way.

9       Q.  And if you knew that the P320 had a

10 light trigger pull, how would that have affected

11 your purchase decision, if at all?

12      A.  If I had known all the three things

13 that I already told you, I wouldn't have bought the

14 gun.

15      Q.  Mm-hmm.  So have you -- when you're

16 purchasing firearms, have you ever researched the,

17 um, trigger on a firearm?

18      A.  Just like some previous answers, I've

19 assumed the gun manufacturers make them safely

20 within some parameters.

21      Q.  Mm-hmm.

22      A.  So I have not researched specifically

23 triggers, the details of the triggers of the guns

24 I've bought.

25      Q.  Okay.  Um, but I believe you've

Alpha Reporting & Video
417-887-4110              www.alphadepo.com              417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 17 of 62

Page 40

1 understood after shooting them that they do have

2 different trigger experiences, whether it be easier

3 to pull or harder to pull.  Is that correct?

4           MR. WERTS:  Object to form.  Go ahead.

5           THE WITNESS:

6      A.  Of course once I feel it, I can feel

7 that some of them feel different.

8           MS. GULLIVER:

9      Q.  Mm-hmm.  So I think you mentioned that

10 your Taurus had a heavier trigger pull.

11           Does that sound accurate to you?

12      A.  It feels heavier.

13      Q.  Mm-hmm.  And in terms of the Glock 23,

14 what was your experience of that trigger pull?

15      A.  Felt heavy.

16      Q.  Did it feel the same as the Taurus?

17      A.  Again, we're talking about my muscle

18 memory of shooting a weapon that I don't remember

19 the last time that I shot it.

20           And the Glock that you're referring to,

21 I don't even own anymore.

22      Q.  I'm not really sure what you're trying

23 to say or how that answers my question.

24      A.  I don't -- I don't -- can't

25 specifically remember how they felt.  I know that

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 18 of 62

1  they were heavy.

2      Q.  Okay.  So that's a perfectly fine

3  answer.  Just -- I understand that a lot of this has

4  happened a long time ago --

5      A.  Yeah.

6      Q.  -- so you know.

7      A.  I'm trying to answer the best I can.

8      Q.  Appreciate that.  Thank you.

9          So when you've done research to

10 purchase firearms, you have not specifically

11 researched trigger pull weight.  Is that correct?

12     A.  That's correct.

13     Q.  Have you ever had a conversation with

14 any of your friends about how a trigger feels when

15 it's pulled?

16     A.  Yes.

17     Q.  Can you tell me about those

18 conversations?

19     A.  Again, when we're talking about

20 specifics and time, I know that you already

21 understand that.

22         But yes, I -- I talk about guns with my

23 friends and I know that there's lighter trigger

24 pulls.  There's different things that you can do on

25 even rifles to make the trigger easier to pull.

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 19 of 62

Page 43

1  it the way they want it made for its most productive

2  form.  Its best features is the way that they've

3  made it.  So I haven't --

4       Q.  Are you aware that say particular

5  models of a firearm might have a trigger pull weight

6  that varies depending on which version of that

7  firearm you purchase?

8            MR. WERTS:  Object to form.  Go ahead.

9            THE WITNESS:

10       A.  I'm sure that that's possible.

11            MS. GULLIVER:

12       Q.  But it hasn't mattered to you to figure

13  out the trigger pull weight for any particular

14  firearm before you purchased it?

15       A.  I haven't researched trigger pull

16  weight on any of the pistols I've bought.

17                 (Whereupon, Exhibit 8, Marketing

18                 Materials for SIG Sauer P320;

19                 SIG-MARKETING-000213-214; 2 pages,

20                 was introduced on behalf of Ms.

21                 Gulliver for purposes of this

22                 proceeding.)

23            MS. GULLIVER:

24       Q.  I'm going to show you what's been

25  marked as Exhibit 8.

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 20 of 62

Page 44

```
 1           MR. WERTS:  Thank you.

 2           MS. GULLIVER:

 3      Q.  And for the record, it has been marked

 4  as SIG-MARKETING-000213 to 214.

 5           And ask you, have you ever seen this

 6  document before?

 7      A.  Again, not specifically.  But I've seen

 8  a picture of a P320 before.

 9      Q.  And do you see on the upper -- almost

10  upper left-hand corner it says P320 Full-Size?

11      A.  Yes.

12      Q.  And is that the same model that you

13  have of a P320?

14      A.  It looks like it.

15      Q.  Okay.  So -- and apologies, because the

16  way some of these were printed makes some of the

17  text very tiny, so I'm sorry for that.

18           But if we refer you to the back of the

19  page there on the second page, um, I just want to --

20  maybe two-thirds of the way down the last line, do

21  you see it says Trigger Pull?

22      A.  Yes.

23      Q.  And do you see it says 6.5 pounds?

24      A.  Yes.

25      Q.  Um, so SIG Sauer did disclose the
```

Alpha Reporting & Video
417-887-4110              www.alphadepo.com              417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 21 of 62

1  trigger pull weight for its P320 models, correct?

2            MR. WERTS:  Object to form.  Vague as

3  to date.  Go ahead.

4            THE WITNESS:

5       A.  I haven't seen this document before.

6  But wherever -- I guess.

7            MS. GULLIVER:

8       Q.  Um, and then, you know, just I want to

9  point you to the I guess almost bottom right of it

10  right below the trigger pull weight it says -- it

11  has a date on it, looks like 09.08.17.

12            Do you see that?

13       A.  Yes.

14       Q.  And so it looks like this was a

15  document created in 2017 disclosing the trigger pull

16  weight for your model P320?

17            MR. WERTS:  Object to form.  Go ahead.

18            THE WITNESS:

19       A.  I haven't seen this document.

20            MS. GULLIVER:

21       Q.  Okay.  Again, that's not the question

22  I'm asking.

23            I'm asking whether this document which

24  is dated from 2017 discloses the trigger pull weight

25  for your model P320?

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 22 of 62

Page 47

1  different, what do you mean?

2      A.  I wouldn't have bought the gun.

3      Q.  Have you ever researched the trigger

4  pull length of any firearm that you were considering

5  purchasing?

6      A.  No.

7      Q.  So similarly, did you ever ask anyone

8  prior to purchase of your other pistols what the

9  trigger pull length was?

10     A.  No.

11     Q.  And in the conversations you've had

12 with other people, have you ever had discussions

13 about the trigger pull length of a firearm?

14     A.  We're referring to the distance it

15 takes from the trigger to --

16     Q.  Mm-hmm.

17     A.  -- fire?

18     Q.  Yes.

19     A.  Yes.

20     Q.  And what do you recall, if anything, of

21 those discussions?

22     A.  Recently on my Glock there is -- we

23 call it take-up, which is the distance you take that

24 pulls that tension out of the gun.  And then breathe

25 through and pull the trigger.

Alpha Reporting & Video
417-887-4110            www.alphadepo.com            417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 23 of 62

1  eyesight check.

2          And in looking at Exhibit 6, if you

3  look at the picture of the P320, do you see right

4  below it, it says, "Adaptable, modular, safe."

5          And then right below that you'll see,

6  "The same crisp trigger group easily converts into

7  over 40 configurations of caliber, color, and size

8  to suit any shooter's every need."

9          Do you see that?

10         A.  I see that.  Yeah, I see the verbiage.

11         Q.  Do you have an understanding of what

12  someone means when they say crisp trigger?

13         A.  I can speculate what that might mean,

14  yeah.

15         Q.  Okay.  And what -- what would that mean

16  to you?

17         A.  That it would be a quicker.  When I

18  think of crisp, I think of an apple, crisp bite.  So

19  I assume quick.

20         Q.  Thank you.  Going to your Glock 19 that

21  you now use, um, how would you describe the trigger

22  pull of your Glock 19?

23         A.  Long.  Stiff.  It's all about the

24  take-up of it --

25         Q.  Mm-hmm.

Alpha Reporting & Video
417-887-4110              www.alphadepo.com              417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 24 of 62

Page 52

1      A.  -- is how I would describe it.

2  Takes -- it takes energy from me and thought to pull

3  the trigger.

4      Q.  Is the trigger on your Glock 19 curved?

5      A.  Say -- curved?

6      Q.  Mm-hmm.

7      A.  Yes.

8      Q.  Okay.  And I know you gave this answer

9  a bit ago, so if I don't have it correct, please do

10 correct me.

11         But I believe you testified earlier one

12 of the things you wanted to be told by SIG was that

13 the P320 had something along the lines of sufficient

14 energy to discharge a bullet anytime a round is

15 chambered.

16         Does that sound right?

17     A.  I would have liked to have been told

18 that the gun was fully energized, that it had a

19 light trigger pull, and it did not have an external

20 safety.

21         I would have liked to have been told

22 all three of those things in one setting as an

23 advertisement for the gun.

24     Q.  Okay.  And just -- just to focus on the

25 fully energized piece for the moment.

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 25 of 62

Page 56

1      Q.  Sure.  Let's -- so just to make sure
2  I'm following.
3           Are you saying that you read an article
4  about a case involving the P320 where that article
5  disclosed that the three factors you mentioned --
6  that it was fully energized, that it was, you know,
7  a short, crisp trigger, and that it lacked an
8  external safety -- was the reason?
9           Is that -- am I understanding you
10 correctly?
11     A.  That's not what I'm saying.
12     Q.  Okay.
13     A.  I'm saying that I've seen news articles
14 about police officers having a P320 and it going off
15 in their holster.  That's all I'm saying.
16     Q.  Okay.  So then I'm not exactly sure how
17 that addresses my question.
18           But, um, so what I'm trying to
19 understand is how you are aware that the only
20 firearm in your mind that has all three of these
21 characteristics is the P320.
22           Am I correct in understanding that that
23 is something you obtained from your attorneys?
24     A.  Yes, that's how I've gained my
25 knowledge.

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 26 of 62

Page 57

1        Q.  Okay.  In looking at, um, firearms

2  advertisements, have you ever seen a manufacturer

3  advertise that their -- um, the firearm at issue is

4  fully energized?

5        A.  Not that I can recall.

6        Q.  Anything at all about, you know, the

7  energy of a given firearm?

8        A.  Not that I can recall.

9        Q.  Have you ever inquired about how much

10 energy a particular firearm you're purchasing, um,

11 has?

12       A.  Not that I can recall.

13       Q.  Have you ever asked anyone prior to

14 purchasing a firearm how many steps it would take,

15 um, before the trigger would go off?

16       A.  No.

17       Q.  So then am I correct that you've also

18 not done any online research about that issue?

19       A.  That -- I said no, so any online -- no,

20 I haven't.  No.

21       Q.  Some of these questions may seem

22 repetitive, but it's just because we got to --

23       A.  I understand.

24       Q.  -- make sure that we understand you

25 correctly.

Alpha Reporting & Video
417-887-4110              www.alphadepo.com              417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 27 of 62

Page 60

1            And I believe you said that it has

2   these three characteristics we've been discussing,

3   is that correct?

4        A.  That's correct.

5        Q.  Okay.  And so what I'm trying to

6   understand is whether you have any personal

7   knowledge based on your own experience with the P320

8   that would make you think that the P320 is a

9   detriment to your safety?

10            MR. WERTS:  Object to form.  Go ahead.

11            THE WITNESS:

12        A.  To define personal knowledge, yes, it

13   is -- it is my knowledge and it is mine, so it's

14   personal.  And I have learned it from my attorneys,

15   so I'm not -- so is that personal knowledge?

16            I haven't had a P320 go off in my

17   holster because I don't carry it anymore, because

18   it's dangerous.  So if that's what you mean by

19   personal knowledge, then.

20            MS. GULLIVER:

21        Q.  Well, and it's dangerous because your

22   attorneys told you it was dangerous, correct?

23            MR. WERTS:  Object to form.

24            THE WITNESS:

25        A.  That's what I've been -- that's how I

Alpha Reporting & Video
417-887-4110              www.alphadepo.com              417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 28 of 62

Page 61

1  come to understand this.

2              MS. GULLIVER:

3       Q.  Okay.  So have you ever been told

4  something by someone else that didn't actually turn

5  out to be true?

6              MR. WERTS:  Object to form.

7              THE WITNESS:

8       A.  Yes.

9              MS. GULLIVER:

10      Q.  Okay.  So then it's conceivable, right,

11  and you understand that this is a lawsuit; this

12  isn't proven fact yet that the information you might

13  have gleaned from your attorneys might not actually

14  be true?

15             MR. WERTS:  Object to form.

16             THE WITNESS:

17      A.  I trust my attorneys.

18             MS. GULLIVER:

19      Q.  Okay.  Um, and so say if a court were

20  to ultimately rule in SIG's favor in this case,

21  would you still believe that the P320 is a detriment

22  to your personal safety because your attorneys told

23  you it was?

24             MR. WERTS:  Object to form.

25             THE WITNESS:

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 29 of 62

1          Q.   Okay.  And then I just want to also

2    refer you to, um, the what looks like the second

3    page.

4               There's a section called 1.0 Safety

5    Warnings.  It's the first page, I think, past the

6    cover of it.

7          A.   Are we talking about Glasscock, Joshua

8    42?

9          Q.   Correct.  And do you see that safety

10   warning section?

11         A.   I see where it says safety warnings.

12         Q.   And prior to today, had you ever read

13   that page of the safety -- excuse me, of the owner's

14   manual?

15         A.   No.

16         Q.   Thank you.  That's it for that.

17              Did you want SIG Sauer to have told you

18   what action type your P320 was?

19         A.   I would have liked them to have told me

20   that it was fully energized, that it had a light

21   trigger pull, and that it did not have an external

22   safety.  I wanted to know those three things.

23         Q.   So not the action type then?

24         A.   I would like them to advertise as much

25   as I can about a weapon that could be dangerous.

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 30 of 62

Page 71

1          Q.  Okay.  So the record's clear, does that

2    mean you did want to know the action type of your

3    P320?

4          A.  I don't want them to omit any

5    information from me.

6          Q.  And so if they had publicized -- excuse

7    me, published this information, you would have read

8    it?

9          A.  Maybe.

10          Q.  Have you -- when you've shopped for

11    firearms before, have you ever inquired as to the --

12    what action type the firearm is?

13          A.  Not that I recall.

14          Q.  In the conversations you've had with

15    others, have you ever discussed the action type of a

16    firearm before?

17          A.  I can't recall specifics of

18    conversations.

19          Q.  Do you recall ever researching the

20    action type of a firearm?

21          A.  I can't say that I have and I can't say

22    that I haven't.  I don't --

23          Q.  Actually let's just go quickly back to

24    Exhibit 9 for a moment.

25               And let's just use like the internal

Alpha Reporting & Video
417-887-4110                www.alphadepo.com                417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 31 of 62

Page 72

1  page numbers for the manual.  So if we go to, um, I

2  think it's page 16 of it, which should be on the

3  Bates number last number 49.

4           And I just want to refer you to the

5  second-to-last sentence.  It says, "The P320 pistol

6  is a striker-fired design."

7           Do you see that?

8       A.  I see that verbiage.

9       Q.  Were you aware that your P320 was a

10  striker-fired pistol prior to purchasing it?

11      A.  I don't -- I don't know all the

12  definitions of stuff.  I --

13      Q.  Do you recall --

14      A.  I knew that it was a semiautomatic

15  pistol.

16      Q.  So do you recall in your research ever

17  hearing that it was a striker-fired pistol?

18      A.  I can't recall that specific -- gaining

19  that knowledge.

20      Q.  Okay.  I'm going to switch gears a

21  little bit.  Um --

22      A.  Are we done with this?

23      Q.  Yeah, put that to the side.  Thanks.

24           So I want to talk a little bit about,

25  um, sort of the -- the -- strike that.  Um, I want

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 32 of 62

Page 75

1          THE WITNESS:  Don't explain it?

2          MS. GULLIVER:  Yeah.

3          THE WITNESS:  Okay.

4          MS. GULLIVER:

5     Q.  Absolutely not.  Just -- I'm just

6  trying to understand, like he said, for example, you

7  know, you're at a deposition.

8          So are you aware of any other things

9  that have occurred in the case to date?

10         A.  That's what I have attorneys for.  I --

11         Q.  So if I were to say are you aware that,

12  um, after the motion to dismiss was filed, SIG Sauer

13  also filed a motion for judgment on the pleadings,

14  would you have been aware that that was filed?

15         A.  Not specifically that term, but I know

16  I've been updated on stuff about the case.

17         Q.  Have you ever been sent decisions by,

18  um, the judges in this case?

19         A.  I've been given documents by my

20  attorneys.

21         Q.  Do you believe they were a decision?

22         A.  They could have been.  I don't know.

23         Q.  Did you read those documents?

24         A.  I've read what my attorneys gave me.

25         Q.  Do you know whether SIG Sauer filed a

Alpha Reporting & Video
417-887-4110              www.alphadepo.com              417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 33 of 62

Page 76

1   motion for summary judgment in this case?

2        A.  I don't know specifically.  I've let my

3   attorneys handle the attorney things.

4        Q.  Do you know who the judge is in this

5   case?

6        A.  Yes.

7        Q.  And what is that judge's name?

8        A.  I believe it's Judge Harpool.

9        Q.  And was that judge the original judge

10  in the case?

11       A.  I don't think so, but I don't remember

12  specifically how that went down, because I have

13  attorneys to deal with all that.

14       Q.  Are you aware of whether a motion for

15  class certification was filed on your behalf?

16       A.  This is a class action lawsuit.

17  Something of that term probably was filed.  I don't

18  know if that's the correct term.

19                    (Whereupon, Exhibit 10,

20                    Plaintiff's Motion for Class

21                    Certification and Suggestions in

22                    Support; 48 pages, was introduced

23                    on behalf of Ms. Gulliver for

24                    purposes of this proceeding.)

25                 MS. GULLIVER:

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 34 of 62

Page 78

1  part is that first page, um, which has sort of what

2  we would call the -- the docket information for your

3  case and then your attorneys' names.

4           And some of that is often on every

5  document, so just to make sure I'm understanding.  I

6  want to direct you to sort of the bolded language in

7  the middle of the first page.  It says Plaintiff's

8  Motion for Class Certification and Suggestions in

9  Support.

10          When you said you've seen it, do you --

11  were you specifically referring to like the pictures

12  in here or just like a similar-looking document, if

13  that makes sense?

14      A.  Pictures, and as I scan over it, some

15  of the discussions, it just looks like something

16  that I've probably seen before.

17      Q.  Great.  Okay.  Do you recall whether

18  you provided any input, and I do not want to know

19  what that input would be, um, to your attorneys

20  about this motion before it was filed?

21      A.  I've talked to my attorneys about the

22  case.

23      Q.  You don't recall anything specific to

24  this document you're looking at?

25      A.  I let attorneys do attorney things, and

Alpha Reporting & Video
417-887-4110        www.alphadepo.com        417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 35 of 62

1  I do client things.

2          Q.  You can put that to the side.  I'm not

3  gonna question you on the specifics of it.

4              Do you know, um, whether your attorneys

5  have hired any experts to act on your behalf in this

6  case?

7          A.  I've heard them discuss some experts.

8          Q.  Do you know how many experts you have?

9          A.  I don't specifically know how many.

10         Q.  Do you know if it's more than one?

11         A.  It is more than one.

12         Q.  Do you know what kinds of experts you

13  have?

14         A.  I assume they're experts on firearms is

15  how I understand it.

16         Q.  Do you know what it means to be a class

17  representative?

18         A.  Yeah.

19         Q.  Okay.  And what does it mean to you?

20         A.  In this case I represent people who own

21  SIG P320s.

22         Q.  Do you have any responsibilities as

23  someone seeking to be a class representative?

24         A.  Yes.

25         Q.  And what are those responsibilities?

Alpha Reporting & Video
417-887-4110              www.alphadepo.com              417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 36 of 62

Page 80

1          A.  I represent the class.  I represent

2    those who have been put in danger by owning a P320.

3          Q.  And how do you represent them?

4          A.  By doing depositions.

5          Q.  Is that it?

6          A.  Talking to my attorneys.

7          Q.  Okay.  So, um, is there any other

8    responsibility you may owe to the class besides,

9    um, taking the deposition and talking to your

10   attorneys?

11             MR. WERTS:  Object to form.  Go ahead.

12             THE WITNESS:

13         A.  Sure, there is.  I owe my -- I owe

14   them -- everything I owe myself, I owe them.

15             MS. GULLIVER:

16         Q.  And what do you owe yourself in that

17   context?

18             MR. WERTS:  Same objection.

19             THE WITNESS:

20         A.  To represent honestly the rest of the

21   class.

22             MS. GULLIVER:

23         Q.  Other than the deposition, um, talking

24   to your attorneys, and being honest, is there

25   anything else that you're aware of that you're

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 37 of 62

Page 81

1  responsible for as a named plaintiff?

2            MR. WERTS:  Same objection.

3            THE WITNESS:

4       A.  I don't -- I don't know specific

5  terminology of all of that, but I know that I -- I

6  have responsibilities as a class representative.

7            MS. GULLIVER:

8       Q.  Right.

9       A.  And by working with my attorney,

10 attorneys, I'm fulfilling that.  And by being here

11 today, I'm fulfilling representing those people.

12      Q.  Yeah, so -- so what I'm just trying to

13 get at is -- is beyond those two items, are there

14 other responsibilities that you're aware of?

15      A.  And my answer to that is I'm sure there

16 are.

17      Q.  But you can't remember now?

18      A.  I can't -- I can't go specifically

19 through all of those things.

20      Q.  So if your lawsuit is successful, do

21 you have an understanding of what you would be

22 entitled to in terms of damages?

23      A.  Yes.

24      Q.  And what do you believe you would

25 receive?

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH   Document 154-12   Filed 03/31/25   Page 38 of 62

Page 88

1  second sentence, it says, "If so, please contact me

2  as we are investigating claims that a defect in this

3  pistol has caused a number of unintended

4  discharges."

5            Do you see that?

6       A.  Yes.

7       Q.  And was this the first time that you

8  had heard about the P320, um, potentially having

9  unintended discharges?

10      A.  I think so.

11      Q.  Have you ever heard of other firearms

12 having incidents of unintended discharges?

13      A.  Not -- no.  No.

14      Q.  And then if we look at the last

15 sentence in the first paragraph, it says, "We

16 believe anyone that has purchased a P320 may have a

17 claim against SIG Sauer, regardless of whether they

18 have experienced an unintended discharge."

19           Do you see that?

20      A.  Yeah.

21      Q.  And you have not had an unintended

22 discharge with your P320, correct?

23      A.  Thank goodness, no.

24      Q.  And then if we go to the next

25 paragraph, it says, "As you may know, a version of

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 39 of 62

Page 89

1 these pistols has been adopted by the US Department

2 of Defense as the primary handgun of the US

3 military."

4          Do you see that?

5      A.  Yes.

6      Q.  And it says, "However, DoD required a

7 modification to the M17 and M18 pistols to prevent

8 the sort of accidental discharges we are looking

9 into."

10         Do you see that?

11     A.  Yes.

12     Q.  Do you have any familiarity at all

13 with, um, applications that firearms manufacturers

14 make, um, to become selected as a weapon for the US

15 military?

16     A.  I -- I don't know what the department

17 of defense requires.

18     Q.  Have you ever read any articles about

19 other firearm manufacturers who have ultimately been

20 selected to be a military firearm?

21     A.  I -- I know of other weapons that the

22 military has adopted as their main gun.

23     Q.  But you haven't read any articles

24 specifically talking about what the US Army seeks in

25 terms of, um, features for its pistols, correct?

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 40 of 62

Page 90

```
 1          A.  I haven't read any specific -- like I
 2   haven't read their list of requirements, no.
 3          Q.  And when you received this email on
 4   March 7th, 2022, was it the first time you had
 5   spoken to Mr. Werts since your prior representation
 6   ended?
 7          A.  Yes.
 8          Q.  And so this email indicates that it was
 9   the LearWerts' firm idea to sue SIG Sauer, correct?
10              MR. WERTS:  Object to form.
11              THE WITNESS:
12          A.  I'm the class representative.  They're
13   acting on my behalf to sue SIG Sauer.
14              MS. GULLIVER:
15          Q.  Right.  But you weren't their client at
16   the time of this email, correct?
17              MR. WERTS:  Object to form.
18              THE WITNESS:
19          A.  I own a SIG P320, so I'm the injured
20   party.
21              MS. GULLIVER:
22          Q.  Right.  What I'm asking you is
23   different, which is -- because it wasn't you that
24   wrote the LearWerts firm and said, "I would like to
25   sue because I'm concerned about unintended
```

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 41 of 62

Page 91

1  discharges," correct?

2          A.  I'm glad they emailed me about these

3  dangers.  But no, I didn't seek them out, if that's

4  what you're asking.

5          Q.  That is what I'm asking.

6          A.  Okay.

7          Q.  Thank you.  I think you mentioned you

8  still have your P320, correct?

9          A.  Correct.

10         Q.  Okay.  Um, where is it kept?

11         A.  In a safe, unloaded.

12         Q.  Do you know whether anyone has

13  inspected it?

14         A.  Yes.

15         Q.  And who has inspected it?

16         A.  I don't recall his name.

17         Q.  Was it someone for SIG Sauer?

18         A.  It was for this case.  I know that -- I

19  believe he was a firearms expert inspected it.

20         Q.  Okay.  So after you wrote back and let

21  Mr. Werts know that you owned a P320, um, did you

22  receive some further communication?

23             I don't want to know what it was

24  saying, so I'm just asking, did they then reach out

25  to you?

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 42 of 62

Page 106

1  price of a gun.  I don't --

2          Q.  But you've purchased multiple firearms

3  yourself, right?

4          A.  Yeah.

5          Q.  So what do you look at to set the price

6  of a used firearm?

7          A.  Its condition.  Its popularity.

8  Comparable prices of the same weapon.

9          Q.  So we've talked about -- I'm going to

10 shorthand this, and I apologize, but sort of the

11 three, um, things you wanted to be told about the

12 P320.

13         If you had been told those things prior

14 to purchase, would you have been willing to purchase

15 it but just for a lower price?

16         A.  No.

17         Q.  And I think you testified earlier that,

18 um, you became aware that there were lawsuits that

19 were filed in relation to the P320 but you didn't

20 know about them prior to purchase, correct?

21         A.  I mean I had -- I had read articles,

22 I'm sure, before that about all the -- of it going

23 off in the holster.  I'm sure -- I'm sure I had seen

24 news articles about that.  There had been numerous

25 cases of it.

Alpha Reporting & Video
417-887-4110            www.alphadepo.com            417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 43 of 62

Page 109

1              MS. GULLIVER:

2          Q.  What is your understanding of the claim

3    you're bringing?

4          A.  That the way that this was marketed was

5    deceiving to purchasers.  They omitted information,

6    dangerous information that consumers should have

7    known about.  That is the gist of it.

8          Q.  So if a consumer did know that

9    information, do you think they were injured?

10             MR. WERTS:  Object to form.

11             THE WITNESS:

12         A.  Yes, because they're walking around

13   with a dangerous gun.  That is --

14             MS. GULLIVER:

15         Q.  If, um -- were you aware that, um, you

16   can get a P320 retrofitted with a manual safety?

17         A.  What do you mean, retro -- retrofitted?

18         Q.  Are you aware that you could go to

19   someone and ask that a manual safety be added to

20   your existing P320?

21         A.  I'm not -- I don't think I'm aware of

22   that.

23         Q.  If someone were to take your P320, add

24   a manual safety to it, do you -- would that remedy

25   the defect in your mind?

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 44 of 62

1          A.   No, because there's two other factors

2    to it that together make it dangerous.  It's -- it's

3    ready to fire, it has a short trigger pull, and it

4    has no manual safety.

5          Q.   So --

6          A.   And it goes off in people's holsters.

7          Q.   So if there was another firearm out

8    there that has an external safety feature but also

9    still has a short trigger pull and is fully

10   energized, you feel that that firearm is also

11   defective?

12              MR. WERTS:  Object to form.

13              THE WITNESS:

14         A.   I'd have to look at the totality of the

15   weapon, I guess.

16              MS. GULLIVER:

17         Q.   So if you, um -- so if you do not think

18   that, um, adding a manual safety fixes the -- the

19   defect, what are you hoping to get out of the case?

20              MR. WERTS:  Object to form.

21              THE WITNESS:

22         A.   Fixing the manual safety is a factor to

23   this.  But there -- I want the other factors

24   addressed as well.

25              I want people who own P320s, including

Alpha Reporting & Video
417-887-4110                www.alphadepo.com                417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 45 of 62

Page 113

1          A.  I think this was a working document
2  that we discussed in depth.
3          Q.  So it's possible that you may have made
4  some changes?
5          A.  It's possible.  I mean we discussed
6  this.
7          Q.  Like I said, I don't want to -- don't
8  want to get into what those might be.
9              I just want to refer you to paragraph
10  24, which should be on page 5.
11             And do you see the first sentence says,
12  "In its marketing about the military's adoption of
13  the P320, though, SIG Sauer never discloses the
14  military version of the pistol contains an
15  ambidextrous safety."
16             Do you see that?
17         A.  Yes.
18         Q.  Do you have an understanding of what
19  the factual basis is for that statement?
20             MR. WERTS:  Object to form.
21             THE WITNESS:
22         A.  That the gun that was marketed to me
23  was different than the gun marketed to military.
24  That it was -- that I was deceived whenever I
25  purchased the gun, that I thought that the P320 that

Alpha Reporting & Video
417-887-4110              www.alphadepo.com              417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 46 of 62

Page 114

1  I had was the same one that the military had.

2              MS. GULLIVER:

3         Q.  So -- so you think this paragraph is

4  referring to you specifically and not the marketing

5  about the military's adoption of the P320?

6         A.  I was --

7              MR. WERTS:  Object to form.

8              THE WITNESS:

9         A.  I was a consumer of the marketing, and

10 so was everyone else in some way, shape, or form of

11 the P320.

12             MS. GULLIVER:  Okay.  Um, let's put

13 that aside just for a moment and then let's look at

14 (indistinct).

15                     (Whereupon, Exhibit 14, SIG Sauer

16                     Press Release, "SIG SAUER Brings

17                     the U.S. Army's M17 to the

18                     Commercial Market; SIG-GLASSCOCK

19                     00006703-6704; 2 pages, was

20                     introduced on behalf of Ms.

21                     Gulliver for purposes of this

22                     proceeding.)

23             MS. GULLIVER:

24        Q.  Now I'm going to show you what has been

25 marked as Exhibit 14.

Alpha Reporting & Video
417-887-4110                www.alphadepo.com                417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 47 of 62

Page 115

1              MR. WERTS:  Oh, thank you.

2              MR. MANN:  Thank you.

3              MS. GULLIVER:

4         Q.  I'm just gonna ask you, have you ever

5    seen this document before?

6         A.  No.

7         Q.  And just for the record, it is marked

8    as SIG-Glasscock 00006703.

9              And do you see at the top it says, "For

10   immediate release" and then it says, "SIG Sauer

11   brings the US Army's M17 to the commercial market"?

12        A.  Yes, I see that.

13        Q.  And then do you see after it describes

14   sort of the date and location, it says, "SIG Sauer

15   Inc is pleased to introduce the commercial variant

16   of the US Army's M17 official service pistol called

17   the P320-M17."

18             Do you see that?

19        A.  Yes.

20        Q.  Okay.  And do you see how the -- this

21   document is dated July 18th, 2018?

22        A.  That's what it says.

23        Q.  And then if you go to the fourth

24   paragraph down, the last sentence in that paragraph,

25   do you see it says, "Nonmanual safety P320-M17

Alpha Reporting & Video
417-887-4110                www.alphadepo.com                417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 48 of 62

Page 116

1  pistols will be shipped at a later date."

2           Do you see that?

3       A.  I see that.

4       Q.  So SIG Sauer did disclose publicly that

5  the commercial variant of its P320 that -- that was

6  the same as the US Army's was the M17, correct?

7           MR. WERTS:  Object to form.

8           THE WITNESS:

9       A.  That's what you're saying.  I haven't

10 seen this document.

11          MS. GULLIVER:

12      Q.  Right.  If you want to refer back,

13 though, to your complaint, the complaint in

14 paragraph 24 states, "In its marketing about the

15 military's adoption of the P320, though, SIG Sauer

16 never discloses the military version of the pistol

17 contains an ambidextrous manual safety."

18          Do you see that?

19      A.  Are we talking about 24 here?

20      Q.  Yes.

21      A.  Okay.

22      Q.  So what I'm asking is that SIG Sauer

23 did disclose publicly, though, that its P320 that

24 matched the US Army was the M17 and that the M17

25 came with a manual safety?

Alpha Reporting & Video
417-887-4110            www.alphadepo.com            417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 49 of 62

Page 117

1             MR. WERTS:  Objection to form.

2             THE WITNESS:

3       A.  I did not know that.

4             MS. GULLIVER:

5       Q.  Is it possible that other people did

6  because they looked at different marketing than you?

7             MR. WERTS:  Objection, form.

8             THE WITNESS:

9       A.  A lot of things that are possible, but

10  I saw pictures and military -- military using the

11  P320.

12             MS. GULLIVER:

13       Q.  But it would not be true to say that

14  SIG Sauer never told people publicly that the M17

15  had a manual safety?

16             MR. WERTS:  Objection, form,

17  foundation.  Go ahead.

18             THE WITNESS:

19       A.  I was never told.

20             MS. GULLIVER:

21       Q.  Right.  But that's not the question I'm

22  asking.

23             I'm saying, did SIG Sauer publicly tell

24  people that the M17 was its version of the US Army,

25  um, pistol and that it came with a manual safety?

Page 118

1           MR. WERTS:  Objection, form,

2   foundation.

3           THE WITNESS:

4       A.  I have never seen this document.

5   You're -- you're telling me that they did.  I was

6   never told.  That information was not told to me.

7           MS. GULLIVER:

8       Q.  So do you have any basis to support the

9   statement that in its marketing about the military's

10  adoption of the P320, though, SIG Sauer never

11  discloses that the military version of the pistol

12  contains an ambidextrous manual safety?

13          MR. WERTS:  Objection, form.

14          THE WITNESS:

15      A.  Like I told you earlier, people in

16  military fatigues and advertisements that it's good

17  enough for the military.

18          But I -- it did not in my understanding

19  of looking at that advertisement, that it -- I

20  believed that the gun that I purchased was the same

21  one that the military had.  That is what I believed.

22          MS. GULLIVER:

23      Q.  Right.  But paragraph 24 doesn't say,

24  "Mr. Glasscock never saw any advertising about the

25  M17," right?

Alpha Reporting & Video
417-887-4110                    www.alphadepo.com                    417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 51 of 62

1          A.  No, it doesn't mention my name.

2          Q.  Right.  It's talking more broadly about

3   SIG Sauer's marketing regarding the P320, correct?

4          A.  Yeah.

5              MR. WERTS:  Are we finished with 14 or

6   are we --

7              MS. GULLIVER:  The press release, yes.

8              MR. WERTS:  Okay.

9                  (Whereupon, Exhibit 15, Marketing

10                 Materials for SIG Sauer P320;

11                 SIG-MARKETING-000107-111; 5 pages,

12                 was introduced on behalf of Ms.

13                 Gulliver for purposes of this

14                 proceeding.)

15             MS. GULLIVER:

16         Q.  I'm now gonna show you what's been

17  marked as Exhibit 15.

18             MR. WERTS:  Thank you.

19             MR. MANN:  Thank you.

20             MS. GULLIVER:

21         Q.  And for the record, it's been marked as

22  SIG-MARKETING-000107 to 111.

23             Have you ever seen this document

24  before?

25         A.  Are we just talking about 107?  Or are

Alpha Reporting & Video
417-887-4110              www.alphadepo.com              417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 52 of 62

Page 120

1  we talking about the whole --

2          Q.  Flip through any of the pages and see

3  if anything looks familiar to you.

4          A.  Not particularly.  I've seen -- like I

5  said, there's a military guy looks like holding the

6  P320.  It says SIG Sauer.  I've seen stuff like

7  that.  I've seen pictures of P320s.

8          Q.  So I just want to direct you

9  specifically to the page ending 109.  It's the

10  second-to-last or third-to-last page.

11          Do you see that?

12          And apologies again for the tiny

13  writing.  But do you see on the page on the

14  left-hand side?

15          A.  Yeah.

16          Q.  And do you see there's a US Army logo

17  there?

18          A.  Yes.

19          Q.  And it says, "Based on the M17 firearm

20  selected by the US Army."

21          Do you see that?

22          A.  That kind of looks like that's what

23  that says.

24          Q.  And then if you look immediately to the

25  right of the picture of the firearm, it says,

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 53 of 62

Page 121

1  "Available with manual safety"?

2        A.  That's what that looks like that says.

3        Q.  And then does it appear that the

4  picture of the pistol has a manual safety?

5        A.  Yes.

6        Q.  You can put that aside now, please.

7            Let's just go back to Exhibit 13.  I

8  just want to refer you to paragraph 7 of your

9  complaint.

10            And that paragraph says, "Joshua

11  Glasscock is a resident of Polk County, Missouri.

12  He is a longtime law enforcement officer.  He

13  purchased his SIG Sauer P320 in April 2020 in Polk

14  County, Missouri.  He paid approximately $400 for

15  the pistol.  The pistol's serial number is 58A as in

16  apple 146892."

17            Do you see that?

18        A.  Yes, number 6.

19            MR. WERTS:  Yeah, it was number 6, not

20  number 7.

21            MS. GULLIVER:  Oh.

22            MR. WERTS:  That's a minor point, but.

23            MS. GULLIVER:  No, but thank you for

24  that.

25        Q.  So it's in paragraph 6.  Do you see

Alpha Reporting & Video
417-887-4110                www.alphadepo.com                417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 54 of 62

1  that?

2           A.  Yes.

3           Q.  And does that look like an accurate

4  description of your purchase of the P320?

5           A.  Yes.

6           Q.  This paragraph doesn't mention, though,

7  that you purchased your pistol from a friend,

8  correct?

9           A.  The paragraph doesn't mention that, no.

10          Q.  And this paragraph also doesn't mention

11 that you purchased your -- the P320 you purchased

12 was used, correct?

13          A.  No, it doesn't mention that.

14          Q.  I want to refer you to paragraph 30 of

15 the complaint.  Actually maybe I have that wrong.

16 Hang on a second.

17              I guess let's start at 29 -- or 28,

18 just to show some context.  But why don't you take a

19 look at paragraphs 28, 29, and 30.  Just let me know

20 when you've read them.

21          A.  Okay.

22          Q.  Um, so do you see how it references a

23 P320 operator's manual?

24          A.  In paragraph 28?

25          Q.  Yes.

Alpha Reporting & Video
417-887-4110        www.alphadepo.com        417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 55 of 62

1         A.  Correct, I've never read it.

2              MS. GULLIVER:

3         Q.  So any statement that's contained in

4    the owner's manual wouldn't have had an impact on

5    your purchase, right?

6              MR. WERTS:  Object to form.

7              THE WITNESS:

8         A.  Not necessarily.

9              MS. GULLIVER:

10        Q.  Well, how would it have?

11        A.  I don't know.

12        Q.  And I believe you said you testified

13   that you had never read the Taurus owner's manual

14   either, correct?

15        A.  Correct.

16        Q.  What about your Glock 23, did you ever

17   read that owner's manual?

18        A.  No.

19        Q.  What about your Glock 19 that you've

20   been issued now, have you read that owner's manual?

21        A.  No, not the whole thing.

22        Q.  You said not the whole thing.  Is there

23   a part of it you've read?

24        A.  I mean whenever we go through it at the

25   academy, I mean we looked at the, uh, the picture of

Alpha Reporting & Video
417-887-4110            www.alphadepo.com            417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 56 of 62

Page 127

1  it and the labeling and all that.

2       Q.  Okay.  So as part of your training, you

3  were shown portions of the operator's manual?

4       A.  Yes, the picture portion of it, yes.

5       Q.  I'm going to refer you to paragraph 61

6  of your complaint, so that's page 11 in your

7  complaint.

8            And right above paragraph 61, do you

9  see it says sort of in bold and italics, "SIG

10  Sauer's omissions"?  Do you see that?

11       A.  Yes.

12       Q.  And it says, "In summation, SIG Sauer

13  omits, conceals, and/or fails to disclose several

14  material facts about the P320 firearm."

15            Do you see that?

16       A.  Yes.

17       Q.  Okay.  "It has a heightened risk of

18  inadvertent discharges due to the absence of

19  external safety features, even under normal and/or

20  foreseeable handling circumstances."

21            Do you see that?

22       A.  Yes.

23       Q.  And do you believe that to be true?

24       A.  Yes.

25       Q.  And then you'll see Part B, it says,

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 57 of 62

Page 128

1    "It requires a heightened degree of care than

2    comparable firearms due to its lack of external

3    safety features."

4              Do you see that?

5         A.  Yes.

6         Q.  And do you believe that to be a correct

7    statement?

8         A.  Considering I don't handle it anymore,

9    yes.

10        Q.  And then if you go to the next page,

11   then there's cate- -- number C -- or letter C,

12   excuse me.  Um, it says, "It lacks safety features

13   available on other comparable firearms in the

14   marketplace."

15             Do you see that?

16        A.  Yes.

17        Q.  And, um, are those -- and then it

18   says -- apologies; strike that.

19             And then let's go to paragraph 63.  It

20   says, "Plaintiff was not aware of these omissions at

21   the time of purchase," correct?

22        A.  Correct.

23        Q.  And then it says in paragraph 64, "Had

24   plaintiff known of these omissions, he would not

25   have purchased the P320 firearm or he would have

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 58 of 62

Page 129

1  paid substantially less for it," correct?

2        A.  Correct.

3        Q.  Okay.  Um, I believe you testified

4  earlier that you would not have paid substantially

5  less for it.  You just would not have purchased it,

6  correct?

7        A.  Correct.

8        Q.  Do you believe that these are the

9  omissions that you are suing about?

10           MR. WERTS:  Object to form.

11           THE WITNESS:

12        A.  Yes.

13           MS. GULLIVER:

14        Q.  Why didn't you mention in paragraph 61

15  that SIG Sauer hadn't told you that you had -- it

16  had a short and light trigger pull?

17           MR. WERTS:  Object to form.

18           THE WITNESS:

19        A.  I don't know.  It says heightened risk,

20  I mean I think it could be covered in the verbiage

21  of it.

22           MS. GULLIVER:

23        Q.  Well, it says a heightened risk because

24  of -- due to, excuse me, absence of external safety

25  features, right?

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH   Document 154-12   Filed 03/31/25   Page 59 of 62

Page 130

1           It doesn't say heightened risk because

2    it has a short and crisp trigger pull, right?

3           MR. WERTS:  Object to form.  Go ahead.

4           THE WITNESS:

5       A.  Okay.

6           MS. GULLIVER:

7       Q.  Does that mean you agree with me?

8           MR. WERTS:  Object to form.

9           THE WITNESS:

10      A.  I see what you're saying, yes.

11          MS. GULLIVER:

12      Q.  Okay.  Similarly, why didn't you

13   reference in here that, um, the P320 was highly

14   energized?

15          MR. WERTS:  Object to form.

16          THE WITNESS:

17      A.  I don't know.

18          MS. GULLIVER:  Can we take like two

19   minutes to go off the record and see if we have

20   anything else?

21          MR. WERTS:  Sure.

22          THE WITNESS:  Yeah.

23          THE VIDEOGRAPHER:  Off the record,

24   1:49.

25              (Whereupon, proceedings go off

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 60 of 62

Page 134

```
1                   *   *   *   *   *
2                    REDIRECT EXAMINATION
3  BY MS. GULLIVER:
4         Q.  Mr. Glasscock, do you carry your Glock
5  19 currently when you carry it loaded?
6         A.  Yes.
7         Q.  And does your employer want you to
8  carry it loaded?
9         A.  Yes.
10            MS. GULLIVER:  Thank you.  No more
11 questions for me.
12            MR. WERTS:  Let's call it a day.  We'll
13 read and sign.
14            THE COURT REPORTER:  And could I get
15 your orders for the record?
16            MR. WERTS:  Electronic only.  No video
17 at this time.
18            THE COURT REPORTER:  And when do you
19 need it?
20            MR. WERTS:  That's up to her.
21            MS. GULLIVER:  Yeah.  Um, we are gonna
22 need it quickly because we have a motion coming.
23            THE COURT REPORTER:  I have an order
24 for tomorrow delivery.
25            MS. GULLIVER:  Oh, okay.  Well, there
```

Alpha Reporting & Video
417-887-4110          www.alphadepo.com          417-887-4110
Case 6:22-cv-03095-MDH    Document 154-12    Filed 03/31/25    Page 61 of 62

Page 136

1              CERTIFICATE OF REPORTER

2

3          I, Karen Vest, Registered Professional

4    Reporter, Certified Realtime Reporter, and Certified

5    Court Reporter within and for the State of Missouri,

6    do hereby certify that the witness whose testimony

7    appears in the foregoing transcript was duly sworn

8    by me; that the testimony of said witness was

9    preserved via stenotype by me to the best of my

10   ability and was thereafter reduced to written form

11   under my direction; that I am neither counsel for,

12   related to, nor employed by any of the parties to

13   the action in which this deposition was taken; and

14   further that I am not a relative or employee of any

15   attorney or counsel employed by the parties thereto,

16   nor financially or otherwise interested in the

17   outcome of the action.

18

19                                  _____

20                                  Karen Vest, RPR, CRR,
                                    Missouri CCR No. 846

21

22

23

24

25

Alpha Reporting & Video
417-887-4110         www.alphadepo.com         417-887-4110
Case 6:22-cv-03095-MDH     Document 154-12     Filed 03/31/25     Page 62 of 62