# EXHIBIT 15

```
              IN THE UNITED STATES DISTRICT COURT

            FOR THE WESTERN DISTRICT OF MISSOURI

-------------------------  x

JOSHUA GLASSCOCK,          :

        Plaintiff,         :   Civil Action No.

v.                         :   22-CV-3095-SRB

SIG SAUER, INC.,           :

        Defendant.         :

-------------------------  x



             Remote Zoom Deposition Transcript of

                   JAMES THOMAS FAULKNER

                  Friday, March 15, 2024

                   8:12 AM to 11:30 AM CST



           (Pursuant to agreement, this deposition

                 remains in open status.)
```

U.S. Legal Support Job No.: 6558538-001

Pages: 1 - 105

Reported by: Melody Stephenson, BBA,

FCRR, CRR, CRC, RPR, RSA, MO CCR 406, IA CSR 974

1  When she gave me my anniversary present, it was a
2  cutout of a handgun.  And, basically, it said that
3  I could -- she was giving me the -- the present of
4  going and being able to pick out whichever handgun
5  I wanted and that we would go purchase that after
6  I had made that decision.
7      Q  What year was this?
8      A  If it -- if -- if she gave it to me for my
9  anniversary and my anniversary is in August, it
10 would probably have been around 2019 when that was
11 happening.  Again, as I stated, I cannot remember
12 when we actually purchased the firearm.
13     Q  Where did you purchase it?
14     A  I purchased it or my wife did at Academy
15 Sports + Outdoors in Springfield, Missouri.
16     Q  Did you purchase it new?
17     A  Yes.
18     Q  Do you know how much you paid for the P320
19 pistol?
20     A  I believe it was around $700.  I -- that's
21 my best estimation.
22     Q  When you received it -- when you purchased
23 the P320 pistol, did you know that the pistol did
24 not come with external safety features?
25     A  I did know that, yes.

1      Q   How did you know that?
2      A   I had done some research on the firearm
3  before I bought it.
4      Q   What research did you do?
5      A   I saw -- I saw the firearm was highlighted
6  in a gun magazine.  I believe it was either Gun
7  Digest or Handgun Magazine.  I don't know which
8  one in specific, but that's where I first learned
9  about the firearm.  And I had read the specs over
10 it, things like that.
11         And then, of course, once I went to the
12 store to purchase the firearm, I felt -- I had it
13 in my hands and things like that and looked over
14 it, and I noticed that it didn't have an external
15 safety.
16     Q   When you say "specs," are you referring to
17 specifications?
18     A   Yes, sir.
19     Q   Did you ever go to the SIG SAUER website
20 before you purchased the P320?
21     A   Not to my memory.
22     Q   Do you recall seeing any other marketing
23 in magazines, newspapers, online, social media,
24 television about the P320?
25     A   Not to my recollection.  I believe the --

1  them to switch from something they'd had for a
2  very long time, then it would be good enough for
3  my use.
4      Q  Did you know you could purchase the P320
5  with a manual safety?
6      A  I did not, no.
7      Q  Did you want to purchase the gun with a
8  manual safety?
9      A  Looking back, if I had known about it
10 before, then, yes, I would have, but at the time
11 of purchase, I did not know that was a
12 possibility.
13     Q  But you knew it did not have a manual
14 safety when you purchased it; correct?
15     A  My -- no, it did not have the manual
16 safety when I purchased the weapon.
17     Q  So at the time you purchased the weapon,
18 you knew it did not have a manual safety; correct?
19     A  Correct.
20     Q  Did you review the owner's manual before
21 purchasing it at the Academy?
22     A  Not before purchasing it, no.
23     Q  How long after you received the P320 from
24 your wife did you sell it to Mr. Glasscock?
25     A  I believe, to the best of my estimation,

1  safety features before he purchased the gun;
2  correct?
3      A   Correct.
4      Q   Did Mr. Glasscock tell you whether he was
5  looking at any other firearms to purchase other
6  than the P320?
7      A   No, he did not.
8      Q   Did Mr. Glasscock indicate why he was
9  interested specifically in the P320?
10     A   No, he didn't.  He just told me he was in
11 the market for another handgun, that he would --
12 he would like to purchase another handgun.  And
13 when he found out that I was selling that one, he
14 asked what I thought about it.  I didn't have
15 anything bad to say, and we were able to come to
16 an arrangement.
17     Q   Did Mr. Glasscock tell you whether he
18 spoke to anyone else about his interest in
19 purchasing a P320?
20     A   He did not tell me, no.
21     Q   Did Mr. Glasscock ask you any other
22 questions about the P320?
23     A   Pretty much, he just -- he asked me if I
24 had any complaints about it.  At that point, I did
25 not.  And he asked me if it shot well, things like

1 we had about it.  I think that the -- that

2 may have come up when we were talking about

3 whether or not he wanted to buy it or not, but

4 I -- I can't positively say one way or another.

5     Q  Did Mr. Glasscock ever ask you whether the

6 P320 pistol that he was purchasing from you was

7 the same gun that the U.S. military had adopted as

8 its official service weapon?

9     A  I don't remember him asking that specific

10 question, no.

11     Q  Did you attempt to sell the P320 pistol to

12 anyone else?

13     A  No.  No.  As I said earlier, I -- I was

14 just talking about wanting to -- wanting to see if

15 anybody wanted to purchase it.  And he expressed

16 interest, and I told him I wouldn't -- I wouldn't

17 try and sell it to anybody else until he told me

18 one way or another whether he wanted to purchase

19 the firearm.

20     Q  Approximately, how long after he had

21 expressed interest did he tell you that he wanted

22 to purchase the firearm?

23     A  I couldn't tell you an exact date, but it

24 wasn't very long.  It wasn't very long at all.

25 We -- we didn't haggle on any price or anything

1  like that, and it was a pretty quick transaction.
2      Q  Did you show the P320 to Mr. Glasscock
3  before he purchased it?
4      A  I believe I sent him a picture.  I think
5  that was given in the text messages that I sent to
6  both parties.  I'm pretty sure that that is in
7  there.  A statement might've been like "this is
8  it," something like that.  I don't have it right
9  in front of me, so I can't tell you positively.
10 But I sent him a picture of it in the case, I
11 believe, and sent him a picture of that before he
12 actually purchased it from me.
13     Q  Did you show it to him in person before he
14 purchased it from you?
15     A  Honestly, I do not remember.  I remember
16 sending him a picture, and then I remember him
17 coming and picking it up from my house, which was
18 the -- the Grant address there in Bolivar.  That's
19 what I can positively say.
20     Q  Okay.  I'd like to introduce an exhibit
21 now.
22         MS. BRAUN:  Jason, this is Glasscock 16
23 through 18; right?
24         MR. KORNMEHL:  Correct.
25         MS. BRAUN:  Okay.  So I'll just note when

1  this time.
2         MS. BRAUN:  Okay.  I just sent it.  Please
3  let me know if you're able to access it.
4      Q  (By Mr. Kornmehl)  Do you see these -- do
5  you see this document, Mr. Faulkner?
6      A  Yes, I do.
7      Q  What is it?
8      A  Again, it looks like it's a text message
9  thread between me and Josh Glasscock.
10     Q  Do you see the picture at the bottom?
11     A  I do.  I see a picture of what looks like
12 Josh's hand holding the firearm, yes.
13     Q  So going back to the other exhibit, the
14 March 29th to 30 text messages between you and
15 Mr. Glasscock, after you asked Mr. Glasscock
16 whether he was coming over, did he come to your
17 house?
18     A  Yes.  He came -- I believe it was in my
19 driveway, yes.
20     Q  And he viewed the P320 when he came over;
21 right?
22     A  I believe so.  Yes.
23     Q  And he touched the P320 when he was there;
24 right?
25     A  I would assume so.  I -- I can't give you

```
 1        Q   And what date does it say right below that
 2   text message?
 3        A   It says March 30th, 2020, at 3:11 PM, I
 4   believe.
 5        Q   So does this text message exchange refresh
 6   your recollection of when Mr. Glasscock purchased
 7   the P320 pistol from you?
 8        A   Yes.  This was the basis on when -- when I
 9   knew that -- the date of the purchase and things
10   like that, yes.
11        Q   So the date of the purchase was
12   March 30th, 2020; correct?
13        A   I believe so.  The only basis that I have
14   from that to -- to provide is that that's when he
15   asked for my address and we said pleasantries, as
16   far as that would go, with ending a transaction.
17        Q   Well, when he showed you the picture of
18   the gun, that was after he purchased it; correct?
19        A   Yes.  Yes.  I believe that would -- I
20   mean, I believe that would be true based on him
21   saying, "Yes, sir.  Thank you," and then, again,
22   explaining pleasantries.
23        Q   So you -- he purchased the P320 pistol
24   from you on March 30th, 2020; correct?
25        A   I would -- yes, I believe so.
```

```
 1        Q   Was anyone else in your driveway with you
 2   when you conducted the transaction?
 3        A   Not to my recollection.
 4        Q   How much did you sell the P320 pistol to
 5   Mr. Glasscock for?
 6        A   I believe it was around $400.
 7        Q   How did you determine that this amount was
 8   a fair price for the P320 pistol?
 9        A   Well, I -- it was a used firearm for one.
10   Two, he was a -- he's a friend of mine, so I
11   wasn't going to charge him full price for it,
12   and -- I wasn't going to charge him the full
13   price.  If I was going to charge him the full
14   price, he would've been better to just go to a
15   store and buy one instead of buying it from me.
16        Q   How did Mr. Glasscock pay for the P320
17   pistol?
18        A   I believe he paid in cash.
19        Q   And when you purchased the P320 pistol
20   from the Academy, how did you pay?
21        A   I -- again, I don't think I was the one
22   that actually purchased it.  I believe it was my
23   wife, and I believe it was through a Academy
24   credit card, I believe.
25        Q   When you sold the P320 pistol to
```

```
 1              CERTIFICATE OF SHORTHAND REPORTER
 2         I, Melody Stephenson, the officer before
 3   whom the foregoing deposition was taken, do hereby
 4   certify that the foregoing transcript is a true
 5   and correct record of the testimony given; that
 6   said testimony was taken by me stenographically
 7   and thereafter reduced to typewriting under my
 8   direction; that reading and signing was not
 9   discussed; and that I am neither counsel for,
10   related to, nor employed by any of the parties to
11   this case and have no interest, financial or
12   otherwise, in its outcome.
13
14   _____
     Melody Stephenson, Certified Court Reporter, BBA,
15   FCRR, CRR, CRC, RPR, RSA, MO CCR 406, IA CSR 974
16
17
18
19
20
21
22
23
24
25
```