# EXHIBIT 19



**Glasscock**

Mar 29, 2020 at 07:51



This is it bud

It's purty

Yes yes it also comes with a hard case

I'll give it a touch tonight

Ight man sounds good