# EXHIBIT 22



**PR Contact:**
Joel Harris
Director, Media Relations & Communication
(603) 610-3293
joel.harris@sigsauer.com

**FOR IMMEDIATE RELEASE**

## SIG SAUER Brings the U.S. Army's M17 to the Commercial Market

**NEWINGTON, N.H., (July 18, 2018)** – SIG SAUER, Inc. is pleased to introduce the commercial variant of the U.S. Army's M17 official service pistol called the P320-M17.

After one of the most rigorous and highly competitive review processes in the history of military firearms the SIG SAUER M17 was awarded the Modular Handgun System (MHS) contract for the U.S. Army. The M17 is a P320-based platform, and was selected for its uniquely innovative modularity, uncompromising performance, and unmatched capability. The P320-M17 closely follows the specifications of the U.S. Army's M17.

"It was truly an honor for SIG SAUER to be chosen as the U.S. Army's choice with the M17. When the selection was announced, civilian interest in the pistol was immediate," said Tom Taylor, Chief Marketing Officer and Executive Vice President, SIG SAUER, Inc. "We are proud to bring this P320-M17 to the marketplace to meet the substantial civilian interest, and the high demand, to own the pistol the Army uses as well as the other branches of the U.S. Military."

The P320-M17 is a 9mm, striker-fired pistol and comes with two 17-round magazines. The pistol features a coyote-tan PVD coated stainless steel slide with the same optic cut as specified by the MHS contract, and black controls just like the pistols currently being shipped to the U.S. Army; it comes equipped with a SIGLITE front night sight and removable Night Sight rear plate. The P320-M17 features a coyote-tan carry-length grip module, available in three sizes, and comes standard with a manual safety. Non-manual safety P320-M17 pistols will be shipped at a later date.

The P320-M17 Specs:

| Total length: 8" | Barrel length: 4.7" | Weight (incl. magazine): 29.6 oz. |
|---|---|---|
| Height: 5.5" | Width: 1.3" | Sight radius: 6.6" |

**MSRP:** $768.00

The P320-M17 is shipping to stores in August 2018.

To complement the P320-M17, an exclusive M17 Collector's Case is available for purchase separately at [ HYPERLINK "https://www.sigsauer.com/store/" ]. The case is a solid cherry box, with dark mahogany stain, a tempered glass top, a brushed nickel latch, and a keyhole back for optional wall-hanging. The M17 Collector's Case features a slate-grey flocked foam insert with an affixed U.S. Army logo, and precision laser placement cuts for the P320-M17 pistol, and included P320-M17 certificate and P320-M17 Official Challenge Coin.

**M17 Collectors Case MSRP:** $199.99 (sold separately at sigsauer.com/store)

Get Social: follow SIG SAUER on [ HYPERLINK "https://www.facebook.com/SIGSAUERInc" ] [ HYPERLINK "https://twitter.com/sigsauerinc" ] [ HYPERLINK "https://www.instagram.com/sigsauerinc" ], and [ HYPERLINK "https://www.youtube.com/user/sigsauerinc" ] for the latest news, product announcements, events, and updates.

sigsauer.com | 72 Pease Boulevard | Newington, NH 03801

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SIG-GLASSCOCK00006703
Case 6:22-cv-03095-MDH  Document 154-22  Filed 03/31/25  Page 2 of 3
SIG-GLASSCOCK00006703_R

## About SIG SAUER, Inc.

[ HYPERLINK "https://www.sigsauer.com/" ] is a leading provider and manufacturer of firearms, electro-optics, ammunition, Advanced Sport Pellet (ASP) airguns, suppressors, and training. For over 100 years SIG SAUER, Inc. has evolved, and thrived, by blending American ingenuity, German engineering, and Swiss precision. Today, SIG SAUER is synonymous with industry-leading quality and innovation which has made it the brand of choice amongst the U.S. Military, the global defense community, law enforcement, competitive shooters, hunters, and responsible citizens. Additionally, SIG SAUER is the premier provider of elite firearms instruction and tactical training at the SIG SAUER Academy - a world class, state-of-the-art, 140-acre training facility. SIG SAUER is headquartered in Newington, New Hampshire, and has more than 1,700 employees across eight locations, and is the largest member of a worldwide business group that includes SIG SAUER GmbH & Co. KG in Germany. For more information about the company and product line visit: [ HYPERLINK "http://www.sigsauer.com" ].

###

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SIG-GLASSCOCK00006703_R
Case 6:22-cv-03095-MDH   Document 154-22   Filed 03/31/25   Page 3 of 3
SIG-GLASSCOCK00006704