# EXHIBIT 23






### THE CHOSEN ONE
**BASED ON THE P320®, THE M17 IS THE U.S. ARMY'S CHOICE FOR TODAY AND TOMORROW.**

After one of the most rigorous and highly competitive reviews in the history of military firearms, SIG SAUER Inc. was awarded the Modular Handgun System contract with a P320-based platform, the new U.S. Army M17. This was a major win; the U.S. Army's first replacement sidearm in over 30 years. The Army selected the P320 based platform because of its uniquely innovative modularity, uncompromising performance and unmatched capability.

The U.S. Army's selection of the M17 officially cements the P320's place in the historical record of the world's truly influential weapons as it enters service with America's current and future armed forces across the globe in the defense of freedom.

CONFIDENTIAL INFORMATION  SIG-MARKETING-000108
Case 6:22-cv-03095-MDH   Document 154-23   Filed 03/31/25   Page 3 of 7



Based on the M17 firearm selected by the U.S. ARMY

# P320®

MODULAR HANDGUN SYSTEM

Unprecedented modularity with a clean crisp trigger and short reset, flexibility in caliber and frame size, and a safe takedown system. Available in three grip sizes for the perfect fit.

**P320 M17**

COMING SOON

FULL-SIZE

CARRY

CARRY TACOPS

COMPACT

COMPACT FDE

SUBCOMPACT

TRIGGER ACTION

**STRIKER-FIRED**

WITH SHORT TACTILE RESET

| FRAME SIZE / BARREL LENGTH | |
|---|---|
| FULL-SIZE/M17 | [illegible] |
| CARRY | [illegible] |
| COMPACT | [illegible] |
| SUBCOMPACT | [illegible] |

| CALIBER | 9mm | .357SIG | .40S&W | .45AUTO |
|---|---|---|---|---|

STANDARD FEATURES

- Modular Striker-Fired Pistol
- Multiple Calibers

CONFIDENTIAL INFORMATION SIG-MARKETING-000109
Case 6:22-cv-03095-MDH Document 154-23 Filed 03/31/25 Page 4 of 7




CONFIDENTIAL INFORMATION
SIG-MARKETING-000111
Case 6:22-cv-03095-MDH   Document 154-23   Filed 03/31/25   Page 6 of 7