# EXHIBIT 24



# P320®

An exceptional trigger, safe takedown and unprecedented modularity deliver elite performance for all.



**CONVERT CALIBER:**
Convert your P320 to any one of the available calibers.

9MM | .357SIG | .40S&W | CALIBER X-CHANGE KIT | PG. 69



**CHOOSE GRIP FIT:**
Interchangeable grip modules provide optimal grip circumference and access to controls unlike simply changing a backstrap.

GRIP MODULES | PG. 69 | LARGE | MEDIUM | SMALL

19

CONFIDENTIAL INFORMATION Case 6:22-cv-03095-MDH Document 154-24 Filed 03/31/25 Page 2 of 5 SIGMARKETING-000096



**SERIALIZED, STAINLESS STEEL FRAME**

The serialized unit lets you change everything from size to caliber to grip at will.

**CHOOSE SIZE:**
Provides the modularity to switch between multiple sizes.

FULL-SIZE | CARRY | COMPACT | SUBCOMPACT

[ P320 FEATURES ]

**EXCEPTIONAL TRIGGER**
A smooth, crisp trigger pull and short tactile reset deliver heightened accuracy.

**3-POINT TAKEDOWN**
No trigger pull or tools required:
1. Remove magazine
2. Lock slide to the rear
3. Rotate take-down lever

**ADDITIONAL SAFETY FEATURES:**
▸ Striker Safety
▸ Disconnect Safety

POLYMERS · P320 INNOVATION

SIGSAUER.COM

20

CONFIDENTIAL INFORMATION    Case 6:22-cv-03095-MDH    Document 154-24    Filed 03/31/25    Page 3 of 5    SIGMARKETING-000097

# P320

Smooth, crisp trigger to make any shooter more accurate, intuitive takedown system, and unmatched modularity to fit any user and any situation.

After reaching the apex of open class competition as the 2014 IPSC World Champion, acclaimed speed shooter Max Michel is now taking the production class by storm with the SIG P320.

MAX MICHEL



COMPLETE SYSTEMS PROVIDER | AMMO 63 | OPTICS 59 | SILENCERS 55 | TRAINING 67

| TRIGGER ACTION | FRAME SIZE / BARREL LENGTH | | CALIBER | 9mm | .357 SIG | .40 S&W | .45 ACP |
|---|---|---|---|---|---|---|---|
| **STRIKER-FIRED** WITH SHORT TACTILE RESET  6.0 LBS | FULL-SIZE | 4.7" | CAPACITY | 17 | 14 | 14 | 10 |
| | CARRY | 3.9" | | 17 | 14 | 14 | 10 |
| | COMPACT | 3.9" | | 15 | 13 | 13 | 9 |
| | SUBCOMPACT | 3.6" | | 12 | 12 | 10 | 6 |

 ARMED PROFESSIONAL PROGRAM PG. 66

ALL SPECIFICATIONS SUBJECT TO CHANGE | COMPLETE SPECS PG. 69 | ACCESSORIES PG. 53

21

CONFIDENTIAL INFORMATION    Case 6:22-cv-03095-MDH    Document 154-24    Filed 03/31/25    Page 4 of 5    SIGMARKETING-000098

**Manual Safety Available**

**Extended Magazines Available**

320CA-9-BSS-TB

SRD45 | PG. 58

[ COMPLETE THE SYSTEM ]



ROMEO1™ | PG. 61

V-Crown™/FMJ | PG. 64

POLYMERS · P320



**P320 | FULL-SIZE**
9mm | .357SIG | .40S&W | .45ACP            320F-00-BSS

- Modular Striker-Fired Pistol
- Full-Size Slide
- Full Length Grip
- Contrast or SIGLITE® Night Sights

PART #: Replace (X) with Choice of Caliber



**P320 | CARRY**
9mm | .40S&W | .45ACP            320CA-00-BSS

- Modular Striker-Fired Pistol
- Compact Slide
- Full Length Grip
- Contrast or SIGLITE Night Sights
- Available with Threaded Barrel



**P320 | COMPACT**
9mm | .357SIG | .40S&W | .45ACP            320C-00-FDE

- Modular Striker-Fired Pistol
- Compact Slide
- Compact Grip
- Contrast or SIGLITE Night Sights
- Also Available in Black
- Available with Threaded Barrel



**P320 | SUBCOMPACT**
9mm | .40S&W            320SC-00-BSS

NEW
Available with Accessory Rail

- Modular Striker-Fired Pistol
- Sub-Compact Slide
- Sub-Compact Grip
- Contrast or SIGLITE Night Sights

SIGSAUER.COM

22

CONFIDENTIAL INFORMATION
Case 6:22-cv-03095-MDH   Document 154-24   Filed 03/31/25   Page 5 of 5
SIGMARKETING-000099