# EXHIBIT 25





# ONE FOR ALL™





### P320®
**ADAPTABLE. MODULAR. SAFE.**
The same crisp trigger group easily converts into over 40 configurations of caliber, color and size to suit any shooter's every need.

SIGEVOLUTION.COM/P320

**SIG SAUER**
when it counts

OR-ALL-320-HP.indd  1     3/29/16  2:

CONFIDENTIAL INFORMATION     SIG-MARKETING-000051
Case 6:22-cv-03095-MDH    Document 154-25    Filed 03/31/25    Page 2 of 2