# EXHIBIT 27



## Re: Product Investigation: Sig Sauer P320

Josh Glasscock <josh.glasscock@yahoo.com>
Wed 3/9/2022 7:39 AM
To:Todd C. Werts <Werts@learwerts.com>

I own a sig p320

Josh Glasscock
(660)-351-4190

> On Mar 7, 2022, at 6:11 PM, Todd C. Werts <Werts@learwerts.com> wrote:
>
> I hope this email finds you doing well.
>
> We are reaching out to several of our former clients to see if you, or someone you know, owns a Sig Sauer P320 pistol. If so, please contact me as we are investigating claims that a defect in this pistol has caused a number of unintended discharges, including while holstered, that have caused injuries and unnecessary close calls. We believe anyone that has purchased a P320 may have a claim against Sig Sauer, regardless of whether they have experienced an unintended discharge.
>
> As you may know, a version of these pistols has been adopted by the US Department of Defense as the primary handgun for the US military. However, DoD required a modification to the M17 and M18 pistols to prevent the sort of accidental discharges we are looking into.
>
> If you for someone you know has a Sig P320 and would like more information about your potential claims, please respond to this email or give me a call at the number below.
>
> Thanks.
>
> -Todd
>
> Todd C. Werts
> Lear Werts LLP
> 103 Ripley Street
> Columbia, MO 65201
> T: 573-875-1991
> F: 573-279-0024
> E: werts@learwerts.com
> www.learwerts.com