# EXHIBIT 30

```
 1      IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF MISSOURI
 2

 3
   JOSHUA GLASSCOCK, on      )
 4 behalf of himself and     )
   all others similarly      )
 5 situated,                 )
                             )
 6         Plaintiff,        )  Case No.
                             )  22-CV-3095-SRB
 7    vs.                    )
                             )
 8 SIG SAUER, INC.,          )
                             )
 9         Defendant.        )

10

11           VIDEOTAPED 30(b)(6) DEPOSITION OF SIG

12      SAUER, INC., VIA CHRISTOPHER MEYER, taken

13      pursuant to notice before Beth Gaige, RPR, and

14      licensed court reporter in the State of New

15      Hampshire at the offices of AC Hotels

16      Marriott, 299 Vaughan Street, Portsmouth, New

17      Hampshire, on September 11, 2024, commencing

18      at 9:06 a.m.

19

20

21

22

23

24

25
```

Case 6:22-cv-03095-MDH   Document 154-58   Filed 03/31/25   Page 2 of 4

888-893-3767 | Lexitas operates in all 50 states and is licensed where required. Nevada Registration #126F
www.lexitaslegal.com | California Firm Registration #179

LEXITAS

```
 1      incidents.
 2  Q.  When you say the incidents, what are you
 3      referring to?
 4  A.  I have them as a series of binders of the --
 5      the other incidences.  It's -- there -- they
 6      should be here or you guys have them.
 7  Q.  What makes you say that?
 8  A.  I want to believe it's been --
 9          THE WITNESS:  I don't want to speak out
10      of turn here, but is that something that's
11      been provided?
12          MR. JOYCE:  Yeah, it's been produced to
13      them.
14  BY MR. WERTS:
15  Q.  I've got a bunch of them.  Whether I have them
16      all or not, is one of the things we've got to
17      talk about, but I -- I do have other
18      incidents.  And we'll look at some stuff
19      today.
20  A.  Mm-hmm.
21  Q.  We could make -- it would take a while to look
22      at every single one of them, wouldn't it?
23  A.  It would.
24  Q.  How many binders have you got?
25  A.  Four.
```

Case 6:22-cv-03095-MDH   Document 154-38   Filed 03/31/25   Page 3 of 4

888-893-3767 Lexitas provides services in all 50 states and is licensed where required. Nevada Registration #136F
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

```
 1                STATE OF NEW HAMPSHIRE.
 2           I, Beth Gaige, RPR, and licensed court
 3   reporter in the State of New Hampshire, do hereby
 4   certify that the within-named deponent was sworn
 5   to testify the truth, the whole truth, and nothing
 6   but the truth in the aforementioned cause of
 7   action.
 8           I further certify that this deposition was
 9   stenographically reported by me and later reduced
10   to print through computer-aided transcription, and
11   the foregoing is a full and true record of the
12   testimony given by the deponent.
13           I further certify that I am a disinterested
14   person in the event or outcome of the above-named
15   cause of action.
16      IN WITNESS WHEREOF, I have hereunto set my
17   hand this  1st   day of  October, 2024.
18
19
20                          _____
21                          Beth Gaige, LCR/RPR
                            New Hampshire Lic. No: 00153
22
23
24
25
```

Case 6:22-cv-03095-MDH   Document 154-58   Filed 03/31/25   Page 4 of 4

888-893-3767 | Lexitas operates in all 50 states and is licensed where required: Nevada Registration #106F | California Firm Registration #179
www.lexitaslegal.com

LEXITAS