EXHIBIT 31

```
 1        UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF MISSOURI
 2

 3
   * * * * * * * * * * * * * * * * *
                        *
 4
   JOSHUA GLASSCOCK           * No.
 5                     * 22-cv-3095-SRB
       vs.                *
 6                        *
   SIG SAUER, INC.            *
 7                        *
   * * * * * * * * * * * * * * * * *
 8

 9

10    VIDEOTAPED DEPOSITION OF THOMAS TAYLOR,

11    Deposition taken at 299 Vaughn Street, Portsmouth,

12    New Hampshire, on Thursday, September 12, 2024,

13    commencing at 9:02 a.m.

14

15

16

17    Court Reporter:
      Pamela J. Carle, LCR, RPR, CRR
18

19

20

21

22

23

24

25
```

888-893-3767
www.lexitaslegal.com

Lexitas is available in all 50 states and is licensed where required. Nevada Registration #126F
California Firm Registration #179

1     A.     Yes.

2     Q.     Would it be accurate to say that that

3   customer service order type could also involve

4   sales through Sig's custom works program?

5     A.     Yes.  I did not take into consideration

6   the term customer service versus custom works, but

7   it could include custom works sales direct to

8   consumers.

9     Q.     And, okay, I think you've answered my

10   question.  But just so the record is clear, what is

11   custom works?

12    A.     Custom works is our sort of our

13   high-end gun department, and we have your

14   build-your-own-gun portion of our website where

15   consumers can go directly on the Sig Sauer website,

16   they can use a configurator to configure a gun,

17   and that gun can be shipped directly to the

18   consumer.

19    Q.     Thank you.  And now I wanted to just

20   refer you back to Exhibit 3 that you saw earlier

21   today, which was Glasscock 199.  It's a letter, To

22   whom it may concern relating Boston Channel 5 WCVB

23   news report that was on the CANSOFCOM incident, do

24   you recall that?

25    A.     Yes.

1    Q.    Do you recall if CANSOFCOM conducted an

2  investigation on the incident?

3    A.    Yes, they did.

4    Q.    And do you know what the result of that

5  investigation was?

6    A.    Yes, the outcome was that it was user

7  error.  And we knew that at the time, which is why

8  we got the CANSOFCOM and asked if we could make a

9  statement.  Because they could not make a statement

10  until they conducted their investigation, although

11  they knew at that time it was likely user error.

12          We collaborated with them to make this

13  statement, and a day later followed up with their

14  own statement confirming it was user error.

15    Q.    And when you say user error, what do

16  you mean?

17    A.    That the gentleman in CANSOFCOM, the

18  Canadian Special Forces, had discharged his gun

19  with his own -- he pulled the trigger.

20    Q.    Now I just want to refer you back to

21  Exhibit 4, which was a draft of potential response

22  to the ABC News, Good Morning America and Nightline

23  pieces, do you recall that?

24    A.    Yes.

25    Q.    And do you recall being asked about the

1  first option for the beginning of your draft

2  response, which referred to ABC News as an antigun

3  media outlet?

4      A.    Yes.

5      Q.    Did you ultimately watch the final Good

6  Morning America segment?

7      A.    I did.

8      Q.    Did you also watch the Nightline

9  segment?

10     A.    I did.

11     Q.    And based on the segments that were

12 aired, did you conclude whether it was biased?

13     A.    We felt it was very biased, because in

14 the Good Morning America piece ABC News -- ABC

15 News' own gun expert opined that he didn't feel

16 like the gun could go off by itself.  And he went

17 on to say that the only reason he could suggest

18 that the gun allegedly went off by itself was

19 something that he termed legal momentum, and, you

20 know, obviously he was just saying that lawyers

21 have perpetuated the story that the gun can go off

22 by itself is what he was referring to.

23          When we watched that we were surprised

24 that he said that, but when we watched the

25 Nightline piece a little later in the day or a lot

1    later in the day, ABC News had edited the expert's

2    comments out of the piece, omitting -- omitting

3    that he said the gun likely couldn't go off by

4    itself and that the reason for alleged discharge

5    was legal momentum.

6            So they edited that piece out, so that

7    led us to being -- believing that it was biased

8    because they changed their story based on the later

9    understanding that that was not working in their

10   favor.

11       Q.    And are there any other articles or

12   media that we've discussed today in the deposition

13   where you felt that the media organization didn't

14   incorporate facts that you presented as part of

15   your discussions with that organization?

16       A.    I think the most egregious situation

17   was the Washington Post/Trace story where we really

18   decided to go all in and provide as much

19   information as we possibly could, you know, pages

20   of information.

21            And essentially they chose to either

22   ignore it or even edit video footage that we had

23   sent them to try to tell their story the way they

24   wanted to tell it.

25            And, you know, it was quite frustrating

```
1    DEPOSITION ERRATA SHEET

2    Page  8   Line 24  Change  "president commercial sales" to "president, commercial sales"

3    Page  9   Line  2  Change  "president commercial sales" to "president, commercial sales"

4    Page 14   Line 17  Change  "of P320" to "of the P320"

5    Page 19   Line 5   Change  "320 into" to "P320 into"

6    Page 21   Line  2  Change  "P320 in" to "of the P320 in"

7    Page 40   Line 9   Change  "against the 320" to "against the P320"

8    Page 51   Line 23  Change  "misfire, that is the" to "misfire, that is, the"

9    Page 96   Line 14  Change  "measured on the" to "measured on a"

10   Page 98   Line 17  Change  "2:39 p.m." to "12:39 p.m."

11   Page 101  Line 13  Change  "you, this will" to "you, if this will"

12   Page 106  Line 11  Change  "wholistically" to "holistically"

13   Page 17 Line 16 Change  "Jack Lawrence" to "Jack Barnes"

14   Page____Line____Change_____

15   Page____Line____Change_____

16   Page____Line____Change_____

17   Page____Line____Change_____

18   Page____Line____Change_____

19   Page____Line____Change_____

20   Page____Line____Change_____

21   Page____Line____Change_____

22   Page____Line____Change_____

23   Page____Line____Change_____

24   Page____Line____Change_____

25   SIGNATURE: _Thomas Tayl_____  DATE: 10-7-24
```

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                                California Firm Registration #170

Case 2:22-cv-03095-MDH     Document 154-31     Filed 03/31/25     Page 7 of 8

LEXITAS

1     I, Thomas Taylor     , have read this deposition

2   transcript, and acknowledge herein its accuracy

3 except as noted on the errata sheet.

4

5

6

7

8                         Signature

9

10

11                     Notary Public

12

13

14

15

16

17

18

19

20

21  In Re: Joshua Glasscock v Sig
Sauer Inc

22  Witness: Thomas Taylor

23

24

25

888-893-3767    Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com    California Firm Registration #79
LEXITAS