# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA GLASSCOCK, individually and on behalf of all others similarly situated, | : : : |
| Plaintiff, | : : |
| v. | : Case No.: 6:22-cv-3095-MDH |
| SIG SAUER, INC., | : : |
| Defendant. | : : |

## UNOPPOSED MOTION TO EXTEND SIG SAUER'S DEADLINE TO RESPOND TO INTERVENOR TRACE MEDIA INC.'S MOTION

Defendant Sig Sauer, Inc. ("Sig Sauer") moves for an extension of Sig Sauer's deadline to respond to Trace Media, Inc.'s ("Trace") Motion to Intervene for the Limited Purpose of Moving to Unseal Exhibits ("Motion") (ECF No. 181) from July 31, 2025 to August 14, 2025.

In support of its motion, Sig Sauer states the following:

1. On July 17, 2025, Trace filed its Motion.

2. Counsel for Sig Sauer and Trace have met and conferred twice regarding the Motion. Counsel for Trace agreed that Sig Sauer's deadline to respond shall be extended by two weeks from July 31, 2025 to August 14, 2025. Counsel for Sig Sauer notified counsel for Plaintiff Joshua Glasscock of this requested extension and Plaintiff has not opposed it.

3. Counsel for Sig Sauer anticipates that this extension may allow Sig Sauer and Trace to work to resolve the issues asserted in the Motion without the Court's attention.

WHEREFORE, Sig Sauer moves the Court to extend the deadline for Sig Sauer to respond to the Motion until August 14, 2025.

Dated: July 25, 2025

Respectfully submitted,

*/s/ Cara Rose*
Cara Rose, Mo. Bar # 58992
**Franke Schultz & Mullen, P.C.**
1919 E. Battlefield, Suite B
Springfield, Missouri 65804
417-863-0040
crose@fsmlawfirm.com

Colleen Carey Gulliver (admitted *pro hac vice*)
Jason E. Kornmehl (admitted *pro hac vice*)
Connor Rowinski (admitted *pro hac vice*)
**DLA Piper LLP**
1251 Avenue of the Americas
New York, New York 10020
212-335-4500
colleen.gulliver@us.dlapiper.com
jason.kornmehl@us.dlapiper.com
connor.rowinski@us.dlapiper.com

Robert L. Joyce (admitted *pro hac vice*)
B. Keith Gibson (admitted *pro hac vice*)
**Littleton Joyce Ughetta & Kelly LLP**
4 Manhattanville Road, Suite 202
Purchase, New York 10577
914-417-3400
robert.joyce@littletonjoyce.com
keith.gibson@littletonjoyce.com

*Counsel for Defendant Sig Sauer, Inc.*