IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA GLASSCOCK, individually and on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : : |
| v. | : Case No.: 6:22-cv-3095-MDH |
| SIG SAUER, INC., | : : : |
| Defendant. | : : |

**SIG SAUER'S SECOND UNOPPOSED MOTION TO EXTEND ITS DEADLINE TO RESPOND TO INTERVENOR TRACE MEDIA INC.'S MOTION**

Defendant Sig Sauer, Inc. ("Sig Sauer") moves for a further extension of Sig Sauer's deadline to respond to Trace Media, Inc.'s ("Trace") Motion to Intervene for the Limited Purpose of Moving to Unseal Exhibits ("Motion") (ECF No. 181) from August 14, 2025 to August 21, 2025.

In support of its motion, Sig Sauer states the following:

1. The Court extended Sig Sauer's deadline to respond to the Motion to August 14, 2025 (ECF No. 185).

2. On July 25, 2025, Sig Sauer sent unredacted and partially redacted versions of its class certification opposition filing to Trace as part of their efforts to resolve the issues set forth in the Motion.

3. On August 8, 2025, counsel for Sig Sauer and Trace met and conferred for a third time and have narrowed the dispute to one substantive issue.

4. In an effort to resolve the issues in the Motion, Sig Sauer intends to file a Notice of

Filing with unredacted and partially-redacted versions of its Suggestions in Opposition to Plaintiff's Motion for Class Certification and supporting documents. Sig Sauer also intends to provide notice to Plaintiff of certain redactions in its Motion for Class Certification and supporting documents that should be adjusted or removed.

5. Counsel for Trace agreed that Sig Sauer's deadline to respond to the Motion shall be extended by one week from August 14, 2025 to August 21, 2025 to allow Sig Sauer adequate time to prepare its response on the sole remaining issue of dispute.

WHEREFORE, Sig Sauer respectfully moves the Court to extend the deadline for Sig Sauer to respond to the Motion until August 21, 2025.

Dated: August 8, 2025

Respectfully submitted,

*/s/ Cara Rose*
Cara Rose, Mo. Bar # 58992
**Franke Schultz & Mullen, P.C.**
1919 E. Battlefield, Suite B
Springfield, Missouri 65804
417-863-0040
crose@fsmlawfirm.com

Colleen Carey Gulliver (admitted *pro hac vice*)
Jason E. Kornmehl (admitted *pro hac vice*)
Connor Rowinski (admitted *pro hac vice*)
**DLA Piper LLP**
1251 Avenue of the Americas
New York, New York 10020
212-335-4500
colleen.gulliver@us.dlapiper.com
jason.kornmehl@us.dlapiper.com
connor.rowinski@us.dlapiper.com

Robert L. Joyce (admitted *pro hac vice*)
B. Keith Gibson (admitted *pro hac vice*)
**Littleton Joyce Ughetta & Kelly LLP**
4 Manhattanville Road, Suite 202
Purchase, New York 10577

914-417-3400
robert.joyce@littletonjoyce.com
keith.gibson@littletonjoyce.com

*Counsel for Defendant Sig Sauer, Inc.*