IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

|   |   |
|---|---|
| JOSHUA GLASSCOCK, individually and on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : : |
| v. | : Case No.: 6:22-cv-3095-MDH : |
| SIG SAUER, INC., | : : |
| Defendant. | : : : |

**SIG SAUER'S NOTICE OF FILING OF UNREDACTED AND PARTIALLY-REDACTED DOCUMENTS THAT WERE PREVIOUSLY SEALED**

Defendant Sig Sauer, Inc. ("Sig Sauer"), in partial response to Trace Media, Inc.'s ("Trace") Motion to Intervene for the Limited Purpose of Moving to Unseal Exhibits ("Motion") (ECF No. 181), hereby notifies the Court that it is filing unredacted and partially redacted versions of documents submitted with its suggestions in opposition to Plaintiff's motion for class certification (ECF No. 158). While this Court ordered certain of those documents sealed on April 1, 2025 at Sig Sauer's request (ECF No. 157), in light of the Motion, and to avoid further burdening the Court with this dispute, Sig Sauer has elected to unseal most of that information.

Sig Sauer is thus accompanying this Notice of Filing with unredacted or partially-redacted versions of the following documents:

- ECF No. 158: Sig Sauer's Suggestions in Opposition to Plaintiff's Motion for Class Certification (redacted);
- ECF No. 158-1: Declaration of Tom Taylor and Exhibits (unredacted);
- ECF No. 158-2: Declaration of Matthew Taylor (unredacted);
- ECF No. 158-3: Declaration of Sean Toner (unredacted);
- ECF No. 158-4: Expert Report of Derek Watkins (redacted);
- ECF No. 158-5: Declaration of Phil Strader (unredacted);
- ECF No. 158-6: Expert Report of Robert Rauschenberger, Ph.D. (redacted);

- ECF No. 158-7: Sig Sauer's email correspondence August 2017 (unredacted);
- ECF No. 158-8: Ed Murphy Declaration (redacted);
- ECF No. 158-9: Christopher Meyer Declaration (redacted);
- ECF No. 158-10: Matthew Farkas Declaration (unredacted); and
- ECF No. 158-11: Expert Report of Jonathan Tomlin, Ph.D. (unredacted).

Dated: August 8, 2025

Respectfully submitted,

*/s/ Cara Rose*
Cara Rose, Mo. Bar # 58992
**Franke Schultz & Mullen, P.C.**
1919 E. Battlefield, Suite B
Springfield, Missouri 65804
417-863-0040
crose@fsmlawfirm.com

Colleen Carey Gulliver (admitted *pro hac vice*)
Jason E. Kornmehl (admitted *pro hac vice*)
Connor Rowinski (admitted *pro hac vice*)
**DLA Piper LLP**
1251 Avenue of the Americas
New York, New York 10020
212-335-4500
colleen.gulliver@us.dlapiper.com
jason.kornmehl@us.dlapiper.com
connor.rowinski@us.dlapiper.com

Robert L. Joyce (admitted *pro hac vice*)
B. Keith Gibson (admitted *pro hac vice*)
**Littleton Joyce Ughetta & Kelly LLP**
4 Manhattanville Road, Suite 202
Purchase, New York 10577
914-417-3400
robert.joyce@littletonjoyce.com
keith.gibson@littletonjoyce.com

*Counsel for Defendant Sig Sauer, Inc.*