# EXHIBIT 2
# Filed Under Seal

Docusign Envelope ID: B94AD4EF-6558-49CE-838C-52063A01A452

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| JOSHUA GLASSCOCK, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : | Case No.: 6:22-cv-3095-MDH |
| v. | : : | |
| SIG SAUER, INC., | : : | |
| Defendant. | : : | |

## DECLARATION OF THOMAS TAYLOR IN SUPPORT OF SIG SAUER, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Thomas Taylor, declare pursuant to 28 U.S.C. § 1746:

1.    I am over the age of eighteen and competent to make this declaration.

2.    For the period from March 2015 to June 2024, I served as the Chief Marketing Officer and as Executive Vice President of Commercial Sales of Sig Sauer, Inc. ("Sig Sauer").  In those roles, I oversaw Sig Sauer's marketing initiatives and its commercial sales in the United States, which encompass consumer sales.

3.    I submit this declaration in support of Sig Sauer's suggestions in opposition to plaintiff Joshua Glasscock's ("Plaintiff") motion for class certification ("Motion," ECF No. 121). The facts set forth below are based on my personal knowledge and my familiarity with and access to records maintained by Sig Sauer in the regular course of business.  If called as a witness, I could competently testify to the matters set forth in this declaration.

### Sig Sauer Cannot Provide a List of Purchasers in the State of Missouri During the Putative Class Period

4.    Sig Sauer is a leading provider and manufacturer of firearms for civilian, military,

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Docusign Envelope ID: B94AD4EF-6558-49CE-838C-52063A01A452

and law enforcement applications.

5.      One of the firearms that Sig Sauer manufactures is the P320 striker-fired pistol ("P320").

6.      During the period from September 1, 2017 through April 18, 2022 (the "Putative Class Period"), a consumer who wanted to purchase a Sig Sauer firearm, including the P320, could make the purchase in Missouri in many different ways.  They included:

- a big box retailer, such as Academy Sports + Outdoors or Bass Pro Shops;

- a federally-licensed (FFL) firearms dealer;

- a gun show;

- an online retailer; and

- attending outdoor industry fund raising events hosted by organizations such as: National Rifle Association, Ducks Unlimited, National Wild Turkey Federation, and others similar in nature.

7.      Consumers could also purchase a P320 via a secondary market, such as used gun websites like the Palmetto State Armory, Guns.com, or Gunsbroker.com, used gun retail stores or from friends, family or other third-parties.

8.      If a consumer purchased a P320 from any of the ways listed in paragraphs 6-7, Sig Sauer would not have a record of the sale.  Similarly, a consumer who purchased through any of the methods listed in paragraphs 6-7 may never be exposed to any Sig Sauer advertising or statements prior to their purchase.  Even if a particular customer were somehow exposed to any Sig Sauer advertising prior to their purchase in any of these types of transactions, Sig Sauer would not have a record of what they might have seen and when.

9.      Only in October 2021 did Sig Sauer begin to accept orders for purchases of firearms

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Docusign Envelope ID: B94AD4EF-6558-49CE-838C-52063A01A452

directly from the Sig Sauer website, http://www.sigsauer.com (the "Website"). Sig Sauer does have a record of those purchases. Only 8 individuals using a Missouri address during the checkout process purchased a P320 pistol from the Website during the Putative Class Period.[1]

10. The vast majority of P320 sales to consumers occur through authorized retailers of Sig Sauer products. For any consumer sale that was not a direct sale, Sig Sauer can only generate a list of sales to wholesale commercial distributors and commercial retailers within the State of Missouri during the Putative Class Period. Sig Sauer produced this report as SIG-GLASSCOCK00008914 (the "Sales Chart").[2]

11. The fact that a given sale, however, is listed on the Sales Chart does not mean that a consumer purchased that P320 during the Putative Class Period or that the sale occurred in the state of Missouri. While a distributor or retailer received that P320 in the state of Missouri, they can choose to send the firearm to another location in another state for ultimate sale to a consumer.

12. It also does not mean that other P320s that are not listed on this Sales Chart were not purchased during the Putative Class Period in the state of Missouri. For example, I understand that the named plaintiff, Mr. Joshua Glasscock, purchased his used P320 bearing the serial number 58A146892 from a friend on March 30, 2020. Plaintiff's friend purchased that P320 from Academy Sports + Outdoors in Springfield Missouri ("Academy") on August 7, 2018. Yet, this

---

[1] During the Putative Class Period, Sig Sauer also believes that another eight individuals may have made purchases from Missouri through interactions with Sig Sauer's customer service department. These are the only individual consumers that Sig Sauer believes it has a record of purchase that could have occurred in the state of Missouri during the Putative Class Period.

[2] The initial version of the Sales Chart was originally produced as SIG-GLASSCOCK0000001, which was overinclusive because it included P320s sold to law enforcement agencies and did not identify the distributor or retailer by name. Sig Sauer produced another version SIG-GLASSCOCK00001772 (reproduced by Sig Sauer as SIG-GLASSCOCK00008802), which Mr. Edward Stockton referenced in his expert report. *See* Stockton Report at 16. The version Mr. Stockton relied upon inadvertently excluded commercial sales from certain events, including NRA events. As such, Sig Sauer produced the Sales Chart to correct the error.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

P320's serial number does not appear on the Sales Chart.

13.     Similarly, the date on the Sales Chart reflects the date the P320 was transferred to the wholesaler or retailer.  The ultimate sale to the consumer could have occurred any time after that, including after the end of the Putative Class Period.

14.     Moreover, even if a consumer purchased the P320 from a retailer identified in the Sales Chart that was located in Missouri, that consumer could have later sold the pistol.  Or, similar to the Plaintiff's transaction in this case, the initial purchaser could have sold it used to another individual.  In that instance, the initial purchaser is not within Plaintiff's proposed class definition, which I understand excludes "individuals who no longer own a P320 pistol without an external thumb safety."  *See* Motion at 31.  Secondary sales information cannot and is not reflected in the Sales Chart as Sig Sauer does not have a record of that secondary sales transaction.

15.     Further, consumers often purchase firearms for a variety of reasons; for example, law enforcement officers are often permitted to purchase their service weapons that are used in their line of duty, or business owners may have purchased firearms to be used by their employees. Except for Sig Sauer's direct sales to law enforcement or military consumers (which are already excluded from the Sales Chart), Sig Sauer cannot determine which consumers purchased their P320s for personal use or whether they are purchasing them to use at their job or for their business.

16.     I also reviewed Ms. Carla Peak's declaration at paragraph 13 (Plaintiff's Ex. 28) where she states that "It is my understanding that Defendant possesses names and email addresses and/or postal addresses for a portion of the class."  As explained in paragraph 9 above, Sig Sauer can only verify that potentially up to 16 P320 purchases occurred in Missouri during the Putative Class Period and provide the names and/or contact information for those individuals.  This represents a small fraction of what is likely the total P320 sales during the Putative Class Period.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Docusign Envelope ID: B94AD4EF-6558-49CE-838C-52063A01A452

17.     For all these reasons, the Sales Chart does not identify a list of consumers who purchased a P320 in the state of Missouri during the Putative Class Period.

**Sig Sauer Uses a Segmented Marketing Strategy and Its Advertising Varied Throughout the Putative Class Period**

18.     Sig Sauer uses various advertising channels to market its firearms for the commercial market in the United States, including a variety of digital and print sources.

19.     Sig Sauer's digital advertising includes its Website, a variety of different social media platforms, influencers, digital advertisements on third-party websites and television advertisements.

20.     Sig Sauer's print advertising includes print materials such as posters sent to Sig Sauer's authorized retailers, brochures, product catalogs that are issued on a yearly basis to distributors and retailers and placed on Sig Sauer's Website, advertisements in magazines such as Recoil Magazine and Guns & Ammo Magazine; trade shows; and other in-person advertising methods.

21.     Sig Sauer's marketing strategy is segmented, meaning that Sig Sauer tailors particular advertisements and marketing campaigns to specific consumer groups and subgroups.

22.     Specifically, Sig Sauer uses different advertisements depending on the advertising channel—that is, whether the advertisement is displayed in print or online, and the particular advertising source it will be placed in.

23.     Sig Sauer also advertises its products differently across its different customer groups, including the commercial, law enforcement, government, and military customer groups. For example, Sig Sauer creates different product catalogs and brochures each year that are distributed specifically to a given group, including the Global Defense Force product catalog intended for the military and government, the Law Enforcement Catalog intended for law

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Docusign Envelope ID: B94AD4EF-6558-49CE-838C-52063A01A452

enforcement agencies, and the "Product Catalog" intended for United States commercial wholesalers and retailers.

24.     In addition, Sig Sauer will often use a given advertisement for a limited time period only as part of a specific marketing campaign to announce the launch of a product or feature in a specific channel.

25.     Sig Sauer cannot identify whether any consumer was exposed to any of its advertising and, if so, through which type of marketing or when they would have been exposed to the advertising.

### Sig Sauer's Website

26.     The Website is used by Sig Sauer to market to various segments of its customer base, including some portions targeted at consumers.  Sig Sauer cannot identify specific visitors to its Website.  The Website changed significantly throughout the Putative Class Period and was updated regularly. A user could have gone to the main website address directly or could have come to a subpage of the Website directly by using a search engine.

27.     From the home page of the Website, users can navigate to the landing page for the P320 by clicking on "Products" and then "Firearms" and selecting the P320 (the "P320 Landing Page"). From at least 2017 to November 2020, the P320 Landing Page had the URL address https://www.sigsauer.com/products/firearms/pistols/p320/, and from November 2020 to present, it had the URL address: https://www.sigsauer.com/firearms/pistols/p320.html.

28.     For the first few years of the Putative Class Period, between January 2017 and November 2020, users visiting the P320 Landing Page could also navigate to a separate webpage introducing the P320 by clicking on a link called "EXPLORE THE P320," which directed users to a page with the URL address http://www.sigsauer.com/edu/meet-the-p320/ (the "Meet the P320

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Page"). The Meet the P320 Page was deactivated by November 2020.

29. Both the content of the P320 Landing Page and the Meet the P320 Page, as with the Website content generally, changed significantly throughout the Putative Class Period.[3]

### Plaintiff's Cited Advertisements

30. I have reviewed the Motion and Plaintiff cited only a handful of advertisements used by Sig Sauer related to the P320 during the Putative Class Period. As Plaintiff's Motion did not identify the source of the advertisement or when it was used, I have provided that information below to put the limited sampling of P320 advertisements in context and to explain the various marketing claims contained therein.

### *SHOT Show® Marketing*

31. Plaintiff's Ex. 1 is an advertisement that was created on July 1, 2016 as part of an in-person presentation for the SHOT Show®[4] held in January 2017 in Las Vegas, Nevada. Ex. 1 was only displayed before the start of the Putative Class Period and an individual in Missouri would not have encountered the advertisement unless they attended SHOT Show®. Ex. 1 contains the marketing claims "WE'LL TAKE IT FROM HERE" and "Easiest, Safest Takedown." Plaintiff's Motion cited Ex. 1 to display "[a] picture of the P320" captioned with the "WE'LL TAKE IT FROM HERE" statement. *See* Mot. at p. 9, ¶ 1.

### *"Smooth, Crisp Trigger Pull"*

32. Plaintiff's Ex. 12 is a compilation of advertisements from product catalogs that

---

[3] Sig Sauer does not retain historical printouts of its Website. Sig Sauer has relied on snapshots of its Website retained by The Wayback Machine, a digital archive of the internet hosted by the Internet Archive.

[4] The SHOT Show® is the Shooting, Hunting and Outdoor Trade Show and Conference for the firearms, ammunition, hunting and shooting accessories industry. In addition, the show offers a uniquely diverse Law Enforcement and Armed Forces section for agency and department purchasing agents.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

were published in 2017 and 2018. These advertisements contain the statement that the P320 has a "smooth, crisp trigger pull and short tactile reset [that] deliver heightened accuracy." *See, e.g.*, Ex. 12 at SIG-GLASSCOCK 00001727, 30, 31, 33, 34, 35, 38, 39, 40, 50, 51, 52, 54, 55, 56, 58, 60, 62. The statement has also appeared on Sig Sauer's Website pages (including the Meet the P320 Page and P320 Landing Page) at various times throughout the Putative Class Period. The statement "crisp" is synonymous with the term "short" and conveys that the P320 has a short trigger pull. The advertisements in Ex. 12 also confirm that the P320 is "Available with Manual Safety" along with corresponding images of a P320 with a manual safety. *See id.* at SIG-GLASSCOCK 00001736, 39, 42, 52, 56, 62. For example, see Ex. 12 at SIG-GLASSCOCK00001762:



CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

***"Safety Without Compromise"***

33.     Plaintiff's Ex. 22 was produced as SIG-MARKETING-00253 and is a screenshot of the Meet the P320 Page.  The content contained in Ex. 22 appears to have been on the Meet the P320 Page only for the limited period of no more than November 2016 through January 2019.  The Meet the P320 Page displayed several images that changed over time so even two individuals who visited that page on the same day might see different images from one another, including images that differed from those shown in Ex. 22.

34.     I understand that Plaintiff highlighted certain marketing claims shown in Ex. 22, including the statement "Safety Without Compromise" and, directly below that header, "We've designed safety elements into every necessary feature on this pistol.  From the trigger, to the striker and even the magazine, the P320 won't fire unless you want it to."  *See* Ex. 22 at 2.  Plaintiff cites Ex. 22 as support for his assertion that "Sig Sauer marketing touts the safety of the P320."  *See* Mot. at p. 24 ¶ 56.

35.     This language referenced one of the innovations of the P320, the fact that a user did not have to depress the trigger to disassemble and clean the P320.  Sig Sauer introduced the P320 as a competitor to Glock firearms, which required users to have to depress the trigger to remove the slide and there were numerous reports of inadvertent discharges resulting in personal injuries when a Glock user forgot to empty the chamber before pulling the trigger to disassemble the pistol.

36.     Throughout the Putative Class Period, Sig Sauer has displayed in various advertisements and website pages the marketing claim "Safety Without Compromise."  While Sig Sauer has modified the statement's language slightly, the statement has always referred to the P320's feature that users do not have to depress the trigger to disassemble and clean the P320.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

37.     A true and correct copy of Sig Sauer's 2018 Product Brochure is attached hereto as **Exhibit A** bearing the Bates stamping SIG-MARKETING-000083, which stated the "Safety Without Compromise" slogan and listed "Striker Safety"; "Disconnect Safety"; and "3-Point Takedown System."

38.     Attached hereto as **Exhibit B** is a true and correct copy of a Wayback Machine Archive of the P320 Landing Page available at https://web.archive.org/web/20180407093554/https://www.sigsauer.com/products/firearms/pistols/p320/, depicting the webpage as it appeared on April 7, 2018, which stated "SAFETY WITHOUT COMPROMISE. Safety isn't negotiable. The P320 maximizes peace of mind with a robust safety system. Never again will you need to pull the trigger to disassemble your pistol. And you won't need a tabbed trigger safety for your gun to be drop safe."

39.     Attached hereto as **Exhibit C** is a true and correct copy of a Wayback Machine Archive of the P320 Landing Page available at https://web.archive.org/web/20200219183842/https://www.sigsauer.com/products/firearms/pistols/p320/, depicting the webpage as it appeared on February 19, 2020, which stated "SAFETY WITHOUT COMPROMISE.  Safety isn't negotiable. The P320 maximizes peace of mind with a robust safety system including both a striker safety and a disconnect safety, and because of its innovative 3-point takedown safety, never again will you need to pull the trigger to disassemble your pistol."

40.     Examples of various iterations of the "Safety Without Compromise" claim are summarized below in Figure 1:

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

## Figure 1: Examples of "Safety Without Compromise" Statements

| Source and Citation | Date Published | Statement |
|---|---|---|
| Plaintiff's Ex. 22. | Between November 2016 through January 2019 | SAFETY WITHOUT COMPROMISE. We've designed safety elements into every necessary feature of this pistol. From the trigger, to the striker and even the magazine, the P320 won't fire unless you want it to. |
| 2018 Product Brochure  **Exhibit A**. | 2018 | "Safety Without Compromise" slogan, which listed "Striker Safety"; "Disconnect Safety"; and "3-Point Takedown System." |
| P320 Landing Page  **Exhibit B**. | April 7, 2018 | SAFETY WITHOUT COMPROMISE. Safety isn't negotiable. The P320 maximizes peace of mind with a robust safety system. Never again will you need to pull the trigger to disassemble your pistol. And you won't need a tabbed trigger safety for your gun to be drop safe. |
| P320 Landing Page  **Exhibit C**. | February 19, 2020 | SAFETY WITHOUT COMPROMISE Safety isn't negotiable. The P320 maximizes peace of mind with a robust safety system including both a striker safety and a disconnect safety, and because of its innovative 3-point takedown safety, never again will you need to pull the trigger to disassemble your pistol. |

*Sig Sauer Always Informed Consumers that M17s and M18s Were the Commercial Versions of the MHS Contract Pistols*

41.     Under the MHS Contract, Sig Sauer is contracted with the U.S. Army as the provider of its official standard-issue service pistol, the XM17 and/or the XM18 (the "MHS Contract Pistols").

42.     Plaintiff's Motion at p. 26 ¶ 66 states that Sig Sauer's "advertisements further conceal the Defect by equating the standard P320 (with no external safety features) with the [MHS Contract Pistols] (both of which include a manual safety)." Plaintiff's Motion cites three advertisements (Exs. 25-27) that Plaintiff claims "demonstrate how Sig Sauer advertises the P320 specifically—without reference to the [MHS Contract Pistols]—by depicting individuals in

military combat fatigues." *Id.* at p. 27 ¶ 68.

43.     Plaintiff's Ex. 25 is a digital advertisement that was displayed only during the month of March 2021 as part of a limited campaign in various third-party publications, including Carbon Media/TFB Forums, Gear Fire, Guns America, Gun Talk (Cross/Hunt Ammo), and The Wire.  Ex. 25 states "HAPPY P320 DAY: THE OFFICIAL SIDEARMS OF ALL BRANCHES OF THE U.S. MILITARY" and depicts individuals in military fatigues using only the commercial variants of the MHS Contract Pistols, the M17 and M18s, not other models of the P320. These commercial variants of the M17 and M18 pistols originally came equipped with manual thumb safeties as a standard feature, like the MHS Contract Pistols.

44.     Plaintiff's Ex. 26 is a draft of a print advertisement that was created in March 2016 by one of Sig Sauer's third-party advertising partners.  Ex. 26 states "ONE FOR ALL" and displays five individuals shooting different model P320s, only one of whom is wearing camouflage fatigues.  Ex. 26 was published in the July/August 2016 print edition of Recoil Magazine.  A true and correct copy of the final published advertisement excerpted from the digital archived of the magazine is attached here as **Exhibit D**.  The slogan "ONE FOR ALL" was displayed in both print and digital advertising throughout the Putative Class Period, and it was intended to highlight the modular nature of the P320, which allows users to personalize their P320s based on their anticipated use of the product.

45.     Plaintiff's Ex. 27 is a print poster that was created in June 2018 and distributed internally to the salesforce as well as commercial dealers.  Ex. 27 states that "Based on the P320 the M17 is the U.S. Army's Choice Today & Tomorrow" above a title stating "M17 THE CHOSEN ONE."  Ex. 27 explicitly states that the MHS pistols are only based on the P320 and that the M17 is the version of the P320 that is modeled off the MHS Contract Pistols.

CONFIDENTIAL PRODUCED PURSUANT TO PROTECTIVE ORDER

46.     In addition, throughout the Putative Class Period Sig Sauer and the U.S. Army repeatedly confirmed that the MHS Contract Pistols are separate from the P320.

47.     Sig Sauer publicly announced the MHS Contract on January 20, 2017.  Attached hereto as **Exhibit E** is a true and correct copy of Sig Sauer's Press Release, dated January 20, 2017, which displayed a picture of the military version of the XM17 containing an external manual safety.

48.     In  March 2018, when the Army announced that other branches of the United States Military were also selecting the MHS Contract Pistols as their standard-issue service pistol, Army Chief of Staff General Mark Milley stated "the guts and the internals of the military version of that weapon are different than what you're going to buy in the gun store or what police are going to be fielded."  Attached hereto as **Exhibit F** is a true and correct copy of an article titled "Gen. Milley: The XM17 is altogether different than the P320" published in Guns.com dated September 19, 2017,  available  at  https://www.guns.com/news/2017/09/19/gen-milley-the-xm17-is-altogether-different-than-the-p320.

49.     Further, another article stated that "[t]hough based on the P320 series of modular handguns, both Sig and the military have stressed that the M17/18 series are not the same animal as their civilian predecessor."  Attached hereto as **Exhibit G** is a true and correct copy of an article titled "All military branches set to issue Sig Sauers M17 Modular Handgun System" published in the Defence Monitor Worldwide dated March 21, 2018.

50.     It was not until later that Sig Sauer began to manufacture commercial variants of the MHS Contract pistols.  In July 2018, Sig Sauer made the P320-M17 available to commercial consumers and announced that it "comes standard with a manual safety."  Attached hereto as **Exhibit H** is a true and correct copy of the document bearing the Bates stamping SIG-

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Docusign Envelope ID: B94AD4EF-6558-49CE-838C-52063A01A452

GLASSCOCK00006703.

51.     Similarly, in December 2019, Sig Sauer made the P320-M18 available to commercial customers and announced that it contained "an ambidextrous manual safety." Attached hereto as **Exhibit I** is a true and correct copy of a news article titled "SIG Sauer unveils commercial version of the military's M18" published in The Union Leader dated December 6, 2019.

52.     Sig Sauer repeatedly publicly advertised that the P320-M17/P30-M18 were the versions of the P320 that were the commercial versions of the MHS Contract Pistols and that these versions defaulted to come with a manual safety feature.  These advertisements also displayed pictures of the models, showing they were equipped with a manual safety.

53.     For example, attached hereto as **Exhibit J** is a true and correct copy of a document that was produced bearing the Bates stamping SIG-GLASSCOCK00008803.  That document was a 2021 P320 Catalog that was intended for United States commercial wholesalers and retailers and available on the Website.  At page 8812, the catalog displayed images of the P320-M17 and P320-M18, and clearly stated that these versions of the P320 were "civilian versions of the [MHS Contract Pistols], which are the official sidearms of all branches of the U.S. Military."  In at least three locations on that page, the catalog states that the P320-M17 and P320-M18 are equipped with an "Ambi-manual safety" and both images of the firearms depict that ambi-manual safety. *Id.*

### Owners' Manuals Are Not Marketing Materials and Not Viewed by Customers Prior to Purchase

54.     Sig Sauer does not consider owner's manuals as a form of advertising to customers.

55.     Typically, owners' manuals are not read by customers prior to purchase. During the Putative Class Period, owner's manuals were included within the product box.

56.     The marketing department did not oversee the P320 owner's manuals or have

Case 2:22-cv-00095-LMP-DLB   Document 88-2   Filed 08/08/25   Page 15 of 213
CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

responsibility for their content.

**Sig Sauer Cannot Determine How Much Any Missouri Consumer Would Have Paid for the P320**

57. Sig Sauer does not set retail prices for its firearms, including the P320. Those prices are set by the business making the retail-level sale to the customer. As explained above, Sig Sauer does not have records of those sales transactions.

58. I am also aware there is an active market for used firearms, including the P320, and there are many online resellers that sell used firearms, including marketplaces like the Palmetto State Armory. Prices for used firearms are set by the seller and Sig Sauer plays no role in setting the price nor does it have any records of those sales transactions.

59. Sig Sauer does set a Manufacturer Suggested Retail Price ("MSRP") for each of its P320 models. The MSRP is the price that Sig Sauer recommends that retailers sell the product at the point of sale but has no binding effect on a retailer. A retailer's point of sale price can, and often does, vary from the MSRP.

60. Pricing in the firearms' market is subject to a variety of market conditions, which can significantly impact the price ultimately paid by the consumer. For example, during the Covid pandemic in 2020-2021, I understand that demand for firearms increased significantly, and I am aware that certain retailers were selling P320s above Sig Sauer's MSRP.

**Sig Sauer Set the MSRP for Comparable Models of P320s Both with and Without a Manual Safety Typically at the Same Price**

61. Sig Sauer does not consider a manual safety as a feature that increases the price of a P320 model. Instead, the variations in MSRPs between Sig Sauer P320 models are caused by the various other features among these models, including the round size, muzzle length, coloring and graphics, sights, attachments, holster, and other features.

62. The vast majority of models of the P320 are not sold with identical features except

Docusign Envelope ID: B94AD4EF-6558-49CE-838C-52063A01A452

for whether they are sold with and without a manual safety feature. During the Putative Class Period, there were certain models that were identical in terms of the features except for the manual safety feature.

63.     Sig Sauer has been able to determine commercial demand for its features, including a manual safety feature, through demand for given products. Based on the sales of P320s since their introduction in 2014, customers vastly preferred purchasing a P320 without a manual safety feature.

64.     Because there is significantly less consumer demand and fewer sales for models with a manual safety feature, Sig Sauer has only manufactured a limited number of P320 models with external manual safeties.

65.     For example, as illustrated below in Figure 2, across all global sales to commercial, law enforcement, and military consumer groups, the yearly sales for P320, M17, and M18 models without manual safeties greatly exceeded those with manual safeties:

**Figure 2:  Comparison of P320, M17, and M18 Model Sales With and Without Manual Safeties**

| Year | Total Sales Without Manual Safeties | Total Sales With Manual Safeties |
|:---:|:---:|:---:|
| 2017 | 263,469 | 108,236 |
| 2018 | 190,196 | 137,417 |
| 2019 | 260,413 | 47,822 |
| 2020 | 299,463 | 122,563 |
| 2021 | 421,895 | 85,118 |
| 2022 | 370,218 | 127,882 |
| **Total** | **1,805,654** | **629,038** |

66.     Overall, from 2017 to 2022, Sig Sauer had sold 2,434,692 P320s, M17s, and M18s across all markets including commercial, law enforcement, military and government.

**Press Coverage on the P320 and Sig Sauer's Responses**

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

67.     Plaintiff's Motion claims that "[s]everal national news outlets—like ABC News and the Washington Post— have reported on consumers across the country who have been injured due to inadvertent discharges of the P320." Motion at p. 18 ¶ 47.  As I explain below, Sig Sauer evaluated this news coverage and determined that these P320 inadvertent discharge incidents resulted from user error rather than a defect with the P320.

***The 2021 ABC News Hilton Story and Lawsuit Dismissal***

68.     Plaintiff references the 2021 news article *Detective sues Sig Sauer after she says her holstered P320 handgun nearly killed her*, (Aug. 24, 2021), https://abcnews.go.com/US/detective-sues-sig-sauer-holstered-p320-handgun-killed/story?id=79605906 (Motion at p. 18 ¶ 47).  A true and correct copy of this article is attached hereto as **Exhibit K**.[5] This article reports on a P320 inadvertent discharge incident involving Brittney Hilton, a detective with the Bridge City Police Department in Texas.

69.     ABC News first ran the Hilton story as a print edition published in the morning of August 24, 2023 (Exhibit K).  Initially, the story featured commentary from firearms expert and ABC News consultant Joshua Harrison, who stated he "agrees there was a problem with the P320 [i.e., the drop fire issue], but he believes it's been fixed." *Id.*  Mr. Harrison clarified that "I have not seen enough to convince me that the upgraded version's dangerous." *Id.*  In particular, Mr. Harrison stated "***I do not have an explanation for why the updated version should have these complaints from trained individuals. If it's not legal momentum, then it would have to be some other mechanism of failure.***" *Id.* (emphasis added).  It is my understanding that by "legal

---

[5] Plaintiff references another print ABC News article also covering the Hilton story that appears nearly identical to the August 24th article.  *See* Motion at p. 22 ¶ 53 (citing *Semi-automatic police service gun goes off by itself, nearly killing detective*, ABC News (August 25, 2021), https://abc11.com/sig-sauer-lawsuit-p320-pistol-brittney-hilton-accidental-discharge/10974219/).

Docusign Envelope ID: B94AD4EF-6558-49CE-838C-52063A01A452

momentum," Mr. Harrison was commenting that filing lawsuits related to the P320 might encourage others experiencing inadvertent or negligent discharges to also sue and argue that there was "defect."

70. Subsequently, however, ABC News again ran the Hilton story in its Nightline segment and edited Mr. Harrison's commentary by removing the entire sentence "I do not have an explanation for why the updated version should have these complaints from trained individuals. If it's not legal momentum, then it would have to be some other mechanism of failure." The ABC News Nightline segment is available at the video linked here, with Mr. Harrison's revised commentary starting at 9:15: https://abcnews.go.com/Nightline/video/detective-sues-sig-sauer-holstered-p320-pistol-wounded-79633594.

71. Det. Hilton sued Sig Sauer over the incident in the lawsuit *Hilton v. Sig Sauer, Inc.*, No. 1:21-CV-00441-MJT (E.D. Tx. 2021). At summary judgment, the court found Ms. Hilton was "carrying the loaded pistol in her purse, along with other loose items, when it discharged," and "[s]pecifically, the firearm discharged in Ms. Hilton's purse as she walked around her desk in her office, just after she put a bottle of body spray into the purse and looped the purse over her arm."[6] *Hilton*, No. 1:21-CV-00441, Order dated June 8, 2023, ECF No. 65 at 1 ("Order"). Attached hereto as **Exhibit L** is a true and correct copy of the Order. The court held that "proof of an unintended discharge is not proof of a defect," "[n]or is proof of many unintended discharges," and because "no reasonable jury could conclude that a defect caused Plaintiff's gun to discharge without a trigger pull solely from (1) lay testimony that her gun discharged without a

---

[6] It is common knowledge (and common sense) that carrying a loose pistol in a purse is an unsafe practice. Even if holstered, loose items could manipulate the pistol's parts such as the trigger or safety toggle. A Google search "is it safe to carry a gun in your purse" reveals blog posts advising users of the inadvertent discharge risks. *See, e.g.*, *Is it bad to carry a firearm in a purse?*, The Gun Zone (Feb. 18, 2024), *available at* https://thegunzone.com/is-it-bad-to-carry-a-firearm-in-a-purse/ ("Carrying a firearm in a purse increases the risk of accidental discharge").

trigger pull and (2) the existence of other similar alleged incidents." *Id.* at 18. The court granted summary judgment in favor of Sig Sauer and dismissed all of Ms. Hilton's claims. *Id.*

### The 2023 Washington Post Article

72. Plaintiff's Ex. 18 is the article *Popular handgun fires without anyone pulling the trigger, victims say*, Wash. Post (April 11, 2023) (the "Washington Post Article"). In the month leading up to the Washington Post Article, Sig Sauer engaged in a lengthy discussion with Washington Post reporters Champe Barton and Tom Jackman concerning the accuracy of the article.

73. Attached hereto as **Exhibit M** is a true and correct copy of a letter, dated March 24, 2023 from Sig Sauer to the Washington Post bearing the Bates stamping beginning at SIG-GLASSCOCK00000255, which was Exhibit 13 to my deposition on September 12, 2024 (the "March 24 Letter"). In the March 24 Letter, Sig Sauer explained that "[t]hese reports, among others, support three conclusions: (1) unintentional discharges are not uncommon amongst both law enforcement and civilians, (2) improper or unsafe handling is one of the most common causes of unintentional discharges, and (3) unintentional discharges occur with several types of firearms and are not unique to the P320. Independent investigations into reports of P320 unintentional discharges demonstrate evidence of improper or unsafe handling and confirm that these incidents could have been prevented if fundamental rules of firearms safety were followed." Therefore, Sig Sauer stated that it "is confident in the design of the P320, and the ability of all consumers to use the P320 safely when fundamental rules of firearms safety are followed."

74. After some back-and-forth email correspondence in the following two weeks, the Washington Post indicated it still intended to publish the article. Attached hereto as **Exhibit N** is a true and correct copy of email correspondence from March 27 to March 30, 2023 between

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Docusign Envelope ID: B94AD4EF-6558-49CE-838C-52063A01A452

Samantha Piatt, Champe Barton, and Tom Jackman, bearing the Bates stamping beginning at SIG-GLASSCOCK00000257, which was Exhibit 14 to my deposition on September 12, 2024.

75. Sig Sauer then sent a follow-up letter on March 30, 2023 to the Washington Post. Attached hereto as **Exhibit O** is a true and correct copy of the letter dated March 30, 2023 from Sig Sauer to the Washington Post bearing the Bates stamping beginning at SIG-GLASSCOCK00000250, which was Exhibit 15 to my deposition on September 12, 2024 (the "March 30 Letter").

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 17, 2025
Portsmouth, New Hampshire

*Thomas Taylor*
Thomas Taylor

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

# Tom Taylor Declaration
# Ex. A

# P320®

## THE NEW STANDARD IN STRIKER-FIRED PISTOLS.

# P320®



| P320 | **FULL-SIZE** | |
|------|------|------|
| CALIBER | 9mm / .357SIG / .40S&W / .45ACP | **17/14/14/10** ROUNDS |
| | Full Length Grip / Full Length Slide | |



| P320 | **CARRY** | |
|------|------|------|
| CALIBER | 9mm / .357SIG / .40S&W / .45ACP | **17/14/14/10** ROUNDS |
| | Full Length Grip / Compact Length Slide | |



| P320 | **COMPACT** | |
|------|------|------|
| CALIBER | 9mm / .357SIG / .40S&W / .45ACP | **15/13/13/9** ROUNDS |
| | Compact Length Grip / Compact Length Slide | |



| P320 | **SUBCOMPACT** | |
|------|------|------|
| CALIBER | 9mm / .357SIG / .40S&W / .45ACP | **12/10/10/6** ROUNDS |
| | Subcompact Length Grip / Subcompact Length Slide | |

## EXCEPTIONAL TRIGGER
A smooth, crisp trigger pull and short tactile reset deliver heightened accuracy.

## SAFETY WITHOUT COMPROMISE
- Striker Safety
- Disconnect Safety
- 3-Point Takedown System
  - Remove magazine
  - Lock slide to rear
  - Rotate take-down lever for disassembly without tools or trigger manipulation

## SERIALIZED, STAINLESS STEEL TRIGGER GROUP
Unique design gives you the freedom to change calibers, sizes, and fit, quickly and easily.

## CHANGE CALIBER, SIZE, AND FIT AT WILL
From calibers, to pistol size, to the grip fit best suited for the shooter, the P320 is the most adaptable pistol available today.

## FEATURES
- Available in 9mm, .357SIG, .40S&W, .45ACP
- 3 grip sizes – Small, Medium, Large
- Double-Action Striker Fired operating system
- SIGLITE® Night Sights or Contrast Sights
- Steel Magazine
- Full-length steel slide rails
- Integral M1913 Accessory Rail on Full, Compact, Carry (all grip sizes), and Subcompact (medium grip size only)

# THE NEW STRIKER-FIRED STANDARD IN MODULARITY AND ADAPTABILITY.
The ultimate freedom to change calibers, size, and fit.



Full-size Standard Barrel

Full-size Slide Assembly

Full-size Grip Module

Compact/Carry Threaded Barrel

Compact/Carry Slide Assembly

Carry Grip Module

Compact/Carry Standard Barrel

Subcompact Slide Assembly

Compact Grip Module

Subcompact Standard Barrel

Stainless Steel Frame Assembly

Extended Magazines

Full-size Magazines

Compact/Carry Magazines

Subcompact Magazines

Subcompact Grip Module

Available with a Manual Safety

## INTERCHANGEABLE GRIP MODULES

Large, medium, or small modules provide optimal grip circumference without the need to change backstraps.

# P320®

| SPECIFICATIONS | Full-Size | Carry | Compact | Subcompact |
|---|---|---|---|---|
| Caliber | 9mm /.357SIG /.40S&W /.45ACP | 9mm /.357SIG /.40S&W /.45ACP | 9mm /.357SIG /.40S&W /.45ACP | 9mm /.357SIG /.40S&W /.45ACP |
| Overall Length | 203 mm / 8.0 in | 183 mm / 7.2 in | 183 mm / 7.2 in | 170 mm / 6.7 in |
| Overall Height | 140 mm / 5.5 in | 140 mm / 5.5 in | 135 mm / 5.3 in | 119 mm / 4.7 in |
| Barrel Length | 119 mm / 4.7 in | 99 mm /3.9 in | 99 mm / 3.9 in | 91 mm / 3.6 in |
| Sight Radius | 168 mm / 6.6 in | 147 mm / 5.8 in | 147 mm / 5.8 in | 140 mm / 5.5 in |
| Sights | SIGLITE® Night Sights or Contrast Sights | SIGLITE Night Sights or Contrast Sights | SIGLITE Night Sights or Contrast Sights | SIGLITE Night Sights or Contrast Sights |
| Weight with Magazine | 833 g / 29.4 oz | 737 g / 26.0 oz | 737 g / 26.0 oz | 708 g / 25.0 oz |
| Slide Material | Stainless Steel | Stainless Steel | Stainless Steel | Stainless Steel |
| Slide Finish | Nitron® | Nitron | Nitron | Nitron |
| Frame Material | Stainless Steel | Stainless Steel | Stainless Steel | Stainless Steel |
| Magazine Capacity | 17/14/14/10 | 17/14/14/10 | 15/13/13/9 | 12/10/10/6 |
| Trigger | Double-Action Striker | Double-Action Striker | Double-Action Striker | Double-Action Striker |
| Trigger Pull | 24.5 – 33.4 N / 5.5 – 6.5 lb | 24.5 – 33.4 N / 5.5 – 6.5 lb | 24.5 – 33.4 N / 5.5 – 6.5 lb | 24.5 – 33.4 N / 5.5 – 6.5 lb |
| Grips | Polymer Grip Module | Polymer Grip Module | Polymer Grip Module | Polymer Grip Module |

Specifications are approximate and are subject to change.



*SIG SAUER*
**when it counts**

**SIG SAUER, Inc.** 72 Pease Boulevard, Newington, NH 03801 USA • phone: +1 (603) 610-3000 • fax: +1 (603) 610-3001 • www.sigsauer.com
An ISO 9001:2008 Certified Company. Specifications subject to change without notice. ©2016 SIG SAUER, Inc. All rights reserved.



MKT0082 REV02

CONFIDENTIAL INFORMATION
SIG MARKETING-000086

Case 3:22-cv-01209-MDH    Document 188-2    Filed 08/08/25    Page 26 of 213

# Tom Taylor Declaration
# Ex. B



## M17/M18

THE U.S. ARMY'S NEW MODULAR HANDGUN SYSTEM

## ONE FOR ALL

A cleaner, crisper, short trigger reset, safe takedown and unprecedented modularity deliver elite performance for all.

BROWSE COLLECTION

https://www.sigsauer.com/products/firearms/pistols/p320/    Go
124 captures
30 Jan 2017 – 17 Nov 2024



# P320 X-FIVE

THE PINNACLE FOR COMPETITION OR EVERY-DAY
RANGE USE RIGHT OUT OF THE BOX.

## ONE FOR ALL

A cleaner, crisper, short trigger reset, safe takedown and unprecedented modularity deliver elite performance for all.

Awarded the 2016 American Rifleman Golden Bullseye Handgun of the Year / Award.

BROWSE COLLECTION ○






# P320 RX

THE ONLY PISTOL IN ITS CLASS TO INCLUDE A
SLIDE-MOUNTED REFLEX OPTIC.

## ONE FOR ALL

A cleaner, crisper, short trigger reset, safe takedown and unprecedented modularity deliver elite performance for all.

BROWSE COLLECTION ○



# P320 NITRON

### THE ORIGINAL. INNOVATIVE, SAFE, AND MODULAR BY DESIGN.

ONE FOR ALL

Awarded the 2016 American Rifleman Golden Bullseye "Handgun of the Year" Award.

BROWSE COLLECTION



## INNOVATIVE TO ITS CORE.

The P320 elevates the standard for a striker-fired pistol with an exceptional trigger and a modular design as dependable as it is unique.

EXPLORE THE P320 ●

## THE MOST ADAPTABLE PISTOL EVER.

No two hands—or scenarios—are quite the same. The P320 can be customized to meet the exact needs of the user. No backstraps required, no excuses accepted.







# Tom Taylor Declaration
# Ex. C







We use cookies to offer you a better browsing experience. By continuing to use our site, you accept our use of cookies, Privacy Policy, and Terms of Use.    I Accept

# Tom Taylor Declaration
# Ex. D

### CONSTRUCTION

One of the design criteria of the StG 44 was that it was to consume less in the way of high-quality materials than the K98 service rifle. This was achieved through the use of a 1mm thick, stamped receiver, housing a short trunnion. The trunnion served as the locking mechanism to contain the pressures of firing, and, apart from the bolt, was the only piece of high-strength steel in the entire gun.

The StG 44 operates by means of a long-stroke gas piston attached to a carrier, which operates a tilting bolt. On firing, propellant gases enter a gas block located near the muzzle and push the piston rearward. After ap-

Despite including many worthwhile modern improvements, the M9 and Mac gas looks almost identical to the original.

proximately 5mm of travel and before the bolt has unlocked, the piston exposes a series of vents that exhaust gas to the atmosphere. Being shoved to the rear, the carrier continues and a camming surface on its lower side engages a lug on the bolt, tilting it up 2 degrees and out of engagement with the trunnion's locking surfaces. Bolt and carrier continue rearward, extracting the spent case, compressing the recoil spring and eventually returning to chamber the next round, after which the carrier cams the bolt downward and into battery.

While it seems fairly standard when compared to modern designs, the StG's combination of engineering consider-

ations was as revolutionary as the mix of intermediate cartridge, select fire, and detachable magazine. On reasoning an original StG, you get the impression that the engineers involved in the project kind of got the concept of making a high-quality rifle out of mediocre materials, but didn't fully trust the idea. As a result, they decided to do everything in their power to over-engineer the bell out of it. For example, the lower receiver consists of 203 individual parts. And yes, you read that correctly. You may think that a hammer or trigger pin would logically require the manufacture to construct it from a single piece of steel rod, whereas in this case, five separate components are required.



ONE FOR ALL™

P320™
ADAPTABLE. MODULAR. SAFE.
The same crisp trigger group easily converts into over 40 configurations of caliber, color and size to suit any shooter's every need.

SIGEVOLUTION.COM/P320

SIG SAUER
when it counts™

# Tom Taylor Declaration
# Ex. E

SIGN IN

Search    Sign    Menu
          In

# SIG SAUER, Inc. Awarded the U.S. Army Contract for its New Modular Handgun System (MHS)

**January 20, 2017**     ●     COMPANY NEWS     ●     DEFENSE     ●     PISTOLS     < 1 Min Read

SHARE        ## SIG SAUER, Inc. Awarded the U.S. Army Contract for its New Modular

# Handgun System (MHS)



SIG SAUER, Inc. announced today that the U.S. Army has selected the SIG SAUER Model P320 to replace the M9 service pistol currently in use since the mid-1980's. Released in 2014, the P320 is a polymer striker-fired pistol that has proven itself in both the United States and worldwide markets. The P320 is the first modular pistol with interchangeable grip modules that can also be adjusted in frame size and caliber by the operator. All pistols will be produced at the SIG SAUER facilities in New Hampshire.

The MHS Program provides for the delivery of both full size and compact P320's, over a period of ten (10) years. All pistols will be configurable to receive suppressors and will also include both standard and extended capacity magazines.

"I am tremendously proud of the Modular Handgun System Team," said Army Acquisition Executive, Steffanie Easter in the release. "By maximizing full and open competition across our industry partners, we truly have optimized the private sector advancements in handguns, ammunition and magazines and the end result will ensure a decidedly superior weapon system for our warfighters."

Ron Cohen, President and CEO of SIG SAUER, said "We are both humbled and proud that the P320 was selected by the U.S. Army as its weapon of choice. Securing this contract is a testimony to SIG SAUER employees and their commitment to innovation, quality and manufacturing the most reliable firearms in the world."

**SHOP**

**TRAINING**

**MILITARY & POLICE**

**COMPANY**

**SUPPORT**

## SIGN UP FOR NEWS AND UPDATES

First Name                Last Name

Email

GET UPDATES

Instagram  Facebook  YouTube  Twitter    LinkedIn    SIG SAUER Social

Sezzle: Flexible
payments with no

ALSO OF INTEREST

P320-M17

Chosen the World Over

U.S. Army Fields M17/M18 Pistols

My Account    Privacy Statement    Do Not Sell My Info (CA)    Returns Policy    Shipping Policy    Terms Of Sale    Terms Of Use Policy    User Guidelines

Membership Terms of Sale    e-Gift Card Policy    Company    Support

© SIG SAUER 2025. All Rights Reserved.

# Tom Taylor Declaration
# Ex. F

(/silencers)



Paid Advertisement

Guns.com (https://www.guns.com) / News (https://www.guns.com/news) / Military & Police (https://www.guns.com/news/category/military-police)
/ Gen. Milley: The XM17 is altogether different than the P320

# GEN. MILLEY: THE XM17 IS ALTOGETHER DIFFERENT THAN THE P320

09/19/2017 08:00 AM | by Chris Eger (/news/author/chris-eger)        Share 0



The Army is conducting an Initial Operational Test of a variant of the Sig Sauer P320 as the new XM17 Modular
Handgun System this month at Fort Bragg, N.C. in preparation for issuing the pistol to troops later this year. (*Photo:
Lewis Perkins/U.S. Army*)

Army Chief of Staff Gen. Mark Milley went on record vouching for the service's new Modular Handgun System and downplayed controversy over its civilian base
model.

In an interview with Army Times, Milley detailed (https://www.armytimes.com/news/your-army/2017/09/17/the-armys-new-handgun-is-undergoing-final-testing-
before-its-issued-to-soldiers/)the MHS contract winner, a variant of Sig Sauer's P320 pistol adopted as the XM17 earlier this year, is not the same animal as its
civilian predecessor.

"But I can tell you with certainty, the guts and the internals of the military version of that weapon are different than what you're going to buy in the gun store or what
police are going to be fielded," Milley said.

Sig bested a wide field of competitors including FN, Smith & Wesson and Glock — the latter by more than $100 million —
(https://www.guns.com/news/2017/06/26/sig-beat-out-glock-by-more-than-100-million-on-army-handgun-bid/) on the Army handgun bid, the largest contract of
its kind since the 1980s.

After initial tests on the weapon, Milley said the Army requested modifications on the pistol and were pleased with the resulting handgun that Sig submitted.

"We took the modified version and put it through the test, and it passed with flying colors," Milley said.

Addressing safety concerns over the P320 series, the company last month said (https://www.guns.com/news/2017/08/05/sig-sauer-addresses-p320-safety/)they
have, "full confidence in the reliability, durability, and safety of its striker-fired handgun platform," and that the design did not encompass the model submitted to
the armed forces.

The XM17 is set to be issued first (https://www.guns.com/news/2017/07/25/first-2000-sig-sauer-xm17-pistols-to-be-fielded-with-army-in-november/)to troops of the Fort Campbell-based 101st Airborne Division in November as part of a 190,000-pistol initial buy. The modified P320 will then be fielded to a new installation each month until September 2018, except for next March and April.

Meanwhile, Sig has issued (https://www.guns.com/news/2017/08/08/sig-issues-voluntary-upgrade-for-p320-pistols-/)a voluntary upgrade for standard P320 users.

Paid Advertisement



**READ MORE ON:**

Military & Police (/news/category/military-police)      Product & Industry News (/news/category/product-a-industry-news)

## LATEST HEADLINES


01/29/2025 05:00:00
Arsenal Unveils 'New' AK-20, Trump MAGA AK-47, RPK Rifles for 2025 (/news/2025/01/28/arsenal-ak-20-47-new-guns)


01/29/2025 04:30:00
Bond Arms Goes Big with Trump Derringer, Lever AR and More (/news/2025/01/28/bond-arms-trump-derringer-lever-ar)


01/29/2025 03:02:00
EAA Shows off Forged Steel Framed Witness 2311 Match Series (/news/2025/01/29/eaa-shows-off-forged-steel-framed-witness2311-match-series)


01/29/2025 01:30:00
Demolition Ranch Pulls the Plug, Lists Ranch for Sale (/news/2025/01/29/demolition-ranch-pulls-the-plug-lists-ranch-for-sale)

## LATEST REVIEWS

(/news/reviews/new-cmmg-dissent-338-arc)                                        (/news/reviews/b-t-apc9-9mm-ca

**New CMMG Dissent in 338 ARC: Quiet, Hard-Hitting Firepower**                            **B&T**
(/news/reviews/new-cmmg-dissent-338-arc)                                        (/news/reviews/b-t-apc9-9mm-

My idea of a perfect AR-15 hunting platform would combine a harder-hitting cartridge with a fast-shooting,        The almost pocket-sized (if you
quiet, compact package. CMMG has done it with the Dissent Mk4 in .338 ARC.                      small packages.

(/news/reviews/new-cmmg-dissent-338-arc)                                        (/news/reviews/b-t-apc9-9mm-ca

READ MORE

**Stay in the know. Get Guns.com offers and news!!**

By signing up you agree to Guns.com's Terms and Conditions (/terms-and-conditions) and Privacy Policy (/privacy-policy).

Enter Your Email

SIGN UP

Follow
Us On: (https://rumble.com/c/Gunscom) (https://www.facebook.com/gunsdotcom) (https://www.instagram.com/gunsdotcom) (https://www.twitter.com/gur

# Need Help?

FAQ (/FAQS)                                    CONTACT US (/CONTACT)

HOW TO BUY A GUN ONLINE(/HOW-TO-BUY-A-GUN-ONLINE)

CERTIFIED USED GUNS(/USED-GUNS/CERTIFIED-USED)

WE BUY GUNS(/WE-BUY-GUNS)

THE GUNS.COM PROMISE(/ABOUT-US)

CUSTOMER RESOURCES

SELLER RESOURCES

WHO WE ARE

Terms and Conditions (/terms-and-conditions)          Privacy Policy (/privacy-policy)          Site Map (/site-map)

PO Box 1131 13800 Nicollet Blvd Burnsville, MN 55337 ©2025 Guns.com. All Rights Reserved

# Tom Taylor Declaration
# Ex. G

# *All military branches set to issue Sig Sauers M17 Modular Handgun System*

Defence Monitor Worldwide

March 21, 2018 Wednesday

Copyright 2018 Global Data Point. Provided by Syndigate Media Inc. All Rights Reserved



**Length:** 321 words

## Body

Though originally a winner for an Army contract, Sig officials report that every branch including the Coast Guard has placed orders for the modified P320 pistol platform.

Sigs M17/18 pistol, the winner of the Armys Modular Handgun System contract last year, is set to be fielded by not only the land service but the Air Force, Marines and Navy as well as the Coast Guard, according to company representatives.

All services have been involved in MHS since its inception  and they have all committed to ordering guns, Tom Taylor, chief marketing officer for Sig Sauer, told Military.com, explaining the other services will begin fielding the 9mm handguns later this year to early next year.

The handguns will begin replacing a host of other platforms, including various marks of the M9 Beretta in the Army. As noted in the Navys FY 2019 procurement budget justification for the Marine Corps, 35,000 of the Sigs will not only replace M9s but also Colt M45A1 CQB .45ACP pistols and the newly acquired M007 Glock. In Coast Guard service, the gun will augment the Sig P229R which was adopted in 2005. The Air Force has been quietly acquiring the guns and testing their use for compatibility with aircraft ejection seats.

Though based on the P320 series of modular handguns, both Sig and the military have stressed that the M17/18 series are not the same animal as their civilian predecessor. Army Chief of Staff Gen. Mark Milley went on record last year, saying, [T]he guts and the internals of the military version of that weapon are different than what youre going to buy in the gun store or what police are going to be fielded.

The first batches of the M17/18 were issued to troops of the Fort Campbell-based 101st Airborne Division last November as part of a 190,000-pistol initial buy. The platform will then be fielded to a new Army installation each month until September 2018, except for next March and April. 2018 Global Data Point.

**Load-Date:** March 21, 2018

# Tom Taylor Declaration
# Ex. H



**PR Contact:**
Joel Harris
Director, Media Relations & Communication
(603) 610-3293
joel.harris@sigsauer.com

**FOR IMMEDIATE RELEASE**

## SIG SAUER Brings the U.S. Army's M17 to the Commercial Market

**NEWINGTON, N.H., (July 18, 2018) –** SIG SAUER, Inc. is pleased to introduce the commercial variant of the U.S. Army's M17 official service pistol called the P320-M17.

After one of the most rigorous and highly competitive review processes in the history of military firearms the SIG SAUER M17 was awarded the Modular Handgun System (MHS) contract for the U.S. Army. The M17 is a P320-based platform, and was selected for its uniquely innovative modularity, uncompromising performance, and unmatched capability. The P320-M17 closely follows the specifications of the U.S. Army's M17.

"It was truly an honor for SIG SAUER to be chosen as the U.S. Army's choice with the M17. When the selection was announced, civilian interest in the pistol was immediate," said Tom Taylor, Chief Marketing Officer and Executive Vice President, SIG SAUER, Inc. "We are proud to bring this P320-M17 to the marketplace to meet the substantial civilian interest, and the high demand, to own the pistol the Army uses as well as the other branches of the U.S. Military."

The P320-M17 is a 9mm, striker-fired pistol and comes with two 17-round magazines. The pistol features a coyote-tan PVD coated stainless steel slide with the same optic cut as specified by the MHS contract, and black controls just like the pistols currently being shipped to the U.S. Army; it comes equipped with a SIGLITE front night sight and removable Night Sight rear plate. The P320-M17 features a coyote-tan carry-length grip module, available in three sizes, and comes standard with a manual safety. Non-manual safety P320-M17 pistols will be shipped at a later date.

The P320-M17 Specs:

| Total length: 8" | Barrel length: 4.7" | Weight (incl. magazine): 29.6 oz. |
|---|---|---|
| Height: 5.5" | Width: 1.3" | Sight radius: 6.6" |

**MSRP:** $768.00

The P320-M17 is shipping to stores in August 2018.

To complement the P320-M17, an exclusive M17 Collector's Case is available for purchase separately at [ HYPERLINK "https://www.sigsauer.com/store/" ]. The case is a solid cherry box, with dark mahogany stain, a tempered glass top, a brushed nickel latch, and a keyhole back for optional wall-hanging. The M17 Collector's Case features a slate-grey flocked foam insert with an affixed U.S. Army logo, and precision laser placement cuts for the P320-M17 pistol, and included P320-M17 certificate and P320-M17 Official Challenge Coin.

**M17 Collectors Case MSRP:** $199.99 (sold separately at sigsauer.com/store)

Get Social: follow SIG SAUER on [ HYPERLINK "https://www.facebook.com/SIGSAUERInc" ] [ HYPERLINK "https://twitter.com/sigsauerinc" ] [ HYPERLINK "https://www.instagram.com/sigsauerinc" ], and [ HYPERLINK "https://www.youtube.com/user/sigsauerinc" ] for the latest news, product announcements, events, and updates.

CONFIDENTIAL Case 8:22-cv-03095-PMR-TEC Document 88-2   Filed 08/08/25   Page 52 of 213 SIG SAUER SSCLOCK00006703
6212

**About SIG SAUER, Inc.**

[ HYPERLINK "https://www.sigsauer.com/" ] is a leading provider and manufacturer of firearms, electro-optics, ammunition, Advanced Sport Pellet (ASP) airguns, suppressors, and training. For over 100 years SIG SAUER, Inc. has evolved, and thrived, by blending American ingenuity, German engineering, and Swiss precision. Today, SIG SAUER is synonymous with industry-leading quality and innovation which has made it the brand of choice amongst the U.S. Military, the global defense community, law enforcement, competitive shooters, hunters, and responsible citizens. Additionally, SIG SAUER is the premier provider of elite firearms instruction and tactical training at the SIG SAUER Academy - a world class, state-of-the-art, 140-acre training facility. SIG SAUER is headquartered in Newington, New Hampshire, and has more than 1,700 employees across eight locations, and is the largest member of a worldwide business group that includes SIG SAUER GmbH & Co. KG in Germany. For more information about the company and product line visit: [ HYPERLINK "http://www.sigsauer.com" ].

### #

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SIG_SASSCOCK00006704
6213

# Tom Taylor Declaration
# Ex. I

## *SIG Sauer unveils commercial version of the military's M18*

The Union Leader (Manchester, NH)

December 6, 2019 Friday

Copyright 2019 Union Leader Corp. All Rights Reserved

**Section:** B; Pg. 003

**Length:** 261 words

**Byline:** By Kimberley Haas Union Leader Correspondent

## Body

NEWINGTON - SIG Sauer has a new commercial version of the company's M18 official duty pistol adopted by the U.S. Marine Corps earlier this year.

The P320-M18 is a 9mm, striker-fired pistol configured nearly identically to the military's model. It features a SIGLITE front night sight and a removable night sight rear plate, black controls, a carry-length coyote-tan grip module, and an ambidextrous manual safety, according to a press release issued by the company on Tuesday.

The M18 is a compact version of the M17. Both are used by the U.S. Army, Navy, Air Force and Coast Guard.

Tom Taylor, chief marketing officer and executive vice president of commercial sales for the Newington company, says the company has seen significant civilian interest in both the M17 and M18 since their releases.

"We are very proud that with the P320-M18, civilians can now own the same innovation and versatility that has made either the M17 and M18 the handgun of choice for all branches of the U.S. Military," Taylor said in a statement.

When the Marine Corps adopted the M18 in June, branches of the U.S. military had more than half a billion dollars in M17 and M18 pistols on order, totaling more than 421,000 handguns.

On Nov. 19, SIG Sauer officials announced the delivery of the 100,000th M17 and M18 to the military for its Modular Handgun System program. Company officials said at that time they were ahead of schedule requirements.

There is no word yet on pricing for the P320-M18. The retail price for the P320-M17 is $768, according to *www.guns.com*.

*straffordnews@unionleader.com*

**Load-Date:** December 6, 2019

End of Document

# Tom Taylor Declaration
# Ex. J





**NEVER SETTLE**

**CATALOG**

Case 0:22-cv-03095-MDH   Document 188-2   Filed 06/08/23   Page 57 of 213

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008803



CONTENTS

**EVOLUTION OF SIG** 2
FROM WAGONS TO WORLDWIDE LEADER 3
U.S. DEFENSE CONTRACTS 4
INDUSTRY AND CONSUMER AWARDS 5
PISTOLS 6
LEGION SERIES 38
CUSTOM WORKS 42
RIFLES 50
AMMUNITION 68
ELECTRO-OPTICS 90
SUPPRESSORS 152
AIRGUNS 162
ACADEMY 184
TEAM SIG 190
ACCESSORIES 192
SPECIFICATIONS 198

**SIG SAUER**
*NEVER SETTLE*

**SIG SAUER®, Inc.** • 72 Pease Boulevard • Newington, NH 03801 USA • +1 (603) 610-3000
An ISO 9001:2015 Registered Company. Manufacturing in the U.S.A.

All trademarks, service marks, trade names, trade dress, product names and logos appearing in this catalog are the property of their respective owners. No trademark or service mark appearing in this catalog may be used without the prior written consent of the owner.



51

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008804



# THE EVOLUTION OF SIG SAUER

In our state-of-the-art facilities across ten locations worldwide SIG SAUER manufactures the finest firearms, electro-optics, ammunition, suppressors, and airguns, while also offering world-class firearms and tactical training at the SIG SAUER Academy™.

At SIG SAUER we are driven by our relentless pursuit to manufacture products of unparalleled quality, an unwillingness to compromise, and an absolute refusal to settle. We are emboldened by our love of freedom and share the same passion and pride for our country as those who choose the SIG SAUER brand.

Regardless of whether a SIG SAUER product is being deployed on the battlefield by a soldier, protecting law enforcement as an official duty sidearm, or simply the product of choice of a private citizen, you can trust that if it carries the SIG SAUER name it is built to our precise exacting standards, and undergoes the same rigorous quality controls to ensure that it performs when it matters most.

## FROM WAGONS TO WORLDWIDE LEADER

When business entrepreneurs Friedrich Peyer Im Hof, Heinrich Moser, and Conrad Neher opened a wagon factory near the Rhine Falls in Switzerland in 1853, they laid the foundation for what would become the international leader in the small arms industry. Just seven years after constructing an industrial plant for building their wagons and railway cars, the three ambitious owners undertook a new venture responding to a challenge from Switzerland's Federal Ministry of Defense to develop a state-of-the-art rifle in hopes that the Swiss Army would adopt it.

Four years later, the trio found themselves facing an order for 30,000 of their rifles, and changed the name of their company to Swiss Industrial Group. The name was later shortened to SIG as they officially became one of the world's premier firearms manufacturers.

In the 1970's, the SIG small arms division expanded within Europe to include Hammerli Target Arms of Switzerland, and the legendary J.P. Sauer & Sohn, GmbH of Germany – one of Europe's oldest and most prestigious firearms manufacturers.

In the 1980's, SIG set its sights on the United States of America and opened its first American location in Virginia under the name SIGARMS®, and began importing and assembling the company's classic handguns.

In the 1990's, SIGARMS expanded its United States footprint by opening new manufacturing facilities in Exeter, New Hampshire where it would continue to expand to include the world-class SIGARMS training academy in Epping, New Hampshire.

In 2007, SIGARMS officially changed its name to SIG SAUER, aligning the company under a single global brand. Since then SIG SAUER has experienced unprecedented growth and expanded its New Hampshire footprint to include a 206,000 sq./ft. corporate headquarters and advanced manufacturing facility at Pease International Tradeport.

SIG SAUER continually invests in workforce development by hiring the foremost industry experts in ever expanding categories to ensure that all SIG SAUER products exceed the quality expectations that are synonymous with the brand.

Today, the SIG SAUER product lineup goes well beyond firearms to include a broad array of products such as electro-optics, ammunition, suppressors, and airguns, all designed, engineered, and manufactured to the same exacting standards of quality, reliability, and performance that have made SIG SAUER the brand of choice for the military, special forces, law enforcement, and civilians across the globe. In addition, SIG SAUER has expanded its U.S operations with a dedicated optics facility in Oregon and a purpose-built ammunition plant in Arkansas.

SIG SAUER has evolved because we continually compete against ourselves, because we believe our greatest success has yet to be engineered, and we are driven by the knowledge that our customers can't afford to settle so they trust we never will. SIG SAUER. Never Settle.



NEVER SETTLE

sigsauer.com

SIG SAUER | 2021 | PRODUCT CATALOG

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008805

# U.S. DEFENSE CONTRACTS

### U.S. MILITARY (ALL BRANCHES) M17/M18™

After one of the most rigorous and highly competitive selection processes in the history of small arms, the SIG SAUER P320° based M17 and M18 were awarded the Modular Handgun System (MHS) contract by the U.S. Army. The M17 and M18 have now been adopted by all branches of the U.S. Military.

### U.S. ARMY NEXT GENERATION SQUAD WEAPONS (NGSW) PROGRAM

SIG SAUER has been selected by the U.S. Army to develop the Next Generation of squad-based weapon systems, including a lightweight machine gun, a carbine rifle, a next generation of suppressor and the first-of-its-kind hybrid ammunition.

### U.S. ARMY CONTRACTING COMMAND .300 WIN MAG AMMUNITION

SIG SAUER Ammunition, known for quality and accuracy, was selected by the U.S. Army to manufacture the Mk 248 MOD 1 and MOD 0 300 Win Mag ammunition for use in U.S. Military Sniper Platforms.

### DOD SUPPRESSED UPPER RECEIVER GROUP MCX™ (SURG)

The SIG SAUER MCX system was selected to upgrade the existing M4A1 U.S. Special Operations Forces carbines and optimize their weapons for continuous suppressed use on the battlefield.

### U.S. ARMY/DOD/U.S. AIR FORCE TANGO6T™

The SIG SAUER Electro-Optics TANGO6T has three times been selected by the Department of Defense as the U.S. Army Squad Designated Marksman Rifle (SDMR), the USSOCOM Squad-Variable Powered Scope (S-VPS), and the Direct View Optic (DVO)

### DEPARTMENT OF HOMELAND SECURITY (DHS) P320 & ROMEO1PRO

SIG SAUER Electro-Optics ROMEO1Pro miniature open reflex sight was chosen by the Department of Homeland Security for U.S. Immigration and Customs Enforcement (ICE) as the official red dot optic for their SIG SAUER P320 official duty pistol.

### U.S. COAST GUARD PROFORCE® P229™

SIG AIR™ was chosen to supply the U.S. Coast Guard with the SIG AIR PROFORCE P229 airsoft pistol as an official training pistol for Cadets and Guardsmen.

   

M17    NEXT GEN    TANGO6T    .300 WIN MAG

# INDUSTRY AND CONSUMER AWARDS

SIG SAUER° is proud to be honored by our peers and have our products recognized for innovation, quality, and capability.

### 2020 TACTICAL RETAILER GOLD LEVEL CHOICE AWARDS

Recognized by readers as the best in the industry by tactical retailers across the industry.

**Favorite New Products:**
Romeo1PRO
AR Pistol

### 2020 SHOOTING SPORTS RETAILER GOLD LEVEL CHOICE AWARDS

Recognized by readers as the best in the industry by shooting sports retailers across the industry .

Handgun Manufacturer
AR Pistol

### 2020 INDUSTRY CHOICE AWARDS

Recognizing fit, form, finish, and functionality in firearms by industry peers.

**Innovation of the Year:** CROSS Bolt-Action Rifle
**Handgun of the Year:** P320 XFIVE LEGION

### 2020 OUTDOOR LIFE AWARDS

Recognizing versatility in riflescopes.

**Best New Rifle:** CROSS Bolt-Action Rifle
**Best New Spotting Scope:** OSCAR8

### 2019 BALLISTICS BEST READERS'S CHOICE AWARDS:

The Ballistic Best Reader's Choice Awards from Athlon Outdoors gives consumers the ability to vote for recognition of superiority in class, quality, and innovation across various product categories.

**Best Semi-Auto Rifle:** M400 TREAD
**Best Compact Semi-Auto:** P320 XCOMPACT

### 2020 BALLISTICS BEST READERS'S CHOICE AWARD:

**Best AR-10 Rifle** 716i TREAD

### 2020 NASGW-POMA CALIBER AWARD

Recognizing new and innovative products within the sporting goods industry.

**Best New Optic:** ROMEOZero







SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008806



PISTOLS

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008807



# PISTOLS

Choose from a full array of sizes, triggers, calibers, finishes, and features—all with unfailing SIG reliability and accuracy.

## INSPIRED BY THE ELITE PROFESSIONAL. CARRIED BY ALL WHO DEMAND THE BEST.

Unless it's a SIG, a handgun is just a handgun. Engineered to perform anywhere, at any time, and under any circumstance, SIG pistols boast unique, advanced features that stand out amongst the rest. Key features include:


X-RAY3® Sights


Integral Picatinny Rail




4-Point Safety System


NITRON® Stainless Steel Slide


SAO (SIG ANTI-SNAG) FT Bullseye Sight


Threaded Barrel

Rear Sight Plate

ROMEO/RMR® Reflex Sight

## SIZING UP YOUR SITUATION

You want a pistol with frame dimensions directly suited to your needs. Whether you'll be sliding your handgun into a range bag, concealing it in a purse, shooting competitively, or defending your home, SIG SAUER offers a pistol for every shooter.



### FULL-SIZE

When shootability and sighted accuracy are a must, Generous dimensions and even weight distribution help to deliver a more accurate sight picture and reduced felt recoil.

Barrel | 4" | Approx | 7.5 x 5.5"

### CARRY

A balance of shootability with concealment. A full-size grip gives the shooter more control while reduced slide length offers lighter carry.

Barrel | 4" | Approx | 7 x 5.5"



### COMPACT

If concealment is an essential requirement, the reduced slide length and grip height enable easy concealment and carry, with ergonomics designed to promote point-and-shoot accuracy.

Barrel | 4" | Approx | 7 x 5"







### MICRO-COMPACT

Discreet, lightweight, and able to fit almost anywhere. Often called "pocket pistols," the SIG micro-compact delivers the ultimate in concealment.

Barrel | 3.5" | Approx | 5.8 x 4.2"

## TRIGGER TIME

Any expert will tell you, it's the trigger that ultimately puts rounds on target. Weigh the pros and cons of each trigger carefully to select the one you can fire accurately, and carry with confidence.

### STRIKER-FIRED TRIGGER

**STR | Short Tactile Reset**

Every trigger pull has the same weight and feel with a quick tactile reset to ensure faster and more consistent shots.

### HAMMER-FIRED TRIGGER

**DA/SA | Double-Action/Single-Action**

The first trigger pull performs the double-action of cocking the hammer and then releasing the sear. Followed by lighter, single-action trigger pulls on all subsequent shots. The heavier first trigger pull acts to reduce inadvertent discharges.

**SAO | Single-Action-Only**

The trigger performs the single-action of releasing the hammer with a consistent trigger pull that is generally regarded as the shortest, lightest, and smoothest available. The slide can still be operated with the safety engaged (a SIG exclusive on P220®, P226®, P229®, P238®, and P938® models). All models feature a manual thumb safety.

## THE CALIBER DEBATE

Popular opinions vary widely, but only you can select the right caliber for you. Consider bullet weight and velocity, your desired magazine capacity, ammunition cost, and availability.


**.45AUTO**
Known for a combination of power and controlled penetration due to a large diameter bullet and moderate velocities.


**10MM**
Offers higher velocity, greater range, and more kinetic energy than the .45AUTO.


**.40S&W**
Designed to match the performance of the FBI's reduced-velocity 10mm, in a smaller cartridge size, while offering an energy advantage over the 9mm.


**.357SIG**
Developed in 1994 to duplicate the performance of a 125 gr. .357 Magnum cartridge. The .357SIG combines relatively high velocity with remarkably flat trajectory.


**9MM**
Regarded as the world's most popular and widely used handgun cartridge combining a flat trajectory with relatively low recoil.


**.380ACP**
Compact and light design make it popular in handguns designed for concealed carry. Less powerful than larger calibers—minimizing recoil and improving controllability.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008806

Case 6:22-cv-03095-MDH     Document 188-2     Filed 08/08/25     Page 62 of 213



# RED DOT REVOLUTION

As the only manufacturer in the industry that can truly integrate a firearm and an optic into a single system that's ready to shoot, right out of the box, SIG SAUER now offers virtually all of our most popular pistols with the option of a factory-installed, and zeroed, reflex optic. Greater performance, increased accuracy, and radically simple – welcome to the Red Dot Revolution.

## WHY PISTOL MOUNTED OPTICS?

Designed for fast, responsive target acquisition and accuracy, open reflex red dot sights, or pistol-mounted optics, are quickly becoming popular among experienced and novice shooters. Red dot sights allow you to quickly and easily acquire your sight picture and make follow-up shots faster. The inherent simplicity of a single aiming point on the same visual plane as the target, makes red dots extremely easy to use, simply put the dot on the target, and press the trigger.





SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008809



# P365

## MICROCOMPACT SIZE WITH FULL-SIZE CAPACITY

The award-winning P365 has redefined the micro-compact pistol category, quickly becoming one of the most coveted firearms in the industry. The P365 features a patented modified double-stack magazine capable of 10+1, 12+1 or 15+1 full-size capacity. Its ergonomic design makes it more shootable than the typical pocket-sized pistols with a clean, crisp trigger pull you expect from a SIG SAUER®. The P365XL™ ROMEOZero™ is available with the ROMEOZero reflex optic installed and zeroed right out of the box, making it the most capable micro-compact available today.

### SHARED FEATURES

- NITRON® stainless steel slide
- Tritium night sights
- Includes (1) 10rd flush fit and (1) 10rd extended magazine (3x5 NITRON & SAS®), (2) 12rd magazines (XL & XL ROMEOZero)
- Polymer grip

**XL ROMEOZERO**
- NITRON® stainless steel slide with ROMEOZero™ installed
- XSERIES flat trigger
- XSERIES grip module

### X-SERIES XL
- NITRON stainless steel slide compatible with ROMEOZero
- XSERIES flat trigger
- X-RAY3™ day/night sights

### SAS®
- NITRON stainless steel slide with SAS treatment
- Flush-Fit FT Bullseye sight
- Flush slide catch and take down lever

### NITRON
- NITRON stainless steel slide
- X-RAY3™ day/night sights
- Available with manual safety

**STATE COMPLIANT MODELS AVAILABLE**

| P365 | SKU | Caliber | Magazine Capacity | Length (in) | Height (in) | Width (in) | Barrel Length (in) | Sight Radius (in) | Weight (oz) | Sights | Slide Finish | Frame Finish | Slide Material | Trigger System |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| XL ROMEOZERO | | 9mm | | 5.8 | 4.3 | 1.1 | 3.1 | | 17.8 | ROMEOZero & X-RAY3 Day/Night Sights | Polymer | Stainless | NITRON | Striker |
| XL | | 9mm | 12 | 6.6 | 4.8 | 1.1 | 3.7 | 5.6 | 20.7 | X-RAY3 Day/Night Sights | Polymer | Stainless | NITRON | Striker |
| SAS | | 9mm | | 5.8 | 4.3 | 1.1 | 3.1 | 4.9 | 17.8 | FT Bullseye | Polymer | Stainless | NITRON | Striker |
| NITRON | | 9mm | 10 | 5.8 | 4.3 | 1.1 | 3.1 | 4.9 | 17.8 | X-RAY3 Day/Night Sights | Polymer | Stainless | NITRON | Striker |

ALL SPECIFICATIONS SUBJECT TO CHANGE. | ACCESSORIES PG. 192

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008810



# P320

## MODULAR HANDGUN

A clean, crisp, short trigger reset with safe takedown and unprecedented modularity delivering elite performance for all.

### CHOOSE A CALIBER:

The P320 is available in a variety of popular calibers.

### CHOOSE GRIP FIT:

Interchangeable grip modules provide optimal grip circumference and access to controls without adding a bulky backstrap.

LARGE    MEDIUM    SMALL

### OPTIONAL X-CHANGE KITS

The modular pistol has arrived. Removing P320's fire control group unlocks hundreds of combinations.

### CHOOSE STYLE AND A SIZE:

Provides the modularity to switch between multiple sizes, and between the standard and XGRIP.

XFULL    XCARRY    XCOMPACT    FULL-SIZE    CARRY    COMPACT

### SERIALIZED, STAINLESS STEEL FRAME

The serialized unit allows the user to change everything from size, to caliber, to grip at will.

### 3-POINT TAKEDOWN
### NO TRIGGER PULL OR TOOLS REQUIRED:

1. Remove magazine
2. Lock slide to the rear
3. Rotate takedown lever

ADDITIONAL SAFETY FEATURES:
Striker Safety
Disconnect Safety

## THE WORLD'S MOST INNOVATIVE HANDGUN

With its unmatched modularity, unprecedented accuracy, and uncompromising reliability, the state-of-the-art SIG SAUER P320 has quickly become one of the most sought after firearms on the market today. Chosen by all branches of the U.S. military, as well as law enforcement agencies across the country and around the world, the P320 redefines the modern handgun.

### SHARED FEATURES

- NITRON™ stainless steel slide
- Modular striker-fired pistol
- Contrast sights
- M17 rail
- Front locking serrations
- Polymer grip

STATE COMPLIANT MODELS AVAILABLE

## COMPACT

- NITRON stainless steel slide
- XGLITE™ night sights or contrast sights
- 3.9" barrel

## FULL-SIZE

- NITRON™ stainless steel slide
- Contrast sights
- 4.7" barrel

## P320 ONE FOR ALL

A CLEAN, CRISP, SHORT TRIGGER RESET, SAFE TAKEDOWN AND UNPRECEDENTED MODULARITY, DELIVER ELITE PERFORMANCE FOR ALL.

| P320 | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FULL-SIZE | | | | | | | | | | | | | | | | |
| COMPACT | | | | | | | | | | | | | | | | |
| COMPACT RX | | | | | | | | | | | | | | | | |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008811



# P320ᵀᴹ-M17 / M18

## THE CHOSEN ONES

The P320-M17 and P320-M18 are the civilian versions of the M17® and M18®, which are the official sidearms of all branches of the U.S. military. The P320-M17 and M18 deliver the same unprecedented accuracy, extreme reliability, and unmatched durability that the U.S. military demands from each and every one of their firearms.

### SHARED FEATURES

- Based on the M17 / M18 pistol in use with the U.S. Military
- Coyote tan stainless steel slide
- Modular striker-fired pistol
- Anti-manual safety
- Night sight rear plate, optic-ready
- 1913 rail
- Front cocking serrations
- Coyote tan polymer grip
- Front SIGLITE® night sight
- (2) 21rd / (1) 17rd magazine

## M17 / M18

STATE COMPLIANT MODELS AVAILABLE

### P320 - M18
- Based on the M18® pistol in use with the U.S. Military
- Anti-manual safety
- Night sight rear plate, optic-ready

### P320 - M17
- Based on the M17® pistol in use with the U.S. Military
- Anti-manual safety
- Night sight rear plate, optic-ready

## TESTED AND ABUSED

THROUGH ITS ADOPTION BY THE U.S. MILITARY AND COUNTLESS OTHER MILITARY AND LAW ENFORCEMENT AGENCIES AROUND THE WORLD, THE P320 SURPASSED SOME OF THE MOST RUGGED AND GRUELING TESTING PROTOCOLS IN THE HISTORY OF FIREARMS.

SIG-GLASSCOCK00008803   SIG-GLASSCOCK00008812



SIG-GLASSCOCK00008803



# P320 AXG SERIES

## PERFORMANCE YOU CAN FEEL

The CUSTOM WORKS P320 AXG™ Scorpion combines the weight and balance of a metal framed pistol with the performance and reliability of the P320, delivering a uniquely refined shooting experience unlike anything else.

Utilizing the new AXG XSERIES metal grip module as a foundation, the SIG CUSTOM WORKS team has carefully selected a set of premium options and performance upgrades, creating a limited edition P320 that blends the style and shootability of a classic metal frame pistol with the modern features you expect from the P320. And like all Custom Works products, it's delivered in an exclusive, ultra-premium package.

## FEATURES

- AXG Carry grip module
- XSERIES optic-ready slide
- XRAY3 day/night sights
- 1913 rail
- Flat XSERIES trigger
- Redesigned magazine catch
- Extended slide catch lever

## CUSTOM WORKS AXG™ SCORPION

- Elite Series Cerakote FDE finish
- Skeletonized trigger with lighter pull
- Hogue® G10 with Piranha textured grips and back strap
- Custom Works case, coin, and certificate
- 3EA 17rd steel magazines

STATE COMPLIANT MODELS AVAILABLE

| AXG | SKU | Caliber | Height | Sights | | | |
|-----|-----|---------|--------|--------|---|---|---|
| SCORPION | | | | | | | |

SIG SAUER | 2021 | PRODUCT CATALOG

21

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008814

Case 6:22-cv-03095-MDH     Document 188-2     Filed 08/08/25     Page 68 of 213



# P320 RXP SERIES

## RED DOT ACCURACY RIGHT OUT-OF-THE-BOX

The new P320 RXP™ SERIES is the next generation of pistol and optics solutions from SIG SAUER. The RXP SERIES combines the latest advancements in reflex optics, with the world's most innovative handgun. Featuring the new ROMEO1PRO™, each of the RXP SERIES pistols delivers a new level of durability and performance. Available on both the standard and XSERIES P320 pistols, the RXP SERIES are zeroed and ready to shoot, right out-of-the-box allowing users to easily achieve a whole new level of accuracy and performance.

## SHARED FEATURES

- NITRON® stainless steel slide with ROMEO1PRO reflex sight installed
- Modular striker-fired pistol
- Suppressor height back-up sights
- 1913 rail
- Front cocking serrations
- Polymer grip

**XSERIES XFULL RXP™**
- X-RAY3™ day/night suppressor sights
- NITRON XSERIES Slide with ROMEO1PRO™ installed
- XCARRY grip module

**XSERIES XCOMPACT RXP**
- X-RAY3™ day/night suppressor sights
- NITRON XSERIES Slide with ROMEO1PRO installed
- XCOMPACT grip module

**FULL-SIZE RXP**
- Contrast suppressor sights
- Standard NITRON Slide with ROMEO1PRO installed
- Full-size grip module

**COMPACT RXP**
- Contrast suppressor sights
- Standard NITRON Slide with ROMEO1PRO installed
- Compact grip module

### STATE COMPLIANT MODELS AVAILABLE

320XF-9-BXR3-RXP-10 / 320XC-9-BXR3-RXP-10 / 320F-9-B-RXP-SP-/ 320C-9-B-RXP-10

| P320 | SKU | Caliber | | | | | | | | Sights | | | | |
|------|-----|---------|---|---|---|---|---|---|---|--------|---|---|---|---|
| FULL-SIZE RXP | | 9mm | | | | | | | | | | | | |
| COMPACT RXP | | 9mm | | | | | | | | | | | | |
| XFULL RXP | | 9mm | | | | | | | | | | | | |
| XCOMPACT RXP | | 9mm | | | | | | | | | | | | |

ALL SKU SPECIFICATIONS SUBJECT TO CHANGE. | ACCESSORIES P6, 160

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008815



SIG-GLASSCOCK00008803
SIG-GLASSCOCK00008816



P226

## CLASSIC FULL-SIZE PISTOL

The SIG SAUER P226 set the standard by which all other combat handguns are measured. The iconic P226 served alongside the U.S. Navy SEALs for decades and has seen action around the globe. With legacy of accuracy and reliability, and millions upon millions of rounds of proven performance, it has earned its reputation as the premiere combat pistol.

### SHARED FEATURES

- All metal pistol
- Accessory rail
- Four-point safety system
- 15rd steel magazines
- Polymer or G10 grip panels

**STATE COMPLIANT MODELS AVAILABLE**

**LEGION® RXP**
- LEGION gray finished slide and frame
- Custom Works inspired flat trigger (SAO)
- X-RAY3™ day/night sights with ROMEO1PRO™ reflex sights

**LEGION**
- LEGION gray finished slide and frame
- Grayguns Inc. designed trigger (DA/SA)
- X-RAY3™ day/night sights

**MK25**
- 1913 Accessory Rail
- Corrosion-resistant internal coating
- Anchor engraving, UID label

**ELITE**
- Beavertail frame
- Front cocking serrations
- Short-reset trigger - SRT

| P226 | | | | | | | | | | | | |
|------|--|--|--|--|--|--|--|--|--|--|--|--|

sigsauer.com

27

SIG SAUER | 2021 | **PRODUCT CATALOG**

SIG-GLASSCOCK00008803    SIG-GLASSCOCK00008817



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008818



# P220

## CLASSIC FULL-SIZE PISTOL

With origins dating back to the late 1970s, the P220 is considered by many to be the one that started it all for SIG SAUER. This classic has been reborn, with the same quality, accuracy and reliability that the Swiss Army has relied on for decades. The P220 was built to meet and exceed rigorous military standards. Available in both carry and full-size, the legendary P220 lives on, allowing you to put all-metal power in your corner.

### SHARED FEATURES
- All metal pistol
- 8rd magazine
- Accessory rail

### LEGION® SAO
- LEGION gray finished slide and frame
- Custom Works inspired flat trigger (SAO)
- X-RAY3™ day/night sights

### LEGION
- LEGION gray finished slide and frame
- Grayguns Inc. designed trigger (DA/SA )
- X-RAY3™ day/night sights

### LEGION 10MM
- LEGION gray finished slide and frame
- Five inch match grade barrel
- Stainless steel frame and slide

### ELITE
- Beavertail frame
- Front cocking serrations
- Short reset trigger SRT

STATE COMPLIANT MODELS AVAILABLE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008819





SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008821



# P210

## HERITAGE. TRADITION. PERFORMANCE.

Now you can own one of the finest firearms ever made with the new P210 Target from SIG SAUER® - the latest in the historic line of pistols from SIG. Crafted with unprecedented precision, the P210 Target combines the classic lines and heritage of the original, with updated ergonomics, and a target trigger delivering unparalleled accuracy and shooting performance. And new this year, the P210 Carry, the same precision and ergonomics in a smaller, lighter package.

### SHARED FEATURES

- All metal pistols
- Reverse-railed slide and frame
- Updated ergonomic controls

**CARRY**
- Light weight Alloy frame
- Black G-10 Grips
- SIGLITE® Night sights
- 4.1 inch Barrel

**TARGET**
- Adjustable target sights
- Checkered walnut target grip with magwell
- 5 inch Barrel

### ONE OF THE FINEST HANDGUNS EVER MADE.

With a history that dates back to 1949, the SIG SAUER P210 was the combat handgun for the Swiss Military and is regarded as one of the most legendary, reliable, and accurate firearms in the world. SIG SAUER, Inc. has introduced the American Made P210 Standard pistol to the U.S. Commercial Market, featuring modern improvements, at a price-point allowing more consumers to enjoy this timeless pistol.

| P210 | SKU | Caliber | | | Height (in) | | | | | Sights | | | | |
|------|-----|---------|---|---|---|---|---|---|---|--------|---|---|---|---|
| TARGET | | 9mm | | | | | | | | | | | | |
| CARRY | | 9mm | | | | | | | | | | | | |

sigsauer.com

SIG SAUER | 2021 | PRODUCT CATALOG

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008822

Case 6:22-cv-03095-MDH     Document 188-2     Filed 08/08/25     Page 76 of 213



# LEGION® SERIES

## UNLEASH THE WARRIOR SPIRIT

For thousands of years, one symbol has been a rallying cry for the world's most revered warriors. And for decades, one brand of firearms has served more elite fighting forces than any other.

Welcome to the LEGION™ by SIG SAUER®. Painstakingly engineered and enhanced for the discerning few with the same warrior spirit that inspired it. We have always given professionals what they need. Now, we are giving them what they want.

The SIG P220®, P226®, P229®, P320®, P938®: five of the most highly regarded firearms in the professional community are receiving the LEGION Series enhancements based on the needs and wants of elite users. For those who demand the best, we now have something even better — welcome to the LEGION.

## JOIN THE LEGION.

Become part of the SIG SAUER® LEGION for members-only access to unique opportunities and gear. To join the LEGION, purchase and register your LEGION Series™ firearm, and unlock a full range of exclusive benefits.

**FREE Gear** LEGION membership entitles you to a complimentary $3.11™ premium zippered pistol case for your LEGION firearm, plus a challenge coin matched to your gun.

**Exclusive Access** When you call to receive your free case and coin, you will be automatically registered as a LEGION member, providing you exclusive access to gear and merchandise.

**Exclusive Communications** Be the first to know about new additions to the LEGION Series of firearms. You'll also receive other exclusive communications from SIG SAUER and the LEGION.

## LEGION SERIES

### LEGION® ENHANCEMENTS

1 **LEGION Gray Finish**
Extensive durability & reliability

2 **Solid Steel Guide Rod**
Reduces muzzle flip

3 **Checkering Under Trigger Guard**
Minimizes lateral movement

4 **XFIVE Undercut**
Accommodates high grip techniques

5 **Grayguns Inc. Designed Trigger**
Adjustable for your draw

6 **Reduced Profile Controls**
Prevents premature activation of slide stop and improved texture for better control

7 **Three Magazines**
Delivers more value

8 **Elite Beavertail Reduction**
Reduces printing when concealed

9 **Enhanced Polished Action with SRT**
Smoother-DA trigger press that enables faster follow-up shots

10 **Front Cocking Serrations**
For easy slide operation

11 **Custom G10 Grips**
Provides enhanced control for high grip techniques

12 **Tungsten Grip Module**
Tungsten-infused feature, with the weight of steel and the flex of polymer

13 **X-RAY3™ Sights**
Delivers tight acquisition in varying conditions

14 **Dawson Precision®**
Rear sight adjustable sight

15 **Enhanced Front Strap Checkering**
Provides a more secure grip for better control

16 **Extended Magwell**
Provides a larger flared opening for faster reloading

17 **ROMEO1 Reflex Sight**
Legion RX is equipped with a slide-mounted reflex optic

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008823



# LEGION° SERIES





# LEGION° GEAR

LEGION members get exclusive access to LEGION gear and merchandise unavailable anywhere else.



### X300 WEAPON LIGHT

- The standard for professional use weapon lights
- Total Internal Reflection (TIR) lens to produce a tight beam with extended reach and significant surround light for peripheral vision
- The virtually indestructible and highly efficient LED generates tactical-level light
- Ambidextrous switching located at the rear of body
- 1,000 Lumens

### BLACKPOINT° TACTICAL POLYWING OWB HOLSTER

- Durable construction
- Premium fit and finish designed in collaboration with BlackPoint and SIG SAUER
- Flexible poly wing for the comfort of soft holsters and the security of thermal molded holsters
- Adjustable retention

### MITCH ROSEN EXTRAORDINARY GUNLEATHER° HOLSTER

- Comfortable for every day, all day use
- Premium fit and finish designed in collaboration with Mitch Rosen and SIG SAUER
- Designed for OWB concealment

### LEGION FLEECE JACKET

- Custom designed for LEGION members, subtly branded
- Water and wind resistant
- Open bottom hems
- Relaxed fit

### HOGUE° LEGION X1-MICROFLIP KNIFE

- SIG SAUER firearm match: LEGION
- LEGION medallion
- Locking mechanism, push button lock with manual safety frame, solid black 3 CR with checkered texture
- Pocket clip, stainless steel, ambidextrous
- Right or left handed, tip up deep carry with liner plate
- Impact pommel



### RANDOLPH° AVIATORS

- Handcrafted custom for SIG SAUER LEGION members
- Polarized, 100% UVA/UVB protection
- Anti-reflective coating
- Randolph USA's signature neutral gray tint lenses
- Frames are guaranteed for life

### SIG SAUER LEGION RANGE BAG

- EVA top lid w/internal organization and external loop area for name tags
- Target straps or compression straps
- Internal elastic on sides to hold Legion Single Pistol Case. Padded duffel w/top lid opening
- External web molle & rear slip pocket-Removable shoulder strap and top / side carry handles
- Y600 Polyester (lid) & 500D Nylon (main body)
- Includes separate premium range pouch (padded zippered ammo pouch)

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008824

Case 6:22-cv-03095-MDH     Document 188-2     Filed 08/08/25     Page 78 of 213



# CUSTOM WORKS

SIG-GLASSCOCK00008803



## LIMITED EDITION PISTOLS

From the very beginning, SIG SAUER® has defined quality and reliability in firearms. Today, SIG Custom Works is creating unique firearms that redefine the standard for precision engineering and design excellence. From special limited-edition pistols, to custom engraving, the mission of SIG SAUER Custom Works is to deliver a personalized design, elite performance and uncompromising craftsmanship. All SIG SAUER Custom Works firearms come packaged in an exclusive Custom Works Negrini® case complete with a SIG Custom Works challenge coin and a certified custom certificate.

## EXCLUSIVE
### LIMITED EDITIONS

**CUSTOM WORKS**

**P226® CUSTOM WORKS EQUINOX**
◄ Also available in P220 and P229

**P229® CUSTOM WORKS NIGHTMARE**
◄ Also available in P220 and P226

**P320® CUSTOM WORKS AXG™ SCORPION**

SIG-GLASSCOCK00008825



# CUSTOM WORKS

## CELEBRATING ONE MILLION

The SIG SAUER® P320® and P365® have become two of the most popular and most influential guns in America, and to recognize their historic production milestones, SIG SAUER Custom Works developed a unique, one-of-a-kind commemorative to celebrate the passing of the historic 1 million mark.

In 2020, just over 18 months after its launch the one millionth P365 rolled off the assembly line. To commemorate this rapid ascension into the SIG SAUER history books, SIG SAUER Custom Works crafted the special edition one millionth P365.

### P365 FEATURES

- High-polished Nitron slide with 24K gold trigger and controls
- Engraving One Millionth P365 and borders with 24K gold inlay
- The 1,000,000th P365 is a 9mm pistol with standard P365 features including X-RAY3 day/night sights

In 2019, the SIG SAUER P320 reached this historic milestone when serial number 58H1000000 was born. To celebrate SIG SAUER Custom Works created a special edition P320

### P320 FEATURES

- An all-metal frame with a high-gloss polished finished
- Engraving Scroll engraving with 14k gold inlay, and"1,000,000th P320"
- The 1,000,000th P320 is a 9mm pistol with standard P320 features including XRAY-3 day/night sights and an optic cut slide



**The SIG SAUER P320**
**Tested** to ensure extreme reliability and durability.
**Proven** to deliver unprecedented accuracy.
**Chosen** by the all branches of the US military and the world's most demanding users.



## SIG CUSTOM WORKS ENGRAVING PROGRAM

From the very beginning, SIG SAUER® has defined the quality and reliability in firearms. Today, SIG Custom Works is creating unique firearms that redefine the standard for precision engineering and design excellence.

The SIG SAUER Custom Engraving Program provides personalized firearms to commemorate events such as deployments and retirements, as gifts, and fundraising for organizations. The mission of SIG Custom Works is to deliver a personalized design, elite performance, and uncompromising craftsmanship.

### ENGRAVING CAPABILITIES

- Contrast engraving
- Premium-cut engraving
- Scroll work
- Gold inlay
- Personalized text





SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008826



# CUSTOM WORKS FCU

## P320 CUSTOM WORKS
### FIRE CONTROL UNIT

## INTRODUCING THE P320° FIRE CONTROL UNIT.

With it's unprecedented modularity and unmatched capability, the P320 platform has become one of the most exciting pistols available to firearms enthusiasts today. The soul of the P320 and the driving force behind its modularity lies in the unique, patented design of its Fire Control Unit (FCU).

Now, SIG SAUER is offering the FCU as a standalone product, enabling an entirely new level of customization and personalization, giving users the ability to create virtually millions of combinations to suit any need and any level of personal style.

**TITANIUM NITRIDE COATED:** Exclusive to the Custom Works P320 FCU, the added protection of titanium nitride ensures a unique look, with superior corrosion resistance.

**EXCLUSIVE FCU SERIAL NUMBER:** Stand out from the rest with an "FCU" designated serial number for each Custom Works P320 Fire Control Unit.

**LIGHTENED SKELETONIZED TRIGGER:** Each Custom Works P320 FCU comes standard with a TiN-coated XSeries skeletonized trigger for a lighter, cleaner trigger pull.





**(SIG) CUSTOM WORKS**

Visit sigsauer.com to see these and the many other P320 accessories available from our preferred partners.

## CREATE YOUR CUSTOM P320° TODAY

01 **Purchase a P320 Custom Works FCU** from your local SIG SAUER retailer

02 **Register your P320 Custom Works FCU** at sigsauer.com and Receive your 10% off one time discount code

03 **Create your P320 using the Custom** Works P320 Studio at sigsauer.com

04 **Save 10% on all qualifying P320** Accessories at check-out using your discount code





**WWW.SIGSAUER.COM/P320FCU**

ALL SPECIFICATIONS SUBJECT TO CHANGE | ACCESSORIES MIL-1 NO

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008827

# CUSTOM WORKS FCU



SIGSAUER

P320 **CUSTOM WORKS**
FIRE CONTROL UNIT



## COUNTLESS OPTIONS, ENDLESS POSSIBILITIES.

The SIG SAUER P320 collective brings together a community of manufacturers and customizers focused on pushing the boundaries of creativity and innovation with the P320 platform. With the launch of the Custom Works P320 FCU, SIG SAUER has enabled and encouraged a broad community of creators to develop an ever-increasing number of parts, accessories, and uniquely customized P320 based firearms. Together, the P320 Collective represents the best the industry has to offer in aftermarket P320 performance parts and customized accessories. A vast selection of slides, barrels, grip modules, magazines, and accessories are available to ensure every finished Custom Works P320 FCU product is unique. As the list of available aftermarket products grow, the build options and possibilities increase exponentially.

The Custom Works FCU program is unprecedented in the firearms industry. The days of cookie-cutter pistol ownership are over. No longer will gun buyers be limited by the vision of a single company or designer. Now, they will be able to explore the endless possibilities of the Custom Works P320 FCU and be limited only by their imagination.

**CUSTOM WORKS**



## FCU BUILD POSSIBILITIES

1 **XFULL GRIP, ROMEO1 PRO**

2 **XCARRY COYOTE GRIP**

3 **XCARRY GRIP, FDE ROMEO1 PRO**

4 **XCARRY STIPPLED GRIP**

5 **XCOMPACT GRIP**

WHAT YOU BUILD IS UP TO YOU!

Visit sigsauer.com to see these and the many other P320 accessories available from our preferred partners.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008828

Case 6:22-cv-03095-MDH    Document 188-2    Filed 08/08/25    Page 82 of 213



RIFLES

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008829



# MCX VIRTUS

## THE CHOICE OF THE WORLD'S ELITE

In use by more special operations forces around the world than any other AR, the SIG MCX VIRTUS is engineered for adaptability, sound suppression, and extreme longevity. Featuring user-changeable, cold hammer-forged barrels available in both 5.56 NATO and 300 BLK, with the SIG internal recoil system offering reduced recoil, and a folding stock that makes it the ultimate compact rifle platform.

**5.56** NATO  **300** BLK

### SHARED FEATURES

- SIG MATCHLITE™ Duo trigger
- Interchangeable cold hammer-forged barrel
- M-LOK® free-float handguard with expanded valve windows
- Ambidextrous selector, mag release, and charging handle
- Adjustable gas valve
- Stealth gray upper/lower receivers and handguard
- Three prong flash hider

**MCX** VIRTUS

SIG MATCHLITE™ TRIGGER

FOLDING AND COLLAPSIBLE POSITION STOCK

**STATE COMPLIANT MODELS AVAILABLE**
(MCX16B-16P-CO)

**53**

**PISTOL 11.5 / 9"**
- Available in 5.56 NATO and 300 BLK
- SIG MATCHLITE PCB trigger
- Folding, fixed PCB brace

**PATROL 16"**
- Available in 5.56 NATO
- 6-position tele-folding stock
- Interchangeable cold hammer-forged barrel

| MCX | SKU | Caliber | Action Type | Operating System | Barrel Type | Twist | Overall Length | Barrel Length | Folded Length | Height | Width | Trigger | Mag Type | Mag Capacity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PATROL 16" | | | | | | | | | | | | | |
| PISTOL 11.5" | | | | | | | | | | | | | |
| PISTOL 9" | | | | | | | | | | | | | |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008830



MCX VIRTUS

MCX VIRTUS® - NEXT LEVEL MODULARITY AND PERFORMANCE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008831



# MCX RATTLER

## THE WORLD'S MOST COMPACT RIFLE

Developed for elite special forces, the SIG MCX Rattler is the most compact rifle in the world. Capable of firing with stock folded from an overall length of 14", it redefines the standard for concealable firepower.

**5.56** NATO  **300** BLK

### SHARED FEATURES

- Available in 5.56 NATO and 300 BLK
- SIG MATCHLITE™ Duo trigger
- M-LOK® handguard
- Ambidextrous selector, mag release, and charging handle
- Adjustable gas valve

**CANEBRAKE™ 5.5"**
- Available in 300 BLK
- Cerakote® E190 upper and lower receiver
- Suppressor-ready SD-M-LOK handguard and inert trainer
- PCB folding brace

**SBR 5.5"**
- Available in 5.56 NATO and 300 BLK
- Fixed Folding Mini Stock
- Three prong flash hider

**PCB™ 5.5"**
- Available in 5.56 NATO and 300 BLK
- Folding, fixed PCB brace
- Three prong flash hider

SUPPRESSOR-READY SD-M-LOK HANDGUARD AND INERT TRAINER (CANEBRAKE)

SIG MATCHLITE DUO TRIGGER

| RATTLER | SKU | Caliber | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008832

Case 6:22-cv-03095-MDH    Document 188-2    Filed 08/08/25    Page 86 of 213



## MPX

### GAS PISTON SUB-GUN

The MPX sets a new standard for performance and quality in the sub-gun category. Featuring AR style controls and a closed-bolt piston system, the MPX is designed to fulfill the needs of competitive, professional, and civilian users.

**SHARED FEATURES**

- AR style controls
- Closed-bolt piston system
- Timney MPX trigger 9K, PCC
- Integrated pistol brace knuckle (Copperhead, Copperhead K)
- Monolithic upper receiver (Copperhead, Copperhead K)

**K**
- Timney single-stage trigger
- Free-floating M-LOK handguard
- Folding fixed PCB brace

**PCC 16"**
- Timney single-stage trigger
- 16" threaded barrel
- Narrow M-LOK free-floating handguard
- 5-Position tele-folding stock

**COPPERHEAD**
- Monolithic upper
- 3.5" barrel with integrated brake
- Rapid deploy PCB brace

**COPPERHEAD K**
- Timney single-stage trigger
- 4.5" threaded barrel
- Rapid deploy PCB brace

FREE-FLOATING RAIL MOUNTS SLIM-LINE M-LOK HANDGUARDS (PCC)

MONOLITHIC UPPER RECEIVER (COPPERHEAD, COPPERHEAD K)

STATE COMPLIANT MODELS AVAILABLE (MPX-PB-CH-CL)

| MPX | SKU | Caliber | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PCC 16" | | 9mm LUGR | | | | | | | | | | | | |
| K | | 9mm LUGR | | | | | | | | | | | | |
| COPPERHEAD | | 9mm LUGR | | | | | | | | | | | | |
| COPPERHEAD K | | 9mm LUGR | | | | | | | | | | | | |

ALL SPECIFICATIONS SUBJECT TO CHANGE | ACCESSORIES EA, PN

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008833

LENA NICULEK
Pro Shooter
TEAM SIG



# 716i TREAD

## LIGHTWEIGHT BIG BORE AR PLATFORM

With a lightweight design and accuracy, the 716i has become one of the best known big bore AR's on the market today. Featuring an ambidextrous lower receiver, a precision carbon steel barrel, and a free-floating M-LOK® handguard, the 716i provides a versatile platform for long range shooting and hunting while maintaining a lightweight design for easy carry. Now available as part of the TREAD® rifle platform, the TREAD 716i is easily customizable with available TREAD accessories.

**7.62x51** NATO

### FEATURES

- Free-floating M-LOK handguard
- Ambidextrous selector, mag release, and charging handle
- Ultralight design
- Adjustable Magpul® SL-K® stock
- Three prong flash hider

**THE NEW FACE OF FREEDOM**

**TREAD**

**TREAD 16"**
- Adjustable Magpul® SL-K® Stock
- Free-Floating M-LOK® Handguard
- 16" Precision Barrel

LIGHTWEIGHT DESIGN

ADJUSTABLE MAGPUL® SL-K BY STOCK

| 716i | Info | Caliber | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TREAD 16" | | | | | | | | | | | | | | | | |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008834

Case 6:22-cv-03095-MDH    Document 188-2    Filed 08/08/25    Page 88 of 213



# M400 TREAD

## THE NEW FACE OF FREEDOM

Introducing the new M400 TREAD from SIG SAUER®; all the features, all the freedom – none of the compromises. This TREAD is engineered to deliver exceptional quality and performance, and comes standard with the most sought-after features for today's AR platform rifles. Unlike most rifles in its class, the TREAD is easily customizable with a full line of purpose-built accessories. The TREAD from SIG SAUER – the new face of freedom.

**5.56 NATO**

### SHARED FEATURES

- Hard coat anodized upper and lower receiver
- Polished and Hardened Single-Stage Trigger
- Stainless steel barrel
- Free-floating M-LOK® handguard
- Magpul® SL-K® Telescoping Stock (Tread, Tread Coil, 16")
- Ambidextrous selector, mag release, and charging handle
- 30 round magazine

**THE NEW FACE OF FREEDOM**

**TREAD SNAKEBITE**
- Cerakote™ upper and lower receiver
- Enhanced 13" free floating handguard
- Polished and hardened single-stage trigger
- Compatible with all TREAD accessories

**TREAD PISTOL 11"**
- Polished and Hardened Single-Stage Trigger
- MAGPUL® BSL brace
- Free-Floating M-LOK® Handguard

**TREAD COIL**
- The most popular TREAD accessories factory installed
- 13" Lightweight M-LOK® handguard
- Tread ROMEO5™ red dot
- SIG MATCHLITE™ Duo trigger

**TREAD 16"**
- Polished and hardened single-stage trigger
- Magpul® SL-K® stock
- Free-floating M-LOK® handguard

**STATE COMPLIANT MODELS AVAILABLE**

| M400 | SKU | Caliber | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TREAD PISTOL | | | | | | | | | | | | | | | |
| TREAD SNAKEBITE | | | | | | | | | | | | | | | |
| TREAD COIL | | | | | | | | | | | | | | | |
| TREAD 16" | | | | | | | | | | | | | | | |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008835

Case 6:22-cv-03095-MDH     Document 188-2     Filed 08/08/25     Page 89 of 213



# TREAD
## THE COMPLETE TREAD SYSTEM
PURPOSE-BUILT, CUSTOM ACCESSORIES THAT GIVE YOU THE FREEDOM TO GROW AND CUSTOMIZE

**04** TREAD ROMEO5 OPTIC
1 MOA dot, with 10 illumination settings: MOTAC, and a 50k hour battery life.
* Standard on M400 TREAD COIL.

**02** Flip-Up, Back-Up Locking Iron Sights
Compatible with Picatinny rail systems. Tool-less windage and elevation adjustment. Button-less flip-up which locks in position.

**06** 15" Lightweight M-LOK® Handguard
Compatible with all M-LOK rail systems. Quickly move between TREAD free-float handguards by removing two screws.
* 13" Handguard - Standard on M400 TREAD COIL.

**07** Ambi-Charging Handle
Optimized for right or left-hand operation. Solid construction for prolonged use and built for maintenance-free reliability.

**05** Three Chamber Compensator
Redirects gasses to reduce felt recoil.

**03** Vertical Grip Kit
Multiple kits available for the freedom to customize your grip.
* Standard on M400 TREAD COIL.

**01** Flat Blade Two-Stage Trigger
Vertical trigger profile for a precise feel and crisp break for maximum performance.
* Standard on M400 TREAD® COIL.

The TREAD rifle from SIG SAUER® isn't just another AR, it's a complete system. The TREAD features a full line of custom designed accessories to give you the freedom to build the perfect rifle for you. Choose from multiple handguards and grip configurations for comfort, and performance upgrades including optics, a single-stage trigger, and ambi-charging handle.

Common TREAD Accessories to M400 and 716i

01
02
03
04
07
05

M400 TREAD Accessories

06

For a complete list of TREAD series accessories visit sigsauer.com

65

SIG-GLASSCOCK00008803
SIG-GLASSCOCK00008836



# CROSS™ RIFLE

## PRECISION HUNTING BOLT-ACTION RIFLE

Introducing the CROSS, a hybrid hunting/precision Crossover rifle which has redefined the traditional hunting rifle. Ultra-light, compact, and fully adjustable to the user, the CROSS sets a new standard for what the hunting rifle should be for the avid backcountry hunter.

**.308WIN** · **6.5CREEDMOOR** · **.277SIG FURY**

### SHARED FEATURES

- 2-stage match trigger
- Fully adjustable and foldable SIG precision Stock
- Free floating M-LOK® handguard
- One-piece aluminum receiver
- SIG match grade stainless barrel
- Removable top mounted picatinny rail
- Threaded, tapered muzzle
- Under 6.5 lbs, the lightest, most portable rifle in its class (up to 40% lighter)
- One-piece receiver for increased accuracy
- Available in .308 / .277 SIG FURY with an 16" barrel (collapsible to 25")
- Available in 6.5 Creedmoor with an 18" barrel (collapsible to 27")

### CROSS™ RIFLE
- 2-stage match trigger
- Fully adjustable and foldable SIG precision stock
- Black anodized

### CROSS RIFLE FIRST LITE® CIPHER
- 2-stage match trigger
- One-piece aluminum receiver
- First Lite Cipher finish

67

| CROSS | | Caliber | | | | | | | | | | |
|-------|---|---------|---|---|---|---|---|---|---|---|---|---|
| CROSS RIFLE | | | | | | | | | | | | |
| FIRST LITE CIPHER | | | | | | | | | | | | |

SIG-GLASSCOCK00008803     SIG-GLASSCOCK00008837



AMMUNITION

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008838



SIG FURY™

**SIG FURY ACCUBOND**
**AMMUNITION**

SIG FURY hybrid case ammunition represents the biggest innovation in ammunition technology in more than 50 years, and now SIG SAUER is pairing this revolutionary case design with the advanced Accubond bullet from Nosler®. SIG FURY Accubond hunting ammunition delivers increased speed and greater energy on target for maximum effectiveness.

**FEATURES**

▲ FURY hybrid case technology delivers greater velocity for increased on-target performance
▲ Utilizes the Nosler Accubond 150 grain big game bullet
▲ Hybrid case designed for greater energy transfer in shorter barrel length
▲ Loaded to exacting standards for consistency and reliability

**REVOLUTIONARY HYBRID CASE**
**AMMUNITION**

Developed for the U.S. Military's Next Generation Weapons System, the new SIG FURY™ hybrid-case ammunition outperforms standard ammunition in similar calibers, with greater velocity, decreased bullet drop and increased energy on target. SIG FURY hybrid-case ammunition, the next generation of ammunition is here.

**SIG FURY HYBRID CASE AMMUNITION.**
**THE NEXT GENERATION OF AMMUNITION IS HERE.**

ACCUBOND® FURY HYBRID

METAL BASE    BRASS CASE    ACCUBOND PROJECTILE

ALL SPECIFICATIONS SUBJECT TO CHANGE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008839



# PERSONAL DEFENSE

## JACKETED HOLLOW POINT PISTOL CARTRIDGES

SIG ELITE DEFENSE V-CROWN® defensive rounds combine perfected material specifications and fine-tuned design innovations. Featuring a stacked hollow point cavity, to deliver exceptional on-target energy, with maximum weight retention and optimal expansion for the ultimate in stopping power.

### FEATURES

1. V-Shaped jacket with skives and scores to provide controlled, uniform expansion
2. Patented stacked hollow point bullet design with additional hollow point cavity
3. Unique, toothed cannelure ensures maximum weight retention and terminal expansion
4. Coated nickel cases provide enhanced lubricity, superior corrosion resistance, and reliable feeding and extraction
5. Low-flash propellant
6. Consistent primers

**ELITE DEFENSE**

**VCROWN 365**

sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008840



# RANGE/TRAINING

## PERFORMANCE TRAINING AMMUNITION

SIG SAUER® full metal jacket cartridges are engineered to deliver maximum performance so you can train harder with greater accuracy and reliability. Produced with the cleanest burning powders, premium brass cases and the most consistent primers available.

### FEATURES

1. Full metal jacket projectiles ballistically matched to ensure the same point-of-impact as personal defense and duty ammunition
2. Lead core
3. Precision manufactured brass cartridge cases
4. Clean burning powders
5. Consistent primers

**9MM** Luger 147GR FMJ
50 Centerfire Pistol Cartridges

**FMJ PISTOL**

**FMJ RIFLE**

**380 AUTO** 100 grain

**9MM LUGER** 115 grain, 124 grain, 125 grain, 147 grain (FRANGIBLE) 100 grain

**357 SIG** 125 grain

**38 SUPER +P** 125 grain

**38 SPL** 125 grain

**357 MAG** 125 grain

**40 S&W** 180 grain

**10MM** 180 grain full power load

**45 AUTO** 230 grain

**5.56 NATO** 55 grain

**223 REM** 55 grain

**300 BLK** 125 grain

**308 WIN** 150 grain

sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008841

Case 6:22-cv-03095-MDH    Document 188-2    Filed 08/08/25    Page 95 of 213



# MATCH GRADE

## PRECISION MATCH GRADE RIFLE CARTRIDGES

SIG Marksman and Marksman Elite rifle cartridges are engineered to excel in today's precision auto-loading platforms, as well as bolt-action rifles. Utilizing optimized shell case metallurgy and premium primers, each round is precision-loaded using state-of-the-art, electromechanical monitoring for geometric conformity, and all are 100% inspected.

### FEATURES

1. Open tipped match designed to maximize BC
2. Thin jacket design for precise concentricity
3. Bullet weights are held within +/- 0.3 grains
4. Temperature-stable propellants
5. Brass cases are 100% inspected and lot controlled
6. Industry leading primers are unmatched in power and performance

**MARKSMAN**
220GR OTM 300
20 Centerfire Rifle Cartridges

**MARKSMAN ELITE**
175GR OTM 30-06
20 Match Grade Centerfire Rifle Cartridges

- Minimal Velocity Variation
- Precision Loaded for Conformity
- Renewed Sierra® MatchKing® Projectile
- Temperature-Stable Propellants

223 REM — 77 grain
5.56 NATO — 77 grain
300 BLK SUPERSONIC — 125 grain
300 BLK SUBSONIC — 220 grain
6MM CM — 107 grain
6.5 CM — 140 grain
260 REM — 140 grain
308 WIN — 168 grain / 175 grain
30-06 SPRG — 175 grain
300 WIN MAG — 190 grain

sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008842

77



# COMPETITION

## COMPETITIVE PISTOL CARTRIDGES

SIG Match Elite Competition loads have been designed in conjunction with Team SIG, for the serious competitive shooter who needs an accurate and completely reliable competitive round. Currently offered in a 9mm, 115 and 147 grain projectile and loaded in a premium nickel case for improved function and feeding. The round utilizes a reduced charge weight with a fast-burning powder, so felt recoil has been reduced significantly for improved accuracy, better gun control, and higher scores.

### FEATURES

1. V-Shaped jacket with skives and scores to provide controlled, uniform expansion
2. Patented stacked hollow point bullet design with additional hollow point cavity
3. Unique toothed curvature ensures maximum weight retention and terminal expansion
4. Coated nickel cases provide enhanced lubricity, superior corrosion resistance, and reliable feeding and extraction
5. Low-flash propellant
6. Consistent primers



**MATCH ELITE 115GR**

**9MM LUGER** 115 grain

**9MM LUGER** 147 grain

### MAX MICHEL CAPTAIN TEAM SIG

"As a World Champion competitive shooter, I want and need the best. Therefore, I wanted to create a load that was soft shooting, yet clean, consistent and extremely accurate. We found that with our 147gr V-Crown projectile, nickel casing and match propellant. Together, the folks at the SIG SAUER Ammunition and Team SIG have created a round that is extremely accurate, clean and consistent. I couldn't be prouder to have been a part of such a successful product. When the 9mm 147gr Match Elite is fueling my X5 Legion, I truly feel there is no better combo out there and it gives me a clear advantage on the range."

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008843



HUNTING

## TIPPED LEAD CORE HUNTING CARTRIDGES

SIG SAUER® ELITE SERIES TIPPED ammunition gives the serious sportsman unmatched, long-range accuracy, with devastating on-target performance. Massive expansion delivers instant knockdown and terminal energy on small to medium game.

### FEATURES

1. Translucent yellow tip increases ballistic coefficient, improves terminal performance, and aids in consistent reliable chambering

2. Exclusive jacket design delivers devastating on-game performance for small to medium game at extended ranges

3. Concentric, bucketed jacket ensures reliable expansion

4. Enhanced boat tail design provides superior flight characteristics over a wide range of velocities

5. Custom formulated and precision loaded powders deliver consistent velocities regardless of atmospheric conditions

6. Nickel-plated cases aid in extraction while providing significant anti-corrosion qualities

7. Industry leading primers are matched to proprietary powder blends to ensure dependable ignition

**SIG SAUER**

**ELITE SERIES** TIPPED

**260 REM 130GR**

CONTROLLED EXPANSION TIP

**ELITE SERIES TIPPED**

| 243 WIN 90 grain | 6 MM CM 100 grain | 6.5 CM 130 grain | 260 REM 130 grain | 308 WIN 165 grain | 270 WIN 140 grain | 30-06 SPRG 165 grain | 7MM REM MAG 150 grain | 300 WIN MAG 180 grain |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008844



## ACCUBOND® HUNTING CARTRIDGES

SIG SAUER® ELITE HUNTER TIPPED ammunition gives the serious sportsman unmatched, long-range accuracy, with devastating on-target performance. Massive expansion delivers instant knockdown and terminal energy on small to medium game.

### FEATURES

1. Unique white polymer tip assures accuracy, smooth chambering and eliminates tip damage during recoil

2. Tapered copper-alloy jacket for lethal penetration and uniform expansion with maximum weight retention and minimal barrel fouling

3. Proprietary bonding process eliminates all possibility of component separation

4. Lead-alloy core engineered for balanced expansion

5. Boat-Tail Design configuration combines with the streamlined polymer tip for long-range performance and for easier loading

6. Custom formulated and precision loaded powders deliver consistent velocities regardless of atmospheric conditions

7. Nickel-plated cases aid in extraction while providing significant anti-corrosion qualities

8. Industry leading primers are matched to proprietary powder blends to ensure dependable ignition

**ELITE SERIES ACCUBOND®**

6.5 CM — 140 grain
308 WIN — 165 grain
270 WIN — 150 grain

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008845



# HUNTING

## SOLID COPPER HUNTING CARTRIDGES

SIG ELITE SERIES COPPER rounds use premium-quality powders and primers for minimum velocity variation, and yield a 1.8x diameter expansion. Perfected for easy rifle feeding, with an optimized nose geometry, and premium nickel-plated shell casings that deliver consistently reliable accuracy for taking down game.

### FEATURES

1. Optimized nose geometry for easy rifle feeding
2. Consistent 1.8X diameter expansion
3. Lead-free monolithic copper bullet
4. Proprietary powder blends to ensure dependable ignition
5. Premium nickel-plated shell casings that deliver consistently reliable accuracy for taking down game
6. Industry leading primers are matched to proprietary powder blends to ensure dependable ignition

**ELITE SERIES COPPER**

**223 REM** 60 grain **·** **300 BLK** 120 grain **·** **243 WIN** 80 grain **·** **6 MM CM** 80 grain **·** **6.5 CM** 120 grain **·** **260 REM** 120 grain **·** **308 WIN** 150 grain **·** **270 WIN** 130 grain **·** **30-06 SPRG** 150 grain **·** **300 WIN MAG** 165 grain

ALL SPECIFICATIONS SUBJECT TO CHANGE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008846



HUNTING

## ELITE SERIES VARMINT & PREDATOR CARTRIDGES

SIG Elite Series Varmint & Predator rounds utilize yellow tipped projectiles designed specifically for explosive expansion and unmatched accuracy. All loads feature projectiles yielding higher muzzle velocities and aerodynamic bullet designs to maximize flat trajectory.

### FEATURES

1. Yellow tip increases ballistic coefficient, improves terminal performance, and aids in consistent reliable chambering
2. Jacketed lead-core bullet designed for explosive fragmentation and quick take-down on varmints
3. Custom formulated and precision loaded powders deliver consistent velocities regardless of atmospheric conditions
4. Brass cases aid in extraction while providing significant anti-corrosion qualities
5. Industry leading primers are matched to proprietary powder blends to ensure dependable ignition

**ELITE SERIES VARMINT & PREDATOR**

**223 REM** 40GR
EXTREME EXPANSION TIP

**300 BLK** 205GR
EXTREME EXPANSION TIP

ELITE PERFORMANCE AMMUNITION

**223** REM
40 grain
55 grain

**22-250** REM
40 grain

**243** WIN
55 grain

**300** BLK
205 grain
TIPPED

**300 HAM'R®**

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008847

# COMPONENTS



**338 NORMA MAG**
BAGGED BRASS



**9MM**
Primed Bagged Brass

**6.5 CREEDMOOR**
Bagged Brass

**338 NORMA MAG**
Bagged Brass

## BAGGED BRASS / PRIMED BAGGED BRASS

Elite Performance Ammunition shell cases are engineered to exacting tolerances and available for multiple pistol and rifle calibers. The geometric consistency of these premium brass cases ensures each primer is held tightly in its pocket. Flash holes are precise with no burrs and the superior metallurgical properties of the SIG SAUER® cases enable repeated reloading. All Elite Performance rifle shell cases are induction annealed for consistent bullet retention.

### THE BEST RELOADING BRASS MANUFACTURED IN THE U.S.A.

**FEATURES**

1. Engineered for precision hand loaders
2. Exceptional consistency of the mouth for improved accuracy
3. Engineered to exacting standards, each brass case undergoes rigorous in-line and post-production quality assurance testing to ensure a flawless casing
4. Flash holes are precise with no burrs
5. Superior metallurgical properties of the SIG SAUER® cases enable repeated reloading
6. SIG Elite rifle shell cases are induction annealed for consistent bullet retention
7. All shell cases are 100% inspected by advanced metrology equipment that measures every dimensional aspect of the case

**UN-PRIMED**

| CALIBER | QTY/BAG | SKU |
|---------|---------|-----|
| 380 AUTO | 100 | BP1002 |
| 9MM | 100 | BP1003 |
| 357 SIG | 100 | BP1005 |
| 38 SPL. | 100 | BP1007 |
| 357 MAG | 100 | BP1008 |
| 40 S&W | 100 | BP1009 |
| 10MM | 100 | BP1010 |
| 45 AUTO | 100 | BP1011 |
| 223 REM | 100 | BR2004 |
| 22-250 REM | 50 | BR2005 |
| 243 WIN | 50 | BR2006 |
| 6MM CM | 50 | BR6MMCM |
| 6.5 CM | 50 | BR2011 |
| 260 REM | 50 | BR260REM |
| 270 WIN | 50 | BR2018 |
| 7MM REM | 50 | BR2024 |
| 300 BLK | 50 | BR2029 |
| 308 WIN | 50 | BR2030 |
| 30-06 SPG | 50 | BR2031 |
| 300 WIN MAG | 50 | BR2033 |
| 338 NORMA | 25 | BR338NM |

**PRIMED**

| CALIBER | QTY/BAG | SKU |
|---------|---------|-----|
| 380 AUTO | 100 | BP1002P |
| 9MM | 100 | BP1003P |
| 357 SIG | 100 | BP1005P |
| 38 SPL | 100 | BP1007P |
| 357 MAG | 100 | BP1008P |
| 40 S&W | 100 | BP1009P |
| 10MM | 100 | BP1010P |
| 45 AUTO | 100 | BP1011P |



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008848



ELECTRO-OPTICS

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008849



**SIG SAUER® ELECTRO-OPTIC**
**INFINITE GUARANTEE™**

- Unlimited Lifetime Guarantee
- No Hassle or Proof Required
- No Receipt or Warranty Registration
- No Time Limit Applies
- No Charge
- Fully Transferable



**ELECTRONIC AND TRITIUM LIMITED**
**5-YEAR WARRANTY™**

Covers any defects in materials and workmanship in the electronic and tritium components of illuminated riflescopes, sights, pistol sights, electronic sights, flashlights, lasers, binoculars, spotting scopes, and rangefinders for five years from the date of manufacture.

**EMBEDDED APPLIED BALLISTICS®**

**ABU™ Applied Ballistics Ultralight™**
Applied Ballistics Ultralight is the streamlined ballistic calculator developed with Applied Ballistics and integrated into all BDX™ products. Ballistic solutions are provided out to a maximum of 800 yards.

**ABX Applied Ballistics External**
Applied Ballistics External allows external devices such as a Kestrel or Garmin Foretrex to compute AB Elite solutions and communicate the firing solution back to select BDX enabled devices.

**ABS™ Applied Ballistics System**
Applied Ballistics System embeds Applied Ballistics Elite on-board select products with integral environmental sensors to calculate complete ballistic solutions out to the effective range of any firearm.



**D.A.R.C.**
Dark Adaptive Reticle & Coatings™ Specialized lens coatings and reticle brightness settings that are optimized for use with DIN 3+ night vision devices.



**MAGNETAC**
MAGNETAC (Magnetic Activation) a sensor in the optic detects a Neodymium magnet inside a compatible holster, to automatically turn the optic off when holstered, conserving battery life. When the weapon is drawn from the holster, the optic instantly turns on to the last setting used.



**SBT™ SIG Ballistic Turret**
A custom laser-etched elevation dial on fixed SIG GALILEO™, TANGO™ and WHISKEY™ riflescopes.

**LOCKDOWN™ Zero System**
Zero lock-locking screw allows a rapid return to zero.

**STEALTH ID™**
Detection-proof disassembled surfacing breaks up the shape and visibility of the optic.

**HELLFIRE™ Reticle**
Electronically illuminated utilizing an advanced fiber-optic technology.

**LEVELPLEX™ Digital Anti-Cant System**
Utilizes an integrated Digital Level that is accurate to +/- 0.5°. Available in any WHISKEY5 or TANGO6 with a wide focus.

**MEGAVIEW™**
Provides maximal field of view (FOV), allowing faster target acquisition.

**ALT™ Aspheric Lens Technology**
Reduces surface reflections in extremely low levels across the entire visible spectrum.

**SPECTRACOAT™**
Premium ultra-wide broadband anti-reflective lens coatings.



**HDX™ High Definition Transmittance**
Glass has both high definition (HD) and high transmittance (HT) glass.

**LENSARMOR™**
Abrasion resistant lens coatings.

**LENSHIELD™**
Shock-proof oil, anti-gunk, to ensure a clear sight image at all times.

**MOTAC™ Motion Activated Illumination**
Powers up illumination when sensing motion and powers down when it does not, extending battery life.

**SOLAR POWERED ILLUMINATION**
Powered by a solar cell.

**TRUHOLD™**
Lockless zeroing system.

**OIS Optical Image Stabilization**
Proprietary 360 optical image stabilization system.

**AMR™ Angle-Modified Range**
Reads incline / decline angle and modifies the effective ballistics shooting range to the target.



**LIGHTWAVE DSP™ Digital Signal Processing**

**HYPERSCAN™**

**LUMATIC OLED DISPLAY**

**90° POWERCAM™ MOUNT**

**KinETHIC™ Kinetic Energy Indicator**

**BDX 2.0**



**WEAPONSGRADE POLYMER**
Optimized for use with polymer pistols. Lightweight textured polymer.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008850

Case 6:22-cv-03095-MDH    Document 188-2    Filed 08/08/25    Page 104 of 213



# BDX 2.0
### Ballistic Data Xchange

## WHAT IS BDX?

SIG SAUER® has built on the success of BDX, adding features and benefits that allow hunters and shooters to 'hit the ground running' with their BDX systems. All BDX rangefinders now come preprogrammed with 9 ballistic profiles that cover most centerfire rifle cartridges, as well as crossbows and muzzleloaders. BDX combo kits will now come pre-bonded from the factory. All users have to do to use their systems now is mount and zero their riflescopes. If users want to unlock the complete feature set of BDX, they are still able to do this via the smartphone app.

### BDX RANGEFINDER
**BDX kits come pre-bonded right out of the box**

When purchasing a rangefinder and riflescope together there is no setup necessary. Simply mount and zero your riflescope and you are ready to go.

**QuickBond™ for app-less bonding of BDX equipped rangefinders and sights**

There is no need for the smartphone app to connect your BDX devices. Simply press and hold two buttons and your BDX rangefinder will bond with the nearest BDX enabled sight.

**Pre-loaded ballistic groups now available on KILO® BDX rangefinders to quickly get you on target**

Every BDX rangefinder now comes preloaded with 9 distinct ballistic groups. These groups represent the ballistics for each popular centerfire caliber available, as well as crossbows and muzzleloaders. Simply pick the group that matches your caliber.

**Download the BDX app to unlock the full advanced capabilities and features of the BDX system**

Setup a custom profile utilizing the Applied Ballistics' bullet library and the exact muzzle velocity of your firearm. BDX will do the rest.

### BDX RIFLESCOPE

The powerful SIERRA3BDX and SIERRA6BDX riflescopes revolutionize the art of holdover calculation. Again, set your ballistic profile in the SIG BDX app, sync the app with your riflescope and then configure multiple holdover points in the digital ballistic reticle. When you view your target through the reticle each of your exact holdover points is illuminated. No more turrets to adjust or calculations to make.

### BDX SYSTEMS

When used together, KILO BDX rangefinders and SIERRA3BDX riflescopes combine to create the most advanced optics system available on the market today. Simply configure your ballistics profile in the BDX app, pair your KILO BDX rangefinder with the app, and then bond it to your SIERRA3BDX riflescope. When you range your target the KILO BDX rangefinder automatically sends your specific holdover data to your SIERRA3BDX riflescope giving you an illuminated holdover dot. It's simple and fast.

**CONNECT THE DOT®.**

Learn more about the BDX System at sigsauer.com/electro-optics

## THE WORLD'S MOST ADVANCED...

### RIFLESCOPES
- BDC reticle is customized to shooter's ballistics and environmental profile prior to hunting
- BDC reticle can be set with up to eight holdover dots at any distances out to 800 yards
- Digital Focal Plane® reticle scales with point like a first focal plane riflescope
- HD Glass and SpectraCoat® lens coatings
- LEVELPLEX® digital anti-cant system



### RANGEFINDERS
- Embedded Applied Ballistics' Ultralite engine with extensive bullet library with support for 51 G7 drag curves
- Save up to 25 custom ballistic profiles in the SIG BDX app
- Active ballistic profile and environmentals sync to rangefinder
- Windage and elevation holds in MOA or MILS with every target ranged
- Lightwave DSP™ leverages our second HyperScan™ and RangeLock technologies for the fastest ranging performance



### OPTICS SYSTEM

SIG SAUER® Electro-Optics transforms hunting with the unprecedented simplicity and accuracy of BDX®. KILO® BDX rangefinders use your ballistics and Bluetooth® to illuminate the exact holdover dot in SIERRA3BDX riflescopes. For the most accurate and ethical shot, just CONNECT THE DOT™.



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008851

Case 6:22-cv-03095-MDH     Document 188-2     Filed 08/08/25     Page 105 of 213



SIERRA6BDX™

## RIFLESCOPES WITH BALLISTIC DATA XCHANGE

Built upon SIERRA3 award-winning technology, and the SIG SAUER® BDX Ballistic Data Xchange technology, the SIERRA6 family of riflescopes provides the hunter or marksman with an intelligent auto-holdover specific to their ballistics, target, and environment. Pairing a SIERRA6 to a BDX equipped rangefinder allows users to bring the capability of Applied Ballistics® into the field without the need for a mobile device.

**30**mm Maintube    **34**mm Maintube

### SHARED FEATURES

▲ Blue LED on eye piece indicates when Bluetooth® is paired to KILO® BDX rangefinder
▲ HDX™ glass and coatings for the best optical quality in its class
▲ Integrated BDX ballistic data xchange 2.0 with up to 95% light transmission
▲ Advanced HDX 6x optical system
▲ Automatic hold-over dot on a digital focal plane
▲ Ballistic profiles compatible with centerfire, muzzle loader, and crossbow platforms
▲ Innovative KINETHIC™ Kinetic energy transfer indicator for ethical shots
▲ Dependable waterproof and fog-proof performance IPX-7 for complete immersion up to 1 Meter
▲ Argon purged for an enhanced lifetime of performance
▲ LEVELPLEX™ with auto LEVELPLEX mode



BDX®
Ballistic Data Xchange

SIERRA6BDX™ 5-30X56

▲ 34mm maintube
▲ Digital focal plane BDX-R2 reticle
▲ Seamlessly pairs with BDX enabled devices to provide exact holdovers based on measured target distances
▲ User-customizable ballistic data provides hold-over dots
▲ Side focus allows users to remove parallax

The BDX-R2 Digital Ballistic Reticle DEN II High-Resolution LED display doubles the amount of available hold-over dots giving users greater accuracy and resolution to each shot. The reticle has aiming aids to help align elevation and wind indicators.

BLUE LED FLASHES WITH EACH RETICLE UPDATE    BUB FOCUS ALLOWS USERS TO REMOVE PARALLAX    ADVANCED HDX 6X OPTICAL SYSTEM



**SIERRA6BDX 3-18X44**
30MM MAINTUBE
SOD63001

▲ 30mm maintube
▲ Digital focal plane BDX reticle
▲ Seamlessly pairs with BDX enabled devices to provide exact holdovers based on measured target distances
▲ User-customizable ballistic data provides hold-over dots
▲ Side focus allows users to remove parallax

**SIERRA6BDX 2-12X40**
30MM MAINTUBE
SOD63001H

▲ 30mm maintube
▲ Digital focal plane BDX reticle
▲ Seamlessly pairs with BDX enabled devices to provide exact holdovers based on measured target distances
▲ User-customizable ballistic data provides hold-over dots



See SPECIFICATIONS SUBJECT TO CHANGE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008852



SIERRA3BDX

## RIFLESCOPES WITH BALLISTIC DATA XCHANGE

Disguised within the form factor of a traditional riflescope lies the power of the SIG SAUER® BDX Ballistic Data Xchange. The SIERRA3BDX riflescope provides the hunter with an illuminated auto-holdover dot on targets when coupled with a BDX-capable KILO® rangefinder.

**30mm Maintube**

### SHARED FEATURES

- Integrated BDX Ballistic Data Xchange 2.0
- Automatic holdover dot on a digital focal plane
- Ballistic profiles compatible with center-fire, muzzle-loader, and crossbow platforms
- Innovative KinETHIC™ kinetic energy transfer indicator
- Dependable waterproof and fog-proof performance (IPX-7 for complete immersion up to 1 meter)
- LEVELPLEX™ with auto LEVELPLEX mode
- Provides holdover dot for hunting out to 800 yards
- Digital focal plane BDX-R1 reticle sub-tensions correct with zoom
- Blue LED on power selector indicates when Bluetooth® is paired to KILO BDX rangefinder
- HD Glass and coatings for the best optical quality in its class

**BDX.** Ballistic Data Xchange

**SIERRA3BDX™ 6.5-20X52**

- Provides holdover dot for hunting out to 800 yards
- Digital focal plane BDX-R1 reticle subtends with zoom
- Blue LED on power selector indicates when Bluetooth is paired to KILO BDX rangefinder
- Side focus allows users to remove parallax
- 30mm maintube

The BDX-R1 Digital Ballistic Reticle

### SIERRA3BDX 4.5-14X50
30MM MAINTUBE
- Provides holdover dot for hunting out to 800 yards
- Digital focal plane BDX-R1 reticle subtends with zoom
- Side focus allows users to remove parallax

### SIERRA3BDX 4.5-14X44
30MM MAINTUBE
- Provides holdover dot for hunting out to 800 yards
- Digital focal plane BDX-R1 reticle subtends with zoom
- Side focus allows users to remove parallax

### SIERRA3BDX 3.5-10X42
30MM MAINTUBE
- Provides holdover dot for hunting out to 800 yards
- Digital focal plane BDX-R1 reticle subtends with zoom

### SIERRA3BDX 2.5-8X32
30MM MAINTUBE
- Provides holdover dot for hunting out to 800 yards
- Digital focal plane BDX-R1 reticle subtends with zoom

SIG-GLASSCOCK00008803     SIG-GLASSCOCK00008853



# KILO3000BDX

## BDX° BALLISTIC DATA XCHANGE LASER RANGEFINDER

Featuring SIG SAUER° BDX° technology, the KILO3000BDX is one of the world's most advanced laser rangefinders. When paired with a BDX enabled product, the onboard Applied Ballistics Ultralight™ calculator sends ballistic drop data via Bluetooth° directly to the BDX sight, providing an illuminated holdover dot and wind hold. Download the free BDX App for iOS or Android to setup ballistic profiles and synchronize custom profiles to your KILO° for exact ballistic solutions.

**10X42mm**

### FEATURES

- HyperScan™ technology provides 4 range updates per second in scan mode while RangeLock™ reports the last range result when ranging distant targets.
- Embedded Applied Ballistics Ultralight with bullet database and support for G1/G7 drag curves
- Fully multi-coated ED glass lenses and phase-coated prisms for high resolution and high contrast will range up to 5,000 yards with results displayed to the nearest 1/10th yard
- Lumatic OLED display, continuously monitors light conditions & adjusts the display brightness accordingly
- Multi-position twist-up eyecups provide a custom fit for each user
- Compact, lightweight aluminum housing with dual diopter adjustment
- User-selectable target modes featuring LAST or BEST mode for pinpoint accuracy

**BDX°**
Ballistic Data Xchange

KILO3000BDX Display

Will range up to 5,000 yards with results displayed to the nearest 1/10th yard

### KILO3000BDX™ BINOCULAR RANGEFINDER

- BDX° Ballistic Data Xchange capable, providing your BDX riflescope with an automatic illuminated holdover dot through Bluetooth° pairing
- Supports Applied Ballistics' external for pairing to a Kestrel° or Garmin° running AB Elite
- Revolutionary Lightwave DSP™ technology for the fastest and longest distance rangefinder engine
- Powered by a Lithium CR2 battery
- FOV = 32 ft/100 yards / 6.1 degrees

| RANGES | Up to 2000 YDS DEER | Up to 4000 YDS TREES | Up to 5000 YDS REFLECTIVE |

Powered by:

APPLIED BALLISTICS

**2019 ICA**
**2019 INDUSTRY CHOICE AWARDS**
Optic of the Year: KILO3000BDX Rangefinder Binoculars

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008854



# KILO BDX

## BDX LASER RANGEFINDER

Featuring SIG SAUER BDX technology, the KILO BDX series of rangefinders are the world's most advanced laser rangefinders. When paired with a BDX enabled product, the onboard Applied Ballistics Ultralight calculator sends ballistic drop data via Bluetooth directly to the BDX sight, providing an illuminated holdover dot and wind hold. Download the free BDX App for iOS or Android to setup ballistic profiles and synchronize custom profiles to your KILO for exact ballistic solutions.

**17X25mm**

### SHARED FEATURES

- BDX Ballistic Data Xchange capable. Providing your BDX riflescope with an automatic, illuminated holdover dot through Bluetooth pairing
- Embedded Applied Ballistics Ultralight with bullet database and support for G1/G7 drag curves
- Supports Applied Ballistics external for pairing your KILO with a Kestrel with onboard Applied Ballistics Elite
- Low Energy Bluetooth 4.0 for Synchronizing up to 25 Custom ballistic profiles between the free SIG ballistic App and rangefinder
- Advanced OLED display provides a smaller, extremely precise targeting circle along with missing features and ballistic info including holdover angle, target mode, and shot angle
- 4x per second scan rate
- Low energy Bluetooth
- User-selectable target modes featuring LAST or BEST mode for pinpoint accuracy
- Powered by lithium CR2 battery

**BDX**

### Ballistic Data Xchange

**DISPLAY**

### KILO2400BDX BINOCULAR RANGEFINDER

- BDX Ballistic Data Xchange capable, providing your BDX riflescope with an automatic illuminated holdover dot through Bluetooth pairing
- Embedded Applied Ballistics Ultralight with bullet database and support for G1/G7 drag curves
- Supports Applied Ballistics external for pairing your KILO with a Kestrel with onboard Applied Ballistics Elite

### KILO2200BDX

### KILO1800BDX

### KILO1600BDX

### KILO1000BDX

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008855

Case 6:22-cv-03095-MDH    Document 188-2    Filed 08/08/25    Page 109 of 213



SIG-GLASSCOCK00008803



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008857



# TANGO6™

## PRECISION TACTICAL RIFLESCOPES

The TANGO6 6X super-zoom riflescope family has you covered for mid to long-range engagements, precision rifle competitions to big game hunting. From bolt actions to MSR's, the TANGO6 is built for versatility.

**34mm MainTube**

### SHARED FEATURES

- 6X super-zoom advanced optical system
- Sunshade included
- Fast-focus eyepiece
- Waterproof (IPX-7 rated) and fog-proof performance
- 1-120 tactical turret with 120 clicks per revolution
- LEVELPLEX® anti-cant system

**FREE** CUSTOM SBT®
WITH SELECT TANGO6™ PURCHASES

**TANGO6™ 5-30X56 WITH LEVELPLEX®**
34MM MAINTUBE

- Long-range precision shooting, tactical engagements, and long-range hunting
- Fiber-optic power indicator
- Offered in FFP with multiple reticle options
- LEVELPLEX® anti-cant system

**HDX®**

Advanced optical systems comprising both High Definition (HD) and High Transmittance (XT) glass for ultra-high resolution, optical performance, and light transmission.

LEVELPLEX Digital Anti-Cant System utilizes an integrated digital level with user-selectable reticle cant detection at +/- 0.5° or +/-1° sensitivity.

**FFP**

MOA DEV-L          MRAD DEV-L

DEV-L MOA Miling, FFP
DEV-L MRAD Miling, FFP

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008858



# TANGO4

## LONG RANGE PRECISION RIFLESCOPES

With a 4X zoom first-focal plane design, illuminated glass reticles, and revolutionary resettable zero turret, TANGO4 riflescopes are the ideal solution for mid to long-range tactical engagements, designated marksmen, competitive shooters, and hunters.

**30mm Maintube**

### SHARED FEATURES

- 4X super-zoom advanced optical system
- LensArmor™ Abrasion-resistant lens coatings
- Built-in throw lever included
- Resettable zero turret
- Low Dispersion (LD) glass provides optical clarity for any situation
- LensHeal™ Proprietary Mil-Spec oleophobic coating for clean images
- Waterproof (IPX-7 rated) and fog-proof performance
- Stealth ID™ Deflection armor surfacing for less detection

### TANGO4™ 6-24X50 RIFLESCOPE

30MM MAINTUBE

- Designed for MSR/AR and bolt action platforms
- Long-range precision shooting, tactical engagements, and long-range hunting
- Fiber optic power indicator
- Offered in FFP with multiple reticle options
- LOCKDOWN™ zero system

LENSARMOR™ Abrasion-resistant lens coatings for extreme durability ensures the lenses on your scope will stay sharp, bright, and clear.

### TANGO4 4-16X44

30MM MAINTUBE

- Designed for MSR/AR and bolt action platforms
- Mid to long-range tactical engagements, designated marksman, and hunting
- Offered in FFP with multiple reticle options

### TANGO4 1-4X24

30MM MAINTUBE

- Designed for MSR/AR and bolt action platforms
- Ideal for CQB / mid-range tactical engagements, 3-gun competitions and hunting
- Offered in FFP with multiple reticle options

### RETICLES

| | | |
|---|---|---|
| 5.56mm / 7.62mm Horseshoe Dot | MOA/MRAD Milling | MOA/MRAD DEV-L |

| | |
|---|---|
| | 5.56/762 Horseshoe Dot FFP |
| | MOA Milling, FFP |
| | DEV-L MOA Miling, FFP |
| | DEV-L MRAD Milling, FFP |
| | MOA Milling, FFP |
| | MRAD Milling, FFP |

sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008859



# HUNTING RIFLESCOPES

The WHISKEY3 riflescopes feature low dispersion glass, rugged chassis, and capped windage and elevation turrets. It's rugged industrial design provides reliability and protection from the elements.

1 inch Maintube

## SHARED FEATURES

- 3X zoom optical system
- Stealth ID™ Deflection armor surfacing
- LensArmor™ Abrasion-resistant lens coating
- HELLFIRE® Reticles: Fiber optics to vary intensity of central aiming point
- Low dispersion (LD) glass provides industry leading optical clarity
- European-style eyepiece for a smooth, fast, and precise reticle adjustment
- Waterproof (IPX-7 rated) and fog-proof performance
- 3X optical zoom, illuminated, and non-illuminated reticles
- Offered in second focal plane (SFP) and multiple reticles

**WHISKEY3™ 3-9X40**
1" MAINTUBE

- Designed for traditional / dangerous game hunting and MSR/AR platforms
- Extended long range scenarios, as well as low light shooting, and recreational shooting across a wide range of calibers
- Offered in SFP with multiple reticle options

HELLFIRE QUADPLEX

QUADPLEX

BDC-1 QUADPLEX

HELLFIRE Reticle is an electronically illuminated reticle system utilizing advanced fiber-optic technology to vary the light intensity of the central aiming point from dim to HELLFIRE bright for daylight illumination.

**WHISKEY3 4-12X50**
1" MAINTUBE

- Designed for traditional / dangerous game hunting and MSR/AR platforms
- Medium and long range engagements and recreational shooting across a wide range of calibers and light conditions
- Offered in SFP with multiple reticle options

**WHISKEY3 4-12X40**
1" MAINTUBE

- Designed for traditional / dangerous game hunting and MSR/AR platforms
- Medium and long range engagements and recreational shooting across a wide range of calibers and light conditions
- Offered in SFP with multiple reticle options

**WHISKEY3 3-9X50**
1" MAINTUBE

- Designed for traditional / dangerous game hunting and MSR/AR platforms
- Medium, medium and long range engagements and recreational shooting across a wide range of calibers and light conditions
- Offered in SFP with multiple reticle options

**WHISKEY3 2-7X32**
1" MAINTUBE

- Designed for traditional / dangerous game hunting and MSR/AR platforms
- Short, medium and long range engagements and recreational shooting across a wide range of calibers and light conditions
- Offered in SFP with multiple reticle options

SIG-GLASSCOCK00008803    SIG-GLASSCOCK00008860

Case 6:22-cv-03095-MDH    Document 188-2    Filed 08/08/25    Page 114 of 213



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008861



# ROMEOZero™

## MICRO OPEN REFLEX SIGHT

The fastest, most accurate, ultra-compact micro reflex sight. The ROMEOZero is optimized for everyday concealed carry, and for pistols with slim slides. The sight features a ruggedized, WeaponsGrade textured polymer body and the Spectracoat™ HD Polymer lens system.

The ROMEOZero enables rapid target acquisition in an everyday carry package at an iron sight price.

**1X24mm**

### FEATURES

- 8 vivid, user configurable daytime illumination levels
- MOTAC™ (Motion Activated Illumination System) that powers up when it senses motion and powers down when it does not
- Parallax free
- Highly efficient, point source LED emitter for a crisp dot that is 8 times more efficient than conventional red dots
- Integrated rear sight notch for co-witness with a standard height P365® front sight
- Assembled in U.S.A.

### ROMEOZero IS COMPATIBLE WITH

- Direct mount to P365XL™
- Shield RMS-c footprint
- J Point™ footprint
- Delta Point™ Pro footprint

Now with steel protective shroud included for added durability

**ROMEOZero™**
1X24MM
3291000 (3 MOA) / 3291001 (6 MOA)

- Spectracoat HD polymer lens with 10 times the impact resistance over traditional glass lenses
- WeaponsGrade Ultralite polymer housing optimized for use with concealed carry pistols and slim slide profiles such as single-stack 1911s and subcompact firearms
- Stippling pattern on the housing matches P365® and P365XL™ grip pattern, for an integrated look

Designed for use on SIG SAUER® P365 pistols with optics ready slides

Rear View

SPECTRACOAT HD POLYMER LENS

WEAPONSGRADE ULTRALITE POLYMER HOUSING

ASSEMBLED IN U.S.A

3 MOA

6 MOA

Assembled in the U.S.A.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008862



ROMEO1PRO™

## MINIATURE OPEN REFLEX SIGHT

Designed for fast, responsive target acquisition, and accuracy. The miniature open-reflex ROMEO1PRO Red Dot sight was engineered to withstand the punishment of diverse environments.

**1X30MM**

### SHARED FEATURES

- Molded glass aspheric lens for superior tight transmittance and zero distortion
- Manual illumination controls that remember your last-used settings
- 3 or a MOA red dot with multiple brightness settings for rapid target engagement under a full range of lighting conditions
- MOTAC™ (Motion Activated Illumination) powers up when it senses motion and powers down when it does not
- Top-loading CR1632 battery, allowing for quick battery replacement without removal from the firearm
- Waterproof (IPX-7 rated for complete immersion up to 1 meter) and fog-proof performance
- Designed for modern semi-automatic pistols, MSR platforms and shotguns
- TruHold™ Lockless Zeroing System that utilizes twin adjustment springs designed to endure handgun recoil and return to zero shot after shot

### ROMEO1PRO IS COMPATIBLE WITH

P320-M17, P320-M18, P320 XFIVE LEGION, P320 XCOMPACT, P320 XFULL, All PRO-CUT Slides, P320 Pro Series, and all RXP pistols and slides

*Please note, this product is not compatible with slides cut to accept a standard ROMEO1, such as GEN1 RX pistols

**ROMEO1PRO™**
1X30MM

- Aircraft grade CNC aluminum housing ensures a lifetime of reliable service
- Ruggedized protective steel shroud included for extreme durability
- New emitter offers a brighter dot, more brightness settings (10 daylight and 2NV), and a longer battery life (20,000 hours)
- Designed to fit newer SIG SAUER® PRO-CUT slides

3 MOA RED DOT    6 MOA RED DOT

**119**

**ROMEO1™**

- ROMEO1 is compatible with legacy optics-ready SIG SAUER pistols, such as the original P320RX, Classic Line RX, and P320 X-FIVE pistols. It is not compatible with newer SIG SAUER optics-ready pistols that have the "PRO" slide cut. Those pistols accept the new ROMEO1PRO.

**ROMEO1 Shroud Kit**
(SOR1SKX01)

Adapter Pack option available for Glock, CZ-P9, Springfield XD, S&W M-P, S&W Core, HK P2000, 1911 standard, SIG SAUER 1911, P320™, P224™, P227™, P239™, P250™, and P365. Please see sigsauer.com for additional options.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008863



ROMEO2

## MIL-SPEC RED DOT SIGHT

The ROMEO2 is built for use in adverse conditions. A 3 MOA or 6 MOA red dot with 15 brightness settings ensures rapid target engagement. The sight features a high-efficiency, point source LED emitter and molded aspheric glass lens, utilizing a high-performance red notch reflector coating for excellent brightness and light transmittance with zero distortion. The 7075 aluminum housing and ruggedized steel shrouds protect the ROMEO2 from extreme impacts and drops. The ROMEO2 maintains 25,000 hours of battery life, comes with MOTAC to automatically power the optic on and off, and is compatible with all SIG pistols that have the newer PRO-CUT slide.

1X30MM

### FEATURES

- 25,000+ hour battery life at medium brightness settings with extreme brightness for outdoor use, plus multiple night vision levels
- Integrated anti-reflective rear sight notch for a full sight picture and co-witness with a front suppressor-height sight
- Spring-loaded side battery tray, released by a push button that can be activated without tools
- 2 steel shrouds included for 3 different optic configurations, including fully enclosed and sealed with a polycarbonate rear window
- MOTAC (Motion Activated Illumination System) that powers up when it senses motion and powers down when it does not
- MAGNETAC™ (Magnetic Activation) that automatically turns the optic off when holstered in a compatible holster, and instantly turns the optic on when drawn from the holster
- D.A.R.C. (Dark Adaptive Reticles & Coatings technology) provides ideal reticle brightness and target clarity while using night vision devices
- High-strength 7075 CNC aluminum housing ensures a lifetime of Service
- Dependable waterproof IPX-7 rated for complete water submersion up to 1 meter/ permanency

### ROMEO2™

1X30MM
30P3550 (3 MOA) / 30P3560 (6 MOA)

- Molded glass aspheric lens with high performance coatings for superior light transmittance and zero distortion
- 3 or 6 MOA dot with 15 brightness settings (12 daylight/3 NV) for rapid target engagement under a full range of lighting conditions
- TruHold™ Lockless Zeroing System that utilizes twin adjustment springs designed to endure handgun recoil and return to zero shot after shot

3 MOA RED DOT    6 MOA RED DOT

OPEN

HALF

FULL / SEALED

2 steel shrouds included for 3 different optic configurations, including fully enclosed and sealed with a polycarbonate rear window

The emitter area can be fully enclosed and sealed with a polycarbonate rear window, to ensure the reticle is never interrupted

Engineered to fit all SIG SAUER pistols with the R2 or PRO slide cut

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008864



# ROMEO3™

## COMPACT OPEN REFLEX SIGHTS

The open reflex ROMEO3, ROMEO3MAX and ROMEO3XL Red Dot sights are the ideal sighting solution for MSR rifles, shotguns, carbines, submachine guns, and full-size handguns; designed with competitive shooters in mind.

### SHARED FEATURES

- High transmittance red-notch reflector for excelant brightness and zero distortion
- MOTAC™ (Motion Activated Illumination) powers up when it senses motion and powers down when it does not
- Extremely strong and lightweight aircraft grade CNC aluminum housing ensuring a lifetime of reliable service
- Side-loading CR2032 battery, allowing for quick battery replacement without removal from the firearm
- Waterproof IPX-7 rated for complete immersion up to 1 meter and fog-proof performance

Used by Max Michel to win the 2019 and 2020 USPSA Nationals in Carry Optics.

## ROMEO3MAX™
1x30MM

- Developed in collaboration with Team SIG Captain, 20-time National Champion Max Michel
- Compact, open reflex sight featuring a 30mm wide, round lens design for superior field-of-view
- 3 MOA or 6 MOA dot with 12 brightness settings for rapid target engagement under a full range of lighting conditions
- Comes with a low-profile M1913 picatinny mount. An absolute co-witness riser mount is also available as an accessory
- Red-notch filter for vivid red dot and unrivaled optical clarity

## ROMEO3XL™
1x35MM

- The ideal sighting solution for MSR rifles, shotguns, carbines, submachine guns, and full-size handguns
- Comes with a low-profile M1913 picatinny mount. An absolute co-witness riser mount is also available as an accessory
- Crisp 3 or 6 MOA red dot for fast and accurate shooting
- Up to 25,000 hours of runtime on a single CR2032 battery
- Massive 35mm wide lens for superior field of view and fast target transition

## ROMEO3™
1x25MM

- Designed for MSR rifles, shotguns, carbines, submachine guns, and full-size handguns
- Proprietary red-notch coating ensures bright red dot
- Manual illumination controls
- Comes with low profile and absolute co-witness M1913 mounts

Max Michel
TEAM CAPTAIN

SIG-GLASSCOCK00008803    SIG-GLASSCOCK00008865



# ROMEO8™

## MIL-SPEC RED DOT SIGHT

With it's wide field of view and forgiving eye-box, the battle hardened ROMEO8T is ideal for rapid target engagement in any environment.



### SHARED FEATURES

- High performance coatings for excellent light transmittance and red dot contrast in all situations
- Unlimited eye relief to acquire aiming point and target, regardless of eye position behind sight
- MOTAC™ (Motion Activated Illumination Systems) powers up when it senses motion and powers down when it does not
- Ultra-dependable waterproof and fog-proof performance
- Quad Ballistic Circle Dot reticle with ballistic holds and 10 Daytime and NV Settings
- 1.53" optical center height for optical device compatibility
- 38mm rectangular viewing window for unmatched situational awareness and target identification
- .5MOA adjustments for zeroing, with ballistic drops built into the reticle for distance shooting without dialing
- CR123A battery provides 100,000 hours at high-brightness setting
- 1/2" hex bolt at 85 in/lb provides retention of zero during extreme conditions
- Assembled in the U.S.A.



### ROMEO8T™ MIL-SPEC RED DOT SIGHT

1X38MM
ROMEO8T (BLACK) / SOR81001 (FDE)

- Lightweight 7075 aluminum main housing and components
- Removable titanium shroud for ultimate optic protection from hard use
- Flip caps and anti-reflective device included
- Dependable IPX-8 waterproof: submersible to 20m for 30 minutes

  

HIGH-PERFORMANCE LENS COATINGS | REMOVABLE TITANIUM SHROUD | FLIP CAPS AND ANTI-REFLECTIVE DEVICE INCLUDED

Assembled in the U.S.A.



### ROMEO8H™ RED DOT SIGHT

1X38MM
SOR81000 (BLACK)

- Aircraft grade 6061-T6 aluminum
- Dependable IPX-7 waterproof: submersible to 1m for 30 minutes

### RETICLES




2 MOA Red Dot Ballistic Circle Dot

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008866



# ROMEO4

## COMPACT RED DOT / GREEN DOT SIGHTS

Chosen by elite government and military agencies, the ROMEO4 is the ultimate Red Dot sight when fast, accurate target acquisition is a must, regardless of lighting conditions, weather conditions, or terrain. Whether it's a moving target, dangerous game at full charge, or a fast-breaking tactical situation at close quarters, the rugged ROMEO4 Red Dot sight can handle the job. Battery and solar powered options available.

### SHARED FEATURES

- Unlimited eye-relief to acquire aiming point and target, regardless of eye position behind sight
- MOTAC™ (Motion Activated Illumination) powers up when sensing motion
- Utilizes an ultra-efficient red LED illumination for daylight visibility at extended runtime
- Provides 12 illumination settings (10 daylight plus 2 NV) for visibility in all light conditions
- Strong and lightweight aircraft grade CNC aluminum housing (7075 grade in ROMEO4T)
- Absolute co-witness QR mount and low mount included (absolute co-witness 1/2" hex nut on ROMEO4T)
- Users can select from 4 different onboard reticle options per model (dot, circle/dot, dot with holds, circle/dot with holds)
- Runtime in excess of 100,000 hours with solar and battery usage (ROMEO4T, ROMEO4R, ROMEO4S)
- Comes standard with lens caps and mount
- Waterproof (IPX-8 rated) and fog proof (ROMEO4T)
- Assembled in the U.S.A.

ROMEO4 OPTIC HAS BEEN SELECTED BY:
The U.S. ARMY Special Operations
Federal Bureau of Investigations (FBI)
Department of Homeland Security, Customs and Border Protection (CBP)
The U.S. Federal Government Bureau of Prisons



**ROMEO4T™ MIL-SPEC RED DOT SIGHT**
1X20MM

- Designed for AR platform pistols, MSR platforms, and shotguns
- Short and medium range engagements and recreational shooting across a wide range of calibers and light conditions
- MIL-SPEC 8100 tested and approved
- Lightweight CNC 7075 aluminum housing ensures a lifetime of reliable service
- Runtime in excess of 100,000 hours with solar and CR2032 battery

Green Horse Shoe Ballistic Dot (ROMEO4H Only) · 2 MOA Red Dot Ballistic Circle Dot · 1 MOA Red Dot Ballistic Circle QUADPLEX™



**ROMEO4DR™ COMPACT RED DOT SIGHT**
1x20MM

- Short and medium range engagements and recreational shooting across a wide range of calibers and light conditions
- Selectable 2 MOA dot and 65 MOA circle dot reticles
- Comes standard with lens caps and mount

**ROMEO4S™ COMPACT RED DOT SIGHT**
1x20MM

- Short and medium range engagements and recreational shooting across a wide range of calibers and light conditions
- Extended runtime with solar cell
- Comes standard with lens caps and quick-release mount

**ROMEO4H™ COMPACT RED DOT SIGHT**
1x20MM

- Comes standard with lens caps and quick-release mount
- 50,000+ hour battery life and the readily available CR2032 battery in side-loading for quick battery replacement

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008867



## ROMEO7

### RED DOT SIGHT

The ROMEO7 line of red dot sights provide the civilian and armed professional with an intuitive 1x aiming solution optimized for today's MSR platforms, regardless of caliber.

**1X30mm**

### FEATURES

- High performance lens coatings for excellent light transmission and dot contrast in any situation
- Easy-access rotary dial for compete control
- 2 MOA red dot is optimal for close quarters battle to mid-range engagement
- Side loading for quick battery change
- Dependable IPX-7 waterproof and fogproof performance
- MOTAC™ powers up when it senses motion and powers down when it does not
- Compact size and weight with unlimited eye-relief and parallax free operation
- Aircraft grade aluminum housing and mount
- Includes slip over, see-through flip-backs

**ROMEO7S™ COMPACT RED DOT SIGHT**
1x22MM

- Compact size and weight
- Powered by AAA battery for up to 50,000 hour run time
- Durable half-inch hex nut mount

2 MOA Green Dot

2 MOA Red Dot

**ROMEO7™ FULL-SIZE RED DOT SIGHT**
1x30MM

- Powered by AAA battery for up to 62,500 hour run time
- IPX-7 rated for complete immersion up to 1 meter

129

sigsauer.com

ALL SPECIFICATIONS SUBJECT TO CHANGE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008868



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008869

# ROMEO-MSR



## COMPACT RED DOT SIGHT

The ROMEO-MSR is a sealed, compact red dot or green dot sight intended for MSR, carbine, shotgun, and air rifle. Brightness is adjusted with a top-mounted rotary dial, featuring 10 daytime and 2 night vision settings for quick target engagement in any condition.

1X20mm

### FEATURES

- Ultra-compact size and weight with unlimited eye-relief and parallax-free operation
- Precise 2 MOA dot
- Slipover, see-through flip-backs
- Top-loading battery compartment with integral brightness control featuring 10 daytime and 2 NV settings
- Aircraft grade aluminum housing and mount
- Dependable IP9-7 waterproof and fog-proof performance

ROMEO-MSR™

1X20MM
SOR72001 (RED) | SORT2002 (GREEN)

- 2 MOA high-performance lens coatings for excellent light transmission and dot contrast in any situation
- 1 MOA adjustments for zeroing
- 1.41" T10 Torx® M1R13 skeletonized lightweight riser mount for absolute co-witness
- Over 20,000 hours runtime on a CR1632 battery

2 MOA Red Dot     2 MOA Green Dot

HIGH-PERFORMANCE LENS COATINGS     TOP-MOUNTED ROTARY DIAL     SLIPOVER, SEE-THROUGH FLIP-BACKS

Ultra-compact size and weight with unlimited eye-relief and parallax-free operation

All SPECIFICATIONS SUBJECT TO CHANGE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008870

Case 6:22-cv-03095-MDH     Document 188-2     Filed 08/08/25     Page 124 of 213



# JULIET

## MAGNIFIERS

Easily transition between close quarters and medium range targets with a flip of our JULIET magnifier. When used in conjunction with a Red Dot, the JULIET features a quick-release PowerCam mount which flips easily to one side when not in use. Built-in recoil lugs ensure zero-hold even after removing and reinstalling.

**6x24mm**

### SHARED FEATURES

- Quick release mount with built-in recoil lugs for a repeatable zero
- PowerCam™ 90° mount pivots to the side when not needed
- Adjustable height using included spacers
- Aerospace grade 6061 aluminum housing ensures a lifetime of reliable service
- Waterproof rated IPX-8 (20 meters for 1 hour)
- Dielectric coated prism
- Compact size and weight
- Assembled in the U.S.A.

**JULIET6™ MAGNIFIER**
6x24MM
SOL6M300

- Designed for MSR platforms and shotguns
- Power and versatility of a 1-6x scope, in a modular system
- Adjustable base mount provides customization for red dot sight combination

### JULIET3 MAGNIFIER
3x24MM
SOJ3300

- Designed for MSR platforms and shotguns
- Power and versatility of a 1-3x scope, in a modular system
- Adjustable base mount provides customization for red dot sight combination

### JULIET4 MAGNIFIER
4x24MM
SOJ4300 / SOJ4H300

- Designed for MSR platforms and shotguns
- Power and versatility of a 1-4x scope, in a modular system
- Adjustable base mount provides customization for red dot sight combination

**ROMEO® AND JULIET COMBO KITS**

JULIET4™ AND ROMEO4™ COMBO KIT (SOR44BPI)
JULIET3™ AND ROMEO5™ COMBO KIT (SOR43MB1)

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008871



# JULIET

## MICRO MAGNIFIERS / COMBO KIT

New for this year is the JULIET3-MICRO™ Magnifier. This ultra-compact and lightweight magnifier features an aircraft grade CNC aluminum housing and dependable IPX-7 waterproof and fog proof performance. With its high-performance Dielectric coated prism, the JULIET3-MICRO Magnifier provides excellent light transmission. Also new is the ROMEO-MSR™ Combo Kit, combining the ROMEO MSR compact red dot with the JULIET3-MICRO Magnifier.

The ROMEO MSR is a sealed compact red-dot sight with 20,000+ hour battery life, high-performance lens coatings for excellent light transmission. The ROMEO MSR and JULIET3-MICRO have a 1.41 sight height for absolute co-witness.

### SHARED FEATURES

- High-performance lens coatings including dielectric-coated prism for excellent light transmission
- Ultra-compact size and weight
- Dependable IPX-7 waterproof and fogproof performance
- 90° push-button flip-to-side magnifier mount

**3x22mm**

### JULIET3-MICRO™ MAGNIFIER

**3x22MM**

- Ultra-compact size and weight
- Aircraft grade CNC aluminum housing ensures lifetime of reliable service
- Durable Hall-inch hex nut mount
- Infinite Guarantee®

### JULIET3-MICRO MAGNIFIER / ROMEO-MSR™ COMBO KIT

**3x22MM / 1x20MM**

- Ultra-compact size and weight
- Aircraft grade CNC aluminum housing ensures lifetime of reliable service
- Precise 2 MOA dot
- Lens covers included
- 1.41 Sight height for absolute co-witness
- Top-loading, rotary illumination brightness control featuring 10 daytime and 2 NV settings

**137**

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008872

Case 6:22-cv-03095-MDH    Document 188-2    Filed 08/08/25    Page 126 of 213



# ECHO3™

## THERMAL REFLEX SIGHT

The most innovative, direct view thermal sight in the world. The ECHO3 uses SIG SAUER® BDX™ technology and can record both video and images in 8 different color palettes.

1-6x23mm  2-12x40mm

### FEATURES

- Compact thermal reflex style sight (don't get stuck "behind" a scope)
- BDX enabled WiFi/Bluetooth®, allowing active reticles that change with HOLD™ rangefinder input, and customizable fixed reticles that are configured from the BDX mobile application
- Uncooled 320x240 12μm VOx LWIR core operating at 30Hz
- LEVELPLEX™ Anti-Cant System with scope cant sensitivity down to 0.5°
- MOTAC™ (Motion Activated Display) powers up when it senses motion
- Video and image recording (including recoil activation) with 8 color palettes
- Greater than 6 hours of run time with heavy use
- Easy to adjust lens with optional throw lever attachment
- Quick disconnect mount
- Designed and assembled in the U.S.A. to withstand IPX-4 conditions

**ECHO3™**
1-6X23MM / 2-12X40MM
WIXI SHIH / VIXC DISIH

- Aspheric lens (19° FOV) with up to 6X digital magnification
- Designed for predator and hog hunters
- Improved situational awareness
- Quick disconnect mount

Active Reticle    Custom Holdover Reticle

**BDX™**
Ballistic Data Xchange

BDX Application

RED    RED HOT    BLACK HOT    WHITE HOT

IRON    FIRE    TYRIAN    EDGE

VIDEO AND IMAGE RECORDING    EASY TO ADJUST LENS    SEALED BATTERY COMPARTMENTS

SIG-GLASSCOCK00008803    SIG-GLASSCOCK00008803



# BRAVO

## BATTLESIGHTS

The BRAVO battlesights combine crystal-clear fixed-power optics, intuitive reticles, super-bright illumination, and a rugged aluminum housing into one attractive package. Featuring 5.56/.308 and .300 Blackout reticles, this family will enhance any MSR/AR platform.

3x24mm

### SHARED FEATURES

- Easily adjust illumination with side-mounted rotary dial featuring 8-daytime and 3 NV settings.
- MOTAC™ (Motion Activated Illumination) powers up when it senses motion and powers down when it does not.
- LensArmor™ Abrasion-resistant lens coatings to withstand the harshest of conditions
- MEGAVIEW advanced prism and ocular design yields 40% greater field of view than the competitive prism-based battle sights.
- Low dispersion (LD) glass provides industry leading optical clarity
- Adjustable eyepiece with +/- 2 diopter correction
- Integrated picatinny rails for accessories
- IPX-7 rated for complete immersion of up to 1 meter

**BRAVO05™ BATTLESIGHT**
3X30MM
SOB5XX01 / SOB5XX02
- Designed for traditional / dangerous game hunting and MSR/AR platforms
- Short, medium, and long range engagements and recreational shooting across a wide range of calibers and light conditions

**BRAVO03™ BATTLESIGHT**
3X24MM
SOB3XX02 / SOB3XX50
- Designed for professionals and civilian MSR/AR shooters
- 40% wider field of view than current battlesights
- Distortion-free image, edge-to-edge clarity

5.56MM / 7.62MM
Horseshoe Dot

.300 Blackout
Horseshoe Dot

**MEGAVIEW™**

Massive 10° Field of View, 40% Wider Than Standard 6° Sights. That's 53 Feet of View at 100 Yards vs. 37 Feet

MEGAVIEW ADVANCED PRISM AND OCULAR DESIGN

ADJUSTABLE EYEPIECE WITH +/- 2 DIOPTER CORRECTION

INTEGRATED PICATINNY RAILS FOR ACCESSORIES

*Any SPECIFICATIONS SUBJECT TO CHANGE*

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008874



BRAVO

## BRAVO4™ BATTLE PACK

Introducing the BRAVO4 Battle Pack; The ultimate tactical solution. This Battle Pack combines a 4x32mm Prismatic Battle Sight with a shroud-equipped 1x24mm ROMEOZero™ reflex sight. Featuring MEGAVIEW™, the BRAVO4 provides a forty percent increase in field of view and eye relief with distortion free image and edge to edge clarity. Extended range hits are made fast with the illuminated 5.56/7.62 ballistic reticle. The top mounted ROMEOZero Reflex Sight features a ruggedized, WeaponsGrade™ textured polymer body and the SpectraCoat™ HD Polymer lens allowing quick transition to CQB when needed.

**3x24mm**

### FEATURES

- MOTAC™ (Motion Activated Illumination) powers up when it senses motion and powers down when it does not
- SpectraCoat™ HD polymer lens with 10 times the impact resistance over traditional glass lenses (ROMEOZero)
- MEGAVIEW advanced prism and ocular design yields 40% greater field of view than the competitive prism-based battle sights (BRAVO4)
- Low dispersion (LD) glass provides industry leading optical clarity (BRAVO4)
- Adjustable eyepiece with +/- 2 diopter correction
- Integrated picatinny rails for accessories
- IPX-8 rated for complete immersion of up to 1 meter (BRAVO4)
- IPX-47 rated for complete immersion of up to 1 meter (ROMEOZero)

**BRAVO4™ BATTLE PACK 1X / 4X**

4X32MM / 1x24MM

- Side-loading AA for quick battery change
- Distortion-free image with edge to edge clarity
- Ballistic reticle for 5.56 / 7.62 calibers
- Locking diopter adjustment
- Shroud-equipped ROMEOZero™

5.56MM / 7.62MM Horseshoe Dot

3 MOA Dot

Side-loading AA for quick battery charge. Shroud-equipped ROMEOZero included.

### MEGAVIEW™

6°

7.5°

Massive 7.5° field of view. 40% wider than standard 4° sights. That's 63 feet of view at 100 yards vs. 37 feet

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008875



# ZULU

## BINOCULARS

Next to a zeroed rifle, a clear and bright pair of binoculars is the best piece of gear to have on hand. ZULU binoculars perform in the harshest conditions, giving unmatched performance in inclement weather or rugged terrain.

| 16X42mm | 10X30mm | 10X42mm | 11X45mm | 18X56mm |

### FEATURES

- Combines superior optical performance with in-the-field utility
- High-quality glass, fully multi-coated Spectracoat™ lenses
- Phase-coated prisms provide maximum brightness, contrast, and crisp resolution
- Performs in the harshest conditions, giving unmatched performance in inclement weather or rugged terrain
- Superior low-light performance

**ZULU6™ IMAGE STABILIZED BINOCULAR**
10X30MM

OPTICAL IMAGE
**IS STABILIZATION**

STABILIZED    UNSTABILIZED

**ZULU6™ IMAGE STABILIZED BINOCULAR**
16X42

- Optical image stabilization, prism is electronically stabilized by a 2 axis gimbal
- Compensates for human motion input into optics allowing for handheld use at high magnification optics, eliminates shake due to buffeting winds, heavy breathing after a long hike, cold-induced shivering, washboard ranch roads, chop on water, etc.
- MOTAC conserves battery life by turning unit off after 5 minutes of no motion

FULLY MULTI-COATED    DURABLE RUBBER    MULTI-POSITION
OBSTRACOAT™    ARMOR NON-SLIP    TWIST-UP EYECUPS
LENSES    GRIP DESIGN

**ZULU9™ HDX® ABBE-KOENIG PRISM**
11X45 / 15X56

- Combines superior optical performance with in-the-field utility
- High-quality glass, fully multi-coated Spectracoat™ lenses
- Phase-coated Abbe-Koenig prisms provide maximum brightness, contrast and crisp resolution

**ZULU7™ HDX OPEN-BRIDGE**
10X42MM

- Multi-position twist-up eyecups provide a custom fit for each user
- Fully multi-coated roof prism binocular incorporates super high reflectance phase-coated BAK4 prisms for unmatched resolution and image contrast
- Field & Stream Best of the Best Winner 2016

**ZULU5™ HD OPEN-BRIDGE**
10X42MM

- HD glass for superior clarity and color correctness
- Silver deposition phase-coated BAK4 prisms
- Lightweight and durable magnesium alloy body

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008876



# OSCAR

## SPOTTING SCOPES

The OSCAR family of spotting scopes delivers unmatched image clarity and performance when it matters most. The OSCAR3 mini-spotting scope puts a powerful optic in the palm of your hand, and features the advanced Optical Image Stabilization (OIS) technology, for improved image quality at the highest magnification, to make spotting your target faster and easier. Ideal for backpacking, hunting, wildlife and sports observation, along with law enforcement and military reconnaissance. The new OSCAR8 angled eyepiece spotting scope is the newest addition to the OSCAR family of spotting scopes from SIG SAUER®. Featuring the industry-leading HDX® optical design, extra-low dispersion glass with high light transmittance glass, and full multi-coated lenses to deliver unmatched resolution, image contrast, and color clarity. When spotting in the field for long periods, the ergonomic design and durable rubber armor of the OSCAR8 delivers unmatched results in all conditions.

**27-55X80mm**

### FEATURES

▲ HDX advanced optical system comprising both High Definition (ED) and high transmittance (HT) glass for ultra-high resolution, optical performance, and light transmission.

▲ SCHMIDT-PECHAN prism, combined with HD glass, provide unmatched chromatic and spherical aberration correction for clear, vibrant images.

▲ Spectracoat™ highly efficient, ultra-wide broadband, anti-reflection lens coatings reduce surface refractions to extremely low levels across the entire visible spectrum providing superior light transmission

▲ Angled eyepiece, combined with rotating tripod collar, provides the user with multiple viewing angles, to accommodate setup and usage in any terrain

▲ Comes equipped with a variable power eyepiece. This eyepiece can be locked into place or removed so that the OSCAR8 can accept other variable or fixed power eyepieces.





MULTI-PACK™ ANTI-REFLECTION LENS COATINGS

ANGLED EYEPIECE AND ROTATING TRIPOD COLLAR

VARIABLE POWER EYEPIECE



**OSCAR8™**
27-55X80MM

▲ Waterproof and fog proof, the OSCAR8 will provide unmatched performance in all environmental conditions

▲ Adjustable eyecups allow the user to optimize eye relief for use with or without glasses

▲ Lightweight and robust aircraft grade aluminum housing, combined with rubberized non-slip grip armor, ensures a lifetime of use in the worst conditions

▲ Custom SIG SAUER® fitted neoprene cover included

▲ Assembled in U.S.A.

LIGHT TRANSMITTANCE (%)

Advanced optical systems comprising both High Definition (ED) and High Transmittance (HT) glass for ultra-high resolution, optical performance and light transmission.

VISIBLE LIGHT SPECTRUM



**OSCAR3™**
10-20X30MM

▲ Advanced electronic image stabilization technology that fits in the palm of a hand

▲ OIS Optical image stabilization removes human motion and jitter for improved image quality and target identification under high magnification

▲ Ideal for backpacking, hunting, wildlife and sports observation, law enforcement, and military reconnaissance

▲ The small size and capability of the OSCAR3 is ideal for backpacking, don't stalk and tree stand archery, or long range rifle hunting in open country or mountains as well as concealed viewing situations for LE or military use



STABILIZED                    UNSTABILIZED



147

Case 6:22-cv-03095-MDH    Document 188-2    Filed 08/08/25    Page 131 of 213



# LIMA®
## LASER SIGHTS

The most advanced red or green lasers on the market, the proprietary LIMA laser grip module and low-profile LIMA laser integrate seamlessly with your SIG SAUER® pistol.

### STANDARD FEATURES

- Latest generation 5 MW red or green lasers for unmatched runtime
- Ambidextrous laser activation supports all grip types
- Windage and elevation adjustments
- Powered by lithium 1/3N battery
- Instant activation tact switch
- Assembled in U.S.A.

**LIMA365™**
PISTOL LASER
- Ideal for target shooting, conceal carry, and personal defense
- Designed to perfectly fuse against the SIG P365® trigger guard for seamless fit
- Powered by lithium 1/3N battery
- Instant-activation tactile switch
- Shown with P365® pistol, (not included)

**LIMA320™**
LASER GRIP
- Integrates and fits perfectly with our P320® and P250® pistol platforms
- State-of-the-art laser targeting in a package that is sleek and virtually invisible to the operator
- Same material as SIG SAUER standard polymer frames and textured to match
- Seamlessly integrates either a Red Optical or direct green (or red) high-quality and high-efficiency laser module for extreme accuracy
- Works with carry, compact and full size
- Shown with P320 slide, magazine, and trigger group, (not included)

**LIMA1™**
WEAPON MOUNTED LASER
- Ideal for target shooting, conceal carry, and personal defense
- Designed to fit M1913 and SIG rails
- Powered by lithium 1/3N battery
- Instant-activation left and right tactile switches
- Shown with M17 pistol, (not included)

# FOXTROT®
## WEAPON MOUNTED LIGHTS

The FOXTROT series of pistol lights provide bright, crisp, white light and come ready to mount on your SIG SAUER® pistol.

**FOXTROT1™**
WEAPON MOUNTED LIGHT
- Mounts to any picatinny 1913 or SIG SAUER® proprietary rails
- Dual, finger-activated tactile switches support ambidextrous use
- User-selectable output from 100 / 200 / 300 lumens
- Momentary or continuous-on with 5 minute auto-timeout
- Dependable waterproof IPX-7 rated for complete water immersion up to 1 meter and fog-proof performance

**FOXTROT2™**
WEAPON MOUNTED LIGHT
- 550 lumens and 1.5 hours of runtime
- Powered by 1 CR123 battery, loaded via a removable bezel with lockout mode
- M1913/SIG and Glock sliding rail interface plates included for maximum location adjustment range on the rail
- Ambidextrous rocking paddle switches, which are interchangeable with multiple sizes included
- Programmable user interface with 3 different modes including momentary, latching, and threshold, for mission specific customization

**FOXTROT1X™**
WEAPON MOUNTED LIGHT
- 450 lumens and 1.5 hours of runtime
- Powered by 1 CR123 battery, loaded via a removable bezel with lockout mode
- M1913/SIG and Glock® sliding rail interface plates included for maximum location adjustment range on the rail
- Ambidextrous push-button side switches, with momentary and latching modes

**FOXTROT 365™**
WEAPON MOUNTED LIGHT
- Up to 100 lumens and 1 hour run-time
- Ideal for law enforcement, concealed carry, and personal defense
- Designed to perfectly fuse with the SIG P365® trigger guard for a seamless fit
- Latest-generation O-ten LEDs for maximum brightness and runtime
- Instant-activation tactile switch
- Powered by lithium 1/3N batteries
- Shown with P365 pistol (not included)
- Assembled in U.S.A.

THE SPECIFICATIONS SUBJECT TO CHANGE

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008878



# X-RAY3™
## ENHANCED DAY/NIGHT SIGHTS

The X-RAY™ family of pistol sights make target acquisition intuitive and fast in any lighting condition. The high contrast front sights paired with the glare reducing rear sights keep your focus on the front sight. The X-RAY3 line uses a 3-dot tritium system for the most demanding low light environments

### FEATURES

- Oversized chemical-resistant fluorescent polymer front dot sight gives confidence in any environment
- Torture tested to 25,000 rounds, the steel housing provides a tough, reliable sight that rests as long as the firearm
- Rear sights come in standard SIG SAUER® sizes of #4 and #8
- Fits SIG SAUER P238™, P938™, P250™, P320™ and classic size models

### X-RAY3™ ENHANCED DAY/NIGHT SIGHTS

PISTOL SIGHTS

- With a half life of 12 years, the 3-Dot tritium system allows for fast target acquisition in low-light conditions
- Oversized chemical-resistant fluorescent polymer front dot provides confidence in all environments
- A-RAY3 come in SIG SAUER sizes of #6 and #8, Square or Round D.E. notched rear sight

ADDITIONAL AVAILABLE SKUS

# ALPHA™
## RIFLESCOPE MOUNTS/RINGS

Our hard-black-anodized, precision-machined, ALPHA Tactical Rings are crafted from aircraft-grade aluminum. Built with the same unique industrial design as our electro-optics, our rings and mounts not only look tough, they are tough. Our proprietary steel-alloy ALPHA Hunting Rings are machined with an exactness that is both strong and durable, which allows our rings to form around a riflescope, and will not cause damage with proper installation. The steel rings are epoxy powder coated to prevent oxidation and resist gun oils, cleaning solutions, and outdoor exposure.

### ALPHA3™ SCOPE MOUNT

WEAPON MOUNTED LIGHT

- Lightweight cantilever design optimized for use w/ MSR platforms
- Precision-machined to exacting standards from T6T5 aluminum
- Titanium hardware for superior performance
- Available heights ranging from 1.315" - 1.535"
- Available weights ranging from 4.4oz - 4.7oz
- Assembled in U.S.A.



### ALPHA2™ TACTICAL
SCOPE MOUNT

- Cantilever design for use on MSR platforms
- 6 or 20 MOA cant options
- 1 1/2" high
- Available weights ranging from 5.8oz - 5.9oz

### ALPHA2 RED DOT MOUNT
UNIVERSAL RED DOT MOUNT

- Universal mounting interface compatible with most popular red dot sights
- Positions red dot sight above scope tube
- Compatible with 30 or 34mm riflescopes

### ALPHA1™
SCOPE RINGS

- Proprietary weaver-style rings that are epoxy powder-coated to prevent oxidation and resist gun oils, cleaning solutions, and outdoor exposure, be of 2
- Available heights ranging from 0.75" - 1.25"
- Available weights ranging from 1.3oz - 4.7oz

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008879

Case 6:22-cv-03095-MDH    Document 188-2    Filed 08/08/25    Page 133 of 213

# SUPPRESSORS



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008860



# PISTOL SUPPRESSOR

## WELCOME TO THE FUTURE OF SILENCE.

SIG SAUER engineers have developed the next generation of pistol suppressors. With decades of product design and R&D experience under our belts, suppressors are not treated as bolt-on accessories. At SIG SAUER, it is understood that suppressors interact with your firearm's system and can affect accuracy, reliability, back-pressure, and other critical factors. We design our suppressors to be part of a completely integrated system to maximize overall performance, and as a result we build the most advanced, most dependable suppressors the world has ever seen, or heard.

The pistol suppressor line from SIG SAUER features completely modular and configurable titanium baffles for the ultimate in lightweight performance that allows the user to personalize their suppressor for overall length, weight, and sound. The MODX-9™ and MODX-45™ provide class-leading sound performance and can be easily disassembled and reconfigured with fewer baffles when your priority is size over sound. The MODX™ suppressors feature 21 points of impact adjustment and come with a fixed-barrel spacer for carbine use. Each MODX suppressor includes the most popular inch and metric piston for its given caliber.

## SHARED FEATURES

- Segmented titanium 3D-printed
- Titanium baffles
- Shooter can adjust the number of baffles to shape the overall length when size is more important than sound performance
- Includes two pistons (1/2"x28tpi & M13.5x1LH) and fixed-barrel spacer (MODX-9)
- 578x28 and M16X1LH (MODX-45)
- Multi-Caliber capable with accessory pistons (MODX-45)

 



**MODX-45™**

**MODX-9™**

MODX-9 P226 Using 147gr

MODX-45 P220 Using 230gr FMJ

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008881

Case 6:22-cv-03095-MDH    Document 188-2    Filed 08/08/25    Page 135 of 213



# RIFLE SUPPRESSOR

## SLX™ RIFLE SUPPRESSORS

The next generation of suppressor technology has arrived. The SLX series of rifle suppressors from SIG SAUER were born out of today's modern military requirements and are designed to deliver cutting-edge performance. The new Clutch-LOK™ QD mounting system is easy to use, repeatable, and extremely durable. The cross-flow baffle design delivers an entirely new shooting experience, focusing on the reduction of harmful toxic gases to the user which allows gases to expand and cool at a faster rate than a traditional design, while minimizing an increase in bolt speed.

The SLX series is ideal for users that have a focus on reduction of flash, toxic gas, and cyclic rate increases.

**5.56 NATO**

### SHARED FEATURES

- Caliber imprinted on device
- Muzzle device included 1/2"x28tpi (QD suppressors)

**SLX 556-QD**
- Inconel construction
- Cross flow design to reduce blowback
- Clutch-LOK™ QD mounting system or direct thread-on

**SLX 556 DIRECT THREAD**

**SLX 556-QD**

**SLXC 556 DIRECT THREAD**

**SLXC 556-QD**

| SLX™ | Caliber | Length (in) | Width (in) | Weight w/Mtg (oz) | Material |
|------|---------|-------------|------------|-------------------|----------|
| SLX 556 | | | | | |
| SLX 556-QD | | | | | |
| SLXC 556 | | | | | |
| SLXC 556-QD | | | | | |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008882

Case 6:22-cv-03095-MDH   Document 188-2   Filed 08/08/25   Page 136 of 213



# RIFLE SUPPRESSOR

## SLH™ RIFLE SUPPRESSORS

The next generation of suppressor technology has arrived. The SLH series of rifle suppressors from SIG SAUER were born out of today's modern military requirements and are designed to deliver cutting-edge performance. The new Clutch-LOK™ QD mounting system is easy to use, repeatable, and extremely durable. The cross-flow, hybrid-baffle design delivers an entirely new shooting experience, focusing on a combination of best in class sound reduction and less harmful toxic gases than traditional suppressor designs.

The SLH series of rifle suppressor gives many of the benefits of the SLX series, with a primary focus on sound signature. The SLH series is ideal for low pressure rounds or when sound signature reduction is the number one priority.

300BLK  7.62NATO

### SHARED FEATURES

- Caliber imprinted on device
- Titanium construction (SLH300TI, SLH300TI-QD, SLH762TI, SLH762TI-QD, SLH762TIC, 762TIC-QD)
- Muzzle device included 5/8"x24(pi 320 suppressors)

**SLH 762-QD**

- Inconel and stainless steel construction
- Cross-flow design to reduce blowback
- Clutch-LOK™ QD mounting system or direct thread-on

**SLH 762TI-QD**

**SLH 762TI**

**SLHC 762TI-QD**

**SLHC 762TI**

**SLH 300TI-QD**

| SLH | Caliber | Length (in) | Width (in) | Weight w/Mag (oz) | Material |
|-----|---------|-------------|------------|-------------------|----------|
| SLH 300TI | | | | | Titanium |
| SLH 300TI-QD | | | | | Titanium |
| SLH 762TI | | | | | Titanium |
| SLH 762TI-QD | | | | | Titanium |
| SLHC 762TI | | | | | Titanium |
| SLHC 762TI-QD | | | | | Titanium |

SIG-GLASSCOCK00008803
SIG-GLASSCOCK00008883



# RIMFIRE SUPPRESSOR

## MORE ROUNDS. LESS NOISE.

SIG engineers are using cutting-edge innovation to establish a new standard in accuracy and durability for .22LR suppressors.

The SRD22X .22LR can be used on both pistols and rifles and features a Grade 9 Titanium outer tube with 17-4 stainless steel baffles. Due to the durability of its materials, the SRD22X can be used with .22LR pistols and rifles chambered in .17HMR/.17 Mach II and .22 Magnum. The SRD22X ships with a 1/2x 28tpi mount, with an additional M9.75 mount available for purchase in the near future, and is fully user-serviceable.

### FEATURES
- Wrench included
- Used on both pistols and rifles

USER-SERVICEABLE

**SRD22X**
- User-serviceable
- Grade 9 titanium tube
- All 17-4 stainless baffles
- Rated from 22 LR to 22 MAG

| RIMFIRE | Caliber | Length (in) | Diameter (in) | Weight w/Mag (oz) | Material |
|---------|---------|-------------|---------------|-------------------|----------|
| SRD22X | 22LR/22MAG | | | | Titanium And Stainless Steel |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008884



SIG AIR

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008885



# SIG AIR

# SIG AIR BY SIG SAUER®

From the most elite name in firearms comes the most innovative line of airguns and airsoft guns which combines the unmatched reliability, performance, and exacting standards of SIG SAUER.

The SIG AIR product line includes a series of traditional CO² pellet and BB rifles and pistols designed to imitate the look, weight, balance, and handling characteristics of their traditional firearms counterparts. SIG AIR has also developed a precision line of break barrel, pre-charged pneumatic (PCP), and single-stroke pneumatic rifles and pistols, all meeting the high standards of SIG SAUER firearms.

SIG AIR has expanded to training products with the PROFORCE™ line of airsoft pistols, rifles, and accessories. Designed and developed from the ground up to deliver a realistic training experience, that allows the user access to achieve a new level of unrealized performance potential. The SIG AIR PROFORCE series of pistols and rifles allows for flexibility in your training environment and is an economical alternative to training with firearms.

Consistency was the focus when developing the SIG AIR PROFORCE line. Each PROFORCE model closely matches its real steel complement in model specifications and delivers an authentic user experience. The PROFORCE line is also engineered to SIG quality standards using authentic materials and, where necessary, patented performance innovations.

Perfected for muscle memory exercises, shooting drills, and tactical training, these airsoft and airgun models are the economic and authentic answer to training more often, more effectively, and more affordably.

The full line of SIG AIR products delivers a completely authentic SIG handling experience, with the firepower you can rely on, for all of your hunting, sporting, and practical training needs.

Shoots like a SIG, because it is one.

## SIG AIR DESIGNED TO MATCH THE ORIGINALS

1 | **All Metal or Polymer Construction**
Some models a combination of both

2 | **Front and Rear Flip-up Sights**
On some rifle models

3 | **Red Dot or Scopes**
Included on some models

4 | **Realistic Controls**
Controls match our rifles and pistols

5 | **Removable or Adjustable Stock**
On some models

6 | **Picatinny Rail**
Mount your favorite accessories

7 | **Safety Orange Tip**
On PROFORCE models

8 | **Realistic Trigger**
Smooth action similar to originals

9 | **Reload Mags Just Like Originals**
Drop magazines using similar releases

10 | **Full Blowback Slide**
Slide cycles back and forth

11 | **Weight Similar to Original**
Great as a training tool

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008886



# PROFORCE MCX

## AUTOMATIC ELECTRIC GUN (AEG)

Modeled after its real steel counterpart, the PROFORCE release of the SIG SAUER MCX Virtus™ Airsoft AEG (Automatic Electric Gun) Rifle does not disappoint. With a full CNC machined receiver, integrated M-LOK® handguard, 3-position telescoping stock, open full-length Picatinny rail for the addition of sights, and a modular locking accessory mounting system, the MCX Virtus is a polymer airsoft BB slinging brute with 120 round mid-cap magazine that keeps you active and engaged on the firing line.

**6mm AIRSOFT BB**

### FEATURES

- 120rd BB magazine
- Quick change tuning springs (110mm & 120mm included)
- 11.1v LiPo battery (not included)
- Sight ready platform
- Orange safety tip
- Attach your favorite accessories
- Familiar AR controls
- Velocity up to 375 FPS*

**MCX ◇ VIRTUS™**

**PROFORCE VIRTUS MCX**
- All metal CNC machined receiver and handguard
- M-LOK® handguard and Picatinny rail
- Safe, semi, and full auto firing modes
- 3-position telescoping stock

*Please Note
- Velocity obtained with 0.20g BBs
- For best results use 11.1V LiPO battery and appropriate charger.
- 11.1V LiPO battery is the maximum battery compatible with this rifle.
- Batteries and chargers sold separately. Please visit your local or online Airsoft retailer for accessories, batteries and chargers.

| MCX | SKU | Caliber | Weapon Type | Operating System | Stock Type | Power Source | Overall Length | Length w/ stock | Comments | Velocity | Mag Type | Mag Capacity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIRTUS AEG | | 6MM AIRSOFT | | | | | | | | | | |

sigsauer.com

**SIG SAUER | 2021 | PRODUCT CATALOG**

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008887



PROFORCE

## AIRSOFT PISTOLS

For the first time the SIG SAUER Modular Handgun System (MHS) is available in an airsoft platform for the training professional. The SIG AIR® PROFORCE M17™ and M18™ have the same look, feel, and action as the official sidearms selected by all branches of the U.S. Military.

6mm AIRSOFT BB

### SHARED FEATURES

- Full blowback metal slide
- Field strippable with similar balance and weight as firearm counterpart
- Picatinny rail mount

## M17/M18

**PROFORCE M18**
- Opto-ready slide (AIR-REFLEXSIGHT)
- Compatible with CO² and green gas magazine
- Based on the M18 firearm selected by the U.S. Military
- Velocity up to up to 320 fps* green gas / 410 fps* CO²

GREEN GAS
VERSION AVAILABLE

**PROFORCE M17**
- Opto-ready slide (AIR-REFLEXSIGHT)
- Compatible with CO² and green gas magazine
- Based on the M17, the official handgun of all branches of the U.S. Military
- Velocity up to up to 320 fps* green gas / 410 fps* CO²

GREEN GAS
VERSION AVAILABLE

169

SIG AIR
REFLEX SIGHT

| PRO FORCE | SKU | Calibre | Mag Capacity | Length (in) | Height (in) | Width (in) | Barrel Length (in) | Weight (Wout Magazine) | Sights | Grip Size | Construction | Slide Finish | Grip Module Finish |
|-----------|-----|---------|---|---|---|---|---|---|---|---|---|---|---|
| M18 | | | | | | | | | | | | | |
| M17 | | | | | | | | | | | | | |
| P229 | | | | | | | | | | | | | |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008888



# MCX VIRTUS PCP

## SEMI-AUTOMATIC PRE-CHARGED PNEUMATIC RIFLE

The MCX VIRTUS PCP rifle is the latest expansion to the SIG AIR® precision line of airguns, and the introduction of SIG AIR products to the pre-charged pneumatic (PCP) category of airguns. The MCX VIRTUS PCP doubles the muzzle energy of classic CO2 models and uses the SIG Rapid Pellet Magazine, making it ideal for target training and varmint hunting.

**.22 CAL PELLET**

### FEATURES

- 17.5" barrel
- 12FP muzzle energy
- Flip-up front and rear sights
- Picatinny top rail for mounting optics
- Clip-on stock with sling attachment points
- M-LOK® rail for mounting accessories
- Familiar AR controls

*Please Note
- Pellets are sold separately.
- Results may vary based on ammo weight, temperature, and altitude.

## MCX VIRTUS™
- 3,000 psi, 13 cu. in. removable tank
- 1,100 psi regulated output
- 30rd RPM™ Rapid Pellet Magazine
- Velocity up to 700 fps*

**MCX ◇ VIRTUS™**

### SIG RPM™ RAPID PELLET MAGAZINE

The unparalleled performance of the SIG SAUER patented pellet drive system smoothly feeds up to 30 rounds in 2.5 seconds. Rifle comes standard with one magazine and refillable belt. Accessory RPM (purchased separately) includes three spare belts.

*Velocity achieved with 10.5g Pellets

| MCX | SKU | Caliber | | | | | | | | | | | | | | |
|-----|-----|---------|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| VIRTUS | | .22cal | Semi-Auto | Pre-Charged Pneumatic | Fixed | | | | | | | | | | 700 fps | |

SIG-GLASSCOCK00008803     SIG-GLASSCOCK00008889



# BREAK BARREL AIR RIFLES

Introducing the most advanced break barrel system in the marketplace, engineered and produced by SIG SAUER® in New Hampshire. The common misconception among many is, "high muzzle velocity that makes for a better air rifle". In actuality, foot-pound muzzle energy is a more accurate gauge of the power of air rifles than the speed at which a projectile comes out of the barrel. Down-range accuracy and retained energy are better with a heavier projectile leaving the barrel at subsonic speed rather than an impractically lightweight projectile leaving the barrel at a supersonic speed of 1400+ feet per second. This .177CAL suppressed single-shot, Advanced Sport Pellet (ASP) air rifle delivers down-range power and accuracy, with the lightest cocking effort in its class, making it ideal for hunting small to medium game.

**.177CAL PELLET**    **.22CAL PELLET**

## SHARED FEATURES

- Smooth and consistent 2-Stage MATCHLITE™ trigger
- GLIDELITE™ cocking mechanism ensures lightest cocking effort in this power level
- Proprietary drill-pinned breech wedge lock system for enhanced accuracy
- Single shot pellet rifle
- Built in U.S.A.

**ASP20™ SYNTHETIC STOCK**

- Synthetic stock with QD mounts for sling usage
- Energy: 20 FP in .177 cal / 23 FP in .22 cal
- Velocity up to 1020 fps* in .177 cal / 848 fps** in .22 cal

*Velocity achieved with 8.64gr lead pellet
**Velocity achieved with 14.97gr lead pellet

**173**

| ASP20 | SKU | Caliber | Action Type | Operating System | Stock Type | Weight Unloaded | Overall Length | Overall Height | Barrel Length | Construction | Velocity Muzzle | Mags Included | Sights / Optics |
|-------|-----|---------|-------------|------------------|------------|-----------------|----------------|----------------|---------------|--------------|-----------------|---------------|-----------------|

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008890



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008891



# AIR MPX™ RIFLE

## SEMI-AUTOMATIC CO₂ AIR POWERED

Based on the original designs of the SIG SAUER® MPX, this CO₂ version is ideal for training and practice. Just like the SIG MPX™ redefined the modern pistol caliber carbine, the SIG AIR™ line of AIR MPX rifle redefines the CO₂ category of air rifles by delivering authentic SIG performance, handling, and rapid-fire capability.

### SHARED FEATURES

▲ Metal housing with polymer handguard and stock
▲ 30rd RPM pellet magazine
▲ Picatinny rail
▲ 90g CO₂ power source (sold separately)
▲ 8" rifled barrel

90g CO₂ power source (sold separately)

### AIR MPX™ MRD

▲ Includes a 20mm 2OR Micro Red Dot Optic
▲ Flip up Front and Rear Sights
▲ Tactical Handstop
▲ Velocity Up to 575 fps*

Available in Black

## AIR MPX

▲ Flip up Front and Rear Sights
▲ Tactical Handstop
▲ Velocity Up to 575 fps*

## SIG RPM™
### RAPID PELLET MAGAZINE

The unparalleled performance of the SIG SAUER patented pellet drive system smoothly feeds up to 30 rounds in 3.5 seconds. Rifle comes standard with one magazine and refillable belt. Accessory RPM (purchased separately) includes three spare beltows.

*Results may vary based on ammo weight, temperature, and altitude.

| MPX | SKU | Caliber | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MPX | | .177 | | | | | | | | | | | | | |
| MPX MRD | | .177 | | | | | | | | | | | | | |

sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008892

MAX MICHEL
CAPTAIN
TEAM SIG



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008893



BB PISTOLS

### SEMI-AUTOMATIC CO² POWERED

The SIG AIR® line of BB pistols feature CO₂-powered duplicates of the most desired SIG SAUER centerfire pistols in a 4.5mm BB platform for the ability to train anywhere, anytime.

**4.5mm BB**

#### SHARED FEATURES

- Full blowback metal slide (Spartan, WTP)
- Blowback metal slide and polymer frame (P365)
- Ambidextrous manual safety
- 5" smooth bore barrel (Spartan, WTP)
- 3.5" smooth bore barrel (365™)

Qty CO₂ power source (sold separately).

**1911 SPARTAN BB**
- 1913 accessory rail
- White dot sights
- Velocity up to 410*

**1911 WE THE PEOPLE BB**
- Distressed finish slide with 1776 Engraved on left, "We The People" engraved on right
- White dot sights
- Alloy star grips
- Velocity up to 410*

**365™ BB**
- 3.5" smooth bore barrel
- 3 DOT high visibility fixed sights
- SIG accessory rail
- Velocity up to 295 fps*

*Velocity may vary depending on temperature and altitude.

SIG-GLASSCOCK00008803 · SIG-GLASSCOCK00008894

# SIG AIR® ACCESSORIES

### ENGINEERED TO A NEW STANDARD OF PERFORMANCE

## REFLEX SIGHT

Designed for fast, responsive target acquisition with the M17™ / M18™ PROFORCE® and M17 pellet pistol with a 22mm field of view. Mounting plates included to quickly and easily upgrade your SIG AIR pistol.



SIG AIR
reflex sight

## SHOOTING TARGETS

Whether you are training in your garage, basement, or back yard, there is a SIG AIR Target to suit your training needs.



## HAND PUMP

The SIG AIR High-Pressure Hand Pump provides an affordable, reliable, and inexpensive method for filling your PCP airguns. For use with the 13 cu. in. tank on the SIG VIRTUS PCP rifle, but made to work with any brand of PCP gun with a male Foster quick-disconnect fitting. The 3-stage pump goes up to 4800 psi and includes an integral air pressure gauge.



## PELLETS

### PRECISION MEETS PERFORMANCE

SIG AIR® lead pellets offer a variety of shapes for all uses and differing levels of shooters. Options for shooting paper targets, or metal field targets and silhouettes, SIG AIR pellets will fit the needs and performance required for every shooter.



ZERO™

DAGGER™

VENOM™

MATCH™

## AIR CYLINDERS

### PREMIUM AIRGUN PERFORMANCE

Available high quality, CO₂ cylinders and PCP air tank provide solid platforms for consistency and reliability. The use of SIG premium air cylinders for your SIG AIR products will ensure long lasting SIG performance.



90g CO₂ cylinder

Regulated 13ci high pressure air cylinder

12g CO₂ cylinder

## MAGAZINES

### ELEVATE YOUR FIREPOWER

Utilizing a variety of different style magazines with innovative features, such as cam lever loading and the patented Rapid Pellet Magazine (RPM), SIG AIR magazines are engineered to elevate performance and firepower in all of your SIG AIR products.



### SIG RPM™
RAPID PELLET MAGAZINE

30-round RPM™ magazine
(Rapid Pellet Magazine)

M17 20-round rifle magazine

P365 steel BB magazine

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008895



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008896



# SIG SAUER ACADEMY

© LEARN MORE AT SIGSAUERACADEMY.COM

sigsauer.com

## TRAIN WITH THE PROFESSIONALS



### WE'LL MAKE YOU A BETTER SHOOTER. GUARANTEED.

With a team of world class instructors, from a broad range of backgrounds, the SIG SAUER Academy provides the finest firearms and tactics training available today. Using our objective and performance-based training methods, we can help develop and expand the abilities of virtually any level of firearms user.

Our expert staff of instructors has the unique ability and experience allowing them to train all types of firearms users, from civilians to law enforcement agencies, including elite military.

The SIG SAUER Academy is committed to delivering the best, most realistic, fundamentally sound training experience possible. We'll make you a better shooter. Guaranteed.

### FOR COURSE DESCRIPTIONS, SCHEDULES, AND MORE, VISIT
**SIGSAUERACADEMY.COM**

### FACILITIES

The SIG SAUER Academy™ offers 140 acres of state-of-the-art indoor and outdoor training facilities. We have developed a variety of ranges and infrastructure allowing us to create almost any type of environment and to prepare for practically any situation. Facilities include:

- 26 Different Live Fire Ranges
- 1,000 Yard Rifle Range
- 2 Live Fire Shoot houses
- Indoor Pistol and Rifle Ranges
- 270 Degree Range
- Tactical Training with Breaching Capabilities
- Obstacle Course
- Vehicle Defense Range

Additionally, the SIG SAUER Academy is home to the factory-direct SIG SAUER Pro Shop, displaying the entire line of SIG SAUER pistols, rifles, electro-optics, suppressors, ammunition, airguns, accessories, and apparel.

### PRIVATE AND MOBILE TRAINING

The SIG SAUER Academy is dedicated to providing the highest level of training available, tailored to fit any individual or organized group. We provide customized, private classes at our Academy, or we can take our expert training to a private location upon request.

Private classes for corporate and executive clients, government agencies and private groups, as well as for individuals, are available either as a standard course listed on our website or as a custom class designed to your specific needs. Private instruction ranges from foundational shooting tutorials to advanced dynamic tactics in a one-on-one or group learning environment.

### INTERNATIONAL CUSTOMERS

The SIG SAUER Academy has a diverse staff of expert, bilingual instructors who provide the highest level of training and instruction to international civilian and military/law enforcement customers.

SIG SAUER Academy staff has consistently trained with some of the world's most elite counterterrorism units, providing expert instruction across a wide range of training needs. Our staff and facilities can provide any level of instruction needed to international clients, and can provide all of the necessary equipment and materials, including all tactical equipment and firearms, no matter what manufacturer or platform is required.

### ABOUT OUR COURSES



#### PISTOL/RIFLE/SHOTGUN/PRECISION SCOPED RIFLE

The SIG SAUER Academy has programs that are designed to achieve results across a broad range of platforms, from pistols and rifles, to shotguns and precision long-range shooting. All courses are taught from a foundational level and have a progression structure allowing students to develop their skills at their own pace. Depending on your personal training objectives, we offer classes for personal and home defense, individual skill building, and instructor certification.

#### ADVANCED TRAINING

Advanced training courses are designed to take a student's skills to an extremely high level. These classes help provide students the knowledge, skills, and confidence to improve their performance and decision-making in a high-risk, high-stress environment. These courses include specific subjects such as low light pistol and rifle, advanced medical training, executive protection, as well as vehicle and scenario-based training.



#### ARMORER

SIG SAUER is one of the many major manufacturers which offers civilian armorer's courses. Our armorer's certification gives students a complete and thorough understanding of SIG SAUER firearms, including proper maintenance techniques, and inspection processes. These courses are designed to provide all of the necessary information to preserve the firearms factory warranty. Students who successfully complete these courses receive a three-year armorer certification.



#### LAW ENFORCEMENT/MILITARY

SIG SAUER Academy is dedicated to providing the highest level of global training for military and law enforcement professionals. Courses include specific subjects such as bus and vehicle assault, night vision, breaching, and direct threat care. Any course can be conducted remotely or customized to meet agency or department needs. Custom course design and implementation allow for any desired capability and duration of training. The SIG SAUER Academy also has physical fitness facilities available to visiting groups at no charge.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008897



# SIG SAUER ACADEMY

## MORE THAN TRAINING. A DESTINATION.

SIG SAUER ACADEMY™ is located in the Seacoast region of New Hampshire, just an hour north of Boston, and an hour south of Portland, Maine. New Hampshire is home to 18 miles of New England coastline and beaches, and is situated approximately an hour away from several top-rated ski resorts in the White Mountains. Nearby historic Portsmouth is a favorite tourist destination, featuring nationally-recognized restaurants and cuisine, outdoor sight-seeing activities, local boutiques, tax-free shopping, and a thriving nightlife. There are several major transportation hubs allowing easy access along with a wide variety of accommodations available nearby.

### PRO SHOP

The SIG SAUER Academy Pro Shop is a full-service, factory-direct retail store open to the public, located on the grounds of the SIG SAUER Academy. The Pro Shop features the entire line of SIG SAUER pistols, rifles, electro-optics, suppressors, ammunition, airguns, accessories, and apparel and also has armorer's services available on-site. The Pro Shop staff are highly trained and can provide expert advice on all the latest SIG SAUER products.





### ACCOMMODATIONS

Through partnership with SIG SAUER®, we offer special rate arrangements with local hotels in Exeter, Dover, and Portsmouth NH, all within 10-30 minutes of the Academy.



### TRANSPORTATION

The SIG SAUER Academy is approximately 30 minutes east of Manchester, New Hampshire Airport (MHT), and approximately an hour north of Boston International Airport (BOS) in Massachusetts. Some SIG SAUER partner hotels also offer students free shuttle access to and from the Academy.



### EXETER

Boasting tree-lined streets and a wealth of historical architecture, Exeter is a quick 10 minutes from the Academy and hosts three of our preferred hotels. With ample restaurants, shopping and night life, this picturesque river town is a convenient place to stay while training at the Academy and is roughly 10 miles inland from the coast.

### PORTSMOUTH

Venture into downtown Portsmouth, where you'll find a steady mix of modern and historic flair. From cobblestone-lined streets and historic buildings, to waterfront dining and local breweries, Portsmouth is not to be missed while here.

sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008898



# TEAM SIG

**A TEAM OF THE HIGHEST CALIBER, COMMITTED TO EXCELLENCE**

The mission of Team SIG is to support the development and production of the SIG SAUER® P320® pistol platform, the complete SIG SAUER rifle product line, SIG SAUER Electro-Optics, and SIG SAUER Ammunition. Team SIG works closely with the SIG SAUER engineers throughout the development and design of all SIG SAUER products to ensure every shooter enjoys the features that the Team SIG professional shooters demand.

## ABOUT OUR SHOOTERS







### MAX MICHEL – TEAM CAPTAIN

Max Michel, Jr. is one of the most dominant shooters in the world today and is recognized as a top-tier athlete and instructor. Max is a Guinness World Record holder and International Practical Shooting Confederation World Champion. He holds 8 World Speed Shooting Championships, 12 USPSA National Championships, 5 US Steel National Championships, is a 4-time Carry Optics National Champion, and holds more than 200 additional major championship victories. As an international competitor Max has represented the U.S.A. in the last seven IPSC World Shoots and returned home bearing gold each time and is set to compete once again in 2020 for Team U.S.A..

For Team SIG Max focuses primarily on carry optics competition, and as Team SIG Captain he serves as a mentor for Team SIG and is a premier brand ambassador for SIG SAUER®. Max is a U.S. Army Veteran.

| | |
|---|---|
| **Pistol:** | P320® XFIVE™ |
| **Optic:** | ROMEO3™ or ROMEO3MAX™ |
| **Ammo:** | Match Elite 124mm |

### LENA MICULEK – PRO SHOOTER

Regarded as the top female 3-Gun competitor in the world, Lena dominates both 3-Gun and PCC competition. Lena entered into the competitive shooting world in 2005 with five consecutive Sportsman's Team Challenge Sub-junior and Junior Division national titles, and at 17 years old she won her first World Champion title. Since turning pro, Lena has earned more than 75 major wins including back-to-back NRA World Shoot "High Lady" titles, a "High Lady" title for carry optics, and 8 world titles. Additionally, in pistol caliber carbine (PCC) competition Lena is breaking barriers for female professional shooters. She is a two-time national female champion for PCC and was the first female to earn a top-five finish in PCC and was the first female to win Master Class for PCC.

For Team SIG Lena competes primarily in pistol caliber carbine (PCC)and 3-Gun competition.

| | |
|---|---|
| **Pistol:** | P320 XFIVE |
| **Rifle:** | SIG MPX PCC |
| **Optic:** | ROMEO4T™and TANGO6T™ |
| **Ammo:** | Max 8 Elite 115mm, March X 9017, Varmint X 855 |

### DANIEL HORNER – PRO SHOOTER

Daniel Horner is a multi-discipline World Champion shooter having captured over 125 championship titles at the world, national, regional, and state level. His titles include: 2019 All Army Champion, 10 USPSA Multi-Gun National Championships, 4 3-Gun National Championships, 2 International Sniper Competitions, 2 IDPA National Championships, an IPSC Shotgun National Championship, an NRA World Shooting Championship, and many more. Daniel is a U.S. Army Veteran and was recruited to the Army to join the U.S. Army Marksmanship Unit (USAMU), where he became one of the most decorated shooters in team history. He served as the Coach of the USAMU Action Shooting Team, and during his service was twice selected as the Military Marksmanship Association Soldier of the Year.

For Team SIG Daniel competes primarily in 3-gun and long-range rifle competition.

| | |
|---|---|
| **Pistol:** | P320 XFIVE with iron sights |
| **Rifle:** | SIGM400™ |
| **Optic:** | TANGO6T™ |
| **Ammo:** | Match Elite Hybrid 175m, LRZD Varmint LRZD |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008899

# PISTOL ACCESSORIES



**P320® PRO-CUT SLIDES**

Factory replacement PRO-CUT slide assembly for the P320 9mm.

- Optic ready with sight cover plate (ROMEO PRO™ and DeltaPoint® Pro Footprint)
- XRAY3™ night sights
- Stamped relief cuts
- Available in black, coyote, and stainless finishes

**P320 X-CHANGE KITS**

The modular pistol has arrived. Removing P320 fire control group unlocks hundreds of combinations.

- Includes complete slide, barrel, recoil spring assembly, grip module, and magazine
- Below spec compatible
- Not available for manual safety

**P320 GRIP MODULES**

Engineered to fit your hand and your P320

- Full-sized, carry, compact, and sub-compact
- 9/19E, 9/16, XCarry, XCompact
- Black, MT coyote, and white
- Large, medium, and small (not available in all colors and XSERIES)
- XFIVE grip module includes weight and magazine funnel

**P320® AXG™ GRIP MODULE**

Give your P320 a metal gun feel with the AXG Grip Module and customized grip panels/inserts.

- Alloy XSERIES grip
- Rogue 3/D grip panels and inserts
- Hard anodized finish

**P320 TXG™ GRIP MODULE**

The weight of steel and the flex of polymer

- Requires complete P320 fire control unit and XFIVE or full-size slide assembly
- Overall weight is 16.6oz
- Tungsten-infused polymer
- Available with extended magwell and internal weight
- Patent pending technology

**PISTOL MAGAZINES**

Original factory magazines designed specifically for SIG SAUER® pistols.

- Capacities from 6 to 21 Rounds
- .380 ACP, 9mm, .357 SIG, .40 S&W, 10mm, and .45 ACP

**PISTOL BARRELS**

SIG SAUER factory made pistol barrels.

- Offered in P238, P938, P320, P226, P238, P229, P911, P320, and P365 9mm Pro Models
- Threaded and non-threaded versions

**PISTOL TRIGGER UPGRADES**

Introducing the next level in precision to Classic and P320 pistols.

- Made in Flat and Curved Trigger Configurations

**PISTOL PART KITS**

Keep your favorite firearm running like new.

- Replacement parts kits for classic, P320, and P365 models
- Factory approved parts for every need

SIG SAUER SMALL PARTS SHOPPERS

Now you can purchase small parts for select SIG SAUER firearms quickly and easily online at the SIG SAUER Webstore. The SIG SAUER Small Parts Shopper is exclusive to sigsauer.com and intuitively navigates for upper or lower components or select SIG SAUER firearms so you can get the parts you need.

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008900

Case 6:22-cv-03095-MDH    Document 188-2    Filed 08/08/25    Page 154 of 213



# RIFLE ACCESSORIES

**SIG MCX® AR UPGRADE KIT**

Transforms any MIL-SPEC AR lower receiver into the adaptive and modular SIG MCX® VIRTUS.

**SIG MCX & SIG MPX® STOCKS AND PCB BRACES**

Options as diverse as your mission.

**SIG MCX RATTLER™ CONVERSION KIT**

Converts any MIL-SPEC AR Lower into an MCX Rattler

**SIG MCX VIRTUS® HANDGUARDS**

Change the barrel and modify the Virtus handguard to match.

**SIG MCX VIRTUS/RATTLER CALIBER EXCHANGE KIT**

Move swiftly and easily between calibers and barrel lengths.

**SIG MATCHLITE 2-STAGE TRIGGER**

A trigger made for a SIG SAUER rifle, and perfect for any AR.

**SIG MPX® CALIBER EXCHANGE KIT**

Transition between barrel lengths efficiently.

**SIG MPX HANDGUARDS**

Configure the MPX for the barrel and the activity of your choice.

The TREAD® rifle is easily customizable with a full line of purpose-built accessories, designed in the U.S.A. Some items will fit most AR rifles.

**SIG MATCHLITE 2-STAGE TRIGGER**

Factory Upgrade Single Stage Trigger Kit for TREAD

**ROMEO5™ 1X20 MM**

Robust, Compact Red Dot Sight

**3-CHAMBER COMPENSATOR**

**AMBI CHARGING HANDLE**

**M-LOK® HANDGUARDS**

**FLIP UP SIGHTS**

Factory Replacement Sights Set for TREAD

**VERTICAL GRIP KIT**

**M-LOK FORWARD GRIP KIT**

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008901



SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008902

# PISTOL / RIFLE AMMUNITION













## ELITE DEFENSE — V-CROWN

| Caliber | Bullet Weight (grains) | Velocity in FPS | Energy in FT-LBS | Trajectory in Inches | Product SKU |
|---|---|---|---|---|---|
| 380 AUTO | 90 | | | | |
| 9MM LUGER (.355) | 115 | | | | |
| 9MM LUGER +P | 124 | | | | |
| | 115 | | | | |
| 9MM LUGER | 124 | | | | |
| | 147 | | | | |
| 357 SIG | 125 | | | | |
| 38 SUPER +P | 125 | | | | |
| 38 SPL +P | 125 | | | | |
| 357 MAG | 125 | | | | |
| 40 S&W | 165 | | | | |
| | 180 | | | | |
| 10MM AUTO | 180 | | | | |
| | 185 | | | | |
| 45 AUTO | 200 | | | | |
| | 230 | | | | |
| 44 S&W SPL | 200 | | | | |
| 44 REM MAG | 240 | | | | |
| 45 LONG COLT | 230 | | | | |

## MATCH — V-CROWN

| Caliber | Bullet Weight (grains) | Velocity in FPS | Energy in FT-LBS | Trajectory in Inches | Product SKU |
|---|---|---|---|---|---|
| 9MM LUGER | 147 | | | | |

## PISTOL — FMJ

| Caliber | Bullet Weight (grains) | Velocity in FPS | Energy in FT-LBS | Trajectory in Inches | Product SKU |
|---|---|---|---|---|---|
| 380 AUTO | 100 | | | | |
| 9MM +P LEAD-FREE FRANGIBLE | 90 | | | | |
| 9MM LUGER (.365) | 115 | | | | |
| | 115 | | | | |
| 9MM LUGEN | 124 | | | | |
| | 147 | | | | |
| 357 SIG | 125 | | | | |
| 38 SUPER +P | 125 | | | | |
| 38 SPL | 125 | | | | |
| 357 MAG | 125 | | | | |
| 40 S&W | 180 | | | | |
| 10MM AUTO | 180 | | | | |
| 45 AUTO | 230 | | | | |

## RIFLE — FMJ

| Caliber | Bullet Weight (grains) | Velocity in FPS | Energy in FT-LBS | Trajectory in Inches | Product SKU |
|---|---|---|---|---|---|
| 223 REM | 55 | | | | |
| 5.56 NATO | 55 | | | | |
| 308 WIN | 150 | | | | |
| 300 BLK | 125 | | | | |

## FURY — ACCUBOND

| Caliber | Bullet Weight (grains) | Velocity in FPS | Energy in FT-LBS | Trajectory in Inches | Product SKU |
|---|---|---|---|---|---|
| 277 FURY | 150 | | | | |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008809

Case 6:22-cv-03095-MDH     Document 188-2     Filed 08/08/25     Page 157 of 213

# RIFLE AMMUNITION







## MARKSMAN / ELITE

| Caliber | Bullet Weight (grains) | Bullet Type | Ballistic Coefficient (BC) | Velocity in FPS | Energy in FT-LBS | Trajectory in Inches | Product SKU |
|---|---|---|---|---|---|---|---|
| 223 REM | 77 | OTM | | | | | |
| 5.56 NATO | 77 | OTM | | | | | |
| 300 BLK | 125 | OTM | | | | | |
| 300 BLK SUBSONIC | 220 | OTM | | | | | |
| 6 MM CREEDMOOR | 107 | OTM | | | | | |
| 6.5 CREEDMOOR | 140 | OTM | | | | | |
| 260 REM | 140 | OTM | | | | | |
| 308 WIN | 168 | OTM | | | | | |
| 30-06 | 175 | OTM | | | | | |
| 300 WIN MAG | 190 | OTM | | | | | |

## ELITE SERIES — TIPPED V8P

| Caliber | Bullet Weight (grains) | Bullet Type | Ballistic Coefficient (BC) | Velocity in FPS | Energy in FT-LBS | Trajectory in Inches | Product SKU |
|---|---|---|---|---|---|---|---|
| 223 REM | 40 | TIPPED | | | | | |
| 22-250 REM | 40 | TIPPED | | | | | |
| 243 WIN | 55 | TIPPED | | | | | |
| 300 BLK SUBSONIC (9" BARREL) | 205 | TIPPED | | | | | |

## ELITE SERIES — ACCUBOND

| Caliber | Bullet Weight (grains) | Bullet Type | Ballistic Coefficient (BC) | Velocity in FPS | Energy in FT-LBS | Trajectory in Inches | Product SKU |
|---|---|---|---|---|---|---|---|
| 6.5 CREEDMOOR | 140 | ACCUBOND | 0.509 | | | | |
| 308 WIN | 165 | ACCUBOND | 0.475 | | | | |
| 270 WIN | 130 | ACCUBOND | 0.509 | | | | |

ALL SPECIFICATIONS SUBJECT TO CHANGE

SIG-GLASSCOCK00008803
SIG-GLASSCOCK00008904

# RIFLE AMMUNITION





**ELITE SERIES — COPPER**

| CALIBER | Bullet Weight (grains) | Bullet Type | | Ballistic Coefficient (G1) | Velocity in FPS MUZZLE\|100 YDS\|200 YDS\|300 YDS\|400 YDS | Energy in FT-LBS MUZZLE\|100 YDS\|200 YDS\|300 YDS\|400 YDS | Trajectory in Inches 100 YDS\|200 YDS\|300 YDS\|400 YDS | Product SKU |
|---|---|---|---|---|---|---|---|---|
| 223 REM | 60 | HT | | 0.240 | 3100 \| 2704 \| 2340 \| 2006 | 1260 \| 974 \| 730 \| 536 | 0.0 \| -1.8 \| -10.0 | E223H-20 |
| 300 BLK | 120 | HT | | 0.280 | 2360 \| 1977 \| 1726 \| 1501 | 1349 \| 1042 \| 794 \| 600 | 0.0 \| -6.0 \| -23.6 | E300H-20 |
| 243 WIN | 80 | HT | | 0.320 | 3425 \| 3101 \| 2801 \| 2520 | 2083 \| 1708 \| 1393 \| 1128 | 0.0 \| -0.6 \| -6.7 | E243H-20 |
| 6MM CREEDMOOR | 80 | HT | | 0.340 | 3375 \| 3073 \| 2791 \| 2499 | 2024 \| 1675 \| 1372 \| 1109 | 0.0 \| -0.7 \| -5.9 | E6MMCH-20 |
| 6.5 CREEDMOOR | 120 | HT | | 0.380 | 2825 \| 2586 \| 2359 \| 2143 | 2126 \| 1781 \| 1482 \| 1224 | 0.0 \| -2.2 \| -10.7 | E65CH-20 |
| 308 WIN | 150 | HT | | 0.400 | 2900 \| 2659 \| 2446 \| 2239 | 2601 \| 2372 \| 1897 \| 1670 | 0.0 \| -1.9 \| -9.6 | E308H-20 |
| 260 REM | 120 | HT | | 0.380 | 2980 \| 2638 \| 2408 \| 2190 | 2210 \| 1854 \| 1545 \| 1278 | 0.0 \| -2.0 \| -9.0 | E260H-20 |
| 270 WIN | 130 | HT | | 0.380 | 3050 \| 2798 \| 2560 \| 2335 | 2085 \| 2260 \| 1892 \| 1573 | 0.0 \| -1.4 \| -8.2 | E270H-20 |
| 30-06 SPRG | 150 | HT | | 0.400 | 2900 \| 2649 \| 2094 \| 2163 | 2809 \| 2337 \| 1909 \| 1544 | 0.0 \| -1.3 \| -10.0 | E3006H-20 |
| 300 WIN MAG | 165 | HT | | 0.410 | 3110 \| 2873 \| 2649 \| 2435 | 3543 \| 3024 \| 2570 \| 2172 | 0.0 \| -1.2 \| -7.4 | E3WMH-20 |



**ELITE SERIES — TIPPED**

| CALIBER | Bullet Weight (grains) | Bullet Type | | Ballistic Coefficient (G1) | Velocity in FPS MUZZLE\|100 YDS\|200 YDS\|300 YDS\|400 YDS | Energy in FT-LBS MUZZLE\|100 YDS\|200 YDS\|300 YDS\|400 YDS\|500 YDS | Trajectory in Inches 100 YDS\|200 YDS\|300 YDS\|400 YDS\|500 YDS | Product SKU |
|---|---|---|---|---|---|---|---|---|
| 243 WIN | 90 | | | 0.490 | 3115 \| 2916 \| 2725 \| 2541 \| 2367 \| 2199 | 1939 \| 1699 \| 1484 \| 1292 \| 1120 \| 966 | 0.0 \| -1.1 \| -6.9 \| -18.0 \| -35.4 | E243TH2-20 |
| 6 MM CREEDMOOR | 100 | | | 0.515 | 2930 \| 2786 \| 2655 \| 2441 \| 2277 \| 2120 | 1956 \| 1724 \| 1512 \| 1322 \| 1151 \| 998 | 0.0 \| -1.5 \| -8.1 \| -20.5 \| -39.7 | E6MMCTH2-20 |
| 6.5 CREEDMOOR | 130 | Lead Core Tipped | | 0.510 | 2850 \| 2670 \| 2496 \| 2329 \| 2169 \| 2015 | 2344 \| 2051 \| 1798 \| 1566 \| 1357 \| 1171 | 0.0 \| -1.9 \| -9.4 \| -23.3 \| -44.5 | E65CMTH-20 |
| 260 REM | 130 | | | 0.510 | 2820 \| 2641 \| 2468 \| 2303 \| 2143 \| 1990 | 2295 \| 2010 \| 1769 \| 1531 \| 1326 \| 1143 | 0.0 \| -2.0 \| -9.7 \| -24.0 \| -45.9 | E260TH-20 |
| 270 WIN | 140 | | | 0.508 | 2950 \| 2769 \| 2597 \| 2416 \| 2252 \| 2093 | 2705 \| 2376 \| 2080 \| 1814 \| 1576 \| 1362 | 0.0 \| -1.5 \| -8.3 \| -21.0 \| -40.6 | E270TH2-20 |
| 7MM REM MAG | 150 | | | 0.575 | 3000 \| 2834 \| 2674 \| 2520 \| 2371 \| 2227 | 2997 \| 2675 \| 2381 \| 2115 \| 1872 \| 1651 | 0.0 \| -1.3 \| -7.5 \| -19.2 \| -37.1 | E7MTH3-20 |
| 308 WIN | 165 | | | 0.530 | 2840 \| 2667 \| 2500 \| 2339 \| 2184 \| 2035 | 2955 \| 2605 \| 2289 \| 2004 \| 1747 \| 1517 | 0.0 \| -1.8 \| -9.4 \| -23.2 \| -44.3 | E308TH2-20 |
| 30-06 SPRG | 165 | | | 0.530 | 2950 \| 2772 \| 2601 \| 2437 \| 2278 \| 2126 | 3188 \| 2815 \| 2479 \| 2175 \| 1902 \| 1655 | 0.0 \| -1.5 \| -8.2 \| -20.7 \| -40.0 | E3006TH2-20 |
| 300 WIN MAG | 180 | | | 0.515 | 2960 \| 2777 \| 2601 \| 2432 \| 2269 \| 2112 | 3501 \| 3081 \| 2703 \| 2363 \| 2057 \| 1783 | 0.0 \| -1.5 \| -8.2 \| -20.7 \| -40.0 | E3WMTH3-20 |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008905

# ELECTRO-OPTICS SPECS

## SIERRA6™ BDX

| Model | Focal Piece | Reticle | ADJ. | Exit Pupil MM | | Linear Field of View FT @ 100 yards | | | | | | Eye Relief | | | | Objective Filter Thread | Objective Clear Aperture | | Weight | | Elevation Adjustment Range | Windage Adjustment Range | Illumination Settings | Length | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## SIERRA3™ BDX

| Model | Focal Piece | Reticle | ADJ. | Exit Pupil MM | | Linear Field of View FT @ 100 yards | | | | | | Eye Relief | | | | Objective Filter Thread | Objective Clear Aperture | | Weight | | Elevation Adjustment Range | Windage Adjustment Range | Illumination Settings | Length | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## KILO6BDX™

| Model | Magnification | Objective Clear Aperture | Exit Pupil MM | Eye Relief MM | Angular (FOV) | FOV@ 100 YDS | Range Response Time | Laser Divergence | Scanning | Range Resolution Under 100 YDS | Max Range | | | Weight with Battery | Length | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## KILO™

| Model | Magnification | Objective Clear Aperture | Exit Pupil MM | Eye Relief MM | Angular (FOV) | FOV@ 100 YDS | Range Response Time | Laser Divergence | Scanning | Range Resolution Under 100 YDS | Max Range | | | Weight with Battery | Length | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008906

Case 6:22-cv-03095-MDH    Document 188-2    Filed 08/08/25    Page 160 of 213

# ELECTRO-OPTICS SPECS

SIERRA° BDX 2.0™ · KILO°

TANGO6T™

TANGO6™

TANGO4™

COMBO KITS

sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008907

# ELECTRO-OPTICS SPECS

## WHISKEY3™

| Model | Focal Plane | Battery | ADJ./ | Exit Pupil mm | Linear Field of View | | | | | | Eye Relief | | | | | | Objective Clear Aperture | | Weight | | Elevation Adjustment Range | Windage Adjustment Range | Length | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## BRAVO™

| Model | Magnification | Field of View | Eye Relief | Prism Coating | Illumination | Motion Sensor | Waterproof | Weight | | Length | | Width | | Height | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## ECHO™

| Model | Magnification | Eye Relief | Field of View | Frame Rate | Runtime | Color / Contrast Settings | Close Focus Distance | Spectral Response | Digital Elevation Adjustment Range | Weight | | Length | | Width | | Height | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## FOXTROT™

| Model | Led Output | Operating Mode | Runtime | Weight | | Length | | Width | | Height | |
|---|---|---|---|---|---|---|---|---|---|---|---|

## JULIET™

| Model | Magnification | Field of View | Clear Aperture | Exit Pupil | Eye Relief | Diopter Range | Adjustment Range | Weight | | Length | | Width | | Height | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## LIMA™

| Model | Laser | Operating Mode | Run Time | | Adjustment | Spot Size | Weight | | Length | | Width | | Height | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Red | Green | | | | | | | | | | |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008908

Case 6:22-cv-03095-MDH     Document 188-2     Filed 08/08/25     Page 162 of 213

# ELECTRO-OPTICS SPECS

## ROMEO™

| Model | Magnification | Eye Relief | Objective Clear Aperture | Red Dot Size | Illumination Settings | Elevation Adjustment Range | Windage Adjustment Range | Weight | | Length | | Width | | Height | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | oz | g | in | mm | in | mm | in | mm |

## ROMEO™ (continued)

| Model | Magnification | Eye Relief | Objective Clear Aperture | Red Dot Size | Illumination Settings | Elevation Adjustment Range | Windage Adjustment Range | Weight | | Length | | Width | | Height | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | oz | g | in | mm | in | mm | in | mm |

## OSCAR™

| Model | Magnification | Exit Pupil | Clear Aperture | Close Focus Distance | Eye Relief | Linear FOV M at 1000 Yards | Linear FOV M at 1000 M | Angular FOV | Weight | | Length | | Width | | Height | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | oz | g | in | mm | in | mm | in | mm |

## XRAY™

| Model | Housing | Illumination | Front Sight | Rear Sight | Sight Picture |
|---|---|---|---|---|---|

## ZULU™

| Model | Magnification | Exit Pupil | Clear Aperture | Close Focus Distance | Interpupillary Distance | Diopter Range | Eye Relief | Linear FOV FT @ 1000 Yards | Linear FOV M @ 1000 M | Angular FOV | Weight | | Length | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | oz | g | in | mm |

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008909

# SIG AIR® SPECS

**SIG AIR PISTOLS**

| Model | Caliber / Mag Cap. | | | Velocity (up to) | | Measurements (in) | | | | Weight (lb) | Operating System | Construction | Sights |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | .177 cal | .22 cal | 6.0 mm | FPS | FPS | Length | Height | Width | Barrel Length | | | | |

*(data rows illegible)*

# SIG AIR® SPECS

**SIG AIR RIFLES**

| Model | Caliber / Mag Cap. | | | Velocity (up to) | | Measurements (in) | | | | Weight (lb) | Operating System | Construction | Sights / Optics | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | .177 cal | .22 cal | 6.0 mm | | | Length | Height | Width | Barrel Length | | | | | | | | |

*(data rows illegible)*

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008910

Case 6:22-cv-03095-MDH    Document 188-2    Filed 08/08/25    Page 164 of 213

# PISTOL SPECS

| Pistol Models | Caliber / Magazine Capacity | | | | | | Action Type | | | | Measurements | | | | | | Weight w/Mag | | | Sights | | | | Grips | | | | | Frame Material | | Frame Finish | | | | | Slide Material | | Slide Finish | | | | Other | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SIG SAUER | 2021 | PRODUCT CATALOG

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008911

Case 6:22-cv-03095-MDH    Document 188-2    Filed 08/08/25    Page 165 of 213

# RIFLE SPECS

| Rifle Models | Caliber | Action Type | Operating System | Stock Type | Forend Type | Weight w/o Mag | Overall Length | Collapsed Length | Folded Length | Barrel Length | Rifling | Trigger Type | Mag Type | Mag Capacity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SIG MCX VIRTUS** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **SIG MCX RATTLER** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **SIG MPX** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **SIGM400** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **SIG716G2** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **CROSS BOLT RIFLE** | | | | | | | | | | | | | | |
| CROSS BOLT | | | | | | | | | | | | | | |
| CROSS BOLT | | | | | | | | | | | | | | |

sigsauer.com

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008912



SIG SAUER, Inc. • 72 Pease Boulevard • Newington, NH 03801 USA • +1 (603) 610-3000

An ISO 9001:2015 Registered Company. Manufacturing in the U.S.A.

sigsauer.com

MKT0008

SIG-GLASSCOCK00008803

SIG-GLASSCOCK00008913

# Tom Taylor Declaration
# Ex. K



# Detective sues Sig Sauer after she says her holstered P320 handgun nearly killed her

Gunmaker has previously denied liability for similar claims involving the P320

By **David Scott**, **Gerry Wagschal**, **Knez Walker**, **Alexandra Myers**, and **Lauren Effron**
August 24, 2021, 1:52 PM





**Detective sues Sig Sauer after she says holstered P320 pistol seriously wounded her**  Brittany Hilton says her P320 was holstered in her purse when it fired unexpectedly. Nine lawsuits are pending against Sig Sauer for similar claims. The gunmaker has previously denied liability.

Det. Brittney Hilton had no idea she had just been shot. All she said she felt at first was an incredible amount of pain, and a "very sick feeling."

"I was cold at some points, shaking. The fear kind of takes over, the adrenaline takes over," Hilton told ABC News. "I just said, 'Am I going to die?'"

"I said, 'Please just tell my kids that I love them and don't let them find out on social media that I've been shot,'" she continued. "I didn't know if I was going to make it to the hospital."

Hilton, a mom of three who has been with the Bridge City, Texas, Police Department for 11 years, said the bullet came within one millimeter -- the edge of a penny -- from killing her.



Det. Brittney Hilton has filed a $15 million lawsuit against Sig Sauer.
ABC News

But what Hilton said she also didn't realize at first was that the bullet had come from her own service gun, a semi-automatic pistol called the P320. It was still holstered inside her purse, according to the police report.

Hilton is now suing gunmaker Sig Sauer over the December 2020 incident.

"Never, in my wildest dreams, would I have believed that my gun would just have shot me," she said. "Gun owners don't want to think that their gun can just go off without the trigger being pulled."

---

**MORE: One nation under fire: A week's glance at gun violence ripping across America→**

---

Sig Sauer's P320 is widely used by police departments across the country, and is a big seller in the civilian market, with about half a million sold nationwide.

But now, P320 is the subject of multiple lawsuits in connection with incidents like Hilton's, where owners claim the weapon fired without the trigger being pulled.

Hilton said she was inside the Bridge City Police station when her gun went off. She still has the purse with the bullet hole in the bottom.

"I picked up my bag, my keys were on top," she said. "As I walked around my desk, my purse swings out and it shoots out the bottom of my bag."



Det. Brittany Hilton says her P320 handgun was in its holster when it went off inside of her purse.
ABC News

It happened so fast, Hilton said, that she didn't process what was going on at first, but she smelled the gunpowder.

"And then I took one step, and I felt this pain. It felt like a hot rod of metal had just been placed not only in my private, but through my leg," she said. "and it [the bullet] exits out [of] my lower buttocks."

Hilton said she still has pain from her injury.

"There's never a point that I'm really not in pain unless I'm laying down," she said.



Det. Brittany Hilton shows the bullet hole in the bottom right corner of her purse that she says was caused by her holstered P320 handgun firing unprompted.

ABC News

Attorney Jeffrey Bagnell represents Hilton and several other police officers who have filed individual lawsuits against Sig Sauer over the P320.

"I think it's a very, very serious safety problem for law enforcement and for the public at large," Bagnell said. "I'm not aware of any other semi-automatic pistol today that has this problem."

Hilton's $15 million lawsuit said, "there have been 54 reported uncommanded discharges of the P320," meaning the gun went off by itself, over the last five years in 22 states and Washington, D.C.

Sig Sauer did not respond to ABC News' request for comment. The gunmaker has previously denied liability for these incidents and, in some cases, blamed the plaintiffs for negligence. The gunmaker said in an August 2017 press release that "the P320 meets and exceeds all U.S. standards for safety."

After Hilton's incident, the Bridge City Police Department had Sig Sauer examine the gun. In Sig Sauer's response to the Bridge City Police Department after Hilton's incident, the company contends that "a foreign object entered the trigger guard (causing) the pistol to discharge."



Det. Brittany Hilton's issued P320 handgun that she says went off while holstered inside of her purse.
ABC News

Hilton disputes that, saying the gun was holstered in her purse and that it would be near impossible for something to wedge inside the holster and be enough to pull the trigger.

"I'm very pro-gun," Hilton said. "But this gun is so dangerous, and it just scares me that there are so many out there that don't know the potential it has to go off."

There are currently 10 pending lawsuits against Sig Sauer for this particular firearm, all alleging the gun went off on its own. A number of those suing the gunmaker said they are in law enforcement with extensive firearms experience.

"It's not credible to claim that people with this amount of training, this amount of skill are all shooting themselves," Bagnell said. "These are experts. It's happening all over the country. ... you would have to conclude there's a problem with the product, not with the people."

---

**MORE: Biden announces limited gun control actions, saying gun violence epidemic 'has to stop'**  →

---



SIG P320 handguns are displayed at the SIG Sauer GmbH booth on the exhibit floor during the National Rifle Association (NRA) annual meeting in Louisville, Ky., on Friday, May 20, 2016.

Luke Sharrett/Bloomberg via Getty Images

Virginia Sheriff's Deputy Marcie Vadnais was injured in 2018 when she said her P320 handgun went off on its own as she was removing the weapon from her belt, still in its holster. She said the bullet hit her in the thigh and shattered her femur.

Sig Sauer settled her lawsuit, without admitting wrongdoing, for an undisclosed amount of money the day after the jury heard Vadnais testify at the start of the trial.

Vadnais said she wants the gun off the market.

"I saw what it did to me. I saw what it did to my family. And I don't want that to happen to anybody else," she said.

Bagnell said he's been pressing Sig Sauer to recall the P320 for years, noting that firearms are not subject to any federal safety regulations.

"If this were a car, a phone, a refrigerator, it would've been recalled long, long ago," Bagnell said. "So I think it is unconscionable, given the number of incidents of this gun defectively discharging without a trigger pull would necessitate that someone order it to be recalled, and only Sig can do that."

While Sig Sauer has continued to dispute that there is anything wrong with the P320, the company offered what it called a "voluntary upgrade" in 2017, saying, "the upgraded P320 has lighter internal components, including a new thinner-profile trigger and a lighter sear and striker. These upgrades will enhance the protection against unintended discharges if the pistol is dropped."

Then the gunmaker began manufacturing all P320s with the upgrade.

Vadnais' P320 handgun was not the upgraded version, however, Hilton's P320 was the upgraded version and her lawyer is convinced the modifications have not fixed the problem.

"The defect has not been addressed," said Bagnell.

Peter Villani is a veteran police officer with 35 years of experience, including as a firearms instructor and a Sig Sauer-certified armorer -- someone who is certified to repair and inspect a firearm -- of the P320. He said he believes there are design flaws and manufacturing issues with the firearm.

"I carry Sig. I own Sig. I just don't own a [P]320, nor would I ever," he told ABC News, referring to all models of the P320 pistol, including the upgraded version.

Villani, who is an expert witness for Hilton in her lawsuit, said he began investigating the P320 after an officer in his police department was injured by an upgraded version of the gun.

He also referred to body camera footage captured in 2016 that shows an officer's P320 firing as he was getting out of his cruiser during a traffic stop.

"Something hit my leg," the officer can be heard saying on the video. "I don't know if I'm shot or what... I just for the life of me can't figure out how that went off."

A second officer whose body camera captured the incident responded: "Yeah, because there's no-- your seat belt wouldn't have--"

"No, the trigger was completely covered," the first officer said. "I don't know. I honestly don't know... I'm glad you're my witness."

"When I see videos of police officers getting out of their car and their weapon discharges in their holsters ... There's a problem with the gun," Villani said.

Firearms expert and ABC News consultant Joshua Harrison agrees there was a problem with the P320, but he believes it's been fixed.

"There were a lot of changes. It was expensive, and they would not have done that for no reason at all," Harrison told ABC News. "In my opinion, the only reason Sig would have done that is if they knew there was a safety problem with the original gun, otherwise they would not have done it."

Harrison said if indeed there are cases of the upgraded versions of the gun firing on their own, it is unclear what would be causing them to do so.

"I have not seen enough to convince me that the upgraded version's dangerous," Harrison said. "I do not have an explanation for why the updated version should have these complaints from trained individuals. If it's not legal momentum, then it would have to be some other mechanism of failure."

Still, there are at least two police departments that had safety concerns about the P320 and replaced it with a different gun.

In Philadelphia, the transit police SEPTA swapped out its P320s for Glocks after one of its officers had a P320 go off unexpectedly in 2019. The bullet in that case narrowly missed the officer and a woman nearby.

In Stamford, Connecticut, an officer sued Sig Sauer after he says he dropped his P320 and it shot him in the knee. That department replaced all P320s in 2017.

Hilton said her department in Bridge City is ordering new guns, but in the meantime, many of its officers still carry the modified version of the P320 pistol.



Brittany Hilton has three daughters between the ages of 13 to 20 years old. One of her daughters is currently in the U.S. Army and is using the military version of the P320.

Brittany Hilton

"I have a lot of anxiety every day [over this]," Hilton said. "The fact that I carried my purse into my house every single day and my children were at home ... Sig put their life at risk. Sig knows they put their life at risk."

She said she continues to live with the physical and emotional scars from her incident.

"I think that this gun needs to be removed from the shelf," Hilton said. "I hope it doesn't take something fatal, and I'm hoping by bringing awareness to the public that maybe it'll bring attention to Sig to say, 'Hey, this gun's an issue, and before it gets someone killed, take it off the shelf. Stop manufacturing this gun. Find a different solution.'"



**Flight Attendant Reveals How To Fly Business Class For The Price of Economy**

Online Shopping Tools

**Struggling With a Swollen Prostate? Do This Before Bed**

Wellness Wisdom Hub

**Urologists: Frequent Urination & Weak Stream? Do this Before Bed**

Prostate Health

Click Here

**Seniors Born 1941-1979 Receive 7 Benefits This Month If They Ask**

NationalPenny

Click Here

**2025 Senior SUV Is A True Head Turner (You'll Love The Price)**

GoSearches | Search Ads

**Constant Throat Clearing And Coughing? Your Body Is Trying To Tell You This**

SaneSolution

Learn More

**The Disadvantages Of A Reverse Mortgage Might Surprise You**

Finance | Top Searcher Now

Learn More

**Top Dermatologist Begs Patients to Throw Away This Household Item**

Blissy

Learn More

**Empty Cruises Departing From Virginia That Seniors Can Book For Cheap**

GoSearches | Search Ads

ABC News Network   About Nielsen Measurement   Children's Online Privacy Policy   Contact Us

Do Not Sell or Share My Personal Information   Interest-Based Ads   Privacy Policy   Terms of Use   Your US State Privacy Rights

© 2025 ABC News

# Tom Taylor Declaration
# Ex. L

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRITTANY I. HILTON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  1:21-CV-00441-MJT |
| | § | JUDGE MICHAEL J. TRUNCALE |
| SIG SAUER, INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## <u>MEMORANDUM OPINION AND ORDER</u>

Before the Court are Defendant Sig Sauer, Inc.'s Rule 702 Motion to Exclude Evidence and Opinions of Plaintiff's Expert, Timothy Hicks [Dkt. 26], Rule 702 Motion to Exclude Evidence and Opinions of Plaintiff's Expert, Peter Villani [Dkt. 27], and Motion for Summary Judgment [Dkt. 28]. For the reasons set forth below, the Court grants Sig Sauer's motions.

## I.      BACKGROUND

Plaintiff Brittany Hilton, a Bridge City police officer, claims that she was injured when her department-issued Sig Sauer P320 pistol discharged a round into her upper thigh without its trigger being pulled. Ms. Hilton was carrying the loaded pistol in her purse, along with other loose items, when it discharged. Specifically, the firearm discharged in Ms. Hilton's purse as she walked around her desk in her office, just after she put a bottle of body spray into the purse and looped the purse over her arm. Ms. Hilton subsequently brought this suit against Sig Sauer, the manufacturer of the P320 pistol. Ms. Hilton's live claims are for strict product liability, negligence, and breach of implied warranty of merchantability.[1]

---

[1] In her Original Complaint, Plaintiff alleged additional causes of action for breach of express warranty and violations of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2308(a). [Dkt. 1 at 36–37]. She stipulated to the dismissal of these claims, with prejudice, however. *See* [Dkts. 8, 9].

## II.   *DAUBERT* MOTIONS

Sig Sauer seeks to exclude the testimony and opinions of Plaintiff's experts, Timothy Hicks and Peter Villani, on the grounds that they are unqualified and that their opinions are unreliable. Rule 702 of the Federal Rules of Evidence governs the admissibility of expert witness testimony. It provides: "A witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise" if:

> (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue;
>
> (b)  the testimony is based on sufficient facts or data;
>
> (c) the testimony is the product of reliable principles and methods; and
>
> (d) the expert has reliably applied the principles and methods to the facts of the case.

Fed. R. Evid. 702.

Whether an individual is qualified to testify as an expert is a question of law. *Mathis v. Exxon Corp.*, 302 F.3d 448, 460 (5th Cir. 2002) (citing Fed. R. Evid. 104(a)). "District courts must be assured that the proffered [expert] witness is qualified to testify by virtue of his 'knowledge, skill, experience, training, or education.'" *Wilson v. Woods*, 163 F.3d 935, 937 (5th Cir. 1999) (quoting Fed. R. Evid. 702). "A district court should refuse to allow an expert witness to testify if it finds that the witness is not qualified to testify in a particular field or on a given subject." *Id.* Experts need not be highly qualified to satisfy Rule 702 though.  *Huss v. Gayden*, 571 F.3d 442, 452 (5th Cir. 2009). "Differences in expertise bear chiefly on the weight to be assigned to the testimony by the trier of fact, not its admissibility." *Id.* But the "witness's qualifying training or experience, and resultant specialized knowledge" must be "sufficiently related to the issues and evidence before the trier of fact." *United States v. Wen Chyu Liu*, 716 F.3d 159, 167 (5th Cir. 2013)

2

(quoting 4 Jack B. Weinstein & Margaret A. Berger, Weinstein's Federal Evidence § 702.04(1)(b) (Joseph M. McLaughlin ed., 2d. 1997)).

In *Daubert*, the Supreme Court outlined four non-exclusive factors for courts to use when evaluating the reliability of expert testimony: (1) whether the expert's theory or technique can be or has been tested; (2) whether the theory or technique has been subjected to peer review and publication; (3) the known or potential rate of error of the challenged method; and (4) whether the theory or technique is generally accepted in the relevant scientific community. *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 593–94 (1993). When evaluating a *Daubert* challenge, a court's focus "must be solely on [the expert's] principles and methodology, not on the conclusions that they generate." *Id.* at 595.

While *Daubert* provides a "flexible inquiry" rather than a "definitive checklist," *id.* at 593, 595, it requires that "an expert bears the burden of furnishing some objective, independent validation of his methodology." *Brown v. Ill. Cent. R.R. Co.*, 705 F.3d 531, 536 (5th Cir. 2013) (internal quotation marks omitted). "Without more than credentials and a subjective opinion, an expert's testimony that 'it is so' is not admissible." *Hathaway v. Bazany*, 507 F.3d 312, 318 (5th Cir. 2007); *see also Brown*, 705 F.3d at 536 ("The expert's assurances that he has utilized generally accepted principles is insufficient.").

## A.  Timothy Hicks

Timothy Hicks is a mechanical engineer who spent most of his career in the automotive industry. [Dkt. 26-5]. While Hicks has never manufactured a firearm or a component of a firearm, he testified that his automotive experience required similar processes and approaches. [Dkt. 26-6 at 23:10–17]. He is not a gunsmith, nor has he ever taken any gunsmith courses or been employed by a company that manufactures firearms. *Id.* at 23:22–23:4. He also has never published anything

3

on the manufacture or design of a firearm. *Id.* at 24:5–10. Hicks has never seen a firearm assembled from an initial production standpoint, or manufactured. *Id.* at 25:8–13. And before his involvement with similar P320 cases in 2022, he had never looked at drawings or internal components of a pistol similar to the P320. *Id.* at 24:11–19.

Hicks' opinion is that if two conditions occurred, then Plaintiff's gun could have discharged without a trigger pull: (1) the striker had to have become disconnected from the sear; and (2) the safety lock had to have failed. [Dkt. 26-6 at 26:6–20]. This theory requires that "there has to be some type of motion or inertia or vibration to the to the firearm to make it discharge." *Id.* at 28:14–29:2. But he could not answer how much inertia or vibration would be required, *id.* at 29:3–10; whether the vibration or inertia caused disengagement immediately or incrementally over time, *id.* at 29:16–20; or whether firing the gun would reset it, thus requiring additional force to move the parts out of place again. *Id.* at 30:3–12.

Hicks ultimately concluded, "[b]ased on [his] investigation and the work conducted to date . . . [that] the physical evidence . . . supports Detective Hilton's description of the circumstances of this incident" and that her P320 "was defective and unsafe for use." [Dkt. 26-4 at 20]. Specifically, that "normal and expected movement and vibration while holstered caused an un-commanded discharge with a combination of some or all of the defective conditions" described in his report, including:

1) Surface quality (no secondary processing) and misalignment of interfacing sear step and striker foot. With both of these parts being out of specification, the striker became disconnected from the sear without the trigger being pulled.

2) Surface quality, rounded surfaces, and misalignment of the face of the safety lock tab and the vertical stop face on the striker body, such that both of these areas failed to prohibit the striker from moving forward during the subject event.

4

3)  Axial variation and gaps between the striker pin and striker housing with slide movement causes misalignment of the safety lock tab to the striker pin body, and the striker foot lateral position to the sear step face. This occurs after each round is fired and can affect the orientation of the two components each time.

4)  Ability of the slide (and therefore the striker assembly) to move vertically and laterally relative to the sear reducing the interfacing surface contact area even further, which will cause the striker foot to become disengaged from the sear face. This relative movement occurs while properly holstered from normal body movement and usage of the firearm.

5)  The striker foot is unable to engage completely on the surface of the sear step due to the changes in the upgraded design, manufacturing processes and lack of secondary machining, and fit-up and variation issues between the parts discussed in this report.

6)  The removal of the safety lever return spring by Sig Sauer allows the lever to rotate out of position when the pistol is carried in a muzzle down orientation, which can also contribute to the safety lock to be out of position. When this issue is combined with the axial variation described in item 3 above and the part quality issues, it allows the striker to move forward completely when it becomes disengaged from the sear. The safety lock only has to be out of position or out of tolerance by the thickness of the stamping which is 0.9 mm.

[26-4 at 20]. He testifies that each of these alleged defects *could have* contributed to Plaintiff's P320 firing without trigger pull but he cannot say which ones specifically caused the firearm to discharge. *Id.* at 31:1–21. When questioned about his conclusions, he repeatedly conceded that he did not have any testing or analysis to show that the alleged defects would cause the effects he reported. [Dkt. 26-6 at 11:4–11; 11:21–12:2; 13:16–24; 17:12–18:4; 27:14–18; 28:6–12; 29:3–10; 31:24–32:9].

## B.  Peter Villani

Peter Villani is a former police officer currently employed as an operations officer for the United States Department of Veteran Affairs Police. [Dkt. 27-6 at 2]. He has participated in shooting competitions, worked as a range manager and firearms salesman, and taught tactical awareness and proper use of issued sidearms. *Id.* at 3–4. He has also been certified as an armorer for multiple firearms (including the Sig Sauer P320), and as a firearms instructor, pistol safety

5

instructor, and range safety officer. *Id.* Villani is not an engineer, nor has he ever been involved with the design or manufacture of firearms or firearm components. [Dkt. 27-7 at 10:22–11:17]. Prior to his involvement in similar P320 cases, Villani had never reviewed design schematics for any firearm. *Id.* at 11:18–21. Beyond "test firing" pistols, Villani has never done any type of firearms testing to any recognized or written standard. *Id.* at 13:14–7. He testified in a similar P320 case that he has not even read any recognized firearm testing standards. [Dkt. 27-8 at 6:14–7:2]. He also has never published any article or other publication, or given any presentation, related to firearm design or manufacture. [Dkt. 27-7 at 13:18–24]. Villani also testified that he did not rely on any publications or studies to reach his opinions. [Dkt. 27-7 at 5:2–9].

While some of Villani's work has involved dissembling and repairing guns that were not working properly, it was limited to cleaning the firearms and simple repairs like replacing broken springs. *Id.* at 16:20–19:16. He is not a gunsmith, nor has he ever taken any gunsmithing courses. *Id.* at 14:2–6. When questioned about his conclusions, he repeatedly conceded that he did not have any testing or analysis to show that the alleged defects would cause the effects he reported. *Id.* at 25:21–24; 26:10–12; 27:3–7; 30:23–31:3. Many of Villani's opinions relate to "excess material" in the gun; however, he testified that he has not measured or quantified the amount of excess material on any of those four components, nor does he have the equipment to. *Id.* at 30:4–13. Instead, he believes that he suggested to Hicks that if Hicks could measure the excess material, he should try to. *Id.* at 30:14–17. Villani's report provides: "Depending upon the condition of the individual [P320] components' status (sear/striker engagement, excess molding material, misalignment of safety lock tab, wear, etc.), any combination of these reported defect could lead to an uncommanded discharge minus a trigger pull." [Dkt. 27-5 at 12]. But he testified that other than the excess material and the "ramp" he does not know which of the factors that he identified

were present when Plaintiff's gun discharged. [Dkt. 27-7 at 32:13–21]. He also testified that if something in her purse caused the trigger to be pulled, then the "defects would be of no consequence." *Id.* at 33:5–14. Villani did not undertake any analysis of what was in her purse that may have been able to pull the trigger, however. *Id.* at 33:17–20. Indeed, other than a surgical mask, Villani does not know what items were in her purse when the gun discharged. *Id.* at 8:6–9.

Villani contends in his report that when he "began [his] examination and photography of the firearm's internal parts" he noticed several "manufacturing defects." [Dkt. 27-5]. He then recounts these supposed defects and their effects:

1) "The safety lock tabs positive contact surface is deformed and does not match Sig Sauer[']s drawings . . . which depicts the tab to be rectangular with squared off edges. The safety lock tab presented, showed an oval type shape with raised edges which appeared to be excess material from the stamping process that was not removed prior to the parts installation into the striker assembly. This raised perimeter prevents the positive contact surface from making proper contact with the striker stop (wall) of the striker should the striker fail from an uncommanded discharge." *Id.* at 5.

2) "There is also a raised higher edge along the bottom horizontal portion of the tab which is slightly higher in appearance than the rest of the raised edging. This portion of the tab rides along the horizontal plane of the striker body as the striker travels forward during an uncommanded discharge. Normally, the safety lock tab would be raised over the striker's horizontal plane as the safety lever located in the fire control unit (FCU), would raise it during an intentional trigger press. . . . Unlike Sig Sauers official drawings, this part, again, does not match what was installed in the firearm." *Id.*

3) "[T]he striker foot [has] excess molding material around the entire perimeter of the striker foot's positive contact surface which prevents 'positive' contact with the sear face. When actually engaged with the sear[']s 'positive contact surface', the only portion of the striker foot that makes physical contact with the sear is the lower raised portion of the excess molding material which reduces the overall contact between the two parts. Since both the sear and striker foot show excess molding material along the perimeter of both parts of their 'positive contact' areas, it is unlikely that there was ever positive contact as designed between the two parts which can contribute to an uncommanded discharge." *Id.* at 6.

4) "Also, the top portion of the sear face . . . also shows a deformity as the top horizontal edge of the sear is not straight and also shows excess molding material along its horizontal edge. The sear also shows signs of physical offset of the striker foot to the left of the sear due to the striker not being vertically centered to the sear as there is a discoloration caused by discharge blowby during recoil. This offset has been observed in previous P-320's that I have examined. Also not having the striker foot vertically centered to the sear causes the sear springs to be unevenly compressed causing the sear to be at an angle to the striker foot allowing it to walk off easier." *Id.* at 7.

5) "[A] small piece of slivered brass . . . was caught in the inner bottom corner of the stop. This piece of brass could interfere with the operation of the safety lock tab as it is in between the safety lock tab and striker stop." *Id.* at 8. "[T]he brass obstruction could move, preventing the safety lock tab from properly engaging the striker stop and contributing to an uncommanded discharge if the striker foot had slipped off of the sear face." *Id.* at 9.

6) "[A] 'ramping' transition from an angled portion of the horizontal striker body on the right side to a straight portion of the horizontal striker body which can also cause the safety lock tab to 'jump' up and over the striker stop during an uncommanded discharge. This angled ramp along with the foreign obstruction (brass) can contribute to the safety lock tab failure." *Id.* at 10.

## C.  Neither expert's testimony is reliable.

While the Court has doubts about both experts' relevant qualifications, it need not decide whether they are qualified. Even if the experts are qualified, their testimonies are not reliable, and therefore are not admissible. Indeed, this is the same decision reached by most of the courts that have considered their testimonies in similar cases.[2] *See Mayes v. Sig Sauer, Inc.*, No. 1:19-CV-00146-GNS-HBB, 2023 WL 2730264, at *7 (W.D. Ky. Mar. 30, 2023) (addressing and excluding Hicks and Villani); *Frankenberry v. Sig Sauer, Inc.*, 4:19-CV-02990-JD, [Dkt. 79 at 10] (D.S.C. Feb. 4, 2022) (addressing and excluding Villani); *Jinn v. Sig Sauer, Inc.*, No., 1:20-CV-01122-

---

[2] Only one court has ruled otherwise. *See Guay v. Sig Sauer, Inc.*, 610 F. Supp. 3d 423 (D.N.H. 2022). The *Guay* court admitted Hicks' testimony entirely, *id.* at 433, but concluded that Villani was only qualified to testify to some of his opinions. *Id.* at 429–32. Other than opining that testing is not necessary, the *Guay* court did not address the *Daubert* reliability factors, however. A jury in *Guay* ultimately returned a verdict in favor of Sig Sauer. *Guay v. Sig Sauer, Inc.*, No. 1:20-cv-00736-LM, [Dkt. 109], (D.N.H. Sept. 9, 2022).

PGG-RWL, *Report and Recommendation of Magistrate Judge* [Dkt. 75 at 17, 33] (S.D.N.Y. Apr. 12, 2023) (addressing and recommending excluding Hicks and Villani).[3] Because Plaintiff makes essentially the same reliability arguments for both experts in response to Sig Sauer's motions, the Court analyzes the experts together.

Not a single *Daubert* reliability factor favors admitting Hicks' or Villani's testimony. As previously discussed, neither expert has completed *any* testing to prove that the alleged defects could cause the pistol to fire without a trigger pull. As to Villani, Plaintiff attempts to discredit this deficiency by disingenuously claiming that "Villani testified that the failure has been replicated in real life many times." [Dkt. 38 at 28]. Her claim references Villani's testimony regarding *one* separate incident where a P320 allegedly discharged without a trigger pull. After watching the video, Villani supposedly testified that he "[had] no question that [the individual depicted] did not pull the trigger. His finger was off of the trigger, and the gun was in his holster." *Id.* at 29.[4]  As to Hicks, Plaintiff similarly argues that "[c]ommon sense" prohibits requiring an expert "to risk his or her life to replicate an event that has already been replicated in real life many times over the last six years." [Dkt. 38 at 21]. Plaintiff then recounts several allegations of unintended discharges in lieu of Hicks completing his own testing. [Dkt. 38 at 21–24]. Plaintiff's argument seems to be that a functioning gun does not discharge without a trigger pull, and because numerous P320s have allegedly discharged without a trigger pull, her experts must be right that her gun is defective. This argument neglects that the Court's focus is the experts' methodologies, not their conclusions. *See Daubert*, 509 U.S. 595. "To be sure, it is not required that the experts conduct a litany of tests on

---

[3] As of the date of this Order, the United States District Judge presiding over *Jinn v. Sig Sauer, Inc.* in the Southern District of New York has not entered an order adopting or rejecting the abovementioned Report and Recommendation of Magistrate Judge.

[4] The Court could not locate this testimony in the exhibit that Plaintiff cited. *See* [Dkt. 38-17].

[Plaintiff's] specific pistol, but rather, they must demonstrate that their theories have some empirical evidence to support the assertion that the alleged defects have been found to cause uncommanded discharges." *Mayes*, 2023 WL 2730264, at *8.

Second, the experts' theories have not been subjected to peer review or publication. Both experts testified that they have not published any work involving firearm manufacture or design, nor did they rely on any publications to reach their respective opinions. Plaintiff argues that "[t]here is no peer reviewed literature on the P320's defect as it is a relatively new design." [Dkt. 38 at 29]. As with the testing, a publication need not be on the P320 specifically to demonstrate that the experts' theories are supported by some empirical evidence. *See Mayes*, 2023 WL 2730264, at *8. The experts do not even point to any literature to demonstrate that their opinions are based on new applications of existing theories.  To the Court's knowledge, Hicks' and Villani's opinions are based on wholly novel theories that they expect the Court to simply take their word for.

Third, neither expert identifies a known error rate for their respective methodology. And finally—as already alluded to in analyzing the previous factors—they have not demonstrated that there is a general acceptance of their respective theories in the engineering community. Plaintiff contends that their conclusions that the pistol can fire without a trigger pull "is not a novel or unreliable opinion given that Sig Sauer's own August 4, 2017 press release on the P320 stated that vibration could make the original gun's safety mechanism fail." [Dkt. 38 at 4] (citing [Dkt. 38-5 at 1]). The press release she references provides:

> All SIG SAUER pistols incorporate effective mechanical safeties to ensure they only fire when the trigger is pressed. However, like any mechanical device, exposure to acute conditions (e.g. shock, vibration, heavy or repeated drops) may have a negative effect on these safety mechanisms and cause them to not work as designed. This language is common to owner's manuals of major handgun manufacturers.

10

[Dkt. 38-5 at 1]. Plaintiff again neglects, however, that when evaluating a *Daubert* challenge, a court's focus "must be solely on [the expert's] principles and methodology, not on the conclusions that they generate." *Daubert*, 509 U.S. at 595. This generic disclaimer does not provide an objective, independent validation of the experts' methodologies. *See Brown*, 705 F.3d at 536.

Even though none of the *Daubert* factors favors admitting the experts' testimonies, Plaintiff instructs the Court: "So long as an expert's scientific testimony rests on 'good grounds based on what is known' it should be tested by the adversarial process, rather than excluded for fear that jurors will not be able to handle the scientific complexities." [Dkt. 38 at 29] (quoting *Daubert*, 509 U.S. at 590) (internal citations omitted). But while Plaintiff asserts that their testimony "rests on good grounds based on what is known," the only basis she provides for that assertion is their subjective opinions. Additionally, the Court held a hearing on Sig Sauer's *Daubert* motions, but Plaintiff did not have Villani or Hicks attend. [Dkt. 48]. Therefore, Plaintiff forfeited the opportunity to have her experts potentially remediate these deficiencies. The Court must exclude expert testimony that is not reliable. *See* Fed. R. Evid. 702. Because the Court is not aware of any objective, independent validation of the methodologies used by Timothy Hicks or Peter Villani, it must grant Sig Sauer's motions to exclude their testimonies and opinions. [Dkts. 26, 27]

### III.    MOTION FOR SUMMARY JUDGMENT

In its Motion Summary Judgment, Sig Sauer contends that if the Court excludes Hicks' and Villani's testimonies, it should also dismiss Plaintiff's case because she cannot proceed on any of her claims without expert testimony. [Dkt. 28 at 2]. The Court agrees.

**A.  Legal Standard**

Under Federal Rule of Civil Procedure 56, "[s]ummary judgment is proper when the pleadings and evidence demonstrate that no genuine issue of material fact exists, and the movant is entitled to judgment as a matter of law." *DIRECTV, Inc. v. Robson*, 420 F.3d 532, 536 (5th Cir. 2005) (internal citations omitted); Fed. R. Civ. P. 56(c). An issue is material if its resolution could affect the outcome of the action. *DIRECTV*, 420 F.3d at 536. A dispute as to a material fact is genuine if the evidence is such that a reasonable jury could return a verdict for the nonmoving party. *Id.* All reasonable inferences must be drawn in favor of the nonmoving party. *Smith v. Amedisys, Inc.*, 298 F.3d 434, 440 (5th Cir. 2002). There is no genuine issue of material fact if, when the evidence is viewed in the light most favorable to the nonmoving party, no reasonable trier of fact could find for the nonmoving party. *Int'l Shortstop, Inc. v. Rally's, Inc.*, 939 F.2d 1257, 1263–64 (5th Cir. 1991) (citations omitted).

Where the dispositive issue is one which the nonmoving party will bear the burden of persuasion at trial, the moving party may satisfy its burden of production by either (1) submitting affirmative evidence that negates an essential element of the nonmovant's claim, or (2) demonstrating that there is no evidence in the record to establish an essential element of the nonmovant's claim. *St. Amant v. Benoit*, 806 F.2d 1294, 1297 (5th Cir. 1987) (internal citations omitted).

If, under the first option, the nonmoving party cannot point to evidence sufficient to dispute the movant's contention that there are no disputed facts, the moving party is entitled to summary judgment as a matter of law. *First Nat'l Bank of Ariz. v. Cities Serv. Co.*, 391 U.S. 253, 288–89 (1980); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 249–50 (1986).  Under the second option, the nonmoving party may defeat the motion by pointing to "supporting evidence already in the

12

record that was overlooked or ignored by the moving party." *Celotex Corp. v. Catrett*, 477 U.S. 317, 332–33 (1986) (Brennan, J., dissenting). "Conclusory allegations unsupported by concrete and particular facts will not prevent an award of summary judgment." *Duffy v. Leading Edge Prods.*, 44 F.3d 308, 312 (5th Cir. 1995).

If the nonmoving party can meet its burden under either of these scenarios, the burden shifts back to the movant to demonstrate the nonmovant's inadequacies. *Id.* If the movant meets this burden, "the burden of production shifts [back] to the nonmoving party, who must either (1) rehabilitate the evidence attacked in the moving party's papers, (2) produce additional evidence showing the existence of a genuine issue for trial as provided in Rule 56(e), or (3) submit an affidavit explaining why further discovery is necessary as provided in Rule 56(f)." *Celotex*, 477 U.S. at 333 n.3. "Summary judgment should be granted if the nonmoving party fails to respond in one or more of these ways, or if, after the nonmoving party responds, the court determines that the moving party has met its ultimate burden of persuading the court that there is no genuine issue of material fact for trial." *Parekh v. Argonautica Shipping Invests. B.V.*, No. CV 16-13731, 2018 WL 295498, at *3 (E.D. La. Jan. 4, 2018) (quoting *Celotex*, 477 U.S. at 333 n.3).

## B.  Discussion

"In Texas, a plaintiff can predicate a products liability action on one or more of at least three theories of recovery: (1) strict liability under [Restatement (Second) of Torts] § 402A, (2) breach of warranty under the U.C.C., and (3) negligence." *Syrie v. Knoll Intern.*, 748 F.2d 304, 306 (5th Cir. 1984); *see also* Tex. Civ. Prac. & Rem. Code Ann. § 82.001(2) (defining "products liability action" as "any action against a manufacturer or seller for recovery of damages arising out of personal injury, death, or property damage allegedly caused by a defective product whether the action is based in strict tort liability, strict products liability, negligence, misrepresentation, breach

of express or implied warranty, or any other theory or combination of theories"). Here, Plaintiff seeks to recover under all three theories.

To prevail on a strict products liability action, a plaintiff must establish that: "(1) a product is defective; (2) the defect rendered the product unreasonably dangerous; (3) the product reached the consumer without substantial change in its condition from the time of original sale; and (4) the defective product was the producing cause of the injury to the user." *Syrie*, 748 F.2d at 306. "A product may be proven to be defective if it is unreasonably dangerous in construction, or it is unreasonably dangerous as designed, or it is unreasonably dangerous because adequate warnings or instructions are not provided." *Lucas v. Tex. Indus., Inc.*, 696 S.W.2d 372, 376 (Tex. 1984).

For a products liability claim premised on negligence, a plaintiff must demonstrate: "(1) that the manufacturer owed a duty to the plaintiff; (2) that the manufacturer breached that duty; (3) that the plaintiff was injured; and (4) that the manufacturer's breach of the duty was the proximate cause of the plaintiff's injury or damages." *McLennan v. Am. Eurocopter Corp., Inc.*, 245 F.3d 403, 431 (5th Cir. 2001). A strict liability claim "focuses upon the product itself, and requires a showing that the manufacturer placed a product into the stream of commerce that was unreasonably dangerous for a foreseeable use," while a negligence claim "focuses upon the conduct of the manufacturer in placing that product into the stream of commerce, and requires a determination of whether that conduct complies with the applicable standard of care." *Id.*

"[A]lthough a negligence claim requires a different showing from a strict liability claim, a manufacturer logically cannot be held liable for failing to exercise ordinary care when producing a product that is not defective." *Garrett v. Hamilton Standard Controls, Inc.*, 850 F.2d 253, 257 (5th Cir. 1988). This is because: "(1) if a product is not unreasonably dangerous because of the way it was manufactured, it was not negligent to manufacture it that way and (2) even if the

14

manufacturer was somehow negligent in the design or production of the product, that negligence cannot have caused the plaintiff's injury because the negligence did not render the product 'unreasonably dangerous.'" *Id.* Accordingly, if Plaintiff's strict liability claim fails because she cannot establish that the firearm was defective, then her negligence claims necessarily fail too.[5]

Similarly, if a plaintiff's strict liability claim must be dismissed, so too must their implied warranty of merchantability claim, when the two claims are premised on the same alleged defect. *Smith v. Chrysler Grp., L.L.C.*, 909 F.3d 744, 752 (5th Cir. 2018) (citing *Hyundai Motor Co. v. Rodriquez ex rel. Rodriguez*, 995 S.W.2d 661, 665 (Tex. 1999)).  "[A] seller of goods impliedly warrants that they 'are fit for the ordinary purposes for which such goods are used.'" *Gen. Motors Corp. v. Brewer*, 966 S.W.2d 56, 57 (Tex. 1998) (quoting Tex. Bus. & Com. Code Ann. § 2.314(b)(3)). "For goods to breach this warranty, they must be defective—that is, they must be 'unfit for the ordinary purposes for which they are used because of a lack of something necessary for adequacy.'" *Id.* (quoting *Plas-Tex, Inc. v. U.S. Steel Corp.*, 772 S.W.2d 442, 443–444 (Tex. 1989)). Indeed, this a different definition of "defective" than is used for a strict products liability claim, which focuses on whether a product is "unusually dangerous." *See Lucas*, 696 S.W.2d at 376. Thus, a product may breach the implied warranty of merchantability without giving rise to a strict liability claim if it is unfit for its ordinary purpose but is not unusually dangerous. But where, as here, the breach of the implied warranty claim is premised on the same defect as the strict liability claim, the failure to establish a defect for purposes of the strict liability claim also kills the implied warranty claim.

---

[5] Plaintiff alleges that Sig Sauer was negligent in designing and manufacturing the firearm, as well as in "failing to unambiguously warn purchasers and end users of the gun . . . of said defective, hazardous and unreasonably dangerous conditions relating to its design and manufacture." [Dkt. 1 at 32]. While some negligent failure to warn claims may not be encompassed by a strict products liability claim, *see Garrett*, 850 F.2d at 257 & n.8, that is not the case here. Plaintiff's negligent failure to warn claim is premised on the firearm discharging without a trigger pull because of a defect. Therefore, if she fails to prove that defect, the failure to warn claim fails.

The Court therefore first addresses whether Plaintiff can prevail on her strict liability claim. If she cannot establish that a defect caused the gun to discharge without a trigger pull, the Court need not engage in a negligence or breach of implied warranty of merchantability analysis.

"Expert testimony is required when an issue involves matters beyond jurors' common understanding." *Mack Trucks, Inc. v, Tamez*, 206 S.W.3d 572, 583 (Tex. 2006). "Proof other than expert testimony will constitute some evidence of causation only when a layperson's general experience and common understanding would enable the layperson to determine from the evidence, with reasonable probability, the causal relationship between the event and the condition." *Id.* In defective products cases, the Supreme Court of Texas has "consistently required competent expert testimony and objective proof that a defect caused the condition complained." *Id.* (citing *Nissan Motors Co. Ltd. v. Armstrong*, 145 S.W.3d 131, 137 (Tex. 2004) (holding that "[a] lay juror's general experience and common knowledge do not extend to whether design defects such as those alleged in this case caused releases of diesel fuel during a rollover accident"); *see also Ford Motor Co. v. Ledesma*, 242 S.W.3d 32, 42–43 (Tex. 2007) ("If juries were generally free to infer a product defect and injury causation from an accident or product failure alone, without any proof of the specific deviation from design that caused the accident, expert testimony would hardly seem essential. Yet we have repeatedly said otherwise.").

Determining whether a defect in Plaintiff's P320 enabled it to discharge without a trigger pull, thereby causing her injuries, requires technical knowledge beyond jurors' general experience and common understanding. *See Mack Trucks*, 206 S.W.3d at 583. Therefore, expert testimony on causation is required to show that Plaintiff is entitled to recover under any of the products liability theories.

16

Plaintiff's response to Sig Sauer's Motion for Summary Judgment directs the Court's attention to other similar incidents involving P320s that allegedly discharged without trigger pulls. These other incidents cannot establish that a defect caused her gun to discharge, however. Analogous cases involving cars that allegedly accelerated without the driver pressing the gas pedal demonstrate why. *See, e.g.*, *Nissan Motors Co. v. Armstrong*, 145 S.W.3d 131 (Tex. 2004). "In all of these cases, it was not enough that a vehicle accelerated when claimants swore they had done nothing. Instead, [the Supreme Court of Texas] [has] consistently required competent expert testimony and objective proof that a defect caused the acceleration." *Id.* (citing *Gammill v. Jack Williams Chevrolet, Inc.*, 972 S.W.2d 713, 715, 717, 719 (Tex. 1998); *Gen. Motors Corp. v. Hopkins*, 548 S.W.2d 344, 346–47 (Tex. 1977), *overruled on other grounds by Turner v. Gen. Motors Corp.*, 584 S.W.2d 844 (Tex. 1979) *and Duncan v. Cessna Aircraft Co.*, 665 S.W.2d 414 (Tex. 1984); *Henderson v. Ford Motor Co.*, 519 S.W.2d 87, 88–89, 93–94 (Tex. 1974), *overruled on other grounds by Duncan*, 665 S.W.2d 414).

In *Nissan Motors*, the Supreme Court of Texas reversed a jury verdict that found that a defect caused the plaintiff's car to unintentionally accelerate. 145 S.W.3d at 134. To prove that her car had a defect, the plaintiff's case at trial centered on the quantity of other alleged incidents of unintended accelerations. *Id.* at 144–48. The trial court erred by allowing such evidence because "[p]roof of unintended acceleration is *not* proof of a defect." *Id.* at 148. And "proof of *many* instances of unintended acceleration cannot prove a defect either; a lot of no evidence is still no evidence." *Id.* "[P]roduct defects must be proved; they cannot simply be inferred from a large number of complaints. If the rule were otherwise, product claims would become a self-fulfilling prophecy—the more that are made, the more likely all must be true." *Id.* at 142. While the court acknowledged that other similar incidents may be admissible for certain purposes, it concluded:

> [W]e have never held that mere claims of previous accidents can prove a product is defective, and we decline to do so here. A number of complaints may require a prudent manufacturer to investigate, and may presage liability if those complaints are substantiated and the manufacturer does nothing. But a large number of complaints cannot alone raise a fact question that a defect exists.

*Id.* at 140.

Likewise, here, proof of an unintended discharge is not proof of a defect. Nor is proof of many unintended discharges. Under Texas law, no reasonable jury could conclude that a defect caused Plaintiff's gun to discharge without a trigger pull solely from (1) lay testimony that her gun discharged without a trigger pull and (2) the existence of other similar alleged incidents. Qualified and reliable expert testimony on causation is necessary. With Hicks and Villani excluded from testifying, Plaintiff has failed to raise a fact question that a defect exists.[6] Because Plaintiff's claims are all predicated on this same defect, Sig Sauer is entitled to summary judgment on all of Plaintiff's claims. *See Garrett*, 850 F.2d at 257; *Smith*, 909 F.3d at 752.

## IV.   CONCLUSION

It is therefore **ORDERED** that Defendant Sig Sauer, Inc.'s Rule 702 Motion to Exclude Evidence and Opinions of Plaintiff's Expert, Timothy Hicks [Dkt. 26], Rule 702 Motion to Exclude Evidence and Opinions of Plaintiff's Expert, Peter Villani [Dkt. 27], and Motion for Summary Judgment [Dkt. 28] are **GRANTED**.

---

[6] Plaintiff points out in her response to Sig Sauer's Motion for Summary Judgment that she designated a third expert, Jonathyn Priest, and that Sig Sauer did not move to exclude his testimony. [Dkt. 35 at 1 n.1]. Priest's expert report does not address or identify any defects that caused or could have caused Plaintiff's gun to discharge without a trigger pull, however. *See generally* [Dkt. 35-1]. Therefore, his report does not cure this deficiency in Plaintiff's proffered evidence.

It is further **ORDERED** that Plaintiff Brittany Hilton's claims are **DISMISSED WITH PREJUDICE**. The Court will enter a Final Judgment in accordance with this Order.

**SIGNED this 8th day of June, 2023.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge

19

# Tom Taylor Declaration
# Ex. M



24 March 2023

Champe Barton
Tom Jackman
The Washington Post/The Trace
1301 K Street, NW
Washington, D.C. 20071



EXHIBIT 13
WIT: Taylor
DATE: 01/12/24
Pamela Carle, RPR, CRR

**RE: SIG SAUER Response to Inquiry re P320**

Thank you for reaching out regarding your upcoming story about the SIG SAUER P320, and the baseless accusations and litigations that have been levied against this firearm. Given the relatively short time period provided to respond, we are unable to correct all the misstatements of fact as these comments will be necessarily brief.

With over two million produced to date, the P320 is one of the most widely carried firearms in the world today. The SIG SAUER P320 model pistol is among the most tested, proven, and successful handguns in small arms history. It has endured extremely rigorous testing to become the official sidearm of all branches of the U.S. military, the Department of Homeland Security, and military and law enforcement agencies worldwide. It conforms to standards of the National Institute of Justice (NIJ), the Small Arms and Ammunition Manufacturers' Institute (SAAMI), and other federal/state agencies.

During testing outside of industry standards, it was determined that the P320 was vulnerable to discharge when dropped from certain heights and angles. SIG SAUER implemented a Voluntary Upgrade Program (VUP) which provided customers the opportunity to enhance the resilience of their firearm to drop fires free of charge. It is important to note that the VUP was not prompted by any particular claim and is entirely unrelated to any allegation that the P320 can discharge without a trigger pull, or other claims of unintentional discharges.

For almost 6 years, plaintiffs' attorneys have pursued the P320 pistol alleging it is "unsafe" or "defective", oftentimes improperly claiming that a defect exists in the firearm that was not resolved by the VUP. Originally, they complained that the P320 was susceptible to discharge without the trigger being pulled. This theory relied on a gross misrepresentation of the P320's internal components and engineering, and it ignored the basic laws of physics. Not surprisingly, despite years of litigation and extensive discovery, no one, including plaintiffs' "experts", have ever been able to replicate a P320 discharging without a trigger pull. The suggestion that "slight shifts" of small components in the P320 could result in a discharge without a trigger pull is simply not credible given the extensive and rigorous testing conducted by SIG SAUER, the U.S. military and federal law enforcement agencies, and other military and law enforcement agencies around the world. In fact, the Plaintiffs' expert referenced by the Washington Post/Trace now admits that such an occurrence cannot happen. Furthermore, a unanimous jury in the *Guay* case also referenced by the Washington Post/Trace reached the same conclusion after being presented the evidence in a full trial.

SIG SAUER, Inc. | 72 Pease Boulevard, Newington, NH 03801 USA | P +1 (603) 610-3000 | F +1 (603) 610-3001          www.sigsauer.com

An ISO 9001:2015 Certified Company

Case 6:22-cv-03095-MDH     Document 188-2     Filed 08/08/25     Page 202 of 213

CONFIDENTIAL

SIG-GLASSCOCK00000255



Because this initial theory was unsuccessful, plaintiffs' attorneys have shifted theories and now allege that the P320 must include an external safety device such as a tabbed trigger or manual safety. However, this new theory: (1) ignores that many users, including a large number of law enforcement agencies, choose firearms without external safety devices based on their philosophy of use, and SIG SAUER supports these customers by making the P320 available both with or without a manual thumb safety; (2) fails to recognize that tabbed triggers are intended to prevent drop fires, not unintentional trigger pulls; and (3) ignores fundamental rules of firearms safety, which, if adhered to, would have prevented the incidents cited in their complaints.

Lacking evidence that these incidents are the fault of the firearm, Plaintiffs' attorneys are reduced to pointing to the number of alleged unintentional P320 discharges in an attempt to give credibility to their argument. But such incidents are not unique to the P320. Numerous other manufacturers have had similar incidents of discharges occur as a result of accidental trigger pulls, even where the pistol had a tab trigger or manual safety.

In 1998 The Washington Post itself published an investigative report that the D.C. Metropolitan Police Department alone had experienced over 120 discharges in roughly a 10-year period while using a pistol made by another manufacturer, equipped with one of the very external safety features that plaintiffs' attorneys say would prevent unintentional discharges. Similarly, The Trace has reported on accidental firearm discharges, finding that there were *at least* 92 at businesses in 2016, and 99 in 2017 (through September 11th of that year). These discharges involved a variety of different firearm makes and models, many of which also incorporate the external safety features plaintiffs' attorneys claim the P320 should incorporate to prevent unintentional discharges.

These reports, among others, support three conclusions: (1) unintentional discharges are not uncommon amongst both law enforcement and civilians, (2) improper or unsafe handling is one of the most common causes of unintentional discharges, and (3) unintentional discharges occur with several types of firearms and are not unique to the P320. Independent investigations into reports of P320 unintentional discharges demonstrate evidence of improper or unsafe handling and confirm that these incidents could have been prevented if fundamental rules of firearms safety were followed.

The P320 pistol is used effectively and safely every day, by both civilians and armed professionals. The U.S. Army procurement office recently hailed the P320-based M17/M18 as the "safest, most reliable, most accurate handgun ever procured by the U.S. Military." It incorporates internal safety features to ensure that the firearm cannot be discharged unless the trigger is pulled, and further incorporates a safe takedown system that is specifically designed to prevent unintentional discharges during disassembly (a vulnerability common to other striker-fired designs that require the trigger to be pulled in order to disassemble). Customers also have the option of choosing a P320 equipped with a manual safety. SIG SAUER is confident in the design of the P320, and the ability of all consumers to use the P320 safely when fundamental rules of firearms safety are followed.

SIG SAUER, Inc. | 72 Pease Boulevard, Newington, NH 03801 USA | P +1 (603) 610-3000 | F +1 (603) 610-3001    www.sigsauer.com

An ISO 9001:2015 Certified Company

Case 6:22-cv-03095-MDH    Document 188-2    Filed 08/08/25    Page 203 of 213

CONFIDENTIAL                                                      SIG-GLASSCOCK00000256

# Tom Taylor Declaration
# Ex. N

Message

| | |
|---|---|
| **From:** | Samantha Piatt [/O=SIGSAUERORG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SAMANTHA PIATTC1C] |
| **Sent:** | 3/30/2023 4:46:10 PM |
| **To:** | 'Champe Barton' [cbarton@thetrace.org]; 'Tom Jackman' [tom.jackman@washpost.com] |
| **Subject:** | RE: SIG SAUER Reply to Washington Post |
| **Attachments:** | 03_30_2023_Sig_Sauer_to_Wash_Post.pdf |

Good Afternoon,

Please see attached for the response to your follow-up(s). Please confirm receipt.

Regards,

## Samantha Piatt
*Director – Communications & Media Relations*
samantha.piatt@sigsauer.com
D: +1 (603) 610-3304
M: +1 (603) 860-6422

 72 Pease Boulevard
Newington, NH 03801
USA



**From:** Champe Barton <cbarton@thetrace.org>
**Sent:** Thursday, March 30, 2023 1:13 PM
**To:** Tom Jackman <tom.jackman@washpost.com>
**Cc:** Samantha Piatt <Samantha.Piatt@sigsauer.com>
**Subject:** Re: SIG SAUER Reply to Washington Post

[External Message]

Hi Ms. Piatt,

Following up with two additional notes:

In the past week, we spoke to Bill Lewinski, an expert in accidental shootings and executive director of the Force Science Institute. He said, regarding reports of injuries with the P320: "The number and frequency of injuries are strongly suggestive of a design flaw versus a human performance error. What we're seeing is highly unusual."

Also, we wanted to know how many cases involving reports of unintended discharges with the P320 SIG Sauer has settled. Could you provide some clarity on that number as well?

Thank you,
Champe

Champe Barton
Reporter | The Trace
(929) 269-4462

On Mar 28, 2023, at 12:00 PM, Jackman, Tom <tom.jackman@washpost.com> wrote:

CONFIDENTIAL                                        SIG-GLASSCOCK00000257

Hi Ms. Piatt - Thanks for getting back to us. In your previous response, we noted that you did not answer the following question: "Can P320 handguns produced after August 8, 2017, fire if they are dropped, slammed, or jostled?"
We think it's important that SIG address this central issue: Is the P320 capable of firing without a trigger pull?
Our deadline is Thursday evening at 5 pm. Thank you.

TJ

Tom Jackman
The Washington Post
1301 K St. NW
Washington, DC 20071
202-334-4395 (desk)
202-302-3707 (cell)
Twitter: @TomJackmanWP
Get your True Crime at www.washingtonpost.com/true-crime

**From:** Samantha Piatt <Samantha.Piatt@sigsauer.com>
**Sent:** Tuesday, March 28, 2023 1:58 PM
**To:** Jackman, Tom <tom.jackman@washpost.com>
**Cc:** cbarton@thetrace.org
**Subject:** Re: SIG SAUER Reply to Washington Post

Hi Tom,

I appreciate you circling back on this, what's your deadline?  I will have a response back to you.

Best,
Samantha

> On Mar 27, 2023, at 11:19 AM, Jackman, Tom <tom.jackman@washpost.com> wrote:
>
> [External Message]
>
> Hello Ms. Piatt – Thanks for your response. Can you clarify what "misstatements of fact" appeared in our questions? We are determined to be as fair and accurate as possible, and do not want to publish anything which is incorrect in any way.
> In reporting this story, we were particularly intrigued by the numerous videos which seem to show members of law enforcement being shot by a P320 without having their hands near the trigger. These are not untrained civilians who are unfamiliar with firearms safety. Can you address the videos of the officers being wounded in places such as Milwaukee, Honesdale, Pa., Somerville, Mass., and Roscommon, Mich., in which the officers' hands do not appear to be anywhere near their sidearm?
> You say that unintentional discharges are common amongst both law enforcement and civilians. Do you have any data to support that statement?
> You mention "independent investigations" into P320 discharges which demonstrate improper or unsafe handling. Can you share these?
> Can you document your claim that the U.S. Army hailed the P320 M17/18 as the "safest, most reliable, most accurate handgun ever procured by the U.S. Military"?

CONFIDENTIAL                                          SIG-GLASSCOCK00000258

You write that the Plaintiffs' expert referenced by the Washington Post/Trace now admits that "slight shifts" in internal components cannot cause the gun to discharge without a trigger pull. Are you referring to James Tertin? If so, the excerpt shared in our questions reads that Tertin's conclusion is that the internal safeties in the gun are easy to disable, rendering the P320 unacceptably vulnerable to accidental discharges in instances where the trigger is partially or fully actuated, even by foreign objects. Is this an inaccurate rendering of Tertin's position?

Thanks.

TJ

Tom Jackman
The Washington Post
1301 K St. NW
Washington, DC 20071
202-334-4395 (desk)
202-302-3707 (cell)
Twitter: @TomJackmanWP
Get your True Crime at www.washingtonpost.com/true-crime

**From:** Samantha Piatt <Samantha.Piatt@sigsauer.com>
**Sent:** Friday, March 24, 2023 9:14 AM
**To:** Jackman, Tom <tom.jackman@washpost.com>
**Cc:** 'cbarton@thetrace.org' <cbarton@thetrace.org>
**Subject:** SIG SAUER Reply to Washington Post

**CAUTION: EXTERNAL SENDER**

Mr. Jackman + Barton,

See attached reply to your inquiry.  Please kindly confirm receipt of our reply.

Best,

## Samantha Piatt
*Director – Communications & Media Relations*
samantha.piatt@sigsauer.com
D: +1 (603) 610-3304
M: +1 (603) 860-6422
<image001.jpg>

CONFIDENTIAL

SIG-GLASSCOCK00000259

# Tom Taylor Declaration Ex. O



30 March 2023

Champe Barton
Tom Jackman
The Washington Post/The Trace
1301 K Street, NW
Washington, D.C. 20071

**RE: SIG SAUER Further Response to Inquiry re P320**

Following receipt of SIG SAUER's response to your initial inquiry, you requested clarification on a number of points contained therein. Please see the statement below in response.

**Q: Can you clarify what "misstatements of fact" appeared in our questions?**

**Answer:**

1. You imply that the Voluntary Upgrade Program (VUP) was a direct response to the *Sheperis* case when it was not. The VUP was designed to enhance the drop safety of the P320 once it was discovered there was a drop vulnerability that was not revealed during industry standard testing.

2. You state that neither SAAMI nor NIJ require "specific" safety mechanisms, however this mischaracterizes the requirements imposed by these organizations' testing standards, as they functionally cannot be met without some form of safety mechanism. This is particularly relevant when focusing on tabbed triggers, which are safety devices utilized by other companies to allow their pistols to satisfy industry drop test requirements. The design of the P320 incorporates internal safeties which allow it to meet the drop test requirements of SAAMI and NIJ without a tabbed trigger.

3. The statement that the judge in the *Guay* case called Mr. Guay "credible in every respect" is very misleading. In her opinion, the Judge did not address any of the engineering evidence in the case, including the damage to the holster which confirmed that the pistol was out of the holster when it fired – not fully holstered as Mr. Guay claimed – and the inability of the plaintiff or his experts to put forth a credible theory of how a P320 can fire without a trigger pull. When presented this exact same evidence, a jury of 12 rendered a unanimous verdict in SIG SAUER's favor.

These are only examples of statements included in your request which did not correctly represent the facts and were misleading.

**Q: In reporting this story, we were particularly intrigued by the numerous videos which seem to show members of law enforcement being shot by a P320 without having their hands near the trigger. These are not untrained civilians who are unfamiliar with firearms safety. Can you address the videos of the officers being wounded in places such as Milwaukee, Honesdale, Pa., Somerville, Mass., and Roscommon, Mich., in which the officers' hands do not appear to be anywhere near their sidearm?**

**Answer:**

Putting aside the issue of what firearms safety training any particular officer might have, in instances where a P320 was involved, some of these videos themselves indicated – or subsequent investigations concluded – that a foreign object contacted the trigger, such as a seat belt (Roscommon, Mich.), or loose

SIG SAUER, Inc. | 72 Pease Boulevard, Newington, NH 03801 USA | P +1 (603) 610-3000 | F +1 (603) 610-3001

*An ISO 9001: 2015 Certified Company*

www.sigsauer.com



articles or zipper tabs (Somerville, Mass), causing the discharge. In none of these cases do these videos present a clear view of the firearms' trigger at the time of discharge, in fact you cannot see the firearm at all in the Roscommon, Mich. video. Moreover, as current plaintiffs' expert James Tertin has conceded, the trigger must be pulled in order for the P320 to fire. Based upon his statement he agrees that in each of these incidents something is pulling the trigger.

It is also important to note that in contrast to your statement above, of the referenced occurrences, only the Somerville, Mass, occurrence resulted in injury to the involved officer.

Finally, videos of firearm discharges where the user's hand is not on and/or near the firearm are not unique to SIG SAUER or the P320. By way of example, below are links to two videos involving competitor firearms where such occurrences were captured:

Drawstrings can cause guns many law enforcement agencies use to fire

VIDEO Holstered Pistol Discharges Negligent or Accident

**Q: You say that unintentional discharges are common amongst both law enforcement and civilians. Do you have any data to support that statement?**

**Answer:**

There are several studies and data points that address unintentional discharges. The two which we referenced in our response (WaPo report on DC Metro PD discharges and Trace report on accidental discharges at businesses) were selected because having appeared in your publications we thought you would find them most credible. If you care to find more, recently the Associated Press published a similar report (2019), and others can be easily found.

**Q: You mention "independent investigations" into P320 discharges which demonstrate improper or unsafe handling. Can you share these?**

**Answer:**

The Pasco County Sheriff's Office and Northrop (Tampa (FL) PD) incidents are good examples of this. The findings of the Pasco County SO in relation to that incident were reported in the news (Pasco Officer Whose Gun Discharged In School Cafeteria Is Fired For Mishandling Pistol | WUSF Public Media) and the deputy involved was terminated and even referred for criminal charges. The internal investigation report from Tampa PD (obtained through a freedom of information request) found that the physical evidence was inconsistent with Ofc. Northrop's description of the incident and concluded ". . . Reserve Officer H. Northrop discharged his assigned firearm without cause. He failed to perform his duties and responsibilities in a careful and prudent manner". Additionally, the ICE armorer – who examines all ICE pistols involved in any shooting incident, which would include all of the P320 unintentional discharge claims within ICE – has testified that he does not believe that the P320 fires without a trigger pull, and he has no concerns with the safety of the P320 pistol.

SIG SAUER, Inc. | 72 Pease Boulevard, Newington, NH 03801 USA | P +1 (603) 610-3000 | F +1 (603) 610-3001          www.sigsauer.com

An ISO 9001: 2015 Certified Company



**Q: Can you document your claim that the U.S. Army hailed the P320 M17/18 as the "safest, most reliable, most accurate handgun ever procured by the U.S. Military"?**

**Answer:**

Please see the Instagram post from February 10, 2021, posted on the official U.S. Army PEO Soldier Instagram profile:



peosoldier ...

Liked by **sigsauerinc** and **75 others**

**peosoldier** The M17/M18 Modular Handgun System – The #safest most #reliable most #accurate #handgun ever procured by the U.S. #Army  That's why it's the official sidearm of every branch of the U.S. #military @Picatinny_NJ #ArmyStrong #Soldier #Technology #Innovation

View all 5 comments

February 10

**Q: You write that the Plaintiffs' expert referenced by the Washington Post/Trace now admits that "slight shifts" in internal components cannot cause the gun to discharge without a trigger pull. Are you referring to James Tertin? If so, the excerpt share in our questions reads that Tertin's conclusion is that the internal safeties in the gun are easy to disable, rendering the P320 unacceptably vulnerable to accidental discharges in instances where the trigger is partially or fully actuated, even by foreign objects. Is this an accurate rendering of Tertin's position?**

**Answer:**

The response to the theory of "slight shifts" refers to plaintiffs' experts Peter Villani and Timothy Hicks, who gave SIG SAUER first exposure to the theory of the P320 discharging without a trigger pull.  Neither

SIG SAUER, Inc. | 72 Pease Boulevard, Newington, NH 03801 USA | P +1 (603) 610-3000 | F +1 (603) 610-3001          www.sigsauer.com

*An ISO 9001: 2015 Certified Company*

CONFIDENTIAL Case 6:22-cv-03095-MDH   Document 188-2   Filed 08/08/25   Page 211 of 213 SIGCLASS20CK00000252

1540

Mr. Villani nor Mr. Hicks could ever replicate a discharge without a trigger pull, and the one jury that heard their testimony – in the *Guay* case – rejected it. Plaintiffs' expert James Tertin has rejected the claim that the P320 can discharge without a trigger pull and admitted in deposition, and under oath, that **full actuation** of the trigger is required for the P320 to fire. An excerpt of his testimony transcript is below:

```
12    Q.    Right.  So is the trigger going
13  to have to be moved -- to disengage that tier
14  and striker, do you have any evidence that
15  that can be done without the trigger being
16  fully actuated?
17    A.    No.
18    Q.    So then would you agree that, as
19  we sit here today, you have no scientific
20  basis to say that the P320 will discharge
21  without full actuation?
22          MR. HURD:  Objection.
23    A.    No.
24    Q.    We cannot agree on that?
25    A.    Oh, no, we can agree.
```

**Q: Can P320 handguns produced after August 8, 2017, fire if they are dropped, slammed, or jostled? Is the P320 capable of firing without a trigger pull?**

**Answer:**

No one has ever been able to make the P320 fire without a trigger pull despite extensive abusive testing and nearly 6 years of litigation attacking its safety. Drop fires of pre-upgrade P320s were the result of inertial trigger pulls, a vulnerability that was addressed in the voluntary upgrade.

Today, yet another Court confirmed there is no evidence the P320 is capable of firing without the trigger being pulled. Chief Judge Greg Shivers of the Western District of Kentucky issued an order granting SIG SAUER's motion to exclude Plaintiff's experts and awarding summary judgment on Plaintiff's manufacturing and design defect claims in *Mayes v. Sig Sauer, Inc.*, Case No. 1:19-cv-00146. A copy of the Court's opinion is enclosed. This decision further discredits the notion that the P320 pistol is capable of firing without a trigger pull. Judge Shivers rejected Plaintiff's experts' opinions of defect , finding that "they are not corroborated by any physical testing or other credible support …" The Court found that Plaintiff's experts "offer no more than 'conjecture and speculation,'" which renders their opinions unreliable as a matter of law.

Judge Shivers agreed with Judge Joseph Dawson III, who similarly held in *Frankenberry v. Sig Sauer*, Case No. 4:19-cv-02990 (D.S.C.), that the same theories expressed in the Mayes case were unreliable and did not satisfy the requirements for the admissibility of expert testimony. Judge Dawson – like Judge Shivers – also granted SIG SAUER's motion for summary judgment dismissing plaintiffs' claims. In the

SIG SAUER, Inc. | 72 Pease Boulevard, Newington, NH 03801 USA | P +1 (603) 610-3000 | F +1 (603) 610-3001          www.sigsauer.com

An ISO 9001: 2015 Certified Company



one case where experts were allowed to testify about their opinions that the P320 fired without a trigger pull, *Guay v. Sig Sauer*, a jury of twelve unanimously rejected plaintiff's theories and found in SIG SAUER's favor. Thus, every Court who has considered the issue of whether the P320 can fire without a trigger pull has rejected the claim via motion or verdict, and that theory has been thoroughly discredited. As we previously stated, to the extent a triggerless discharge of the P320 was possible – which it is not – someone would have replicated this condition. However, nobody has because the P320 does not fire without the trigger being pulled. Plaintiffs' experts promote theories about flaws in the pistol offering only suggestion and speculation, which when exposed to the bright light of the courtroom are summarily rejected.

For further information on how the internal safeties of the P320 operate to prevent a discharge of the firearm without a trigger pull, we invite you to review a video detailing these safety features posted on our website here.

SIG SAUER, Inc. | 72 Pease Boulevard, Newington, NH 03801 USA | P +1 (603) 610-3000 | F +1 (603) 610-3001     www.sigsauer.com

An ISO 9001: 2015 Certified Company

SIG-GLASS-COCK00000254
1542