EXHIBIT 3
Filed Under Seal

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | : | |
|---|---|---|
| JOSHUA GLASSCOCK, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : | Case No.: 6:22-cv-3095-MDH |
| v. | : : | |
| SIG SAUER, INC., | : : | |
| Defendant. | : : | |

## DECLARATION OF MATTHEW TAYLOR IN SUPPORT OF SIG SAUER, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Matthew Taylor, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of eighteen and competent to make this declaration.

2. I am a Director of Research and Development at Sig Sauer, Inc. ("Sig Sauer"). In this role, I oversee the development of new products and the improvement of existing products. I have served in this role since February 2023. For the ten years prior to that, I held the role of Engineering Team Lead. In that role, I had lead design responsibilities and oversaw a team of design engineers and test technicians in the development of new products, including the P320.

3. I submit this declaration in support of Sig Sauer's suggestions in opposition to plaintiff Joshua Glasscock's motion for class certification (ECF No. 121). The facts set forth below are based on my personal knowledge and my familiarity with and access to records maintained by Sig Sauer in the regular course of business. If called as a witness, I could competently testify to the matters set forth in this declaration.

### The P320

4. In 2014, I was one of Sig Sauer's lead design engineers for the P320.

5. The P320 is a striker-fired pistol that was released commercially in 2014.

6. Throughout the period from September 1, 2017 through April 18, 2022 ("the Putative Class Period"), Sig Sauer offered P320 models to commercial consumers both with and without the external manual thumb safety feature.

7. Throughout the Putative Class Period, the trigger pull weight for P320s varied depending on the model and the time period that model was available and varied between 5 and 7 pounds.

8. With drop safety in mind, Sig Sauer designed the P320 such that the mass of trigger and trigger bar tend to balance each other. As a result, the inertial effects of the trigger bar counteracts the inertial effects of the trigger in a drop or impact scenario. Through the Voluntary Upgrade Program (VUP), Sig Sauer added additional drop safety features including reducing the physical weight of the trigger, sear, and striker and adding an internal mechanical disconnecter.

9. The P320 has passed standard industry abuse tests, which includes drop testing.

10. As I previously testified, while a manual safety can augment safe handling of a firearm, it is not critical to preventing the unintentional firing of a weapon. The presence of a manual safety feature also cannot entirely eliminate the risk of an inadvertent discharge. This is because, unless the user takes the affirmative step to engage the manual safety, it cannot prevent an unintended discharge if the trigger is inadvertently depressed.

11. I understand that one of Plaintiff's experts, Mr. Benjamin D. Gatrost, referenced an early version of the P320 Owner's Manual: Handling & Safety Instructions ("P320 Owner's Manual") in his report at paragraph 40, which stated that "[t]he P320 pistol is a double-action only (DAO) design." This original version of the P320 Owner's Manual is numbered P/N 8501300-01 REV 00 (produced by Sig Sauer and bearing Bates Stamp SIG-P320-MANUALS 000001-68). It

was created on January 23, 2014. This P320 Owner's Manual was only for the P320, as it predated the P320 X-Series. This version and subsequent versions of the P320 Owner's Manual were not available to the putative class during the Putative Class Period.

12. Specifically, the P320 Owner's Manual bearing P/N 8501300-01 was made obsolete in 2017 with the introduction of a new manual for both the P320 and P320 X-Series models, titled P320 / P320 X-Series Operator's Manual: Handling & Safety Instructions ("P320 / P320 X-Series Operator's Manual") bearing P/N 8501909-01. The P320 / P320 X-Series Operator's Manual omitted the language cited by Mr. Gatrost. I understand that when Plaintiff purchased his P320 in 2020, he received the P320 / P320 X-Series Operator's Manual: Handling & Safety Instructions ("Plaintiff's Operator's Manual") with P/N 8501909-01 REV 01. This was produced by Plaintiff and bears Bates Stamp Glasscock, Joshua000041-89.[1] The Plaintiff's Operator's Manual was created by Sig Sauer on September 27, 2017 and provided with his pistol, which was manufactured in February 2018. Plaintiff's Operator's Manual did not include the statement cited by Mr. Gatrost, but rather stated that "[t]he P320 is a striker-fired design."

### Responsibilities of Departments Within Sig Sauer

13. Sig Sauer has many different departments, each with their own roles and responsibilities. When the P320 was being developed beginning in 2013, I was a member of the design engineering team. The design engineering team was responsible for the design and the development of the P320.

14. In contrast, the product management team helps define what products Sig Sauer should develop as a company, what feature sets the products should have, and, in some cases, what requirements the products should meet so that they will appeal to the particular customer base or

---

[1] This manual was also produced by Sig Sauer and bears the Bates stamping SIG-P320-MANUALS 000141-220.

3
CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER
Case 6:22-cv-03095-MDH    Document 188-3    Filed 08/08/25    Page 4 of 6

requested use of a customer.

15. The design engineering team does not decide which P320 models are made available with a manual safety feature. That decision is typically made by product management.

16. The design engineering team collaborates with the product management team to make certain decisions about the specifications of firearms, including the trigger pull weight. Product management may be aware that the intended customer base has requirements for the trigger pull weight characteristics, such as law enforcement or competitive shooters.

17. Therefore, it is the design engineering team and the product management team, not the marketing department, that decide what the trigger pull weight should be for a firearm, including the P320.

## The P250

18. I understand that Plaintiff made certain allegations regarding the P250 in his Motion at page 12 ¶ 19. The Motion stated: "In 2012, Sig Sauer pivoted from the P250 to the P320 with the goal of developing 'a striker fired pistol capable of using the P250 grip modules,' along with other common parts, including a pre-existing inventory of barrels the company had in storage . . . Sig Sauer was trying to use the leftover parts of the P250 in a new firearm—the firearm that would become the P320."

19. Unlike the P320, the P250 was a hammer-fired pistol, not a striker-fired pistol. The grip module of Sig Sauer's P250 pistol was not used as the basis for the P320; rather, the grip module was simply an intended common part. Furthermore, the fire control unit ("FCU") of the P250 was entirely different. As Plaintiff notes in his Motion at page 15 ¶ 34 ("all P320s share the same design and safety characteristics because they all contain the same 'fire control unit'"), Plaintiff is alleging that the FCU of the P320 is defective, not the grip module of the P320. P250

Docusign Envelope ID: 2C7ECE69-0F2E-4C98-AC18-19619192CA97

FCUs were not used in manufacturing any P320 pistols.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2025
      Portsmouth, New Hampshire

                                                     Matthew Taylor