EXHIBIT 5
Filed Under Seal

Docusign Envelope ID: 2C3B8158-F5CA-4708-B7B3-FA5DAC93C5EE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA GLASSCOCK, individually and on behalf of all others similarly situated, | : <br> : <br> : <br> : |
| Plaintiff, | : Case No.: 6:22-cv-3095-MDH |
| v. | : <br> : |
| SIG SAUER, INC., | : <br> : |
| Defendant. | : |

**DECLARATION OF SEAN TONER IN SUPPORT OF SIG SAUER, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Sean Toner, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of eighteen and competent to make this declaration.

2. I am a Senior Design Engineer at Sig Sauer, Inc. ("Sig Sauer"). In this role, I am responsible for the design, development, and engineering of Sig Sauer products. I have served in this role since November 2012. Specifically, I worked as one of Sig Sauer's lead design engineers for the P320 model pistol at issue in this lawsuit.

3. I submit this declaration in support of Sig Sauer's suggestions in opposition to plaintiff Joshua Glasscock's motion for class certification ("Motion," ECF No. 121). The facts set forth below are based on my personal knowledge and my familiarity with and access to records maintained by Sig Sauer in the regular course of business. If called as a witness, I could competently testify to the matters set forth in this declaration.

4. I understand that Plaintiff attached as Exhibit 9 to his Motion, a portion of an email chain, dated June 5, 2014, between myself and Amanda Hasevlat, Craig Soboleski, and Matthew Taylor, with Chris Slusarz and David Johnson copied which was produced by Sig Sauer and bears

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

the Bates stamp P320Design000040..

5. In Plaintiff's Exhibit 9, Plaintiff excerpted only the first page (P320Design000040) of what is actually a three-page email chain (P320Design000040-43), thus omitting the full context of the discussion. Attached hereto as **Exhibit 1** is a true and correct copy of the complete email chain that was produced by Sig Sauer bearing the Bates stamping P320Design000040-43.

6. As shown in Exhibit 1, in the June 5, 2014 email sent at 12:21 PM, Ms. Hasevlat wrote to Mr. Soboleski and Mr. Taylor, copying Mr. Slusarz, Mr. Johnson, and me: "Before I send to Marketing for them to update the website, please confirm the discrepancies in yellow. I'm thinking the Carry mag capacity on your spreadsheet is an error." Ms. Hasevlat inserted two different screenshots of specifications for the "P320 Carry Nitron." The screenshot on the left is a draft of P320 specifications for the website which states: "Trigger Pull DA": "5.5 – 7.5 lbs." The screenshot on the right is a spreadsheet I drafted which states: "Trigger Pull": "DA 6.5 – 7.5 lbs." See **Figure 1** below, which highlights these differing specifications:

**Figure 1: Excerpt of Screenshots at P320Design000041**

7. At 12:46 p.m. that same day, I responded to Ms. Hasevlat and stated: "Could [Good] catch! [sic] . . . As far as trigger pull, we have never made one with a 5.5 trigger pull weight, but that is a marketing call."

8. In his Motion, Plaintiff cited to Exhibit 9 as support for his assertion that: "Sig Sauer's engineers did not decide that the P320 should have such a light trigger – that decision was approved as 'a marketing call.'" Motion at 13, ¶ 22. I understand Plaintiff to be claiming that Sig Sauer's marketing department decided to implement a 5.5 trigger pull weight.

9. This is a mischaracterization of my email response. At the time of this email exchange, the P320 was not offered with a 5.5 trigger pull weight. The trigger pull weight was 6.5 to 7.5 pounds as reflected in my specifications. Thus, the marketing department did not decide to implement a 5.5 trigger weight as that was not the trigger weight for the P320.

10. When I referred to "that is a marketing call," I was referring to the information to be displayed on the website regarding the trigger weight range for the P320 model pistol, which at the time measured at 6.5 lbs. to 7.5 lbs., rather than the 5.5 lbs. to 7.5 lbs. information suggested for the website. However, because marketing was responsible for the content of the website, I deferred to them with respect to the website content but pointed out the correct trigger weight measurements based on the production of the pistol.

11. Sig Sauer's marketing team is a separate vertical from the product management team. Whereas the product management team helps define what products Sig Sauer should develop as a company, the marketing team is responsible for marketing and advertising those developed products. I am not aware of anyone from Sig Sauer's marketing team playing any role in determining what the trigger pull weight for the P320 pistol was going to be. That would be the purview of the product management team in conjunction with the design engineering team.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Docusign Envelope ID: 2C3B8158-F5CA-4708-B7B3-FA5DAC93C5EE

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2025

Portsmouth, New Hampshire

Signed by:

_Sean Toner_
48589200F23840E...

Sean Toner

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 1

CONFIDENTIAL—PRODUCED PURSUANT TO PROTECTIVE ORDER

P320Design000040

# Matthew Taylor

**From:** Sean Toner
**Sent:** Thursday, June 05, 2014 12:46 PM
**To:** Amanda Hasevlat; Craig Soboleski; Matthew Taylor
**Cc:** Chris Slusarz; David Johnson
**Subject:** RE: P250 & 320 technical specification confirmation

Could catch!

9C 15 Rnd Magazine
40C 13 Rnd Magazine

Measured the weights today, so I am confident they are correct. Sight radius was also measured on a gun

As far as trigger pull, we have never made one with a 5.5 trigger pull weight, but that is a marketing call.

Thanks,
Sean

---

**From:** Amanda Hasevlat
**Sent:** Thursday, June 05, 2014 12:21 PM
**To:** Craig Soboleski; Matthew Taylor
**Cc:** Chris Slusarz; David Johnson; Sean Toner
**Subject:** RE: P250 & 320 technical specification confirmation

Thank you.

Before I send it to Marketing for them to update the website, please confirm the discrepancies in yellow. I'm thinking the Carry mag capacity on your spreadsheet is an error.

Thanks, again.

1



CONFIDENTIAL—PRODUCED PURSUANT TO PROTECTIVE ORDER    P320Design000041

CONFIDENTIAL—PRODUCED PURSUANT TO PROTECTIVE ORDER    P320Design000042

3



CONFIDENTIAL—PRODUCED PURSUANT TO PROTECTIVE ORDER        P320Design000043