EXHIBIT 9
Filed Under Seal

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA GLASSCOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIG SAUER, INC.,<br><br>Defendant. | Case No.: 6:22-cv-3095-MDH |

## DECLARATION OF PHIL STRADER IN SUPPORT OF SIG SAUER, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Phil Strader, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of eighteen and competent to make this declaration.

2. I am currently the Vice President-Consumer Affairs for Sig Sauer, Inc. ("Sig Sauer"), having recently been promoted to this position. Previously, I was Sig Sauer's Senior Director, Sig Sauer Academy since 2023. Prior to this time, I served as a Product Manager in the Product Management Department between 2016 and 2021 and then as a Director of Product Management from 2021 to 2023. During the putative class period between September 1, 2017 to April 18, 2022 (the "Putative Class Period") specifically, the Product Management Department, among other activities, set pricing policy at Sig Sauer for various firearm models, including the P320.

3. I submit this declaration in support of Sig Sauer's suggestions in opposition to plaintiff Joshua Glasscock's ("Plaintiff") motion for class certification ("Motion," ECF No. 121). The facts set forth below are based on my personal knowledge and my familiarity with and access to records maintained by Sig Sauer in the regular course of business. If called as a witness, I could

competently testify to the matters set forth in this declaration.

4. Within the Putative Class Period, there were approximately 90 P320 models available to commercial consumers. Sig Sauer offered P320 models to commercial consumers both with and without a manual thumb safety feature (referred to here as a "manual safety").

5. One type of pricing handled by the Product Management Department was the setting of the Manufacturer Suggested Retail Price ("MSRP"). When setting the prices for firearm models, including the MSRP, Sig Sauer will consider competitor pricing for comparable models and a model's suite components—for example, the caliber, slide cuts/features, grips, finish and graphics, sights, and attachments (like optics, etc.).

6. Sig Sauer does not, however, consider the presence of a manual safety as impacting the MSRP of any firearm model, including the P320.

7. At various times throughout the Putative Class Period, Sig Sauer offered for sale to commercial customers at least four pairs of P320 models that had were identical except for the safety feature. These P320 models and their MSRPs are shown below in Figure 1.

**Figure 1: MSRPs for P320 Models With and Without Manual Safeties Between 2017 - 2022**

| P320 Item Numbers | Manual Safety | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|
| 320F-9-M17 | No | Not Offered | $768.00 | $728.00 | $679.99 | Discontinued | |
| 320F-9-M17-MS | Yes | | $768.00 | $728.00 | $679.99 | $679.99 | $699.99 |
| 320F-9-M17-10 | No | Not Offered | | | $728.00 | Discontinued | |
| 320F-9-M17-MS-10 | Yes | | | | $728.00 | $679.99 | $679.99 | $699.99 |
| 320C-45-BSS | No | $679.00 | $679.00 | $650.00 | $599.99 | $599.99 | $599.99 |
| 320C-45-BSS-MS | Yes | $679.00 | $679.00 | Discontinued | | | |
| 320C-9-BSS | No | $679.00 | $679.00 | $650.00 | Discontinued | | |
| 320C-9-BSS-MS | Yes | $679.00 | $679.00 | $650.00 | | | |

8. As illustrated in Figure 1, Sig Sauer set equivalent MSRP's for P320 models that were identical except for the manual safety feature.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2025
     Portsmouth, New Hampshire

                                                Phil Strader