EXHIBIT 16
Filed Under Seal

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA GLASSCOCK, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.: 6:22-cv-3095-MDH |
| v. | |
| SIG SAUER, INC., | |
| Defendant. | |

## DECLARATION OF ED MURPHY IN SUPPORT OF SIG SAUER, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Ed Murphy, declare pursuant to 28 U.S.C. § 1746:

1.  I am over the age of eighteen and competent to make this declaration.

2.  I am a Vice President of Quality Assurance at Sig Sauer, Inc. ("Sig Sauer"). In this role, I oversee product quality and quality management for Sig Sauer's engineered and manufactured products for military and commercial markets. I have served in this role since October 2010.

3.  I submit this declaration in support of Sig Sauer's suggestions in opposition to plaintiff Joshua Glasscock's motion for class certification ("Motion," ECF No. 121). The facts set forth below are based on my personal knowledge and my familiarity with, and access to, records maintained by Sig Sauer in the regular course of business. If called as a witness, I could competently testify to the matters set forth in this declaration.

4.  In January 2017, the U.S. Army ("Army") selected the XM17 and XM18 (the "MHS Contract Pistols") to be their official standard-issue service pistol and entered into the Modular Handgun System ("MHS") Contract with Sig Sauer ("MHS Contract").

Docusign Envelope ID: ACC750BD-98EC-48E3-9837-F717987DCD9E

5. In February 2017, Sig Sauer performed a Failure Modes, Effects, and Criticality Assessment ("FMECA") in response to the requirements of the MHS Contract.



---

[1] For example, the MHS Contract required the MHS Contract Pistols to be equipped with an external manual safety among other things. *See* Plaintiff's Ex. 15 to the Motion (Purchase Description, Modular Handgun) at section 3.4.4(d).

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

Docusign Envelope ID: ACC750BD-98EC-48E3-9837-F717987DCD9E

Any pistol can experience an accidental or unintended discharge regardless of the pistol's trigger pull or whether it is fitted with a manual safety feature.

3

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

Docusign Envelope ID: ACC750BD-98EC-48E3-9837-F717987DCD9E



While certain aspects of a given pistol can help decrease the risk of an inadvertent discharge, such a risk cannot be eliminated entirely in any pistol.

4

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER



I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 10, 2025
       Portsmouth, New Hampshire

Signed by:
*Ed Murphy*
—3434BE85B4F540A...

Ed Murphy