EXHIBIT 17
Filed Under Seal

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| JOSHUA GLASSCOCK, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : | Case No.: 6:22-cv-3095-MDH |
| v. | : : : | |
| SIG SAUER, INC., | : : : | |
| Defendant. | : | |

## DECLARATION OF CHRISTOPHER MEYER IN SUPPORT OF SIG SAUER, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Christopher Meyer, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of eighteen and competent to make this declaration.

2. I have worked in the customer service department at Sig Sauer, Inc. ("Sig Sauer") for approximately nine years, starting in November 2015. Beginning in March 2023, I became a Senior Customer Service Manager. In this role, I oversee Sig Sauer's customer service operations. As a member of the customer relations team, I have gained insight into the characteristics and features sought by our customers and the inquiries they make to Sig Sauer.

3. I submit this declaration in support of Sig Sauer's suggestions in opposition to plaintiff Joshua Glasscock's ("Plaintiff") motion for class certification ("Motion," ECF No. 121). The facts set forth below are based on my personal knowledge and my familiarity with and access to records maintained by Sig Sauer in the regular course of business. If called as a witness, I could competently testify to the matters set forth in this declaration.

## Whether a Customer Wants a Firearm with a Manual Safety Feature is an Individual Decision

Case 6:22-cv-03095-MDH  Document 188-10  Filed 09/26/25  Page 2 of 9
CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

4. Throughout the putative class period, September 1, 2017 to April 18, 2022 (the "Putative Class Period"), Sig Sauer has offered commercial versions of the P320 both with and without a manual safety feature. Not all customers want a manual safety feature on their firearm.

5. Whether a particular customer wants a manual safety feature on the P320 depends on the particular preferences of the customer, including that customer's philosophy of use for the firearm.

6. Some customers who have purchased versions of the P320 pistol that include a manual safety feature—including the P320-M17, the commercial version of the M17—have decided they no longer want the manual safety feature on their firearm.

7. Firearm owners can remove the manual safety feature without contacting Sig Sauer. P320 owners can conduct internet searches to find examples of videos that show them how to remove the manual safety feature from the firearm. The YouTube video by "RMA Arms" linked in the following URL is one such example, for the P320-M17: https://www.youtube.com/watch?v=NBukQh-mYwM. The YouTube video by "Sig Guy" linked in the following URL is another example, for the P320: https://www.youtube.com/watch?v=Hzh-Bcyyg5I.

### Sig Sauer's Tracking of Unintentional Discharges

8. In my role of Senior Customer Service Manager, I have kept track of reports of unintentional discharges reported to Sig Sauer.

9. I appeared for a deposition as a corporate representative of Sig Sauer on September 11, 2024. I understand that Plaintiff referenced a portion of my testimony from that deposition in his Motion at page 19. The Motion stated: "For its part, Sig Sauer has collected four binders' worth of incident reports concerning the P320 that its senior customer service manager keeps at

2

Case 6:22-cv-03095-MDH Document 188-10 Filed 08/28/25 Page 3 of 9

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

his home." *Id.* at 19, ¶ 49. It also stated: "Sig Sauer has not produced the binders of incident reports." *Id.* n.6. However, an electronic version of the binders I was referencing in that testimony was produced as the SIG-OAI Production on November 22, 2022, bearing the Bates stamping SIG-OAI 000001 - 2521. This production contains 158 files comprising video files, audio files, and documents comprising several thousands of pages.

10. Attached hereto as **Exhibit 1** is a summary of inadvertent discharge incidents involving the P320 reported to Sig Sauer during the Putative Class Period. The summary was compiled based on a review of the incidents reported to Sig Sauer and contained in the SIG-OAI production (SIG-OAI000001-2521) as well as the lawsuits listed in the Declaration of Matthew Dameron ("Dameron Decl.") attached as Ex. 23 to the Motion.

11. I have been informed that the named plaintiff in this case, Mr. Joshua Glasscock, purchased his P320 on March 30, 2020. Exhibit 1 shows that only 25 inadvertent discharges were reported to Sig Sauer by that time.

12. In addition, only 8 incidents were reported to Sig Sauer in the first year of the Putative Class Period (September 1, 2017 – August 31, 2018), 6 in the second (September 1, 2018 – August 31, 2019), another 21 in the third (September 1, 2019 – August 31, 2020), another 32 in the fourth (September 1, 2020 – August 31, 2021) and 9 in the final year of the Putative Class Period (September 1, 2021 – April 18, 2022). For an illustration of these numbers by year, see Figure 1 below.

3

CONFIDENTIAL—PRODUCED PURSUANT TO PROTECTIVE ORDER

**Figure 1: Number of Incidents Reported to Sig Sauer by Year**

| Putative Class Period by Year (Beginning September 1, 2017 and Ending April 18, 2022) | Number of Incidents Reported to Sig Sauer |
|---|---|
| September 1, 2017 – August 31, 2018 | 8 |
| September 1, 2018 – August 31, 2019 | 6 |
| September 1, 2019 – August 31, 2020 | 21 |
| September 1, 2020 – August 31, 2021 | 32 |
| September 1, 2021 – April 18, 2022 | 9 |

13. Only one unintentional discharge has been reported to Sig Sauer as occurring in Missouri during the Putative Class Period.

14. Moreover, the vast majority of unintended discharge incidents reported involved non-consumer uses of the firearm—for example, law enforcement officers or military personnel.

15. Prior to mid-April 2022, the theory of unintentional discharges espoused by individuals claiming something was wrong with the P320 involved allegations that users' P320s were discharging without a trigger pull.

Dated: February 4, 2025

Portsmouth, New Hampshire

_____
Christopher Meyer

# EXHIBIT 1

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

**Exhibit 1 - Summary of Inadvertent Discharge Incident Reports During the Putative Class Period (September 1, 2017-April 18, 2022)**

| Incident Report | Incident Name or Entity | Sale Type | Date Sig First Learned of Incident |
|---|---|---|---|
| 1 | | Law Enforcement ("LE") | October 2017 |
| 2 | | Consumer | February 2018 |
| 3 | Marcie Vadnais | LE | March 2018 |
| 4 | | Consumer | April 2018 |
| 5 | | Consumer | April or May 2018 |
| 6 | | Consumer | May 2018 |
| 7 | | LE | June 2018 |
| 8 | | LE | June 2018 |
| 9 | | Consumer | November 2018 |
| 10 | | LE | January 2019 |
| 11 | | LE | April 2019 |
| 12 | | LE | June 2019 |
| 13 | | Consumer | July 2019 |
| 14 | | LE | July 2019 |
| 15 | Stephen Mayes | Consumer | October 2019 |
| 16 | | Federal Agency | October 2019 |
| 17 | Thomas and Sansani Frankenberry | Consumer | October 2019 |
| 18 | | Consumer | November 2019 |
| 19 | | LE | January 2020 |
| 20 | | Consumer | January 2020 |
| 21 | Jimmy Jinn | LE | February 2020 |
| 22 | Cody Hoefs | Consumer | February 2020 |
| 23 | | LE | February 2020 |
| 24 | | LE | March 2020 |
| 25 | | Consumer | March 2020 |
| 26 | Jack Anthony Williams | Consumer | May 2020 |
| 27 | | Consumer | June 2020 |
| 28 | | LE | June 2020 |
| 29 | | Consumer | June 2020 |

CONFIDENTIAL—PRODUCED PURSUANT TO PROTECTIVE ORDER

| Incident Report | Incident Name or Entity | Sale Type | Date Sig First Learned of Incident |
|---|---|---|---|
| 30 | ███████ | Consumer | June 2020 |
| 31 | Kyle Guay | Consumer | July 2020 |
| 32 | ███████ | Consumer | July 2020 |
| 33 | Adam Maritato | LE | July 2020 |
| 34 | ███████████ | LE | July 2020 |
| 35 | Kevin and Tammy Powers | Consumer | August 2020 |
| 36 | Robert Lang | Consumer | September 2020 |
| 37 | ████████ | Consumer | September 2020 |
| 38 | Shannon Haynes | LE | October 2020 |
| 39 | █████ | LE | October 2020 |
| 40 | ████████ | LE | November 2020 |
| 41 | █████████ | Military | November 2020 |
| 42 | ████ | LE | November 2020 |
| 43 | Brittany Hilton | LE | December 2020 |
| 44 | Justin Schneider | Consumer | December 2020 |
| 45 | ██████████ | LE | January 2021 |
| 46 | Brandon Watson | Consumer | January 2021 |
| 47 | ███████████ | Federal agency | February 2021 |
| 48 | Keith Slatowski | LE | February 2021 |
| 49 | █████ | LE | February 2021 |
| 50 | █████ | LE | March 2021 |
| 51 | █████ | Consumer | March 2021 |
| 52 | ██████ | LE | April 2021 |
| 53 | █████ | LE | April 2021 |
| 54 | ██████████ | LE | April 2021 |
| 55 | ████████ | LE | April 2021 |
| 56 | ████████ | Consumer | May 2021 |
| 57 | ███████ | LE | May 2021 |
| 58 | Chris Campbell | Consumer | May 2021 |
| 59 | █████████ | LE | May 2021 |
| 60 | Thomas Ahern | LE | June 2021 |
| 61 | ██████ | Consumer | June 2021 |
| 62 | ████████████ | LE | July 2021 |

Case 2:22-cv-03095-MPK Document 138-1 Filed 09/26/25 Page 8 of 9
CONFIDENTIAL- PRODUCED PURSUANT TO PROTECTIVE ORDER

| Incident Report | Incident Name or Entity | Sale Type | Date Sig First Learned of Incident |
|---|---|---|---|
| 63 | ███████ | Consumer | July 2021 |
| 64 | ███████ | LE | July 2021 |
| 65 | ███████ | LE | July 2021 |
| 66 | Howard Northrop | LE | July 2021 |
| 67 | Walter Collette | LE | August 2021 |
| 68 | ███████ | LE | October 2021 |
| 69 | Tyler Herman | Consumer | October 2021 |
| 70 | Michael Colwell | LE | November 2021 |
| 71 | ███████ | LE | November 2021 |
| 72 | Elvis Ramon Green-Berrios | LE | January 2022 |
| 73 | ███████ | Consumer | January 2022 |
| 74 | Timothy Davis | Consumer | February 2022 |
| 75 | ███████ | LE | February 2022 |
| 76 | ███████ | LE | March 2022 |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER