# EXHIBIT 18
# Filed Under Seal

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA GLASSCOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIG SAUER, INC.,<br><br>Defendant. | Case No.: 6:22-cv-3095-MDH |

## DECLARATION OF MATT FARKAS IN SUPPORT OF SIG SAUER, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Matt Farkas, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of eighteen and competent to make this declaration.

2. I am Senior Director of Law Enforcement Sales at Sig Sauer, Inc. ("Sig Sauer"). In this role, I oversee all sales to state and municipal law enforcement agencies in states east of the Mississippi River. I have served in this role for approximately eight years. Prior to that time, I served as a Director of Law Enforcement Sales for about four years.

3. I submit this declaration in support of Sig Sauer's suggestions in opposition to Plaintiff Joshua Glasscock's motion for class certification (ECF No. 121). The facts set forth below are based on my personal knowledge and my familiarity with, and access to, records maintained by Sig Sauer in the regular course of business. If called as a witness, I could competently testify to the matters set forth in this declaration.

4. Generally, a police agency makes the decision to authorize a firearm (such as the P320) as a service weapon after a demonstration where the features and benefits are discussed. After that, most agencies participate in a "test and evaluation" process where Sig Sauer sends the

CONFIDENTIAL-PRODUCED PURSUANT TO PROTECTIVE ORDER

firearm and the agency is able to make an informed decision after testing it. Firearms can be selected for individual officer purchase or for the entire agency's use.

5. During the period from September 1, 2017 and April 18, 2022 (the "Putative Class Period"), numerous state and local law enforcement agencies in the state of Missouri authorized the P320 as a service weapon. They included:

    a. Belton Police Department
    b. Rock Hill Police Department
    c. St. Louis County Community College Police Department
    d. Kirkwood Police Department
    e. Atchison County Sheriff's Office
    f. Blue Springs Police Department
    g. Buchanan County Sheriff's Department
    h. Creve Coeur Police Department
    i. Dent County Sheriff's Office
    j. Merriam Woods Police Department
    k. Metro St. Louis Public Safety (SWAT)
    l. Raymore Police Department
    m. Riverview Police Department
    n. Salem Police Department
    o. Sedalia Police Department
    p. St. Francois County Sheriff's Office
    q. St. John Police Department
    r. Town and Country Police Department
    s. Winfield Police Department

6. Whether a particular customer chooses to purchase a model P320 with the optional manual safety feature comes down to the user's intended use for the pistol. Based on my experience working with Sig Sauer's law enforcement customers, the vast majority of law enforcement agencies we have worked with have not permitted officers to purchase a P320 with a manual safety. These agencies will not permit the use of a manual safety feature because they believe that it presents a safety issue if the officer does not remember to disengage the manual safety in an emergency situation.

7. No law enforcement agency that I am aware of has selected a model P320 with a

2

CONFIDENTIAL-PRODUCED PURSUANT TO PROTECTIVE ORDER

manual safety feature as its service weapon.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 4, 2025

Portsmouth, New Hampshire

_____
Matt Farkas

3

CONFIDENTIAL-PRODUCED PURSUANT TO PROTECTIVE ORDER