IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JOSHUA GLASSCOCK, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 22-CV-3095-MDH |
| SIG SAUER, INC., | ) ) ) | |
| Defendant. | ) | |

NOTICE OF FILING REDACTED VERSION
OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION WITH EXHIBITS

Plaintiff Class Representative Joshua Glasscock hereby notifies the Court that it is filing unredacted and partially redacted versions of documents submitted with its motion for class certification (Dkt. 128) and reply in support of class certification (Dkt. 166).

Contemporaneous to Plaintiff's class certification filings, the Court ordered certain of those documents sealed pursuant to the protective order previously entered (Dkt. 38, 168). Filing under seal was required because Sig Sauer designated documents as Confidential or Highly Confidential under that protective order. Additionally, Plaintiff's expert reports discuss certain documents designated by Sig Sauer as Confidential or Highly Confidential and therefore came under the gamut of the protective order.

Trace Media, Inc. has moved to intervene for the limited purpose of moving to unseal exhibits (Dkt. 181). Because of that, Sig Sauer has "de-designated as confidential all of its previously-designated material used in connection with the class certification motion, except for documents that discuss: (1) the FMECA or (2) personally identifiable information, including the names of individuals who reported inadvertent discharge incidents that have not been made public. Sig Sauer's position is that these two categories of information are appropriately sealed but the

rest of the information cited in the parties' class certification filings can be made public, even with a prior confidential designation (see ECF Nos. 128, 154, 166)." Email from Sig Sauer's counsel, dated August 12, 2025.

Recently, and in response to Trace Media's motion, Sig Sauer proposed partial redactions to Plaintiff's previous filings; these redactions implement Sig Sauer's recent confidentiality de-designations. Following Sig Sauer's proposals, attached hereto are unredacted or, where indicated, partially-redacted versions of the exhibits from Plaintiff's class certification filings:

- Plaintiff's Suggestions in Support of his Motion for Class Certification (Dkt. 128), partially redacted
- Plaintiff's Reply in Support of his Motion for Class Certification (Dkt. 166), partially redacted
- Ex. 1, P320 advertisement: "WE'LL TAKE IT FROM HERE"
- Ex. 2, 30(b)(6) Deposition of Sig Sauer, Inc. via Matthew Taylor
- Ex. 3, Sig Sauer Glossary
- Ex. 4, Report of Beau A. Biller, partially redacted
- Ex. 5, Declaration of Benjamin D. Gatrost, partially redacted
- Ex. 6, Sig Sauer – Striker Fired Pistol design overview
- Ex. 7, Denial of Sig Sauer's Appeal to U.S. Government Accountability Office
- Ex. 8, Trial Transcript, *Lang v. Sig Sauer*, No. 21-CV-4196, Sean Toner Testimony (June 12, 2024)
- Ex. 9, Sean Toner email dated June 5, 2014
- Ex. 10, 30(b)(6) Deposition of Sig Sauer, Inc. via Thomas Taylor
- Ex. 11, Report of Edward Stockton
- Ex. 12, Sig Sauer P320 product catalog
- Ex. 15, Purchase Description for the Modular Handgun

- Ex. 16, Samantha Piatt email dated July 27, 2021 and attachment
- Ex. 17, Tom Taylor email dated April 13, 2023 and attachments
- Ex. 18, *Popular Handgun fires without anyone pulling the trigger, victims say*, Wash. Post (April 11, 2023)
- Ex. 19, 30(b)(6) Deposition of Sig Sauer, Inc. via Christopher Meyer
- Ex. 20, 30(b)(6) Deposition of Sig Sauer, Inc. via Matt Farkas
- Ex. 21, Memorandum by Washington State Criminal Justice Training Commission
- Ex. 22, P320 advertisement: "SAFETY WITHOUT COMPROMISE"
- Ex. 23, Declaration of Matthew L. Dameron
- Ex. 24, Verdict Form, *Lang v. Sig Sauer, Inc.*, No. 21-CV-4196 (June 20, 2024) ECF No. 131
- Ex. 25, P320 advertisement: "HAPPY P320 DAY"
- Ex. 26, P320 advertisement: "ONE FOR ALL"
- Ex. 27, P320 advertisement: "BASED ON THE P320 THE M17 IS THE U.S. ARMY'S CHOICE"
- Ex. 28, Declaration of Carla A. Peak, Verita Global
- Ex. 29, Proposed Class Notice
- Ex. 30, Williams Dirks Dameron firm resume
- Ex. 31, Lear Werts firm resume
- Ex. 32, Deposition of Josh Glasscock, Volume II
- Ex. 33, Declaration of Matthew L. Dameron

Sig Sauer maintains its Highly Confidential designation of Exhibits 13 and 14, which are documents related the MHS Pistol Failure Modes, Effects, and Criticality Analysis (FMECA). Accordingly, Plaintiff has not filed those documents herewith.

DATED: August 25, 2025          Respectfully submitted,

WILLIAMS DIRKS DAMERON LLC
Michael A. Williams          MO Bar No. 47538
Matthew L. Dameron          MO Bar No. 52093
Clinton J. Mann             MO Bar No. 70212
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
T:      (816) 945-7110
F:      (816) 945-7118
E:      mwilliams@williamsdirks.com
        matt@williamsdirks.com
        cmann@willliamsdirks.com

LEAR WERTS LLP

        /s/ Todd C. Werts
Todd C. Werts               MO Bar No. 53288
103 Ripley Street
Columbia, Missouri 65201
T:      (573) 875-1991
F:      (573) 279-0024
E:      werts@learwerts.com

*Counsel for Plaintiff and the Class*