# Exhibit 9

# Matthew Taylor

**From:** Sean Toner
**Sent:** Thursday, June 05, 2014 12:46 PM
**To:** Amanda Hasevlat; Craig Soboleski; Matthew Taylor
**Cc:** Chris Slusarz; David Johnson
**Subject:** RE: P250 & 320 technical specification confirmation

Could catch!

9C 15 Rnd Magazine
40C 13 Rnd Magazine

Measured the weights today, so I am confident they are correct. Sight radius was also measured on a gun

As far as trigger pull, we have never made one with a 5.5 trigger pull weight, but that is a marketing call.

Thanks,
Sean

**From:** Amanda Hasevlat
**Sent:** Thursday, June 05, 2014 12:21 PM
**To:** Craig Soboleski; Matthew Taylor
**Cc:** Chris Slusarz; David Johnson; Sean Toner
**Subject:** RE: P250 & 320 technical specification confirmation

Thank you.

Before I send it to Marketing for them to update the website, please confirm the discrepancies in yellow. I'm thinking the Carry mag capacity on your spreadsheet is an error.

Thanks, again.

1

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER    P320design020040