# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-8006

Joshua Glasscock, on behalf of himself and all others similarly situated,

Respondent

v.

Sig Sauer, Inc.

Petitioner

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:22-cv-03095-MDH)

---

**ORDER**

The petition for 23(f) appeal, and the motion to filed appendix under seal filed by Petitioner Sig Sauer, Inc. is granted.

Respondent Joshua Glasscock's motion to seal the response in opposition to the petition and the appendix under seal is granted.

Interested party, Trace Media Inc.'s motion for leave to intervene is denied.

Petitioner Sig Sauer, Inc.'s motion for leave to file a reply is denied.

The case is being regularly docketed as case number 25-2707.

September 02, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler