# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 02, 2025

Colleen Michelle Gulliver
DLA PIPER LLP (US)
27th Floor
1251 Avenue of the Americas
New York, NY  10020-1104

RE:  25-2707  Joshua Glasscock v. Sig Sauer, Inc.

Dear Counsel:

Enclosed is a copy of an order granting permission to appeal. Pursuant to the order, we have transferred Case No. 25-8006 from the Miscellaneous Docket to the Regular Docket and have assigned it the caption and case number shown above. Please use the new Regular Docket caption and number on all correspondence and pleadings submitted to the court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Pursuant to Federal Rule of Appellate Procedure 3(e), you must now pay the $605 filing and docketing fees to the United States District Court.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file a brief will result in the issuance of an order to show cause and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of the Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CMH

Enclosure(s)

cc:     Matthew L. Dameron
       B. Keith Gibson
       Robert L. Joyce
       Clinton J. Mann
       Cara Richelle Rose
       Todd C. Werts
       Michael Anthony Williams
       Paige A. Wymore-Wynn

District Court/Agency Case Number(s): 6:22-cv-03095-MDH

**Caption For Case Number: 25-2707**

Joshua Glasscock, on behalf of himself and all others similarly situated,

    Plaintiff - Appellee

v.

Sig Sauer, Inc.

    Defendant - Appellant

**Addresses For Case Participants:   25-2707**

Colleen Michelle Gulliver
DLA PIPER LLP (US)
27th Floor
1251 Avenue of the Americas
New York, NY  10020-1104

Matthew L. Dameron
WILLIAMS & DIRKS
Suite 2600
1100 Main Street
Kansas City, MO  64105

B. Keith Gibson
LITTLETON & JOYCE
Suite 202
4 Manhattanville Road
Purchase, NY  10577

Robert L. Joyce
LITTLETON & JOYCE
Suite 202
4 Manhattanville Road
Purchase, NY  10577

Clinton J. Mann
WILLIAMS & DIRKS
Suite 2600
1100 Main Street
Kansas City, MO  64105

Cara Richelle Rose
WALLACE & SAUNDERS
901 St. Louis Street
Springfield, MO  65806-2505

Todd C. Werts
LEAR & WERTS
103 Ripley Street
Columbia, MO  65201

Michael Anthony Williams
WILLIAMS & DIRKS
Suite 2600
1100 Main Street
Kansas City, MO  64105

Paige A. Wymore-Wynn
U.S. DISTRICT COURT
Western District of Missouri Clerk's Office
Suite 1400
222 N. John Q. Hammons Parkway
Springfield, MO  65806-0000