UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA GLASSCOCK, individually and on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : : |
| v. | : Case No.: 6:22-cv-3095-MDH |
| SIG SAUER, INC., | : : : |
| Defendant. | : : |

**[PROPOSED] ORDER**

Upon consideration of Defendant Sig Sauer, Inc.'s unopposed Motion to Unseal Documents ("Motion to Unseal"), it is hereby **ORDERED** that the Motion to Unseal is **GRANTED**. The Clerk of Court is respectfully directed to unseal Plaintiff's sealed briefing in support of his motion for class certification found at: ECF Nos. 128; 128-4; 128-5; 128-13, 128-14, and 169.

**IT IS SO ORDERED.**

Dated: _____  _____
HON. M. DOUGLAS HARPOOL
United States District Judge