

Lathrop GPM LLP
lathropgpm.com

2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Main: 816.292.2000

**Bernard J. Rhodes**
Partner
Bernard.Rhodes@lathropgpm.com
816.460.5508

September 4, 2025

**Via ECF**

The Honorable M. Douglas Harpool
United States District Court for
  the Western District of Missouri
222 N. John Q. Hammons Parkway
Springfield, MO  65806

Re:  *Joshua Glasscock v. Sig Sauer, Inc.*, Case No. 6:22-cv-03095 MDH

Dear Judge Harpool:

On behalf of proposed intervenor Trace Media, Inc., I am writing to advise the Court that if the Court grants Sig Sauer's Unopposed Moton to Unseal Documents (ECF No. 194), Trace Media's Motion to Intervene for the Limited Purpose of Moving to Unseal Exhibits to Class Certification Briefing (ECF No. 181) will be moot. The parties previously filed unsealed exhibits and pleadings for all but the documents referenced in the pending Motion to Unseal. (*See* ECF Nos. 188, 190, 191). Thus, the only documents remaining under seal are those Sig Sauer is currently moving to unseal in Unopposed Moton to Unseal Documents (ECF No. 194).

Please let me know if I can provide any additional information.

Sincerely,

Lathrop GPM LLP



Bernard J. Rhodes
Partner