# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2707

Joshua Glasscock, on behalf of himself and all others similarly situated,

Appellee

v.

Sig Sauer, Inc.

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:22-cv-03095-MDH)

---

## ORDER

On October 3, 2025, we entered a show cause order for failure to pay the requisite docketing fees. We have now been notified by the District Court that the docket fee has been paid. The show cause order is hereby set aside.

October 07, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler